

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

DANIEL H. OLINER
phone: (212) 356-2329
fax: (212) 356-3509
doliner@law.nyc.gov

February 24, 2017

**BY ECF**
Honorable Ramon E. Reyes
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Rodriguez v. City of New York, et al.</u>
           16 CV 5861 (NG) (RER)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and am assigned to represent defendants City of New York and Officer Zheng (hereinafter referred to collectively as "Defendants") in the above-referenced matter. I write, with the consent of plaintiff's counsel, Baree Fett, Esq., to respectfully request an adjournment of the Initial Conference currently scheduled for February 27, 2017 to a date and time convenient for the Court after March 3, 2017. This is Defendants' first request for an adjournment of this conference, and the undersigned apologizes to the Court for any inconvenience to the Court for this request.

      By way of background, plaintiff alleges, *inter alia*, that on or about August 13, 2015, he was struck by a police vehicle and falsely arrested in Queens, New York. <u>See generally</u>, Complaint. By Order dated February 1, 2017, the Court scheduled an Initial Conference in this matter for February 27, 2017. <u>See generally</u>, Civil Docket Report. Due to an ongoing family emergency which has necessitated – and will continue to necessitate – that the undersigned be intermittently absent from the Office, the undersigned will be unexpectedly out of town on the Monday, February 27, 2017.[1] Accordingly, Defendants respectfully request that

---

[1] Although the undersigned would prefer not to place the specific nature of the family emergency on the public docket, plaintiff's counsel has been apprised as to same. If the Court should so require, the undersigned could elaborate for the Court through either a joint call to chambers or by separate letter. In the event the Court would prefer the latter, the undersigned would

Continued…

the conference currently scheduled for February 27, 2017, be adjourned to a date and time convenient for the Court after March 3, 2017.

    Thank you for your consideration herein.

                   Respectfully submitted,

                   /s/

                   Daniel H. Oliner
                   Assistant Corporation Counsel
                   Special Federal Litigation Division

cc:  Baree Fett, Esq.
    *Counsel for Plaintiff*
    (*via ECF*)

---

respectfully request that the letter be filed under seal in light of the private and medical information which would be contained therein.