UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

HEINS RODRIGUEZ,

                              Plaintiff,

      -against-

CITY OF NEW YORK; Police Officer ZHENG ZUOPENG, Shield No. 25461; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                              Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

16 CV 5861 (NG) (RER)

        **PLEASE TAKE NOTICE** that **Elizabeth Bardauskis,** Assistant Corporation Counsel, should be added as counsel of record on behalf of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for Defendants City of New York and Police Officer Zheng Zuopeng, effective immediately. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
       April 26, 2017

                                         ZACHARY W. CARTER
                                         Corporation Counsel of the City of
                                           New York
                                         *Attorney for Defendants City and Zuopeng*
                                         100 Church Street, Room 3-181
                                         New York, New York 10007
                                         (212) 356-3159

                                By: _____
                                        Elizabeth Bardauskis, Esq.
                                        *Assistant Corporation Counsel*

- 2 -

cc:    <u>VIA ECF</u>
       Baree N. Fett, Esq.
       *Attorney for Plaintiff*