**Please use the Toll-free number and Access Code to participate in the scheduled conference.**

# USA Toll-Free: 1-888-684-8852

# ACCESS CODE: 5496961