UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

HEINS RODRIGUEZ,

                               Plaintiff,

              -AGAINST-

THE CITY OF NEW YORK, ET AL.,

                               Defendants.

**NOTICE OF APPEARANCE**

16-CV-5861 (NG) (RER)

JURY TRIAL DEMAND

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **ELISSA P. FUDIM**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, appears herein as counsel of record for defendants.

Dated: New York, New York
       March 26, 2018

                                               ZACHARY W. CARTER
                                               Corporation Counsel of the
                                               City of New York
                                               *Attorney for Defendants*
                                               100 Church Street, Rm. 3-215
                                               New York, New York 10007
                                               (212) 356-2335

                                  By:    /S
                                               Elissa P. Fudim
                                             Senior Counsel