

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

Zachary Russell Bergman
Assistant Corporation Counsel
Phone: (212) 356-5051
Fax: (212) 356-3509
zbergman@law.nyc.gov

June 12, 2018

**BY ECF**
Honorable Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:    <u>Rodriguez v. City of New York, et al.</u>, 16 CV 5861 (NG) (RER)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney representing the defendants in the above-captioned case. Because the parties are engaged in settlement conversations and hope to resolve the instant matter, defendants respectfully write with the consent of plaintiff's counsel, Gabriel Harvis, Esq., to request a two week extension of time, from June 15, 2018 until June 29, 2018, for the defendants to produce documents pursuant to the Court's April 24, 2018 Order. Defendants also request a corresponding extension of the deadline to complete fact discovery, from July 13, 2018 until July 27, 2018. This is defendants' first request for an extension of time to comply with the Court's April 24, 2018 Order.

        Thank you for your consideration herein.

                                  Respectfully submitted,

                                  /s/
                                Zachary Russell Bergman
                                *Assistant Corporation Counsel*

cc    Gabriel Harvis, Esq. (By ECF)
      Baree N. Fett, Esq.
      *Attorneys for Plaintiff*