1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    ----------------------------------------X
     HEINS RODRIGUEZ,
4
                              PLAINTIFF,
5

6         -against-          Case No.:
                             16-CV-5861
7                            (NG) (RER)

8
     CITY OF NEW YORK; Police Officer ZHENG
9    ZUOPENG, Shield No. 25461; Police Officer
     ALEN CHEN, SHIELD NO. 28461; Sergeant
10   MATTHEW S. STARRANTINO; and JOHN and JANE
     DOE 1 through 10, individually and in their
11   official capacities (the names John and
     Jane Doe being fictitious, as the true
12   names are presently unknown),

13                              DEFENDANTS.
     ----------------------------------------X
14

15                    DATE:  July 25, 2018

16                    TIME:  11:24 A.M.

17

18

19        (DEPOSITION OF ZUOPENG ZHENG)

20

21

22

23

24

25

```
1                      Z. ZHENG
2    done that?
3          A.    Not at the trial, no.
4          Q.    And so I think what I'm -- what
5    I think you're saying, have you testified
6    under oath in a deposition before?
7          A.    Yes.
8          Q.    Okay.  Um, on how many
9    occasions?
10         A.    One.
11         Q.    Okay.  So aside from this one
12   one other time?
13         A.    One more.
14         Q.    What were the circumstances?
15         A.    Um, it was an RMP accident
16   involve a pedestrian.
17         Q.    Okay.  And um, was that a
18   lawsuit that was pending?
19         A.    Yes.
20         Q.    Okay.  And were you testifying
21   as a witness?
22         A.    Sorry what does -- sorry
23   pending.
24              MR. BERGMAN:  Yeah, I'm going
25        to object to the last question but
```

```
 1                    Z. ZHENG
 2          you can answer.
 3                    MR. FETT:  That's okay.
 4          Q.    So when you were testifying at
 5     a deposition was there a lawsuit that you
 6     were testifying about?
 7          A.    Yes.
 8          Q.    Okay and were you testifying,
 9     as far as you know, were you a witness,
10     were you a Defendant or something else?
11          A.    Defendant.
12          Q.    Um, and, what was the name of
13     the Plaintiff in the case, the person
14     suing?
15          A.    I don't remember.
16          Q.    Okay.  And what was that person
17     claiming in that lawsuit?
18          A.    That I struck her with a
19     vehicle.
20          Q.    Okay.  Do you know
21     approximately when that person claimed you
22     had struck him or her with a vehicle?
23                    MR. BERGMAN:  Objection.  You
24          can answer.
25          A.    I don't remember exactly when.
```

```
1                    Z. ZHENG
2         Q.    Okay.  Was it in 2015?
3              MR. BERGMAN:  Same objection.
4          You can answer.
5         A.    The accident happened in 2014.
6         Q.    Okay.  2014.  Do you remember
7   the month in 2014?
8         A.    No.
9         Q.    And, so, can you describe the
10  circumstances of what happened in that
11  accident?
12        A.    I was doing an intake crime
13  unit at the time which was a plainclothes
14  unit --
15        Q.    Ah-huh.
16        A.    -- I was driving an unmarked
17  vehicle and, um, in the middle of a block
18  one of my sergeant's was sitting in the
19  back seat telling me there was a person in
20  the backyard which was -- we were looking
21  for a burglary at the time.
22              I backup my vehicle slowly,
23  that person came out in between cars in the
24  middle of the street so my back of my car
25  tapped his leg and as soon as we stopped
```

1                    Z. ZHENG
2    the car we asked him if he was all right,
3    he said "I'm fine" and he was about to walk
4    away.  We call him back.  We took the
5    accident report.
6          Q.    You.  You wrote an accident
7    report?
8          A.    We wrote an accident.
9          Q.    Okay.  And why did you do that?
10         A.    It's just the procedure.  We
11   have to do it if someone got -- even though
12   there was no injury at the time we still
13   have to require to do something for the
14   incident.
15         Q.    Okay.  And, um, was an
16   ambulance called to the scene?
17         A.    No.
18         Q.    Why not?
19         A.    He didn't require an ambulance.
20         Q.    How do you know he didn't
21   require an ambulance?
22         A.    We was going to walk away
23   before we even started a report.
24         Q.    Where did this accident happen?
25         A.    Somewhere in my precinct.  I --

```
 1                    Z. ZHENG
 2   Capability of department of vehicle.  F.
 3   Familiar with the area.
 4        Q.    Okay.  And um, so talking about
 5   um, and I'm going to apply this to the
 6   pursuit of Mr. Rodriguez even though I
 7   understand he was on a bicycle, okay?
 8        A.    Okay.
 9        Q.    Um, so let me ask you this,
10   would it matter to you if you were -- I may
11   have already talked about this.  If you
12   were pursuing someone on a bicycle whether
13   they committed a violation or a felony,
14   does that matter to you in terms of how you
15   would pursue them?
16             MR. BERGMAN:  Objection.  You
17          can answer.
18        A.    No.
19        Q.    Can you expand on that.  What
20   do you mean by that?
21        A.    I'll pursue the same way.
22        Q.    Okay.  So it doesn't matter
23   what the offense is?
24        A.    No.
25        Q.    Okay.  Um -- okay.  I
```

```
 1                    Z. ZHENG
 2   assignment that you prefer?
 3        A.    At the time I requested it,
 4   yes.
 5        Q.    How come?
 6        A.    Better schedule, better time
 7   for the family.
 8        Q.    Okay.  Um, so did you have a
 9   partner on August 13, 2015?
10        A.    Yes.
11        Q.    Okay.  Who was your partner?
12        A.    Officer Chen.
13        Q.    Okay.  And, who was your
14   supervisor that day?
15        A.    Um, Sergeant Shafferd
16   (phonetic).
17        Q.    Okay.  So what was your
18   specific assignment aside from patrol; um,
19   were you bike initiative or something else?
20        A.    It was a bike initiative that
21   day.
22        Q.    What is that?
23        A.    Um, basically writing, moving
24   violations to some -- all the bicycles who
25   was doing moving violations.
```

```
 1                    Z. ZHENG
 2        Q.    Okay?
 3        A.    Such as going the wrong way,
 4   one-way street, stop signs, red lights,
 5   etcetera.
 6        Q.    Okay.  Um, and were you on foot
 7   or in a vehicle?
 8        A.    In the car.
 9        Q.    Was it marked or unmarked?
10        A.    Unmarked.
11        Q.    And, were you the driver or the
12   passenger?
13        A.    Driver.
14        Q.    Okay.  And, um, was anyone else
15   in your vehicle aside from you and Officer
16   Chen?
17        A.    No.
18        Q.    How did he determine who would
19   be the driver that day?
20        A.    It was no determination.  I
21   just started driving.
22        Q.    Okay.  Would there ever be
23   times when Officer Chen might be the
24   driver?
25             MR. BERGMAN:  Objection.  You
```

1                    Z. ZHENG

2          Q.    Okay.

3          A.    And one lane of the travel.

4          Q.    Okay.  And I'm sorry, which

5     direction is that one lane of travel?

6          A.    Southbound only.

7          Q.    South -- okay.  And you said

8     you're three or four car lengths away from

9     the intersection; is that right?

10         A.    Yes.

11         Q.    Okay.  And what's at the

12    intersection; is it a stop sign, is it a

13    street light or something else?

14         A.    It's a traffic light.

15         Q.    A traffic light.  Okay.  And

16    describe for me the conditions of 104th

17    that day?

18              MR. BERGMAN:  Objection.  You

19         can answer.

20         A.    What kind of condition are we

21    talking about?

22         Q.    Was it under construction or

23    anything like that?

24         A.    No.

25         Q.    Okay.  What were the weather

```
 1                    Z. ZHENG
 2   conditions that day?
 3          A.    Clear.
 4          Q.    And, approximately what time of
 5   day was it that you were stopping this
 6   other individual?
 7          A.    Um, I don't remember exactly
 8   time.
 9          Q.    Okay.
10          A.    Sometime about 4, 5:00 in the
11   afternoon.
12          Q.    Okay.  Did you say sometime
13   before 5:00 in the afternoon?
14          A.    Sometime between 4 and 5.
15          Q.    Okay.  Was that the first
16   person you had stopped that day?
17          A.    No.
18          Q.    So, before you stopped this
19   person that we're talking about right now,
20   approximately, how many other stops had you
21   made that day?
22          A.    I don't remember exactly the
23   number.
24          Q.    Had you issued any tickets that
25   day?
```

```
 1                    Z. ZHENG
 2        Q.     South or north?
 3        A.     No, one way goes south.
 4        Q.     South?
 5        A.     Correct.
 6        Q.     So, you have a person standing
 7   by your car that you're ticketing and then
 8   you also have another cyclist that's now
 9   stopped because Officer Chen told him to
10   stop; is that right?
11        A.     Yes.
12        Q.     And the cyclist that Officer
13   Chen told to stop, is he a male or female?
14        A.     Male.
15        Q.     Black, white, Hispanic, Asian?
16        A.     That I don't remember.
17        Q.     Okay.  Um, and how did you get
18   inside your car?  Because I think last we
19   talked you were out writing a summons.  So,
20   describe for me how you got back in your
21   car.
22        A.     I don't think I ever said I was
23   writing a summons outside the car.
24        Q.     Okay.  So then let me just
25   review it again.  So, you give this guy a
```

```
 1                    Z. ZHENG
 2    summons.  Describe for me how you're doing
 3    that.  What are you doing.
 4         A.    I stop him --
 5         Q.    Okay.
 6         A.    Step out the car ask for ID.
 7         Q.    Okay.
 8         A.    And go sit back in my car to
 9    write a summons.
10         Q.    So, he's basically standing
11    next to the driver's side of the car with
12    his bike waiting for you?
13         A.    Correct.
14         Q.    Okay.  And, approximately how
15    far is he from the driver's side?
16         A.    A few feets (sic) away.
17         Q.    Okay.  And, this is the
18    Hispanic gentleman?
19         A.    Yes.
20         Q.    Okay.  And, does Officer Chen
21    say anything to you before he gets out of
22    the car and tells the other bicyclist to
23    stop?
24         A.    No.
25         Q.    Um, and what did Officer Chen
```

```
 1                    Z. ZHENG
 2    moment?
 3         A.    From what I understand at that
 4    point that when he passed by the
 5    intersection I did observe the traffic
 6    light was red --
 7         Q.    Okay.
 8         A.    -- and also he was going
 9    against the traffic.
10         Q.    Okay.
11         A.    So, that's the two violations
12    that he committed at -- we was supposed to
13    write a summons to.
14         Q.    Okay.  Um, and did you actually
15    observe him go through a red light?
16         A.    Yes.
17         Q.    Okay.  And, you actually
18    observed him going down 104 against
19    traffic?
20         A.    Yes.
21         Q.    Okay.  And um, when he made the
22    U-turn in front of your vehicle what did
23    you think was going on?
24         A.    He was running away.
25         Q.    Okay.  And um, what happened
```

1          Z. ZHENG

2     next?

3          A.    Officer Chen jumped in my car

4     and we both start um, pursuing him.

5          Q.    Okay.  What happened to the

6     Hispanic individual that you were in the

7     middle of issuing a summons for?

8          A.    I still had his ID at the time

9     and I told him I'll be right back.

10         Q.    Okay.  And um -- and what did

11    he say, if anything?

12         A.    Nothing.

13         Q.    Okay.  What about the

14    individual that was in front of your car

15    that Officer Chen had told to stop that

16    stopped?

17         A.    We have no idea.

18         Q.    Okay.  You don't know where he

19    went?

20         A.    No.

21         Q.    Okay.  When officer Chen got

22    back in the car did he say anything to you?

23         A.    No, I don't remember.  I don't

24    remember, no.

25         Q.    Okay.  And um, was Mr.

1              Z. ZHENG

2    gets out of the passenger side he's

3    actually coming out into the street,

4    correct?

5         A.    Correct.

6         Q.    And um, and so after Mr.

7    Rodriguez makes the U-turn and then he

8    turns left on 43rd; that's right?

9         A.    Yes.  That's it.  Right.

10        Q.    Okay.  And what direction is he

11   traveling at that point on 43rd?

12        A.    Westbound.

13        Q.    Okay.  And describe for me that

14   street; is it a one-way street, a two-way

15   street?

16        A.    It's a -- a -- a two-way street

17   going east and west.  A parking lane on

18   each side, south and north.

19        Q.    Okay.  Um, so he's traveling

20   west on 43rd Avenue?

21        A.    Yes.

22        Q.    Okay.  And, describe for me

23   what happens next.  Officer Chen gets in

24   the car and what happens?

25        A.    We started going after him.

1                    Z. ZHENG

2          Q.     Okay.  Um, did you go over the

3     radio?

4          A.     I don't remember.

5          Q.     Okay.  Um, and, and when you

6     say you started going after him did you

7     have to -- when you made the left onto 43rd

8     Avenue was there a light there, did you

9     have to go through traffic, what happened?

10         A.     I already turned my lights and

11    sirens on.  I don't remember the lights

12    situation.

13         Q.     Okay.  Um so, what happened

14    next?

15         A.     We pursued him about one block

16    from -- it's a long block.  From -- it's a

17    long block.  From 102 Street -- from 104

18    Street all the way to 102st.  Almost

19    approximately, 102 Street and um, he hit a

20    parked car and fell off the bike.

21         Q.     Okay.  Um so, how fast were you

22    traveling when you were pursuing him?

23         A.     I have no idea.

24         Q.     Okay.  Was it more than 10

25    miles an hour?

```
 1                    Z. ZHENG
 2          A.     Yes.
 3          Q.     Okay.  More than 15 miles an
 4     hour?
 5          A.     Approximately.
 6          Q.     Okay.  Um, more than 20 miles
 7     an hour?
 8          A.     Not -- not sure.
 9          Q.     Okay.  Um, and I just want to
10     make sure I understand.  Between 104 and
11     102, um, that's one block, right?
12          A.     Yes.
13          Q.     Okay.  So there's no 103 in
14     that block, right?
15          A.     No.
16          Q.     Okay.  Um, and, you said you
17     had lights and sirens on?
18          A.     Yes.
19          Q.     Okay.  And, were you and
20     Officer Chen having any communication as
21     you were pursuing him?
22          A.     I don't remember, no.
23          Q.     Okay.  And, if you had to
24     estimate, approximately, how long do you
25     think you were pursuing him on 43rd Avenue
```

1                    Z. ZHENG
2  before Mr. Rodriguez fell off his bike?
3      A.    Approximately, less than 30
4  seconds.
5      Q.    Okay.  And as you were pursuing
6  him on 43rd Avenue did you at any point see
7  whether or not he had earphones or
8  headphones in?
9      A.    No.
10      Q.    Okay.  Um, when you first
11  turned right onto 43rd Avenue did you ever
12  loose site of Mr. Rodriguez?
13          MR. BERGMAN:  Objection.  You
14       can answer.
15      A.    No.
16      Q.    Okay.  Describe for me how far
17  away Mr. Rodriguez was as you were pursuing
18  him on 43rd Avenue from your vehicle?
19      A.    At first it was few car lengths
20  away --
21      Q.    Okay.
22      A.    -- and by the time he fell off
23  the bike I'm approximately a foot away from
24  -- on his left side.
25      Q.    Okay.  Um, and, when you were a

1                    Z. ZHENG

2    foot away from him, are you behind him, are

3    you next to him, where are you in

4    connection with his bike?

5                    MR. BERGMAN:  Objection.  You

6              can answer.

7         A.    I'm just catching up to him.

8    So, alongside.

9         Q.    Okay.  And, um, why did you

10   drive alongside of Mr. Rodriguez' bike?

11        A.    Try to get his attention stop.

12        Q.    Okay.  Um, did Mr. Rodriguez as

13   you were pursuing him down 43rd Avenue, did

14   you ever see him turn around as he was

15   biking to look at you?

16        A.    I don't remember.

17        Q.    Okay.  Um, did you believe that

18   Mr. Rodriguez knew thought that you were

19   pursuing him behind him?

20        A.    Yes.  Absolutely.

21        Q.    Why do you think that?

22        A.    He saw us.  Lights and sirens

23   were pretty loud.

24        Q.    He saw you with the lights and

25   sirens.

1                    Z. ZHENG
2          Q.    On the right-hand side of your
3    vehicle?
4          A.    No -- my vehicle, also the
5    right-hand side of the bicycle.  Right-hand
6    bar.
7          Q.    Okay.
8          A.    Right.  Second thing is, I
9    never observed him when he -- when I say
10   the -- when he run the red light and then
11   when he crossed the street from south side
12   of 104th Street coming to north side of
13   104th Street my point of view of the light
14   was red.
15         Q.    Okay.
16         A.    So that's how I think he was
17   running the red light at that time.
18         Q.    Okay.
19         A.    All right.  The third thing is
20   that I just remember there was one more
21   accident that happened on personal time.
22         Q.    Okay.
23         A.    It wasn't on the job time.
24   Sometime around 2012, 2013 the accident
25   happened somewhere at 138th Street and 68th

```
1                    Z. ZHENG
2       Avenue, 68th Drive.  I'm sorry.  68th
3       Drive.  Um, I was driving down the block
4       and about to park a young girl actually ran
5       out between two cars hit the side of my
6       car.
7            Q.    Okay.
8            A.    And that's another accident I
9       remember.
10           Q.    Okay.  Thank you.  Um, so let
11      me just go back a lit bit and ask you about
12      that accident with the little girl.
13           A.    Ah-huh.
14           Q.    So, and that's in Queens?
15           A.    Queens, yes.
16           Q.    And you said it was
17      approximately 2012 or 2013?
18           A.    I don't remember exactly what
19      year.  It literally just hit me while I was
20      eating lunch, actually.
21           Q.    Okay and this was off duty?
22           A.    Off duty.
23           Q.    Okay and um, you said you were
24      eating lunch, is your car moving or you're
25      parked?
```

                        Z. ZHENG

2    the time, no.  It wasn't like I had enough

3    time to organize this thing to how it --

4    this literally happened 30 seconds, less

5    than minute so I didn't have a plan.

6        Q.    How about um, once you turned

7    onto 43rd Avenue and now you're pursuing

8    him, um, did you have a plan at that point?

9        A.    All I hoped was I get his

10   attention and he would stop.

11       Q.    Okay.  And, how did you think

12   you would get his attention?

13       A.    Lights and sirens and tell him

14   to stop.

15       Q.    Okay.  And I think you said

16   your lights and sirens were on the whole

17   time; is that right?

18       A.    Yes.

19       Q.    Okay.  And he wasn't stopping?

20       A.    No.

21       Q.    Okay.  So, at that point um, I

22   think you said you had got one to two feet

23   uh, from his bike?

24       A.    Alongside of him, yes.

25       Q.    Alongside of him.  So, what was

1                    Z. ZHENG
2    your plan at that point?
3         A.    Tell him to stop hopefully.
4         Q.    How would you tell him that?
5         A.    My partner can scream out a
6    window if he has to.
7         Q.    Okay.  And, were your windows
8    up or down --
9         A.    Down.
10        Q.    -- as you were pursuing?
11        A.    Yes.
12        Q.    Down?
13        A.    Down.
14        Q.    Okay.  And, did your partner at
15   any point when you were alongside the
16   bicycle yell out of the car?
17        A.    I don't remember.
18        Q.    Okay.  Um, did your partner
19   ever say, hey you're getting too close or
20   watch out or anything like that?
21        A.    No.
22        Q.    Okay.  Did you ever see your
23   partner um, uh, make any kind of signal or
24   wave his hand for Mr. Rodriguez to stop?
25        A.    I don't remember.

1                    Z. ZHENG

2          Q.    Okay.  So, but if you're seeing

3     him fall off the bike um, you're not

4     looking straight ahead, right, because the

5     bike is next to you, is that fair to say?

6          A.    I don't remember where I was

7     looking.

8          Q.    Okay.  But you observed him

9     fall off the bike?

10         A.    Correct.

11         Q.    So, you were looking at him?

12         A.    Yes.

13         Q.    Okay.  And so, if the bike is

14    next to you is it fair to say you were

15    looking to your right as he fell off?

16         A.    Yes.

17         Q.    Okay.  Um and, was there any

18    conversation of anything said by your

19    partner at this point?

20         A.    No.

21         Q.    Okay.  Um, when you got out of

22    your vehicle um, and you first were

23    encountering Mr. Rodriguez, did you ever

24    say something like, what happened?

25         A.    I don't want to guess.  I don't

1                    Z. ZHENG
2    remember exactly what I said.
3        Q.    Okay.  Um, but would that have
4    been something where you wanted to know why
5    you fell off your bike?
6             MR. BERGMAN:  Objection.  You
7          can answer.
8        A.    My ques -- my -- I'm not, you
9    know, uh, not what I said at that time.  My
10   only question should be, why you run away.
11       Q.    But you don't remember for sure
12   whether you said that?
13       A.    No.
14       Q.    Um, and I think you said that
15   Mr. Rodriguez never said at the scene that
16   you had struck him?
17            MR. BERGMAN:  Objection.  You
18          can answer.
19       A.    I don't remember him saying
20   that.
21       Q.    Okay.  Um, but you do remember
22   him saying that once you're back at the
23   precinct?
24       A.    In front of the desk, yes.
25       Q.    Okay.  Um, did you think that

1                    Z. ZHENG

2    gathering uh, for cars to top in the

3    opposite direction, in my direction.

4    Basically, that's how I consisted with the

5    disorderly conduct charge.

6         Q.    Okay.  So because he fell off a

7    bike and struck a car and fell to the

8    ground um, he created a scene?

9              MR. BERGMAN:  Objection.  You

10        can answer.

11        A.    Yes.

12        Q.    Okay.  And, you think he

13   stopped traffic?

14        A.    He slowed down traffic for

15   people to -- stopping to look what

16   happened.

17        Q.    Okay.  How about you pulling up

18   alongside of his bicycle were you in anyway

19   obstructing traffic?

20        A.    I don't know.

21        Q.    Okay.  Now, if you go to the

22   next page of this document.  I'm sorry

23   let's go to the third page of this

24   document.

25        A.    Okay.