

**DEF 001174**



DEF 001175



DEF 001176



DEF 001177