

DEF 001181



DEF 001182



DEF 001183



DEF 001184



DEF 001185



DEF 001186



DEF 001187