

**DEF 001189**



**DEF 001190**