```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


16 CV 5861 (NG)(RER)


------------------------------------------------X
HENS RODRIGUEZ,
                              Plaintiff,
         -against-
CITY OF NEW YORK; Police Office ZHENG ZUOPENG,
Shield No. 25461; and JOHN and JANE DOE 1 through
10, individually and in their official capacities
(the names John and Jane Doe being fictitious, as
the true names are presently unknown),
                              Defendants.
------------------------------------------------X




File Name: 201507142_20150918_0956
```

1   INVESTIGATOR VELASQUEZ: Today is
2   September 18th, 2015 and the time is 8:29 a.m.
3   I'm Investigator Velasquez and I'm conducting an
4   official investigation in [UNINTEL] Case number
5   2015 and 07142 at a complaint of crime charges
6   that alleges that at approximately 4:45 p.m. on
7   August 13th, 2015, in the vicinity of 102-1143rd
8   Avenue, the following misconduct occurred
9   [UNINTEL].
10   This interview is taking place at the
11   [UNINTEL] and is being recorded. I ask that you
12   state your name, rank, shield and command.
13   POLICE OFFICER ZHENG ZUOPENG: Police
14   Officer Zheng in the 110th Precinct, Shield Number
15   25461.
16   INVESTIGATOR VELASQUEZ: Okay, and
17   present is a legal representative?
18   DORIS FRIEDMAN: Doris Friedman, as
19   counsel to [UNINTEL].
20   INVESTIGATOR VELASQUEZ: And present
21   from the CCRB?
22   MAN 1: [UNINTEL].
23   INVESTIGATOR VELASQUEZ: After reviewing
24   evidence as the subject in this matter, do you
25   wish to make any voluntary statements?

1  on either side.
2              POLICE OFFICER ZHENG ZUOPENG: Parking
3  on each side, right.
4              INVESTIGATOR VELASQUEZ: Okay. Okay. And
5  so, the car, is it like narrow because it's one
6  lane? Is it narrow in any way?
7              POLICE OFFICER ZHENG ZUOPENG: Oh, let's
8  put it this way. When it stops, you only got one
9  other person, other vehicles are able to pass by
10 me on the right hand side.
11             INVESTIGATOR VELASQUEZ: Oh. And so, was
12 the vehicle double-parked?
13             POLICE OFFICER ZHENG ZUOPENG: Actually,
14 I'm more into a little bit, like double-parked,
15 so far.
16             INVESTIGATOR VELASQUEZ: Okay. And for
17 the record, did you observe Mr. Rodriguez also
18 going the wrong way?
19             POLICE OFFICER ZHENG ZUOPENG: Yes.
20             INVESTIGATOR VELASQUEZ: Okay. Okay. And
21 other than Officer Cheng sticking out his hand,
22 did you make any verbal commands to him?
23             POLICE OFFICER ZHENG ZUOPENG: [UNINTEL]
24 the car.
25             INVESTIGATOR VELASQUEZ: Okay. And what

1  about yourself? Did you make any verbal commands?
2           POLICE OFFICER ZHENG ZUOPENG: No, no.
3           INVESTIGATOR VELASQUEZ: No? Okay. And
4  what was Mr. Rodriguez wearing?
5           POLICE OFFICER ZHENG ZUOPENG: I don't
6  remember.
7           INVESTIGATOR VELASQUEZ: Okay. Good. And
8  did Mr. Rodriguez make eye contact with you and
9  like, look at you and Officer Chen?
10          POLICE OFFICER ZHENG ZUOPENG: Me? I
11 don't remember. I [UNINTEL].
12          INVESTIGATOR VELASQUEZ: Okay. I
13 [UNINTEL] the Officer [UNINTEL]. And [UNINTEL]
14 Mr. Rodriguez looking at Officer Chen?
15          POLICE OFFICER ZHENG ZUOPENG: I don't
16 know.
17          INVESTIGATOR VELASQUEZ: Okay. So then,
18 but he did say that you got turned around and
19 went--and left and fled. Okay. And so, what did
20 you do next? After he left?
21          POLICE OFFICER ZHENG ZUOPENG: We
22 pursued him to that location.
23          INVESTIGATOR VELASQUEZ: Okay.
24          POLICE OFFICER ZHENG ZUOPENG: He had
25 hit a parked car.