**Mehrdad Golzad, MD**
91-31 Queens Blvd, #601, Elmhurst, NY 11373
Tel. 718-454-2222  Fax: 718-264-0257

Re: <u>RODRIGUEZ, HEINS</u>
DOB: ███████████

The patient was seen on <u>September 17, 2018</u>

**Chief Complaint:** ███ year-old male with intermittent headaches, occasional dizziness, persistent memory and cognitive difficulties.

**Neurological Examination:** The patient remains bradyphrenic. He had difficulty with tasks requiring sustained attention, concentration, and memory.

**Lab Data:**
- The patient's score on headache disability index was 28%.
- EEG was unremarkable.

**Impression:** Traumatic brain injury.

**Recommendations:**
- Cognitive remediation therapy as per the recommendation of the neuropsychologist.
- Sumatriptan 100 mg p.o. b.i.d. p.r.n. headaches.
- Followup evaluation in two months.

**Disability:** The patient continues to work on a part-time basis. He came to the office today driving his own vehicle.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Mehrdad Golzad, M.D.**
Diplomate ABPN (N), ABEM, & ABDA

P500

Re:  <u>RODRIGUEZ, HEINS</u>
DOB:  ███████

The patient was seen on <u>November 19, 2018</u>

**Chief Complaint:** ██-year-old male with intermittent headaches, dizziness and cognitive dysfunction; anxiety, depressed mood, and insomnia.

**Medications:** Magnesium and Sumatriptan.

**Neurological Examination:** Blood pressure 118/69 and pulse 97.  He remains bradyphrenic.  He has positive Romberg in a tandem position.

**Lab Data:**
- Headache disability index was 50%.
- His score on the Montreal cognitive assessment was 23/30. A total of 60 minutes were spent in face-to-face with the patient and in time spent interpreting and preparing the attached report.
- His score on the Beck Anxiety Inventory was 31% and Beck Depression Inventory 33%.

**Impression:**
- Traumatic brain injury.
- Postconcussion syndrome.

**Recommendations:**
- Neuropsychiatric evaluation by Dr. Joel King.  The referral was given to the patient.
- Psychotherapy.
- Cognitive remediation therapy.
- Continue Sumatriptan 100 mg p.o. b.i.d. p.r.n. headaches.
- Topiramate 50 mg p.o. b.i.d. for headache prevention.
- Followup evaluation in two months.

The patient is currently working part time as a waiter.

_____

**Mehrdad Golzad, M.D.**
Diplomate ABPN (N), ABEM, & ABDA