# Prehospital Care Report Summary
## FDNY

Date:08/13/2015  Call #:2920  Incident #:2920  Booklet:81965909  Branch: STA46

### Call Information:

| | |
|---|---|
| Disposition: | Treated / Transported |
| Unit #: | 46D2 - 46D Tour 2: 1000-1800, Ambulance - Land  Trip Type: |
| Run Type to Scene: | Emergency (Immediate) |
| Incident Facility: | |
| Incident Location: | 110 PCT - Queens, NY (Queens County) |
| Incident Type: | Scene of Accident or Acute Event - Jail |
| Receiving Facility: | 32 - Elmhurst Hosp. Center (Hospital) - 79-01 Broadway - Elmhurst, NY 11373 |
| Facility Address: | 79-01 Broadway - Elmhurst, NY 11373 |
| Destination Type: | |
| Dest. Reason: | Nearest Facility |
| Registration #: | N/A |
| Loaded Mileage: | 0.7 (Total Mileage: 0.7) |
| Crew Members: | Nicholas Webb, EMT Basic(DS)(DH); Jasmine Miranda, EMT Basic(DOC) |
| Moved to Amb By: | Scoop Stretcher  Transport Position: Sitting  From Amb By: |
| Call Origin: | 911   Lights/Siren: Scene / Destination-Not used |

| | |
|---|---|
| # Patients Transported In My Unit: | 1 |
| # Patients at Scene: | 1 |
| Call Received: | 17:07:19 |
| Dispatched: | 17:07:51 |
| En Route: | 17:07:57 |
| On Scene: | 17:10:28 |
| Patient Contact: | 17:12:00 |
| Left Scene: | 17:36:23 |
| At Destination: | 17:46:00 |
| Transfer of Care: | |
| In Service: | N/A |
| Time On Scene: | 25 Min |
| Time to Destination: | 38 Min |
| Total Time of Run: | N/A Min |

### Patient Information:

| | |
|---|---|
| Name: | HEINS W RODRIGUEZ |
| Address: | ███ ███████████, NY 11368 |
| Phone: | |
| Email: | |
| SSN: | -- |
| Driver License: | ███████ |
| DOB: | ███ |
| Gender: | Male |
| Age: | █ Years |
| Weight: | Broselow: |

### Other Contact Info
Name:            Phone:              Cell Phone:
Relationship:

| | |
|---|---|
| Current Meds: | None |
| Env Allergies: | NKA |
| Med Allergies: | NKDA |
| Patient Physician: | |
| Advanced Directives: | |
| PMH: | Other |
| Comment: | BROKEN ANKLE IN THE PAST |

Comments:
Comments:
Comments:

### Payer Information:

Priority: Primary   Name: Self Pay   Type:   Policy #:   Group #:
Policy Holder: , Apt , NY            Phone:         DOB:
Relationship of Patient to Insured:

Medical Need:

### Clinical:

Onset Date/Time: 2015-08-13  17:00:00
Dispatch Reason (EMD): INJURY  INJURY - Non-Critical Injury

Chief Complaint: MY RIGHT ELBOW HURTS
Provider Impression: Trauma Injury
Mechanism of Injury: Fall, Fall
Protocol 1: 426: Soft Tissue Injuries          Protocol 2:

### FlowChart:

Time    Employee    Summary

**DEF 0000385**

| | |
|---|---|
| | **Neurological**<br>AVPU: Alert |
| | **Injury - Elbow/Forearm**<br>Location Modifier: Right  Injury: Soft Tissue Injury  Injury Modifier: |
| | **Injury - Elbow/Forearm**<br>Location Modifier: Right  Injury: Pain  Injury Modifier: |
| | **Injury -**<br>Location Modifier:  Injury:  Injury Modifier: |
| | **ABC**<br>Airway: Patent<br>Breathing: Normal Quality: Unlabored Lung Sounds: Left:  Clear Lung Sounds: Right: Clear<br> Skin Condition: Normal<br> Skin Edema: None  Skin Cap Refill: < 2 Seconds |
| | **Head to Toe**<br>Head and Neck:<br>   Left Eye: Reactive<br>   Right Eye: Reactive |
| | **Head to Toe**<br>Abdomen and Pelvis<br>   LUQ Abdomen: Normal<br>   RUQ Abdomen: Normal<br>   LLQ Abdomen: Normal<br>   RLQ Abdomen: Normal |
| 17:18 | **Treatment:  1 - BLS Assessment**<br>Attempts: N/A  Success: Yes<br>Level: BLS |
| 17:23 | **Vitals**<br>BP: 132/ 90<br>Pulse: 70<br>Resp: 16<br>Pain: 7 |
| 17:24 | **Vitals**<br>BP: 142/ 100<br>Pulse: 68<br>Resp: 16<br>Pain: 7 |
| 17:32 | **Treatment: Wound Dressing**<br>Attempts: N/A  Success: Yes<br>Level: BLS |

## Supply

Qty  Supply

## FlexFields:

| FlexField | Value |
|---|---|
| Payer Code - Is the patient's illness or injury job-related? | No |
| Mechanism of Injury - Height of Fall | 5 |
| Flow Chart: Med Code 1 - Medication Complication | Not Applicable |
| Flow Chart: Med Code 2 - Medication Complication | Not Reporting |

## Narrative History Text:

**DEF 0000386**

■ Y/O MALE PT FOUND SEATED IN 110 PCT HOLDING CELL. PT IS A+OX3. PT STATES HE WAS RIDING HIS BICYCLE UPHILL WHEN A TOYOTA SEDAN COMING UP FROM BEHIND HIM NARROWED INTO HIS PATH AND KNOCKED HIM INTO A PARKED CAR CAUSING HIM TO TUMBLE OFF OF THE BIKE AND FLIP OVER. PD STATES THAT THEY WERE PURSUING P T. PT STATES HE DOES NOT KNOW WHAT HAPPENED NEXT BECAUSE EVERYTHING HAPPENED SO QUICKLY. PT DOES NOT KNOW IF HE WAS UNDER THE VEHICLE AT ANY POINT. PT DOES NOT KNOW IF HE LOST CONSCIOUSNESS. PT WAS APPREHENDED BY PD. PT C/O PAIN TO HIS RIGHT ELBOW AND TO HIS WHOLE RIGHT SIDE OF HIS BODY, BUT MOSTLY HIS ELBOW. PULSE WAS NORMAL. PT NOTED 8/10 PAIN WHEN ELBOW WAS STATIONARY AND INCREASED PAIN UPON MOVEMENT. PT SENSED THAT HIS HAND WAS BEING PINCHED BUT COULD NOT SPECIFY WHICH DIGITS WERE BEING TOUCHED. PT ABLE TO WIGGLE FINGERS ON RIGHT HAND. PD STATES THAT THE INCIDENT HAPPENED ABOUT 30 MINUTES AGO. PT TXP TO H32 W/O INCIDENT W/PO DEBONET #2317 OF 110 PCT.

Auth Signature: No  Privacy Sig: No  Unable to Sign: No  Refused to Sign: Yes

**Signature Image(s):**
Authorization Signature

Privacy Notice Signature

Receiving RN / MD Signature - Bababekova, RN - 08/13/2015 17:59

Technician Signature - Miranda, Jasmine - 08/13/2015 17:22

Agency Definable Field 1: 110D  Agency Definable Field 2: 291
General Comments: N/A