## DISORDERLY CONDUCT SUPPORTING DEPOSITION
(Penal Law §240.20)

CRIMINAL COURT OF THE CITY OF NEW YORK
-------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK
vs.

Rodriguez, Heios W
_____ Defendant.

Arrest #: Q15642441L

-------------------------------------------X

I, (Full Name) Zheng, Zuopeng Shield # 2546 of 110 (command) am a New York City Police Officer/Detective and I state that on 8/13/15 (date), at 1645 (time) at C/o 104 St and 43 Ave (location), County of Queens State of New York

**DISORDERLY CONDUCT:** [NOTE: You must complete #'s 1 & 2]

1. I OBSERVED THE DEFENDANT:
   - ☐ Fighting with another person.
   - ☐ Behaving in a threatening manner. (Describe Exact Conduct) _____
   - ☐ Make unreasonable noise. (Describe Exact Conduct) _____
   - ☐ In a public place, use abusive or obscene language. (Describe Exact Conduct) _____
   - OR make an obscene gesture (Describe Exact Conduct) _____
   - ☒ Obstruct vehicular or pedestrian traffic (Describe Exact Conduct) Going wrong way on one way st. in midlane and pass clearly red light
   - ☐ Congregated with other persons in a public place and refused to comply with a lawful order of police to disperse.
   - ☒ Other: Fleeing from officer on a Bike in a reckless manner

2. HOW DID THE DEFENDANT'S CONDUCT CAUSE PUBLIC INCONVENIENCE, ETC.:
   - ☐ People left the area to avoid the defendant.
   - ☒ A crowd gathered in response to the defendant's actions.
   - ☒ Other: Blocked traffic cause traffic Jam.

3. STATEMENTS BY THE DEFENDANT: (this constitutes notice pursuant to §710.30 (1)(a) of the CPL)
   On _____ (date) at _____ (time) at _____ (location) the defendant stated the following in my presence: (fill in substance-statement) N/A

**NOTE:** False statements made herein are punishable as a Class A Misdemeanor pursuant to Section §210.45 of the Penal Law and as other crimes.

_____ Zuopeng, Zheng 8/13/15
Signature of Police Officer/Detective | Print First & Last Name of Arresting Officer | Date

_____ Sgt. Cancelino 8/13/15
Supervisor's Approval (Signature) | Print First & Last Name of Supervising Officer | Date

March, 20

**DEF 000525**