ONLY TO BE USED IN CONJUNCTION WITH OTHER EAP SUPPORTING DEPOSITIONS

RESISTING ARREST SUPPORTING DEPOSITION
(Penal Law §205.30)

CRIMINAL COURT OF THE CITY OF NEW YORK
----------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK
vs.
Rodriguez, Heins W.                      Arrest #: Q156424412
_____
   Defendant
----------------------------------------x

I, (Full Name) Zheng Zuopeng  Shield # 26206I of MO (command) am a New York City Police Officer/Detective and I state that on 8/13/15 (date), at 1605 (time), at F/O 102-10 43 Ave (location), County of Queens, State of New York:

**RESISTING ARREST:**
The defendant intentionally prevented or attempted to prevent me from effecting an authorized arrest of the defendant by: (check all that apply)

- ☒ Flailing Defendant's arms
- ☒ Holding defendant's arms against defendant's body
- ☐ Punching at me
- ☒ Struggling with me
- ☐ Kicking at me
- ☒ Refusing to be handcuffed
- ☐ Other (describe conduct): _____

NOTE:
False statements made herein are punishable as a Class A Misdemeanor pursuant to Section §210.45 of the Penal Law and as other crimes.

_____  Zuopeng Zheng       8/13/15
Signature of Police Officer/Detective    Print First & Last Name of Arresting Officer    Date

_____  Sgt Cancelino        8/13/15
Supervisor's Approval (Signature)    Print First & Last Name of Supervising Officer    Date

**DEF 000526**