

**CONFIDENTIAL**     **DEF 000070**



CONFIDENTIAL

DEF 000071