|  | New York City Police Department |
|---|---|
| | Omniform System - Arrests |

### RECORD CONTAINS SEALED INFORMATION.
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| **RECORD STATUS: SEALED** | **Arrest ID: Q15642441 - L** |
|---|---|
| **Arrest Location: FRONT OF 102-10 43 AVENUE** | **Pct: 110** |

**Arrest Date:** 08-13-2015  Processing Type: ON LINE  Current Location of Perpetrator:
**Time:** 16:47:00  DCJS Fax Number: QO031124  Borough: Queens
Sector: G  Special Event Code: NO -  Type:
Strip Search Conducted: NO  DAT Number: 0  Location: ELMHURST HOSPITAL ER
Viper Initiated Arrest: NO
Stop And Frisk: NO  Return Date: 0000-00-00
Serial #: 0000-000-00000

### ARREST DATA - COMPLAINT NOT REQUIRED

Jurisdiction: NYPD  NYC School Safety Data:  NYC Transit Data:
Premises: STREET  On School Property:  Station:
Location Within: OTHER  School Type:  Line #:
Occur.Date/Time: 2015-08-13 - 16:45  School Num:  Location:
NYC Housing Development:  School Name:

Offense Location: NORTH EAST CORNER 43 AVENUE & 114 STREET  Borough: QUEENS

| SEALED | SEALED |
|---|---|

| **CHARGES:** | | | | | | **Arrest #: Q15642441** |
|---|---|---|---|---|---|---|

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 205.30 | M | A | 1 | RESISTING ARREST |
| #02 | No | PL 221.05 | V | 0 | 1 | UNLAWFUL POSSESSION MARIHUANA |
| #03 | No | PL 240.20 07 | V | 0 | 1 | DIS CON: CREATE HAZARDOUS COND |
| #04 | No | VTL1111 D1 | I | 0 | 1 | TRAFFIC DEVICE VIOL:RED |
| #05 | No | VTL1127 0A | I | 0 | 1 | DRIVE WRNG DIREC ON ONE WAY ST |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

| SEALED | SEALED |
|---|---|

| **DETAILS:** | **Arrest #: Q15642441** |
|---|---|

AT T/P/O, DEF WAS OBSERVED RIDING A BIKE GOING N/B ON 114 STREET AGAINST TRAFFIC AND FAIL TO STOP AT STEADY RED LIGHT. AFTER A UNIFORM OFFICER TOLD DEF TO DTOP, DEF THEN FLED THE SCENE ON HIS BIKE. WHILE RUNNING AWAY FROM A/O DEF DID HIT A PARKED CAR FELL OFF HIS BIKE SCRATCHED HIS RIGHT ELBOW. UPON ARREST, DEF DID FLARE HIS ARM REFUSED TO BE HANDCUFFED. DURING S.I.L.A, DEF DID HAVE 12 ZIP BAGS OF MARIJUANA IN HIS BACKPACK.

| SEALED | SEALED |
|---|---|

| **DEFENDANT: RODRIGUEZ, HEINS W** | NYSID #: ▮ | **Arrest #: Q15642441** |
|---|---|---|

Nick/AKA/Maiden:  Height: 5FT 8IN  Order Of Protection: NO
Sex: MALE  Weight: 170  Issuing Court:
Race: WHITE HISPANIC  Eye Color: BROWN  Docket #:
Age: ▮  Hair Color: BLACK  Expiration Date:
Date Of Birth: ▮  Hair Length: SHORT  Relation to Victim: UNKNOWN/NONE

**DEF 000001**

| | | |
|---|---|---|
| U.S. Citizen: NO | Hair Style: CLOSE CUT | Living together: NO |
| Place Of Birth: NEW YORK | Skin Tone: LIGHT | Can be Identified: NO |
| Is this person not Proficient in English?: NO | Complexion: CLEAR | |
| If Yes, Indicate Language: | | |
| Accent: NO | Soc.Security #: | |
| | Occupation: UNKNOWN | Gang/Crew Affiliation: NO |
| Identification ID: NYS Drivers License or Permit | | Name: |
| Identification #: ████ | | Identifiers: |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | |
| Drug Used: MARIJUANA/HASHISH | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | ████ | ████ | ████ | | | 110 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee:  On Duty:
Development:  N.Y.C. Transit Employee:

**Physical Force: USED**

Gun:
Weapon Used/Possessed: NONE          Make:                Recovered:
Non-Firearm Weapon:                  Color:               Serial Number Defaced:
Other Weapon Description:            Caliber:             Serial Number:
                                     Type:
                                     Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | ASKED QUESTION / OFFERED ASSIS |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | HEADGEAR - BASEBALL HAT - WHITE |
| CLOTHING | ACCESSORIES - SHORTS - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - MULTI COLORED OR STR |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - MULTI COLORED OR STR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED | | SEALED |
|---|---|---|

| JUVENILE DATA: | | Arrest #: Q15642441 |
|---|---|---|
| Juvenile Offender: | Relative Notified: | Personal Recog: |
| Number Of Priors: 0 | Name: | |
| School Attending: | Phone Called: | |
| Mother's Maiden Name: | Time Notified: | |

| SEALED | | SEALED |
|---|---|---|
| **ASSOCIATED ARRESTS:** | | Arrest #: Q15642441 |

ARREST ID  COMPLAINT #

| SEALED | | SEALED |
|---|---|---|

| **VEHICLE: # 1 of 1** | VIN: | Arrest #: Q15642441 |
|---|---|---|
| Vehicle Was: USED IN A CRIME | Vehicle Stolen/Attempted Stolen From: | Invoice #: |

Plate(s): Vehicle
Number of Plates: 0   Year: 0000
License Plate #:   Make:
State:   Model:
Expires: 0000   Style:
Type:   Color:
Ins. Code:
Policy #:

Recovered Prior To Alarm:
Alarm #:
Precinct: 000
Date:
Time:
Transmitted By:

Vehicle Condition:

Held For Forfeiture: NO

| SEALED | | SEALED |
|---|---|---|
| **DEFENDANTS CALLS:** | | Arrest #: Q15642441 |

CALL #  NUMBER DIALED  NAME - PROVIDED BY DEFENDANT  NAME AS LISTED IN CELL PHONE  RELATIONSHIP  CALL COMPLETED
1      RODRIGUEZ,WILLIAMS                        FATHER

| SEALED | | SEALED |
|---|---|---|
| **INVOICES:** | | Arrest #: Q15642441 |

INVOICE#  COMMAND  PROPERTY TYPE  VALUE

| SEALED | | SEALED |
|---|---|---|
| **ARRESTING OFFICER: POM ZUOPENG ZHENG** | | Arrest #: Q15642441 |

Tax Number: 943985          On Duty: YES
Other ID (non-NYPD): 943985  In Uniform: YES
Shield: 25481               Squad: TS
Department: NYPD            Chart: 35
Command: 110   Primary Assignment:

Force Used: NO
Type:
Reason:
Officer Injured: NO

| SEALED | | | | SEALED |
|---|---|---|---|---|

| Arresting Officer Name: POM ZHENG, ZUOPENG | Tax #: 943985 | Command: 110 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT CANCELINO JOSE | Tax #: 937607 | Command: 110 | Agency: NYPD |
| Report Entered by: POM ZHENG, ZUOPENG | Tax #: 943985 | Command: 110 | Agency: NYPD |

END OF ARREST REPORT
Q15642441

DEF 000003