

**CONFIDENTIAL**

**DEF 000084**

2

CONFIDENTIAL

DEF 000085



3
CONFIDENTIAL

DEF 000086