1

1  CRIMINAL COURT OF THE CITY OF NEW YORK

2  COUNTY OF QUEENS:                PART AR1
   ----------------------------------------X
3  THE PEOPLE OF THE STATE OF NEW YORK,    :
                                              DOCKET NO.
4            -against
                                           :  2015QN040424
5  HEINS RODRIGUEZ,
                                           :
6            Defendant.
   ----------------------------------------X ARRAIGNMENT
7
                    125-01 Queens Boulevard
8                   Kew Gardens, New York 11415

9                   August 14, 2015

10

11  B E F O R E:

12       THE HONORABLE BRUNA DIBIASE,
                                        Judge.
13

14

15  A P P E A R A N C E S:

16       OFFICE OF RICHARD A. BROWN
         DISTRICT ATTORNEY - QUEENS COUNTY
17       BY:  MARIO KARONIS, Esq.
         Assistant District Attorney
18

19
         THE LEGAL AID SOCIETY
20       Attorneys for Defendant
             120-46 Queens Boulevard
21           Kew Gardens, New York 11415
         BY:  ANDRE WATSON, Esq.
22

23
                    GINA NEVIN
24            OFFICIAL COURT REPORTER

25

                                                                       P187

PROCEEDINGS

1         COURT OFFICER: Docket ending 424, Heins

2 Rodriguez. Defendant is charged with Penal Law 205.30 and

3 other docketed charges.

4         Waive the reading of the rights and charges?

5         MR. WATSON: So waived. Andre Watson, Legal Aid.

6         MR. KARONIS: The offer is 240.20, CD.

7         MR. WATSON: No disposition at this time.

8         THE COURT: Notices.

9         MR. KARONIS: Vienna Convention notice, 250.20,

10 240.30 notices. Nothing further at this time. Move to

11 convert the docket on all counts and announce ready for

12 trial. Consent to the defendant's release.

13         THE COURT: The defendant will be released on

14 consent. This will go to AP1 for October 7th for OFD.

15 Thank you.

16         * * * *

17

18   C E R T I F I C A T I O N

19         It is hereby certified that the foregoing is a true and accurate transcript of the

20 proceedings.

21

22

        _____

        GINA NEVIN

23         Official Court Reporter

24

25