Tue, Mar 22, 8:39 PM



Wednesday 11:18 AM

Run this

▮▮▮▮▮▮

Need year n registration

> I'm at criminal court about to go on the stand!

Oh nice

What time u coming back?

> Still waiting. May come back now change to my own clothes then come back later

> They about to go on lunch break. I'm not gonna bake to testify before that for sure

 iMessage 

DEF 000488

**Wednesday 11:18 AM**

Run this

▮▮▮▮▮▮▮

Need year n registration

> I'm at criminal court about to go on the stand!

Oh nice

What time u coming back?

> Still waiting. May come back now change to my own clothes then come back later

> They about to go on lunch break. I'm not gonna bake to testify before that for sure

Ok

**Wednesday 2:37 PM**

U said the bag watch search at pct

 iMessage 

DEF 000489

Wednesday 2:37 PM

U said the bag watch search at pct

Was

> Yes

U with the ADA?

> It was

He picking up

> He just went in

Tell the ADA I said u looked at the bag not me at the pct. He's saying that I said at ccrb that I searched the bag. I didn't n I don't recall I said anything like that at ccrb. U took him in with the bag. I didn't get to search anything

Sry I was in the bathroom b4 the reception was bad

 iMessage



DEF 000490

> It was

He picking up

> He just went in

Tell the ADA I said u looked at the bag not me at the pct. He's saying that I said at ccrb that I searched the bag. I didn't n I don't recall I said anything like that at ccrb. U took him in with the bag. I didn't get to search anything

Sry I was in the bathroom b4 the reception was bad

           Wednesday 4:16 PM

U have the stop sign testimony for stop sign for 104 n 42?

           Wednesday 5:23 PM

Hello u there?

 iMessage 

DEF 000491

- Blacked out
- ~~took photos not involved~~ recieved photos
- Got handcuffed on the floor
- struck his bike on floor
- struck by police officer 5'47 twice
- pain on right side
- Did not remember he had it there

15
---
didnt see tv tape wt they put 22.00
coming from house section was
getting notes bc when it happened
- last construction on cam
r going opposite way - 29s 33