

**CONFIDENTIAL**

DEF 000957





CONFIDENTIAL          DEF 000967



CONFIDENTIAL

DEF 000977

