

# PATROL GUIDE

| Section: Command Operations | Procedure No: 212-39 |
|---|---|
| **VEHICLE PURSUITS** ||
| DATE ISSUED: 08/19/13 | DATE EFFECTIVE: 08/19/13 | REVISION NUMBER: | PAGE: 1 of 4 |

**PURPOSE**      To determine the necessity of commencing a vehicle pursuit and the method to be employed in conducting such a pursuit.

**DEFINITIONS**      <u>PRIMARY VEHICLE</u> - vehicle initiating pursuit.
<u>SECONDARY VEHICLE</u> - first additional unit assisting in pursuit.

**PROCEDURE**      Upon observing a vehicle which is to be stopped or there is a likelihood that vehicle pursuit may be imminent:

**UNIFORMED MEMBER OF THE SERVICE, PRIMARY VEHICLE**
1. Initiate vehicle stop when feasible.
2. Determine the necessity for commencing and continuing a vehicle pursuit by considering the following:
   a. Nature of offense
   b. Time of day
   c. Weather condition
   d. Location and population density
   e. Capability of Department vehicle
   f. Familiarity with area.

*NOTE*      *Department policy requires that a vehicle pursuit be terminated whenever the risks to uniformed members of the service and the public outweigh the danger to the community if suspect is not immediately apprehended. If chase is terminated, members will attempt to obtain sufficient information to effect apprehension.*

3. Notify radio dispatcher at start of pursuit and provide the following information:
   a. Your location
   b. Type of vehicle, color and direction of travel
   c. Nature of offense
   d. Registration number and state of registration
   e. Occupants
   f. Any other pertinent information.
4. Maintain contact with radio dispatcher <u>but do not</u> depress transmitter key unnecessarily.
   a. Keep radio transmissions brief and speak in normal tones.
5. Utilize vehicle's emergency signaling devices intelligently.
   a. <u>Do not</u> use the "<u>constant</u>" position on siren, since it tends to distort transmissions and blot out the sound of approaching vehicles.
6. Inform radio dispatcher if vehicle changes direction.
   a. Give last location of vehicle, speed, and direction of travel.
7. Notify radio dispatcher if pursued vehicle is lost or pursuit is terminated.

**NEW • YORK • CITY • POLICE • DEPARTMENT**

**PATROL SUPERVISOR, PRECINCT OF OCCURRENCE**

8. DIRECT AND CONTROL THE PURSUIT AND THE APPREHENSION EFFORT.
   a. Monitor radio transmissions
   b. Keep radio dispatcher informed of location
   c. Limit involvement and control radio use of other units.

*NOTE*

*Units other than the primary vehicle, secondary vehicle and supervisor's unit shall stay off the air except in extreme emergencies and stay clear of the pursuit but remain alert to its progress. They will not join in or interfere with the pursuit vehicles.*

9. Request other units to respond to strategic locations to apprehend the vehicle.
   a. Primary and secondary units will be the only units to operate in close pursuit of the pursued vehicle.
   b. Additional units may be requested by the officers in the primary unit or by a supervisor, if it appears that the officers in the vehicle involved would not be able to safely effect the apprehension of the suspects. Vehicles shall not caravan behind pursuing vehicles.
10. Terminate the pursuit, if necessary.
11. Coordinate a search of the vicinity where pursued vehicle last observed.

**RADIO DISPATCHER, COMMUNICATIONS SECTION**

12. Notify Communications Section platoon commander/uniformed supervisor of pursuit.
13. Direct other units to assist and support the pursuing vehicles, as directed by the patrol supervisor.
    a. If the registration plate number is known, inform members concerned whether the vehicle is wanted on an alarm or not.

*NOTE*

*Whenever a vehicle pursuit results from another assignment, SPRINT code 10-88 will be utilized. Pick - up vehicle pursuits will be entered as 10-60I.*

**PLATOON COMMANDER/ UNIFORMED SUPERVISOR, COMMUNICATIONS SECTION**

14. Monitor pursuit.
    a. Control and direct the apprehension effort, in the absence of active patrol supervisor. Terminate pursuit if warranted.

**UNIFORMED MEMBER OF THE SERVICE, SECONDARY VEHICLE**

15. Acknowledge assignment as secondary vehicle.
    a. Allow at least five car lengths distance from primary pursuit vehicle.
    b. Do not pass primary vehicle unless requested by that unit, or if other circumstances exist such as a collision, mechanical malfunction, etc.

**PATROL SUPERVISOR, PRECINCT ORIGINATING PURSUIT**

16. Immediately after pursuit, prepare **VEHICLE PURSUIT REPORT (PD371-153)**.
17. Forward report to commanding officer, precinct originating pursuit.

*NOTE*      *If pursuit is initiated by other than Patrol Services Bureau personnel, the immediate supervisor of those officers will perform the duties of the patrol supervisor.*

**COMMANDING OFFICER, PRECINCT ORIGINATING PURSUIT**

18. Review and endorse patrol supervisor's report (include statement regarding disciplinary action) and have copies forwarded, as follows:
    a. Commanding Officer, Personnel Safety Desk (original and copy through channels)
    b. Borough Safety Officer
    c. Commanding officers of members involved in pursuit (attach **SUPERVISOR'S COMPLAINT REPORT (PD468-123)**, if prepared).

**COMMANDING OFFICER OF MEMBER INVOLVED IN PURSUIT**

19. Determine and take appropriate disciplinary action (command discipline, charges and specifications, etc.) and notify Borough Safety Officer.
20. Have a copy of all reports prepared placed in personal folder of members involved.

**PERSONNEL SAFETY DESK**

21. Have a number assigned to report, upon receipt.
    a. Numbers will start with 0001 for the first incident reported each year.

*NOTE*      *The Personnel Safety Desk will maintain a chronological file of all reported vehicle pursuits.*

22. Have a copy of report forwarded to:
    a. Commanding Officer, Driver Education and Training Unit
    b. Commanding Officer, Personnel Records Section.

**C.O., PERSONNEL RECORDS SECTION**

23. Have report placed in the personal folder of officers involved.

**DIRECTOR, M.I.S.D.**

24. Prepare and forward a monthly report of <u>all</u> vehicle pursuits to the appropriate Borough Safety Officer.

**BOROUGH SAFETY OFFICER**

25. Insure that a vehicle pursuit report has been prepared for all pursuits identified by Communications Section.
26. Review and report data regarding vehicle pursuits to patrol borough commanding officer.

*ADDITIONAL DATA*

*The following tactics are prohibited and <u>will not be</u> used in an attempt to stop a vehicle:*
a. *Ramming*
b. *Placing moving Department vehicle in a position to be struck by the pursued vehicle*
c. *Driving alongside the pursued vehicle*
d. *Roadblocks (unless specifically directed by supervisory personnel).*

| | |
|---|---|
| *ADDITIONAL DATA (continued)* | *Unmarked Department vehicles will limit pursuits.* |
| | *Department vans and scooters (2 and 3 wheel) will not be used in pursuits.* |
| | *Two wheel motorcycles will limit pursuits and terminate pursuit when a four wheel Department vehicle has joined pursuit.* |
| *RELATED PROCEDURES* | *Vehicle Collisions - General Procedure (P.G. 217-01)* |
| | *Vehicle Collisions Which Result in Death, Serious Injury and Likely to Die, or Critical Injury (P.G. 217-02)* |
| *FORMS AND REPORTS* | ***SUPERVISOR'S COMPLAINT REPORT (PD468-123)*** |
| | ***VEHICLE PURSUIT REPORT (PD371-153)*** |