1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
2    --------------------------------------------------------X
     HEINS RODRIGUEZ,
3
                                    PLAINTIFF,
4

5          -against-              Case No.:
                                  16 CV 5861 (NG) (RER)
6

7    CITY OF NEW YORK, Police Officer ZHENG ZUOPENG,
     Shield No. 25461; Police Officer ALEN CHEN, Shield No.
8    28461; Sergeant MATTHEW S. STARRANTINO; and JOHN
     And JANE DOE 1 through 10, individually and in their
9    official capacities (the names John and Jane Doe being
     fictitious, as the true names are presently unknown),
10
                                    DEFENDANTS.
11   --------------------------------------------------------X

12

13                     DATE:  July 18, 2018

14                     TIME:  10:50 A.M.

15

16

17             DEPOSITION of the Plaintiff, HEINS

18   RODRIGUEZ, taken by the Defendant, pursuant to a Court

19   Order and to the Federal Rules of Civil Procedure, held at

20   the New York City Law Department, 100 Church Street, New

21   York, New York 10007, before Enrique Alvarado, a Notary

22   Public of the State of New York.

23

24

25

1    A P P E A R A N C E S:

2

3    ELEFTERAKIS, ELEFTERAKIS & PANEK
          Attorneys for the Plaintiff
4        HEINS RODRIGUEZ
          111 John Street
5        New York, New York 10038
          BY:  JEFFREY BROMFELD, ESQ.

6

7
     ZACHARY W. CARTER, ESQ.
8    CORPORATION COUNSEL
     NEW YORK CITY LAW DEPARTMENT
9        Attorneys for the Defendants
          CITY OF NEW YORK, Police Officer ZHENG ZUOPENG,
10        Shield No. 25461; Police Officer ALEN CHEN, Shield
          No. 28461; Sergeant MATTHEW S. STARRANTINO; and JOHN
11        and JANE DOE 1 through 10, individually and in their
          official capacities (the names John and Jane Doe
12        being fictitious, as the true names are presently
          unknown)
13        100 Church Street
          New York, New York 10007
14        BY:  ZACHARY BERGMAN, ESQ.
          File #:  2016-043090
15        Control #:  170898

16

17   ALSO PRESENT:
          Kevin Kelly, Esq.
18        New York City Law Department

19

20                    *         *         *
21

22

23

24

25

1          F E D E R A L   S T I P U L A T I O N S

2

3

4          IT IS HEREBY STIPULATED AND AGREED by and between

5     the counsel for the respective parties herein that the

6     sealing, filing and certification of the within deposition

7     be waived; that the original of the deposition may be

8     signed and sworn to by the witness before anyone authorized

9     to administer an oath, with the same effect as if signed

10    before a Judge of the Court; that an unsigned copy of the

11    deposition may be used with the same force and effect as if

12    signed by the witness, 30 days after service of the

13    original & 1 copy of same upon counsel for the witness.

14

15         IT IS FURTHER STIPULATED AND AGREED that all

16    objections except as to form, are reserved to the time of

17    trial.

18

19                   *     *     *     *

20

21

22

23

24

25

1   H E I N S   R O D R I G U E Z, called as a witness, having

2   been first duly sworn by a Notary Public of the State of

3   New York, was examined and testified as follows:

4   EXAMINATION BY

5   MR. BERGMAN:

6       Q.      Please state your name for the record.

7       A.      Heins Rodriguez.

8       Q.      What is your address?

9       A.      108-44 49th Avenue, Corona, New York 11368.

10      Q.      Good morning Mr. Rodriguez.

11      A.      Good morning.

12      Q.      My name is Zachary Bergman and I represent the

13  defendants in this action.  The purpose for this deposition

14  is for me to ask you questions about the August 13, 2015

15  incident that forms the basis for your lawsuit against the

16  defendants.  Before we begin the deposition, I'm going to

17  give you some rules for the deposition.  I ask that you

18  give verbal responses.  Please do not say "a-ha" and please

19  do not nod or shake your head so that the court reporter

20  can transcribe your response.  Do you understand?

21      A.      Yes.

22      Q.      Please keep your voice up and speak clearly so

23  that the court reporter can transcribe the deposition

24  accurately.  Do you understand?

25      A.      Yes.

1    Q.    If there's any question that I ask that you do

2  not hear, let me know, I will repeat the question.  Do you

3  understand?

4    A.    Yes.

5    Q.    If there is any question that I ask that you do

6  not understand, let me know and I will try my best to

7  rephrase the question.  Do you understand?

8    A.    Yes.

9    Q.    Unless you tell me otherwise, I'll assume that

10 you understood and heard my question.  Do you understand?

11   A.    Yes.

12   Q.    If you do not know the answer to a question,

13 please do not guess; tell me that you don't know.  Do you

14 understand?

15   A.    Yes.

16   Q.    Please wait for me to finish my question

17 completely before you answer so that the court reporter can

18 transcribe a full question and a full answer.  Do you

19 understand?

20   A.    Yes.

21   Q.    Do you understand that you have taken an oath to

22 tell the truth during this deposition?

23   A.    Yes.

24   Q.    Do you understand that even though we are not in

25 a courtroom, the oath you took today is the same oath you

1  will take as a witness in a courtroom if this case goes to

2  trial?

3      A.     Yes.

4      Q.     If you realize during the deposition that an

5  answer you give earlier was inaccurate or incomplete, let

6  me know and I will give you a chance to make a correction.

7  Do you understand?

8      A.     Yes.

9      Q.     You may also review the transcript of today's

10  deposition.  After your review, you may correct any errors

11  that you find in the transcript.  Do you understand?

12      A.     Yes.

13      Q.     If you make changes to the transcript, I will be

14  able to comment on those changes at trial.  Do you

15  understand?

16      A.     Yes.

17      Q.     If you need to take a break please let me know.

18  I ask however that you answer any question that's pending

19  before we take the break.  Do you understand?

20      A.     Yes.

21      Q.     Is English your first language?

22      A.     Yes.

23      Q.     Do you understand the rules of this deposition?

24      A.     Yes.

25      Q.     Is there any reason that you cannot testify

1    truthfully and accurately testify?

2        A.      No.

3        Q.      Do you have any physical or mental condition that

4    could interfere with your ability to testify today?

5        A.      No.

6        Q.      Do you have any physical or mental condition that

7    impairs your memory?

8        A.      Not that I know of.

9        Q.      Have you taken any medications in the last

10   24 hours?

11       A.      Yes.

12       Q.      What medications have you taken in the last

13   24 hours?

14       A.      Pain medication such as Motrin, Advil and I think

15   it's called "Boswell."

16       Q.      Boswell?

17       A.      I'm not sure if that's the name.

18       Q.      Do you take both Motrin and Advil?

19       A.      Yes.

20       Q.      When was the last time you took Motrin?

21       A.      Last night.

22       Q.      And do you know what dosage you took?

23       A.      500 milligrams.

24       Q.      And why did you take 500 milligrams of Motrin

25   last night?

H. RODRIGUEZ

 1     A.     Pain medication.

 2     Q.     Do you regularly take that?

 3     A.     Yes.

 4     Q.     And how often do you take that?

 5     A.     Every day to go to sleep.

 6     Q.     So you take it at night every night?

 7     A.     Correct.

 8     Q.     And you also indicated that you took Advil; is

 9  that correct?

10     A.     Correct.

11     Q.     When was the last time you took Advil?

12     A.     Two days ago.

13     Q.     And why did you take Advil two days ago?

14     A.     As well for pain medication.

15     Q.     Do you know what dosage you took?

16     A.     I don't recall.

17     Q.     And then you also indicated that you took what we

18  think is called "Boswell"; is that correct?

19     A.     Correct.

20     Q.     Is that prescribed or is that over the counter?

21     A.     Correct, prescribed.

22     Q.     And who gave you that prescription?

23     A.     Dr. Golzad.

24     Q.     And to your best ability, could you spell out the

25  name of that medication?

1      A.    B-O-S-W-E-L-L.

2      Q.    And do you know what dosage of Boswell you took?

3      A.    I don't remember.

4      Q.    And what did you last take Boswell?

5      A.    Yesterday.

6      Q.    Do you know approximately what time yesterday?

7      A.    In the morning.

8      Q.    And how often do you take Boswell?

9      A.    Before a meal.

10     Q.    Before every meal?

11     A.    Right, correct.

12     Q.    Have you not eaten since yesterday morning?

13     A.    I haven't ate; no breakfast.

14     Q.    Did you have lunch or dinner yesterday?

15     A.    Barely.

16     Q.    And why do you take Boswell?

17     A.    For my head.

18     Q.    When you say it's for your head, what do you

19   mean?

20     A.    I can't exactly say.  I don't remember the actual

21   diagnosis of the doctor.

22     Q.    What kind of doctor is Dr. Golzad?

23     A.    Neurology, I think it is.

24     Q.    And when did you start seeing Dr. Golzad?

25     A.    Last week.

1    Q.    And can you describe the symptoms that brought

2  you to first see Dr. Golzad?

3    A.    Headaches, pain in my head, dizziness, blurry

4  vision.

5    Q.    And when did you start experiencing those

6  symptoms?

7    A.    I could say more than two years now.

8    Q.    How many times do you think you've taken Boswell

9  since you saw Dr. Golzad?

10    A.    About ten times at least.

11    Q.    And to the best of your ability to answer this

12  question, has taking Boswell affected your memory at all?

13    A.    I can't say as of right now.

14    Q.    Do you feel comfortable going forward with this

15  deposition?

16    A.    Yes.

17    Q.    So you indicated earlier that you've taken

18  Boswell, Advil and Motrin recently.  Is there anything else

19  that you've taken?

20    A.    Tylenol.

21    Q.    When was the last time you took Tylenol?

22    A.    This week.

23    Q.    Okay.  And why did you take that?

24    A.    For pain medication as well.

25    Q.    Is there a reason that you took Motrin, Advil and

1   Tylenol for pain medication?

2       A.      I take what's available for me at the store.

3       Q.      So those things are not prescribed to you; is

4   that correct?

5       A.      No.

6       Q.      Now is there any medication that you were suppose

7   to take in the last 24 hours that you have not taken?

8       A.      No.

9       Q.      Have you consumed any alcohol within the last

10  24 hours?

11      A.      No.

12      Q.      Have you used any drugs such as narcotics or

13  marijuana within the last 24 hours?

14      A.      No.

15      Q.      Have you ever been deposed before?

16      A.      I don't understand your question.

17      Q.      Have you ever been to a deposition before?

18      A.      Yes.

19      Q.      How many times have you been to a deposition

20  before?

21      A.      Once.

22      Q.      And do you know when that was?

23      A.      I don't recall.

24      Q.      And was that involving this matter or something

25  else?

1      A.      This matter.

2      Q.      Now aside from the deposition you testified about

3   a second ago, have you ever testified as a witness before

4   in anything?

5      A.      No.

6      Q.      Other than this case, have you brought any

7   lawsuits against the City of New York or any other New York

8   City agency before?

9      A.      No.

10     Q.      Other than this case, have you ever been a

11  plaintiff in a civil lawsuit?

12     A.      Can you say that question?

13     Q.      Sure.  Have you ever brought any other lawsuits

14  before?

15     A.      Yes.

16     Q.      How many other lawsuits have you brought?

17     A.      One.

18     Q.      And when did you bring that lawsuit?

19     A.      2005.

20     Q.      And who were the parties to that lawsuit?

21     A.      I don't recall.

22     Q.      Do you know who you sued?

23     A.      I don't remember.  I was young.

24     Q.      Do you know what that case was about?

25     A.      Broken ankle.

1      Q.    And I take it it was your ankle that broke?

2      A.    Correct.

3      Q.    Which ankle was that?

4      A.    Left.

5      Q.    How did your ankle break?

6      A.    Someone fell on it.

7      Q.    How did that happen?

8      A.    Playing football.

9      Q.    Do you know what the outcome of that case was?

10     A.    I don't recall.

11     Q.    Was there ever a trial?

12     A.    No.

13     Q.    Did you ever have to give any testimony?

14     A.    I believe so.

15     Q.    And was it in a setting like this or in court or

16   something else?

17     A.    A setting like this.

18     Q.    And were you represented by an attorney at the

19   time?

20     A.    Correct.

21     Q.    Do you know who that was?

22     A.    No.

23     Q.    You said earlier that the lawsuit was about a

24   broken ankle; is that correct?

25     A.    Correct.

1      Q.      Did you make any claims about any other injuries

2    during that lawsuit?

3      A.      No.

4      Q.      Have you ever been a defendant in a civil

5    lawsuit?

6      A.      No.

7      Q.      Have you ever been a third party witness in a

8    civil lawsuit?

9      A.      No.

10      Q.      Have you ever filed for bankruptcy?

11      A.      No.

12      Q.      Have you ever filed a claim with the New York

13    State Human Rights Commission?

14      A.      I don't know.

15      Q.      Have you ever filed a claim with the New York

16    City Human Rights Commission?

17      A.      I don't know.

18      Q.      Have you ever been a party to a Family Court

19    proceeding?

20      A.      No.

21      Q.      Have you ever been married?

22      A.      No.

23      Q.      Have you ever been a party to a case in Small

24    Claims Court?

25      A.      No.

1    Q.    Have you ever been a party to a child custody

2  proceeding?

3    A.    No.

4    Q.    Have you ever been a party to a child support

5  proceeding?

6    A.    Can you repeat the question?

7    Q.    Sure.  Have you ever been a party to a child

8  support proceeding?

9    A.    No.

10    Q.    Have you ever been the subject of a protective

11  order or a restraining order?

12    A.    No.

13    Q.    Have you ever sought an order of protection or

14  restraining order against anybody else?

15    A.    No.

16    Q.    Have you ever testified in Court before?

17    A.    No.

18    Q.    Have you ever testified at a parole hearing?

19    A.    No.

20    Q.    Are you represented by an attorney today in this

21  case?

22    A.    Yes.

23    Q.    And who is representing you today?

24    A.    Jeff.

25    Q.    Is that Jeffrey Bromfeld?

```
 1     A.     Correct.

 2     Q.     And when did you first meet Mr. Bromfeld?

 3     A.     Some days from now, a few days ago.

 4     Q.     And you're also represented in this case by Baree

 5  Fett and Gabriel Harvis; is that correct?

 6     A.     Correct.

 7     Q.     And when did you first meet Mr. Harvis and

 8  Ms. Fett?

 9     A.     I would say approximately two years ago.

10     Q.     Now your lawsuit is about an August 13, 2015

11  incident; is that correct?

12     A.     Correct.

13     Q.     How much time passed between August 13, 2015, and

14  when you first met either Mr. Harvis or Ms. Fett?

15     A.     I would say approximately a few months.

16     Q.     And did anyone refer you to Mr. Harvis or Ms.

17  Fett?

18     A.     Can you repeat the question?

19     Q.     Did anyone refer you to Mr. Harvis or Ms. Fett?

20     A.     I don't recall.

21     Q.     Do you know how you came to find them?

22     A.     A family member, friend of a family member.

23     Q.     Do you recall who that was?

24     A.     No.

25     Q.     And has that individual ever been present for any
```

1    meetings between yourself and Mr. Harvis or Ms. Fett?

2        A.    No.

3        Q.    Have any of the attorneys we just discussed ever

4    represented you in any other legal matter?

5        A.    No.

6        Q.    Have you ever met with any of the attorneys we

7    just discussed in the presence of anybody else?

8        A.    Can you repeat the question?

9        Q.    Sure, I'll rephrase it.  How many times do you

10   think you've met with the attorneys we just discussed?

11       A.    Numerous times.

12       Q.    And during those meetings, was there ever anybody

13   else that was present during the meetings?

14       A.    No.

15       Q.    To the best of your understanding, what is the

16   fee arrangement between you and your attorneys in the

17   present matter?

18            MR. BROMFELD:  Just note my objection.

19       A.    Can you repeat the question?  I couldn't hear it

20   clearly.

21       Q.    Sure.  To the best of your understanding, what is

22   the fee arrangement between yourself and your attorneys in

23   this case?

24       A.    I don't know.

25            MR. BERGMAN:  We might call for the

 1          production of the fee arrangements between

 2          Plaintiff and Counsel.

 3     Q.   Did you meet with any attorneys to prepare for

 4   this deposition whether in person, or by phone, or any

 5   other means?

 6     A.   Yes.

 7     Q.   How many times?

 8     A.   Once.

 9     Q.   And do you recall when that was?

10     A.   Yesterday.

11     Q.   And how long was that meeting?

12     A.   Approximately an hour.

13     Q.   And who was present for that meeting?

14     A.   Jeff.

15     Q.   Was anybody else there?

16     A.   No.

17     Q.   Now aside from Mr. Bromfeld, did you meet or talk

18   with anybody else about today's deposition?

19     A.   John.

20          MR. BROMFELD:  John Elefterakis, by Counsel.

21     Q.   And aside from the individual you just identified

22   as John, did you meet or talk with anybody else about

23   today's deposition?

24     A.   No.

25     Q.   When did you speak with Mr. Elefterakis about

1  today's deposition?

2      A.      Yesterday.

3      Q.      And how long did you speak with Mr. Elefterakis

4  for?

5      A.      Approximately five minutes.

6      Q.      Did you review any documents or videos regarding

7  the events of August 13, 2015, to prepare for today's

8  deposition?

9      A.      Yes.

10     Q.      What did you review?

11     A.      The video of my accident.

12     Q.      Anything else?

13     A.      50-h.

14             MR. BROMFELD:  The transcript?

15             THE WITNESS:  Correct.

16     Q.      Earlier you testified about a deposition you

17  gave.  Were you referring to the 50-h?

18     A.      Correct.

19     Q.      And were you shown those things by your

20  attorneys?

21     A.      Can you repeat?

22     Q.      Were you shown the video and the 50-h transcript

23  by your attorneys?

24     A.      Correct.

25     Q.      Other than an attorney, have you discussed the

1  events of August 13, 2015, or this lawsuit, with anybody

2  else?

3      A.      No.

4      Q.      Other than an attorney, did anyone give you any

5  advice on how you should testify today?

6      A.      No.

7      Q.      Other than an attorney, did you tell anyone you

8  were coming to testify today?

9      A.      No.

10     Q.      Have you written or e-mailed anyone or has anyone

11  written or e-mailed you regarding the events of August 13,

12  2015, aside from any of your attorneys?

13     A.      Can you repeat the question?

14     Q.      Aside from your attorneys, have you written or

15  e-mailed anyone or has anyone written or e-mailed you about

16  the events on August 13, 2015?

17     A.      No.

18     Q.      Do you have any handwritten notes or documents

19  regarding the August 13, 2015 incident that you're bringing

20  this lawsuit about?

21     A.      Can you repeat the question?

22     Q.      Sure.  Do you have any handwritten notes or

23  documents about the August 13, 2015 incident that you

24  prepared?

25     A.      No.

1    Q.    Have you ever been known by a name other than

2  Heins Rodriguez?

3    A.    No.

4    Q.    Do you have a middle name?

5    A.    Yes.

6    Q.    What is your middle name?

7    A.    Williams.

8    Q.    Do you ever use your middle name?

9    A.    No.

10   Q.    Was there any reason you have not used your

11  middle name during the pendency of this lawsuit?

12   A.    No.

13   Q.    What is your date of birth?

14   A.    XX/XX/XXXX.

15          MR. BROMFELD:  Can we put X's on the

16          transcript for the date and I'm assuming you're

17          going to ask for the social security number.

18          MR. BERGMAN:  Let's just put the last four

19          numbers on the record.

20          MR. BROMFELD:  That's fine.

21   Q.    Please give us your social security number.

22   A.    ████

23   Q.    And where were you born?

24   A.    New York, Queens.

25   Q.    And you're a citizen; is that correct?

1     A.     Yes.

2     Q.     And how tall are you?

3     A.     Approximately 5'8.

4     Q.     And sitting here today how much do you weigh?

5     A.     Approximately 160 pounds.

6     Q.     Do you know what your approximate weight was on

7  August 13, 2015?

8     A.     No.

9     Q.     Do you think you weighed substantially more than

10  160 pounds?

11    A.     I don't know.

12    Q.     Do you think you weighed substantially less than

13  160 pounds?

14    A.     No.

15    Q.     Are you right-handed or left-handed?

16    A.     Right-handed.

17    Q.     Do you have any trouble with your hearing?

18    A.     Not that I know of.

19    Q.     What is your current mailing address?

20    A.     ████████████████████████████████████

21    Q.     Is that where you currently reside?

22    A.     Correct.

23    Q.     What type of residence is that?

24    A.     It's a house.

25    Q.     And how long have you lived there?

1    A.    Approximately more than ten years.

2    Q.    And who, if anyone, do you live there with?

3    A.    My mother.

4    Q.    What is her name?

5    A.    Lydia.

6    Q.    And her last name?

7    A.    Miranda.

8    Q.    Has Ms. Miranda lived with you the entire time

9  you've resided in that location?

10    A.    Correct.

11    Q.    Has anyone else lived with you at any point in

12  time during your residency at that location?

13    A.    Can you repeat that again?

14    Q.    Sure.  Has anyone else ever lived with you and

15  Ms. Miranda while you lived at ███████████████

16    A.    My father.

17    Q.    And what is his name?

18    A.    William.

19    Q.    And his last name is Rodriguez?

20    A.    Correct.

21    Q.    And when did Mr. Rodriguez stop living at that

22  location?

23    A.    I don't remember.

24    Q.    Do you think it was more than five years ago?

25    A.    I don't remember.

H. RODRIGUEZ

1      Q.      Did Mr. Rodriguez live with you in August 2015?

2      A.      No.

3      Q.      Has he lived with you at any time since August of

4    2015?

5      A.      No.

6      Q.      Have you ever been evicted from a residence?

7      A.      No.

8      Q.      Aside from Mr. Rodriguez and Ms. Miranda, has

9    anyone else ever lived with you at your current residence?

10     A.      No.

11     Q.      And do you know why Mr. Rodriguez ceased living

12   with you?

13     A.      Can you repeat that?

14     Q.      Do you know why Mr. Rodriguez stopped living at

15   that location?

16     A.      Separation.

17     Q.      Do you know how old you were when your parents

18   separated?

19     A.      I don't remember.

20     Q.      Do you think you were older than 18?

21     A.      Yes.

22     Q.      Do you have a driver's license?

23     A.      Yes.

24     Q.      What state issued the license?

25     A.      New York.

1    Q.    Is the address on your license the same as the

2    address you gave earlier?

3    A.    Yes.

4    Q.    Do you know when you obtained your driver's

5    license?

6    A.    Approximately a year ago.

7    Q.    Since obtaining your driver's license has it ever

8    been revoked?

9    A.    No.

10   Q.    Has your license ever been suspended?

11   A.    No.

12   Q.    Do you currently have your driver's license on

13   you?

14   A.    Yes.

15   Q.    Can you please take it out and give us the

16   driver's license ID number?

17            MR. BROMFELD:  Again if we could just put Xs

18            in the transcript for this, please.

19   A.    XXXXXXXXX.

20   Q.    And can you just give us the date of issuance on

21   that also?

22   A.    May 29, 2018.

23   Q.    So you just got it a few months ago?

24   A.    Renewed.

25   Q.    But you first obtained it about a year ago?

H. RODRIGUEZ

 1     A.     Approximately.

 2     Q.     And what brought you to get a license a year ago?

 3     A.     My age.

 4     Q.     What do you mean by that?

 5     A.     I needed a driver's license.

 6     Q.     Why did you need a driver's license?

 7     A.     To work.

 8     Q.     Did you attend high school?

 9     A.     Yes.

10     Q.     What high school did you attend?

11     A.     Flushing High School.

12     Q.     Where was that located?

13     A.     In Flushing, Queens.

14     Q.     Were you ever suspended from school?

15     A.     Not that I remember.

16     Q.     Were you ever expelled from any school?

17     A.     No.

18     Q.     Did you graduate high school?

19     A.     Yes.

20     Q.     And after attending high school, did you receive

21  any other education?

22     A.     Yes.

23     Q.     Can you describe that for me?

24     A.     Associate's in psychology.

25     Q.     When did you obtain that?

1    A.    You said when?

2    Q.    Yes.

3    A.    Approximately 2012, 2013.

4    Q.    And where did you obtain your associate's?

5    A.    LaGuardia Community College.

6    Q.    Where is that located?

7    A.    Long Island City.

8    Q.    New York?

9    A.    Yes.

10   Q.    And how long did you attend LaGuardia Community

11   College?

12   A.    Throughout my two years of school.

13   Q.    Okay.  Aside from attending LaGuardia Community

14   College, have you attended any other educational

15   institutions since graduating high school?

16   A.    Can you repeat that again?

17   Q.    Sure.  Aside from going to LaGuardia Community

18   College, have you taken college classes anywhere else?

19   A.    No.

20   Q.    And have you been to any sort of formal training

21   program or educational program anywhere else?

22   A.    I got accepted by Hunter College.

23   Q.    When did you get into Hunter College?

24   A.    Right after I graduated from LaGuardia.

25   Q.    Did you attend Hunter College?

1      A.      I didn't start my semester.

2      Q.      Why not?

3      A.      I had to work.

4      Q.      Now aside from getting into Hunter College, did

5  you receive any formal training or education at any other

6  institutions since attending LaGuardia?

7      A.      Not that I remember.

8      Q.      Have you ever served in the military?

9      A.      No.

10     Q.      Have you ever been employed?

11     A.      Yes.

12     Q.      Are you currently employed?

13     A.      Yes.

14     Q.      Where do you currently work?

15     A.      Sonnier & Castle.

16     Q.      Can you spell that?

17     A.      S-O-N-N-I-E-R & Castle.

18     Q.      And what kind of company is Sonnier & Castle?

19     A.      It's a luxury purveyor catering company.

20     Q.      And where is that located?

21     A.      On 48th Street and 11th Avenue.

22     Q.      In New York?

23     A.      Yes.

24     Q.      Is that in Queens?

25     A.      Manhattan.

1    Q.    And how long have you been employed there?

2    A.    Since May of this year.

3    Q.    And what is your job title there?

4    A.    I'm a waiter.

5    Q.    And how many hours a week do you work there?

6    A.    Approximately 15 to 25.

7    Q.    And what does it depend on?

8    A.    Pain and -- my pain and availability.

9    Q.    And what are your duties working there?

10    A.    Serving food, bussing food, plates, dirty plates,

11  passing hors d'oeuvres.

12    Q.    Anything else?

13    A.    Preparing my station.

14    Q.    So just to be clear, this is catering a la carte?

15    A.    Correct.

16    Q.    So when you're working are you on your feet the

17  entire time?

18    A.    The majority.

19    Q.    And are you required to set up tables or anything

20  along those lines?

21    A.    Sometimes.

22    Q.    Do you have to move chairs?

23    A.    No.

24    Q.    Do you have set up or break down food stations?

25    A.    No.

H. RODRIGUEZ

1     Q.      So you indicated earlier that you work

2  approximately 15 to 25 hours a week, correct; how long are

3  your shifts normally?

4     A.      10 to 13 hours approximately.

5     Q.      So is it correct to stay that you normally work

6  one or two days a week and that you attend a 13-hour shift?

7     A.      Correct.

8     Q.      And are you paid hourly or in some other fashion?

9     A.      Hourly.

10    Q.      And how much money do you make per hour?

11    A.      25.

12    Q.      $25?

13    A.      Correct.

14    Q.      Do you also ever receive tips?

15    A.      No.

16    Q.      And how often are you paid?

17    A.      Weekly.

18    Q.      Do you have a supervisor?

19    A.      I don't know his name.

20             MR. BROMFELD:  Is the answer yes?

21             THE WITNESS:  Yes.

22    Q.      Is it your testimony that you don't know your

23  supervisor's name?

24    A.      Correct.

25    Q.      Is it a male or a female?

1      A.      Female.

2      Q.      And has your current supervisor been your

3   supervisor since May of 2018?

4      A.      I don't know.

5      Q.      Is there a reason you're not able to answer that

6   question?

7      A.      I'm not sure if the supervisor -- well, the

8   person that I believe is the supervisor.  That's why.

9      Q.      Is there someone that you directly report to?

10     A.      Yes.

11     Q.      And do you know that person's name?

12     A.      Elena.

13     Q.      Do you know Elena's last name?

14     A.      No.

15     Q.      And have you directly reported to Elena since May

16  of 2018?

17     A.      Yes.

18     Q.      Since May of 2018, have you ever been injured

19  while working?

20     A.      No.

21     Q.      Other than your current job, do you have any

22  other source of income?

23     A.      No.

24     Q.      Now prior to taking your present job, when was

25  the last time you were employed?

1     A.     Approximately 2015.

2     Q.     And where were you employed at that time?

3     A.     Forrest Staffing Solutions.

4     Q.     And what sort of company is that?

5     A.     Also a catering agency.

6     Q.     And how long were you employed there?

7     A.     Approximately two to three years.

8     Q.     What was your job title there?

9     A.     Service technician.

10    Q.     And what does a service technician do?

11    A.     Waitering and bartending at corporate offices.

12    Q.     And can you describe your duties a little bit

13    more fully?

14    A.     There I would have to prepare my stations, food

15    stations; make sure everything was prepared before certain

16    companies, corporate companies, would show up; same thing

17    as also cleaning up, picking up plates, after they were

18    done.

19    Q.     Would you say your current job is significantly

20    different than your prior job?

21    A.     Yes.

22    Q.     How so?

23    A.     Not just corporate offices, it's more private

24    events as well.

25    Q.     But in terms of your job tasks are they

1    essentially the same?

2         A.    No, it's less preparation I would say.

3         Q.    Okay.  Would you say it's as physically taxing as

4    your old job?

5         A.    Not as much no.

6         Q.    At your prior job, how many days a week did you

7    work?

8         A.    Approximately four days a week.

9         Q.    And how many hours a day would you typically

10   work?

11        A.    Approximately five to eight hours.

12        Q.    So it's safe to say that you worked somewhere

13   between 20 and 35 hours a week normally?

14        A.    Yes.

15        Q.    And what was your salary at that time?

16        A.    I don't recall.

17        Q.    Do you recall how often you were paid?

18        A.    Weekly.

19        Q.    Did you have a supervisor at that time?

20        A.    Yes.

21        Q.    Do you recall who that was?

22        A.    Virgil.

23        Q.    Do you know Virgil's last name?

24        A.    No.

25        Q.    How long was Virgil your supervisor?

1    A.    During the time I was there.

2    Q.    What is the location of that employer?

3    A.    Which one?

4    Q.    Your prior employer.

5    A.    It's in Manhattan.

6    Q.    Do you recall where in Manhattan?

7    A.    Near Times Square district.

8    Q.    What is the name of that location again?

9    A.    Forrest Staffing Solutions.

10    Q.    And while working at Forrest Staffing, were you

11   ever injured at the job?

12    A.    No.

13    Q.    Is it correct that you say that you no longer

14   work at Forrest Staffing?

15    A.    Yes.

16    Q.    And why did you leave Forrest Staffing?

17    A.    Due to my condition after the accident.

18    Q.    Do you know when you left Forrest Staffing?

19    A.    I don't.

20    Q.    Do you recall the last time you worked at Forrest

21   Staffing?

22    A.    I don't.

23    Q.    Was it before or after August 13, 2015?

24    A.    Before.

25    Q.    You stopped working at Forrest Staffing before

1   August 13, 2015?

2        A.       No.

3        Q.       Do you know how much time passed between

4   August 13, 2015, and when you stopped working at Forrest

5   Staffing?

6        A.       I don't remember.

7        Q.       Do you think it was more than six months?

8        A.       No.

9        Q.       Do you think it was more than three months?

10       A.       No.

11       Q.       Do you think it was more than a month?

12       A.       No.

13       Q.       Now while you were working at Forrest Staffing,

14   did you receive any other source of income?

15       A.       No.

16       Q.       Now aside from your current job and Forrest

17   Staffing, have you ever otherwise been employed?

18       A.       Can you repeat that question?

19       Q.       Sure.  Aside from the job you have now and

20   Forrest Staffing, have you ever worked anywhere else?

21       A.       Yes.

22       Q.       Where else have you worked?

23       A.       River Park.

24       Q.       And aside from River Park, anywhere else?

25       A.       Blue Fin.

1    Q.    And aside from River Park and Blue Fin, anywhere

2   else?

3    A.    Frames.

4    Q.    And aside from those three, anywhere else?

5    A.    Kibo.

6    Q.    Kibo?

7    A.    Yes.

8    Q.    And aside from Kibo, is there anywhere else?

9    A.    BJ's Wholesale Club.

10   Q.    And aside from BJ's is there anywhere else?

11   A.    Summer youth program.

12   Q.    Is that everything?

13   A.    Yes.

14   Q.    When did you work at River Park?

15   A.    Approximately 2014.

16   Q.    And what about at Blue Fin?

17   A.    Approximately 2012.

18   Q.    And Frames?

19   A.    Approximately 2014 as well.

20   Q.    And Kibo?

21   A.    2012.

22   Q.    And BJ's?

23   A.    2011, 2012 approximately.

24   Q.    And then the summer youth program you discussed

25   earlier?

H. RODRIGUEZ

1     A.     2006.

2     Q.     Starting with River Park, what sort of company is

3     that?

4     A.     It's a restaurant.

5     Q.     And what was your job at River Park?

6     A.     Food runner and expediter.

7     Q.     And I know you said you worked there in 2004.  Do

8     you know approximately how long you worked there for?

9     A.     Can you say that again?

10    Q.     Sure.  Do you know approximately how long you

11    worked at River Park for?

12    A.     Approximately a year.

13    Q.     And do you know when you started working there?

14    A.     I don't remember.

15    Q.     Were you working there at the same time you

16    worked at Forrest Staffing?

17    A.     Where?

18    Q.     At Forrest Staffing.

19    A.     Where?

20    Q.     At River Park.

21    A.     Yes.

22    Q.     And when you worked at River Park, how many days

23    a week were you working?

24    A.     Approximately 5 to 6 days.

25    Q.     And how many hours a day would you typically

1    work?

2        A.      Approximately 8 to 10 hours.

3        Q.      And why did you stop working at River Park?

4        A.      A better opportunity.

5        Q.      And what was that?

6        A.      Forrest Staffing Solutions.

7        Q.      But you were working at the two of them

8    simultaneously for a while, correct?

9        A.      Yes.

10       Q.      What was the better opportunity?

11       A.      To work at Chase Corporate.

12       Q.      Could you describe what you mean by that?

13       A.      To be a bartender for Chase Corporate Offices in

14   Manhattan.

15       Q.      And you worked for Chase Corporate Offices?

16       A.      No, through Forrest Staffing Solutions; my

17   opportunity.

18       Q.      Can you just describe what you mean by that?

19       A.      Forrest Staffing Solutions was giving me the

20   opportunity to work with Chase Corporate.

21       Q.      On like a full-time basis?

22       A.      Correct.

23       Q.      Did you take that opportunity?

24       A.      I wanted to.

25       Q.      What happened?

1       A.      August 13th.

2       Q.      So is it correct to say that you worked for River

3  Park in 2015 as well?

4       A.      No.  Approximately I would say maybe beginning of

5  the year.

6       Q.      I want to make sure we get this.  So correct me

7  if I'm wrong, you were working at River Park and at Forrest

8  Staffing at the same time?

9       A.      Correct.

10      Q.      And then you were given the opportunity to work

11  at Chase Corporate?

12      A.      Correct.

13      Q.      So you stopped working at River Park?

14      A.      Correct.

15      Q.      Do you know when the opportunity to work at Chase

16  Corporate arose?

17      A.      I don't recall right now.

18      Q.      To the best of your recollection, you were not

19  working for River Park in August of 2015?

20      A.      No.

21      Q.      Were you ever injured while you were working at

22  River Park?

23      A.      No.

24      Q.      Just to expedite this, were you ever injured

25  while working for Blue Fin, or Frames, or Kibo, or BJ's or

1    the summer youth program?

2        A.      No.  Summer youth program.

3        Q.      And how were you injured while working there?

4        A.      My broken ankle.

5        Q.      Okay.  And what was your position while you

6    worked there?

7        A.      Counselor.

8        Q.      Do you know the name of that summer youth

9    program?

10       A.      No.

11       Q.      Do you know where it's located?

12       A.      Queens.

13       Q.      And you indicated earlier that you worked at Blue

14   Fin.  What sort of organization is Blue Fin?

15       A.      A restaurant.

16       Q.      And what was your position there?

17       A.      Food runner.

18       Q.      What does being a food runner consist of?

19       A.      Just serving food.

20       Q.      And then you also indicated that you worked at

21   Frames in 2014; is that correct?

22       A.      Yes.

23       Q.      Did you work at Frames at the same time you

24   worked at River Park and at Forrest Staffing?

25       A.      Not River Park.

1     Q.    How long did you work at Frames for?

2     A.    Approximately six months.

3     Q.    And why did you cease working at Frames?

4     A.    Just didn't like it.

5     Q.    And what was your job at Frames?

6     A.    Expediter.

7     Q.    And what does an expediter do?

8     A.    Make sure every food order comes out according to

9 time, on time, and it's the correct party.

10    Q.    What kind of organization is Frames?

11    A.    Its a restaurant/bar bowling alley.

12    Q.    And where is that located?

13    A.    Port Authority.

14    Q.    I don't think I asked you this:  Where is Blue

15 Fin located?

16    A.    Times Square district as well.

17    Q.    And were you working at Frames at the same time

18 you were working at Forrest Staffing?

19    A.    Yes.

20    Q.    And how many hours a week did you work at Frames?

21    A.    I don't remember.

22    Q.    And you also indicated that you worked at Kibo?

23    A.    Yes.

24    Q.    Is that also a restaurant or a food purveyor?

25    A.    Yes.

1      Q.      What was your position there?

2      A.      Food runner.

3      Q.      Why did you stop working there?

4      A.      Business closed down.

5      Q.      And do you recall where that was located?

6      A.      18th Street in Manhattan.

7      Q.      And how long did you work there for?

8      A.      Approximately five months.

9      Q.      Before they closed?

10     A.      Yes.

11     Q.      And then prior to that you were working at BJ's

12     correct?

13     A.      Yes.

14     Q.      And what were you doing at BJ's?

15     A.      Store clerk.

16     Q.      What does being a store clerk consist of?

17     A.      Preparing just bread, making sure the client

18     needed the correct, you know, order when coming to buy

19     bread.

20     Q.      Do you know how many days a week you were working

21     there approximately?

22     A.      Five.

23     Q.      And do you recall how many hours a day you

24     typically worked?

25     A.      Eight hours approximately, seven to eight hours.

1    Q.    So you were working around 35 to 40 hours a week?

2    A.    Correct.

3    Q.    And do you recall how much money you were making

4    at that time?

5    A.    No.

6    Q.    Why did you stop working at BJ's?

7    A.    School.

8    Q.    Was that to attend LaGuardia?

9    A.    Correct.

10   Q.    Have you ever received social security before?

11   A.    No.

12   Q.    What about social security insurance or SSI

13   benefits?

14   A.    No.

15   Q.    Have you ever received any sort of disability

16   benefits?

17   A.    No.

18   Q.    Have you ever applied for disability benefits?

19   A.    No.

20   Q.    What sort of expenses do you currently have?

21   A.    Daily expenses as in food, rent, gas.

22   Q.    How much do you typically spend on rent?

23   A.    Approximately 300.

24   Q.    And on a monthly basis how much do you spend on

25   food?

1      A.     I don't know.

2      Q.     Were you contributing to rent on August 13, 2015?

3      A.     Yes.

4      Q.     And do you recall how much you were contributing

5  at that time?

6      A.     Approximately the same.

7      Q.     And at any point in time since August have you

8  not contributed to rent?

9      A.     Yes.

10     Q.     When was that?

11     A.     This year.

12     Q.     And what period of time was that?

13     A.     I don't understand the question.

14     Q.     Sure.  Do you contribute to rent monthly?

15     A.     Correct.

16     Q.     Do you recall how many months you did not

17 contribute rent?

18     A.     Approximately half a year.

19     Q.     And why was that?

20     A.     I ran out of savings.

21     Q.     You started contributing again; is that correct?

22     A.     Yes.

23     Q.     Have you taken out any loans based on a possible

24 monetary recovery in this case?

25     A.     No.

1  Q.  Does any person or company have a lien against

2 any monitory recovery in this case?

3  A.  Can you repeat the question?

4  Q.  Sure.  Does any person or company have a lien

5 against any monitory recovery in this case?

6  A.  I don't know.

7  Q.  Have you ever received public assistance?

8  A.  I don't know.

9  Q.  Have you ever received food stamps?

10  A.  No.

11  Q.  Have you ever received Medicaid?

12  A.  No.

13  Q.  Have you ever received Medicare?

14  A.  I don't know.

15  Q.  Have you ever received a New York State benefits

16 card?

17  A.  I don't know.

18  Q.  Have you ever been arrested in New York?

19  A.  Yes.

20  Q.  How many times have you been arrested in New

21 York?

22  A.  Approximately three times.

23  Q.  Have you ever been arrested outside of New York?

24  A.  No.

25  Q.  When was the first time that you were arrested in

1    New York?

2        A.    I don't remember.

3        Q.    Do you think it was more than ten years ago?

4        A.    No.

5        Q.    Do you think it was more than five years ago?

6        A.    I don't remember.

7        Q.    Okay.  Have you ever been ordered by a Court to

8    undergo an anger management treatment?

9        A.    Can you repeat that question?

10       Q.    Sure.  Have you ever been ordered to undergo

11   anger management treatment?

12       A.    No.

13       Q.    And have you ever been ordered by a Court to

14   undergo any sort of psychological counseling?

15       A.    No.

16       Q.    So can you tell me about the first time you were

17   arrested?  What were the underlying circumstances of that

18   arrest?

19       A.    Jumping a turnstile.

20       Q.    Were you over the age of 18 at the time?

21       A.    Yes.

22       Q.    Do you know what you were charged with if

23   anything?

24       A.    I don't remember.

25       Q.    Do you know where that arrest occurred?

1      A.      In Manhattan.

2      Q.      Were you injured at all during the course of the

3    arrest?

4      A.      No.

5      Q.      Did you resist arrest?

6      A.      No.

7      Q.      Were you accused of resisting arrest?

8      A.      I don't remember.

9      Q.      Did you injure a police officer?

10     A.      No.

11     Q.      Have you ever been accused of injuring a police

12   officer?

13     A.      No.

14     Q.      Were you taken to a precinct as a result of that

15   arrest?

16     A.      Yes.

17     Q.      Were you detained in a cell at the precinct?

18     A.      Yes.

19     Q.      How long were you detained for?

20     A.      I would say approximately a day or two.

21     Q.      Were you taken to central booking?

22     A.      I don't remember.

23     Q.      Were you eventually arraigned?

24     A.      I don't know.

25     Q.      Did you ever go before a judge?

1    A.    I don't think so.

2    Q.    Do you know what happened in that case?

3    A.    Dismissed.

4    Q.    Do you know why it was dismissed?

5    A.    I don't know.

6    Q.    Did you ever have to make any court appearances?

7    A.    I think it was not dismissed.  It was ACD.

8    Q.    Okay.  Is that an adjournment in contemplation of

9    dismissal?

10   A.    I think so.

11   Q.    And do you know what the terms of that were?

12   A.    No.

13   Q.    And was it eventually dismissed?

14   A.    I don't remember.

15   Q.    Now can you tell me about the second time you

16   were arrested?  What were the underlying circumstances of

17   that arrest?

18   A.    I was detained for public urination.

19   Q.    Do you recall when that was?

20   A.    2014.

21   Q.    And where did that occur?

22   A.    In Queens.

23   Q.    And what were the circumstances of that arrest?

24   What happened?

25   A.    I was apprehended, tackled from the back, due to

1    his belief of me public urinating, which I wasn't; then I

2    was just ID'd and he searched me and he found a Marines

3    pocket knife and it was eventually the reason why he put

4    handcuffs on me, put me in the van, and he threw me with

5    handcuffs onto basically the floor of the van, which hurt

6    my right hand, my right wrist, I would say, and eventually

7    I was given an ACD for that.

8         Q.    For the urination or the knife or both?

9         A.    I think it was just for the pocket knife.

10        Q.    Now you used the word "he" a couple of times

11   there.  You're referring to the police officer?

12        A.    Correct.

13        Q.    Do you know who that police officer was?

14        A.    I don't remember his name.

15        Q.    So you were placed into a police van?

16        A.    Yes.

17        Q.    Did you go to a precinct?

18        A.    Yes.

19        Q.    And how long were you at the precinct for?

20        A.    Approximately a few hours.

21        Q.    Were you in a cell during that time?

22        A.    Yes.

23        Q.    And were you ever taken to central booking?

24        A.    Yes.

25        Q.    And how long were you at central booking for?

H. RODRIGUEZ

1       A.      Approximately a few hours as well.

2       Q.      And were you eventually arraigned?

3       A.      Yes.

4       Q.      And what happened at arraignment?

5       A.      I was scheduled to come back.

6       Q.      Were you released on your own recognizance at the

7    time?

8       A.      Yes.

9       Q.      And did you end up coming back to the court?

10      A.      Yes.

11      Q.      How many times did you have to come back to

12   court?

13      A.      I don't remember.

14      Q.      Do you think it was more than five?

15      A.      No.

16      Q.      And you said you eventually took an ACD?

17      A.      Yes.

18      Q.      Do you know when you took the ACD?

19      A.      I don't remember.

20      Q.      Do you think it was before or after August 13,

21   2015?

22      A.      No, before.

23      Q.      Now you said you had to go to court a couple of

24   times.  Did you ever have to speak to the judge?

25      A.      I don't remember.

1    Q.    And then you indicated that you were arrested a

2    third time; is that correct?

3    A.    Yes.

4    Q.    And was that on August 13, 2015?

5    A.    Yes.

6    Q.    Have you ever been in correctional custody

7    before?

8    A.    No.

9    Q.    Have you ever been on probation before?

10   A.    No.

11   Q.    Have you ever been on parole before?

12   A.    No.

13   Q.    Mr. Rodriguez, do you have any history of drug

14   abuse?

15   A.    No.

16   Q.    Have you ever been treated for drug abuse?

17   A.    No.

18   Q.    Have you ever used any illegal drugs?

19   A.    No.

20   Q.    Do you drink alcohol?

21   A.    Social occasions.

22   Q.    Do you have any history of alcohol abuse?

23   A.    No.

24   Q.    And when you say "social occasions," what do you

25   mean?

1      A.      Birthday parties, New Years.

2      Q.      How often would you say that you drink?

3      A.      Rarely.

4      Q.      More than once a month?

5      A.      No.

6      Q.      And typically when you drink, how much do you

7   drink?

8      A.      Very light.

9      Q.      What do you mean by "very light"?

10     A.      Not a lot; not my cup of tea.

11     Q.      Have you ever been treated for any alcohol

12   issues?

13     A.      No.

14     Q.      Do you have any chronic health problems?

15     A.      No.

16     Q.      Have you ever been diagnosed with any medical

17   issues or problems?

18     A.      No.

19     Q.      You testified earlier that you met recently with

20   Dr. Golzad?

21     A.      Yes.

22     Q.      Did he diagnose you with any sort of problem?

23     A.      Unbalanced eyes.

24     Q.      Anything else?

25     A.      I can't remember at the moment.

1     Q.     Did he give any indication when you started

2  receiving or suffering from unbalanced eyes?

3     A.     Can you repeat that question?

4     Q.     Did the doctor give an indication of how long you

5  had unbalanced eyes for?

6     A.     I don't remember.

7     Q.     And I know you testified to this earlier but just

8  for clarity's sake, what are the symptoms associated with

9  that that you suffer from?

10    A.     Blurry vision, dizziness, headaches.

11    Q.     And when did you first start suffering those

12 symptoms?

13    A.     I would say approximately two years ago.

14    Q.     And prior to seeing Dr. Golzad, did you ever seek

15 any medical attention for those symptoms?

16    A.     Yes.

17    Q.     And where did you seek medical attention for

18 those symptoms?

19    A.     PR Medical.

20    Q.     And do you recall where that is?

21    A.     Queens.

22    Q.     And do you know who you saw at PR Medical?

23    A.     Dr. Qureshi.

24    Q.     And did Dr. Qureshi diagnose you with unbalanced

25 eyes at that time?

1    A.    No.

2    Q.    Did Dr. Qureshi give you diagnosis concerning the
3    symptoms you just discussed?

4    A.    I don't remember.

5    Q.    Did Dr. Qureshi prescribe you any medication at
6    that time?

7    A.    Yes.

8    Q.    And what, if anything, did he prescribe you?

9    A.    Methocarbamol.

10   Q.    And what is methocarbamol for to the best of your
11   understanding?

12   A.    Pain relief, pain medication.

13   Q.    And so that pain medication addressed the
14   symptoms you just discussed at all?

15   A.    No.

16   Q.    And when did you first see Dr. Qureshi?

17   A.    2015.

18   Q.    Do you know approximately when?

19   A.    Approximately a week or two after August 13.

20   Q.    And how did you find Dr. Qureshi?

21   A.    Through a friend of my uncle.

22   Q.    And what is your uncle's name?

23   A.    George.

24   Q.    Is that Rodriguez or something else?

25   A.    No.

1      Q.      What's his last name?

2      A.      Isla (phonetic).

3      Q.      So you indicated that you saw Dr. Qureshi

4   sometime around August of 2015 and you raised these

5   symptoms with him at that time; is that correct?

6      A.      I don't remember.

7      Q.      So you're not sure if you raised these symptoms?

8      A.      Correct.

9      Q.      So is it fair to say that the first time you

10  recall raising the symptoms was when you saw Dr. Golzad in

11  May of this year?

12     A.      No.

13            MR. BROMFELD:  Note my objection.  That's

14            not what he said.

15     Q.      When was the first time that you remember raising

16  these symptoms with the doctor?

17     A.      I don't remember but 2015.

18     Q.      And do you remember what doctor that was?

19     A.      I don't.

20     Q.      Was that someone at PR Medical or was that

21  somewhere elsewhere?

22     A.      Correct, PR Medical.

23     Q.      And in 2015, do you recall receiving any

24  diagnosis with respect to those symptoms?

25     A.      No.

1      Q.      And aside from raising those symptoms in 2015 and

2   then in May of this year, did you ever otherwise raise

3   those symptoms with anybody?

4      A.      No.

5      Q.      You indicated that you started taking

6   methocarbamol; is that correct?

7      A.      Did I start?

8      Q.      That you were taking methocarbamol?

9      A.      Yes.

10     Q.      And you started taking that in August of 2015 or

11  around then; is that correct?

12     A.      Around 2015, yes.

13     Q.      And how long were you taking that for?

14     A.      Approximately six months.

15     Q.      And that was for pain relief?

16     A.      Yes, for muscle spasms.

17     Q.      And why did you cease taking that medication?

18     A.      I ran out.

19     Q.      Did you ever go back to receive a refill of that

20  medication?

21     A.      I didn't have medical coverage.

22              MR. BROMFELD:  The answer is yes or no.

23     Q.      And do you know what your prescription was at

24  that time?

25     A.      I don't remember.

1     Q.    Do you recall how often you took methocarbamol?

2     A.    Every day.

3     Q.    Once a day or more than once a day?

4     A.    Approximately varied, meaning more than once.

5     Q.    What did it vary based on?

6     A.    The pain.

7     Q.    And did you suffer any sort of symptoms as a

8     result of taking the medication?

9     A.    Yes.

10    Q.    Or side effects.  And what were those?

11    A.    Drowsiness.

12    Q.    Anything else?

13    A.    I don't remember if there was any other.

14    Q.    You also indicated that your wrist was hurt in

15    2014; is that correct?

16    A.    Yes.

17    Q.    Did you seek any medical attention with respect

18    to your wrist?

19    A.    Yes.

20    Q.    That was your right wrist, correct?

21    A.    Correct.

22    Q.    What sort of medical attention did you seek at

23    that time?

24    A.    Hospital.

25    Q.    Do you recall which hospital you went to?

1  A.  Bellevue.

2  Q.  And what if any diagnosis did you receive at

3 Bellevue Hospital?

4  A.  Scar tissue, tissue damage, soft tissue damage.

5  Q.  Did they provide you with any sort of treatment?

6  A.  Pain medication I believe.

7  Q.  Just the pain medication?

8  A.  I don't recall if they put something on my hand.

9  Q.  Okay.  Do you recall what sort of pain medication

10 they gave you?

11  A.  I don't.

12  Q.  Do you recall how long you were on pain

13 medication for?

14  A.  I don't remember anything.

15  Q.  And aside from pain medication, do you know if

16 you were given any sort of treatment?

17  A.  No.

18  Q.  Did you ever seek any sort of physical therapy or

19 anything associated with your wrist?

20  A.  No.

21  Q.  What symptoms were you experiencing with respect

22 to your wrist?

23  A.  It was pain.  I didn't have strength in it,

24 couldn't hold things.

25  Q.  When you say it was pain, could you describe

1  that?  Was it a shooting pain, a throbbing pain, something

2  else?

3      A.      I don't know how to describe it from then.

4      Q.      Okay.  And on a scale of 1 to 10, 10 being the

5  most pain you've ever suffered in your life and 1 being

6  maybe a minor scratch or something, how would you rate the

7  amount of pain that you were experiencing?

8      A.      Then?

9      Q.      Yes.

10     A.      I can say, you know, when it was at rest and not

11 using it, maybe a 3 or 4 and then when I tried, it was like

12 a 7, 8.

13     Q.      And sitting here today does your wrist still hurt

14 you?

15     A.      Yes.

16     Q.      And again can you describe what sort of pain you

17 currently exhibit?

18     A.      It's more of a numbness, tingling feeling, and

19 weakening.

20     Q.      And how do you describe the intensity of that

21 pain or that feeling?

22     A.      What do you mean?

23     Q.      So earlier you gave specific numbers on a scale.

24 Just using the same scale sitting here today, could you

25 just describe how it feels?

1    A.    I would say when at rest.  It's not, you know,

2  hurting as much but as soon as I try to grip something, I

3  realize that I don't have the strength.

4    Q.    In your day-to-day life, how does that affect

5  you?

6    A.    I can't give massages, I can't massage myself.

7  It's hard to even grip a handle bar, to cook, and to grab

8  utensils, it's a lot more difficult.  Sometimes I feel like

9  it's just too weak.

10    Q.    Does it ever get in the way of your work?

11    A.    Yes.

12    Q.    Arising out of your 2014 arrest, do you have any

13  other injuries?

14    A.    No.

15    Q.    You also indicated earlier that you broke your

16  ankle at some point in time; is that correct?

17    A.    Yes.

18    Q.    Does your ankle still hurt?

19    A.    It varies on the weather.

20    Q.    And how so?

21    A.    When it rains.

22    Q.    Does that inhibit you in any way?

23    A.    What do you mean?

24    Q.    Does that stop you from doing anything?

25    A.    Walking straight.

1    Q.    Anything else?

2    A.    Like fast pace is what I mean.

3    Q.    Does it hurt when you ride a bicycle?

4    A.    It does.

5    Q.    So we discussed your wrist and your ankle.  Have

6    you received any medical treatment that we have not

7    discussed?

8             MR. BROMFELD:  You're talking about before

9             this incident; correct?

10   Q.    Before August 13, 2015.

11   A.    No.

12   Q.    Have you received any medical treatment since

13   August 13, 2015 that does not relate to this incident?

14   A.    Can you repeat that question?

15   Q.    Sure.  Is it your testimony that you've received

16   treatment out of the injuries that you suffered on

17   August 13, 2015?

18   A.    Yes.

19   Q.    Since August 13, 2015, have you received medical

20   treatment for anything that did not arise out of that

21   incident?

22   A.    No.

23   Q.    On August 13, 2015, were you prescribed any

24   drugs?

25   A.    Yes.

1    Q.    What were you prescribed?

2    A.    I don't remember.

3    Q.    Why were you prescribed drugs?

4    A.    For pain.

5    Q.    And what was that pain arising from?

6    A.    The accident on August 13th.

7    Q.    In August of 2015, prior to this incident, were

8    you regularly taking any medication?

9    A.    No.

10   Q.    Do you wear glasses?

11   A.    Contacts.

12   Q.    How long have you been wearing contact lenses?

13   A.    I don't remember.

14   Q.    Were you prescribed contact lenses in August of

15   2015?

16   A.    No.

17   Q.    So is it correct to say that you started wearing

18   the contact lenses after the incident in question?

19   A.    No.

20   Q.    Do you know when you started wearing contact

21   lenses?

22   A.    Prior.

23   Q.    Okay.  Do you know what your prescription is?

24   A.    No.

25   Q.    Are you nearsighted or farsighted?

H. RODRIGUEZ

1      A.      Far.

2      Q.      Were you wearing contact lenses in August 13,

3  2015?

4      A.      Yes.

5      Q.      Do you have history of anxiety or depression or

6  any other mental health issues?

7      A.      No.

8      Q.      Have you ever been diagnosed with depression,

9  anxiety or any other medical condition?

10     A.      No.

11     Q.      Have you ever felt suicidal?

12     A.      I don't know.

13     Q.      Aside from the incidents that we just discussed,

14  have you ever otherwise been hospitalized prior to

15  August 13, 2015?

16     A.      Yes.

17     Q.      How many other times were you hospitalized?

18     A.      I don't recall how many times.

19     Q.      Do you think more than five?

20     A.      No.

21     Q.      And do you recall why you were hospitalized?

22     A.      Flu or cold.

23     Q.      Anything else?

24     A.      Not that I remember.

25              MR. BERGMAN:  Let's take a five-minute

1          break.

2                    (Whereupon, a short recess was taken.)

3     Q.     Mr. Rodriguez, I would like to turn your

4    attention to August 13, 2015.  To the best of your ability,

5    can you describe your day from the moment you woke up on

6    the morning of August 13, 2015?

7     A.     Yes.

8     Q.     Do you know what day of the week that was?

9     A.     I don't remember.

10    Q.     Was it a weekend or during the workweek?

11    A.     I really don't remember.

12    Q.     Do you recall what time you woke that day?

13    A.     Morning.

14    Q.     And do you know what you did after you woke up?

15    A.     Wash my teeth and change.

16    Q.     And do you know where you woke up that day?

17    A.     My house.

18    Q.     And was anyone home when you woke up?

19    A.     My mother.

20    Q.     And do you recall how you were feeling that day?

21    A.     Happy, energetic.

22    Q.     Any reason in particular or just generally?

23    A.     I mean it was summer.

24    Q.     And did you have any plans that day?

25    A.     Yes.

1      Q.      And what were your plans that day?

2      A.      Meet my mother.

3      Q.      Where were you suppose to meet your mother?

4      A.      Nail salon.

5      Q.      Why were you meeting her at a nail salon?

6      A.      To go out to the city afterwards.

7      Q.      What were you going to do in the city?

8      A.      Have lunch.

9      Q.      To have lunch?

10     A.      Yeah, to eat.  I consider that lunch or dinner.

11     Q.      What time were you suppose to meet your mother?

12     A.      Roughly approximately 5:00.

13     Q.      And once you met your mother, you guys were going

14 to the city together?

15     A.      We was going to the city together.

16     Q.      And how were you planing on getting to the city?

17     A.      Train.

18     Q.      Do you recall where you were going to go eat?

19     A.      I don't.

20     Q.      Do you know what time your mother left the house

21 that day?

22     A.      Afternoon.

23     Q.      Do you know where she went?

24     A.      I don't.

25     Q.      Was she working at that time?

1      A.      No.

2      Q.      And when was the first time you left the house

3  that day?

4      A.      In the afternoon.

5      Q.      And was it to go meet up with your mother?

6      A.      Correct.

7      Q.      Aside from getting dressed and brushing your

8  teeth, do you recall anything else you did that day prior

9  to leaving the house to meet your mother?

10     A.      Watch TV, eat and relax at home.

11     Q.      Was there any reason that day that you were going

12  into the city to meet with your mom?

13     A.      We usually do that.

14     Q.      When you say usually, what do you mean?

15     A.      We go out to eat, me and her.

16     Q.      And you said your mother was not working at that

17  time; is that correct?

18     A.      No.

19     Q.      Do you recall how much your rent was in August of

20  2015?

21             MR. BROMFELD:  His or for the house?  He's

22             already testified he paid 300.

23             MR. BERGMAN:  For the household.

24     A.      I don't remember.

25     Q.      Do you remember speaking to anybody prior to

1    leaving the house that day?

2        A.      No.

3        Q.      And did you have any plans for after you had

4    dinner with your mother?

5        A.      No.

6        Q.      Now you testified earlier that you were going to

7    meet your mother at a nail salon, correct?

8        A.      Yes.

9        Q.      Do you recall the name of that nail salon?

10       A.      I don't.

11       Q.      Was it the Bright Nail Salon?

12       A.      I don't know.

13       Q.      Do you know where the nail salon was located?

14       A.      Did I know when?

15       Q.      Do you know where the nail salon was located?

16       A.      Now?

17       Q.      Yes.

18       A.      Yes.

19       Q.      Where is it?

20       A.      Corona.

21       Q.      Do you know what street it was?

22       A.      43rd Avenue.

23               (Whereupon, Photograph was marked as

24           Plaintiff's Exhibit A for identification as of

25           this date by the Reporter.)

1      Q.      I would like to show you what has been marked as

2  Defendant's Exhibit A.  Do you know what this is photo of?

3      A.      Yes.

4      Q.      And what is it a photo of?

5      A.      Of businesses.

6      Q.      Okay.  I would like to draw your attention to the

7  bottom left of the document.  Do you see where it says

8  "Street View August 2015"?

9      A.      Yes.

10      Q.      Do you recognize where these businesses are

11  located?

12      A.      Yes.

13      Q.      And where are they?

14      A.      In Corona.

15      Q.      Are these on 43rd Avenue?

16      A.      Yes.

17      Q.      If you look in the middle left of the page, you

18  see something that says Bright Nails Unisex?

19      A.      Yes.

20      Q.      To the best of your knowledge, is that where your

21  mother wanted you to meet her that day?

22      A.      Yes.

23      Q.      Now if you look to the right-hand side of that

24  picture, there seems to be a street; is that correct?

25      A.      Yes.

1        Q.      Do you know what street that is?

2        A.      104th Street.

3        Q.      Okay.  Do you know approximately what time you

4   left the house that day?

5        A.      Approximately after 4:00.

6        Q.      And what were you wearing at that time to the

7   best of your recollection?

8        A.      Summer clothes, shorts, T-shirt, hat.

9        Q.      And did you have anything with you?

10       A.      My bicycle.

11       Q.      And aside from your bicycle, did you have

12  anything else with you?

13       A.      My bookbag.

14       Q.      And why did you have the bookbag with you?

15       A.      That's where my belongings go in.

16       Q.      What belongings did you have with you?

17       A.      Wallet, phone, maybe extra clothes.  I'm not

18  sure.

19       Q.      Did you have anything else in your bookbag?

20       A.      That's all I remember.

21       Q.      And did you pack your bookbag that day?

22       A.      It was already packed.

23       Q.      So you already had your wallet and your phone in

24  there?

25       A.      My phone was what I just put in that day.

1      Q.      So you went into your backpack prior to leaving

2  the house?

3      A.      On the side pocket.

4      Q.      And how far was the nail salon from your house?

5      A.      Approximately five minutes or less.

6      Q.      Five minutes or less walking, biking?

7      A.      Bicycling.

8      Q.      How far of a walk was it?

9      A.      It's a ten-minute walk.

10      Q.      Do you know how your mother got to the nail

11  salon?

12      A.      No.

13      Q.      And you testified earlier that you were intending

14  to go into the city, correct?

15      A.      Yes.

16      Q.      What were you attending to do with your bicycle?

17      A.      What do you mean?

18      Q.      So you took your bike to go meet your mother; is

19  that correct?

20      A.      Yes.

21      Q.      Was it your intention to bring the bicycle with

22  you onto the subway as you were going to the city?  Were

23  you planing on biking into the city, leaving your bike

24  nearby?

25      A.      Leaving it.

H. RODRIGUEZ

1   Q.   Did you have a bike lock with you at the time?

2   A.   Yes.

3   Q.   And where was that?

4   A.   I don't remember if -- on the bicycle.

5   Q.   And do you recall when you originally got your

6   bike?

7   A.   I don't.

8   Q.   Had you had it for a long time?

9   A.   Approximately a year or two.

10  Q.   When you got your bike was it used or new?

11  A.   It was new.

12  Q.   Do you recall approximately how much you paid for

13  it?

14  A.   Approximately 300, $400.

15  Q.   And where did you normally store your bike?

16  A.   My house.

17  Q.   Inside or outside?

18  A.   Inside.

19  Q.   How often did you use your bicycle at that time?

20  A.   I don't remember.

21  Q.   Would you say more than five times a week in the

22  summer?

23  A.   More than five times a week?

24  Q.   During the summer.

25  A.   No, maybe less.

1    Q.    So do you recall why you took your bicycle with

2   you that day?

3    A.    It's my custom.

4    Q.    What do you mean by that?

5    A.    Like work out, like get in shape.

6    Q.    When you left your house that day, what route did

7   you intend to take to get to the nail salon?

8    A.    108 Street and then I made a left on 44th Avenue.

9    Q.    What was the first name of the street that you

10  said?

11   A.    108.

12   Q.    So is it your testimony that you went up 108th

13  Street and then made a left on 44th Avenue?

14   A.    Yes.

15   Q.    When you left the house that day, were you

16  wearing a helmet?

17   A.    No.

18   Q.    And you weren't wearing a helmet at any point in

19  time while you were riding your bike that day; correct?

20   A.    No.

21   Q.    And while you were riding your bike, did you have

22  headphones in?

23   A.    Yes.

24   Q.    And were those wireless headphones?

25   A.    No.

1    Q.    What device were you listening to music on?

2    A.    iPhone.

3    Q.    And where was your iPhone?

4    A.    The side of my bookbag.

5    Q.    So the headphone jack was coming out of your

6    bookbag and then on to your hood?

7    A.    Where you put the water bottle on your bookbag,

8    it's an open pocket outside.

9    Q.    And where on the bike was there a place for your

10   water bottle?

11          MR. BROMFELD:  He's talking about his

12          backpack.

13          MR. BERGMAN:  Sorry, I misunderstood that.

14   Q.    So just please just walk me through this.  When

15   you left your house on your bicycle, did you go to the

16   left, your right, straight?  What did you do?

17   A.    I made a left.

18   Q.    And what did you make a left onto?

19   A.    49th Avenue.

20   Q.    And how long were you on 49th Avenue for?

21   A.    Approximately a minute or two.

22   Q.    And then where did you go to from 49th Avenue?

23   A.    108 Street.

24   Q.    And how did you get onto 108th Street?

25   A.    Made a right.

H. RODRIGUEZ

1    Q.    And how long were you on 108th Street for?

2    A.    Also a minute or two.

3    Q.    And then how did you come to leave 108th Street?

4    A.    On 44th Avenue, made a left.

5    Q.    And where did you go from 44th Avenue?

6    A.    A made a right onto 104 Street.

7    Q.    Okay.  And then how long were you on 104th Street

8   for?

9    A.    I'd say a minute or less.

10    Q.    And where did you go from 104th Street?

11    A.    I made a left on 43rd Avenue.

12    Q.    Was that the most direct way to get to the nail

13   salon?

14    A.    I didn't know where it was.

15    Q.    Did your mother give you the address of the

16   location before you left?

17    A.    No.

18    Q.    So how were you intending on finding that

19   location?

20    A.    Through the avenue.

21    Q.    Can you describe what you mean by that?

22    A.    Just I had to find a nail salon on 43rd Avenue.

23    Q.    So your mother told you it was on 43rd Avenue?

24    A.    Yes.

25    Q.    Did she give you cross streets?

H. RODRIGUEZ

```
1      A.     No.

2      Q.     Now at any point in time were you riding your

3   bicycle on the sidewalk?

4      A.     No.

5      Q.     At any point in time were you riding your bicycle

6   against traffic?

7      A.     I don't know if that's riding; just got on it, on

8   the intersection, so --

9      Q.     Can you describe what you mean?

10     A.     I got on the bicycle where it's a one-way so I

11  don't know if that's considered riding or not.

12     Q.     And what street was that on?

13     A.     That's on 104th Street.

14     Q.     You got on the bicycle there?

15     A.     Right there's a traffic light.

16     Q.     Were you not riding the bicycle prior to that or

17  did you get on the bicycle prior to that?

18     A.     I got off because there was cars.  I got off.

19     Q.     When did you get off the bicycle on 104th Street?

20     A.     When I got to 44 and 104th Street.

21     Q.     And why did you get off the bicycle there?

22     A.     To walk over.

23     Q.     To walk over where?

24     A.     To 43rd and 104.

25     Q.     And why did you get off the bicycle at that point
```

1    in time?

2        A.      Because there was cars.

3        Q.      Could you describe --

4        A.      I couldn't ride.  There's no space for me to ride

5    the one-way because there's cars coming, but I did get on

6    my bicycle on the corner and then made the left on 43rd

7    Avenue.

8        Q.      Okay.  So at some point in time you're on your

9    bicycle going the wrong way on 104th Street; is that

10   correct?

11       A.      Yes.

12       Q.      And then you made a left onto 43rd Avenue?

13       A.      Yes.

14       Q.      Now when you're on 104th Street you indicated

15   that you saw cars?

16       A.      Yes.

17       Q.      Can you just describe the streets a little more

18   than that?

19       A.      It was full of construction really so it's very

20   narrow; no space to ride my bicycle with the cars coming.

21       Q.      And they were coming at you; is that correct?

22       A.      I mean, yes.

23       Q.      How far do you think you walked with your bicycle

24   on 104th Street?

25       A.      Approximately 25 steps.

1  Q.  And how far do you think you rode your bicycle on

2  104th Street?

3  A.  Just the intersection.

4  Q.  Is it your testimony that you got onto the

5  bicycle on 104th Street, at the intersection, and then made

6  a left immediately?

7  A.  Right.

8  Q.  At that point in time, did you see any cars pull

9  over?

10  A.  No.

11  Q.  At that point in time, did you see any other

12  cyclists?

13  A.  Yes.

14  Q.  Where did you see other cyclists?

15  A.  In front of me.

16  Q.  On 104th Street or on 43rd?

17  A.  104, yes.

18  Q.  And what direction were they travelling in?

19  A.  104th Street.

20  Q.  104th Street is a one-way street; is that

21  correct?

22  A.  Yes.

23  Q.  Were they going the right way on 104th Street?

24  A.  The wrong way.

25  Q.  How many cyclists did you see going the wrong way

1   on 104th Street?

2       A.      One.

3       Q.      Did you see where, if anywhere, he went?

4       A.      No, just straight.

5       Q.      Did you see any police officers on 104th Street?

6       A.      No.

7       Q.      Did you see any police officers on 43rd Avenue?

8       A.      No.

9       Q.      Do you recall seeing a black sedan or a vehicle

10  on 104th Street pulled over?

11      A.      No.

12      Q.      Do you recall hearing anyone speak to you?

13      A.      No.

14      Q.      Do you recall seeing anyone having any

15  conversations at all while you were on 104th Street?

16      A.      No.

17      Q.      When you were walking with your bike, were you

18  walking in the street or on the sidewalk?

19      A.      I don't remember.

20      Q.      When you got on your bike, were you in the street

21  or on the sidewalk?

22      A.      Can you repeat the question?

23      Q.      Sure.  When you got on your bicycle, were you in

24  the street or were you on the sidewalk?

25      A.      The crossing path.

1    Q.    Were you in the walkway?

2    A.    Right.

3    Q.    Did you hear any emergency sirens while you were

4    on 104th Street?

5    A.    No.

6    Q.    Did you see any flashing lights while you were on

7    104th Street?

8    A.    No.

9    Q.    What else, if anything, did you observe while you

10   were on 104th Street?

11   A.    Construction.

12   Q.    Now when you turned onto 104th Street, did you

13   notice any vehicles behind you?

14   A.    Can you repeat the question?

15   Q.    When you turned onto 43rd Avenue, did you notice

16   any vehicles behind you?

17   A.    No.

18   Q.    Can you describe 104th Street?

19   A.    104th Street?

20   Q.    Yes.

21   A.    It's a narrow one-way street.

22   Q.    Do you recall if there were cars parked on the

23   left of the street?

24   A.    I don't remember.

25   Q.    Do you remember if there were cars parked to the

1   right of the street?

2       A.      Might have been.  I don't remember.

3       Q.      Typically speaking, did cars park on both sides

4   of the street?

5       A.      Yes.

6       Q.      And can you describe 43rd Avenue where it meets

7   104th Street?

8       A.      It's a two-way street uphill or downhill,

9   whichever way you consider it, parking on both sides; very

10  ample space, very open.

11      Q.      And is there one driving lane going both

12  directions?

13      A.      Correct.

14      Q.      And is there a bike lane?

15      A.      No.

16      Q.      And is there a single yellow line or a double

17  yellow line or something else separating the two driving

18  lanes?

19      A.      I would say it's a yellow line but I don't know

20  if it's double or single.

21      Q.      Do you recall there being a lot of cars parked at

22  the time when you made the left?

23      A.      Regular parking.

24      Q.      Now when you got onto your bike, did you start

25  riding down 43rd Avenue?

1     A.     I started riding out, yes.

2     Q.     And were you riding toward 108th Street?

3     A.     No.

4     Q.     What were you riding toward?

5     A.     102nd Street.

6     Q.     And how large is the block between 104th Street

7  and 102nd Street?

8     A.     It's one block.

9     Q.     And while you were riding your bike on that

10 block, do you recall where you were riding it?

11    A.     Where?

12    Q.     Yes.

13    A.     Where I was riding?

14    Q.     Yes.

15    A.     On the right side.

16    Q.     And you were in the traffic lane?

17    A.     Yes.

18    Q.     And where on the traffic lane were you riding;

19 the middle, left, right?

20    A.     On the right side.

21    Q.     And how far to the right side were you?

22    A.     I don't remember.

23    Q.     Were you close to the cars that were parked to

24 your right?

25    A.     I would say a normal approximate distance with

1    what a bike lane would be.

2        Q.    Can you approximate how wide that would be or how

3    far that would be from the parked cars?

4        A.    Two or three feet, approximately, four feet.

5        Q.    And how much space was there, to the best of your

6    recollection, between you and the dividing line to your

7    left?

8                MR. BROMFELD:  You're talking about that

9                yellow line, either double or single?

10                MR. BERGMAN:  Right.

11        A.    Towards me, I would say approximately more than

12    six feet.

13        Q.    And why were you riding your bike so far to the

14    right?

15        A.    That's where the bikes ride I think.

16        Q.    While you were riding on 43rd Avenue, did any

17    cars pass you on your left?

18                MR. BROMFELD:  At what point in time?

19                MR. BERGMAN:  Just generally while he was on

20                43rd Avenue on August 13, 2015.

21                MR. BROMFELD:  Before the accident?

22        Q.    Do you understand the question?

23        A.    I really don't -- you said cars passing me?

24        Q.    Yes, did any cars drive past you on your left?

25        A.    I don't remember.

1    Q.    Do you recall whether any cars were behind you at

2   any point in time while you were on 43rd Avenue?

3    A.    I don't know.

4    Q.    And at this time you were listening to music; is

5   that correct?

6    A.    Yes.

7    Q.    Do you recall what you were listening to?

8    A.    I don't.

9    Q.    Were you able to hear what was going on around

10   you?

11   A.    I don't remember.

12   Q.    At any point in time while you were driving your

13   bike on 43rd Avenue, do you recall seeing any flashing

14   lights?

15   A.    No.

16   Q.    And while you were driving your bike on 43rd

17   Avenue, do you recall hearing any sirens going off?

18   A.    No.

19   Q.    Do you remember, while you were driving your bike

20   on 43rd Avenue, whether cars were coming towards you in the

21   other direction?

22   A.    I don't remember.

23   Q.    Now did there come a time while you were on 43rd

24   Avenue that you stopped riding your bike?

25   A.    No.

1    Q.    Did anything happen that caused you to cease

2  riding your bike?

3    A.    Yes.

4    Q.    And what was that?

5    A.    I got struck by a vehicle.

6    Q.    And what did that vehicle look like?

7    A.    It was a black sedan.

8    Q.    Do you remember how many doors it had?

9    A.    Four.

10    Q.    Do you remember the make of the vehicle?

11    A.    A Ford.

12    Q.    Do you know how fast that vehicle was going when

13  it struck you?

14    A.    Faster than the limit.

15    Q.    Do you know what the speed limit was at that

16  time?

17    A.    No.

18    Q.    And when did you first become aware of that car?

19    A.    Once I got struck and went flying and tumbled

20  down into the street.

21    Q.    So you weren't aware of that car's existence

22  until it hit you?

23    A.    Correct.

24    Q.    You testified that the car hit you.  Did it hit

25  you, or the bike, or both or something else?

1      A.      It hit me.

2      Q.      Where did it make contact with you?

3      A.      On my left side of my body.

4      Q.      And do you recall specifically what portion of

5  your body was hit first?

6      A.      I can say my rear lower to mid left side.

7      Q.      And what portion of the car made contact with you

8  there?

9      A.      I would say it's right side.

10     Q.      When you say "it's right side," what do you mean?

11     A.      The right side, the passenger side.

12     Q.      Was it the portion by one of the passenger doors

13  that made contact with you?

14     A.      Yes.

15     Q.      So when it made contact with you, was the car

16  partially ahead of you?

17     A.      No, it came from behind; it struck me from the

18  back.

19     Q.      But it was not the front of the car that made

20  contact with you, correct?

21     A.      No.

22     Q.      Immediately prior to hitting the car, did you

23  observe the car at all?

24     A.      No.

25     Q.      You didn't see it in your peripheral vision or

1    anything along those lines?

2        A.      No.

3        Q.      And you didn't hear it?

4        A.      No.

5        Q.      But it was speeding, right?

6        A.      It felt like it, yes.

7        Q.      Were there any vehicles parked to your right when

8    the car made contact with you on your left?

9        A.      Yes.

10       Q.      And how far were you from the car on your right

11   immediately prior to getting hit?

12       A.      Approximately a few feet.

13       Q.      Do you think it was more than two feet?

14       A.      I don't know.

15       Q.      As far as you can tell, did any part of the black

16   sedan make contact with the bike?

17       A.      I can say yes.

18       Q.      Do you know what part of the bike it hit?

19       A.      I don't remember.  It was fast.

20       Q.      And what immediately happened when you made

21   contact with the car?

22       A.      I went flying onto a parked car's hood and I

23   tumbled and twisted my body and landed face forward hitting

24   the street.

25       Q.      So let's take that one portion at a time.  You

1    said that you went flying forward; is that correct?

2        A.    Yes.

3        Q.    Were you still on the bike at that time when you

4    started going flying?

5        A.    Can you repeat the question?

6        Q.    You just indicated that you made contact with

7    this sedan and then you went flying?

8        A.    Yes, with the bike.

9        Q.    So you were still on the bike; is that correct?

10       A.    Trying to semi-hold on to the bike.

11       Q.    So were your hands still on the bike?

12       A.    No.

13       Q.    Were you still seated on the bike?

14       A.    No.

15       Q.    So when you say that you were trying to

16    semi-maintain control, how were you doing that?

17       A.    My body is in the air, I guess picking up,

18    drifting, with the bicycle's kinetic energy.

19       Q.    Now were you propelled forward, to the right?

20    When you said you went flying, where did you go flying?

21       A.    I would say at a diagonal.

22       Q.    And diagonal to the right?

23       A.    To the right.

24       Q.    Now you indicated that once that happened, you

25    hit a parked vehicle; is that correct?

1    A.    Yes.

2    Q.    Do you remember what that parked vehicle looked

3    like?

4    A.    An SUV.

5    Q.    Do you know what color it was?

6    A.    No.

7    Q.    Did you see anyone standing around that vehicle?

8    A.    No.

9    Q.    Do you recall what part of that vehicle you made

10   contact with?

11   A.    The front left hood fender.

12   Q.    And what part of your body made contact with the

13   left hood or fender?

14   A.    I would say my right side of my body.

15   Q.    Do you know specifically which side or which

16   portion of your right side?

17   A.    It happened fast.  I don't remember.

18   Q.    Did you feel anything on the right side of your

19   body at that point in time?

20   A.    Yes.

21   Q.    And where did you feel something?

22   A.    Pain all over from my shoulder all the way down

23   to my leg.

24   Q.    On your left side, your right side?

25   A.    Right side.

1    Q.    Were you still in contact with the bike at that

2    point in time?

3    A.    Somewhat yes.

4    Q.    How so?

5    A.    It happened fast; the bike was under me.

6    Q.    You mentioned earlier that you watched the video

7    of the incident prior to coming today; is that correct?

8    A.    Yes.

9    Q.    How many times do you think you've watched it?

10    A.    I don't remember.

11    Q.    More than ten?

12    A.    No.

13    Q.    More than five?

14    A.    Yes.

15    Q.    Now what happened once you made contact with the

16    front left hood or fender?

17    A.    I twisted my body and fell face forward hitting

18    my head onto the bike, falling on my left side, trying to

19    hold my hand or put my hand to hold myself, my hands; just

20    face forward, just fell on the street on top of my bike.

21    Q.    So there's a lot there so I'll try to break that

22    down.  So you indicated that you were twisting; is that

23    correct?

24    A.    Yes.

25    Q.    Were you twisting voluntarily or involuntarily?

1     A.     Involuntarily.

2     Q.     And how did you twist if you recall?

3     A.     The bike was turning and kind of, I guess,

4   turning with it.  I had no control.

5     Q.     And you indicated that you hit your head; is that

6   correct?

7     A.     Yes.

8     Q.     Did you hit your head on the bike, on the floor;

9   where did you hit your head?

10    A.     It could've been the floor; the bike for sure.

11    Q.     So was that while you were in the air?

12    A.     As I'm landing.

13    Q.     Now it's your testimony that you landed on the

14   sidewalk; is that correct?

15    A.     No.

16    Q.     Where did you land?

17    A.     On the street.

18    Q.     And what part of your body made contact with the

19   street first?

20    A.     I would say my hands and elbow and knee.

21    Q.     Both of your hands?

22    A.     Yes.

23    Q.     And one elbow or both elbows?

24    A.     My right elbow for sure.  I don't remember if my

25   left hit the floor and the bike.

1    Q.    And you also indicated your knee; is that one

2    knee or both knees?

3    A.    Both knees hit the street.

4    Q.    Were you able to brace yourself at all using your

5    hands and knees?

6    A.    No.

7    Q.    Now what immediately happened after you hit the

8    street?

9    A.    I got up in a daze.  I was shook, you know, it

10   was moment of just being in shock and dazed that I didn't

11   know what was going on.

12   Q.    Did you have any trouble getting up?

13   A.    I don't remember.

14   Q.    And what happened once you got up?

15   A.    I just saw getting approached by two men.

16   Q.    When you got up, were you in any pain?

17   A.    Yes.

18   Q.    Where were you experiencing pain?

19   A.    My right side, whole body, and my back; it was

20   there and my hands, my elbow I was bleeding from.

21   Q.    Anywhere else?

22   A.    My knees, I had pain in my knees as well.

23   Q.    What sort of pain were you experiencing in your

24   back?

25   A.    Stiffness, throbbing pain, more of a -- it's a

1    very weird feeling to explain after being struck.

2        Q.      You used a scale earlier to clarify pain.  Again

3    10 being the absolute worst pain you've ever been in and

4    one being something minor, run of the mill.  How would you

5    classify the pain you were experiencing in your back at

6    that time?

7        A.      8 or 9.

8        Q.      And what part of your back were you experiencing

9    that pain in?

10       A.      I would say from my mid to lower back.

11       Q.      Now you also indicated that you were experiencing

12   pain in your right side; is that correct?

13       A.      Yes, my whole right side.

14       Q.      And how would you classify that pain?

15       A.      Same 8, 9.

16       Q.      What sort of pain was that?

17       A.      I couldn't really feel the side of my body and it

18   felt very weak.

19       Q.      You also indicated that you were experiencing

20   pain in your left knee; is that correct?

21       A.      Yes.

22       Q.      And what did that pain feel like?

23       A.      More of a being hurt after, like bruised.

24       Q.      So you felt like your left knee was bruised?

25       A.      I felt like I was hurt, yes.

1      Q.      And were you in a lot of pain?

2      A.      Yes.

3      Q.      And how would you characterize the pain?

4      A.      In which way?  What do you mean?

5      Q.      Was it throbbing, aching, shooting pain?

6      A.      Aching pain.

7      Q.      And what about your right knee?

8      A.      About the same because it was my whole right

9 side; was feeling an 8 or 9 pain.

10      Q.      And then you also indicated that you were

11 experiencing pain in your elbows; is that correct?

12      A.      Yes.

13      Q.      What sort of pain were you experiencing in your

14 left elbow?

15      A.      Shooting pain.

16      Q.      And you landed on your elbow; is that correct?

17      A.      Yes.

18      Q.      And just using that pain scale again, how would

19 you characterize that pain?

20      A.      7 or 8 approximately.

21      Q.      We just discussed your knees, your right side,

22 and your back.  Is there anywhere that you were

23 experiencing pain that we did not just discuss?

24      A.      My head.

25      Q.      What sort of pain were you experiencing in your

1    head?

2         A.    Like if you had high blood pressure, like it's

3    really under pressure.  I don't know how to --

4         Q.    Had you ever experienced that sort of feeling

5    before?

6         A.    Never.

7         Q.    Have you experienced it ever since?

8         A.    Yes.

9         Q.    When did you experience it since then?

10        A.    A short time after my accident.

11        Q.    And what were the circumstances that led to that?

12        A.    Feeling depressed and stressed out.

13        Q.    Do you recall exactly when that was?

14        A.    Not too long after; weeks after the accident.

15        Q.    And how long did you have that feeling for?

16        A.    Ever since.

17        Q.    Sitting here today do you feel that way?

18        A.    Yes.

19        Q.    Now aside from feeling what you just described as

20   being similar to having high blood pressure, did you

21   experience any other pain in your head?

22              MR. BROMFELD:  Immediately or at what time?

23        A.    More of like a dizziness.  I was dazed so I can't

24   explain exactly but my head was all over the place.

25        Q.    Was there any other pain that you were

1    experiencing?

2         A.    No.

3         Q.    Were you bleeding from the head at all?

4         A.    No.

5         Q.    So you testified earlier that once you stood up,

6    you were approached by two men; is that correct?

7         A.    Yes.

8         Q.    And do you know who those individuals were?

9         A.    No.

10        Q.    And could you describe them physically?

11        A.    One tall, one short, both Asian.

12        Q.    They both were?

13        A.    Yes.

14        Q.    Do you recall what the taller individual was

15   wearing?

16        A.    I think they were wearing a uniform.

17        Q.    When you say a uniform, what do you mean?

18        A.    A police uniform.

19        Q.    And where were they approaching you from?

20        A.    Forward, face forward.

21        Q.    So they were walking towards you?

22        A.    Yes.

23        Q.    Do you know where they were coming from?

24        A.    The car.

25        Q.    Did you see them exit the car?

H. RODRIGUEZ

1    A.    I'm sorry?

2    Q.    Did you see them exit the car?

3    A.    It happened fast.  I don't remember if I got to

4  see it or not.  I just saw them approach me.

5    Q.    And what happened when they approached you?

6    A.    They just handcuffed me.

7    Q.    Did they both handcuff you or did one of the

8  officers handcuff you?

9    A.    I don't remember.  Both of them approached me.  I

10  don't know who handcuffed me.

11    Q.    Did either of them say anything to you at that

12  time?

13    A.    Why didn't I stop?

14    Q.    And what, if anything, did you say to them?

15    A.    I don't remember.  I just didn't know.

16    Q.    Do you know which officer said that to you?

17    A.    I don't remember.

18    Q.    Did you still have your headphones in at this

19  time?

20    A.    Maybe one.  The other one probably fell out.  I

21  don't remember.

22    Q.    Did you have any trouble hearing them?

23    A.    I'm sorry?

24    Q.    Did you have any trouble hearing them?

25    A.    Yes.

1     MR. BROMFELD:  After the accident or before

2    the accident?

3     THE WITNESS:  After the accident.

4  Q. Do you understand the question?

5  A. After the accident I didn't really hear them.

6  Q. When they asked you why didn't you stop, did you

7 have any trouble hearing that?

8  A. It happened fast.  I did have trouble hearing

9 them but I didn't know.  That's all I said, I didn't know.

10  Q. But you understood what they were saying to you?

11  A. At first I didn't.

12  Q. Did they repeat the question to you?

13  A. Probably.

14  Q. Now how long did it take the officers to handcuff

15 you?

16  A. Not long.

17  Q. Were they immediately able to get you in

18 handcuffs or did it take some time?

19  A. Immediately.

20  Q. How long do you think the process took to put you

21 in handcuffs?

22     MR. BROMFELD:  Are you asking him to guess?

23     MR. BERGMAN:  No.

24  A. Approximately less than a minute.

25  Q. And do you recall if the officers asked you to

H. RODRIGUEZ

1   put your hands behind you back?

2       A.      No.

3       Q.      Did you put your hands behind your back?

4       A.      No.

5       Q.      But the officers handcuffed you with your hands

6   behind your back, right?

7       A.      Yes.

8       Q.      Did they grab your hands?

9       A.      Yes.

10      Q.      Do you recall struggling with the officers at all

11  while they grabbed your hands?

12      A.      No.

13      Q.      Do you recall twisting your body or otherwise

14  resisting their efforts to handcuff you?

15      A.      No.

16      Q.      While the officers were handcuffing you, did they

17  say anything to you?

18      A.      I don't remember.

19      Q.      Do you remember saying anything to them?

20      A.      I don't.

21      Q.      Now you indicated that there were two officers,

22  correct?

23      A.      Yes.

24      Q.      Were any other officers on scene when you were

25  getting handcuffed?

1    A.    No.

2    Q.    Do you recall any civilians in the area?

3    A.    There was people.

4    Q.    And did they come over while you were being

5  handcuffed?

6    A.    They were around.

7    Q.    How many civilians were there or how many people

8  were there?

9    A.    I don't remember.  It was a lot.

10    Q.    And do you remember were the people walking over

11  while you were talking to the police?

12    A.    No.

13    Q.    They were already in the area?

14    A.    Yes.

15    Q.    When the officers were handcuffing you you were

16  standing up, right?

17    A.    Yes.

18    Q.    And what happened once you were placed in

19  handcuffs?

20    A.    I was brought to the floor.

21    Q.    Were you still wearing a backpack at this point

22  in time?

23    A.    I don't remember.

24    Q.    Do you know if any of the officers removed your

25  backpack from you?

1     A.     Yes.

2     Q.     Do you know which officers did that?

3     A.     I don't remember.

4     Q.     Do you know when that happened?

5     A.     At the scene.

6     Q.     But you're not sure if it was before or after you

7     got handcuffed?

8     A.     Right, I don't remember.

9     Q.     I had asked you what happened once you were in

10    handcuffs.  What's your testimony with respect to that?

11    A.     I was just brought to the floor.

12    Q.     And how were you brought to the floor?

13    A.     They brought me -- like handcuffed me back, they

14    sat me down, and then they put me on my face forward onto

15    the floor with my hands on my back.  My face was on the

16    floor on the street and they searched me.

17    Q.     Did both officers bring you to the floor or only

18    one?

19    A.     Both.

20    Q.     Did they say anything to you at that time?

21    A.     I don't remember.

22    Q.     Do you remember saying anything to them?

23    A.     I don't.

24    Q.     And then they searched you?

25    A.     Yes.

1     Q.     How did they search you?

2     A.     Physically with their hands.

3     Q.     Did they go through your pockets or pat you down

4  or what did they do?

5     A.     Yes, they went through my pockets.

6     Q.     Do you recall them removing anything from your

7  pockets?

8     A.     My cell phone maybe.  I don't remember.

9     Q.     Do you remember them looking through your bag at

10  all?

11     A.     Yes.

12     Q.     Do you know who looked through your bag?

13     A.     No.

14     Q.     Now at some point in time did other officers

15  arrive on the scene?

16     A.     Yes.

17     Q.     Was that before or after you were searched?

18     A.     After.

19     Q.     And was it before or after you said that they

20  searched your bags?

21     A.     Say that again.

22     Q.     You indicated that your bag was searched on the

23  scene.  Right?

24     A.     Yes.

25     Q.     Was that before or after other officers arrived?

1    A.    Before.

2    Q.    And do you recall how many other officers

3    arrived?

4    A.    A lot.

5    Q.    What do you mean by a lot?

6    A.    More than ten officers, more than three cop cars.

7    Q.    Did you ever speak with any of those officers?

8    A.    I don't remember if I did say something.

9    Q.    I'm asking did they ever speak to you?

10   A.    They might have.  I don't remember.

11   Q.    So you indicated earlier that you were on the

12   ground face first?

13   A.    Yes.

14   Q.    How long were you positioned that way for?

15   A.    More than five minutes.

16   Q.    And did you speak to anyone while you were

17   positioned that way?

18   A.    Yes.

19   Q.    Who did you talk to?

20   A.    I was asking for help.

21   Q.    Do you know who you spoke to?

22   A.    Random bystanders.

23   Q.    Police officers or people on the street?

24   A.    People, pedestrians.

25   Q.    Did any of them respond to you?

1      A.      Respond to me?

2      Q.      Yes.

3      A.      No.

4      Q.      Did anyone seem to acknowledge what you were

5   saying?

6      A.      Yes.

7      Q.      How so?

8      A.      They wanted to help me.  My belongings were all

9   scattered and they saw I was struck.

10      Q.      And how do you know they wanted to help you?

11      A.      Because a police officer told them to get away.

12      Q.      Do you know who said that?

13      A.      No.

14      Q.      And you indicated earlier that you asked for

15   medical attention; is that right?

16      A.      Yes.

17      Q.      Do you know who you asked for medical attention

18   to?

19      A.      The police officers.

20      Q.      Was it the two Asian individuals you saw earlier?

21      A.      Yes.

22      Q.      And what, if anything, did they say to you?

23      A.      They didn't respond.

24      Q.      Now while you were on the ground, did you see if

25   anything happened to your bicycle?

1     A.     I was dazed.  I don't remember.

2     Q.     But you remember them going through your stuff

3  and scattering it?

4     A.     My stuff was already scattered because of the

5  accident.

6     Q.     So what physically was scattered?

7     A.     My cell phone, headphones, I think my ID.

8     Q.     Was your ID in your wallet?

9     A.     In my pocket.

10     Q.     Do you normally keep your ID in your pocket?

11     A.     Yes.

12     Q.     What sort of ID did you have on you at the time?

13     A.     State ID.

14     Q.     But not a driver's license, right?

15     A.     No.

16     Q.     You said you were on the ground for about five

17  machines; is that right?

18     A.     Approximately a little more.

19     Q.     What happened next?

20     A.     More police officers came and they ended up

21  putting me in a regular white and blue car, handcuffed, and

22  I also asked the police officers that I needed medical

23  attention and they didn't want to help.

24     Q.     Do you know who those officers were?

25     A.     No.

1    Q.    Do you recall --

2    A.    They just transported me.

3    Q.    Do you recall what the officers looked like that

4    transported you?

5    A.    Caucasian.

6    Q.    Was it one officer or more than one officer?

7    A.    Two.

8    Q.    Were they both Caucasian?

9    A.    Yes.

10    Q.    Male, female, mixed?

11    A.    Male.

12    Q.    Were they in uniform?

13    A.    Yes.

14    Q.    And do you recall what, if anything, happened to

15    your bag at that time?

16    A.    I don't know what happened to my belongings.

17    Q.    Did you have them at that time?

18    A.    No.

19    Q.    And do you recall seeing them in the car with you

20    at that time?

21    A.    No.

22    Q.    And what about the bicycle?  Do you know what

23    happened to the bicycle?

24    A.    No.

25    Q.    Now you indicated that you asked these officers

1    for medical attention; is that correct?

2        A.    Yes.

3        Q.    Did they respond to you at all?

4        A.    No.

5        Q.    Did they say anything else to you?

6        A.    I have to go to precinct.

7        Q.    And what, if anything, did you say to them?

8        A.    I was in pain.  I felt pain.

9              MR. BROMFELD:  What did you say to them if

10             anything?  That's what he wants to know.  You

11             said that you were in pain?

12             THE WITNESS:  Yes.

13       Q.    Did they respond to you?

14       A.    No.

15       Q.    Did you have any other conversations with them?

16       A.    No.

17       Q.    And what happened next?

18       A.    I was brought to the desk clerk or the desk

19   officer.

20       Q.    Was that at the precinct?

21       A.    Yes.

22       Q.    How long did it take you to get to the precinct?

23       A.    It was only maybe approximately five minutes or

24   less.

25       Q.    Did the officers escort you into the precinct?

1      A.      Yes.

2      Q.      Did you have any trouble getting out of the squad

3   car?

4      A.      Yes.

5      Q.      How so?

6      A.      I was limping.

7      Q.      And what side were you limping on?

8      A.      I don't remember.

9      Q.      And what happened once you got to the precinct?

10     A.      I asked for medical attention again and the desk

11  clerk told me if I really wanted to do that because it was

12  going to delay my processing time over at bookings, central

13  bookings, and at the precinct and I still, you know, asked

14  for medical attention.

15     Q.      Do you know who you were talking to at that time?

16     A.      He was a high-ranked officer.

17     Q.      And how do you know he was a high-ranking

18  officer?

19     A.      His badge was gold and not silver and he looked a

20  lot older, experienced.

21     Q.      And was anyone else around during that

22  conversation?

23     A.      The officers that transported me.

24     Q.      Anybody else?

25     A.      Maybe a secretary there.  I don't remember.

1     Q.     Did you see either of the two Asian officers

2  there?

3     A.     No.

4     Q.     So what happened once you informed the person at

5  the desk that you wanted to get medical attention?

6     A.     They put me in a cell.

7     Q.     Do you know who put you in the cell?

8     A.     No.

9     Q.     And how long were you in the cell for?

10     A.     Approximately 30 minutes maybe an hour.

11     Q.     Was anybody there with you?

12     A.     An officer.  I don't remember who.

13     Q.     Was an officer with you inside the cell?

14     A.     Yes.

15     Q.     Do you recall what that person looked like?

16     A.     No.  Caucasian.

17     Q.     Were they in uniform?

18     A.     Yes.

19     Q.     Male?

20     A.     Yes.

21     Q.     Now while you were inside the cell for 30 minutes

22  to an hour, did any other officers talk to you?

23     A.     I don't remember.

24     Q.     Did you talk to anybody else while you were

25  there?

1    A.    The ambulance person that came to pick me up.

2    Q.    So prior to medical staff, did you speak to any

3    people who were in any of the cells, or any civilians, or

4    anything along those lines?

5    A.    I think the police officers that struck me

6    eventually showed up.

7    Q.    And you talked to them?

8    A.    They spoke to me.

9    Q.    Do you remember which?  Was it both of them or

10   one of them?

11   A.    The tall one.

12   Q.    And do you recall what the tall one said to you?

13   A.    That I should have stopped, something about

14   stopping.  I don't remember.

15   Q.    And did you respond to him at all?

16   A.    I don't recall.

17   Q.    How long do you think you guys spoke for?

18   A.    Barely anything, any time.

19   Q.    And then you were getting to this earlier, at

20   some point in time medical staff appeared; is that correct?

21   A.    Yes.

22   Q.    Do you know who arrived?

23   A.    A male and a female.

24   Q.    Were they in some sort of uniform?

25   A.    Yes.

1    Q.    What sort of uniform were they in?

2    A.    EMS or something along those lines.

3    Q.    An EMS or an EMT or something?

4    A.    Correct.

5    Q.    And what immediately happened when they arrived?

6    A.    They started asking me questions.

7    Q.    Do you remember what they asked you?

8    A.    What had happened, how I felt.

9    Q.    What did you tell them happened?

10   A.    I got struck by a police vehicle.

11   Q.    Did you tell them anything else?

12   A.    That I was in pain.

13   Q.    Anything else?

14   A.    My body was hurting.

15   Q.    Anything else?

16   A.    Just that, that I remember.

17   Q.    Did you tell them where you were in pain?

18   A.    Yes.

19   Q.    Where did you say you were in pain?

20   A.    All my right side of my body, my elbow, my knees.

21   Q.    Which elbow?

22   A.    My right elbow was bleeding.

23   Q.    Anything else?

24   A.    Not that I remember.

25   Q.    And what happened after you told them all that

1    information?

2        A.      I was taken in handcuffs into the ambulance.  I

3    was walked over.

4        Q.      Do you know who walked you over?

5        A.      The EMT.

6        Q.      The male or the female or both?

7        A.      Probably both.

8        Q.      Were you accompanied by any police officers?

9        A.      Yes, there was one.

10       Q.      Do you remember what that officer looked like?

11       A.      It was a young, late 20s early 30s, Caucasian

12   male.

13       Q.      Did he ride with you in the ambulance?

14       A.      Yes.

15       Q.      Where did you go?

16       A.      Elmhurst Hospital.

17       Q.      How long did it take you to get to Elmhurst

18   Hospital?

19       A.      Approximately ten minutes.

20       Q.      Now while you were in the ambulance did you

21   receive any medical treatment?

22       A.      Put a mask on my face for breathing, they put me

23   in a stretcher.

24       Q.      Anything else?

25       A.      That's all I remember.

H. RODRIGUEZ

1    Q.    Did the EMS members ask you any questions?

2    A.    That's all I remember.

3    Q.    Do you recall if the male and the female were

4    speaking with the police officer at all?

5    A.    Maybe one of them that was next to me.  I don't

6    know.

7    Q.    Do you remember what was being said?

8    A.    I don't remember.

9    Q.    So it took you about ten minutes to get to

10   Elmhurst Hospital?

11   A.    Yes.

12   Q.    And what happened once you arrived?

13   A.    I was taken into the emergency.

14   Q.    And how long were you in the emergency for?

15   A.    More than an hour, more than two hours.  Until I

16   was discharged.

17   Q.    Were you seen right away?

18   A.    No.

19   Q.    How long did it take for you to be seen?

20   A.    More than an hour.

21   Q.    And was that officer with you the entire time?

22   A.    Yes.

23   Q.    Was anybody else with you?

24   A.    No.

25   Q.    Do you remember talking to anybody during that

1   period of time?

2      A.      No.

3      Q.      And then so an hour or two passed, then you were

4   seen by somebody?

5      A.      Yes.

6      Q.      Do you know who you were seen by?

7      A.      No, I don't remember.  A nurse and doctors, I

8   don't know who.

9      Q.      But you were seen by some medical personnel?

10     A.      Yes.

11     Q.      And did you speak with them at that time?

12     A.      They asked questions.  I don't remember.

13     Q.      Do you remember what you told them?

14     A.      I was in pain.

15     Q.      Anything else?

16     A.      I didn't feel good, my body was hurting a lot on

17  my right side.

18     Q.      And anything else that you recall?

19     A.      I think I had mentioned that I had lost

20  consciousness but I think that was me being more in a daze

21  or in a shock that I didn't know what was going on.

22     Q.      So sitting here today, do you think you lost

23  consciousness?

24     A.      No.

25     Q.      While you were at the hospital, were you ever

1    given a diagnosis?

2       A.    I don't remember which ones.  They could have but

3    I don't remember which diagnosis.

4       Q.    Okay.  And what sort of examination were you

5    given if any?

6       A.    MRIs for my -- a CAT scan for my head, MRIs for

7    my hand, and my left knee, and my back.

8       Q.    Did the CAT scan show anything?

9       A.    I don't remember.

10      Q.    What about the MRI for your hand?

11      A.    Tissue damage, scar tissue I think.

12      Q.    Is that your right hand or your left hand?

13      A.    I don't remember which one they got the MRI of.

14      Q.    And what about your back?

15      A.    I don't remember if they gave me a diagnosis for

16   my back.  I don't recall.

17      Q.    What about your left knee?

18      A.    I don't remember neither.

19      Q.    Aside from the CAT scan and the MRIs, do you

20   recall receiving any other treatment?

21      A.    At Elmhurst Hospital?

22      Q.    Yes.

23      A.    No.

24      Q.    Were you put under any other tests?

25      A.    No.

1     Q.     And do you recall specifically what you informed

2   the staff that you were suffering from?

3     A.     Pain, muscle spasms and pain in my bones.

4     Q.     Do you recall where you told them you were in

5   pain?

6     A.     My whole right side.

7     Q.     Anywhere else?

8     A.     My hands and my knees.

9     Q.     Both hands?

10    A.     Yes.

11    Q.     And both knees?

12    A.     Yes.

13    Q.     And anywhere else?

14    A.     My back.

15    Q.     And anywhere else?

16    A.     I might have mentioned my right shoulder.

17    Q.     And anything else?

18    A.     That's all I recall.

19    Q.     You don't remember the names of any of the

20  medical providers do you?

21    A.     No, I don't.

22    Q.     And how long did all this take?

23    A.     Until the next day.

24    Q.     Do you know approximately how long you spent at

25  the hospital?

1      A.      More than ten hours.

2      Q.      Was there a police officer with you the entire

3  time?

4      A.      Yes.

5      Q.      Was it the same officer or did the officer

6  change?

7      A.      Eventually there was a change in shift.

8      Q.      Do you know who came on?

9      A.      Another Caucasian male.

10     Q.      Did you talk to him at all?

11     A.      He asked me questions.

12     Q.      Did you respond at all?

13     A.      Vaguely.  I don't remember.

14     Q.      Aside from the two officers that were escorting

15  you and the medical staff, did you speak to anybody else

16  while you were at the hospital?

17     A.      Yes.

18     Q.      Who else did you speak to?

19     A.      I believe the captain of the precinct came to see

20  me.

21     Q.      And do you know what that individual's name was?

22     A.      I don't and he came accompanied by a sergeant and

23  another officer that claimed to be Internal Affairs.

24     Q.      So that's three people?

25     A.      Yes.

H. RODRIGUEZ

1      Q.      Did you have any conversation with the captain?

2      A.      Yes.

3      Q.      And what did that conversation consist of?

4      A.      He asked me what had occurred and then I spoke to

5      him honestly and openly and afterwards, he comes asking for

6      an actual recording of our conversation and that's when I

7      denied speaking to him anymore.

8      Q.      And why did you do that?

9      A.      Because at first they sent one of the officers,

10     which he lied to me saying he was Internal Affairs and

11     afterwards, you know, I used the bathroom without knowing,

12     and I see him speaking to the captain and somebody else

13     around the corner so as I came back, because I was

14     handcuffed, so I had to be uncuffed to use the bathroom,

15     the officer that had uncuffed me came back with me and

16     that's when I saw, you know, I guess discussing and talking

17     together and that's when I felt that they was lying to me.

18     Q.      And what about that conversation made you think

19     that they were lying to you?

20     A.      Well, he eventually told me he was, I guess, from

21     the 110 Precinct and wasn't Internal Affairs but that was

22     the way he got me to, I guess, what had happened, and I

23     felt comfortable talking to him and afterwards is when he

24     came or better yet the captain came with him, and that's

25     when he wanted to record me and I told him no.

1    Q.    And why was that?

2    A.    He spoke to me in a very nasty way, I could say,

3    the captain, at first, like if I was guilty of something

4    and afterwards, he comes with recorder and tells me to tell

5    him what had happened and I just told him I rather not

6    until I have an attorney present.

7              MR. BROMFELD:  Can we take a quick

8              two-minute break.

9              (Whereupon, a short recess was taken.)

10             MR. BERGMAN:  Can I get the last question

11             and answer?

12             (Whereupon, the referred-to question and

13             answer was read back by the Reporter.)

14   Q.    Now did you ever speak to the sergeant without

15   the captain present?

16   A.    I don't recall.

17   Q.    Do you recall speaking to the sergeant at all?

18   A.    I don't know if he was a sergeant.  I don't know

19   who you're talking about.

20   Q.    Sure.  So you said three people, right?

21   A.    Yeah.

22   Q.    The captain, the person who said they were from

23   IAB, and then somebody else?

24   A.    Yes.

25   Q.    That third person, did you speak to that

1    individual at all?

2        A.    I don't think so.  I don't remember.

3        Q.    And the person who you said they were from IAB,

4    did you speak directly with that person at all?

5        A.    Yes.

6        Q.    And how long did you speak with that person for?

7        A.    Less than five minutes.

8        Q.    And do you recall what you said to that person?

9        A.    I was in pain and I was struck by a vehicle.

10       Q.    And was that a male or a female?

11       A.    Male.

12       Q.    Do you recall approximately how old?

13       A.    40s, I don't remember.

14       Q.    Were they in plain clothing or uniform?

15       A.    Plain clothing.

16       Q.    And did he say anything to you in response?

17       A.    Just asked me what had happened.

18       Q.    Okay.  Now I meant to ask you this earlier.  You

19    indicated that right after the accident there was a group

20    of people around.  Do you know any of them?

21       A.    No.

22       Q.    And have you ever seen any of them since the

23    accident?

24       A.    No.

25       Q.    Now eventually you were at the hospital; is that

1    correct?

2        A.      Repeat that.

3        Q.      You eventually went to the hospital, correct?

4        A.      Yes.

5        Q.      Where did you go after you left the hospital?

6        A.      110th Precinct.

7        Q.      And how did you get there?

8        A.      Police vehicle.

9        Q.      Before you left the hospital, were you given any

10   medication of any sort?

11       A.      Pain medication.

12       Q.      Do you know what sort of pain medication?

13       A.      I don't remember.

14       Q.      And did you take it while you were at the

15   hospital?

16       A.      Yes.

17       Q.      And did they give you medication to take with

18   you?

19       A.      No.

20       Q.      Now you went back to the 110th Precinct; is that

21   correct?

22       A.      Yes.

23       Q.      What happened when you got back to the 110th

24   Precinct?

25       A.      I got processed.

1     Q.     And what did that consist of?

2     A.     Fingerprints.

3     Q.     Anything else?

4     A.     That's all I remember.

5     Q.     Do you know who processed you?

6     A.     No.

7     Q.     Was it any of the officers we've discussed so

8     far?

9     A.     Maybe the one that was with me at the hospital.

10    Q.     The one that was there when you were transported?

11    A.     Right.

12    Q.     How long were you at the 110th Precinct for?

13    A.     Approximately more than an another hour.

14    Q.     And what happened at the end of that hour give or

15    take?

16    A.     Got transferred to central booking.

17    Q.     How did you get to central booking?

18    A.     A police van.

19    Q.     And what, if anything, happened at central

20    booking?

21    A.     Got processed again.

22    Q.     What did that consist of?

23    A.     Taking pictures.

24    Q.     When you were at the hospital, did they ever take

25    any photos of you?

1    A.    No.

2    Q.    But at central booking there were photos taken of

3    you?

4    A.    In the hospital, the officers took pictures of

5    me.

6    Q.    The people that were with the captain?

7    A.    Yes.

8    Q.    Do you know what they took pictures of?

9    A.    My body.

10   Q.    And did you allow them to do that?

11   A.    It was open, like the bleeding part was open so

12   they took a picture of it.

13   Q.    So when you got to central booking they took a

14   photo of you or photos of you?

15   A.    Yes.

16   Q.    And did anything else happen while you were

17   there?

18   A.    Yes.

19   Q.    What else happened?

20   A.    Internal Affairs approached me after I got

21   transferred to my first cell.

22   Q.    First, did you see any medical personnel at

23   central booking?

24   A.    Yes.

25   Q.    And that was before or after you spoke to

1     somebody with Internal Affairs?

2         A.      Medical, before.

3         Q.      What conversation, if any, did you have with the

4     medical personnel at Central Booking?

5         A.      My pain and asking for medication.

6         Q.      So you had just come back from the hospital but

7     you were asking, at Central Booking, for medication?

8         A.      Yes.

9         Q.      And what, if anything, was told to you?

10        A.      They just gave me medication.

11        Q.      Do you know what sort of medication they gave

12    you?

13        A.      Pain medication.

14        Q.      Over-the-counter stuff?

15        A.      Yes.

16        Q.      And, at Central Booking, did you see a doctor or

17    a nurse or something else?

18        A.      It was I think just the nurse they have there.

19        Q.      How long were you with that individual for?

20        A.      More than ten minutes.

21        Q.      Did they do any sort of examination of you?

22        A.      I don't recall.  I believe so.

23        Q.      And is it male or a female do you recall?

24        A.      A female.

25        Q.      And when you told that woman that you were in

1    pain, did you indicate specifically where you were in pain?

2       A.      Yes.

3       Q.      Did you tell her you had just come from the

4    hospital?

5       A.      Yes.

6       Q.      And as a response she gave you pain medication?

7       A.      Yes.

8       Q.      And then what happened after you saw that

9    individual?

10      A.      I was placed back into a cell.

11      Q.      And is that when you spoke to someone from --

12      A.      No.

13      Q.      What happened next?

14      A.      I got transferred over to another cell.

15      Q.      How long were you in the first cell for?

16      A.      More than an hour.

17      Q.      Was anyone else in the cell with you?

18      A.      People that came in with me from the precinct.

19      Q.      Did you talk to any of them?

20      A.      No.

21      Q.      And then you got brought to another cell?

22      A.      Yes.

23      Q.      And was that an individual cell or other people

24    in the cell?

25      A.      No, other people.

1    Q.    And what happened there?

2    A.    This is when I think they divide people based on

3    their charges, and as I was getting divided, that's when

4    two officers approached me.

5    Q.    Was it the first time you had seen those officers

6    or were they the officers --

7    A.    The first time.

8    Q.    Okay.  And who were they?

9    A.    They just said "Internal Affairs."

10    Q.    And did you talk to them?

11    A.    No.

12    Q.    Why not?

13    A.    I didn't feel comfortable.

14    Q.    So you told them that you didn't want to speak

15    with them?

16    A.    Correct.

17    Q.    Did they give you their names?

18    A.    They must have.  I just don't remember.

19    Q.    Do you remember what they looked like?

20    A.    One male, one female, Hispanic female, male

21    Caucasian.

22    Q.    And how long were you with them for?

23    A.    Approximately less than five minutes.

24    Q.    And you didn't tell them anything in sum and

25    substance?

1     A.     No.

2     Q.     And then what happened?

3     A.     Protocol of getting transferred to another cell.

4     Q.     How long did you think you were at central
5   booking for?

6     A.     Approximately half a day.

7     Q.     Did you meet with an attorney while you were
8   there?

9     A.     Legal aid.

10    Q.     And you did not pay for a private attorney; is
11  that correct?

12    A.     No.

13    Q.     Were you eventually brought to Court?

14    A.     Yes.

15    Q.     And were you arraigned?

16    A.     Yes.

17    Q.     Do you know when you were arraigned?

18    A.     No, I don't recall.

19    Q.     And what happened at arraignment?

20    A.     I remember just being told to have to come back.

21    Q.     And do you know what charges were brought against
22  you?

23    A.     Yes.  Obstruction, I think, of the one-way of
24  going the wrong direction and resisting arrest.

25    Q.     Anything else?

1    A.    I don't remember.

2    Q.    And do you know what the factual basis for those

3  charges were?

4    A.    Can you repeat that?

5    Q.    Do you know what the factual basis for the

6  charges were?

7    A.    No.

8    Q.    And who was present when you were arraigned?

9    A.    I don't know if there was people there.

10   Q.    And you had an attorney?

11   A.    A legal aid, yes.

12   Q.    Did you enter a plea at arraignment?

13   A.    Did I enter a plea?  No.

14   Q.    And was bail set?

15   A.    No.

16   Q.    Were you released on your own recognizance?

17   A.    Yes.

18   Q.    Now following your arraignment, did you ever have

19  to return to Court related to your arrest?

20   A.    Yes.

21   Q.    How many times did you have to return to Court?

22   A.    Approximately more than five times.

23   Q.    Do you recall when any of those appearances were?

24   A.    I don't.

25   Q.    During those Court appearances, did you ever have

1   to speak to a judge or to a jury?

2       A.      No.

3       Q.      What day were you arraigned on; do you know?

4       A.      I would say the following day of the accident.

5       Q.      So that's the 14th of August?

6       A.      Yes.

7       Q.      And do you recall approximately what time you

8   left Court?

9       A.      I would say approximately mid afternoon, anywhere

10  from 4 to 6.

11      Q.      P.m.?

12      A.      Yes.

13      Q.      Did you have any family or friends with you at

14  that time?

15      A.      I don't remember if family came.

16      Q.      What did you do upon leaving Court?

17      A.      I went to my home.

18      Q.      You went directly home?

19      A.      Yes.

20      Q.      Was anyone there?

21      A.      Home, yes.

22      Q.      Who was there?

23      A.      My parent.

24      Q.      Your mom?

25      A.      Yes.

H. RODRIGUEZ

1     Q.     And did you tell your mom about what happened?

2     A.     Yes.

3     Q.     Had you spoken to her since the arrest?

4     A.     I think I might have called her.

5     Q.     Do you think you called anybody else at any time?

6     A.     Yes.

7     Q.     And what did you say to your mom upon getting

8    home?

9     A.     About the accident.

10    Q.     And did she say anything to you?

11    A.     I don't remember.

12    Q.     And did you stay at home the rest of the day or

13   did you go anywhere else?

14    A.     I went to pick up my belongings at the precinct.

15    Q.     Did you have any trouble getting your belongings

16   back?

17    A.     Yes.

18    Q.     How so?

19    A.     It was a long wait.

20    Q.     Anything else?

21    A.     Just that.

22    Q.     Did you go to the precinct to get your

23   belongings?

24    A.     Yes.

25    Q.     What, if anything, else happened at the precinct?

1      A.      Just that.

2      Q.      And once you got your belongings back, where, if

3   anywhere, did you go?

4      A.      Back home.

5      Q.      And then did you go out again that night or did

6   you stay home?

7      A.      I don't remember.

8      Q.      Did you ever return to the scene of the accident?

9      A.      I walked by it.

10     Q.      And when was that?

11     A.      I would say days after the accident.

12     Q.      And why did you walk by it?

13     A.      In order to go to the precinct.

14     Q.      Was that when you were getting your belongings

15   back or is that --

16     A.      The belongings.

17     Q.      So was that day after the accident or some other

18   time?

19     A.      Yes, the day after.

20     Q.      Did you take any photographs while you were

21   there?

22     A.      No.

23     Q.      Did you see anybody in that area while you were

24   there?

25     A.      I don't remember.

1    Q.    So I meant to ask you earlier, at the accident

2   location, were you immediately outside any stores or

3   anything along those lines?  What was immediately

4   surrounding the area?

5    A.    Can you --

6    Q.    I'll ask a different question.  You were on 43rd

7   Avenue at the time of the accident; correct?

8    A.    Yes.

9    Q.    How far were you, do you think, from 102nd

10  Street?

11   A.    Approximately 20 feet.

12   Q.    Okay.  So you were pretty close to that corner?

13   A.    Yes.

14   Q.    And was there a store directly across the street

15  from you?

16   A.    Yes.

17   Q.    And do you recall what that store was?

18   A.    A laundromat.

19   Q.    And directly but next to you, was there anything

20  there?

21   A.    When?

22   Q.    Let me rephrase the question.  Did the accident

23  occur outside like a church or something along those lines?

24   A.    Yes.

25   Q.    How far were you from the church when this

1 accident occurred?

2    A.    A few feet away.

3    Q.    So you indicated earlier that you believe you had

4 to go to Court more than five times, correct?

5    A.    Yes.

6    Q.    Did the criminal charges against you eventually

7 terminate?

8    A.    Yes.

9    Q.    And what was outcome?

10   A.    An ACD.

11   Q.    And again that's an adjournment in contemplation

12 of dismissal?

13   A.    Correct.

14   Q.    Do you know what the terms of the ACD were?

15   A.    Three months.

16   Q.    Three months, what do you mean?

17   A.    I can't fall into problems or be arrested.

18   Q.    And did anything happen during those three

19 months?

20   A.    No.

21   Q.    So the case was ultimately dismissed?

22   A.    Correct.

23   Q.    Do you know when you took the ACD?

24   A.    No.

25   Q.    Now you indicated that there were two Asian male

1  officers that were in the vehicle that struck you, correct?

2      A.      Yes.

3      Q.      Those are the two individuals you're suing; is

4  that correct?

5      A.      Yes.

6      Q.      Have you seen those individuals since August 13,

7  2015?

8      A.      Yes.

9      Q.      Did you see one or both of them?

10     A.      One.

11     Q.      Do you recall which of the two?

12     A.      The tall one.

13     Q.      When did you see him?

14     A.      At Criminal Court.

15     Q.      Did you talk to him at all?

16     A.      No.

17     Q.      And that was Criminal Court in relation to the

18  case against you?

19     A.      Yes.

20     Q.      And aside from that, have you seen either of them

21  again?

22     A.      No.

23     Q.      So we've talked sort of about the injuries you

24  felt immediately after the incident but generally speaking,

25  did you suffer any physical injuries as a result of the

1   incident on August 13, 2015?

2       A.      Can you repeat that question?

3       Q.      Sure.  So we were asking earlier about pain that

4   you felt immediately after the incident.  I'm asking you

5   now if you suffered any physical injuries as a result of

6   the incident on August 13, 2015?

7       A.      Yes.

8       Q.      And what injuries did you sustain?

9       A.      A disk bulge in my spine.

10      Q.      Anything else?

11      A.      Concussion on my head, the unbalanced eyes,

12  weakening in both hands, pain in my neck to the right

13  shoulder, pain radiating from my lower back towards my left

14  leg so weak left, leg trouble like with strength on my left

15  foot as the pain radiates down.

16      Q.      What do you mean by "radiates"?

17      A.      I feel tingling and the sensation is coming from

18  my back to my thighs, down to my knee, into my calf and my

19  upper left foot.

20      Q.      Now were photos ever taken of these injuries

21  aside from what you testified earlier to at the hospital?

22      A.      Some pictures, I believe so.

23      Q.      Do you know who took those photos?

24      A.      I might have taken pictures of my bruises but

25  nobody took pictures of me.

1    Q.    But you may have taken photos?

2    A.    Yes, of my abrasions.

3          MR. BERGMAN:  We're going to call for the

4          production of any photographs taken by the

5          plaintiff.

6          MR. BROMFELD:  To the extent that they

7          exist.

8    Q.    Was that on your cell phone or on a camera?  How

9    did you take those?

10   A.    I don't remember if it was a camera or cell

11   phone.

12   Q.    Have you changed phones since August of 2015?

13   A.    Yes.

14   Q.    Do you maintain your photos in any sort of photo

15   album electronically or otherwise?

16   A.    Yes.

17   Q.    So you still may have access to photos that you

18   took in August of 2015?

19   A.    Yes.

20   Q.    Were you ever asked to do a search for any

21   photographs that you have relating to this incident?

22   A.    No.

23   Q.    Did any medical providers take photos of your

24   injuries?

25   A.    I don't remember.

1     Q.     Aside from going to Elmhurst Hospital immediately

2   following the incident, did you seek treatment for any the

3   injuries you just listed?

4     A.     Yes.

5     Q.     And where did you seek treatment from?

6     A.     PR Medical.

7     Q.     Anywhere else?

8     A.     It's pain management in Union Turnpike, Queens.

9     Q.     Anywhere else?

10    A.     Dynasty Medical.

11    Q.     Dynasty?

12    A.     Yes.

13    Q.     Anywhere else?

14    A.     Dr. Golzad's office.

15    Q.     And anywhere else?

16    A.     A few locations for MRIs and I don't recall the

17  locations' names.

18    Q.     Okay.  Anywhere else?

19    A.     Just those.

20    Q.     Was PR Medical where you regularly went for

21  treatment at that time?

22    A.     Yes.

23    Q.     They were your primary doctors?

24    A.     No.

25    Q.     Did someone refer you to PR Medical?

```
1      A.      Correct.

2      Q.      Who referred you to PR Medical?

3              MR. BROMFELD:  Over my objection; asked and

4              answered.  You can answer it again.

5      A.      A friend of my uncle.

6      Q.      And when did you start going there?

7      A.      Approximately a week or two weeks after my

8  accident.

9      Q.      And when was the last time you were there?

10     A.      March of 2016.

11     Q.      What kind of services, if any, did they provide

12 for you?

13     A.      Numerous orthopedic, chiropractor, acupuncture

14 and therapy, psychological counseling.  That's all at PR

15 Medical.

16     Q.      How many times do you think you went there

17 between August 2015 and March of 2016?

18     A.      Approximately 3 to 4 times a week.

19     Q.      How many times did you think you received

20 chiropractic care while you were there?

21     A.      Every time I was there.

22     Q.      And what about orthopedic care?

23     A.      Orthopedic doctor seen me approximately about

24 five times maybe.

25     Q.      Do you recall who that was?
```

1    A.    Hank Ross.

2    Q.    And how often did you receive acupuncture?

3    A.    Every time I went for therapy as well.

4    Q.    How often did you go for therapy?

5    A.    3 to 4 times a week.

6    Q.    And how long would you spend there when you went

7    there for therapy?

8    A.    About an hour and a half.

9    Q.    And during that hour and a half, you received

10   acupuncture as well as therapy?

11   A.    Correct.

12   Q.    What sort of therapy did you receive?

13   A.    Exercises on machines, stretching, the magnetic

14   thing they put on you, massages.

15   Q.    And was the therapy intended to treat any

16   specific injury?

17   A.    Yes.

18   Q.    Which injury?

19   A.    My knees, my hands, my back.

20   Q.    Anything else?

21   A.    My back, my knees and my hand.

22   Q.    And you also indicated that you received

23   psychological counseling while you were there?

24   A.    Yes.

25   Q.    And is that with a therapist or who was that

1    with?

2         A.      A therapist.  I don't remember her name.

3         Q.      How many times did you meet with her?

4         A.      Not many.  Less than five times.

5         Q.      And how long did those sessions last for?

6         A.      Approximately 20 minutes, half an hour.

7         Q.      And what did you discuss during those sessions?

8         A.      How I felt after the accident.

9         Q.      Was it a psychiatrist or psychologist that you

10   saw or something else?

11        A.      I don't -- I wouldn't -- I don't know which.

12        Q.      Did she diagnose you with anything?

13        A.      No.

14        Q.      Did she prescribe you any medication?

15        A.      No.

16        Q.      Did she tell you anything substantive about what

17   you were complaining of?

18        A.      Being scared around going around the same area

19   again because of the way I felt.

20        Q.      Anything else?

21        A.      I don't remember.

22        Q.      Now you indicated that you saw Dr. Hank Ross

23   there; correct?

24        A.      Yes.

25        Q.      Did Dr. Ross specifically diagnose you with

1  anything?

2      A.      He must have.  I don't remember.

3      Q.      Now you said that you stopped going there in

4  March of 2016?

5      A.      Yes.

6      Q.      And why did you stop going there in March 2016?

7      A.      Because of medical coverage and I don't have

8  Medicaid.

9      Q.      Now you had medical coverage until March of 2016;

10  is that correct?

11     A.      They were, I guess, saying that they could only

12  treat me up to that point and after that, expenses was, you

13  know, accumulating and I didn't have any manner of paying

14  them.

15     Q.      So between the incident and March of 2016, do you

16  know how you were paying for this treatment?

17     A.      No.

18     Q.      Were you under any insurance plan at the time?

19     A.      No.

20     Q.      Was anyone paying for your treatment?

21     A.      No.

22     Q.      So are those medical bills outstanding?

23     A.      Yes.

24     Q.      And then in March 2016, they said they could no

25  longer treat you?

1    A.    Correct.

2    Q.    And that's when you ceased receiving therapy and

3  acupuncture and chiropractor services?

4    A.    Yes.

5    Q.    Did those services help you at all?

6    A.    Yes.

7    Q.    How so?

8    A.    Temporary relief.

9    Q.    Of all your injuries?

10   A.    Some not all.

11   Q.    Which injuries did they provide relief for?

12   A.    My knee somewhat.

13   Q.    Is that your left knee or right knee?

14   A.    I don't recall because it varied on the day that,

15  you know, the pain was where it was.

16   Q.    And did they provide relief for anything else?

17   A.    No, it was temporary.

18   Q.    What do you mean by "temporary"?  Like a day or

19  two or an hour or weeks?

20   A.    I would say a day or two because I would have to

21  go back for therapy in order to feel better again.

22   Q.    And, generally speaking, were your injuries

23  improving over time?

24   A.    I don't think so.

25   Q.    Do you think the therapy was working?

1     A.     It was to a certain degree.

2     Q.     What degree would you say it was working to?

3     A.     Very minimal.

4     Q.     Now you also said you went to pain management in

5   Union Turnpike; is that correct?

6     A.     Yes.

7     Q.     When did you first start going there?

8     A.     End of 2015, beginning of 2016.

9     Q.     When did you stop going there?

10    A.     I would say February or March of 2016 as well.

11    Q.     How many times do you think you went there?

12    A.     Just twice.

13    Q.     Why did you go there?

14    A.     For my back epidural shots, steroid shots.

15    Q.     And who recommended you to them?

16    A.     Hank Ross.

17    Q.     Did the epidurals work?

18    A.     Yes.

19    Q.     How so?

20    A.     It relieved a lot of pain at that moment with the

21   spine, the disk bulge; it made me feel comfortable as to

22   move around.

23    Q.     And so you received two epidurals?

24    A.     Two.

25    Q.     Is there a reason you never received anymore?

```
 1      A.      I just don't have coverage.

 2      Q.      Now you also said you went to Dynasty Medical; is

 3   that correct?

 4      A.      Yes.

 5      Q.      And where is Dynasty Medical?

 6      A.      In Corona, Queens.

 7      Q.      And what is Dynasty Medical?

 8      A.      It's therapy, it's for therapy.

 9      Q.      When did you first go to Dynasty Medical?

10      A.      2018.

11      Q.      And do you know when in 2018?

12      A.      Approximately May, June.

13      Q.      And how many times have you been to Dynasty

14   Medical?

15      A.      Once.

16      Q.      And what sort of therapy did you receive at that

17   time?

18      A.      My knee and my back.

19      Q.      What was done for you?

20      A.      The heat pads and a menthol rubbing like an Icy

21   Hot sort of rubbing thing.

22      Q.      Like a massage?

23      A.      Sort of like, correct, to my back and knee as

24   well.

25      Q.      Did that help as all?
```

1     A.     Somewhat.

2     Q.     Why did you go there?

3     A.     My pain is coming back and I can't stand the pain

4    still.  It's getting worse.

5     Q.     And who directed you to go there?

6     A.     My mother.

7     Q.     Has she been there before?

8     A.     No, a friend of hers recommended it.

9     Q.     And was that covered by some sort of insurance or

10   out of pocket?  How did you pay for that?

11    A.     I haven't paid.  They said they was going to, you

12   know, treat me.

13    Q.     Okay.  And then you also said you went to

14   Golzad's office; right?

15    A.     Right, I was referred there from Dynasty.

16    Q.     Okay.  Since March of 2016, is it correct to say

17   that you have not undergone any sort of therapy or rehab?

18    A.     Just at home.

19    Q.     And what have you done at home?

20    A.     Stretch, try to do the therapy session all over

21   again, kind of what they showed me at PR Medical with

22   resistance bands and they gave me a pillow to sleep on, a

23   brace also to wrap my spine and my body around it when I

24   sleep or whenever I have problems with my back so that

25   helps at home.

H. RODRIGUEZ

1     Q.     And you never had any sort of surgery as a result

2     of this incident, correct?

3     A.     No.

4     Q.     Now you listed off a somewhat large list of

5     injuries earlier.  Have any of your injuries healed?

6     A.     No.

7     Q.     Have any of your injuries improved over time?

8     A.     No.

9     Q.     So is it fair to say that sitting here today you

10    feel as much pain as you did two years ago or three years

11    ago?

12    A.     Yes.

13    Q.     Have you been told by any medical professionals

14    that you need continuing therapy?

15    A.     Yes.

16    Q.     And who told you that?

17    A.     Dr. Plotnick.

18    Q.     Who is Dr. Plotnick?

19    A.     Over at Dynasty.

20    Q.     And what did Dr. Plotnick specifically tell you?

21    A.     That I needed to see a neurologist and my back

22    still has problems.

23    Q.     Did Dr. Plotnick tell you anything else?

24    A.     I don't remember.

25    Q.     Is there anything that you can't do now that you

H. RODRIGUEZ

1    used to be able to do before the August 13, 2015 incident?

2        A.    Yes.

3        Q.    Like what?

4        A.    Rock climbing.  I can't run as efficient,

5    straight, without having to limp or having my calves or my

6    ankles with the opposite foot.  When I walk, I can't walk

7    normal.  I can't bend down as usual when I'm changing.  I

8    can't run up and down the stairs without having to like

9    place one foot and walk like an older person down the

10   stairs.

11       Q.    Anything else?

12       A.    Hold the handlebars on my bicycle as firm as I

13   use to; I can't pedal with my left leg upwards in order to

14   continue to cycle.  I can't give massages because my hands

15   is weak.  I feel less efficient at work.  I can't stand as

16   long without having to lean on something.  The majority at

17   work, it's just my efficiency at work.  I can't hold trays

18   without actually feeling my hands numbing down or feeling a

19   tingling sensation on my hands or my fingers to be precise.

20             It's a problem to hold the trays now, whether

21   it's just lightweight trays or hors d'oeuvres for a long

22   time or something more heavy; it's just a lot harder to

23   grip and hold on to them and standing and having to bend

24   over and pick up certain objects as ice bags or anything

25   like that, it's a lot more difficult.

1     Q.      Anything else?

2     A.      On top of my head, that's the majority.

3   Sometimes I would say focusing with my blurred vision.

4   It's like I go into a daze and I can't focus right until I

5   kind of snap out of it.  It makes it more difficult to like

6   focus on certain tasks, as in writing sometimes because I

7   like to write.  I feel like I usually get a writers block

8   because of that.

9     Q.      Anything else?

10    A.      Sitting down, as like right now, I have to put my

11  weight on one glute and then like every maybe 20-something

12  minutes or half an hour I have to kind of like put the

13  weight on the other one because my back, I feel my spine is

14  out of place, like something just kind of has to click back

15  in order to feel straight again so it's very uncomfortable

16  sitting.

17    Q.      Anything else?

18    A.      That's the majority of it.

19    Q.      You indicated that you went rock climbing.  Did

20  you rock climb often before August 13, 2015?

21    A.      Yes.

22    Q.      How often would you go rock climbing?

23    A.      I would say weekly, every other week.

24    Q.      Where would you rock climb?

25    A.      Cliffs in Long Island City.

1      Q.      Is Cliffs the name of a location?

2      A.      Yes.

3      Q.      You also indicated that you write or use to write

4   earlier.  What sort of things would you write?

5      A.      I would say journal.  I like to write poetry.  I

6   like music so I like to work on lyrics and it's become very

7   difficult for me.

8      Q.      Do you keep a journal?

9      A.      I wouldn't call it a journal but I would say I

10  like to write things I see, things I experience throughout

11  the day but it's not an everyday task.

12     Q.      Did you write anything about this incident?

13     A.      No.

14     Q.      Did you write anything about how this incident

15  made you feel?

16     A.      No.

17     Q.      Let's talk for a moment about what a typical day

18  in your life would involve before the accident.  On

19  average, what time would you normally wake up?

20     A.      Morning, early.  I like to enjoy the most of the

21  sun so as soon as the sun rises I like to be up.

22     Q.      What would you normally do when you woke up?

23     A.      Stretch, try to work out, calisthenics at home,

24  usually in my room.

25     Q.      What kind of stuff would you do?

1    A.    Push-ups, pull-ups, sit-ups, pretty much

2    calisthenics; help my mother out the majority of the time

3    because she's older, such as cooking, cleaning, with her

4    own personal, you know, tasks.  She, you know, it's very

5    difficult for her at home so usually I would be the one to

6    help her with day-to-day activities.

7    Q.    So do you have any hobbies aside from writing and

8    poetry and rock climbing?

9    A.    Music, it's primarily my hobby.

10    Q.    To play or to listen?

11    A.    Both.

12    Q.    What do you play?

13    A.    MIDI keyboard.

14    Q.    How long have you been doing that for?

15    A.    Since 2013, 2014.

16    Q.    How often prior to August 13, 2015, would you

17    play?

18    A.    Every day.

19    Q.    What kind of stuff would you play?

20    A.    It's instrumental.

21    Q.    And what time would you usually go to sleep?

22    A.    It would vary, 11 approximately.

23    Q.    What were your career goals prior to August 13,

24    2015?

25    A.    Continue neuropsychology at Hunter College.

1    Q.    And have your career goals changed in any way

2    since then?

3    A.    Not only that but also the Chase Bank opportunity

4    that I mentioned prior too.  Those were my -- that was kind

5    of an aspiration for me because it was better pay, better

6    opportunity, better location, better résumé for me.

7    Q.    So have those career goals changed at all since

8    the incident?

9    A.    I haven't pursued it.  I haven't felt the same to

10   pursue it.

11   Q.    And with respect to the Chase opportunity, what

12   sort of job tasks would you have to do were you to work for

13   Chase in that capacity?

14   A.    Can you --

15   Q.    Sure.  So you indicate earlier that there was an

16   opportunity to work at Chase.

17   A.    Correct.

18   Q.    My question is what of sort of things would you

19   have been doing if you worked for Chase?

20   A.    It was going to be a bartending opportunity at

21   their corporate office here in Manhattan.  Everywhere from

22   just setting up a station and I mean bartending, it could

23   be soda, water, sparkling water; it doesn't have to

24   necessarily be alcohol.  Setting up the station is pretty

25   much consisting of all drinks that they needed and just

1   take care of that floor.  I'm assuming that was primarily

2   going to be my job description.

3       Q.      So do you know how many days a week you would

4   have been working there?

5       A.      Full time, a Monday to Friday job, just like 9 to

6   5?

7       Q.      And you indicated that this incident interfered

8   with that?

9       A.      Yes.

10      Q.      How so?

11      A.      Because I got the e-mail from being accepted.

12  They ran a background check and I received it no more than

13  maybe a week prior to my accident and I couldn't go

14  anymore.  I couldn't show up for their appointment.  I

15  passed the background check, I went through all that and

16  then I could never answer them back because of my accident.

17  I had to go to therapy, I couldn't work, so I lost that

18  opportunity.

19      Q.      To be clear you're saying you couldn't answer

20  them back because you were in jail or because you were

21  physically incapable of answering?

22      A.      No, I couldn't perform that task.  I couldn't

23  accept the job.

24      Q.      And then you also indicated that this has

25  impacted your ability to go back to school?

1      A.      Yes.

2      Q.      And how is that?

3      A.      I just I don't feel focused.  When I try to grab

4  a book and read, it's not the same anymore and the

5  depression has gotten to me.

6      Q.      Now you indicated earlier that prior to the

7  incident you would wake up on average in the morning, you

8  liked to see the sun and you would go to bed around 11:00.

9  Has that changed at all since the accident?

10     A.      It's harder to sleep.

11     Q.      Are you claiming any emotional injuries as a

12  result of your interaction with members of the New York

13  City Police Department on August 13, 2015?

14     A.      Yes.

15     Q.      And can you describe your emotional injuries?

16     A.      I feel more of an introvert.  I don't socialize

17  as much.  I don't have as many friends as before.  I've

18  noticed that I get angry randomly if anybody -- more of a

19  paranoia when I might have seen a police officer around me

20  or approach me.  I don't like to remember and relive or

21  even experience that same area again of my accident.

22          My views, you know, as how a police officer might

23  treat me, or talk to me, you know, or once they get my ID,

24  it makes me feel very skeptical about how they're going to

25  be with me so I'm very cautious with people.  I don't open

1   up as much.  It falls more under introvert and that bothers

2   me because I know I can't perform the same way, I can't do

3   the same things and that bothers me because I know I might

4   not be able to run the same way, do the same things as I

5   use to.

6           It scares me.  I'm usually scared because of that

7   because I don't know how I'm going to, you know, end up

8   eventually and that makes me feel very like not fully a man

9   anymore because I'm weak, I can't defend, you know, a

10  female if I wanted to, you know.  I feel like its brought a

11  big problem for me to hold a relationship with a female.

12      Q.      You just indicated that you feel more like an

13  introvert than you used to be and you described some

14  paranoia around police officers and feelings of anger that

15  arise; is that correct?

16      A.      Yes.

17      Q.      Is there anything that you -- any other emotional

18  injuries that you feel that you've suffered?

19      A.      If I do have more I don't know how to describe

20  them.  I don't know what it could fall under but I know I'm

21  not the same emotionally with my parents.

22      Q.      When did these feelings you just discussed first

23  arise?

24      A.      Not too long afterwards out of feeling that I

25  can't be the same; that, you know, got me to notice a lot

1    more things that I wasn't like before.

2        Q.    You indicated earlier that you went to counseling

3    at some point in time?

4        A.    Yes.

5        Q.    Did you discuss these feelings while you were in

6    counseling?

7        A.    No, not all of them.

8        Q.    Is there any reason for that?

9        A.    I didn't really try to understand myself and I

10   think I was trying to like block or hold back these

11   feelings.  I wanted to be strong but I couldn't, I realized

12   I couldn't be as strong as I used to be or as I wanted to

13   be so it got worse.

14       Q.    So would you say that these feelings have gotten

15   worse over the time, stayed the same or improved?

16       A.    Gotten worse.

17       Q.    Had you ever experienced any of those feelings

18   prior to August 13, 2015?

19       A.    No.

20       Q.    And have you ever talked to anyone about these

21   feelings?

22       A.    No.

23       Q.    Now you indicated a minute ago that you had,

24   correct me if I'm wrong, that you've had trouble sustaining

25   relationships with women since his date?

```
1      A.    Yes.

2      Q.    In August of 2015, were you in a relationship?

3      A.    I had an on and off relationship, yes.

4      Q.    How long were you in that on and off relationship

5    for?

6      A.    Approximately a year.

7      Q.    And on the incident day, were you, I guess for

8    lack of a better term, on or off?

9      A.    No, I was on.

10     Q.    And who is this relationship with?

11     A.    A female I had met at a party.

12     Q.    Can you give us her name?

13     A.    Kimberly.

14     Q.    Do you know her last name?

15     A.    No.

16     Q.    Is it your testimony that you were unable to

17   sustain a relationship with Kimberly because of this

18   incident?

19     A.    Yes.

20     Q.    And how did this incident stop you from

21   sustaining that relationship?

22     A.    I couldn't be a normal person with her.

23     Q.    Can you describe that or explain that?

24     A.    My introvertedness, I couldn't tell her what was

25   bothering me.  I couldn't talk about my accident and I feel
```

1    it led to not performing, you know, even in bed with her

2    and those types of things, it's, you know, very

3    frustrating.

4        Q.    Aside from Kimberly, have you had the issues you

5    just described in any other relationships since August of

6    2015?

7        A.    Yes.

8        Q.    And how many such situations have arisen?

9        A.    What do you mean?

10       Q.    Let me rephrase that.  Have you been in any other

11   relationships since you ceased seeing Kimberly?

12       A.    Yes.

13       Q.    How many other relationships would you say that

14   you've been in?

15       A.    Just one.

16       Q.    Is that relationship ongoing or did that end?

17       A.    It ended.

18       Q.    Who was that with?

19       A.    Nicole.

20       Q.    Do you know her last name?

21       A.    No.

22       Q.    And did this incident affect your relationship

23   with Nicole?

24       A.    Yes.

25       Q.    How so?

1    A.    My introvertedness, I'm not as normal all the

2    time.  Sometimes the smallest things can just aggravate me,

3    and frustrate me, and I just explode.

4    Q.    When you say "explode," what do you mean?

5    A.    Angerwise, I can't control it.  Like could be,

6    you know, some small detail or anything and if it's

7    something I don't like, I might react because of my

8    frustrations and I can't explain myself.  I might react

9    wrong with her.

10    Q.    Have you suffered any financial injuries as a

11    result of the August 13, 2015, incident?

12    A.    I went through all my savings.

13          MR. BROMFELD:  By Counsel, its been

14          discussed, we're not claiming loss of earnings.

15          There's no loss of earnings claim.

16    Q.    And since March of 2016, have you had health

17    insurance at any point in time?

18    A.    No.

19    Q.    As far as you know, has anyone paid your medical

20    bills?

21    A.    No.

22    Q.    We've discussed a lot of injuries that have

23    arisen out of this incident.  Is there anything that we

24    have not discussed that you're claiming arose out of the

25    August 13, 2015 incident?

1    A.    I think we've covered everything from my

2    headaches and my dizziness from my head to my shoulders, my

3    right shoulder, my neck, my hands, the weakening of it, my

4    left leg now, it's weak, and my spine, my back, my mid to

5    lower back, like it's a sharp shooting pain that I just

6    feel that goes in, and there's an occasion where I felt

7    like I had a short seizure like I couldn't -- like I got up

8    from the couch and as I walked towards the door and I was

9    going to open the door to, you know, use the bathroom, I

10    just felt a whole numbing, electrifying feeling run through

11    my body where I froze and it was like I was getting like

12    poked in my back or -- I was scared.

13    I felt like I was poisoned.  It was this crazy

14    feeling I had never felt before in my life and that kind of

15    made me cramp up and like fall onto one knee and I needed

16    Nicole to help me to get up and I was scared because I

17    didn't know whether she did something to me.  I was scared.

18    I didn't know what was going and I believe that was from my

19    spine, from my back.  I never felt that before.  I

20    questioned her and that's one of the reasons also we've had

21    problems because I don't trust nobody.

22    Q.    When did you experience that episode?

23    A.    I would say last year.

24    Q.    Do you know what part of year that occurred in?

25    A.    I'm sorry?

1      Q.      Sure.  Do you know like what season that happened

2  in?

3      A.      Summer.

4      Q.      And did you seek any medical attention because of

5  that?

6      A.      No.

7      Q.      Have you ever seen a doctor named either Ali or

8  Ally Guy?

9      A.      I don't remember.

10     Q.      Did you meet with any doctors in early April of

11  2018?

12     A.      This year April, no.

13     Q.      Other than this lawsuit, did you file any other

14  complaints about this incident?

15     A.      No, not that I recall.

16     Q.      Did you file anything with CCRB?

17     A.      Yes.

18     Q.      Do you know what CCRB stands for?

19     A.      I forgot.

20     Q.      The Civilian Complaint Review Board; is that

21  right?

22     A.      Yes.

23     Q.      That's who you filed with, correct?

24     A.      Yes.

25     Q.      And what sort of allegation did you make to CCRB?

1     A.     I don't recall exactly the complaint that I made.

2     Q.     Did you speak to anybody at CCRB?

3     A.     Yes.

4     Q.     Do you know who you spoke to?

5     A.     I don't remember.

6     Q.     Do you know when you spoke with them?

7     A.     Approximately two years ago.

8     Q.     And how long did you speak to somebody from CCRB

9     for?

10    A.     I don't remember how long it was.

11    Q.     And do you know if CCRB conducted an

12    investigation of this incident?

13    A.     Yes.

14    Q.     And do you know the outcome of that

15    investigation?

16    A.     I forgot.

17    Q.     Are you currently a member of any social network

18    like Facebook, or Myspace or LinkedIn?

19    A.     I have Facebook and Instagram but I rarely use

20    them.

21    Q.     Have you posted anything about this incident on

22    either Facebook or Instagram?

23    A.     No.

24    Q.     When did you first join Facebook?

25    A.     High school.

1    Q.    What is your Facebook user name?

2    A.    I don't remember.  I haven't logged in.

3    Q.    And what about Instagram, when did you join

4  Instagram?

5    A.    I don't remember the date.  I think it was last

6  year.

7    Q.    And do you know what your user name on Instagram

8  is?

9    A.    My name.

10    Q.    Do you know who Sergeant Starrantino is?

11    A.    No.

12    Q.    Do you know who Police Officer Zheng is?

13    A.    Sounds familiar.

14    Q.    What about Police Officer Chen?

15    A.    As well, yes.

16    Q.    Sounds familiar?

17    A.    Yes.

18    Q.    But you don't know who Sergeant Starrantino is?

19    A.    Can you repeat his name again?

20    Q.    Starrantino.

21    A.    The first name?

22    Q.    I'm saying Sergeant Starrantino.

23    A.    I can't guess.

24    Q.    During the course of our deposition, there were

25  certain times you didn't remember the answers to some of my

1    questions.

2         A.    Correct.

3         Q.    Is there any answer to a question that I asked

4    you about that you now remember that you previously did not

5    remember?

6         A.    I could've forgotten along the way as well.

7         Q.    So nothing comes to mind?

8         A.    Not at this moment.

9         Q.    Is there anything about this incident or about

10   your injuries that I haven't asked you that you think is

11   important?

12        A.    No.

13        Q.    Is there anything that we have not discussed that

14   you would like to mention?

15        A.    No.

16        Q.    Are you aware that if this case goes to trial and

17   the defendants win, that you may be liable for the costs

18   that the defendants incurred defending against your

19   lawsuit?

20             MR. BROMFELD:  Note my objection.  Do you

21             know, yes or no?

22             THE WITNESS:  No.

23        Q.    Do you know an individual by the name of Leslie

24   Zevallas?

25        A.    No.

1          MR. BROMFELD:  How do you spell the last

2          name?

3          MR. BERGMAN:  I'm not entirely sure.  I

4          think it's Z-E-V-A-L-L-A-S.

5     Q.     Do you know anyone else who has sued the city

6  before?

7     A.     I'm sorry?

8     Q.     Do you know anyone else who has sued the City or

9  members of the New York City Police Department?

10    A.     No.

11         MR. BERGMAN:  I have no further questions at

12         this time.

13         (Whereupon, at 2:55 P.M., the Examination of

14         this witness was concluded.)

15

16              °         °         °         °

17

18

19

20

21

22

23

24

25

1          D E C L A R A T I O N

2

3          I hereby certify that having been first duly

4     sworn to testify to the truth, I gave the above testimony.

5

6          I FURTHER CERTIFY that the foregoing transcript

7     is a true and correct transcript of the testimony given by

8     me at the time and place specified hereinbefore.

9

10

11

                    _____

12                        HEINS RODRIGUEZ

13

14

15     Subscribed and sworn to before me

16     this _____ day of _____ 20___.

17

18

     _____

19          NOTARY PUBLIC

20

21

22

23

24

25

H. RODRIGUEZ

1                  E X H I B I T S

2

3      DEFENDANTS' EXHIBITS:

4

5      EXHIBIT      EXHIBIT                    PAGE

6      LETTER       DESCRIPTION

7      A            Photograph                 67

8

9          (Exhibits retained by Counsel.)

10

11                 I N D E X

12

13     EXAMINATION BY                          PAGE

14     MR. BERGMAN                             4

15

16

17          INFORMATION AND/OR DOCUMENTS REQUESTED

18     INFORMATION AND/OR DOCUMENTS            PAGE

19     Production of the fee arrangements      17

20     Between Plaintiff and Counsel

21     Any photographs taken by the            135

22     Plaintiff

23

24

25

H. RODRIGUEZ

1                 C E R T I F I C A T E

2

3    STATE OF NEW YORK         )
                               :  SS.:
4    COUNTY OF NEW YORK        )

5

6

7         I, ENRIQUE ALVARADO, a Notary Public for and

8    within the State of New York, do hereby certify:

9         That the witness whose examination is

10   hereinbefore set forth was duly sworn and that such

11   examination is a true record of the testimony given by that

12   witness.

13        I further certify that I am not related to any

14   of the parties to this action by blood or by marriage and

15   that I am in no way interested in the outcome of this

16   matter.

17        IN WITNESS WHEREOF, I have hereunto set my hand

18   this 27th day of July 2018.

19

20
                        _____
21                           ENRIQUE ALVARADO

22

23

24

25

**$**

**$25** [1] - 30:12
**$400** [1] - 71:14

**1**

**1** [5] - 1:8, 2:11, 3:13, 59:4, 59:5
**10** [7] - 1:8, 2:11, 30:4, 38:2, 59:4, 92:3
**100** [2] - 1:20, 2:13
**10007** [2] - 1:21, 2:13
**10038** [1] - 2:5
**102nd** [3] - 81:5, 81:7, 131:9
**104** [3] - 74:6, 75:24, 77:17
**104th** [27] - 69:2, 74:7, 74:10, 75:13, 75:19, 75:20, 76:9, 76:14, 76:24, 77:2, 77:5, 77:16, 77:19, 77:20, 77:23, 78:1, 78:5, 78:10, 78:15, 79:4, 79:7, 79:10, 79:12, 79:18, 79:19, 80:7, 81:6
**108** [3] - 72:8, 72:11, 73:23
**108-44** [1] - 4:9
**108th** [5] - 72:12, 73:24, 74:1, 74:3, 81:2
**10:50** [1] - 1:14
**11** [1] - 149:22
**110** [1] - 117:21
**110th** [4] - 120:6, 120:20, 120:23, 121:12
**111** [1] - 2:4
**11368** [2] - 4:9, 22:20
**11:00** [1] - 152:8
**11th** [1] - 28:21
**13** [39] - 4:14, 16:10, 16:13, 19:7, 20:1, 20:11, 20:16, 20:19, 20:23, 22:7, 30:4, 34:23, 35:1, 35:4, 44:2, 50:20, 51:4, 54:19, 61:10, 61:13, 61:17, 61:19, 61:23, 63:2, 63:15, 64:4, 64:6, 82:20, 133:6, 134:1, 134:6, 146:1, 147:20, 149:16, 149:23, 152:13, 154:18, 157:11, 157:25
**13-hour** [1] - 30:6
**135** [1] - 165:21
**13th** [2] - 39:1, 62:6
**14th** [1] - 128:5
**15** [2] - 29:6, 30:2
**16** [1] - 1:5
**160** [3] - 22:5, 22:10, 22:13

**17** [1] - 165:19
**170898** [1] - 2:15
**18** [3] - 1:13, 24:20, 46:20
**180-44** [2] - 22:20, 23:15
**18th** [1] - 42:6

**2**

**20** [3] - 33:13, 131:11, 139:6
**20-something** [1] - 147:11
**2004** [1] - 37:7
**2005** [1] - 12:19
**2006** [1] - 37:1
**2011** [1] - 36:23
**2012** [4] - 27:3, 36:17, 36:21, 36:23
**2013** [2] - 27:3, 149:15
**2014** [7] - 36:15, 36:19, 40:21, 48:20, 57:15, 60:12, 149:15
**2015** [59] - 4:14, 16:10, 16:13, 19:7, 20:1, 20:12, 20:16, 20:19, 20:23, 22:7, 24:1, 24:4, 32:1, 34:23, 35:1, 35:4, 39:3, 39:19, 44:2, 50:21, 51:4, 54:17, 55:4, 55:17, 55:23, 56:1, 56:10, 56:12, 61:10, 61:13, 61:17, 61:19, 61:23, 62:7, 62:15, 63:3, 63:15, 64:4, 64:6, 66:20, 68:8, 82:20, 133:7, 134:1, 134:6, 135:12, 135:18, 137:17, 142:8, 146:1, 147:20, 149:16, 149:24, 152:13, 154:18, 155:2, 156:6, 157:11, 157:25
**2016** [11] - 137:10, 137:17, 140:4, 140:6, 140:9, 140:15, 140:24, 142:8, 142:10, 144:16, 157:16
**2016-043090** [1] - 2:14
**2018** [9] - 1:13, 25:22, 31:3, 31:16, 31:18, 143:10, 143:11, 159:11, 166:18
**20___** [1] - 164:16
**20s** [1] - 111:11
**24** [5] - 7:10, 7:13, 11:7, 11:10, 11:13
**25** [4] - 29:6, 30:2, 30:11, 76:25
**25461** [2] - 1:7, 2:10
**27th** [1] - 166:18
**28461** [2] - 1:8, 2:10
**29** [1] - 25:22

**2:55** [1] - 163:13

**3**

**3** [3] - 59:11, 137:18, 138:5
**30** [3] - 3:12, 108:10, 108:21
**300** [3] - 43:23, 66:22, 71:14
**30s** [1] - 111:11
**35** [2] - 33:13, 43:1

**4**

**4** [5] - 59:11, 128:10, 137:18, 138:5, 165:14
**40** [1] - 43:1
**40s** [1] - 119:13
**43rd** [21] - 67:22, 68:15, 74:11, 74:22, 74:23, 75:24, 76:6, 76:12, 77:16, 78:7, 79:15, 80:6, 80:25, 82:16, 82:20, 83:2, 83:13, 83:16, 83:20, 83:23, 131:6
**44** [1] - 75:20
**44th** [4] - 72:8, 72:13, 74:4, 74:5
**48th** [1] - 28:21
**49th** [6] - 4:9, 22:20, 23:15, 73:19, 73:20, 73:22
**4:00** [1] - 69:5

**5**

**5** [2] - 37:24, 151:6
**5'8** [1] - 22:3
**50-h** [3] - 19:13, 19:17, 19:22
**500** [2] - 7:23, 7:24
**5861** [1] - 1:5
**5:00** [1] - 65:12

**6**

**6** [2] - 37:24, 128:10
**67** [1] - 165:7
**6804** [1] - 21:22

**7**

**7** [2] - 59:12, 93:20

**8**

**8** [6] - 38:2, 59:12, 92:7, 92:15, 93:9, 93:20

**9**

**9** [4] - 92:7, 92:15, 93:9, 151:5

**A**

**a-ha** [1] - 4:18
**A.M** [1] - 1:14
**ability** [5] - 7:4, 8:24, 10:11, 64:4, 151:25
**able** [7] - 6:14, 31:5, 83:9, 91:4, 97:17, 146:1, 153:4
**about** [54] - 4:14, 10:10, 12:2, 12:24, 13:23, 14:1, 16:10, 18:18, 18:22, 18:25, 19:16, 20:15, 20:20, 20:23, 25:25, 36:16, 43:12, 46:16, 48:15, 61:8, 73:11, 82:8, 93:7, 93:8, 104:16, 105:22, 109:13, 112:9, 114:10, 114:14, 114:17, 117:18, 118:19, 129:1, 129:9, 133:23, 134:3, 137:22, 137:23, 138:8, 139:16, 148:12, 148:14, 148:17, 152:24, 154:20, 155:25, 159:14, 160:21, 161:3, 161:14, 162:4, 162:9
**above** [1] - 164:4
**abrasions** [1] - 135:2
**absolute** [1] - 92:3
**abuse** [3] - 51:14, 51:16, 51:22
**accept** [1] - 151:23
**accepted** [2] - 27:22, 151:11
**access** [1] - 135:17
**accident** [30] - 19:11, 34:17, 62:6, 82:21, 94:10, 94:14, 97:1, 97:2, 97:3, 97:5, 104:5, 119:19, 119:23, 128:4, 129:9, 130:8, 130:11, 130:17, 131:1, 131:7, 131:22, 132:1, 137:8, 139:8, 148:18, 151:13, 151:16, 152:9, 152:21, 155:25
**accompanied** [2] - 111:8, 116:22
**according** [1] - 41:8
**accumulating** [1] - 140:13
**accurately** [2] - 4:24, 7:1
**accused** [2] - 47:7, 47:11
**ACD** [7] - 48:7, 49:7, 50:16, 50:18, 132:10, 132:14, 132:23
**aching** [2] - 93:5, 93:6
**acknowledge** [1] - 103:4
**across** [1] - 131:14
**action** [2] - 4:13, 166:14

**activities** [1] - 149:6
**actual** [2] - 9:20, 117:6
**actually** [1] - 146:18
**acupuncture** [4] - 137:13, 138:2, 138:10, 141:3
**address** [5] - 4:8, 22:19, 25:1, 25:2, 74:15
**addressed** [1] - 54:13
**adjournment** [2] - 48:8, 132:11
**administer** [1] - 3:9
**advice** [1] - 20:5
**Advil** [7] - 7:14, 7:18, 8:8, 8:11, 8:13, 10:18, 10:25
**Affairs** [6] - 116:23, 117:10, 117:21, 122:20, 123:1, 125:9
**affect** [2] - 60:4, 156:22
**affected** [1] - 10:12
**after** [41] - 3:12, 6:10, 26:20, 27:24, 32:17, 34:17, 34:23, 50:20, 54:19, 62:18, 64:14, 67:3, 69:5, 91:7, 92:1, 92:23, 94:10, 94:14, 97:1, 97:3, 97:5, 100:6, 101:17, 101:18, 101:19, 101:25, 110:25, 119:19, 120:5, 122:20, 122:25, 124:8, 130:11, 130:17, 130:19, 133:24, 134:4, 137:7, 139:8, 140:12
**afternoon** [3] - 65:22, 66:4, 128:9
**afterwards** [6] - 65:6, 117:5, 117:11, 117:23, 118:4, 153:24
**again** [22] - 23:13, 25:17, 27:16, 34:8, 37:9, 44:21, 59:16, 92:2, 93:18, 101:21, 107:10, 121:21, 130:5, 132:11, 133:21, 137:4, 139:19, 141:21, 144:21, 147:15, 152:21, 161:19
**against** [11] - 1:5, 4:15, 12:7, 15:14, 45:1, 45:5, 75:6, 126:21, 132:6, 133:18, 162:18
**age** [2] - 26:3, 46:20
**agency** [2] - 12:8, 32:5
**aggravate** [1] - 157:2
**ago** [17] - 8:12, 8:13, 12:3, 16:3, 16:9, 23:24, 25:6, 25:23, 25:25, 26:2, 46:3, 46:5, 53:13, 145:10, 145:11, 154:23, 160:7
**AGREED** [2] - 3:4, 3:15
**ahead** [1] - 85:16

**aid** [2] - 126:9, 127:11
**air** [2] - 87:17, 90:11
**album** [1] - 135:15
**alcohol** [5] - 11:9, 51:20, 51:22, 52:11, 150:24
**ALEN** [2] - 1:7, 2:10
**Ali** [2] - 159:7
**all** [45] - 3:15, 10:12, 47:2, 54:14, 69:20, 78:15, 85:23, 88:22, 91:4, 94:24, 95:3, 97:9, 98:10, 101:10, 103:8, 106:3, 109:15, 110:20, 110:25, 111:25, 112:2, 112:4, 115:18, 115:22, 116:10, 116:12, 118:17, 119:1, 119:4, 121:4, 133:15, 137:14, 141:5, 141:9, 141:10, 143:25, 144:20, 150:7, 150:25, 151:15, 152:9, 154:7, 157:1, 157:12
**allegation** [1] - 159:25
**alley** [1] - 41:11
**allow** [1] - 122:10
**Ally** [1] - 159:8
**along** [7] - 29:20, 86:1, 109:4, 110:2, 131:3, 131:23, 162:6
**already** [5] - 66:22, 69:22, 69:23, 99:13, 104:4
**also** [28] - 6:9, 8:8, 8:17, 16:4, 25:21, 30:14, 32:5, 32:17, 40:20, 41:22, 41:24, 57:14, 60:15, 74:2, 91:1, 92:11, 92:19, 93:10, 104:22, 138:22, 142:4, 143:2, 144:13, 144:23, 148:3, 150:3, 151:24, 158:20
**ALSO** [1] - 2:17
**ALVARADO** [2] - 166:7, 166:21
**Alvarado** [1] - 1:21
**am** [2] - 166:13, 166:15
**ambulance** [4] - 109:1, 111:2, 111:13, 111:20
**amount** [1] - 59:7
**ample** [1] - 80:10
**AND** [2] - 3:4, 3:15
**AND/OR** [2] - 165:17, 165:18
**anger** [3] - 46:8, 46:11, 153:14
**angerwise** [1] - 157:5
**angry** [1] - 152:18
**ankle** [9] - 12:25, 13:1, 13:3, 13:5, 13:24, 40:4, 60:16, 60:18, 61:5
**ankles** [1] - 146:6

**another** [6] - 116:9, 116:23, 121:13, 124:14, 124:21, 126:3
**answer** [15] - 5:12, 5:17, 5:18, 6:5, 6:18, 10:11, 30:20, 31:5, 56:22, 118:11, 118:13, 137:4, 151:16, 151:19, 162:3
**answered** [1] - 137:4
**answering** [1] - 151:21
**answers** [1] - 161:25
**anxiety** [2] - 63:5, 63:9
**any** [177] - 5:1, 5:5, 6:10, 6:18, 6:25, 7:3, 7:6, 7:9, 11:6, 11:9, 11:12, 12:6, 12:7, 12:13, 13:13, 14:1, 16:25, 17:3, 17:4, 17:6, 18:3, 18:4, 19:6, 20:4, 20:12, 20:18, 20:22, 21:10, 22:17, 23:11, 24:3, 26:16, 26:21, 27:14, 27:20, 28:5, 31:21, 35:14, 43:15, 44:7, 44:23, 45:1, 45:2, 45:4, 45:5, 46:14, 48:6, 51:13, 51:18, 51:22, 52:11, 52:14, 52:16, 52:22, 53:1, 53:15, 54:5, 55:23, 57:7, 57:13, 57:17, 58:2, 58:5, 58:16, 58:18, 60:12, 60:22, 61:6, 61:12, 61:23, 62:8, 63:6, 63:9, 64:22, 64:24, 66:11, 67:3, 72:18, 75:2, 75:5, 77:8, 77:11, 78:5, 78:7, 78:14, 79:3, 79:6, 79:13, 79:16, 82:16, 82:24, 83:1, 83:2, 83:12, 83:13, 83:17, 86:7, 86:15, 91:12, 91:16, 94:21, 94:25, 96:22, 96:24, 97:7, 98:24, 99:2, 99:24, 102:7, 102:25, 106:15, 107:2, 108:22, 109:2, 109:3, 109:18, 111:8, 111:21, 112:1, 114:5, 114:20, 114:24, 115:19, 117:1, 119:20, 119:22, 120:9, 120:10, 121:7, 121:25, 122:22, 123:3, 123:21, 124:19, 127:23, 128:13, 129:5, 129:15, 130:20, 131:2, 133:25, 134:5, 135:4, 135:14, 135:20, 135:23, 136:2, 137:11, 138:15, 139:14, 140:13, 140:18, 144:17, 145:1, 145:5, 145:7, 145:13, 149:7, 150:1, 152:11, 153:17, 154:8, 154:17, 156:5, 156:10, 157:10, 157:17,

159:4, 159:10, 159:13, 160:17, 162:3, 165:21, 166:13
**anybody** [19] - 15:14, 17:7, 17:12, 18:15, 18:18, 18:22, 20:1, 56:3, 66:25, 107:24, 108:11, 108:24, 112:23, 112:25, 116:15, 129:5, 130:23, 152:18, 160:2
**anymore** [5] - 117:7, 142:25, 151:14, 152:4, 153:9
**anyone** [27] - 3:8, 16:16, 16:19, 20:4, 20:7, 20:10, 20:15, 23:2, 23:11, 23:14, 24:9, 64:18, 78:12, 78:14, 88:7, 102:16, 103:4, 107:21, 124:17, 128:20, 140:20, 154:20, 157:19, 163:5, 163:8
**anything** [83] - 10:18, 12:4, 19:12, 29:12, 29:19, 46:23, 52:24, 54:8, 57:12, 58:14, 58:19, 60:24, 61:1, 61:20, 63:23, 66:8, 69:9, 69:12, 69:19, 79:9, 84:1, 86:1, 88:18, 96:11, 96:14, 98:17, 98:19, 100:20, 100:22, 101:6, 103:22, 103:25, 105:14, 106:5, 106:7, 106:10, 109:4, 109:18, 110:11, 110:13, 110:15, 110:23, 111:24, 113:15, 113:18, 114:8, 115:17, 119:16, 121:3, 121:19, 122:16, 123:9, 125:24, 126:25, 129:10, 129:20, 129:25, 131:3, 131:19, 132:18, 134:10, 138:20, 139:12, 139:16, 139:20, 140:1, 141:16, 145:23, 145:25, 146:11, 146:24, 147:1, 147:9, 147:17, 148:12, 148:14, 153:17, 157:6, 157:23, 159:16, 160:21, 162:9, 162:13
**anywhere** [22] - 27:18, 27:21, 35:20, 35:24, 36:1, 36:4, 36:8, 36:10, 78:3, 91:21, 93:22, 115:7, 115:13, 115:15, 128:9, 129:13, 130:3, 136:7, 136:9, 136:13, 136:15, 136:18
**appearances** [3] - 48:6, 127:23, 127:25
**appeared** [1] - 109:20
**applied** [1] - 43:18

**appointment** [1] - 151:14
**apprehended** [1] - 48:25
**approach** [2] - 96:4, 152:20
**approached** [6] - 91:15, 95:6, 96:5, 96:9, 122:20, 125:4
**approaching** [1] - 95:19
**approximate** [3] - 22:6, 81:25, 82:2
**approximately** [79] - 9:6, 16:9, 16:15, 18:12, 19:5, 22:3, 22:5, 23:1, 25:6, 26:1, 27:3, 29:6, 30:2, 30:4, 32:1, 32:7, 33:8, 33:11, 36:15, 36:17, 36:19, 36:23, 37:8, 37:10, 37:12, 37:24, 38:2, 39:4, 41:2, 42:8, 42:21, 42:25, 43:23, 44:6, 44:18, 45:22, 47:20, 49:20, 50:1, 53:13, 54:18, 54:19, 56:14, 57:4, 65:12, 69:3, 69:5, 70:5, 71:9, 71:12, 71:14, 73:21, 76:25, 82:4, 82:11, 86:12, 93:20, 97:24, 104:18, 106:23, 108:10, 111:19, 115:24, 119:12, 121:13, 125:23, 126:6, 127:22, 128:7, 128:9, 131:11, 137:7, 137:18, 137:23, 139:6, 143:12, 149:22, 155:6, 160:7
**April** [2] - 159:10, 159:12
**are** [24] - 1:9, 2:12, 3:16, 5:24, 11:3, 15:20, 22:2, 22:15, 28:12, 29:16, 29:19, 30:2, 30:8, 30:16, 32:25, 62:25, 68:10, 68:15, 97:22, 133:3, 140:22, 152:11, 160:17, 162:16
**area** [6] - 99:2, 99:13, 130:23, 131:4, 139:18, 152:21
**arise** [3] - 61:20, 153:15, 153:23
**arisen** [2] - 156:8, 157:23
**arising** [2] - 60:12, 62:5
**arose** [2] - 39:16, 157:24
**around** [17] - 43:1, 55:4, 56:11, 56:12, 83:9, 88:7, 99:6, 107:21, 117:13, 119:20, 139:18, 142:22, 144:23, 152:8, 152:19, 153:14
**arraigned** [6] - 47:23, 50:2, 126:15, 126:17, 127:8, 128:3
**arraignment** [4] - 50:4,

126:19, 127:12, 127:18
**arrangement** [2] - 17:16, 17:22
**arrangements** [2] - 18:1, 165:19
**arrest** [12] - 46:18, 46:25, 47:3, 47:5, 47:7, 47:15, 48:17, 48:23, 60:12, 126:24, 127:19, 129:3
**arrested** [8] - 45:18, 45:20, 45:23, 45:25, 46:17, 48:16, 51:1, 132:17
**arrive** [1] - 101:15
**arrived** [5] - 101:25, 102:3, 109:22, 110:5, 112:12
**as** [84] - 1:9, 2:12, 3:9, 3:11, 3:16, 4:1, 4:3, 6:1, 7:14, 8:14, 10:13, 10:24, 11:12, 12:3, 18:22, 25:1, 32:17, 32:24, 33:3, 33:5, 36:19, 39:3, 41:16, 43:21, 47:14, 50:1, 57:7, 60:2, 67:23, 67:24, 68:1, 70:22, 86:15, 90:12, 91:22, 94:19, 117:13, 124:6, 125:3, 133:25, 134:5, 134:15, 138:3, 138:10, 142:10, 142:21, 143:23, 143:25, 145:1, 145:10, 146:4, 146:7, 146:12, 146:15, 146:24, 147:6, 147:10, 148:21, 149:3, 152:11, 152:17, 152:22, 153:1, 153:4, 154:12, 157:1, 157:10, 157:19, 158:8, 161:15, 162:6
**Asian** [4] - 95:11, 103:20, 108:1, 132:25
**aside** [29] - 12:2, 18:17, 18:21, 20:12, 20:14, 24:8, 27:13, 27:17, 28:4, 35:16, 35:19, 35:24, 36:1, 36:4, 36:8, 36:10, 56:1, 58:15, 63:13, 66:7, 69:11, 94:19, 114:19, 116:14, 133:20, 134:21, 136:1, 149:7, 156:4
**ask** [10] - 4:14, 4:17, 5:1, 5:5, 6:18, 21:17, 112:1, 119:18, 131:1, 131:6
**asked** [19] - 41:14, 97:6, 97:25, 100:9, 103:14, 103:17, 104:22, 105:25, 107:10, 107:13, 110:7, 113:12, 116:11, 117:4, 119:17, 135:20, 137:3, 162:3, 162:10
**asking** [9] - 97:22, 102:9, 102:20, 110:6, 117:5,

123:5, 123:7, 134:3, 134:4
**aspiration** [1] - 150:5
**assistance** [1] - 45:7
**associate's** [2] - 26:24, 27:4
**associated** [2] - 53:8, 58:19
**assume** [1] - 5:9
**assuming** [2] - 21:16, 151:1
**at** [209] - 1:19, 6:14, 8:6, 10:10, 10:12, 11:2, 13:18, 15:18, 23:11, 23:12, 23:15, 23:21, 24:3, 24:9, 24:14, 28:5, 32:2, 32:11, 33:6, 33:15, 33:19, 34:10, 34:11, 34:14, 34:20, 34:25, 35:4, 35:13, 36:14, 36:16, 37:5, 37:11, 37:15, 37:16, 37:18, 37:20, 37:22, 38:3, 38:7, 38:11, 39:7, 39:8, 39:11, 39:13, 39:15, 39:21, 40:13, 40:20, 40:23, 40:24, 41:1, 41:3, 41:5, 41:17, 41:18, 41:20, 41:22, 42:11, 42:14, 43:4, 43:6, 44:5, 44:7, 46:20, 47:2, 47:17, 49:19, 49:25, 50:4, 50:6, 52:25, 53:22, 53:25, 54:5, 54:14, 55:5, 55:20, 56:23, 57:22, 58:2, 59:10, 60:1, 60:16, 65:5, 65:25, 66:10, 66:16, 67:7, 69:6, 71:1, 71:19, 72:18, 75:2, 75:5, 75:25, 76:8, 76:21, 77:5, 77:8, 77:11, 78:15, 80:21, 82:18, 83:1, 83:4, 83:12, 84:15, 85:23, 86:25, 87:3, 87:21, 88:19, 89:1, 91:4, 92:5, 94:22, 95:3, 96:11, 96:18, 97:11, 98:10, 99:21, 100:5, 100:20, 101:9, 101:14, 104:12, 105:15, 105:17, 105:20, 106:3, 106:20, 107:12, 107:13, 107:15, 108:4, 109:15, 109:19, 112:4, 113:11, 113:25, 114:21, 115:24, 116:10, 116:12, 116:16, 117:9, 118:3, 118:17, 119:1, 119:4, 119:25, 120:14, 121:9, 121:12, 121:14, 121:19, 121:24, 122:2, 122:22, 123:4, 123:7, 123:16, 126:4, 126:19, 127:12, 128:13, 129:5, 129:12, 129:14, 129:25, 131:1, 131:7, 133:14, 133:15,

134:21, 136:21, 137:14, 140:18, 141:5, 142:20, 143:16, 144:18, 144:19, 144:21, 144:25, 145:19, 146:15, 146:16, 146:17, 148:23, 149:5, 149:25, 150:7, 150:16, 150:20, 152:9, 154:3, 155:11, 157:17, 160:2, 162:8, 163:11, 163:13, 164:8
**ate** [1] - 9:13
**attend** [6] - 26:8, 26:10, 27:10, 27:25, 30:6, 43:8
**attended** [1] - 27:14
**attending** [4] - 26:20, 27:13, 28:6, 70:16
**attention** [14] - 53:15, 53:17, 57:17, 57:22, 64:4, 68:6, 103:15, 103:17, 104:23, 106:1, 107:10, 107:14, 108:5, 159:4
**attorney** [9] - 13:18, 15:20, 19:25, 20:4, 20:7, 118:6, 126:7, 126:10, 127:10
**attorneys** [10] - 17:3, 17:6, 17:10, 17:16, 17:22, 18:3, 19:20, 19:23, 20:12, 20:14
**Attorneys** [2] - 2:3, 2:9
**August** [56] - 4:14, 16:10, 16:13, 19:7, 20:1, 20:11, 20:16, 20:19, 20:23, 22:7, 24:1, 24:3, 34:23, 35:1, 35:4, 39:1, 39:19, 44:2, 44:7, 50:20, 51:4, 54:19, 55:4, 56:10, 61:10, 61:13, 61:17, 61:19, 61:23, 62:6, 62:7, 62:14, 63:2, 63:15, 64:4, 64:6, 66:19, 68:8, 82:20, 128:5, 133:6, 134:1, 134:6, 135:12, 135:18, 137:17, 146:1, 147:20, 149:16, 149:23, 152:13, 154:18, 155:2, 156:5, 157:11, 157:25
**Authority** [1] - 41:13
**authorized** [1] - 3:8
**availability** [1] - 29:8
**available** [1] - 11:2
**avenue** [1] - 74:20
**Avenue** [30] - 4:9, 22:20, 23:15, 23:21, 67:22, 68:15, 72:8, 72:13, 73:19, 73:20, 73:22, 74:4, 74:5, 74:11, 74:22, 74:23, 76:7, 76:12, 78:7, 79:15, 80:6, 80:25, 82:16, 82:20, 83:2, 83:13, 83:17, 83:20,

83:24, 131:7
**average** [2] - 148:19, 152:7
**aware** [3] - 84:18, 84:21, 162:16
**away** [3] - 103:11, 112:17, 132:2

# B

**B** [2] - 9:1, 165:1
**B-O-S-W-E-L-L** [1] - 9:1
**back** [54] - 48:25, 50:5, 50:9, 50:11, 56:19, 85:18, 91:19, 91:24, 92:5, 92:8, 92:10, 93:22, 98:1, 98:3, 98:6, 100:13, 100:15, 114:7, 114:14, 114:16, 115:14, 117:13, 117:15, 118:13, 120:20, 120:23, 123:6, 124:10, 126:20, 129:16, 130:2, 130:4, 130:15, 134:13, 134:18, 138:19, 138:21, 141:21, 142:14, 143:18, 143:23, 144:3, 144:24, 145:21, 147:13, 147:14, 151:16, 151:20, 151:25, 154:10, 158:4, 158:5, 158:12, 158:19
**background** [2] - 151:12, 151:15
**backpack** [4] - 70:1, 73:12, 99:21, 99:25
**badge** [1] - 107:19
**bag** [4] - 101:9, 101:12, 101:22, 105:15
**bags** [2] - 101:20, 146:24
**bail** [1] - 127:14
**bands** [1] - 144:22
**Bank** [1] - 150:3
**bankruptcy** [1] - 14:10
**bar** [1] - 60:7
**Baree** [1] - 16:4
**barely** [2] - 9:15, 109:18
**bartender** [1] - 38:13
**bartending** [3] - 32:11, 150:20, 150:22
**based** [3] - 44:23, 57:5, 125:2
**basically** [1] - 49:5
**basis** [5] - 4:15, 38:21, 43:24, 127:2, 127:5
**bathroom** [3] - 117:11, 117:14, 158:9
**be** [34] - 3:7, 3:11, 6:13, 29:14, 38:13, 68:24, 82:1, 82:2, 82:3, 112:19, 116:23, 117:14, 132:17, 146:1, 146:19, 148:21,

149:5, 150:20, 150:23, 150:24, 151:2, 151:19, 152:25, 153:4, 153:13, 153:25, 154:11, 154:12, 154:13, 155:22, 157:5, 162:17
**because** [33] - 75:18, 76:2, 76:5, 93:8, 103:11, 104:4, 107:11, 117:9, 117:13, 139:19, 140:7, 141:14, 141:20, 146:14, 147:6, 147:8, 147:13, 149:3, 150:5, 151:11, 151:16, 151:20, 153:2, 153:3, 153:6, 153:7, 153:9, 155:17, 157:7, 158:16, 158:21, 159:4
**become** [2] - 84:18, 148:6
**bed** [2] - 152:8, 156:1
**been** [55] - 4:2, 11:15, 11:17, 11:19, 12:10, 14:4, 14:7, 14:18, 14:21, 14:23, 15:1, 15:4, 15:7, 15:10, 16:25, 21:1, 24:6, 25:8, 25:10, 27:20, 28:10, 29:1, 31:2, 31:18, 35:17, 45:18, 45:20, 45:23, 46:7, 46:10, 46:13, 47:11, 51:6, 51:9, 51:11, 51:16, 52:11, 52:16, 62:12, 63:8, 63:14, 68:1, 80:2, 90:10, 92:3, 143:13, 144:7, 145:13, 149:14, 150:19, 151:4, 156:10, 156:14, 157:13, 164:3
**before** [51] - 1:21, 3:8, 3:10, 4:16, 5:17, 6:19, 9:9, 9:10, 11:15, 11:17, 11:20, 12:3, 12:8, 12:14, 15:16, 32:15, 34:23, 34:24, 34:25, 42:9, 43:10, 47:25, 50:20, 50:22, 51:7, 51:9, 51:11, 61:8, 61:10, 74:16, 82:21, 94:5, 97:1, 100:6, 101:17, 101:19, 101:25, 102:1, 120:9, 122:25, 123:2, 144:7, 146:1, 147:20, 148:18, 152:17, 154:1, 158:14, 158:19, 163:6, 164:15
**begin** [1] - 4:16
**beginning** [2] - 39:4, 142:8
**behind** [7] - 79:13, 79:16, 83:1, 85:17, 98:1, 98:3, 98:6
**being** [1] - 1:9, 2:12, 40:18, 42:16, 59:4, 59:5, 80:21, 91:10, 92:1, 92:3,

92:4, 92:23, 94:20, 99:4, 112:7, 113:20, 126:20, 139:18, 151:11
**belief** [1] - 49:1
**believe** [8] - 13:14, 31:8, 58:6, 116:19, 123:22, 132:3, 134:22, 158:18
**Bellevue** [2] - 58:1, 58:3
**belongings** [10] - 69:15, 69:16, 103:8, 105:16, 129:14, 129:15, 129:23, 130:2, 130:14, 130:16
**bend** [2] - 146:7, 146:23
**benefits** [4] - 43:13, 43:16, 43:18, 45:15
**BERGMAN** [15] - 2:14, 4:5, 17:25, 21:18, 63:25, 66:23, 73:13, 82:10, 82:19, 97:23, 118:10, 135:3, 163:3, 163:11, 165:14
**Bergman** [1] - 4:12
**best** [11] - 5:6, 8:24, 10:11, 17:15, 17:21, 39:18, 54:10, 64:4, 68:20, 69:7, 82:5
**better** [9] - 38:4, 38:10, 117:24, 141:21, 150:5, 150:6, 155:8
**between** [13] - 3:4, 16:13, 17:1, 17:16, 17:22, 18:1, 33:13, 35:3, 81:6, 82:6, 137:17, 140:15, 165:20
**bicycle** [29] - 61:3, 69:10, 69:11, 70:16, 70:21, 71:4, 71:19, 72:1, 73:15, 75:3, 75:5, 75:10, 75:14, 75:16, 75:17, 75:19, 75:21, 75:25, 76:6, 76:9, 76:20, 76:23, 77:1, 77:5, 78:23, 103:25, 105:22, 105:23, 146:12
**bicycle's** [1] - 87:18
**bicycling** [1] - 70:7
**big** [1] - 153:11
**bike** [38] - 70:18, 70:23, 71:1, 71:6, 71:10, 71:15, 72:19, 72:21, 73:9, 78:17, 78:20, 80:14, 80:24, 81:9, 82:1, 82:13, 83:13, 83:16, 83:19, 83:24, 84:2, 84:25, 86:16, 86:18, 87:3, 87:8, 87:9, 87:10, 87:11, 87:13, 89:1, 89:5, 89:18, 89:20, 90:3, 90:8, 90:10, 90:25
**bikes** [1] - 82:15
**biking** [2] - 70:6, 70:23
**bills** [2] - 140:22, 157:20
**birth** [1] - 21:13

**birthday** [1] - 52:1
**bit** [1] - 32:12
**BJ's** [7] - 36:9, 36:10, 36:22, 39:25, 42:11, 42:14, 43:6
**black** [3] - 78:9, 84:7, 86:15
**bleeding** [4] - 91:20, 95:3, 110:22, 122:11
**block** [5] - 81:6, 81:8, 81:10, 147:7, 154:10
**blood** [3] - 94:2, 94:20, 166:14
**blue** [2] - 35:25, 104:21
**Blue** [3] - 36:1, 36:16, 39:25, 40:13, 40:14, 41:14
**blurred** [1] - 147:3
**blurry** [2] - 10:3, 53:10
**Board** [1] - 159:20
**body** [18] - 85:3, 85:5, 86:23, 87:17, 88:12, 88:14, 88:19, 89:17, 90:18, 91:19, 92:17, 98:13, 110:14, 110:20, 113:16, 122:9, 144:23, 158:11
**bones** [1] - 115:3
**book** [1] - 152:4
**bookbag** [7] - 69:13, 69:14, 69:19, 69:21, 73:4, 73:6, 73:7
**booking** [10] - 47:21, 49:23, 49:25, 121:16, 121:17, 121:20, 122:2, 122:13, 122:23, 126:5
**Booking** [3] - 123:4, 123:7, 123:16
**bookings** [2] - 107:12, 107:13
**born** [1] - 21:23
**Boswell** [10] - 7:15, 7:16, 8:18, 9:2, 9:4, 9:8, 9:16, 10:8, 10:12, 10:18
**both** [25] - 7:18, 49:8, 80:3, 80:9, 80:11, 84:25, 90:21, 90:23, 91:2, 91:3, 95:11, 95:12, 96:7, 96:9, 100:17, 100:19, 105:8, 109:9, 111:6, 111:7, 115:9, 115:11, 133:9, 134:12, 149:11
**bothering** [1] - 155:25
**bothers** [2] - 153:1, 153:3
**bottle** [2] - 73:7, 73:10
**bottom** [1] - 68:7
**bowling** [1] - 41:11
**brace** [2] - 91:4, 144:23
**bread** [2] - 42:17, 42:19

**break** [7] - 6:17, 6:19, 13:5, 29:24, 64:1, 89:21, 118:8
**breakfast** [1] - 9:13
**breathing** [1] - 111:22
**Bright** [2] - 67:11, 68:18
**bring** [3] - 12:18, 70:21, 100:17
**bringing** [1] - 20:19
**broke** [2] - 13:1, 60:15
**broken** [3] - 12:25, 13:24, 40:4
**Bromfeld** [1] - 15:25
**BROMFELD** [26] - 2:5, 17:18, 18:20, 19:14, 21:15, 21:20, 25:17, 30:20, 55:13, 56:22, 61:8, 66:21, 73:11, 82:8, 82:18, 82:21, 94:22, 97:1, 97:22, 106:9, 118:7, 135:6, 137:3, 157:13, 162:20, 163:1
**bromfeld** [2] - 16:2, 18:17
**brought** [14] - 10:1, 12:6, 12:13, 12:16, 26:2, 99:20, 100:11, 100:12, 100:13, 106:18, 124:21, 126:13, 126:21, 153:10
**bruised** [2] - 92:23, 92:24
**bruises** [1] - 134:24
**brushing** [1] - 66:7
**bulge** [2] - 134:9, 142:21
**business** [1] - 42:4
**businesses** [2] - 68:5, 68:10
**bussing** [1] - 29:10
**but** [34] - 25:25, 32:25, 38:7, 53:7, 55:17, 60:2, 76:5, 80:19, 85:19, 86:5, 94:24, 97:9, 97:10, 98:5, 100:6, 104:2, 104:14, 113:9, 113:20, 114:2, 117:21, 122:2, 123:6, 131:19, 133:24, 134:24, 135:1, 148:9, 148:11, 150:3, 153:20, 154:11, 160:19, 161:18
**buy** [1] - 42:18
**By** [1] - 157:13
**by** [50] - 1:18, 3:4, 3:8, 3:12, 4:2, 13:18, 15:20, 16:4, 18:4, 18:20, 19:19, 19:23, 21:1, 26:4, 27:22, 38:12, 38:18, 46:7, 46:13, 52:9, 67:25, 72:4, 74:21, 84:5, 85:12, 91:15, 95:6, 102:5, 110:10, 111:8, 113:4, 113:6, 113:9,

116:22, 118:13, 119:9, 130:9, 130:12, 134:16, 135:4, 141:18, 144:9, 145:13, 162:23, 164:7, 165:9, 165:21, 166:11, 166:14
**BY** [4] - 2:5, 2:14, 4:4, 165:13
**bystanders** [1] - 102:22

## C

**C** [4] - 2:1, 164:1, 166:1
**calf** [1] - 134:18
**calisthenics** [2] - 148:23, 149:2
**call** [3] - 17:25, 135:3, 148:9
**called** [5] - 4:1, 7:15, 8:18, 129:4, 129:5
**calves** [1] - 146:5
**came** [13] - 16:21, 85:17, 104:20, 109:1, 116:8, 116:19, 116:22, 117:13, 117:15, 117:24, 124:18, 128:15
**camera** [2] - 135:8, 135:10
**can** [12] - 4:20, 4:23, 5:17, 21:15, 59:10, 85:6, 86:15, 86:17, 118:7, 118:10, 137:4, 157:2
**can you** [45] - 10:1, 12:12, 15:6, 16:18, 17:8, 17:19, 19:21, 20:13, 20:21, 23:13, 24:13, 25:15, 25:20, 26:23, 27:16, 28:16, 32:12, 35:18, 37:9, 38:18, 45:3, 46:9, 46:16, 48:15, 53:3, 59:16, 61:14, 64:5, 74:21, 75:9, 76:17, 78:22, 79:14, 79:18, 80:6, 82:2, 87:5, 127:4, 131:5, 134:2, 150:14, 152:15, 155:12, 155:23, 161:19
**can't** [25] - 9:20, 10:13, 52:25, 60:6, 94:23, 132:17, 144:3, 145:25, 146:4, 146:6, 146:7, 146:8, 146:13, 146:14, 146:15, 146:17, 147:4, 153:2, 153:9, 153:25, 157:5, 157:8, 161:23
**cannot** [1] - 6:25
**capacities** [2] - 1:9, 2:11
**capacity** [1] - 150:13
**captain** [8] - 116:19, 117:1, 117:12, 117:24, 118:3, 118:15, 118:22,

122:6
**car** [16] - 84:18, 84:24, 85:7, 85:15, 85:19, 85:22, 85:23, 86:8, 86:10, 86:21, 95:24, 95:25, 96:2, 104:21, 105:19, 107:3
**car's** [2] - 84:21, 86:22
**card** [1] - 45:16
**care** [3] - 137:20, 137:22, 151:1
**career** [1] - 149:23, 150:1, 150:7
**cars** [18] - 75:18, 76:2, 76:5, 76:15, 76:20, 77:8, 79:22, 79:25, 80:3, 80:21, 81:23, 82:3, 82:17, 82:23, 82:24, 83:1, 83:20, 102:6
**carte** [1] - 29:14
**CARTER** [1] - 2:7
**Case** [1] - 1:5
**case** [16] - 6:1, 12:6, 12:10, 12:24, 13:9, 14:23, 15:21, 16:4, 17:23, 44:24, 45:2, 45:5, 48:2, 132:21, 133:18, 162:16
**Castle** [3] - 28:15, 28:17, 28:18
**CAT** [3] - 114:6, 114:8, 114:19
**catering** [3] - 28:19, 29:14, 32:5
**Caucasian** [6] - 105:5, 105:8, 108:16, 111:11, 116:9, 125:21
**caused** [1] - 84:1
**cautious** [1] - 152:25
**CCRB** [6] - 159:16, 159:18, 159:25, 160:2, 160:8, 160:11
**cease** [2] - 41:3, 56:17, 84:1
**ceased** [3] - 24:11, 141:2, 156:11
**cell** [20] - 47:17, 49:21, 101:8, 104:7, 108:6, 108:7, 108:9, 108:13, 108:21, 122:21, 124:10, 124:14, 124:15, 124:17, 124:21, 124:23, 124:24, 126:3, 135:8, 135:10
**cells** [1] - 109:3
**Central** [3] - 123:4, 123:7, 123:16
**central** [11] - 47:21, 49:23, 49:25, 107:12, 121:16, 121:17, 121:19, 122:2, 122:13, 122:23, 126:4
**certain** [5] - 32:15, 142:1, 146:24, 147:6, 161:25

**certification** [1] - 3:6
**certify** [3] - 164:3, 166:8, 166:13
**CERTIFY** [1] - 164:6
**chairs** [1] - 29:22
**chance** [1] - 6:6
**change** [3] - 64:15, 116:6, 116:7
**changed** [4] - 135:12, 150:1, 150:7, 152:9
**changes** [2] - 6:13, 6:14
**changing** [1] - 146:7
**characterize** [2] - 93:3, 93:19
**charged** [1] - 46:22
**charges** [5] - 125:3, 126:21, 127:3, 127:6, 132:6
**Chase** [11] - 38:11, 38:13, 38:15, 38:20, 39:11, 39:15, 150:3, 150:11, 150:13, 150:16, 150:19
**check** [2] - 151:12, 151:15
**Chen** [1] - 161:14
**CHEN** [2] - 1:7, 2:10
**child** [3] - 15:1, 15:4, 15:7
**chiropractic** [1] - 137:20
**chiropractor** [2] - 137:13, 141:3
**chronic** [1] - 52:14
**Church** [2] - 1:20, 2:13
**church** [2] - 131:23, 131:25
**circumstances** [4] - 46:17, 48:16, 48:23, 94:11
**citizen** [1] - 21:25
**city** [10] - 65:6, 65:7, 65:14, 65:15, 65:16, 66:12, 70:14, 70:22, 70:23, 163:5
**City** [10] - 1:20, 2:18, 12:7, 12:8, 14:16, 27:7, 147:25, 152:13, 163:8, 163:9
**CITY** [3] - 1:7, 2:8, 2:9
**civil** [3] - 12:11, 14:4, 14:8
**Civil** [1] - 1:19
**Civilian** [1] - 159:20
**civilians** [3] - 99:2, 99:7, 109:3
**claim** [3] - 14:12, 14:15, 157:15
**claimed** [1] - 116:23
**claiming** [3] - 152:11, 157:14, 157:24

**Claims** [1] - 14:24
**claims** [1] - 14:1
**clarify** [1] - 92:2
**clarity's** [1] - 53:8
**classes** [1] - 27:18
**classify** [2] - 92:5, 92:14
**cleaning** [2] - 32:17, 149:3
**clear** [2] - 29:14, 151:19
**clearly** [2] - 4:22, 17:20
**clerk** [4] - 42:15, 42:16, 106:18, 107:11
**click** [1] - 147:14
**client** [1] - 42:17
**cliffs** [1] - 147:25
**Cliffs** [1] - 148:1
**climb** [2] - 147:20, 147:24
**climbing** [4] - 146:4, 147:19, 147:22, 149:8
**close** [2] - 81:23, 131:12
**closed** [2] - 42:4, 42:9
**clothes** [2] - 69:8, 69:17
**clothing** [2] - 119:14, 119:15
**Club** [1] - 36:9
**cold** [1] - 63:22
**College** [9] - 27:5, 27:11, 27:14, 27:18, 27:22, 27:23, 27:25, 28:4, 149:25
**college** [1] - 27:18
**color** [1] - 88:5
**come** [8] - 50:5, 50:11, 74:3, 83:23, 99:4, 123:6, 124:3, 126:20
**comes** [4] - 41:8, 117:5, 118:4, 162:7
**comfortable** [4] - 10:14, 117:23, 125:13, 142:21
**coming** [12] - 20:8, 42:18, 50:9, 73:5, 76:5, 76:20, 76:21, 83:20, 89:7, 95:23, 134:17, 144:3
**comment** [1] - 6:14
**Commission** [2] - 14:13, 14:16
**Community** [4] - 27:5, 27:10, 27:13, 27:17
**companies** [2] - 32:16
**company** [6] - 28:18, 28:19, 32:4, 37:2, 45:1, 45:4
**complaining** [1] - 139:17
**Complaint** [1] - 159:20
**complaint** [1] - 160:1
**complaints** [1] - 159:14
**completely** [1] - 5:17
**concerning** [1] - 54:2
**concluded** [1] - 163:14

**concussion** [1] - 134:11
**condition** [4] - 7:3, 7:6, 34:17, 63:9
**conducted** [1] - 160:11
**consciousness** [2] - 113:20, 113:23
**consider** [2] - 65:10, 80:9
**considered** [1] - 75:11
**consist** [5] - 40:18, 42:16, 117:3, 121:1, 121:22
**consisting** [1] - 150:25
**construction** [2] - 76:19, 79:11
**consumed** [1] - 11:9
**contact** [19] - 62:12, 62:14, 62:18, 62:20, 63:2, 85:2, 85:7, 85:13, 85:15, 85:20, 86:8, 86:16, 86:21, 87:6, 88:10, 88:12, 89:1, 89:15, 90:18
**contacts** [1] - 62:11
**contemplation** [2] - 48:8, 132:11
**continue** [2] - 146:14, 149:25
**continuing** [1] - 145:14
**contribute** [2] - 44:14, 44:17
**contributed** [1] - 44:8
**contributing** [3] - 44:2, 44:4, 44:21
**control** [3] - 87:16, 90:4, 157:5
**Control** [1] - 2:15
**conversation** [6] - 107:22, 117:1, 117:3, 117:6, 117:18, 123:3
**conversations** [2] - 78:15, 106:15
**cook** [1] - 60:7
**cooking** [1] - 149:3
**cop** [1] - 102:6
**copy** [2] - 3:10, 3:13
**corner** [2] - 76:6, 117:13, 131:12
**corona** [1] - 67:20
**Corona** [4] - 4:9, 22:20, 68:14, 143:6
**Corporate** [6] - 38:11, 38:13, 38:15, 38:20, 39:11, 39:16
**corporate** [4] - 32:11, 32:16, 32:23, 150:21
**CORPORATION** [1] - 2:8
**correct** [117] - 6:10, 8:7, 8:9, 8:10, 8:18, 8:19, 8:21, 9:11, 11:4, 13:2,

13:20, 13:24, 13:25, 16:1, 16:5, 16:6, 16:11, 16:12, 19:15, 19:18, 19:24, 21:25, 22:22, 23:10, 23:20, 29:15, 30:2, 30:5, 30:7, 30:13, 30:24, 34:13, 38:8, 38:22, 39:2, 39:6, 39:9, 39:12, 39:14, 40:21, 41:9, 42:12, 42:18, 43:2, 43:9, 44:15, 44:21, 49:12, 51:2, 55:5, 55:8, 55:22, 56:6, 56:11, 57:15, 57:20, 57:21, 60:16, 61:9, 62:17, 66:6, 66:17, 67:7, 68:24, 70:14, 70:19, 72:19, 76:10, 76:21, 77:21, 80:13, 83:5, 84:23, 85:20, 87:1, 87:9, 87:25, 89:7, 89:23, 90:6, 90:14, 92:12, 92:20, 93:11, 93:16, 95:6, 98:22, 106:1, 109:20, 110:4, 120:1, 120:3, 120:21, 125:16, 126:11, 131:7, 132:4, 132:13, 132:22, 133:1, 133:4, 137:1, 138:11, 139:23, 140:10, 141:1, 142:5, 143:3, 143:23, 144:16, 145:2, 150:17, 153:15, 154:24, 159:23, 162:2, 164:7
  **correction** [1] - 6:6
  **correctional** [1] - 51:6
  **costs** [1] - 162:17
  **couch** [1] - 158:8
  **could** [17] - 7:4, 8:24, 10:7, 25:17, 38:12, 58:25, 59:24, 76:3, 95:10, 114:2, 118:2, 140:11, 140:24, 150:22, 151:16, 153:20, 157:5
  **could've** [2] - 90:10, 162:6
  **couldn't** [16] - 17:19, 58:24, 76:4, 92:17, 151:13, 151:14, 151:17, 151:19, 151:22, 154:11, 154:12, 155:22, 155:24, 155:25, 158:7
  **counsel** [2] - 3:5, 3:13
  **Counsel** [5] - 18:2, 18:20, 157:13, 165:9, 165:20
  **COUNSEL** [1] - 2:8
  **counseling** [5] - 46:14, 137:14, 138:23, 154:2, 154:6
  **counselor** [1] - 40:7
  **counter** [2] - 8:20, 123:14

**COUNTY** [1] - 166:4
**couple** [2] - 49:10, 50:23
**course** [2] - 47:2, 161:24
**court** [8] - 4:19, 4:23, 5:17, 13:15, 48:6, 50:9, 50:12, 50:23
**COURT** [1] - 1:1
**Court** [16] - 1:18, 3:10, 14:18, 14:24, 15:16, 46:7, 46:13, 126:13, 127:19, 127:21, 127:25, 128:8, 128:16, 132:4, 133:14, 133:17
**courtroom** [2] - 5:25, 6:1
**coverage** [4] - 56:21, 140:7, 140:9, 143:1
**covered** [2] - 144:9, 158:1
**cramp** [1] - 158:15
**crazy** [1] - 158:13
**criminal** [1] - 132:6
**Criminal** [2] - 133:14, 133:17
**cross** [1] - 74:25
**crossing** [1] - 78:25
**cup** [1] - 52:10
**current** [6] - 22:19, 24:9, 31:2, 31:21, 32:19, 35:16
**currently** [7] - 22:21, 25:12, 28:12, 28:14, 43:20, 59:17, 160:17
**custody** [2] - 15:1, 51:6
**custom** [1] - 72:3
**CV** [1] - 1:5
**cycle** [1] - 146:14
**cyclists** [3] - 77:12, 77:14, 77:25

**D**

**D** [4] - 3:1, 4:1, 164:1, 165:11
**d'oeuvres** [2] - 29:11, 146:21
**daily** [1] - 43:21
**damage** [3] - 58:4, 114:11
**DATE** [1] - 1:13
**date** [6] - 21:13, 21:16, 25:20, 67:25, 154:25, 161:5
**day** [48] - 8:5, 33:9, 37:25, 42:23, 47:20, 57:2, 57:3, 60:4, 64:5, 64:8, 64:12, 64:16, 64:20, 64:24, 65:1, 65:21, 66:3, 66:8, 66:11, 67:1, 68:21, 69:4, 69:21, 69:25, 72:2, 72:6, 72:15, 72:19, 115:23, 126:6, 128:3,

128:4, 129:12, 130:17, 130:19, 141:14, 141:18, 141:20, 148:11, 148:17, 149:6, 149:18, 155:7, 164:16, 166:18

**day-to-day** [2] - 60:4, 149:6

**days** [13] - 3:12, 8:12, 8:13, 16:3, 30:6, 33:6, 33:8, 37:22, 37:24, 42:20, 130:11, 151:3

**daze** [3] - 91:9, 113:20, 147:4

**dazed** [3] - 91:10, 94:23, 104:1

**defend** [1] - 153:9

**defendant** [1] - 14:4

**Defendant** [1] - 1:18

**Defendant's** [1] - 68:2

**DEFENDANTS** [1] - 1:10

**Defendants** [2] - 2:9

**defendants** [4] - 4:13, 4:16, 162:17, 162:18

**DEFENDANTS'** [1] - 165:3

**defending** [1] - 162:18

**degree** [2] - 142:1, 142:2

**delay** [1] - 107:12

**denied** [1] - 117:7

**Department** [4] - 1:20, 2:18, 152:13, 163:9

**DEPARTMENT** [1] - 2:8

**depend** [1] - 29:7

**deposed** [1] - 11:15

**deposition** [22] - 3:6, 3:7, 3:11, 4:13, 4:16, 4:17, 4:23, 5:22, 6:4, 6:10, 6:23, 10:15, 11:17, 11:19, 12:2, 18:4, 18:18, 18:23, 19:1, 19:8, 19:16, 161:24

**DEPOSITION** [1] - 1:17

**depressed** [1] - 94:12

**depression** [3] - 63:5, 63:8, 152:5

**describe** [21] - 10:1, 26:23, 32:12, 38:12, 38:18, 58:25, 59:3, 59:16, 59:20, 59:25, 64:5, 74:21, 75:9, 76:3, 76:17, 79:18, 80:6, 95:10, 152:15, 153:19, 155:23

**described** [3] - 94:19, 153:13, 156:5

**description** [1] - 151:2

**DESCRIPTION** [1] - 165:6

**desk** [4] - 106:18, 107:10, 108:5

**detail** [1] - 157:6

**detained** [3] - 47:17, 47:19, 48:18

**device** [1] - 73:1

**diagnose** [4] - 52:22, 53:24, 139:12, 139:25

**diagnosed** [2] - 52:16, 63:8

**diagnosis** [7] - 9:21, 54:2, 55:24, 58:2, 114:1, 114:3, 114:15

**diagonal** [2] - 87:21, 87:22

**did** [58] - 16:16, 16:19, 20:4, 24:1, 44:16, 48:21, 53:4, 53:24, 54:2, 54:5, 56:7, 61:20, 64:14, 66:8, 67:14, 74:15, 76:5, 80:3, 82:16, 82:24, 83:23, 84:1, 86:15, 93:23, 96:7, 96:11, 97:8, 100:2, 100:17, 101:14, 102:8, 102:25, 103:4, 106:25, 108:22, 112:1, 114:8, 115:22, 116:5, 122:16, 126:10, 127:13, 131:22, 132:6, 132:18, 135:23, 136:25, 139:5, 139:25, 141:5, 142:17, 143:25, 145:10, 145:23, 156:16, 156:22, 158:17, 162:4

**did he** [5] - 52:22, 53:1, 54:8, 111:13, 119:16

**did it** [7] - 84:24, 85:2, 97:14, 97:18, 106:22, 111:17, 112:19

**did she** [5] - 74:25, 129:10, 139:12, 139:14, 139:16

**did they** [20] - 58:5, 96:7, 97:12, 98:8, 98:16, 99:4, 100:20, 101:3, 102:9, 103:22, 106:3, 106:5, 106:13, 120:17, 121:24, 123:21, 125:17, 137:11, 141:11, 141:16

**did you** [188] - 7:24, 8:13, 9:14, 10:23, 13:13, 14:1, 18:3, 18:17, 18:22, 19:3, 19:6, 20:7, 26:6, 26:8, 26:10, 26:18, 26:20, 27:4, 27:10, 27:25, 28:4, 33:6, 33:19, 34:16, 35:14, 38:3, 38:23, 40:23, 41:1, 41:3, 41:20, 42:3, 42:7, 43:6, 47:5, 47:9, 47:25, 48:6, 49:17, 50:9, 50:11, 50:24, 53:14, 53:17, 56:2, 56:17, 56:19, 57:7, 57:17, 57:22, 58:2, 58:18, 64:24,

67:3, 69:9, 69:11, 69:14, 69:16, 69:19, 69:21, 71:1, 71:15, 71:19, 72:6, 72:21, 73:15, 73:22, 74:5, 74:10, 75:17, 75:21, 75:25, 77:8, 77:11, 77:14, 77:25, 78:3, 78:5, 78:7, 79:3, 79:6, 79:9, 79:12, 79:15, 80:24, 85:22, 87:20, 88:7, 88:18, 88:21, 90:8, 90:9, 90:16, 91:12, 94:15, 94:20, 95:25, 96:2, 96:14, 96:18, 96:22, 96:24, 97:6, 98:3, 102:7, 102:16, 102:19, 103:24, 104:12, 105:17, 106:7, 106:15, 107:2, 108:1, 108:24, 109:2, 109:15, 110:11, 110:17, 110:19, 111:15, 111:20, 113:11, 116:10, 116:12, 116:15, 116:18, 117:1, 117:8, 118:14, 118:25, 119:4, 119:6, 120:5, 120:14, 122:10, 122:22, 123:3, 123:16, 124:1, 124:3, 124:19, 125:10, 126:4, 126:7, 127:12, 127:18, 127:21, 127:25, 128:13, 129:1, 129:12, 129:13, 129:15, 129:22, 130:3, 130:5, 130:8, 130:12, 130:20, 130:23, 133:9, 133:15, 133:25, 134:8, 136:2, 136:5, 137:19, 138:2, 138:4, 138:12, 139:3, 140:6, 142:13, 143:16, 144:2, 147:19, 148:12, 148:14, 154:5, 159:4, 159:10, 159:12, 159:16, 159:25, 160:2, 160:8

**didn't** [27] - 28:1, 41:4, 56:21, 58:23, 74:14, 85:25, 86:3, 91:10, 96:13, 96:15, 97:5, 97:6, 97:9, 97:11, 103:23, 104:23, 113:16, 113:21, 125:13, 125:14, 125:24, 140:13, 154:9, 158:17, 158:18, 161:25

**different** [2] - 32:20, 131:6

**difficult** [5] - 60:8, 146:25, 147:5, 148:7, 149:5

**dinner** [3] - 9:14, 65:10, 67:4

**direct** [1] - 74:12

**directed** [1] - 144:5

**direction** [3] - 77:18,

83:21, 126:24

**directions** [1] - 80:12

**directly** [6] - 31:9, 31:15, 119:4, 128:18, 131:14, 131:19

**dirty** [1] - 29:10

**disability** [2] - 43:15, 43:18

**discharged** [1] - 112:16

**discuss** [3] - 93:23, 139:7, 154:5

**discussed** [17] - 17:3, 17:7, 17:10, 19:25, 36:24, 54:3, 54:14, 61:5, 61:7, 63:13, 93:21, 121:7, 153:22, 157:14, 157:22, 157:24, 162:13

**discussing** [1] - 117:16

**disk** [2] - 134:9, 142:21

**dismissal** [2] - 48:9, 132:12

**dismissed** [5] - 48:3, 48:4, 48:7, 48:13, 132:21

**distance** [1] - 81:25

**district** [2] - 34:7, 41:16

**DISTRICT** [2] - 1:1, 1:1

**divide** [1] - 125:2

**divided** [1] - 125:3

**dividing** [1] - 82:6

**dizziness** [4] - 10:3, 53:10, 94:23, 158:2

**do** [29] - 4:18, 4:19, 5:1, 5:5, 5:12, 5:13, 32:10, 41:7, 65:7, 66:13, 70:16, 73:16, 101:4, 107:11, 117:8, 122:10, 123:21, 128:16, 135:20, 144:20, 145:25, 146:1, 148:22, 148:25, 150:12, 153:2, 153:4, 153:19, 166:8

**do you** [300] - 4:20, 4:24, 5:2, 5:7, 5:10, 5:13, 5:18, 5:21, 5:24, 6:7, 6:11, 6:14, 6:19, 6:23, 7:3, 7:6, 7:18, 7:22, 8:2, 8:4, 8:15, 9:2, 9:6, 9:8, 9:16, 9:18, 10:8, 10:14, 11:22, 12:22, 12:24, 13:9, 13:21, 16:21, 16:23, 17:9, 18:9, 20:18, 20:22, 21:4, 21:8, 22:4, 22:6, 22:9, 22:12, 22:17, 23:2, 23:24, 24:11, 24:14, 24:17, 24:20, 24:22, 25:4, 25:12, 26:4, 28:14, 29:5, 29:22, 29:24, 30:10, 30:14, 30:18, 31:11, 31:13, 31:21, 33:17, 33:21, 33:23, 34:6, 34:18, 34:20, 35:3, 35:7, 35:9, 35:11, 37:7, 37:10, 37:13,

39:15, 40:8, 40:11, 42:5, 42:20, 42:23, 43:3, 43:20, 43:22, 43:24, 44:4, 44:14, 44:16, 46:3, 46:5, 46:22, 46:25, 48:2, 48:4, 48:11, 48:19, 49:13, 50:14, 50:18, 50:20, 51:13, 51:20, 51:22, 51:24, 52:6, 52:9, 52:14, 53:20, 53:22, 54:18, 55:18, 55:23, 56:23, 57:1, 57:25, 58:9, 58:12, 58:15, 59:22, 60:12, 60:23, 62:10, 62:20, 62:23, 63:5, 63:19, 63:21, 64:8, 64:12, 64:14, 64:16, 64:20, 65:18, 65:20, 65:23, 66:8, 66:14, 66:19, 66:25, 67:9, 67:13, 67:15, 67:21, 68:2, 68:7, 68:10, 69:1, 69:3, 70:10, 70:17, 71:5, 71:12, 72:1, 72:4, 76:23, 77:1, 78:9, 78:12, 78:14, 79:22, 79:25, 80:21, 81:10, 82:22, 83:1, 83:7, 83:13, 83:17, 83:19, 84:8, 84:10, 84:12, 84:15, 85:4, 85:10, 86:13, 86:18, 88:2, 88:5, 88:9, 88:15, 89:9, 93:4, 94:13, 94:17, 95:8, 95:14, 95:17, 95:23, 96:16, 97:4, 97:20, 97:25, 98:10, 98:13, 98:19, 99:2, 99:10, 99:24, 100:2, 100:4, 100:22, 101:6, 101:9, 101:12, 102:2, 102:5, 102:21, 103:12, 103:17, 104:10, 104:24, 105:1, 105:3, 105:14, 105:19, 105:22, 107:15, 108:7, 108:15, 109:9, 109:12, 109:17, 109:22, 110:7, 111:4, 111:10, 112:3, 112:7, 112:25, 113:6, 113:13, 113:22, 114:19, 115:1, 115:4, 115:20, 115:24, 116:8, 116:21, 118:17, 119:8, 119:12, 119:20, 120:12, 121:5, 122:8, 123:11, 123:23, 125:19, 126:17, 126:21, 127:2, 127:5, 127:23, 128:3, 128:7, 129:5, 131:9, 131:17, 132:14, 132:16, 132:23, 133:11, 134:16, 134:23, 135:14, 137:16, 137:25, 140:15, 141:18, 141:25, 142:11, 143:11, 148:8, 149:7, 149:12, 151:3, 155:14,

**doctor** [8] - 9:21, 9:22, 53:4, 55:16, 55:18, 123:16, 137:23, 159:7
**doctors** [3] - 113:7, 136:23, 159:10
**document** [1] - 68:7
**DOCUMENTS** [2] - 165:17, 165:18
**documents** [3] - 19:6, 20:18, 20:23
**DOE** [2] - 1:8, 2:11
**Doe** [2] - 1:9, 2:11
**does** [10] - 32:10, 40:18, 41:7, 42:16, 45:1, 45:4, 59:13, 60:18, 61:4, 61:13
**does it** [3] - 29:7, 60:10, 61:3
**does that** [3] - 60:4, 60:22, 60:24
**doesn't** [1] - 150:23
**doing** [5] - 42:14, 60:24, 87:16, 149:14, 150:19
**don't** [181] - 5:13, 8:16, 9:3, 9:20, 11:16, 11:23, 12:21, 12:23, 13:10, 14:14, 14:17, 16:20, 17:24, 22:11, 23:23, 23:25, 24:19, 30:19, 30:22, 31:4, 33:16, 34:19, 34:22, 35:6, 37:14, 39:17, 41:14, 41:21, 44:1, 44:13, 45:6, 45:8, 45:14, 45:17, 46:2, 46:6, 46:24, 47:8, 47:22, 47:24, 48:1, 48:5, 48:14, 49:14, 50:13, 50:19, 50:25, 53:6, 54:4, 55:6, 55:17, 55:19, 56:25, 57:13, 58:8, 58:11, 58:14, 59:3, 60:3, 62:2, 62:13, 63:12, 63:18, 64:9, 64:11, 65:19, 65:24, 66:24, 67:10, 67:12, 71:4, 71:7, 71:20, 75:7, 75:11, 78:19, 79:24, 80:2, 80:19, 81:22, 82:23, 82:25, 83:3, 83:8, 83:11, 83:22, 86:14, 86:19, 88:17, 89:10, 90:24, 91:13, 94:3, 96:3, 96:9, 96:10, 96:15, 96:17, 96:21, 98:18, 98:20, 99:9, 99:23, 100:3, 100:8, 100:21, 100:23, 101:8, 102:8, 102:10, 104:1, 105:16, 107:8, 107:25,

108:12, 108:23, 109:14, 109:16, 112:5, 112:8, 113:7, 113:8, 113:12, 114:2, 114:3, 114:9, 114:13, 114:15, 114:16, 115:18, 115:19, 115:21, 116:13, 116:22, 118:16, 118:18, 119:2, 119:13, 120:13, 123:22, 125:18, 126:18, 127:1, 127:9, 127:24, 128:15, 129:11, 130:7, 130:25, 135:10, 135:25, 136:16, 139:2, 139:11, 139:21, 140:2, 140:7, 141:14, 141:24, 143:1, 145:24, 152:3, 152:16, 152:17, 152:20, 152:25, 153:7, 153:19, 153:20, 157:7, 158:21, 159:9, 160:1, 160:5, 160:10, 161:2, 161:5, 161:18
**done** [3] - 32:18, 143:19, 144:19
**door** [2] - 158:8, 158:9
**doors** [2] - 84:8, 85:12
**dosage** [3] - 7:22, 8:15, 9:2
**double** [3] - 80:16, 80:20, 82:9
**down** [15] - 29:24, 42:4, 80:25, 84:20, 88:22, 89:22, 100:14, 101:3, 134:15, 134:18, 146:7, 146:8, 146:9, 146:18, 147:10
**downhill** [1] - 80:8
**Dr** [2] - 8:23, 9:22, 9:24, 10:2, 10:9, 52:20, 53:14, 53:23, 53:24, 54:2, 54:5, 54:16, 54:20, 55:3, 55:10, 136:14, 139:22, 139:25, 145:17, 145:18, 145:20, 145:23
**draw** [1] - 68:6
**dressed** [1] - 66:7
**drifting** [1] - 87:18
**drink** [4] - 51:20, 52:2, 52:6, 52:7
**drinks** [1] - 150:25
**drive** [1] - 82:24
**driver's** [8] - 24:22, 25:4, 25:7, 25:12, 25:16, 26:5, 26:6, 104:14
**driving** [5] - 80:11, 80:17, 83:12, 83:16, 83:19
**drowsiness** [1] - 57:11
**drug** [2] - 51:13, 51:16
**drugs** [4] - 11:12, 51:18, 61:24, 62:3

**due** [2] - 34:17, 48:25
**duly** [3] - 4:2, 164:3, 166:10
**during** [19] - 5:22, 6:4, 14:2, 17:12, 17:13, 21:11, 23:12, 34:1, 47:2, 49:21, 64:10, 71:24, 107:21, 112:25, 127:25, 132:18, 138:9, 139:7, 161:24
**duties** [2] - 29:9, 32:12
**Dynasty** [8] - 136:10, 143:2, 143:5, 143:7, 143:9, 143:13, 144:15, 145:19
**dynasty** [1] - 136:11

**E**

**E** [13] - 2:1, 3:1, 4:1, 9:1, 163:4, 164:1, 165:1, 165:11, 166:1
**e** [5] - 20:10, 20:11, 20:15, 151:11
**e-mail** [1] - 151:11
**e-mailed** [4] - 20:10, 20:11, 20:15
**earlier** [31] - 6:5, 10:17, 13:23, 19:16, 25:2, 30:1, 36:25, 40:13, 52:19, 53:7, 59:23, 60:15, 67:6, 70:13, 89:6, 92:2, 95:5, 102:11, 103:14, 103:20, 109:19, 119:18, 131:1, 132:3, 134:3, 134:21, 145:5, 148:4, 150:15, 152:6, 154:2
**early** [3] - 111:11, 148:20, 159:10
**earnings** [2] - 157:14, 157:15
**EASTERN** [1] - 1:1
**eat** [4] - 65:10, 65:18, 66:10, 66:15
**eaten** [1] - 9:12
**education** [2] - 26:21, 28:5
**educational** [2] - 27:14, 27:21
**effect** [2] - 3:9, 3:11
**effects** [1] - 57:10
**efficiency** [1] - 146:17
**efficient** [2] - 146:4, 146:15
**efforts** [1] - 98:14
**eight** [3] - 33:11, 42:25
**either** [7] - 16:14, 82:9, 96:11, 108:1, 133:20, 159:7, 160:22
**elbow** [9] - 90:20, 90:23, 90:24, 91:20, 93:14,

93:16, 110:20, 110:21, 110:22
**elbows** [2] - 90:23, 93:11
**electrifying** [1] - 158:10
**electronically** [1] - 135:15
**Elefterakis** [3] - 18:20, 18:25, 19:3
**ELEFTERAKIS** [2] - 2:3
**elena** [1] - 31:12
**Elena** [1] - 31:15
**Elena's** [1] - 31:13
**Elmhurst** [5] - 111:16, 111:17, 112:10, 114:21, 136:1
**else** [84] - 10:18, 11:25, 13:16, 15:14, 17:7, 17:13, 18:15, 18:18, 18:22, 19:12, 20:2, 23:11, 23:14, 24:9, 27:18, 27:21, 29:12, 35:20, 35:22, 35:24, 36:2, 36:4, 36:8, 36:10, 52:24, 54:24, 57:12, 59:2, 61:1, 63:23, 66:8, 69:12, 69:19, 79:9, 80:17, 84:25, 91:21, 106:5, 107:21, 107:24, 108:24, 110:11, 110:13, 110:15, 110:23, 111:24, 112:23, 113:15, 113:18, 115:7, 115:13, 115:15, 115:17, 116:15, 116:18, 117:12, 118:23, 121:3, 122:16, 122:19, 123:17, 124:17, 126:25, 129:5, 129:13, 129:20, 129:25, 134:10, 136:7, 136:9, 136:13, 136:15, 136:18, 138:20, 139:10, 139:20, 141:16, 145:23, 146:11, 147:1, 147:9, 147:17, 163:5, 163:8
**elsewhere** [1] - 55:21
**emergency** [3] - 79:3, 112:13, 112:14
**emotional** [3] - 152:11, 152:15, 153:17
**emotionally** [1] - 153:21
**employed** [7] - 28:10, 28:12, 29:1, 31:25, 32:2, 32:6, 35:17
**employer** [2] - 34:2, 34:4
**EMS** [3] - 110:2, 110:3, 112:1
**EMT** [2] - 110:3, 111:5
**end** [5] - 50:9, 121:14, 142:8, 153:7, 156:16
**ended** [2] - 104:20, 156:17
**energetic** [1] - 64:21
**energy** [1] - 87:18

**English** [1] - 6:21
**enjoy** [1] - 148:20
**Enrique** [1] - 1:21
**ENRIQUE** [2] - 166:7, 166:21
**enter** [2] - 127:12, 127:13
**entire** [4] - 23:8, 29:17, 112:21, 116:2
**entirely** [1] - 163:3
**epidural** [1] - 142:14
**epidurals** [2] - 142:17, 142:23
**episode** [1] - 158:22
**errors** [1] - 6:10
**escort** [1] - 106:25
**escorting** [1] - 116:14
**Esq** [1] - 2:17
**ESQ** [3] - 2:5, 2:7, 2:14
**essentially** [1] - 33:1
**even** [4] - 5:24, 60:7, 152:21, 156:1
**events** [5] - 19:7, 20:1, 20:11, 20:16, 32:24
**eventually** [14] - 47:23, 48:13, 49:3, 49:6, 50:2, 50:16, 109:6, 116:7, 117:20, 119:25, 120:3, 126:13, 132:6, 153:8
**ever** [96] - 11:15, 11:17, 12:3, 12:10, 12:13, 13:11, 13:13, 14:4, 14:7, 14:10, 14:12, 14:15, 14:18, 14:21, 14:23, 15:1, 15:4, 15:7, 15:10, 15:13, 15:16, 15:18, 16:25, 17:3, 17:6, 17:12, 21:1, 21:8, 23:14, 24:6, 24:9, 25:7, 25:10, 26:14, 26:16, 28:8, 28:10, 30:14, 31:18, 34:11, 35:17, 35:20, 39:21, 39:24, 43:10, 43:15, 43:18, 45:7, 45:9, 45:11, 45:13, 45:15, 45:18, 45:23, 46:7, 46:10, 46:13, 47:11, 47:25, 48:6, 49:23, 50:24, 51:6, 51:9, 51:11, 51:16, 51:18, 52:11, 52:16, 53:14, 56:2, 56:19, 58:18, 59:5, 60:10, 63:8, 63:11, 63:14, 92:3, 94:4, 94:7, 94:16, 102:7, 102:9, 113:25, 118:14, 119:22, 121:24, 127:18, 127:25, 130:8, 134:20, 135:20, 154:17, 154:20, 159:7
**every** [10] - 8:5, 8:6, 9:10, 41:8, 57:2, 137:21, 138:3, 147:11, 147:23, 149:18
**everyday** [1] - 148:11
**everything** [9] - 32:15,

36:12, 158:1
**everywhere** [1] - 150:21
**evicted** [1] - 24:6
**exactly** [4] - 9:20, 94:13, 94:24, 160:1
**Examination** [1] - 163:13
**EXAMINATION** [2] - 4:4, 165:13
**examination** [4] - 114:4, 123:21, 166:9, 166:11
**examined** [1] - 4:3
**except** [1] - 3:16
**exercises** [1] - 138:13
**exhibit** [1] - 59:17
**EXHIBIT** [2] - 165:5
**Exhibit A** [2] - 67:24, 68:2
**EXHIBITS** [1] - 165:3
**Exhibits** [1] - 165:9
**exist** [1] - 135:7
**existence** [1] - 84:21
**exit** [2] - 95:25, 96:2
**expedite** [1] - 39:24
**expediter** [2] - 37:6, 41:6, 41:7
**expelled** [1] - 26:16
**expenses** [3] - 43:20, 43:21, 140:12
**experience** [5] - 94:9, 94:21, 148:10, 152:21, 158:22
**experienced** [4] - 94:4, 94:7, 107:20, 154:17
**experiencing** [14] - 10:5, 58:21, 59:7, 91:18, 91:23, 92:5, 92:8, 92:11, 92:19, 93:11, 93:13, 93:23, 93:25, 95:1
**explain** [4] - 92:1, 94:24, 155:23, 157:8
**explode** [2] - 157:3, 157:4
**extent** [1] - 135:6
**extra** [1] - 69:17
**eyes** [5] - 52:23, 53:2, 53:5, 53:25, 134:11

## F

**F** [2] - 3:1, 166:1
**face** [8] - 86:23, 89:17, 89:20, 95:20, 100:14, 100:15, 102:12, 111:22
**Facebook** [5] - 160:18, 160:19, 160:22, 160:24, 161:1
**factual** [2] - 127:2, 127:5
**fair** [2] - 55:9, 145:9
**fall** [3] - 132:17, 153:20, 158:15

**falling** [1] - 89:18
**falls** [1] - 153:1
**familiar** [2] - 161:13, 161:16
**Family** [1] - 14:18
**family** [4] - 16:22, 128:13, 128:15
**far** [14] - 63:1, 70:4, 70:8, 76:23, 77:1, 81:21, 82:3, 82:13, 86:10, 86:15, 121:8, 131:9, 131:25, 157:19
**farsighted** [1] - 62:25
**fashion** [1] - 30:8
**fast** [7] - 61:2, 84:12, 86:19, 88:17, 89:5, 96:3, 97:8
**faster** [1] - 84:14
**father** [1] - 23:16
**February** [1] - 142:10
**Federal** [1] - 1:19
**fee** [4] - 17:16, 17:22, 18:1, 165:19
**feel** [27] - 10:14, 60:8, 88:18, 88:21, 92:17, 92:22, 94:17, 113:16, 125:13, 134:17, 141:21, 142:21, 145:10, 146:15, 147:7, 147:13, 147:15, 148:15, 152:3, 152:16, 152:24, 153:8, 153:10, 153:12, 153:18, 155:25, 158:6
**feeling** [14] - 59:18, 59:21, 64:20, 92:1, 93:9, 94:4, 94:12, 94:15, 94:19, 146:18, 153:24, 158:10, 158:14
**feelings** [7] - 153:14, 153:22, 154:5, 154:11, 154:14, 154:17, 154:21
**feels** [1] - 59:25
**feet** [8] - 29:16, 82:4, 82:12, 86:12, 86:13, 131:11, 132:2
**fell** [4] - 13:6, 89:17, 89:20, 96:20
**felt** [19] - 63:11, 86:6, 92:24, 92:25, 106:8, 110:8, 117:17, 117:23, 133:24, 134:4, 139:8, 139:19, 150:9, 158:6, 158:10, 158:13, 158:14, 158:19
**female** [14] - 30:25, 31:1, 105:10, 109:23, 111:6, 112:3, 119:10, 123:23, 123:24, 125:20, 153:10, 153:11, 155:11
**fender** [3] - 88:11, 88:13,

89:16
**Fett** [1] - 16:5
**fett** [5] - 16:8, 16:14, 16:17, 16:19, 17:1
**few** [8] - 16:3, 16:15, 25:23, 49:20, 50:1, 86:12, 132:2, 136:16
**fictitious** [2] - 1:9, 2:12
**file** [2] - 159:13, 159:16
**File** [1] - 2:14
**filed** [4] - 14:10, 14:12, 14:15, 159:23
**filing** [1] - 3:6
**Fin** [7] - 35:25, 36:1, 36:16, 39:25, 40:14, 41:15
**financial** [1] - 157:10
**find** [4] - 6:11, 16:21, 54:20, 74:22
**finding** [1] - 74:18
**fine** [1] - 21:20
**fingerprints** [1] - 121:2
**fingers** [1] - 146:19
**finish** [1] - 5:16
**firm** [1] - 146:12
**first** [33] - 4:2, 6:21, 10:2, 16:2, 16:7, 16:14, 25:25, 45:25, 46:16, 53:11, 54:16, 55:9, 55:15, 66:2, 72:9, 84:18, 85:5, 90:19, 97:11, 102:12, 117:9, 118:3, 122:21, 122:22, 124:15, 125:5, 125:7, 142:7, 143:9, 153:22, 160:24, 161:21, 164:3
**five** [23] - 19:5, 23:24, 33:11, 42:8, 42:22, 46:5, 50:14, 63:19, 63:25, 70:5, 70:6, 71:21, 71:23, 89:13, 102:15, 104:16, 106:23, 119:7, 125:23, 127:22, 132:4, 137:24, 139:4
**five-minute** [1] - 63:25
**flashing** [2] - 79:6, 83:13
**floor** [11] - 49:5, 90:8, 90:10, 90:25, 99:20, 100:11, 100:12, 100:15, 100:16, 100:17, 151:1
**flu** [1] - 63:22
**Flushing** [2] - 26:11, 26:13
**flying** [7] - 84:19, 86:22, 87:1, 87:4, 87:7, 87:20
**focus** [2] - 147:4, 147:6
**focused** [1] - 152:3
**focusing** [1] - 147:3
**following** [3] - 127:18, 128:4, 136:2
**follows** [1] - 4:3
**food** [14] - 29:10, 29:24,

32:14, 37:6, 40:17, 40:18, 40:19, 41:8, 41:24, 42:2, 43:21, 43:25, 45:9
**foot** [4] - 134:15, 134:19, 146:6, 146:9
**football** [1] - 13:8
**for** [140] - 2:3, 2:9, 3:5, 3:13, 4:6, 4:13, 4:14, 4:15, 4:17, 5:16, 8:14, 9:17, 9:18, 10:24, 11:1, 11:2, 14:10, 16:25, 17:25, 18:3, 18:13, 19:4, 19:7, 21:16, 21:17, 25:18, 26:23, 37:8, 37:11, 38:8, 38:13, 38:15, 39:2, 39:19, 39:25, 41:1, 42:7, 43:18, 47:19, 48:18, 49:7, 49:8, 49:9, 49:19, 49:25, 51:16, 52:11, 53:5, 53:8, 53:15, 53:17, 54:10, 56:13, 56:15, 56:16, 58:13, 61:20, 62:4, 66:21, 66:23, 67:3, 67:24, 71:8, 71:12, 73:9, 73:20, 74:1, 74:8, 76:4, 90:10, 90:24, 94:15, 102:14, 102:20, 103:14, 103:17, 104:16, 106:1, 107:10, 107:14, 108:9, 108:21, 109:17, 111:22, 112:14, 112:19, 114:6, 114:10, 114:15, 117:5, 119:6, 121:12, 123:5, 123:7, 123:19, 124:15, 125:22, 126:5, 126:10, 127:2, 127:5, 135:3, 135:20, 136:2, 136:16, 136:20, 137:12, 138:3, 138:4, 138:7, 139:5, 140:16, 140:20, 141:11, 141:16, 141:21, 142:14, 143:8, 143:19, 144:10, 146:21, 148:7, 148:17, 149:5, 149:14, 150:5, 150:6, 150:12, 150:19, 151:14, 153:11, 154:8, 155:5, 155:7, 159:18, 160:9, 162:17, 166:7
**force** [1] - 3:11
**Ford** [1] - 84:11
**foregoing** [1] - 164:6
**forgot** [2] - 159:19, 160:16
**forgotten** [1] - 162:6
**form** [1] - 3:16
**formal** [2] - 27:20, 28:5
**forms** [1] - 4:15
**Forrest** [17] - 32:3, 34:10, 34:14, 34:16, 34:18, 34:20, 34:25, 35:4, 35:13, 35:16, 35:20,

37:16, 37:18, 38:16, 39:7, 40:24, 41:18
**forrest** [3] - 34:9, 38:6, 38:19
**forth** [1] - 166:10
**forward** [9] - 10:14, 86:23, 87:1, 87:19, 89:17, 89:20, 95:20, 100:14
**found** [1] - 49:2
**four** [4] - 21:18, 33:8, 82:4, 84:9
**frames** [1] - 36:3
**Frames** [10] - 36:18, 39:25, 40:21, 40:23, 41:1, 41:3, 41:5, 41:10, 41:17, 41:20
**Friday** [1] - 151:5
**friend** [4] - 16:22, 54:21, 137:5, 144:8
**friends** [2] - 128:13, 152:17
**from** [82] - 12:2, 16:3, 18:17, 18:21, 20:12, 20:14, 24:6, 24:8, 26:14, 26:16, 27:13, 27:17, 27:24, 28:4, 35:16, 35:19, 35:24, 36:1, 36:4, 36:8, 36:10, 48:25, 53:2, 53:9, 56:1, 58:15, 59:3, 60:24, 62:5, 63:13, 64:5, 66:7, 69:11, 70:4, 73:22, 74:5, 74:10, 82:3, 85:17, 86:10, 88:22, 91:20, 92:10, 94:19, 95:3, 95:19, 95:23, 99:25, 101:6, 114:19, 115:2, 116:14, 117:20, 118:22, 119:3, 123:6, 124:3, 124:11, 124:18, 128:10, 131:9, 131:15, 131:25, 133:20, 134:13, 134:17, 134:21, 136:1, 136:5, 144:15, 149:7, 150:21, 151:11, 155:20, 156:4, 158:1, 158:2, 158:8, 158:18, 158:19, 160:8
**front** [4] - 77:15, 85:19, 88:11, 89:16
**froze** [1] - 158:11
**frustrate** [1] - 157:3
**frustrating** [1] - 156:3
**frustrations** [1] - 157:8
**full** [5] - 5:18, 38:21, 76:19, 151:5
**full-time** [1] - 38:21
**fully** [2] - 32:13, 153:8
**FURTHER** [2] - 3:15, 164:6
**further** [2] - 163:11, 166:13

## G

**G** [1] - 4:1
**Gabriel** [1] - 16:5
**gas** [1] - 43:21
**gave** [11] - 8:22, 19:17, 25:2, 58:10, 59:23, 114:15, 123:10, 123:11, 124:6, 144:22, 164:4
**generally** [4] - 64:22, 82:19, 133:24, 141:22
**george** [1] - 54:23
**get** [27] - 26:2, 27:23, 39:6, 60:10, 72:5, 72:7, 73:24, 74:12, 75:17, 75:19, 75:21, 75:25, 76:5, 97:17, 103:11, 106:22, 108:5, 111:17, 112:9, 118:10, 120:7, 121:17, 129:22, 147:7, 152:18, 152:23, 158:16
**getting** [16] - 28:4, 65:16, 66:7, 86:11, 91:12, 91:15, 98:25, 107:2, 109:19, 125:3, 126:3, 129:7, 129:15, 130:14, 144:4, 158:11
**give** [20] - 4:17, 4:18, 6:5, 6:6, 13:13, 20:4, 21:21, 25:15, 25:20, 53:1, 53:4, 54:2, 60:6, 74:15, 74:25, 120:17, 121:14, 125:17, 146:14, 155:12
**given** [8] - 39:10, 49:7, 58:16, 114:1, 114:5, 120:9, 164:7, 166:11
**giving** [1] - 38:19
**glasses** [1] - 62:10
**glute** [1] - 147:11
**go** [40] - 8:5, 47:25, 49:17, 50:23, 56:19, 65:6, 65:18, 66:5, 66:15, 69:15, 70:14, 70:18, 73:15, 73:22, 74:5, 74:10, 87:20, 101:3, 106:6, 111:15, 120:5, 129:13, 129:22, 130:3, 130:5, 130:13, 132:4, 138:4, 141:21, 142:13, 143:9, 144:2, 144:5, 147:4, 147:22, 149:21, 151:13, 151:17, 151:25, 152:8
**goals** [3] - 149:23, 150:1, 150:7
**goes** [3] - 6:1, 158:6, 162:16
**going** [39] - 4:16, 10:14, 21:17, 27:17, 65:7, 65:13, 65:15, 65:18, 66:11, 67:6, 70:22, 76:9, 77:23, 77:25,

80:11, 83:9, 83:17, 84:12, 87:4, 91:11, 104:2, 107:12, 113:21, 126:24, 135:3, 136:1, 137:6, 139:18, 140:3, 140:6, 142:7, 142:9, 144:11, 150:20, 151:2, 152:24, 153:7, 158:9, 158:18
**gold** [1] - 107:19
**golzad** [2] - 8:23, 9:22
**Golzad** [6] - 9:24, 10:2, 10:9, 52:20, 53:14, 55:10
**Golzad's** [2] - 136:14, 144:14
**good** [3] - 4:10, 4:11, 113:16
**got** [39] - 25:23, 27:22, 70:10, 71:5, 71:10, 75:7, 75:10, 75:14, 75:18, 75:20, 77:4, 78:20, 78:23, 80:24, 84:5, 84:19, 91:9, 91:14, 91:16, 96:3, 100:7, 107:9, 110:10, 114:13, 117:22, 120:23, 120:25, 121:16, 121:21, 122:13, 122:20, 124:14, 124:21, 130:2, 151:11, 153:25, 154:13, 158:7
**gotten** [3] - 152:5, 154:14, 154:16
**grab** [3] - 60:7, 98:8, 152:3
**grabbed** [1] - 98:11
**graduate** [1] - 26:18
**graduated** [1] - 27:24
**graduating** [1] - 27:15
**grip** [3] - 60:2, 60:7, 146:23
**ground** [3] - 102:12, 103:24, 104:16
**group** [1] - 119:19
**guess** [10] - 5:13, 87:17, 90:3, 97:22, 117:16, 117:20, 117:22, 140:11, 155:7, 161:23
**guilty** [1] - 118:3
**Guy** [1] - 159:8
**guys** [2] - 65:13, 109:17

# H

**H** [2] - 4:1, 165:1
**ha** [1] - 4:18
**had** [42] - 28:3, 50:23, 53:5, 67:3, 69:23, 71:8, 74:22, 84:8, 90:4, 91:22, 94:2, 94:4, 100:9, 110:8, 113:19, 117:4, 117:14, 117:15, 117:22, 118:5, 119:17, 123:6, 124:3,

125:5, 127:10, 129:3, 132:3, 140:9, 145:1, 151:17, 154:17, 154:23, 154:24, 155:3, 155:11, 156:4, 157:16, 158:7, 158:14, 158:20
**half** [6] - 44:18, 126:6, 138:8, 138:9, 139:6, 147:12
**hand** [11] - 49:6, 58:8, 68:23, 89:19, 114:7, 114:10, 114:12, 138:21, 166:17
**handcuff** [4] - 96:7, 96:8, 97:14, 98:14
**handcuffed** [9] - 96:6, 96:10, 98:5, 98:25, 99:5, 100:7, 100:13, 104:21, 117:14
**handcuffing** [2] - 98:16, 99:15
**handcuffs** [7] - 49:4, 49:5, 97:18, 97:21, 99:19, 100:10, 111:2
**handed** [3] - 22:15, 22:16
**handle** [1] - 60:7
**handlebars** [1] - 146:12
**hands** [21] - 87:11, 89:19, 90:20, 90:21, 91:5, 91:20, 98:1, 98:3, 98:5, 98:8, 98:11, 100:15, 101:2, 115:8, 115:9, 134:12, 138:19, 146:14, 146:18, 146:19, 158:3
**handwritten** [2] - 20:18, 20:22
**hank** [1] - 138:1, 139:22, 142:16
**happen** [4] - 13:7, 84:1, 122:16, 132:18
**happened** [45] - 38:25, 48:2, 48:24, 50:4, 86:20, 87:24, 88:17, 89:5, 89:15, 91:7, 91:14, 96:3, 96:5, 97:8, 99:18, 100:4, 100:9, 103:25, 104:19, 105:14, 105:16, 105:23, 106:17, 107:9, 108:4, 110:5, 110:8, 110:9, 110:25, 112:12, 117:22, 118:5, 119:17, 120:23, 121:14, 121:19, 122:19, 124:8, 124:13, 125:1, 126:2, 126:19, 129:1, 129:25, 159:1
**happy** [1] - 64:21
**hard** [1] - 60:7
**harder** [2] - 146:22, 152:10

**Harvis** [4] - 16:5, 16:16, 16:19, 17:1
**harvis** [2] - 16:7, 16:14
**has** [22] - 10:12, 16:25, 20:10, 20:15, 23:8, 23:11, 23:14, 24:3, 24:8, 25:7, 25:10, 31:2, 68:1, 144:7, 145:22, 147:14, 151:24, 152:5, 152:9, 157:19, 163:5, 163:8
**hat** [1] - 69:8
**have** [109] - 5:21, 7:3, 7:6, 9:14, 11:7, 13:13, 17:3, 20:18, 20:22, 21:4, 21:10, 22:17, 24:22, 25:12, 29:22, 29:24, 30:18, 31:21, 32:14, 33:19, 35:19, 43:20, 45:1, 45:4, 48:6, 50:11, 50:24, 51:13, 51:22, 52:14, 56:21, 58:23, 60:3, 60:12, 61:6, 63:5, 64:24, 65:8, 65:9, 67:3, 69:9, 69:11, 69:14, 69:16, 69:19, 71:1, 72:21, 80:2, 91:12, 94:15, 96:18, 96:22, 96:24, 97:7, 97:8, 102:10, 104:12, 105:17, 106:6, 106:15, 107:2, 109:13, 114:2, 115:16, 117:1, 118:6, 123:3, 123:18, 125:18, 126:20, 127:18, 127:21, 127:25, 128:13, 129:4, 129:15, 134:24, 135:1, 135:17, 135:21, 140:2, 140:7, 140:13, 141:20, 143:1, 144:17, 144:24, 145:5, 145:7, 147:10, 147:12, 149:7, 150:1, 150:7, 150:12, 150:19, 150:23, 151:4, 152:17, 152:19, 153:19, 154:14, 156:8, 157:22, 157:24, 160:19, 162:13, 163:11, 166:17
**have you** [93] - 7:9, 7:12, 9:12, 11:9, 11:12, 11:15, 11:17, 11:19, 12:3, 12:6, 12:10, 12:13, 12:16, 14:4, 14:7, 14:10, 14:12, 14:15, 14:18, 14:21, 14:23, 15:1, 15:4, 15:7, 15:10, 15:13, 15:16, 15:18, 17:6, 19:25, 20:10, 20:14, 21:1, 22:25, 24:6, 27:14, 27:18, 27:20, 28:8, 28:10, 29:1, 31:15, 31:18, 35:17, 35:20, 35:22, 43:10, 43:15, 43:18, 44:7, 44:23, 45:7, 45:9, 45:11, 45:13, 45:15,

45:18, 45:20, 45:23, 46:7, 46:10, 46:13, 47:11, 51:6, 51:9, 51:11, 51:16, 51:18, 52:11, 52:16, 61:5, 61:12, 61:19, 62:12, 63:8, 63:11, 63:14, 94:7, 119:22, 133:6, 133:20, 135:12, 143:13, 144:19, 145:13, 149:14, 154:20, 156:4, 156:10, 157:10, 157:16, 159:7, 160:21
**haven't** [6] - 9:13, 144:11, 150:9, 161:2, 162:10
**having** [9] - 4:1, 78:14, 94:20, 146:5, 146:8, 146:16, 146:23, 164:3
**he** [29] - 24:3, 49:2, 49:3, 49:4, 49:10, 55:14, 66:22, 78:3, 82:19, 106:10, 107:16, 107:17, 107:19, 116:11, 116:22, 117:4, 117:5, 117:10, 117:20, 117:22, 117:23, 117:25, 118:2, 118:4, 118:18, 140:2
**he's** [2] - 66:21, 73:11
**head** [4] - 4:19, 9:17, 9:18, 10:3, 89:18, 90:5, 90:8, 90:9, 93:24, 94:1, 94:21, 94:24, 95:3, 114:6, 134:11, 147:2, 158:2
**headaches** [3] - 10:3, 53:10, 158:2
**headphone** [1] - 73:5
**headphones** [4] - 72:22, 72:24, 96:18, 104:7
**healed** [1] - 145:5
**health** [3] - 52:14, 63:6, 157:16
**hear** [6] - 5:2, 17:19, 79:3, 83:9, 86:3, 97:5
**heard** [1] - 5:10
**hearing** [8] - 15:18, 22:17, 78:12, 83:17, 96:22, 96:24, 97:7, 97:8
**heat** [1] - 143:20
**heavy** [1] - 146:22
**Heins** [2] - 4:7, 21:2
**HEINS** [4] - 1:2, 1:17, 2:4, 164:12
**held** [1] - 1:19
**helmet** [2] - 72:16, 72:18
**help** [9] - 102:20, 103:8, 103:10, 104:23, 141:5, 143:25, 149:2, 149:6, 158:16
**helps** [1] - 144:25
**her** [21] - 23:4, 23:6, 65:5, 66:15, 68:21, 124:3,

129:3, 129:4, 139:2, 139:3, 149:3, 149:5, 149:6, 155:12, 155:14, 155:22, 155:24, 156:1, 156:20, 157:9, 158:20
**here** [7] - 22:4, 59:13, 59:24, 94:17, 113:22, 145:9, 150:21
**hereby** [2] - 164:3, 166:8
**HEREBY** [1] - 3:4
**herein** [1] - 3:5
**hereinbefore** [2] - 164:8, 166:10
**hereunto** [1] - 166:17
**hers** [1] - 144:8
**high** [10] - 26:8, 26:10, 26:18, 26:20, 27:15, 94:2, 94:20, 107:16, 107:17, 160:25
**High** [1] - 26:11
**high-ranked** [1] - 107:16
**high-ranking** [1] - 107:17
**him** [14] - 55:5, 97:22, 109:15, 116:10, 117:5, 117:7, 117:12, 117:23, 117:24, 117:25, 118:5, 133:13, 133:15
**his** [11] - 23:17, 23:19, 30:19, 49:1, 49:14, 55:1, 66:21, 73:11, 107:19, 154:25, 161:19
**Hispanic** [1] - 125:20
**history** [3] - 51:13, 51:22, 63:5
**hit** [14] - 84:22, 84:24, 85:1, 85:5, 86:11, 86:18, 87:25, 90:5, 90:8, 90:9, 90:25, 91:3, 91:7
**hitting** [3] - 85:22, 86:23, 89:17
**hobbies** [1] - 149:7
**hobby** [1] - 149:9
**hold** [10] - 58:24, 87:10, 89:19, 146:12, 146:17, 146:20, 146:23, 153:11, 154:10
**home** [14] - 64:18, 66:10, 128:17, 128:18, 128:21, 129:8, 129:12, 130:4, 130:6, 144:18, 144:19, 144:25, 148:23, 149:5
**honestly** [1] - 117:5
**hood** [5] - 73:6, 86:22, 88:11, 88:13, 89:16
**hors** [2] - 29:11, 146:21
**Hospital** [6] - 58:3, 111:16, 111:18, 112:10, 114:21, 136:1
**hospital** [16] - 57:24,

57:25, 113:25, 115:25, 116:16, 119:25, 120:3, 120:5, 120:9, 120:15, 121:9, 121:24, 122:4, 123:6, 124:4, 134:21
**hospitalized** [3] - 63:14, 63:17, 63:21
**Hot** [1] - 143:21
**hour** [15] - 18:12, 30:10, 108:10, 108:22, 112:15, 112:20, 113:3, 121:13, 121:14, 124:16, 138:8, 138:9, 139:6, 141:19, 147:12
**hourly** [2] - 30:8, 30:9
**hours** [22] - 7:10, 7:13, 11:7, 11:10, 11:13, 29:5, 30:2, 30:4, 33:9, 33:11, 33:13, 37:25, 38:2, 41:20, 42:23, 42:25, 43:1, 49:20, 50:1, 112:15, 116:1
**house** [14] - 22:24, 64:17, 65:20, 66:2, 66:9, 66:21, 67:1, 69:4, 70:2, 70:4, 71:16, 72:6, 72:15, 73:15
**household** [1] - 66:23
**how** [109] - 16:13, 16:21, 18:11, 19:3, 20:5, 22:2, 22:4, 22:25, 24:17, 27:10, 29:1, 30:2, 30:10, 32:6, 32:22, 33:25, 35:3, 37:8, 37:10, 40:3, 41:1, 42:7, 43:3, 43:22, 43:24, 44:4, 47:19, 49:19, 49:25, 52:6, 53:4, 56:13, 58:12, 59:3, 59:6, 59:25, 60:4, 60:20, 62:12, 64:20, 65:16, 66:19, 70:4, 70:8, 70:10, 71:12, 73:20, 74:1, 74:7, 74:18, 76:23, 77:1, 81:6, 81:21, 82:2, 82:5, 84:12, 86:10, 87:16, 89:4, 92:4, 92:14, 93:3, 93:18, 94:3, 94:15, 97:14, 97:20, 100:12, 102:14, 103:7, 106:22, 107:5, 108:9, 109:17, 110:8, 111:17, 112:14, 112:19, 115:22, 115:24, 119:6, 119:12, 121:12, 123:19, 124:15, 125:22, 126:4, 129:18, 131:9, 131:25, 138:6, 139:5, 139:8, 140:16, 141:7, 142:19, 148:14, 149:14, 151:10, 152:22, 152:24, 153:7, 153:19, 155:4, 156:25, 160:8, 160:10
**how did** [12] - 13:5, 13:7,

54:20, 73:24, 74:3, 90:2, 101:1, 120:7, 121:17, 135:8, 144:10, 155:20
**how do** [4] - 59:20, 103:10, 107:17, 163:1
**how is** [1] - 152:2
**how many** [33] - 10:8, 11:19, 12:16, 17:9, 18:7, 29:5, 33:6, 33:9, 37:22, 37:25, 41:20, 42:20, 42:23, 44:16, 45:20, 50:11, 63:17, 63:18, 77:25, 84:8, 89:9, 99:7, 102:2, 127:21, 137:16, 137:19, 139:3, 142:11, 143:13, 151:3, 156:8, 156:13
**how often** [11] - 8:4, 9:8, 30:16, 33:17, 52:2, 57:1, 71:19, 138:2, 138:4, 147:22, 149:16
**however** [1] - 6:18
**Human** [2] - 14:13, 14:16
**Hunter** [5] - 27:22, 27:23, 27:25, 28:4, 149:25
**hurt** [7] - 49:5, 57:14, 59:13, 60:18, 61:3, 92:23, 92:25
**hurting** [3] - 60:2, 110:14, 113:16

## I

**i** [14] - 17:19, 41:14, 58:23, 82:23, 88:14, 100:9, 106:6, 108:12, 128:4, 151:17, 152:20, 158:17, 158:19, 162:6
**I** [551] - 3:1, 4:1, 4:12, 4:17, 5:1, 5:2, 5:5, 5:6, 6:6, 6:13, 6:18, 7:8, 7:14, 8:16, 9:3, 9:13, 9:20, 9:23, 10:7, 10:13, 11:2, 11:16, 11:23, 12:21, 12:23, 13:1, 13:10, 13:14, 14:14, 14:17, 16:9, 16:15, 16:20, 17:24, 22:11, 22:18, 23:23, 23:25, 24:19, 26:5, 26:15, 27:22, 27:24, 28:1, 28:3, 28:7, 30:19, 31:4, 31:8, 32:14, 33:2, 33:16, 34:1, 34:19, 34:22, 35:6, 37:7, 37:14, 38:24, 39:4, 39:6, 39:17, 41:14, 41:21, 44:1, 44:13, 44:20, 45:6, 45:8, 45:14, 45:17, 46:2, 46:6, 46:24, 47:8, 47:20, 47:22, 47:24, 48:1, 48:5, 48:7, 48:10, 48:14, 48:18, 48:25, 49:1,

49:6, 49:7, 49:9, 49:14, 50:5, 50:13, 50:19, 50:25, 52:25, 53:6, 53:7, 53:13, 54:4, 55:6, 55:17, 55:19, 56:7, 56:18, 56:21, 56:25, 57:13, 58:6, 58:8, 58:11, 58:14, 59:3, 59:10, 59:11, 60:1, 60:2, 60:3, 60:6, 60:8, 61:2, 62:2, 62:13, 63:12, 63:18, 63:24, 64:3, 64:9, 64:11, 64:23, 65:10, 65:19, 65:24, 66:24, 67:10, 67:12, 67:14, 68:1, 68:6, 69:20, 69:25, 71:4, 71:7, 71:20, 72:8, 73:13, 73:17, 74:11, 74:14, 74:22, 75:7, 75:10, 75:18, 75:20, 76:4, 76:5, 76:22, 78:19, 79:24, 80:2, 80:19, 81:1, 81:13, 81:22, 81:25, 82:11, 82:15, 82:25, 83:3, 83:8, 83:11, 83:22, 84:5, 84:19, 85:6, 85:9, 86:14, 86:17, 86:19, 86:22, 87:17, 87:21, 88:17, 89:10, 89:17, 90:3, 90:4, 90:20, 90:24, 91:9, 91:10, 91:13, 91:15, 91:20, 91:22, 92:10, 92:17, 92:25, 94:3, 94:23, 95:16, 96:3, 96:4, 96:9, 96:13, 96:15, 96:17, 96:20, 97:5, 97:8, 97:9, 97:11, 98:18, 98:20, 99:9, 99:20, 99:23, 100:3, 100:8, 100:11, 100:21, 100:23, 101:8, 102:8, 102:10, 102:20, 103:9, 104:1, 104:7, 104:22, 105:16, 106:8, 106:18, 107:6, 107:8, 107:10, 107:11, 107:13, 107:25, 108:23, 109:5, 109:13, 109:14, 109:16, 110:8, 110:10, 110:12, 110:16, 110:24, 111:2, 111:25, 112:2, 112:5, 112:8, 112:13, 112:15, 113:7, 113:12, 113:14, 113:16, 113:19, 113:20, 113:21, 114:2, 114:3, 114:9, 114:11, 114:13, 114:15, 114:16, 114:18, 115:16, 115:18, 115:21, 116:13, 116:19, 116:22, 117:4, 117:6, 117:11, 117:12, 117:13, 117:14, 117:17, 117:20, 117:22, 117:25, 118:2, 118:3, 118:5, 118:6, 118:10, 118:16, 118:18,

119:2, 119:9, 119:13, 119:18, 120:13, 120:25, 121:4, 122:20, 123:18, 123:22, 124:10, 124:14, 125:2, 125:3, 125:13, 125:18, 126:18, 126:20, 126:23, 127:1, 127:9, 127:13, 127:24, 128:9, 128:15, 128:17, 129:4, 129:11, 129:14, 130:7, 130:9, 130:11, 130:25, 131:1, 132:17, 134:17, 134:22, 134:24, 135:10, 135:25, 136:16, 137:21, 138:3, 139:2, 139:8, 139:11, 139:19, 139:21, 140:2, 140:7, 140:11, 140:13, 141:14, 141:20, 141:24, 142:10, 143:1, 144:3, 144:11, 144:15, 144:23, 144:24, 145:21, 145:24, 146:4, 146:6, 146:7, 146:12, 146:13, 146:14, 146:15, 146:17, 147:3, 147:4, 147:6, 147:7, 147:10, 147:12, 147:13, 147:23, 148:5, 148:6, 148:9, 148:10, 148:20, 148:21, 149:5, 150:4, 150:9, 150:22, 151:11, 151:12, 151:13, 151:14, 151:15, 151:16, 151:17, 151:22, 152:3, 152:16, 152:17, 152:18, 152:19, 152:25, 153:2, 153:3, 153:4, 153:7, 153:9, 153:10, 153:19, 153:20, 153:24, 154:1, 154:9, 154:10, 154:11, 154:12, 155:3, 155:7, 155:9, 155:11, 155:22, 155:24, 155:25, 157:3, 157:5, 157:7, 157:8, 157:12, 158:1, 158:5, 158:6, 158:7, 158:8, 158:9, 158:11, 158:12, 158:13, 158:14, 158:15, 158:16, 158:18, 158:19, 158:21, 158:23, 159:9, 159:15, 159:19, 160:1, 160:5, 160:10, 160:16, 161:23, 162:3, 162:10, 163:3, 163:11, 164:1, 164:3, 164:4, 164:6, 165:1, 165:11, 166:1, 166:7, 166:13, 166:15, 166:17

**I'd** [1] - 74:9
**I'll** [3] - 5:9, 17:9, 89:21

**i'll** [1] - 131:6
**I'm** [23] - 4:16, 7:17, 21:16, 29:4, 31:7, 39:7, 69:17, 90:12, 96:1, 96:23, 102:9, 134:4, 146:7, 151:1, 152:25, 153:7, 153:9, 153:20, 154:24, 157:1, 158:25, 161:22, 163:7
**i'm** [2] - 153:6, 163:3
**I've** [1] - 152:17
**IAB** [2] - 118:23, 119:3
**ice** [1] - 146:24
**Icy** [1] - 143:20
**ID** [7] - 25:16, 104:7, 104:8, 104:10, 104:12, 104:13, 152:23
**ID'd** [1] - 49:2
**identification** [1] - 67:24
**identified** [1] - 18:21
**if** [69] - 3:9, 3:11, 5:1, 5:5, 5:12, 6:1, 6:4, 6:13, 6:17, 7:17, 23:2, 25:17, 31:7, 39:7, 46:22, 54:8, 55:7, 57:13, 58:2, 58:8, 58:15, 68:17, 68:23, 71:4, 75:7, 75:11, 78:3, 79:9, 79:22, 79:25, 80:20, 90:2, 90:24, 94:2, 96:3, 96:14, 97:25, 99:24, 100:6, 102:8, 103:22, 103:24, 105:14, 106:7, 106:9, 107:11, 112:3, 114:5, 114:15, 118:3, 118:18, 121:19, 123:3, 123:9, 127:9, 128:15, 129:25, 130:2, 134:5, 135:10, 137:11, 150:19, 152:18, 153:10, 153:19, 154:24, 157:6, 160:11, 162:16
**illegal** [1] - 51:18
**immediately** [14] - 77:6, 85:22, 86:11, 86:20, 91:7, 94:22, 97:17, 97:19, 110:5, 131:2, 131:3, 133:24, 134:4, 136:1
**impacted** [1] - 151:25
**impairs** [1] - 7:7
**important** [1] - 162:11
**improved** [2] - 145:7, 154:15
**improving** [1] - 141:23
**IN** [1] - 166:17
**in** [229] - 1:8, 2:11, 4:13, 5:24, 6:1, 6:11, 7:9, 7:12, 9:7, 10:3, 11:7, 12:4, 12:11, 13:15, 14:4, 14:7, 14:23, 15:16, 15:20, 16:4, 17:4, 17:7, 17:16, 17:22, 18:4, 23:9, 23:11, 24:1,

25:18, 26:13, 26:24, 28:8, 28:22, 28:24, 30:8, 32:25, 34:5, 34:6, 37:7, 38:13, 39:3, 39:19, 40:21, 42:6, 43:21, 44:7, 44:24, 45:2, 45:5, 45:18, 45:20, 45:25, 47:1, 47:17, 48:2, 48:8, 48:22, 49:4, 49:21, 51:6, 55:10, 55:23, 56:1, 56:2, 56:10, 57:14, 58:23, 59:5, 60:4, 60:10, 60:16, 60:22, 62:7, 62:14, 62:18, 63:2, 64:22, 65:7, 66:4, 66:19, 68:14, 68:17, 69:15, 69:19, 69:23, 69:25, 71:21, 72:5, 72:18, 72:22, 75:2, 75:5, 76:1, 76:8, 77:8, 77:17, 77:15, 77:18, 78:18, 78:20, 78:23, 79:1, 81:16, 82:18, 83:2, 83:12, 83:20, 85:25, 87:17, 88:19, 89:1, 89:2, 90:11, 91:9, 91:10, 91:16, 91:22, 91:23, 92:3, 92:5, 92:9, 92:12, 92:20, 93:1, 93:4, 93:11, 93:13, 93:25, 94:21, 96:18, 97:17, 97:21, 99:2, 99:13, 99:18, 99:22, 100:9, 101:14, 104:8, 104:9, 104:10, 104:21, 105:12, 105:19, 106:8, 106:11, 108:6, 108:7, 108:9, 108:17, 109:3, 109:20, 109:24, 110:1, 110:12, 110:17, 110:19, 111:2, 111:13, 111:20, 111:23, 112:14, 113:14, 113:20, 113:21, 115:3, 115:4, 116:7, 118:2, 119:9, 119:14, 119:16, 122:4, 123:25, 124:1, 124:15, 124:17, 124:18, 124:24, 125:24, 130:13, 130:23, 132:11, 133:1, 133:17, 134:9, 134:12, 135:14, 135:18, 136:8, 140:3, 140:6, 140:24, 141:21, 142:4, 143:6, 143:11, 146:13, 147:6, 147:15, 147:25, 148:18, 148:24, 150:1, 150:13, 150:21, 151:20, 152:7, 154:3, 154:5, 155:2, 155:4, 156:1, 156:5, 156:10, 156:14, 157:17, 158:6, 158:12, 158:14, 158:24, 159:2, 159:10, 161:2, 166:15
**inaccurate** [1] - 6:5
**incapable** [1] - 151:21

**incident** [35] - 4:15, 16:11, 20:19, 20:23, 61:9, 61:13, 61:21, 62:7, 62:18, 89:7, 133:24, 134:1, 134:4, 134:6, 135:21, 136:2, 140:15, 145:2, 146:1, 148:12, 148:14, 150:8, 151:7, 152:7, 155:7, 155:18, 155:20, 156:22, 157:11, 157:23, 157:25, 159:14, 160:12, 160:21, 162:9
**incidents** [1] - 63:13
**income** [2] - 31:22, 35:14
**incomplete** [1] - 6:5
**incurred** [1] - 162:18
**indicate** [2] - 124:1, 150:15
**indicated** [39] - 8:8, 8:17, 10:17, 30:1, 40:13, 40:20, 41:22, 51:1, 55:3, 56:5, 57:14, 60:15, 76:14, 87:6, 87:24, 89:22, 90:5, 91:1, 92:11, 92:19, 93:10, 98:21, 101:22, 102:11, 103:14, 105:25, 119:19, 132:3, 132:25, 138:22, 139:22, 147:19, 148:3, 151:7, 151:24, 152:6, 153:12, 154:2, 154:23
**indication** [2] - 53:1, 53:4
**individual** [8] - 16:25, 18:21, 95:14, 119:1, 123:19, 124:9, 124:23, 162:23
**individual's** [1] - 116:21
**individually** [2] - 1:8, 2:11
**individuals** [4] - 95:8, 103:20, 133:3, 133:6
**INFORMATION** [2] - 165:17, 165:18
**information** [1] - 111:1
**informed** [2] - 108:4, 115:1
**inhibit** [1] - 60:22
**injure** [1] - 47:9
**injured** [6] - 31:18, 34:11, 39:21, 39:24, 40:3, 47:2
**injuries** [22] - 14:1, 60:13, 61:16, 133:23, 133:25, 134:5, 134:8, 134:20, 135:24, 136:3, 141:9, 141:11, 141:22, 145:5, 145:7, 152:11, 152:15, 153:18, 157:10, 157:22, 162:10
**injuring** [1] - 47:11

**injury** [2] - 138:16, 138:18
**inside** [4] - 71:17, 71:18, 108:13, 108:21
**Instagram** [5] - 160:19, 160:22, 161:3, 161:4, 161:7
**institutions** [2] - 27:15, 28:6
**instrumental** [1] - 149:20
**insurance** [4] - 43:12, 140:18, 144:9, 157:17
**intend** [1] - 72:7
**intended** [1] - 138:15
**intending** [2] - 70:13, 74:18
**intensity** [1] - 59:20
**intention** [1] - 70:21
**interaction** [1] - 152:12
**interested** [1] - 166:15
**interfere** [1] - 7:4
**interfered** [1] - 151:7
**Internal** [6] - 116:23, 117:10, 117:21, 122:20, 123:1, 125:9
**intersection** [3] - 75:8, 77:3, 77:5
**into** [15] - 27:23, 28:4, 49:15, 66:12, 70:1, 70:14, 70:23, 84:20, 106:25, 111:2, 112:13, 124:10, 132:17, 134:18, 147:4
**introvert** [3] - 152:16, 153:1, 153:13
**introvertedness** [2] - 155:24, 157:1
**investigation** [2] - 160:12, 160:15
**involuntarily** [2] - 89:25, 90:1
**involve** [1] - 148:18
**involving** [1] - 11:24
**iPhone** [2] - 73:2, 73:3
**IS** [2] - 3:4, 3:15
**is** [53] - 4:12, 4:14, 5:5, 5:25, 6:21, 8:18, 9:22, 9:23, 16:10, 23:19, 25:1, 28:18, 29:14, 30:5, 30:20, 30:25, 31:8, 32:19, 34:13, 39:2, 40:14, 41:10, 53:20, 55:9, 56:22, 61:2, 62:17, 62:23, 68:2, 69:1, 77:20, 81:6, 87:17, 117:23, 123:23, 125:2, 134:17, 144:3, 144:16, 145:9, 146:15, 147:13, 148:1, 150:18, 150:24, 161:8, 161:10, 161:12, 161:18, 162:10, 164:7, 166:9, 166:11

**is it your** [5] - 30:22, 61:15, 72:12, 77:4, 155:16
**is that** [67] - 8:8, 8:18, 8:20, 11:3, 13:24, 15:25, 16:5, 16:11, 21:25, 22:21, 22:23, 28:24, 32:4, 36:12, 37:2, 40:21, 41:24, 44:21, 48:8, 51:2, 54:24, 55:5, 56:6, 56:11, 57:15, 60:16, 66:17, 68:20, 68:24, 70:18, 76:9, 76:21, 77:20, 83:4, 87:1, 87:9, 87:25, 89:7, 89:22, 90:5, 90:14, 91:1, 92:12, 92:20, 93:11, 93:16, 95:6, 103:15, 104:17, 106:1, 109:20, 114:12, 119:25, 120:20, 124:11, 126:10, 130:15, 133:3, 138:25, 140:10, 141:13, 142:5, 143:2, 153:15, 156:16, 159:20
**is there** [20] - 6:25, 10:18, 10:25, 11:6, 31:5, 31:9, 36:8, 36:10, 80:11, 80:14, 80:16, 93:22, 142:25, 145:25, 153:17, 154:8, 157:23, 162:3, 162:9, 162:13
**isla** [1] - 55:2
**Island** [2] - 27:7, 147:25
**issuance** [1] - 25:20
**issued** [1] - 24:24
**issues** [4] - 52:12, 52:17, 63:6, 156:4
**IT** [2] - 3:4, 3:15
**It** [1] - 123:18
**it** [145] - 8:6, 9:23, 13:1, 13:6, 17:9, 17:19, 23:24, 25:7, 25:15, 25:23, 25:25, 30:5, 30:25, 34:13, 35:7, 35:9, 35:11, 39:2, 41:4, 46:3, 46:5, 48:4, 48:7, 49:3, 49:9, 50:14, 50:20, 55:9, 57:5, 58:23, 58:25, 59:3, 59:10, 59:11, 59:25, 60:19, 60:21, 61:4, 62:17, 64:23, 67:19, 67:21, 68:4, 68:7, 69:22, 70:25, 71:8, 71:11, 71:13, 74:14, 74:23, 75:7, 76:19, 80:6, 80:9, 81:10, 84:7, 84:8, 84:13, 84:22, 85:1, 85:15, 85:17, 85:19, 85:25, 86:3, 86:5, 86:6, 86:13, 86:18, 86:19, 88:5, 88:17, 89:5, 89:9, 90:4, 90:10, 91:9, 91:19, 92:17, 93:8, 94:7, 94:9, 96:3, 96:4, 97:8, 99:9, 100:6, 104:3, 106:23, 107:11, 111:11,

112:9, 120:14, 122:11, 122:12, 123:23, 129:19, 130:9, 130:12, 135:10, 137:4, 141:14, 141:15, 141:17, 142:1, 142:2, 142:20, 142:21, 144:8, 144:16, 144:23, 145:9, 147:5, 147:18, 148:9, 149:22, 150:5, 150:9, 150:10, 150:20, 150:22, 150:23, 151:12, 152:24, 153:1, 153:6, 153:20, 154:13, 156:1, 156:17, 157:5, 158:3, 158:11, 158:13, 160:10, 161:5
**it's** [55] - 7:15, 9:18, 22:24, 28:19, 32:23, 33:2, 33:3, 33:12, 34:5, 37:4, 40:11, 41:9, 59:18, 60:1, 60:7, 60:8, 60:9, 70:9, 72:3, 73:8, 75:10, 76:19, 79:21, 80:8, 80:19, 80:20, 81:8, 85:9, 85:10, 90:13, 91:25, 94:2, 136:8, 143:8, 144:4, 146:17, 146:20, 146:21, 146:22, 146:25, 147:4, 147:15, 148:6, 148:11, 149:4, 149:9, 149:20, 152:4, 152:10, 156:2, 157:6, 158:4, 158:5, 163:4
**its** [3] - 41:11, 153:10, 157:13

**J**

**jack** [1] - 73:5
**jail** [1] - 151:20
**JANE** [2] - 1:8, 2:11
**Jane** [2] - 1:9, 2:11
**Jeff** [2] - 15:24, 18:14
**JEFFREY** [1] - 2:5
**Jeffrey** [1] - 15:25
**job** [18] - 29:3, 31:21, 31:24, 32:8, 32:19, 32:20, 32:25, 33:4, 33:6, 34:11, 35:16, 35:19, 37:5, 41:5, 150:12, 151:2, 151:5, 151:23
**JOHN** [2] - 1:8, 2:10
**John** [6] - 1:9, 2:4, 2:11, 18:19, 18:20, 18:22
**join** [2] - 160:24, 161:3
**journal** [2] - 148:5, 148:8, 148:9
**judge** [3] - 47:25, 50:24, 128:1
**Judge** [1] - 3:10
**July** [2] - 1:13, 166:18
**jumping** [1] - 46:19

**June** [1] - 143:12
**jury** [1] - 128:1
**just** [83] - 17:3, 17:7, 17:10, 17:18, 18:21, 21:18, 25:17, 25:20, 25:23, 29:14, 32:23, 38:18, 39:24, 40:19, 41:4, 42:17, 49:2, 49:9, 53:7, 54:3, 54:14, 58:7, 59:24, 59:25, 60:9, 63:13, 64:22, 69:25, 73:14, 74:22, 75:7, 76:17, 77:3, 78:4, 82:19, 87:6, 89:19, 89:20, 91:10, 91:15, 93:18, 93:21, 93:23, 94:19, 96:4, 96:6, 96:15, 100:11, 105:2, 110:16, 118:5, 119:17, 123:6, 123:10, 123:18, 124:3, 125:9, 125:18, 126:20, 129:21, 130:1, 136:3, 136:19, 142:12, 143:1, 144:18, 146:17, 146:21, 146:22, 147:14, 150:22, 150:25, 151:5, 152:3, 153:12, 153:22, 156:5, 156:15, 157:2, 157:3, 158:5, 158:10

**K**

**keep** [3] - 4:22, 104:10, 148:8
**Kelly** [1] - 2:17
**Kevin** [1] - 2:17
**keyboard** [1] - 149:13
**kibo** [2] - 36:5, 36:6
**Kibo** [4] - 36:8, 36:20, 39:25, 41:22
**Kimberly** [4] - 155:13, 155:17, 156:4, 156:11
**kind** [13] - 9:22, 28:18, 41:10, 90:3, 137:11, 144:21, 147:5, 147:12, 147:14, 148:25, 149:19, 150:4, 158:14
**kinetic** [1] - 87:18
**knee** [15] - 90:20, 91:1, 91:2, 92:20, 92:24, 93:7, 114:7, 114:17, 134:18, 141:12, 141:13, 143:18, 143:23, 158:15
**knees** [11] - 91:2, 91:3, 91:5, 91:22, 93:21, 110:20, 115:8, 115:11, 138:19, 138:21
**knife** [3] - 49:3, 49:8, 49:9
**know** [192] - 5:2, 5:6, 5:12, 5:13, 6:6, 6:17, 7:8, 7:22, 8:15, 9:2, 9:6,

11:22, 12:22, 12:24, 13:9, 13:21, 14:14, 14:17, 16:21, 17:24, 22:6, 22:11, 22:18, 24:11, 24:14, 24:17, 25:4, 30:19, 30:22, 31:4, 31:11, 31:13, 33:23, 34:18, 35:3, 37:7, 37:8, 37:10, 37:13, 39:15, 40:8, 40:11, 42:18, 42:20, 44:1, 45:6, 45:8, 45:14, 45:17, 46:22, 46:25, 47:24, 48:2, 48:4, 48:5, 48:11, 49:13, 50:18, 53:7, 53:22, 54:18, 56:23, 58:15, 59:3, 59:10, 60:1, 62:20, 62:23, 63:12, 64:8, 64:14, 64:16, 65:20, 65:23, 67:12, 67:13, 67:14, 67:15, 67:21, 68:2, 69:1, 69:3, 70:10, 74:14, 75:7, 75:11, 80:19, 83:3, 84:12, 84:15, 86:14, 86:18, 88:5, 88:15, 91:9, 91:11, 94:3, 95:8, 95:23, 96:10, 96:15, 96:16, 97:9, 99:24, 100:2, 100:4, 101:12, 102:21, 103:10, 103:12, 103:17, 104:24, 105:16, 105:22, 106:10, 107:13, 107:15, 107:17, 108:7, 109:22, 111:4, 112:6, 113:6, 113:8, 113:21, 115:24, 116:8, 116:21, 117:11, 117:16, 118:18, 119:20, 120:12, 121:5, 122:8, 123:11, 126:17, 126:21, 127:2, 127:5, 127:9, 128:3, 132:14, 132:23, 134:23, 139:11, 140:13, 140:16, 141:15, 143:11, 144:12, 149:4, 151:3, 152:22, 152:23, 153:2, 153:3, 153:7, 153:9, 153:10, 153:19, 153:20, 153:25, 155:14, 156:1, 156:2, 156:20, 157:6, 157:19, 158:9, 158:17, 158:18, 158:24, 159:1, 159:18, 160:4, 160:6, 160:11, 160:14, 161:7, 161:10, 161:12, 161:18, 162:21, 162:23, 163:5, 163:8
**knowing** [1] - 117:11
**knowledge** [1] - 68:20
**known** [1] - 21:1

**L**

**L** [7] - 3:1, 9:1, 163:4, 164:1

**la** [1] - 29:14
**lack** [1] - 155:8
**LaGuardia** [7] - 27:5, 27:10, 27:13, 27:17, 27:24, 28:6, 43:8
**land** [1] - 90:16
**landed** [3] - 86:23, 90:13, 93:16
**landing** [1] - 90:12
**lane** [5] - 80:11, 80:14, 81:16, 81:18, 82:1
**lanes** [1] - 80:18
**language** [1] - 6:21
**large** [2] - 81:6, 145:4
**last** [28] - 7:9, 7:12, 7:20, 7:21, 7:25, 8:11, 9:4, 9:25, 10:21, 11:7, 11:9, 11:13, 21:18, 23:6, 23:19, 31:13, 31:25, 33:23, 34:20, 55:1, 118:10, 137:9, 139:5, 155:14, 156:20, 158:23, 161:5, 163:1
**late** [1] - 111:11
**laundromat** [1] - 131:18
**Law** [2] - 1:20, 2:18
**LAW** [1] - 2:8
**lawsuit** [14] - 4:15, 12:11, 12:18, 12:20, 13:23, 14:2, 14:5, 14:8, 16:10, 20:1, 20:20, 21:11, 159:13, 162:19
**lawsuits** [3] - 12:7, 12:13, 12:16
**lean** [1] - 146:16
**least** [1] - 10:10
**leave** [2] - 34:16, 74:3
**leaving** [6] - 66:9, 67:1, 70:1, 70:23, 70:25, 128:16
**led** [2] - 94:11, 156:1
**left** [53] - 13:4, 22:15, 34:18, 65:20, 66:2, 68:7, 68:17, 69:4, 72:6, 72:8, 72:13, 72:15, 73:15, 73:16, 73:17, 73:18, 74:4, 74:11, 74:16, 76:6, 76:12, 77:6, 79:23, 80:22, 81:19, 82:7, 82:17, 82:24, 85:3, 85:6, 86:8, 88:11, 88:13, 88:24, 89:16, 89:18, 90:25, 92:20, 92:24, 93:14, 114:7, 114:12, 114:17, 120:5, 120:9, 128:8, 134:13, 134:14, 134:19, 141:13, 146:13, 158:4
**left-handed** [1] - 22:15
**leg** [5] - 88:23, 134:14, 146:13, 158:4
**legal** [3] - 17:4, 126:9,

127:11
**lenses** [5] - 62:12, 62:14, 62:18, 62:21, 63:2
**Leslie** [1] - 162:23
**less** [12] - 22:12, 33:2, 70:5, 70:6, 71:25, 74:9, 97:24, 106:24, 119:7, 125:23, 139:4, 146:15
**let** [6] - 5:2, 5:6, 6:5, 6:17, 131:22, 156:10
**let's** [4] - 21:18, 63:25, 86:25, 148:17
**LETTER** [1] - 165:6
**liable** [1] - 162:17
**license** [12] - 24:22, 24:24, 25:1, 25:5, 25:7, 25:10, 25:12, 25:16, 26:2, 26:5, 26:6, 104:14
**lied** [1] - 117:10
**lien** [2] - 45:1, 45:4
**life** [4] - 59:5, 60:4, 148:18, 158:14
**light** [3] - 52:8, 52:9, 75:15
**lights** [2] - 79:6, 83:14
**lightweight** [1] - 146:21
**like** [73] - 13:15, 13:17, 38:21, 41:4, 59:11, 60:8, 61:2, 64:3, 68:1, 68:6, 72:5, 84:6, 86:6, 88:3, 92:22, 92:23, 92:24, 92:25, 94:2, 94:23, 100:13, 105:3, 108:15, 111:10, 118:3, 122:11, 125:19, 131:23, 134:14, 141:18, 143:20, 143:22, 143:23, 146:3, 146:8, 146:9, 146:25, 147:4, 147:5, 147:7, 147:10, 147:11, 147:12, 147:14, 148:5, 148:6, 148:10, 148:20, 148:21, 151:5, 152:20, 153:8, 153:10, 153:12, 154:1, 154:10, 157:5, 157:7, 158:5, 158:7, 158:11, 158:13, 158:15, 159:1, 160:18, 162:14
**liked** [1] - 152:8
**limit** [2] - 84:14, 84:15
**limp** [1] - 146:5
**limping** [2] - 107:6, 107:7
**line** [5] - 80:16, 80:17, 80:19, 82:6, 82:9
**lines** [4] - 29:20, 86:1, 109:4, 110:2, 131:3, 131:23
**LinkedIn** [1] - 160:18
**list** [1] - 145:4

**listed** [2] - 136:3, 145:4
**listen** [1] - 149:10
**listening** [3] - 73:1, 83:4, 83:7
**little** [3] - 32:12, 76:17, 104:18
**live** [2] - 23:2, 24:1
**lived** [7] - 22:25, 23:8, 23:11, 23:14, 23:15, 24:3, 24:9
**living** [3] - 23:21, 24:11, 24:14
**loans** [1] - 44:23
**located** [10] - 26:12, 27:6, 28:20, 40:11, 41:12, 41:15, 42:5, 67:13, 67:15, 68:11
**location** [11] - 23:9, 23:12, 23:22, 24:15, 34:2, 34:8, 74:16, 74:19, 131:2, 148:1, 150:6
**locations** [1] - 136:16
**locations'** [1] - 136:17
**lock** [1] - 71:1
**logged** [1] - 161:2
**long** [53] - 18:11, 19:3, 22:25, 27:10, 29:1, 30:2, 32:6, 33:25, 37:8, 37:10, 41:1, 42:7, 47:19, 49:19, 49:25, 53:4, 56:13, 58:12, 62:12, 71:8, 73:20, 74:1, 74:7, 94:14, 94:15, 97:14, 97:16, 97:20, 102:14, 106:22, 108:9, 109:17, 111:17, 112:14, 112:19, 115:22, 115:24, 119:6, 121:12, 123:19, 124:15, 125:22, 126:4, 129:19, 138:6, 139:5, 146:16, 146:21, 149:14, 153:24, 155:4, 160:8, 160:10
**Long** [2] - 27:7, 147:25
**longer** [2] - 34:13, 140:25
**look** [3] - 68:17, 68:23, 84:6
**looked** [7] - 88:2, 101:12, 105:3, 107:19, 108:15, 111:10, 125:19
**looking** [1] - 101:9
**loss** [2] - 157:14, 157:15
**lost** [3] - 113:19, 113:22, 151:17
**lot** [15] - 52:10, 60:8, 80:21, 89:21, 93:1, 99:9, 102:4, 102:5, 107:20, 113:16, 142:20, 146:22, 146:25, 153:25, 157:22
**lower** [4] - 85:6, 92:10, 134:13, 158:5

**lunch** [4] - 9:14, 65:8, 65:9, 65:10
**luxury** [1] - 28:19
**lydia** [1] - 23:5
**lying** [2] - 117:17, 117:19
**lyrics** [1] - 148:6

# M

**machines** [2] - 104:17, 138:13
**made** [27] - 72:8, 72:13, 73:17, 73:25, 74:4, 74:6, 74:11, 76:6, 76:12, 77:5, 80:22, 85:7, 85:13, 85:15, 85:19, 86:8, 86:20, 87:6, 88:9, 88:12, 89:15, 90:18, 117:18, 142:21, 148:15, 158:15, 160:1
**magnetic** [1] - 138:13
**mail** [1] - 151:11
**mailed** [4] - 20:10, 20:11, 20:15
**mailing** [1] - 22:19
**maintain** [2] - 87:16, 135:14
**majority** [5] - 29:18, 146:16, 147:2, 147:18, 149:2
**make** [13] - 6:6, 6:13, 14:1, 30:10, 32:15, 39:6, 41:8, 48:6, 73:18, 84:10, 85:2, 86:16, 159:25
**makes** [3] - 147:5, 152:24, 153:8
**making** [2] - 42:17, 43:3
**male** [15] - 30:25, 105:10, 105:11, 108:19, 109:23, 111:6, 111:12, 112:3, 116:9, 119:10, 119:11, 123:23, 125:20, 132:25
**man** [1] - 153:8
**management** [4] - 46:8, 46:11, 136:8, 142:4
**Manhattan** [7] - 28:25, 34:5, 34:6, 38:14, 42:6, 47:1, 150:21
**manner** [1] - 140:13
**many** [2] - 139:4, 152:17
**March** [10] - 137:10, 137:17, 140:4, 140:6, 140:9, 140:15, 140:24, 142:10, 144:16, 157:16
**marijuana** [1] - 11:13
**Marines** [1] - 49:2
**marked** [2] - 67:23, 68:1
**marriage** [1] - 166:14
**married** [1] - 14:21
**mask** [1] - 111:22
**massage** [2] - 60:6,

143:22
**massages** [3] - 60:6, 138:14, 146:14
**matter** [5] - 11:24, 12:1, 17:4, 17:17, 166:16
**MATTHEW** [2] - 1:8, 2:10
**may** [7] - 3:7, 3:11, 6:9, 6:10, 135:1, 135:17, 162:17
**May** [8] - 25:22, 29:2, 31:3, 31:15, 31:18, 55:11, 56:2, 143:12
**maybe** [15] - 39:4, 59:6, 59:11, 69:17, 71:25, 96:20, 101:8, 106:23, 107:25, 108:10, 112:5, 121:9, 137:24, 147:11, 151:13
**me** [105] - 4:14, 5:2, 5:6, 5:9, 5:13, 5:16, 6:6, 6:17, 11:2, 26:23, 38:19, 39:6, 46:16, 48:15, 49:1, 49:2, 49:4, 66:15, 73:14, 76:4, 77:15, 82:11, 82:23, 85:1, 85:17, 89:5, 96:4, 96:6, 96:9, 96:10, 100:13, 100:14, 100:16, 103:1, 103:8, 104:21, 105:2, 107:11, 107:23, 108:6, 109:1, 109:5, 109:8, 110:6, 111:22, 112:5, 113:20, 114:15, 116:11, 116:20, 117:4, 117:10, 117:15, 117:17, 117:20, 117:22, 117:25, 118:2, 118:4, 119:17, 121:9, 122:5, 122:20, 123:10, 124:18, 125:4, 131:22, 134:25, 137:23, 140:12, 142:21, 144:12, 144:21, 144:22, 148:7, 150:5, 150:6, 152:5, 152:19, 152:20, 152:23, 152:24, 152:25, 153:2, 153:3, 153:6, 153:8, 153:11, 153:25, 154:24, 155:25, 156:10, 157:2, 157:3, 158:15, 158:16, 158:17, 164:8, 164:15
**meal** [2] - 9:9, 9:10
**mean** [26] - 9:19, 26:4, 38:12, 38:18, 51:25, 52:9, 59:22, 60:23, 61:2, 64:23, 66:14, 70:17, 72:4, 74:21, 75:9, 76:22, 85:10, 93:4, 95:17, 102:5, 132:16, 134:16, 141:18, 150:22, 156:9, 157:4
**meaning** [1] - 57:4
**means** [1] - 18:5

**meant** [2] - 119:18, 131:1
**Medicaid** [2] - 45:11, 140:8
**medical** [33] - 52:16, 53:15, 53:17, 56:21, 57:17, 57:22, 61:6, 61:12, 61:19, 63:9, 103:15, 103:17, 104:22, 106:1, 107:10, 107:14, 108:5, 109:2, 109:20, 111:21, 113:9, 115:20, 116:15, 122:22, 123:2, 123:4, 135:23, 140:7, 140:9, 140:22, 145:13, 157:19, 159:4
**Medical** [16] - 53:19, 53:22, 55:20, 55:22, 136:6, 136:10, 136:20, 136:25, 137:2, 137:15, 143:2, 143:5, 143:7, 143:9, 143:14, 144:21
**Medicare** [1] - 45:13
**medication** [30] - 7:14, 8:1, 8:14, 8:25, 10:24, 11:1, 11:6, 54:5, 54:12, 54:13, 56:17, 56:20, 57:8, 58:6, 58:7, 58:9, 58:13, 58:15, 62:8, 120:10, 120:11, 120:12, 120:17, 123:5, 123:7, 123:10, 123:11, 123:13, 124:6, 139:14
**medications** [2] - 7:9, 7:12
**meet** [17] - 16:2, 16:7, 18:3, 18:17, 18:22, 65:2, 65:3, 65:11, 66:5, 66:9, 66:12, 67:7, 68:21, 70:18, 126:7, 139:3, 159:10
**meeting** [3] - 18:11, 18:13, 65:5
**meetings** [3] - 17:1, 17:12, 17:13
**meets** [1] - 80:6
**member** [3] - 16:22, 160:17
**members** [3] - 112:1, 152:12, 163:9
**memory** [2] - 7:7, 10:12
**men** [2] - 91:15, 95:6
**mental** [3] - 7:3, 7:6, 63:6
**menthol** [1] - 143:20
**mention** [1] - 162:14
**mentioned** [4] - 89:6, 113:19, 115:16, 150:4
**met** [6] - 16:14, 17:6, 17:10, 52:19, 65:13, 155:11
**methocarbamol** [5] - 54:9, 54:10, 56:6, 56:8,

57:1
**mid** [4] - 85:6, 92:10, 128:9, 158:4
**middle** [6] - 21:4, 21:6, 21:8, 21:11, 68:17, 81:19
**MIDI** [1] - 149:13
**might** [11] - 17:25, 80:2, 102:10, 115:16, 129:4, 134:24, 152:19, 152:22, 153:3, 157:7, 157:8
**military** [1] - 28:8
**mill** [1] - 92:4
**milligrams** [2] - 7:23, 7:24
**mind** [1] - 162:7
**minimal** [1] - 142:3
**minor** [2] - 59:6, 92:4
**minute** [8] - 63:25, 70:9, 73:21, 74:2, 74:9, 97:24, 118:8, 154:23
**minutes** [14] - 19:5, 70:5, 70:6, 102:15, 106:23, 108:10, 108:21, 111:19, 112:9, 119:7, 123:20, 125:23, 139:6, 147:12
**miranda** [4] - 23:7, 23:8, 23:15, 24:8
**misunderstood** [1] - 73:13
**mixed** [1] - 105:10
**mom** [4] - 66:12, 128:24, 129:1, 129:7
**moment** [6] - 52:25, 64:5, 91:10, 142:20, 148:17, 162:8
**Monday** [1] - 151:5
**monetary** [1] - 44:24
**money** [2] - 30:10, 43:3
**monitory** [2] - 45:2, 45:5
**month** [2] - 35:11, 52:4
**monthly** [2] - 43:24, 44:14
**months** [11] - 16:15, 25:23, 35:7, 35:9, 41:2, 42:8, 44:16, 56:14, 132:15, 132:16, 132:19
**more** [54] - 10:7, 22:9, 23:1, 23:24, 32:13, 32:23, 35:7, 35:9, 35:11, 46:3, 46:5, 50:14, 52:4, 57:3, 57:4, 59:18, 60:8, 63:19, 71:21, 71:23, 76:17, 82:11, 86:13, 89:11, 89:13, 91:25, 92:23, 94:23, 102:6, 102:15, 104:18, 104:20, 105:6, 112:15, 112:20, 113:20, 116:1, 121:13, 123:20, 124:16, 127:22, 132:4, 146:22, 146:25, 147:5,

151:12, 152:16, 152:18, 153:1, 153:12, 153:19, 154:1
   **morning** [8] - 4:10, 4:11, 9:7, 9:12, 64:6, 64:13, 148:20, 152:7
   **most** [3] - 59:5, 74:12, 148:20
   **mother** [19] - 23:3, 64:19, 65:2, 65:3, 65:11, 65:13, 65:20, 66:5, 66:9, 66:16, 67:4, 67:7, 68:21, 70:10, 70:18, 74:15, 74:23, 144:6, 149:2
   **Motrin** [6] - 7:14, 7:18, 7:20, 7:24, 10:18, 10:25
   **move** [2] - 29:22, 142:22
   **mr** [2] - 51:13, 64:3
   **MR** [39] - 4:5, 17:18, 17:25, 18:20, 19:14, 21:15, 21:18, 21:20, 25:17, 30:20, 55:13, 56:22, 61:8, 63:25, 66:21, 66:23, 73:11, 73:13, 82:8, 82:10, 82:18, 82:19, 82:21, 94:22, 97:1, 97:22, 97:23, 106:9, 118:7, 118:10, 135:3, 135:6, 137:3, 157:13, 162:20, 163:1, 163:3, 163:11, 165:14
   **Mr** [15] - 4:10, 16:2, 16:7, 16:14, 16:16, 16:19, 17:1, 18:17, 18:25, 19:3, 23:21, 24:1, 24:8, 24:11, 24:14
   **MRI** [2] - 114:10, 114:13
   **MRIs** [4] - 114:6, 114:19, 136:16
   **Ms** [8] - 16:8, 16:14, 16:16, 16:19, 17:1, 23:8, 23:15, 24:8
   **much** [19] - 16:13, 22:4, 30:10, 33:5, 35:3, 43:3, 43:22, 43:24, 44:4, 52:6, 60:2, 66:19, 71:12, 82:5, 145:10, 149:1, 150:25, 152:17, 153:1
   **muscle** [2] - 56:16, 115:3
   **music** [4] - 73:1, 83:4, 148:6, 149:9
   **must** [2] - 125:18, 140:2
   **my** [194] - 4:12, 5:6, 5:10, 5:16, 9:17, 10:3, 17:18, 19:11, 23:3, 23:16, 26:3, 27:12, 28:1, 29:8, 29:13, 32:14, 34:17, 38:16, 40:4, 49:6, 52:10, 54:21, 55:13, 58:8, 64:15, 64:17, 64:19, 65:2, 69:10, 69:13, 69:15, 69:25, 71:16, 72:3, 73:4,

76:6, 76:20, 85:3, 85:6, 86:23, 87:17, 88:14, 88:22, 88:23, 89:17, 89:18, 89:19, 89:20, 90:20, 90:24, 91:19, 91:20, 91:22, 92:10, 92:13, 92:17, 93:8, 93:24, 94:10, 94:24, 100:14, 100:15, 101:5, 101:8, 103:8, 104:4, 104:7, 104:9, 105:16, 107:12, 110:14, 110:20, 110:22, 111:22, 113:16, 113:17, 114:6, 114:7, 114:16, 115:3, 115:6, 115:8, 115:14, 115:16, 122:9, 122:21, 123:5, 128:17, 128:23, 129:14, 134:9, 134:11, 134:12, 134:13, 134:14, 134:18, 134:24, 135:2, 137:3, 137:5, 137:7, 138:19, 138:21, 141:12, 142:14, 143:18, 143:23, 144:3, 144:6, 144:23, 144:24, 145:21, 146:5, 146:12, 146:13, 146:14, 146:17, 146:18, 146:19, 147:2, 147:3, 147:10, 147:13, 148:24, 149:2, 149:9, 150:4, 150:18, 151:2, 151:13, 151:16, 152:21, 152:22, 152:23, 153:21, 155:24, 155:25, 157:1, 157:7, 157:12, 158:1, 158:2, 158:3, 158:4, 158:11, 158:12, 158:14, 158:18, 158:19, 161:9, 161:25, 162:20, 166:17
   **myself** [4] - 60:6, 89:19, 154:9, 157:8
   **Myspace** [1] - 160:18

# N

   **N** [5] - 2:1, 3:1, 4:1, 164:1, 165:11
   **Nail** [1] - 67:11
   **nail** [11] - 65:4, 65:5, 67:7, 67:9, 67:13, 67:15, 70:4, 70:10, 72:7, 74:12, 74:22
   **Nails** [1] - 68:18
   **name** [38] - 4:6, 4:12, 7:17, 8:25, 21:1, 21:4, 21:6, 21:8, 21:11, 23:4, 23:6, 23:17, 23:19, 30:19, 30:23, 31:11, 31:13, 33:23, 34:8, 40:8, 49:14, 54:22, 55:1, 67:9, 72:9,

116:21, 139:2, 148:1, 155:12, 155:14, 156:20, 161:1, 161:7, 161:9, 161:19, 161:21, 162:23, 163:2
   **named** [1] - 159:7
   **names** [7] - 1:9, 1:9, 2:11, 2:12, 115:19, 125:17, 136:17
   **narcotics** [1] - 11:12
   **narrow** [2] - 76:20, 79:21
   **nasty** [1] - 118:2
   **near** [1] - 34:7
   **nearby** [1] - 70:24
   **nearsighted** [1] - 62:25
   **necessarily** [1] - 150:24
   **neck** [2] - 134:12, 158:3
   **need** [3] - 6:17, 26:6, 145:14
   **needed** [6] - 26:5, 42:18, 104:22, 145:21, 150:25, 158:15
   **neither** [1] - 114:18
   **network** [1] - 160:17
   **neurologist** [1] - 145:21
   **neurology** [1] - 9:23
   **neuropsychology** [1] - 149:25
   **never** [6] - 94:6, 142:25, 145:1, 151:16, 158:14, 158:19
   **NEW** [6] - 1:1, 1:7, 2:8, 2:9, 166:3, 166:4
   **New** [29] - 1:20, 1:21, 1:22, 2:5, 2:13, 2:18, 4:3, 4:9, 12:7, 14:12, 14:15, 21:24, 22:20, 24:25, 27:8, 28:22, 45:15, 45:18, 45:20, 45:23, 46:1, 52:1, 152:12, 163:9, 166:8
   **new** [2] - 71:10, 71:11
   **next** [6] - 104:19, 106:17, 112:5, 115:23, 124:13, 131:19
   **NG** [1] - 1:5
   **nicole** [1] - 156:19
   **Nicole** [2] - 156:23, 158:16
   **night** [5] - 7:21, 7:25, 8:6, 130:5
   **No** [5] - 1:5, 1:7, 2:10, 2:10
   **no** [256] - 7:2, 7:5, 9:13, 11:5, 11:8, 11:11, 11:14, 12:5, 12:9, 13:12, 13:22, 14:3, 14:6, 14:9, 14:11, 14:20, 14:22, 14:25, 15:3, 15:9, 15:12, 15:15, 15:17, 15:19, 16:24, 17:2, 17:5, 17:14, 18:16, 18:24, 20:3,

20:6, 20:9, 20:17, 20:25, 21:3, 21:9, 21:12, 22:8, 22:14, 24:2, 24:5, 24:7, 24:10, 25:9, 25:11, 26:17, 27:19, 28:9, 29:23, 29:25, 30:15, 31:14, 31:20, 31:23, 33:2, 33:5, 33:24, 34:12, 34:13, 35:2, 35:8, 35:10, 35:12, 35:15, 38:16, 39:4, 39:20, 39:23, 40:2, 40:10, 43:5, 43:11, 43:14, 43:17, 43:19, 44:25, 45:10, 45:12, 45:24, 46:4, 46:12, 46:15, 47:4, 47:6, 47:10, 47:13, 48:12, 50:15, 50:22, 51:8, 51:10, 51:12, 51:15, 51:17, 51:19, 51:23, 52:5, 52:13, 52:15, 52:18, 54:1, 54:15, 54:25, 55:12, 55:25, 56:4, 56:22, 58:17, 58:20, 60:14, 61:11, 61:22, 62:9, 62:16, 62:19, 62:24, 63:7, 63:10, 63:20, 66:1, 66:18, 67:2, 67:5, 70:12, 71:25, 72:17, 72:20, 72:25, 74:17, 75:1, 75:4, 76:4, 76:20, 77:10, 78:4, 78:6, 78:8, 78:11, 78:13, 78:16, 79:5, 79:8, 79:17, 80:15, 81:3, 83:15, 83:18, 83:25, 84:17, 85:17, 85:21, 85:24, 86:2, 86:4, 87:12, 87:14, 88:6, 88:8, 89:12, 90:4, 90:15, 91:6, 95:2, 95:4, 95:9, 97:23, 98:2, 98:4, 98:12, 98:15, 99:1, 99:12, 101:13, 103:3, 103:13, 104:15, 104:25, 105:18, 105:21, 105:24, 106:4, 106:14, 106:16, 108:3, 108:8, 108:16, 112:18, 112:24, 113:2, 113:7, 113:24, 114:23, 114:25, 115:21, 117:25, 119:21, 119:24, 120:19, 121:6, 122:1, 124:12, 124:20, 124:25, 125:11, 126:1, 126:12, 126:18, 127:7, 127:13, 127:15, 128:2, 130:22, 132:20, 132:24, 133:16, 133:22, 135:22, 136:24, 139:13, 139:15, 140:17, 140:19, 140:21, 140:24, 141:17, 144:8, 145:3, 145:6, 145:8, 148:13, 148:16, 151:12, 151:22, 154:7, 154:19, 154:22, 155:9, 155:15,

156:21, 157:15, 157:18,
157:21, 159:6, 159:12,
159:15, 160:23, 161:11,
162:12, 162:15, 162:21,
162:22, 162:25, 163:10,
163:11, 166:15
**nobody** [2] - 134:25,
158:21
**nod** [1] - 4:19
**normal** [4] - 81:25,
146:7, 155:22, 157:1
**normally** [7] - 30:3, 30:5,
33:13, 71:15, 104:10,
148:19, 148:22
**not** [73] - 4:18, 4:19, 5:2,
5:6, 5:12, 5:13, 5:24, 7:8,
7:17, 9:12, 11:3, 11:7,
21:10, 22:18, 26:15, 28:2,
28:7, 31:5, 31:7, 32:23,
33:5, 39:18, 40:25, 44:8,
44:16, 48:7, 52:10, 55:7,
55:14, 59:10, 60:1, 61:6,
61:13, 61:20, 63:24,
66:16, 69:17, 75:11,
75:16, 85:19, 93:23,
94:14, 96:4, 97:16, 100:6,
104:14, 107:19, 110:24,
118:5, 125:12, 126:10,
139:4, 141:10, 144:17,
148:11, 150:3, 152:4,
153:4, 153:8, 153:21,
153:24, 154:7, 156:1,
157:1, 157:14, 157:24,
159:15, 162:4, 162:8,
162:13, 163:3, 166:13
**Notary** [3] - 1:21, 4:2,
166:7
**NOTARY** [1] - 164:19
**note** [3] - 17:18, 55:13,
162:20
**notes** [2] - 20:18, 20:22
**nothing** [1] - 162:7
**notice** [3] - 79:13, 79:15,
153:25
**noticed** [1] - 152:18
**now** [59] - 10:7, 10:13,
11:6, 12:2, 16:3, 16:10,
18:17, 28:4, 31:24, 35:13,
35:16, 35:19, 39:17,
48:15, 49:10, 50:23, 67:6,
67:16, 68:23, 75:2, 76:14,
79:12, 80:24, 83:23,
87:19, 87:24, 89:15,
90:13, 91:7, 92:11, 94:19,
97:14, 98:21, 101:14,
103:24, 105:25, 108:21,
111:20, 118:14, 119:18,
119:25, 120:20, 127:18,
132:25, 134:5, 134:20,
139:22, 140:3, 140:9,

142:4, 143:2, 145:4,
145:25, 146:20, 147:10,
152:6, 154:23, 158:4,
162:4
**number** [3] - 21:17,
21:21, 25:16
**numbers** [2] - 21:19,
59:23
**numbing** [2] - 146:18,
158:10
**numbness** [1] - 59:18
**numerous** [2] - 17:11,
137:13
**nurse** [3] - 113:7, 123:17,
123:18

## O

**O** [4] - 3:1, 4:1, 9:1,
164:1
**oath** [4] - 3:9, 5:21, 5:25
**objection** [4] - 17:18,
55:13, 137:3, 162:20
**objections** [1] - 3:16
**objects** [1] - 146:24
**observe** [2] - 79:9, 85:23
**obstruction** [1] - 126:23
**obtain** [2] - 26:25, 27:4
**obtained** [2] - 25:4,
25:25
**obtaining** [1] - 25:7
**occasion** [1] - 158:6
**occasions** [2] - 51:21,
51:24
**occur** [2] - 48:21, 131:23
**occurred** [4] - 46:25,
117:4, 132:1, 158:24
**OF** [5] - 1:1, 1:7, 2:9,
166:3, 166:4
**of** [351] - 1:17, 1:19, 1:22,
3:6, 3:7, 3:10, 3:12, 3:13,
3:16, 4:2, 6:9, 6:23, 7:8,
7:24, 8:25, 9:2, 9:21,
9:22, 10:11, 10:13, 12:7,
13:9, 15:10, 15:13, 16:22,
17:3, 17:6, 17:7, 17:15,
17:21, 18:1, 19:7, 19:11,
20:1, 20:11, 20:12, 21:11,
21:13, 22:18, 22:23, 24:3,
25:20, 27:12, 27:20,
28:18, 29:2, 31:3, 31:16,
31:18, 31:22, 32:4, 32:25,
34:2, 34:8, 35:14, 37:2,
38:7, 39:4, 39:18, 39:19,
40:8, 40:14, 40:18, 41:10,
42:16, 43:15, 43:20,
44:12, 44:20, 45:23,
46:14, 46:17, 46:20, 47:2,
47:7, 47:11, 47:14, 48:8,
48:11, 48:16, 48:23, 49:1,

49:5, 49:10, 50:23, 51:13,
51:22, 52:10, 52:22, 53:4,
54:10, 54:21, 55:4, 55:11,
56:2, 56:10, 56:19, 57:7,
57:8, 57:22, 58:5, 58:9,
58:16, 58:18, 59:4, 59:7,
59:16, 59:18, 59:20,
60:10, 60:12, 61:16,
61:20, 62:7, 62:14, 63:5,
64:4, 64:6, 64:8, 66:19,
67:9, 67:24, 68:2, 68:4,
68:5, 68:7, 68:17, 68:20,
68:23, 69:7, 70:8, 72:9,
73:4, 73:5, 74:15, 76:19,
77:15, 79:23, 80:1, 80:4,
80:21, 82:5, 84:10, 84:18,
84:21, 85:3, 85:4, 85:7,
85:12, 85:16, 85:19,
86:15, 86:18, 88:9, 88:12,
88:14, 88:16, 88:18, 89:7,
89:20, 90:3, 90:18, 90:21,
91:10, 91:23, 91:25, 92:4,
92:8, 92:16, 92:17, 92:23,
93:1, 93:13, 93:25, 94:4,
94:23, 96:7, 96:9, 96:11,
99:24, 102:7, 102:25,
104:4, 104:12, 107:2,
108:1, 109:3, 109:9,
109:10, 109:24, 110:1,
110:20, 112:5, 113:1,
114:4, 114:13, 115:19,
116:19, 117:3, 117:6,
117:9, 118:3, 119:20,
119:22, 120:10, 120:12,
121:1, 121:7, 121:14,
121:22, 121:25, 122:2,
122:4, 122:8, 122:12,
122:14, 123:11, 123:21,
124:19, 126:3, 126:23,
127:23, 128:4, 128:5,
129:12, 130:8, 131:7,
132:12, 132:14, 133:9,
133:11, 133:20, 133:23,
133:25, 134:5, 134:20,
134:24, 134:25, 135:2,
135:4, 135:12, 135:14,
135:18, 135:23, 137:5,
137:10, 137:11, 137:17,
138:12, 139:17, 139:19,
140:4, 140:7, 140:9,
140:13, 140:15, 141:9,
142:8, 142:10, 142:20,
143:16, 143:21, 143:23,
144:8, 144:9, 144:10,
144:16, 144:17, 144:21,
145:1, 145:2, 145:4,
145:5, 145:7, 147:2,
147:5, 147:8, 147:12,
147:14, 147:18, 148:1,
148:4, 148:20, 148:25,

149:2, 149:19, 150:5,
150:12, 150:18, 150:25,
151:1, 151:16, 151:21,
152:12, 152:16, 152:18,
152:21, 153:6, 153:14,
153:24, 154:7, 154:17,
155:2, 155:8, 155:17,
156:2, 156:5, 157:7,
157:11, 157:14, 157:15,
157:16, 157:22, 157:23,
157:24, 158:3, 158:14,
158:20, 158:24, 159:4,
159:10, 159:25, 160:12,
160:14, 160:17, 161:24,
161:25, 162:23, 163:9,
163:13, 164:7, 164:16,
165:19, 166:8, 166:11,
166:14, 166:15, 166:18
**off** [10] - 75:18, 75:19,
75:21, 75:25, 83:17,
145:4, 155:3, 155:4, 155:8
**office** [3] - 136:14,
144:14, 150:21
**officer** [23] - 47:9, 47:12,
49:11, 49:13, 96:16,
103:11, 105:6, 106:19,
107:16, 107:18, 108:12,
108:13, 111:10, 112:4,
112:21, 116:2, 116:5,
116:23, 117:15, 152:19,
152:22
**Officer** [6] - 1:7, 1:7, 2:9,
2:10, 161:12, 161:14
**officers** [41] - 78:5, 78:7,
96:8, 97:14, 97:25, 98:5,
98:10, 98:16, 98:21,
98:24, 99:15, 99:24,
100:2, 100:17, 101:14,
101:25, 102:2, 102:6,
102:7, 102:23, 103:19,
104:20, 104:22, 104:24,
105:3, 105:25, 106:25,
107:23, 108:1, 108:22,
109:5, 111:8, 116:14,
117:9, 121:7, 122:4,
125:4, 125:5, 125:6,
133:1, 153:14
**offices** [2] - 32:11, 32:23
**Offices** [2] - 38:13, 38:15
**official** [2] - 1:9, 2:11
**often** [1] - 147:20
**okay** [20] - 10:23, 27:13,
33:3, 40:5, 46:7, 48:8,
58:9, 59:4, 62:23, 68:6,
69:3, 74:7, 76:8, 114:4,
119:18, 125:8, 131:12,
136:18, 144:13, 144:16
**old** [3] - 24:17, 33:4,
119:12
**older** [4] - 24:20, 107:20,

146:9, 149:3

**on** [176] - 6:14, 13:6, 20:5, 20:16, 21:15, 21:19, 22:6, 25:1, 25:12, 25:20, 28:21, 29:7, 29:16, 38:21, 41:9, 43:22, 43:24, 44:2, 44:23, 49:4, 50:6, 51:4, 51:9, 51:11, 57:5, 58:8, 58:12, 59:4, 59:23, 60:19, 61:16, 61:23, 62:6, 64:5, 65:16, 68:15, 70:3, 70:23, 71:4, 72:8, 72:13, 73:1, 73:6, 73:7, 73:9, 73:15, 73:20, 74:1, 74:4, 74:7, 74:11, 74:18, 74:22, 74:23, 75:3, 75:7, 75:10, 75:12, 75:13, 75:14, 75:17, 75:19, 76:5, 76:6, 76:8, 76:9, 76:14, 76:24, 77:1, 77:5, 77:16, 77:23, 78:1, 78:5, 78:7, 78:10, 78:15, 78:18, 78:20, 78:21, 78:23, 78:24, 79:4, 79:6, 79:10, 79:22, 80:3, 80:9, 81:9, 81:15, 81:18, 81:20, 82:16, 82:17, 82:19, 82:20, 82:24, 83:2, 83:9, 83:13, 83:16, 83:20, 83:23, 85:3, 86:8, 86:10, 87:3, 87:9, 87:10, 87:11, 87:13, 88:18, 88:24, 89:18, 89:20, 90:8, 90:13, 90:17, 91:11, 93:16, 98:24, 100:14, 100:15, 100:16, 101:15, 101:22, 102:11, 102:23, 103:24, 104:12, 104:16, 107:7, 111:22, 113:16, 113:21, 116:8, 125:2, 127:16, 128:3, 131:6, 134:1, 134:6, 134:11, 134:14, 135:8, 138:13, 138:14, 141:14, 144:22, 146:12, 146:16, 146:19, 146:23, 147:2, 147:6, 147:11, 147:13, 148:6, 148:18, 152:7, 152:13, 155:3, 155:4, 155:7, 155:8, 155:9, 160:21, 161:7

**once** [20] - 11:21, 18:8, 52:4, 57:3, 57:4, 65:13, 84:19, 87:24, 89:15, 91:14, 95:5, 99:18, 100:9, 107:9, 108:4, 112:12, 130:2, 143:15, 152:23

**one** [45] - 12:17, 30:6, 34:3, 75:10, 76:5, 77:20, 78:2, 79:21, 80:11, 81:8, 85:12, 86:25, 90:23, 91:1, 92:4, 95:11, 96:7, 96:20,

100:18, 105:6, 109:10, 109:11, 109:12, 111:9, 112:5, 114:13, 117:9, 121:9, 121:10, 125:20, 126:23, 133:9, 133:10, 133:12, 146:9, 147:11, 147:13, 149:5, 156:15, 158:15, 158:20

**one-way** [5] - 75:10, 76:5, 77:20, 79:21, 126:23

**ones** [1] - 114:2

**ongoing** [1] - 156:16

**only** [4] - 100:17, 106:23, 140:11, 150:3

**onto** [14] - 49:5, 70:22, 73:18, 73:24, 74:6, 76:12, 77:4, 79:12, 79:15, 80:24, 86:22, 89:18, 100:14, 158:15

**open** [6] - 73:8, 80:10, 122:11, 152:25, 158:9

**openly** [1] - 117:5

**opportunity** [13] - 38:4, 38:10, 38:17, 38:20, 38:23, 39:10, 39:15, 150:3, 150:6, 150:11, 150:16, 150:20, 151:18

**opposite** [1] - 146:6

**or** [209] - 4:19, 6:5, 7:3, 7:6, 8:20, 9:14, 11:12, 11:24, 12:7, 13:15, 15:11, 15:13, 16:14, 16:16, 16:19, 17:1, 18:4, 18:17, 18:22, 19:6, 20:1, 20:10, 20:11, 20:14, 20:15, 20:18, 20:22, 22:15, 27:21, 28:5, 29:19, 29:24, 30:6, 30:8, 30:25, 34:23, 39:25, 41:24, 43:12, 45:1, 45:4, 47:20, 49:8, 50:20, 52:17, 53:2, 54:19, 54:24, 55:20, 56:10, 56:22, 57:3, 57:10, 58:18, 59:6, 59:11, 59:21, 62:25, 63:5, 63:9, 63:22, 64:10, 64:22, 65:10, 66:21, 70:5, 70:6, 71:9, 71:10, 71:17, 73:21, 74:2, 74:9, 75:11, 75:16, 77:16, 78:9, 78:18, 78:21, 78:24, 80:8, 80:16, 80:17, 80:20, 82:2, 82:4, 82:9, 84:25, 85:25, 88:13, 88:15, 89:16, 89:19, 89:25, 90:23, 91:2, 92:7, 93:9, 93:20, 94:22, 96:4, 96:7, 97:1, 97:18, 98:13, 99:7, 100:6, 100:17, 101:3, 101:4, 101:17, 101:19, 101:25, 102:23, 105:6, 106:18, 106:23,

109:3, 109:9, 110:2, 110:3, 111:6, 113:3, 113:21, 114:12, 116:5, 117:24, 119:10, 119:14, 121:14, 122:14, 122:25, 123:16, 123:17, 123:23, 124:23, 125:6, 128:1, 128:13, 129:12, 130:5, 130:15, 130:17, 131:2, 131:23, 132:17, 133:9, 135:8, 135:10, 135:15, 137:7, 138:25, 139:9, 139:10, 141:13, 141:18, 141:19, 141:20, 142:10, 144:9, 144:17, 144:24, 145:10, 146:5, 146:18, 146:19, 146:21, 146:22, 146:24, 147:12, 148:3, 149:10, 151:20, 152:20, 152:23, 154:10, 154:12, 154:15, 155:8, 155:23, 156:16, 157:6, 158:12, 159:7, 160:18, 160:22, 162:9, 162:21, 163:8, 166:14

**order** [10] - 15:11, 15:13, 15:14, 41:8, 42:18, 130:13, 141:21, 146:13, 147:15

**Order** [1] - 1:19

**ordered** [3] - 46:7, 46:10, 46:13

**organization** [2] - 40:14, 41:10

**original** [2] - 3:7, 3:13

**originally** [1] - 71:5

**orthopedic** [3] - 137:13, 137:22, 137:23

**other** [49] - 12:6, 12:7, 12:10, 12:13, 12:16, 14:1, 17:4, 18:5, 19:25, 20:4, 20:7, 21:1, 26:21, 27:14, 28:5, 30:8, 31:21, 31:22, 35:14, 57:13, 60:13, 63:6, 63:9, 63:17, 77:11, 77:14, 83:21, 94:21, 94:25, 96:20, 98:24, 101:14, 101:25, 102:2, 106:15, 108:22, 114:20, 114:24, 124:23, 124:25, 130:17, 147:13, 147:23, 153:17, 156:5, 156:10, 156:13, 159:13

**otherwise** [6] - 5:9, 35:17, 56:2, 63:14, 98:13, 135:15

**our** [2] - 117:6, 161:24

**out** [26] - 8:24, 25:15, 41:8, 44:20, 44:23, 56:18, 60:12, 61:16, 61:20, 65:6,

66:15, 72:5, 73:5, 81:1, 94:12, 96:20, 107:2, 130:5, 144:10, 147:5, 147:14, 148:23, 149:2, 153:24, 157:23, 157:24

**outcome** [4] - 13:9, 132:9, 160:14, 166:15

**outside** [5] - 45:23, 71:17, 73:8, 131:2, 131:23

**outstanding** [1] - 140:22

**over** [22] - 8:20, 46:20, 75:22, 75:23, 77:9, 78:10, 88:22, 94:24, 99:4, 99:10, 107:12, 111:3, 111:4, 123:14, 124:14, 137:3, 141:23, 144:20, 145:7, 145:19, 146:24, 154:15

**over-the-counter** [1] - 123:14

**own** [3] - 50:6, 127:16, 149:4

## P

**P** [3] - 2:1, 3:1

**P.M** [1] - 163:13

**p.m** [1] - 128:11

**pace** [1] - 61:2

**pack** [1] - 69:21

**packed** [1] - 69:22

**pads** [1] - 143:20

**PAGE** [3] - 165:5, 165:13, 165:18

**page** [1] - 68:17

**paid** [7] - 30:8, 30:16, 33:17, 66:22, 71:12, 144:11, 157:19

**pain** [87] - 7:14, 8:1, 8:14, 10:3, 10:24, 11:1, 29:8, 54:12, 54:13, 56:15, 57:6, 58:6, 58:7, 58:9, 58:12, 58:15, 58:23, 58:25, 59:1, 59:5, 59:7, 59:16, 59:21, 62:4, 62:5, 88:22, 91:16, 91:18, 91:22, 91:23, 91:25, 92:2, 92:3, 92:5, 92:9, 92:12, 92:14, 92:16, 92:20, 92:22, 93:1, 93:3, 93:5, 93:6, 93:9, 93:11, 93:13, 93:15, 93:18, 93:19, 93:23, 93:25, 94:21, 94:25, 106:8, 106:11, 110:12, 110:17, 110:19, 113:14, 115:3, 115:5, 119:9, 120:11, 120:12, 123:5, 123:13, 124:1, 124:6, 134:3, 134:12, 134:13, 134:15, 136:8, 141:15, 142:4, 142:20,

144:3, 145:10, 158:5
**PANEK** [1] - 2:3
**paranoia** [2] - 152:19, 153:14
**parent** [1] - 128:23
**parents** [2] - 24:17, 153:21
**park** [1] - 80:3
**Park** [17] - 35:23, 35:24, 36:1, 36:14, 37:2, 37:5, 37:11, 37:20, 37:22, 38:3, 39:3, 39:7, 39:13, 39:19, 39:22, 40:24, 40:25
**parked** [9] - 79:22, 79:25, 80:21, 81:23, 82:3, 86:7, 86:22, 87:25, 88:2
**parking** [2] - 80:9, 80:23
**parole** [2] - 15:18, 51:11
**part** [8] - 86:15, 86:18, 88:9, 88:12, 90:18, 92:8, 122:11, 158:24
**partially** [1] - 85:16
**particular** [1] - 64:22
**parties** [4] - 3:5, 12:20, 52:1, 166:14
**party** [8] - 14:7, 14:18, 14:23, 15:1, 15:4, 15:7, 41:9, 155:11
**pass** [1] - 82:17
**passed** [4] - 16:13, 35:3, 113:3, 151:15
**passenger** [2] - 85:11, 85:12
**passing** [2] - 29:11, 82:23
**past** [1] - 82:24
**pat** [1] - 101:3
**path** [1] - 78:25
**pay** [3] - 126:10, 144:10, 150:5
**paying** [3] - 140:13, 140:16, 140:20
**pedal** [1] - 146:13
**pedestrians** [1] - 102:24
**pendency** [1] - 21:11
**pending** [1] - 6:18
**people** [16] - 99:3, 99:7, 99:10, 102:23, 102:24, 109:3, 116:24, 118:20, 119:20, 122:6, 124:18, 124:23, 124:25, 125:2, 127:9, 152:25
**per** [1] - 30:10
**perform** [2] - 151:22, 153:2
**performing** [1] - 156:1
**period** [2] - 44:12, 113:1
**peripheral** [1] - 85:25
**person** [15] - 18:4, 31:8,

45:1, 45:4, 108:4, 108:15, 109:1, 118:22, 118:25, 119:3, 119:4, 119:6, 119:8, 146:9, 155:22
**person's** [1] - 31:11
**personal** [1] - 149:4
**personnel** [3] - 113:9, 122:22, 123:4
**phone** [8] - 18:4, 69:17, 69:23, 69:25, 101:8, 104:7, 135:8, 135:11
**phones** [1] - 135:12
**phonetic)** [1] - 55:2
**photo** [4] - 68:2, 68:4, 122:14, 135:14
**Photograph** [2] - 67:23, 165:7
**photographs** [4] - 130:20, 135:4, 135:21, 165:21
**photos** [9] - 121:25, 122:2, 122:14, 134:20, 134:23, 135:1, 135:14, 135:17, 135:23
**physical** [5] - 7:3, 7:6, 58:18, 133:25, 134:5
**physically** [5] - 33:3, 95:10, 101:2, 104:6, 151:21
**pick** [3] - 109:1, 129:14, 146:24
**picking** [2] - 32:17, 87:17
**picture** [2] - 68:24, 122:12
**pictures** [6] - 121:23, 122:4, 122:8, 134:22, 134:24, 134:25
**pillow** [1] - 144:22
**place** [5] - 73:9, 94:24, 146:9, 147:14, 164:8
**placed** [3] - 49:15, 99:18, 124:10
**plain** [2] - 119:14, 119:15
**PLAINTIFF** [1] - 1:3
**Plaintiff** [4] - 1:17, 2:3, 18:2, 165:20
**plaintiff** [3] - 12:11, 135:5, 165:22
**Plaintiff's** [1] - 67:24
**plan** [1] - 140:18
**planing** [2] - 65:16, 70:23
**plans** [3] - 64:24, 65:1, 67:3
**plates** [3] - 29:10, 32:17
**play** [4] - 149:10, 149:12, 149:17, 149:19
**playing** [1] - 13:8
**plea** [2] - 127:12, 127:13

**Please** [1] - 4:6
**please** [10] - 4:18, 4:22, 5:13, 5:16, 6:17, 21:21, 25:15, 25:18, 73:14
**plotnick** [3] - 145:17, 145:18, 145:23
**Plotnick** [1] - 145:20
**pocket** [7] - 49:3, 49:9, 70:3, 73:8, 104:9, 104:10, 144:10
**pockets** [3] - 101:3, 101:5, 101:7
**poetry** [2] - 148:5, 149:8
**point** [21] - 23:11, 44:7, 60:16, 72:18, 75:2, 75:5, 75:25, 76:8, 77:8, 77:11, 82:18, 83:2, 83:12, 88:19, 89:2, 99:21, 101:14, 109:20, 140:12, 154:3, 157:17
**poisoned** [1] - 158:13
**poked** [1] - 158:12
**Police** [8] - 1:7, 1:7, 2:9, 2:10, 152:13, 161:12, 161:14, 163:9
**police** [24] - 47:9, 47:11, 49:11, 49:13, 49:15, 78:5, 78:7, 95:18, 99:11, 102:23, 103:11, 103:19, 104:20, 104:22, 109:5, 110:10, 111:8, 112:4, 116:2, 120:8, 121:18, 152:19, 152:22, 153:14
**Port** [1] - 41:13
**portion** [5] - 85:4, 85:7, 85:12, 86:25, 88:16
**position** [3] - 40:5, 40:16, 42:1
**positioned** [2] - 102:14, 102:17
**possible** [1] - 44:23
**posted** [1] - 160:21
**pounds** [3] - 22:5, 22:10, 22:13
**PR** [10] - 53:19, 53:22, 55:20, 55:22, 136:6, 136:20, 136:25, 137:2, 137:14, 144:21
**Precinct** [5] - 117:21, 120:6, 120:20, 120:24, 121:12
**precinct** [16] - 47:14, 47:17, 49:17, 49:19, 106:6, 106:20, 106:22, 106:25, 107:9, 107:13, 116:19, 124:18, 129:14, 129:22, 129:25, 130:13
**precise** [1] - 146:19
**preparation** [1] - 33:2
**prepare** [3] - 18:3, 19:7,

32:14
**prepared** [2] - 20:24, 32:15
**preparing** [2] - 29:13, 42:17
**prescribe** [3] - 54:5, 54:8, 139:14
**prescribed** [7] - 8:20, 8:21, 11:3, 61:23, 62:1, 62:3, 62:14
**prescription** [3] - 8:22, 56:23, 62:23
**presence** [1] - 17:7
**PRESENT** [1] - 2:17
**present** [8] - 16:25, 17:13, 17:17, 18:13, 31:24, 118:6, 118:15, 127:8
**presently** [2] - 1:9, 2:12
**pressure** [3] - 94:2, 94:3, 94:20
**pretty** [3] - 131:12, 149:1, 150:24
**previously** [1] - 162:4
**primarily** [2] - 149:9, 151:1
**primary** [1] - 136:23
**prior** [24] - 31:24, 32:20, 33:6, 34:4, 42:11, 53:14, 62:7, 62:22, 63:14, 66:8, 66:25, 70:1, 75:16, 75:17, 85:22, 86:11, 89:7, 109:2, 149:16, 149:23, 150:4, 151:13, 152:6, 154:18
**private** [2] - 32:23, 126:10
**probably** [3] - 96:20, 97:13, 111:7
**probation** [1] - 51:9
**problem** [3] - 52:22, 146:20, 153:11
**problems** [6] - 52:14, 52:17, 132:17, 144:24, 145:22, 158:21
**Procedure** [1] - 1:19
**proceeding** [4] - 14:19, 15:2, 15:5, 15:8
**process** [1] - 97:20
**processed** [3] - 120:25, 121:5, 121:21
**processing** [1] - 107:12
**production** [3] - 18:1, 135:4, 165:19
**professionals** [1] - 145:13
**program** [7] - 27:21, 36:11, 36:24, 40:1, 40:2, 40:9
**propelled** [1] - 87:19

**protection** [1] - 15:13
**protective** [1] - 15:10
**protocol** [1] - 126:3
**provide** [4] - 58:5, 137:11, 141:11, 141:16
**providers** [2] - 115:20, 135:23
**psychiatrist** [1] - 139:9
**psychological** [3] - 46:14, 137:14, 138:23
**psychologist** [1] - 139:9
**psychology** [1] - 26:24
**public** [3] - 45:7, 48:18, 49:1
**Public** [3] - 1:22, 4:2, 166:7
**PUBLIC** [1] - 164:19
**pull** [2] - 77:8, 149:1
**pull-ups** [1] - 149:1
**pulled** [1] - 78:10
**purpose** [1] - 4:13
**pursuant** [1] - 1:18
**pursue** [1] - 150:10
**pursued** [1] - 150:9
**purveyor** [2] - 28:19, 41:24
**push** [1] - 149:1
**push-ups** [1] - 149:1
**put** [21] - 21:15, 21:18, 25:17, 49:3, 49:4, 58:8, 69:25, 73:7, 89:19, 97:20, 98:1, 98:3, 100:14, 108:6, 108:7, 111:22, 114:24, 138:14, 147:10, 147:12
**putting** [1] - 104:21

### Q

**Queens** [8] - 21:24, 26:13, 28:24, 40:12, 48:22, 53:21, 136:8, 143:6
**question** [39] - 5:1, 5:2, 5:5, 5:7, 5:10, 5:12, 5:16, 5:18, 6:18, 10:12, 11:16, 12:12, 15:6, 16:18, 17:8, 17:19, 20:13, 20:21, 31:6, 35:18, 44:13, 45:3, 46:9, 53:3, 61:14, 62:18, 78:22, 79:14, 82:22, 87:5, 97:4, 97:12, 118:10, 118:12, 131:6, 131:22, 134:2, 150:18, 162:3
**questioned** [1] - 158:20
**questions** [7] - 4:14, 110:6, 112:1, 113:12, 116:11, 162:1, 163:11
**quick** [1] - 118:7
**qureshi** [1] - 53:23
**Qureshi** [6] - 53:24, 54:2, 54:5, 54:16, 54:20, 55:3

### R

**R** [6] - 2:1, 3:1, 4:1, 164:1, 166:1
**radiates** [2] - 134:15, 134:16
**radiating** [1] - 134:13
**rains** [1] - 60:21
**raise** [1] - 56:2
**raised** [2] - 55:4, 55:7
**raising** [3] - 55:10, 55:15, 56:1
**ran** [3] - 44:20, 56:18, 151:12
**random** [1] - 102:22
**randomly** [1] - 152:18
**ranked** [1] - 107:16
**ranking** [1] - 107:17
**rarely** [2] - 52:3, 160:19
**rate** [1] - 59:6
**rather** [1] - 118:5
**react** [2] - 157:7, 157:8
**read** [2] - 118:13, 152:4
**realize** [2] - 6:4, 60:3
**realized** [1] - 154:11
**really** [8] - 64:11, 76:19, 82:23, 92:17, 94:3, 97:5, 107:11, 154:9
**rear** [1] - 85:6
**reason** [9] - 6:25, 10:25, 21:10, 31:5, 49:3, 64:22, 66:11, 142:25, 154:8
**reasons** [1] - 158:20
**recall** [89] - 8:16, 11:23, 12:21, 13:10, 16:20, 16:23, 18:9, 33:16, 33:17, 33:21, 34:6, 34:20, 39:17, 42:5, 42:23, 43:3, 44:4, 44:16, 48:19, 53:20, 55:10, 55:23, 57:1, 57:25, 58:8, 58:9, 58:12, 63:18, 63:21, 64:12, 64:20, 65:18, 66:8, 66:19, 67:9, 71:5, 71:12, 72:1, 78:9, 78:12, 78:14, 79:22, 80:21, 81:10, 83:1, 83:7, 83:13, 83:17, 85:4, 88:9, 90:2, 94:13, 95:14, 97:25, 98:10, 98:13, 99:2, 101:6, 102:2, 105:1, 105:3, 105:14, 105:19, 108:15, 109:12, 109:16, 112:3, 113:18, 114:16, 114:20, 115:1, 115:4, 115:18, 118:16, 118:17, 119:8, 119:12, 123:22, 123:23, 126:18, 127:23, 128:7, 131:17, 133:11, 136:16, 137:25, 141:14, 159:15, 160:1
**receive** [10] - 26:20, 28:5, 30:14, 35:14, 56:19, 58:2, 111:21, 138:2, 138:12, 143:16
**received** [17] - 43:10, 43:15, 45:7, 45:9, 45:11, 45:13, 45:15, 61:6, 61:12, 61:15, 61:19, 137:19, 138:9, 138:22, 142:23, 142:25, 151:12
**receiving** [4] - 53:2, 55:23, 114:20, 141:2
**recently** [2] - 10:18, 52:19
**recess** [2] - 64:2, 118:9
**recognizance** [2] - 50:6, 127:16
**recognize** [1] - 68:10
**recollection** [3] - 39:18, 69:7, 82:6
**recommended** [2] - 142:15, 144:8
**record** [4] - 4:6, 21:19, 117:25, 166:11
**recorder** [1] - 118:4
**recording** [1] - 117:6
**recovery** [3] - 44:24, 45:2, 45:5
**refer** [3] - 16:16, 16:19, 136:25
**referred** [3] - 118:12, 137:2, 144:15
**referred-to** [1] - 118:12
**referring** [2] - 19:17, 49:11
**refill** [1] - 56:19
**regarding** [3] - 19:6, 20:11, 20:19
**regular** [2] - 80:23, 104:21
**regularly** [3] - 8:2, 62:8, 136:20
**rehab** [1] - 144:17
**relate** [1] - 61:13
**related** [2] - 127:19, 166:13
**relating** [1] - 135:21
**relation** [1] - 133:17
**relationship** [9] - 153:11, 155:2, 155:3, 155:4, 155:10, 155:17, 155:21, 156:16, 156:22
**relationships** [4] - 154:25, 156:5, 156:11, 156:13
**relax** [1] - 66:10
**released** [2] - 50:6, 127:16
**relief** [5] - 54:12, 56:15, 141:8, 141:11, 141:16
**relieved** [1] - 142:20
**relive** [1] - 152:20
**remember** [131] - 9:3, 9:20, 12:23, 23:23, 23:25, 24:19, 26:15, 28:7, 35:6, 37:14, 41:21, 46:2, 46:6, 46:24, 47:8, 47:22, 48:14, 49:14, 50:13, 50:19, 50:25, 52:25, 53:6, 54:4, 55:6, 55:15, 55:17, 55:18, 56:25, 57:13, 58:14, 62:2, 62:13, 63:24, 64:9, 64:11, 66:24, 66:25, 69:20, 71:4, 71:20, 78:19, 79:24, 79:25, 80:2, 81:22, 82:25, 83:11, 83:19, 83:22, 84:8, 84:10, 86:19, 88:2, 88:17, 89:10, 90:24, 91:13, 96:3, 96:9, 96:15, 96:17, 96:21, 98:18, 98:19, 99:9, 99:10, 99:23, 100:3, 100:8, 100:21, 100:22, 101:8, 101:9, 102:8, 102:10, 104:1, 104:2, 107:8, 107:25, 108:12, 108:23, 109:9, 109:14, 110:7, 110:16, 110:24, 111:10, 111:25, 112:2, 112:7, 112:8, 112:25, 113:7, 113:12, 113:13, 114:2, 114:3, 114:9, 114:13, 114:15, 114:18, 115:19, 116:13, 119:2, 119:13, 120:13, 121:4, 125:18, 125:19, 126:20, 127:1, 128:15, 129:11, 130:7, 130:25, 135:10, 135:25, 139:2, 139:21, 140:2, 145:24, 152:20, 159:9, 160:5, 160:10, 161:2, 161:5, 161:25, 162:4, 162:5
**removed** [1] - 99:24
**removing** [1] - 101:6
**renewed** [1] - 25:24
**rent** [7] - 43:21, 43:22, 44:2, 44:8, 44:14, 44:17, 66:19
**repeat** [24] - 5:2, 15:6, 16:18, 17:8, 17:19, 19:21, 20:13, 20:21, 23:13, 24:13, 27:16, 35:18, 45:3, 46:9, 53:3, 61:14, 78:22, 79:14, 87:5, 97:12, 120:2, 127:4, 134:2, 161:19
**rephrase** [4] - 5:7, 17:9, 131:22, 156:10
**report** [1] - 31:9
**reported** [1] - 31:15

**reporter** [3] - 4:19, 4:23, 5:17
**Reporter** [2] - 67:25, 118:13
**represent** [1] - 4:12
**represented** [4] - 13:18, 15:20, 16:4, 17:4
**representing** [1] - 15:23
**REQUESTED** [1] - 165:17
**required** [1] - 29:19
**RER** [1] - 1:5
**reserved** [1] - 3:16
**reside** [1] - 22:21
**resided** [1] - 23:9
**residence** [3] - 22:23, 24:6, 24:9
**residency** [1] - 23:12
**resist** [1] - 47:5
**resistance** [1] - 144:22
**resisting** [3] - 47:7, 98:14, 126:24
**respect** [5] - 55:24, 57:17, 58:21, 100:10, 150:11
**respective** [1] - 3:5
**respond** [7] - 102:25, 103:1, 103:23, 106:3, 106:13, 109:15, 116:12
**response** [3] - 4:20, 119:16, 124:6
**responses** [1] - 4:18
**rest** [3] - 59:10, 60:1, 129:12
**restaurant** [3] - 37:4, 40:15, 41:24
**restaurant/bar** [1] - 41:11
**restraining** [2] - 15:11, 15:14
**result** [7] - 47:14, 57:8, 133:25, 134:5, 145:1, 152:12, 157:11
**retained** [1] - 165:9
**return** [3] - 127:19, 127:21, 130:8
**Review** [1] - 159:20
**review** [4] - 6:9, 6:10, 19:6, 19:10
**revoked** [1] - 25:8
**ride** [6] - 61:3, 76:4, 76:20, 82:15, 111:13
**riding** [19] - 72:19, 72:21, 75:2, 75:5, 75:7, 75:11, 75:16, 80:25, 81:1, 81:2, 81:4, 81:9, 81:10, 81:13, 81:18, 82:13, 82:16, 83:24, 84:2
**right** [71] - 9:11, 10:13,

22:15, 22:16, 27:24, 39:17, 49:6, 57:20, 68:23, 73:16, 73:25, 74:6, 75:15, 77:7, 77:23, 79:2, 80:1, 81:15, 81:19, 81:20, 81:21, 81:24, 82:10, 82:14, 85:9, 85:10, 85:11, 86:5, 86:7, 86:10, 87:19, 87:22, 87:23, 88:14, 88:16, 88:18, 88:24, 88:25, 90:24, 91:19, 92:12, 92:13, 93:7, 93:8, 93:21, 98:6, 99:16, 100:8, 101:23, 103:15, 104:14, 104:17, 110:20, 110:22, 112:17, 113:17, 114:12, 115:6, 115:16, 118:20, 119:19, 121:11, 134:12, 141:13, 144:14, 144:15, 147:4, 147:10, 158:3, 159:21
**right-hand** [1] - 68:23
**right-handed** [2] - 22:15, 22:16
**Rights** [2] - 14:13, 14:16
**rises** [1] - 148:21
**River** [17] - 35:23, 35:24, 36:1, 36:14, 37:2, 37:5, 37:11, 37:20, 37:22, 38:3, 39:2, 39:7, 39:13, 39:19, 39:22, 40:24, 40:25
**rock** [6] - 146:4, 147:19, 147:20, 147:22, 147:24, 149:8
**rode** [1] - 77:1
**Rodriguez** [12] - 4:7, 4:10, 21:2, 23:19, 23:21, 24:1, 24:8, 24:11, 24:14, 51:13, 54:24, 64:3
**RODRIGUEZ** [4] - 1:2, 1:18, 2:4, 164:12
**room** [1] - 148:24
**Ross** [3] - 138:1, 139:22, 142:16
**ross** [1] - 139:25
**roughly** [1] - 65:12
**route** [1] - 72:6
**rubbing** [2] - 143:20, 143:21
**rules** [2] - 4:17, 6:23
**Rules** [1] - 1:19
**run** [5] - 92:4, 146:4, 146:8, 153:4, 158:10
**runner** [4] - 37:6, 40:17, 40:18, 42:2
**résumé** [1] - 150:6

## S

**S** [9] - 1:8, 2:1, 2:10, 3:1,

4:1, 9:1, 163:4, 165:1
**safe** [1] - 33:12
**said** [30] - 13:23, 27:1, 37:7, 50:16, 50:23, 55:14, 66:16, 72:10, 82:23, 87:1, 87:20, 96:16, 97:9, 101:19, 103:12, 104:16, 106:11, 109:12, 112:7, 118:20, 118:22, 119:3, 119:8, 125:9, 140:3, 140:24, 142:4, 143:2, 144:11, 144:13
**sake** [1] - 53:8
**salary** [1] - 33:15
**Salon** [1] - 67:11
**salon** [11] - 65:4, 65:5, 67:7, 67:9, 67:13, 67:15, 70:4, 70:11, 72:7, 74:13, 74:22
**same** [27] - 3:9, 3:11, 3:13, 5:25, 25:1, 32:16, 33:1, 37:15, 39:8, 40:23, 41:17, 44:6, 59:24, 92:15, 93:8, 116:5, 139:18, 150:9, 152:4, 152:21, 153:2, 153:3, 153:4, 153:21, 153:25, 154:15
**sat** [1] - 100:14
**savings** [2] - 44:20, 157:12
**saw** [13] - 10:9, 53:22, 55:3, 55:10, 76:15, 91:15, 96:4, 103:9, 103:20, 117:16, 124:8, 139:10, 139:22
**say** [73] - 4:18, 9:18, 9:20, 10:7, 10:13, 12:12, 16:9, 16:15, 32:19, 33:2, 33:3, 33:12, 34:13, 37:9, 39:2, 39:4, 47:20, 49:6, 51:24, 52:2, 53:13, 55:9, 58:25, 59:10, 60:1, 62:17, 66:14, 71:21, 74:9, 80:19, 81:25, 82:11, 85:6, 85:9, 85:10, 86:17, 87:15, 87:21, 88:14, 90:20, 92:10, 95:17, 96:11, 96:14, 98:17, 100:20, 101:21, 102:8, 103:22, 106:5, 106:7, 106:9, 110:19, 118:2, 119:16, 128:4, 128:9, 129:7, 129:10, 130:11, 141:20, 142:2, 142:10, 144:16, 145:9, 147:3, 147:23, 148:5, 148:9, 154:14, 156:13, 157:4, 158:23
**saying** [8] - 97:10, 98:19, 100:22, 103:5, 117:10, 140:11, 151:19, 161:22

**says** [2] - 68:7, 68:18
**scale** [5] - 59:4, 59:23, 59:24, 92:2, 93:18
**scan** [3] - 114:6, 114:8, 114:19
**scar** [2] - 58:4, 114:11
**scared** [5] - 139:18, 153:6, 158:12, 158:16, 158:17
**scares** [1] - 153:6
**scattered** [3] - 103:9, 104:4, 104:6
**scattering** [1] - 104:3
**scene** [5] - 98:24, 100:5, 101:15, 101:23, 130:8
**scheduled** [1] - 50:5
**school** [11] - 26:8, 26:10, 26:14, 26:16, 26:18, 26:20, 27:12, 27:15, 43:7, 151:25, 160:25
**School** [1] - 26:11
**scratch** [1] - 59:6
**sealing** [1] - 3:6
**search** [2] - 101:1, 135:20
**searched** [6] - 49:2, 100:16, 100:24, 101:17, 101:20, 101:22
**season** [1] - 159:1
**seated** [1] - 87:13
**second** [2] - 12:3, 48:15
**secretary** [1] - 107:25
**security** [4] - 21:17, 21:21, 43:10, 43:12
**sedan** [4] - 78:9, 84:7, 86:16, 87:7
**see** [29] - 10:2, 54:16, 68:7, 68:18, 77:8, 77:11, 77:14, 77:25, 78:3, 78:5, 78:7, 79:6, 85:25, 88:7, 95:25, 96:2, 96:4, 103:24, 108:1, 116:19, 117:12, 122:22, 123:16, 130:23, 133:9, 133:13, 145:21, 148:10, 152:8
**seeing** [7] - 9:24, 53:14, 78:9, 78:14, 83:13, 105:19, 156:11
**seek** [8] - 53:14, 53:17, 57:17, 57:22, 58:18, 136:2, 136:5, 159:4
**seem** [1] - 103:4
**seems** [1] - 68:24
**seen** [12] - 112:17, 112:19, 113:4, 113:6, 113:9, 119:22, 125:5, 133:6, 133:20, 137:23, 152:19, 159:7
**seizure** [1] - 158:7

semester [1] - 28:1
semi [2] - 87:10, 87:16
semi-hold [1] - 87:10
semi-maintain [1] - 87:16
sensation [2] - 134:17, 146:19
sent [1] - 117:9
separated [1] - 24:18
separating [1] - 80:17
separation [1] - 24:16
Sergeant [5] - 1:8, 2:10, 161:10, 161:18, 161:22
sergeant [4] - 116:22, 118:14, 118:17, 118:18
served [1] - 28:8
service [3] - 3:12, 32:9, 32:10
services [3] - 137:11, 141:3, 141:5
serving [2] - 29:10, 40:19
session [1] - 144:20
sessions [2] - 139:5, 139:7
set [5] - 29:19, 29:24, 127:14, 166:10, 166:17
setting [4] - 13:15, 13:17, 150:22, 150:24
seven [1] - 42:25
shake [1] - 4:19
shape [1] - 72:5
sharp [1] - 158:5
she [5] - 65:23, 124:6, 144:7, 149:4, 158:17
she's [1] - 149:3
Shield [4] - 1:7, 2:10
shift [2] - 30:6, 116:7
shifts [1] - 30:3
shirt [1] - 69:8
shock [2] - 91:10, 113:21
shook [1] - 91:9
shooting [4] - 59:1, 93:5, 93:15, 158:5
short [5] - 64:2, 94:10, 95:11, 118:9, 158:7
shorts [1] - 69:8
shots [2] - 142:14
should [2] - 20:5, 109:13
shoulder [4] - 88:22, 115:16, 134:13, 158:3
shoulders [1] - 158:2
show [4] - 32:16, 68:1, 114:8, 151:14
showed [2] - 109:6, 144:21
shown [2] - 19:19, 19:22
side [31] - 57:10, 68:23, 70:3, 73:4, 81:15, 81:20, 81:21, 85:3, 85:6, 85:9,

85:10, 85:11, 88:14, 88:15, 88:16, 88:18, 88:24, 88:25, 89:18, 91:19, 92:12, 92:13, 92:17, 93:9, 93:21, 107:7, 110:20, 113:17, 115:6
sides [2] - 80:3, 80:9
sidewalk [5] - 75:3, 78:18, 78:21, 78:24, 90:14
signed [3] - 3:8, 3:9, 3:12
significantly [1] - 32:19
silver [1] - 107:19
similar [1] - 94:20
simultaneously [1] - 38:8
since [29] - 9:12, 10:9, 24:3, 25:7, 27:15, 28:6, 29:2, 31:3, 31:15, 31:18, 44:7, 61:12, 61:19, 94:7, 94:9, 94:16, 119:22, 129:3, 133:6, 135:12, 144:16, 149:15, 150:2, 150:7, 152:9, 154:25, 156:5, 156:11, 157:16
single [3] - 80:16, 80:20, 82:9
sirens [2] - 79:3, 83:17
sit [1] - 149:1
sit-ups [1] - 149:1
sitting [8] - 22:4, 59:13, 59:24, 94:17, 113:22, 145:9, 147:10, 147:16
situations [1] - 156:8
six [4] - 35:7, 41:2, 56:14, 82:12
skeptical [1] - 152:24
sleep [5] - 8:5, 144:22, 144:24, 149:21, 152:10
Small [1] - 14:23
small [1] - 157:6
smallest [1] - 157:2
snap [1] - 147:5
so [114] - 4:19, 4:22, 5:17, 8:6, 10:17, 11:3, 13:14, 25:23, 29:14, 29:16, 30:1, 30:5, 32:22, 33:12, 39:2, 39:6, 39:13, 43:1, 46:16, 48:1, 48:10, 49:15, 54:13, 55:3, 55:7, 55:9, 59:23, 60:20, 61:5, 62:17, 69:23, 70:1, 70:18, 72:1, 72:12, 73:5, 73:14, 74:18, 74:23, 75:8, 75:10, 76:8, 76:19, 82:13, 84:21, 85:15, 86:25, 87:9, 87:11, 87:15, 89:4, 89:21, 89:22, 90:11, 92:24, 94:23, 95:5, 95:21, 102:11, 103:7, 104:6, 107:5, 108:4, 109:2, 112:9, 113:3,

113:22, 116:24, 117:13, 117:14, 118:20, 119:2, 121:7, 122:11, 122:13, 123:6, 123:22, 125:14, 128:5, 129:18, 130:17, 131:1, 131:12, 132:3, 132:21, 133:23, 134:3, 134:14, 134:22, 135:17, 140:15, 140:22, 141:7, 141:24, 142:19, 142:23, 144:24, 145:9, 147:15, 148:6, 148:21, 149:5, 149:7, 150:7, 150:15, 151:3, 151:10, 151:17, 152:25, 154:13, 154:14, 156:25, 162:7
social [7] - 21:17, 21:21, 43:10, 43:12, 51:21, 51:24, 160:17
socialize [1] - 152:16
soda [1] - 150:23
soft [1] - 58:4
Solutions [5] - 32:3, 34:9, 38:6, 38:16, 38:19
some [18] - 4:17, 16:3, 30:8, 60:16, 76:8, 97:18, 101:14, 109:20, 109:24, 113:9, 130:17, 134:22, 141:10, 144:9, 153:13, 154:3, 157:6, 161:25
somebody [5] - 113:4, 117:12, 118:23, 123:1, 160:8
someone [6] - 13:6, 31:9, 55:20, 124:11, 136:25
something [25] - 11:24, 13:16, 54:24, 58:8, 59:1, 59:6, 60:2, 68:18, 80:17, 84:25, 88:21, 92:4, 102:8, 109:13, 110:2, 110:3, 118:3, 123:17, 131:23, 139:10, 146:16, 146:22, 147:14, 157:7, 158:17
sometime [1] - 55:4
sometimes [5] - 29:21, 60:8, 147:3, 147:6, 157:2
somewhat [4] - 89:3, 141:12, 144:1, 145:4
somewhere [4] - 33:12, 55:21
sonnier [1] - 28:15
SONNIER [1] - 28:17
Sonnier [1] - 28:18
soon [1] - 60:2, 148:21
sorry [5] - 73:13, 96:1, 96:23, 158:25, 163:7
sort [41] - 27:20, 32:4, 37:2, 40:14, 43:15, 43:20, 46:14, 52:22, 57:7, 57:22,

58:5, 58:9, 58:16, 58:18, 59:16, 91:23, 92:16, 93:13, 93:25, 94:4, 104:12, 109:24, 110:1, 114:4, 120:10, 120:12, 123:11, 123:21, 133:23, 135:14, 138:12, 143:16, 143:21, 143:23, 144:9, 144:17, 145:1, 148:4, 150:12, 150:18, 159:25
sought [1] - 15:13
sounds [2] - 161:13, 161:16
source [2] - 31:22, 35:14
space [4] - 76:4, 76:20, 80:10, 82:5
sparkling [1] - 150:23
spasms [2] - 56:16, 115:3
speak [20] - 4:22, 18:25, 19:3, 50:24, 78:12, 102:7, 102:9, 102:16, 109:2, 113:11, 116:15, 116:18, 118:14, 118:25, 119:4, 119:6, 125:14, 128:1, 160:2, 160:8
speaking [8] - 66:25, 80:3, 112:4, 117:7, 117:12, 118:17, 133:24, 141:22
specific [2] - 59:23, 138:16
specifically [6] - 85:4, 88:15, 115:1, 124:1, 139:25, 145:20
specified [1] - 164:8
speed [1] - 84:15
speeding [1] - 86:5
spell [3] - 8:24, 28:16, 163:1
spend [3] - 43:22, 43:24, 138:6
spent [1] - 115:24
spine [6] - 134:9, 142:21, 144:23, 147:13, 158:4, 158:19
spoke [9] - 102:21, 109:8, 109:17, 117:4, 118:2, 122:25, 124:11, 160:4, 160:6
spoken [1] - 129:3
squad [1] - 107:2
Square [2] - 34:7, 41:16
SS [1] - 166:3
SSI [1] - 43:12
staff [4] - 109:2, 109:20, 115:2, 116:15
Staffing [20] - 32:3, 34:9, 34:10, 34:14, 34:16, 34:18, 34:21, 34:25, 35:5,

35:13, 35:17, 35:20, 37:16, 37:18, 38:6, 38:16, 38:19, 39:8, 40:24, 41:18
**stairs** [2] - 146:8, 146:10
**stamps** [1] - 45:9
**stand** [2] - 144:3, 146:15
**standing** [3] - 88:7, 99:16, 146:23
**stands** [1] - 159:18
**STARRANTINO** [2] - 1:8, 2:10
**Starrantino** [3] - 161:10, 161:18, 161:22
**starrantino** [1] - 161:20
**start** [8] - 9:24, 10:5, 28:1, 53:11, 56:7, 80:24, 137:6, 142:7
**started** [10] - 37:13, 44:21, 53:1, 56:5, 56:10, 62:17, 62:20, 81:1, 87:4, 110:6
**starting** [1] - 37:2
**State** [5] - 1:22, 4:2, 14:13, 45:15, 166:8
**state** [3] - 4:6, 24:24, 104:13
**STATE** [1] - 166:3
**STATES** [1] - 1:1
**station** [3] - 29:13, 150:22, 150:24
**stations** [3] - 29:24, 32:14, 32:15
**stay** [3] - 30:5, 129:12, 130:6
**stayed** [1] - 154:15
**steps** [1] - 76:25
**steroid** [1] - 142:14
**stiffness** [1] - 91:25
**still** [13] - 59:13, 60:18, 87:3, 87:9, 87:11, 87:13, 89:1, 96:18, 99:21, 107:13, 135:17, 144:4, 145:22
**STIPULATED** [2] - 3:4, 3:15
**stood** [1] - 95:5
**stop** [10] - 23:21, 38:3, 42:3, 43:6, 60:24, 96:13, 97:6, 140:6, 142:9, 155:20
**stopped** [7] - 24:14, 34:25, 35:4, 39:13, 83:24, 109:13, 140:3
**stopping** [1] - 109:14
**store** [6] - 11:2, 42:15, 42:16, 71:15, 131:14, 131:17
**stores** [1] - 131:2
**straight** [5] - 60:25, 73:16, 78:4, 146:5, 147:15

**street** [24] - 67:21, 68:24, 69:1, 72:9, 75:12, 77:20, 78:18, 78:20, 78:24, 79:21, 79:23, 80:1, 80:4, 80:8, 84:20, 86:24, 89:20, 90:17, 90:19, 91:3, 91:8, 100:16, 102:23, 131:14
**Street** [44] - 1:20, 2:4, 2:13, 28:21, 42:6, 68:8, 69:2, 72:8, 72:13, 73:23, 73:24, 74:1, 74:3, 74:6, 74:7, 74:10, 75:13, 75:19, 75:20, 76:9, 76:14, 76:24, 77:2, 77:5, 77:16, 77:19, 77:20, 77:23, 78:1, 78:5, 78:10, 78:15, 79:4, 79:7, 79:10, 79:12, 79:18, 79:19, 80:7, 81:2, 81:5, 81:6, 81:7, 131:10
**streets** [2] - 74:25, 76:17
**strength** [3] - 58:23, 60:3, 134:14
**stressed** [1] - 94:12
**stretch** [2] - 144:20, 148:23
**stretcher** [1] - 111:23
**stretching** [1] - 138:13
**strong** [2] - 154:11, 154:12
**struck** [10] - 84:5, 84:13, 84:19, 85:17, 92:1, 103:9, 109:5, 110:10, 119:9, 133:1
**struggling** [1] - 98:10
**stuff** [5] - 104:2, 104:4, 123:14, 148:25, 149:19
**subject** [1] - 15:10
**Subscribed** [1] - 164:15
**substance** [1] - 125:25
**substantially** [2] - 22:9, 22:12
**substantive** [1] - 139:16
**subway** [1] - 70:22
**such** [5] - 7:14, 11:12, 149:3, 156:8, 166:10
**sued** [1] - 12:22, 163:5, 163:8
**suffer** [1] - 53:9, 57:7, 133:25
**suffered** [5] - 59:5, 61:16, 134:5, 153:18, 157:10
**suffering** [3] - 53:2, 53:11, 115:2
**suicidal** [1] - 63:11
**suing** [1] - 133:3
**sum** [1] - 125:24
**summer** [10] - 36:11, 36:24, 40:1, 40:2, 40:8, 64:23, 69:8, 71:22, 71:24,

159:3
**sun** [3] - 148:21, 152:8
**supervisor** [7] - 30:18, 31:2, 31:3, 31:7, 31:8, 33:19, 33:25
**supervisor's** [1] - 30:23
**support** [2] - 15:4, 15:8
**suppose** [3] - 11:6, 65:3, 65:11
**sure** [30] - 7:17, 12:13, 15:7, 17:9, 17:21, 20:22, 23:14, 27:17, 31:7, 32:15, 35:19, 37:10, 39:6, 41:8, 42:17, 44:14, 45:4, 46:10, 55:7, 61:15, 69:18, 78:23, 90:10, 90:24, 100:6, 118:20, 134:3, 150:15, 159:1, 163:3
**surgery** [1] - 145:1
**surrounding** [1] - 131:4
**suspended** [2] - 25:10, 26:14
**sustain** [2] - 134:8, 155:17
**sustaining** [1] - 154:24, 155:21
**SUV** [1] - 88:4
**sworn** [5] - 3:8, 4:2, 164:4, 164:15, 166:10
**symptoms** [17] - 10:1, 10:6, 53:8, 53:12, 53:15, 53:18, 54:3, 54:14, 55:5, 55:7, 55:10, 55:16, 55:24, 56:1, 56:3, 57:7, 58:21

---

## T

**T** [7] - 3:1, 69:8, 164:1, 165:1, 166:1
**T-shirt** [1] - 69:8
**tables** [1] - 29:19
**tackled** [1] - 48:25
**take** [36] - 6:1, 6:17, 6:19, 7:18, 7:24, 8:2, 8:4, 8:6, 8:13, 9:4, 9:8, 9:16, 10:23, 11:2, 11:7, 13:1, 25:15, 38:23, 63:25, 72:7, 86:25, 97:14, 97:18, 106:22, 111:17, 112:19, 115:22, 118:7, 120:14, 120:17, 121:15, 121:24, 130:20, 135:9, 135:23, 151:1
**taken** [23] - 1:18, 5:21, 7:9, 7:12, 10:8, 10:17, 10:19, 11:7, 27:18, 44:23, 47:14, 47:21, 49:23, 64:2, 111:2, 112:13, 118:9, 122:2, 134:20, 134:24, 135:1, 135:4, 165:21

**taking** [10] - 10:12, 31:24, 56:5, 56:8, 56:10, 56:13, 56:17, 57:8, 62:8, 121:23
**talk** [12] - 18:17, 18:22, 102:19, 108:22, 108:24, 116:10, 124:19, 125:10, 133:15, 148:17, 152:23, 155:25
**talked** [3] - 109:7, 133:23, 154:20
**talking** [9] - 61:8, 73:11, 82:8, 99:11, 107:15, 112:25, 117:16, 117:23, 118:19
**tall** [5] - 22:2, 95:11, 109:11, 109:12, 133:12
**taller** [1] - 95:14
**task** [2] - 148:11, 151:22
**tasks** [4] - 32:25, 147:6, 149:4, 150:12
**taxing** [1] - 33:3
**tea** [1] - 52:10
**technician** [2] - 32:9, 32:10
**teeth** [2] - 64:15, 66:8
**tell** [18] - 5:9, 5:13, 5:22, 20:7, 46:16, 48:15, 86:15, 110:9, 110:11, 110:17, 118:4, 124:3, 125:24, 129:1, 139:16, 145:20, 145:23, 155:24
**tells** [1] - 118:4
**temporary** [3] - 141:8, 141:17, 141:18
**ten** [10] - 10:10, 23:1, 46:3, 70:9, 89:11, 102:6, 111:19, 112:9, 116:1, 123:20
**ten-minute** [1] - 70:9
**term** [1] - 155:8
**terminate** [1] - 132:7
**terms** [3] - 32:25, 48:11, 132:14
**testified** [14] - 4:3, 12:2, 12:3, 15:16, 15:18, 19:16, 52:19, 53:7, 66:22, 67:6, 70:13, 84:24, 95:5, 134:21
**testify** [6] - 6:25, 7:1, 7:4, 20:5, 20:8, 164:4
**testimony** [11] - 13:13, 30:22, 61:15, 72:12, 77:4, 90:13, 100:10, 155:16, 164:4, 164:7, 166:11
**tests** [1] - 114:24
**than** [50] - 10:7, 12:6, 12:10, 19:25, 20:4, 20:7, 21:1, 22:9, 22:12, 23:1, 23:24, 24:20, 31:21, 32:20, 35:7, 35:9, 35:11,

46:3, 46:5, 50:14, 52:4,
57:3, 57:4, 63:19, 71:21,
71:23, 76:18, 82:11,
84:14, 86:13, 89:11,
89:13, 97:24, 102:6,
102:15, 105:6, 112:15,
112:20, 116:1, 119:7,
121:13, 123:20, 124:16,
125:23, 127:22, 132:4,
139:4, 151:12, 153:13,
159:13

**That** [1] - 166:9

**that** [465] - 3:5, 3:7, 3:10,
3:15, 4:15, 4:17, 4:19,
4:23, 5:1, 5:5, 5:9, 5:13,
5:17, 5:21, 5:24, 6:4,
6:11, 6:18, 6:25, 7:3, 7:6,
7:8, 8:2, 8:4, 8:8, 8:17,
8:22, 8:25, 10:1, 10:17,
10:19, 10:23, 10:25, 11:6,
11:7, 11:22, 12:12, 12:18,
12:20, 12:24, 13:1, 13:7,
13:9, 13:21, 13:23, 14:2,
16:23, 16:25, 17:13, 18:9,
18:13, 20:19, 20:23,
22:18, 23:9, 23:12, 23:13,
23:21, 24:13, 24:15,
25:21, 26:4, 26:12, 26:15,
26:23, 26:25, 27:6, 27:16,
28:7, 28:16, 28:20, 30:1,
30:5, 30:6, 30:22, 31:5,
31:8, 31:9, 31:11, 32:2,
33:12, 33:15, 33:19,
33:21, 34:2, 34:8, 34:13,
35:18, 37:9, 38:5, 38:12,
38:18, 38:23, 39:2, 40:8,
40:13, 40:20, 41:12,
41:22, 42:5, 42:11, 43:4,
44:5, 45:25, 46:9, 46:17,
46:25, 47:14, 48:2, 48:11,
48:17, 48:19, 48:21,
48:23, 49:7, 49:13, 49:21,
51:1, 52:2, 52:19, 53:3,
53:9, 53:20, 53:25, 54:6,
54:13, 55:3, 55:5, 55:9,
55:15, 55:18, 56:5, 56:8,
56:10, 56:13, 56:15,
56:17, 56:19, 56:24,
57:14, 57:20, 57:23, 59:1,
59:7, 59:20, 59:21, 60:3,
60:15, 61:6, 61:13, 61:14,
61:15, 61:16, 61:20, 62:5,
62:17, 63:13, 63:24, 64:8,
64:12, 64:16, 64:20,
64:24, 65:1, 65:10, 65:21,
65:25, 66:3, 66:8, 66:11,
66:13, 66:16, 67:1, 67:6,
67:9, 68:18, 68:21, 68:23,
69:1, 69:4, 69:6, 69:21,
69:25, 70:13, 71:3, 71:19,

72:2, 72:4, 72:6, 72:9,
72:12, 72:15, 72:19,
73:13, 74:18, 74:21,
75:16, 75:17, 75:25,
76:15, 76:18, 77:4, 77:8,
77:11, 81:9, 81:23, 82:2,
82:3, 82:8, 83:24, 84:1,
84:4, 84:6, 84:12, 84:15,
84:18, 84:21, 84:24,
85:13, 85:19, 86:25, 87:1,
87:3, 87:6, 87:15, 87:16,
87:24, 88:2, 88:7, 88:9,
88:19, 89:1, 89:6, 89:21,
89:22, 90:5, 90:13, 91:10,
92:6, 92:9, 92:11, 92:14,
92:19, 92:22, 93:10,
93:18, 93:19, 93:22,
93:23, 94:4, 94:11, 94:13,
94:15, 94:17, 94:25, 95:5,
96:11, 96:16, 97:7, 98:21,
100:2, 100:4, 100:10,
100:20, 101:19, 101:21,
101:22, 102:11, 102:14,
102:17, 103:12, 103:14,
104:22, 105:3, 105:15,
105:17, 105:20, 105:25,
106:11, 107:11, 107:15,
107:21, 107:23, 108:5,
108:15, 109:1, 109:5,
109:13, 110:12, 110:16,
110:24, 110:25, 111:10,
112:5, 112:25, 113:11,
113:18, 113:19, 113:20,
113:21, 115:2, 116:14,
116:21, 116:23, 117:3,
117:8, 117:15, 117:17,
117:18, 117:19, 117:21,
118:25, 119:4, 119:6,
119:8, 119:19, 120:2,
121:1, 121:9, 121:10,
121:14, 121:22, 122:6,
122:10, 122:25, 123:19,
123:25, 124:8, 124:18,
125:14, 127:4, 128:14,
129:21, 130:1, 130:5,
130:23, 131:12, 131:17,
132:3, 132:25, 133:1,
133:17, 133:20, 134:2,
134:3, 135:6, 135:17,
135:21, 136:21, 137:25,
138:9, 138:22, 138:25,
139:9, 139:22, 140:3,
140:11, 140:12, 141:14,
142:20, 143:16, 143:25,
144:10, 144:17, 144:24,
145:9, 145:14, 145:16,
145:21, 145:25, 146:25,
147:8, 147:19, 148:3,
149:14, 150:3, 150:4,
150:13, 150:15, 150:25,

151:1, 151:7, 151:8,
151:15, 151:17, 151:22,
151:24, 152:2, 152:6,
152:9, 152:18, 152:21,
153:1, 153:3, 153:6,
153:8, 153:12, 153:14,
153:17, 153:18, 153:24,
153:25, 154:1, 154:2,
154:8, 154:14, 154:23,
154:24, 155:4, 155:16,
155:21, 155:23, 156:10,
156:13, 156:16, 156:18,
157:22, 157:23, 157:24,
158:5, 158:6, 158:14,
158:18, 158:19, 158:22,
158:24, 159:1, 159:5,
159:15, 160:1, 160:14,
162:3, 162:4, 162:10,
162:13, 162:16, 162:17,
162:18, 164:3, 164:6,
166:10, 166:11, 166:13,
166:15

**that's** [31] - 6:18, 7:17,
21:20, 31:8, 55:13, 69:15,
69:20, 75:7, 75:11, 75:13,
82:15, 97:9, 106:10,
111:25, 112:2, 115:18,
116:24, 117:6, 117:16,
117:17, 117:24, 121:4,
125:3, 128:5, 132:11,
137:14, 141:2, 147:2,
147:18, 158:20, 159:23

**the** [708] - 1:9, 1:9, 1:17,
1:18, 1:19, 1:20, 1:22,
2:3, 2:9, 2:11, 2:12, 3:5,
3:6, 3:7, 3:8, 3:9, 3:10,
3:11, 3:12, 3:13, 3:16,
4:2, 4:6, 4:12, 4:13, 4:14,
4:15, 4:16, 4:17, 4:19,
4:23, 5:2, 5:7, 5:12, 5:17,
5:22, 5:25, 6:4, 6:9, 6:11,
6:13, 6:19, 6:23, 7:9,
7:12, 7:17, 7:20, 8:11,
8:20, 8:24, 9:7, 9:20,
9:21, 10:1, 10:11, 10:21,
11:2, 11:7, 11:9, 11:13,
12:2, 12:7, 12:20, 13:9,
13:18, 13:23, 14:12,
14:15, 15:6, 15:10, 16:18,
17:3, 17:6, 17:7, 17:8,
17:10, 17:13, 17:15,
17:16, 17:19, 17:21,
17:22, 17:25, 18:1, 18:21,
19:7, 19:11, 19:14, 19:17,
19:22, 19:25, 20:11,
20:13, 20:16, 20:19,
20:21, 20:23, 21:11,
21:15, 21:16, 21:17,
21:18, 21:19, 23:8, 24:24,
25:1, 25:15, 25:18, 25:20,

28:8, 29:16, 29:18, 30:20,
31:7, 31:8, 31:25, 33:1,
34:1, 34:2, 34:8, 34:11,
34:17, 34:20, 35:19,
36:24, 37:15, 38:7, 38:10,
38:19, 39:5, 39:8, 39:10,
39:15, 39:18, 40:1, 40:8,
40:23, 41:9, 41:17, 42:17,
42:18, 44:6, 44:13, 45:3,
45:25, 46:16, 46:17,
46:20, 47:2, 47:17, 48:11,
48:15, 48:16, 48:23,
48:25, 49:3, 49:4, 49:5,
49:8, 49:9, 49:10, 49:11,
49:19, 50:6, 50:9, 50:18,
50:24, 52:25, 53:4, 53:8,
54:2, 54:10, 54:13, 55:9,
55:10, 55:15, 55:16,
56:22, 57:6, 57:8, 58:7,
59:4, 59:6, 59:20, 59:24,
60:3, 60:10, 60:19, 61:16,
62:6, 62:18, 63:13, 64:4,
64:5, 64:6, 64:8, 64:10,
65:6, 65:7, 65:14, 65:15,
65:16, 65:20, 66:2, 66:4,
66:9, 66:12, 66:21, 66:23,
67:1, 67:9, 67:11, 67:13,
67:15, 67:25, 68:6, 68:7,
68:17, 68:20, 68:23, 69:4,
69:6, 69:14, 70:2, 70:3,
70:4, 70:10, 70:14, 70:21,
70:22, 70:23, 71:1, 71:4,
71:21, 71:24, 72:7, 72:9,
72:15, 73:4, 73:5, 73:7,
73:9, 73:15, 74:12, 74:15,
74:20, 75:3, 75:8, 75:10,
75:14, 75:16, 75:17,
75:19, 75:21, 75:25, 76:5,
76:6, 76:9, 76:17, 76:20,
77:3, 77:4, 77:5, 77:23,
77:24, 77:25, 78:18,
78:20, 78:21, 78:22,
78:24, 78:25, 79:1, 79:14,
79:22, 79:23, 79:25, 80:1,
80:4, 80:17, 80:22, 81:6,
81:15, 81:16, 81:18,
81:19, 81:20, 81:21,
81:23, 82:3, 82:5, 82:6,
82:13, 82:15, 82:21,
82:22, 83:20, 84:10,
84:14, 84:15, 84:20,
84:24, 84:25, 85:7, 85:11,
85:12, 85:15, 85:17,
85:19, 85:22, 85:23, 86:8,
86:10, 86:15, 86:16,
86:18, 86:21, 86:24, 87:3,
87:5, 87:8, 87:9, 87:10,
87:11, 87:13, 87:17,
87:18, 87:19, 87:22,
87:23, 88:11, 88:12,

88:18, 88:22, 89:1, 89:5, 89:6, 89:7, 89:15, 89:18, 89:20, 90:3, 90:8, 90:10, 90:11, 90:13, 90:17, 90:18, 90:25, 91:3, 91:7, 92:3, 92:4, 92:5, 92:17, 93:3, 93:8, 94:11, 94:14, 94:24, 95:3, 95:14, 95:24, 95:25, 96:2, 96:7, 96:20, 97:1, 97:2, 97:3, 97:4, 97:5, 97:12, 97:14, 97:20, 97:25, 98:5, 98:10, 98:16, 99:2, 99:10, 99:11, 99:13, 99:15, 99:20, 99:24, 100:5, 100:11, 100:12, 100:15, 100:16, 100:17, 101:15, 101:22, 102:11, 102:23, 103:19, 103:20, 103:24, 104:4, 104:12, 104:16, 104:22, 105:3, 105:19, 105:22, 105:23, 106:18, 106:20, 106:22, 106:25, 107:2, 107:9, 107:10, 107:13, 107:23, 108:1, 108:4, 108:5, 108:7, 108:9, 108:13, 108:21, 109:1, 109:3, 109:5, 109:11, 109:12, 111:2, 111:5, 111:6, 111:13, 111:20, 112:1, 112:3, 112:4, 112:13, 112:14, 112:21, 113:25, 114:8, 114:10, 114:13, 114:19, 115:2, 115:19, 115:23, 115:25, 116:2, 116:5, 116:14, 116:15, 116:16, 116:19, 117:1, 117:9, 117:11, 117:12, 117:13, 117:14, 117:15, 117:21, 117:22, 117:24, 118:3, 118:10, 118:12, 118:13, 118:14, 118:15, 118:17, 118:22, 119:3, 119:19, 119:22, 119:25, 120:3, 120:5, 120:9, 120:14, 120:20, 120:23, 121:7, 121:9, 121:10, 121:12, 121:14, 121:24, 122:4, 122:6, 122:11, 123:3, 123:6, 123:14, 123:18, 124:3, 124:15, 124:17, 124:18, 124:24, 125:5, 125:6, 125:7, 126:23, 126:24, 127:2, 127:5, 128:4, 128:5, 129:3, 129:9, 129:12, 129:14, 129:22, 129:25, 130:8, 130:11, 130:13, 130:16, 130:17, 130:19, 131:1, 131:4, 131:7,

131:14, 131:22, 131:25, 132:6, 132:14, 132:21, 132:23, 133:1, 133:3, 133:11, 133:12, 133:17, 133:23, 133:24, 133:25, 134:4, 134:6, 134:11, 134:12, 134:15, 134:17, 134:21, 135:3, 135:4, 135:6, 136:2, 136:16, 137:9, 138:13, 138:15, 139:8, 139:18, 139:19, 140:15, 140:18, 141:14, 141:15, 141:25, 142:17, 142:20, 142:21, 143:20, 144:3, 144:20, 146:1, 146:6, 146:8, 146:9, 146:12, 146:16, 146:20, 147:2, 147:12, 147:13, 147:18, 148:1, 148:11, 148:18, 148:20, 148:21, 149:2, 149:5, 150:3, 150:8, 150:9, 150:11, 150:24, 151:11, 151:15, 151:23, 152:4, 152:6, 152:7, 152:8, 152:9, 152:12, 153:2, 153:3, 153:4, 153:21, 153:25, 154:15, 155:7, 156:4, 157:1, 157:2, 157:11, 157:24, 158:3, 158:8, 158:9, 158:20, 159:20, 160:1, 160:14, 161:5, 161:21, 161:24, 161:25, 162:6, 162:17, 162:18, 162:23, 163:1, 163:5, 163:8, 163:9, 163:13, 164:4, 164:6, 164:7, 164:8, 165:19, 165:21, 166:8, 166:9, 166:11, 166:14, 166:15

**THE** [5] - 19:15, 30:21, 97:3, 106:12, 162:22

**their** [8] - 1:8, 2:11, 98:14, 101:2, 125:3, 125:17, 150:21, 151:14

**them** [56] - 16:21, 38:7, 95:10, 95:25, 96:2, 96:4, 96:9, 96:11, 96:14, 96:22, 96:24, 97:5, 97:9, 98:19, 100:22, 101:6, 101:9, 102:25, 103:11, 104:2, 105:17, 105:19, 106:7, 106:9, 106:15, 109:7, 109:9, 109:10, 110:9, 110:11, 110:17, 110:25, 112:5, 113:11, 113:13, 115:4, 119:20, 119:22, 122:10, 124:19, 125:10, 125:14, 125:15, 125:22, 125:24, 133:9, 133:20,

140:14, 142:15, 146:23, 151:16, 151:20, 153:20, 154:7, 160:6, 160:20

**then** [41] - 8:17, 36:24, 39:10, 40:20, 42:11, 49:1, 51:1, 56:2, 56:11, 59:3, 59:8, 59:11, 72:8, 72:13, 73:6, 73:22, 74:3, 74:7, 76:6, 76:12, 77:5, 87:7, 93:10, 94:9, 100:14, 100:24, 109:19, 113:3, 117:4, 118:23, 124:8, 124:21, 126:2, 130:5, 140:24, 144:13, 147:11, 150:2, 151:16, 151:24

**therapist** [2] - 138:25, 139:2

**therapy** [18] - 58:18, 137:14, 138:3, 138:4, 138:7, 138:10, 138:12, 138:15, 141:2, 141:21, 141:25, 143:8, 143:16, 144:17, 144:20, 145:14, 151:17

**there** [83] - 5:5, 18:15, 22:25, 23:2, 29:1, 29:3, 29:5, 29:9, 32:6, 32:8, 32:14, 37:7, 37:8, 37:13, 37:15, 40:3, 40:6, 40:16, 42:1, 42:3, 42:7, 42:21, 49:11, 57:13, 68:24, 69:24, 75:14, 75:18, 75:21, 76:2, 79:22, 79:25, 80:21, 83:23, 85:8, 86:7, 89:21, 98:21, 99:3, 99:7, 99:8, 107:25, 108:2, 108:11, 108:25, 111:9, 116:7, 119:19, 120:7, 122:2, 122:17, 123:18, 125:1, 126:8, 127:9, 128:20, 128:22, 130:21, 130:24, 131:20, 132:25, 137:6, 137:9, 137:16, 137:20, 138:6, 138:7, 138:23, 139:23, 140:3, 140:6, 142:7, 142:9, 142:11, 142:13, 144:2, 144:5, 144:7, 144:15, 150:15, 151:4, 161:24

**there's** [7] - 5:1, 75:15, 76:4, 76:5, 89:21, 157:15, 158:6

**these** [12] - 55:4, 55:7, 55:16, 68:10, 68:15, 105:25, 134:20, 153:22, 154:5, 154:10, 154:14, 154:20

**they** [86] - 32:17, 32:25, 42:9, 58:8, 58:10, 68:13, 76:21, 77:18, 77:23,

95:12, 95:16, 95:19, 95:21, 95:23, 96:5, 96:6, 97:6, 97:10, 97:17, 98:11, 99:6, 99:13, 100:13, 100:14, 100:16, 100:24, 101:1, 101:4, 101:5, 101:19, 102:10, 103:8, 103:9, 103:10, 103:23, 104:20, 104:23, 105:2, 105:8, 105:12, 108:6, 108:17, 109:8, 109:24, 110:1, 110:5, 110:6, 110:7, 111:22, 113:12, 114:2, 114:13, 114:15, 117:9, 117:17, 117:19, 118:22, 119:3, 119:14, 122:8, 122:12, 122:13, 123:10, 123:11, 123:18, 125:2, 125:6, 125:8, 125:9, 125:18, 125:19, 135:6, 136:23, 138:14, 140:11, 140:24, 144:11, 144:21, 144:22, 150:25, 151:12, 152:23

**they're** [1] - 152:24

**thighs** [1] - 134:18

**thing** [3] - 32:16, 138:14, 143:21

**things** [12] - 11:3, 19:19, 58:24, 148:4, 148:10, 150:18, 153:3, 153:4, 154:1, 156:2, 157:2

**think** [55] - 7:14, 8:18, 9:23, 10:8, 17:10, 22:9, 22:12, 23:24, 24:20, 35:7, 35:9, 35:11, 41:14, 46:3, 46:5, 48:1, 48:7, 48:10, 49:9, 50:14, 50:20, 63:19, 76:23, 77:1, 82:15, 86:13, 89:9, 95:16, 97:20, 104:7, 109:5, 109:17, 113:19, 113:20, 113:22, 114:11, 117:18, 119:2, 123:18, 125:2, 126:4, 126:23, 129:4, 129:5, 131:9, 137:16, 137:19, 141:24, 141:25, 142:11, 154:10, 158:1, 161:5, 162:10, 163:4

**third** [3] - 14:7, 51:2, 118:25

**this** [76] - 4:13, 5:22, 6:1, 6:23, 10:11, 10:14, 10:22, 11:24, 12:1, 12:6, 12:10, 13:15, 13:17, 15:20, 16:4, 17:23, 18:4, 20:1, 20:20, 21:11, 25:18, 29:2, 29:14, 39:6, 39:24, 41:14, 44:11, 44:24, 45:2, 45:5, 53:7, 55:11, 56:2, 61:9, 61:13,

62:7, 67:25, 68:2, 73:14, 83:4, 87:7, 96:18, 99:21, 109:19, 115:22, 119:18, 125:2, 131:25, 135:21, 140:16, 145:2, 148:12, 148:14, 151:7, 151:24, 155:10, 155:17, 155:20, 156:22, 157:23, 158:13, 159:12, 159:13, 159:14, 160:12, 160:21, 162:8, 162:9, 162:16, 163:12, 163:14, 164:16, 166:14, 166:15, 166:18

**those** [41] - 6:14, 10:5, 11:3, 17:12, 19:19, 29:20, 36:4, 53:11, 53:15, 53:18, 55:24, 56:1, 56:3, 57:10, 72:24, 86:1, 95:8, 102:7, 104:24, 109:4, 110:2, 125:5, 127:2, 127:23, 127:25, 131:3, 131:23, 132:18, 133:3, 133:6, 134:23, 135:9, 136:19, 139:5, 139:7, 140:22, 141:5, 150:4, 150:7, 154:17, 156:2

**though** [1] - 5:24

**three** [12] - 32:7, 35:9, 36:4, 45:22, 82:4, 102:6, 116:24, 118:20, 132:15, 132:16, 132:18, 145:10

**threw** [1] - 49:4

**throbbing** [3] - 59:1, 91:25, 93:5

**through** [14] - 1:8, 2:11, 38:16, 54:21, 73:14, 74:20, 101:3, 101:5, 101:9, 101:12, 104:2, 151:15, 157:12, 158:10

**throughout** [2] - 27:12, 148:10

**time** [120] - 3:16, 7:20, 8:11, 9:6, 10:21, 13:19, 16:13, 23:8, 23:12, 24:3, 29:17, 31:25, 32:2, 33:15, 33:19, 34:1, 34:20, 35:3, 37:15, 38:21, 39:8, 40:23, 41:9, 41:17, 43:4, 44:5, 44:7, 44:12, 45:25, 46:16, 46:20, 48:15, 49:21, 50:7, 51:2, 53:25, 54:6, 55:5, 55:9, 55:15, 56:24, 57:23, 60:16, 64:12, 65:11, 65:20, 65:25, 66:2, 66:17, 69:3, 69:6, 71:1, 71:8, 71:19, 72:19, 75:2, 75:5, 76:1, 76:8, 77:8, 77:11, 80:22, 82:18, 83:2, 83:4, 83:12, 83:23, 84:16, 86:25, 87:3, 88:19, 89:2,

92:6, 94:10, 94:22, 96:12, 96:19, 97:18, 99:22, 100:20, 101:14, 104:12, 105:15, 105:17, 105:20, 107:12, 107:15, 109:18, 109:20, 112:21, 113:1, 113:11, 116:3, 125:5, 125:7, 128:7, 128:14, 129:5, 130:18, 131:7, 136:21, 137:9, 137:21, 138:3, 140:18, 141:23, 143:17, 145:7, 146:22, 148:19, 149:2, 149:21, 151:5, 154:3, 154:15, 157:2, 157:17, 163:12, 164:8

**TIME** [1] - 1:14

**times** [29] - 10:8, 10:10, 11:19, 17:9, 17:11, 18:7, 45:20, 45:22, 49:10, 50:11, 50:24, 63:17, 63:18, 71:21, 71:23, 89:9, 127:21, 127:22, 132:4, 137:16, 137:18, 137:19, 137:24, 138:5, 139:3, 139:4, 142:11, 143:13, 161:25

**Times** [2] - 34:7, 41:16

**tingling** [3] - 59:18, 134:17, 146:19

**tips** [1] - 30:14

**tissue** [5] - 58:4, 114:11

**title** [2] - 29:3, 32:8

**to** [493] - 1:18, 1:19, 3:8, 3:9, 3:16, 4:14, 4:16, 5:6, 5:12, 5:16, 5:21, 6:1, 6:6, 6:13, 6:14, 6:17, 7:4, 8:5, 8:24, 10:2, 10:11, 11:3, 11:7, 11:17, 11:19, 12:20, 13:13, 14:18, 14:23, 15:1, 15:4, 15:7, 16:16, 16:19, 16:21, 17:15, 17:21, 18:3, 19:7, 19:17, 20:8, 21:17, 26:2, 26:7, 27:17, 27:20, 28:3, 29:6, 29:14, 29:19, 29:22, 30:2, 30:4, 30:5, 31:5, 31:9, 31:15, 31:24, 32:7, 32:14, 33:11, 33:12, 34:17, 37:24, 38:2, 38:11, 38:13, 38:20, 38:24, 39:2, 39:6, 39:10, 39:15, 39:18, 39:24, 41:8, 42:11, 42:18, 42:25, 43:1, 43:8, 44:2, 44:8, 44:14, 46:7, 46:10, 46:13, 47:14, 47:21, 48:6, 48:25, 49:11, 49:17, 49:23, 50:5, 50:9, 50:11, 50:23, 50:24, 53:7, 53:14, 54:10, 55:9, 55:24, 56:19, 57:18, 57:25, 58:22, 59:3,

59:4, 60:2, 60:4, 60:7, 61:13, 62:7, 62:17, 63:14, 64:3, 64:4, 65:3, 65:6, 65:7, 65:9, 65:10, 65:11, 65:14, 65:15, 65:16, 65:18, 66:5, 66:9, 66:12, 66:15, 66:25, 67:6, 68:1, 68:6, 68:20, 68:21, 68:23, 68:24, 69:6, 70:1, 70:10, 70:14, 70:16, 70:18, 70:21, 70:22, 72:7, 73:1, 73:6, 73:15, 73:22, 74:3, 74:12, 74:22, 75:16, 75:17, 75:20, 75:22, 75:23, 75:24, 76:4, 76:20, 78:12, 79:25, 81:21, 81:23, 82:5, 82:6, 82:13, 83:4, 83:7, 83:9, 84:1, 85:6, 85:22, 86:7, 86:11, 87:10, 87:15, 87:19, 87:22, 87:23, 88:23, 89:7, 89:18, 89:19, 89:21, 91:4, 92:1, 92:2, 92:10, 94:3, 94:11, 94:20, 96:3, 96:11, 96:14, 96:16, 97:10, 97:12, 97:14, 97:17, 97:20, 97:22, 97:25, 98:14, 98:17, 98:19, 99:11, 99:20, 100:10, 100:11, 100:12, 100:17, 100:20, 100:22, 102:9, 102:16, 102:19, 102:21, 102:25, 103:1, 103:4, 103:8, 103:10, 103:11, 103:18, 103:22, 103:25, 104:23, 105:14, 105:16, 105:23, 106:3, 106:5, 106:6, 106:7, 106:9, 106:10, 106:13, 106:18, 106:22, 107:9, 107:11, 107:12, 107:15, 108:5, 108:22, 108:24, 109:1, 109:2, 109:7, 109:8, 109:12, 109:15, 109:19, 111:17, 112:5, 112:9, 112:19, 112:25, 116:10, 116:15, 116:18, 116:19, 116:23, 117:4, 117:7, 117:10, 117:12, 117:14, 117:17, 117:19, 117:22, 117:23, 117:25, 118:2, 118:4, 118:12, 118:14, 118:17, 118:25, 119:8, 119:16, 119:18, 120:3, 120:17, 120:20, 120:23, 121:16, 121:17, 122:10, 122:13, 122:21, 122:25, 123:9, 124:11, 124:14, 124:19, 124:21, 125:10, 125:14, 126:3, 126:13,

126:20, 127:19, 127:21, 128:1, 128:10, 128:17, 129:3, 129:7, 129:10, 129:14, 129:22, 130:8, 130:13, 131:1, 131:12, 131:19, 132:4, 133:15, 133:17, 134:12, 134:18, 134:21, 135:3, 135:6, 135:17, 135:20, 135:21, 136:1, 136:25, 137:2, 137:18, 138:5, 138:15, 140:12, 141:20, 141:21, 142:1, 142:2, 142:4, 142:15, 142:21, 143:2, 143:9, 143:13, 143:23, 144:5, 144:11, 144:13, 144:16, 144:20, 144:22, 144:23, 145:9, 145:21, 146:1, 146:5, 146:8, 146:13, 146:14, 146:16, 146:19, 146:20, 146:22, 146:23, 147:5, 147:7, 147:10, 147:12, 147:14, 147:15, 148:3, 148:5, 148:6, 148:10, 148:20, 148:21, 148:23, 149:5, 149:6, 149:10, 149:16, 149:21, 149:23, 150:9, 150:11, 150:12, 150:16, 150:20, 150:23, 151:2, 151:5, 151:13, 151:17, 151:19, 151:25, 152:3, 152:5, 152:6, 152:8, 152:10, 152:20, 152:23, 152:24, 153:4, 153:5, 153:7, 153:10, 153:11, 153:13, 153:19, 153:25, 154:2, 154:9, 154:10, 154:11, 154:12, 154:18, 154:20, 155:16, 156:1, 158:2, 158:4, 158:9, 158:16, 158:17, 159:25, 160:2, 160:4, 160:8, 161:25, 162:3, 162:7, 162:14, 162:16, 164:4, 164:15, 166:13, 166:14

**today** [13] - 5:25, 7:4, 15:20, 15:23, 20:5, 20:8, 22:4, 59:13, 59:24, 89:7, 94:17, 113:22, 145:9

**today's** [5] - 6:9, 18:18, 18:23, 19:1, 19:7

**together** [3] - 65:14, 65:15, 117:17

**told** [14] - 74:23, 103:11, 107:11, 110:25, 113:13, 115:4, 117:20, 117:25, 118:5, 123:9, 123:25, 125:14, 126:20, 145:13

**too** [4] - 60:9, 94:14,

150:4, 153:24

**took** [25] - 5:25, 7:20, 7:22, 8:8, 8:11, 8:15, 8:17, 9:2, 10:21, 10:25, 50:16, 50:18, 57:1, 70:18, 72:1, 97:20, 112:9, 122:4, 122:8, 122:12, 122:13, 132:23, 134:23, 134:25, 135:18

**top** [2] - 89:20, 147:2

**toward** [2] - 81:2, 81:4

**towards** [5] - 82:11, 83:20, 95:21, 134:13, 158:8

**traffic** [4] - 75:6, 75:15, 81:16, 81:18

**train** [1] - 65:17

**training** [2] - 27:20, 28:5

**transcribe** [1] - 4:20, 4:23, 5:18

**transcript** [9] - 6:7, 6:11, 6:13, 19:14, 19:22, 21:16, 25:18, 164:6, 164:7

**transferred** [4] - 121:16, 122:21, 124:14, 126:3

**transported** [4] - 105:2, 105:4, 107:23, 121:10

**travelling** [1] - 77:18

**trays** [3] - 146:17, 146:20, 146:21

**treat** [5] - 138:15, 140:12, 140:25, 144:12, 152:23

**treated** [2] - 51:16, 52:11

**treatment** [15] - 46:8, 46:11, 58:5, 58:16, 61:6, 61:12, 61:16, 61:20, 111:21, 114:20, 136:2, 136:5, 136:21, 140:16, 140:20

**trial** [5] - 3:17, 6:2, 6:14, 13:11, 162:16

**tried** [1] - 59:11

**trouble** [10] - 22:17, 91:12, 96:22, 96:24, 97:7, 97:8, 107:2, 129:15, 134:14, 154:24

**true** [4] - 1:9, 2:12, 164:7, 166:11

**trust** [1] - 158:21

**truth** [2] - 5:22, 164:4

**truthfully** [1] - 7:1

**try** [7] - 5:6, 60:2, 89:21, 144:20, 148:23, 152:3, 154:9

**trying** [4] - 87:10, 87:15, 89:18, 154:10

**tumbled** [2] - 84:19, 86:23

**turn** [1] - 64:3

**turned** [2] - 79:12, 79:15

**turning** [2] - 90:3, 90:4

**Turnpike** [2] - 136:8, 142:5

**turnstile** [1] - 46:19

**TV** [1] - 66:10

**twice** [1] - 142:12

**twist** [1] - 90:2

**twisted** [2] - 86:23, 89:17

**twisting** [3] - 89:22, 89:25, 98:13

**two** [39] - 8:12, 8:13, 10:7, 16:9, 27:12, 30:6, 32:7, 38:7, 47:20, 53:13, 54:19, 71:9, 73:21, 74:2, 80:8, 80:17, 82:4, 86:13, 91:15, 95:6, 98:21, 103:20, 105:7, 108:1, 112:15, 113:3, 116:14, 118:8, 125:4, 132:25, 133:3, 133:11, 137:7, 141:19, 141:20, 142:23, 142:24, 145:10, 160:7

**two-minute** [1] - 118:8

**two-way** [1] - 80:8

**Tylenol** [3] - 10:20, 10:21, 11:1

**type** [1] - 22:23

**types** [1] - 156:2

**typical** [1] - 148:17

**typically** [6] - 33:9, 37:25, 42:24, 43:22, 52:6, 80:3

## U

**U** [2] - 3:1, 4:1

**ultimately** [1] - 132:21

**unable** [1] - 155:16

**unbalanced** [5] - 52:23, 53:2, 53:5, 53:24, 134:11

**uncle** [2] - 54:21, 137:5

**uncle's** [1] - 54:22

**uncomfortable** [1] - 147:15

**uncuffed** [2] - 117:14, 117:15

**under** [6] - 89:5, 94:3, 114:24, 140:18, 153:1, 153:20

**undergo** [3] - 46:8, 46:10, 46:14

**undergone** [1] - 144:17

**underlying** [2] - 46:17, 48:16

**understand** [20] - 4:20, 4:24, 5:3, 5:6, 5:7, 5:10, 5:14, 5:19, 5:21, 5:24, 6:7, 6:11, 6:15, 6:19, 6:23, 11:16, 44:13, 82:22, 97:4, 154:9

**understanding** [3] - 17:15, 17:21, 54:11

**understood** [2] - 5:10, 97:10

**uniform** [8] - 95:16, 95:17, 95:18, 105:12, 108:17, 109:24, 110:1, 119:14

**Union** [2] - 136:8, 142:5

**Unisex** [1] - 68:18

**UNITED** [1] - 1:1

**unknown** [2] - 1:9, 2:12

**unless** [1] - 5:9

**unsigned** [1] - 3:10

**until** [6] - 84:22, 112:15, 115:23, 118:6, 140:9, 147:4

**up** [39] - 4:22, 29:19, 29:24, 32:16, 32:17, 50:9, 64:5, 64:14, 64:16, 64:18, 66:5, 72:12, 87:17, 91:9, 91:12, 91:14, 91:16, 95:5, 99:16, 104:20, 109:1, 109:6, 129:14, 140:12, 146:8, 146:24, 148:19, 148:21, 148:22, 150:22, 150:24, 151:14, 152:7, 153:1, 153:7, 158:7, 158:15, 158:16

**uphill** [1] - 80:8

**upon** [3] - 3:13, 128:16, 129:7

**upper** [1] - 134:19

**ups** [3] - 149:1

**upwards** [1] - 146:13

**urinating** [1] - 49:1

**urination** [2] - 48:18, 49:8

**us** [4] - 21:21, 25:15, 25:20, 155:12

**use** [8] - 21:8, 71:19, 117:14, 146:13, 148:3, 153:5, 158:9, 160:19

**used** [11] - 3:11, 11:12, 21:10, 49:10, 51:18, 71:10, 92:2, 117:11, 146:1, 153:13, 154:12

**user** [2] - 161:1, 161:7

**using** [4] - 59:11, 59:24, 91:4, 93:18

**usual** [1] - 146:7

**usually** [7] - 66:13, 66:14, 147:7, 148:24, 149:5, 149:21, 153:6

**utensils** [1] - 60:8

## V

**V** [1] - 163:4

**vaguely** [1] - 116:13

**van** [4] - 49:4, 49:5, 49:15, 121:18

**varied** [2] - 57:4, 141:14

**varies** [1] - 60:19

**vary** [2] - 57:5, 149:22

**vehicle** [13] - 78:9, 84:5, 84:6, 84:10, 84:12, 87:25, 88:2, 88:7, 88:9, 110:10, 119:9, 120:8, 133:1

**vehicles** [2] - 79:13, 79:16, 86:7

**verbal** [1] - 4:18

**very** [16] - 52:8, 52:9, 76:19, 80:9, 80:10, 92:1, 92:18, 118:2, 142:3, 147:15, 148:6, 149:4, 152:24, 152:25, 153:8, 156:2

**video** [3] - 19:11, 19:22, 89:6

**videos** [1] - 19:6

**View** [1] - 68:8

**views** [1] - 152:22

**Virgil** [2] - 33:22, 33:25

**Virgil's** [1] - 33:23

**vision** [4] - 10:4, 53:10, 85:25, 147:3

**voice** [1] - 4:22

**voluntarily** [1] - 89:25

## W

**W** [2] - 2:7, 9:1

**wait** [2] - 5:16, 129:19

**waiter** [1] - 29:4

**waitering** [1] - 32:11

**waived** [1] - 3:7

**wake** [2] - 148:19, 152:7

**walk** [9] - 70:8, 70:9, 73:14, 75:22, 75:23, 130:12, 146:6, 146:9

**walked** [2] - 76:23, 111:3, 111:4, 130:9, 158:8

**walking** [6] - 60:25, 70:6, 78:17, 78:18, 95:21, 99:10

**walkway** [1] - 79:1

**wallet** [3] - 69:17, 69:23, 104:8

**want** [3] - 39:6, 104:23, 125:14

**wanted** [10] - 38:24, 68:21, 103:8, 103:10, 107:11, 108:5, 117:25, 153:10, 154:11, 154:12

**wants** [1] - 106:10

**was** [206] - 4:3, 6:5, 7:20, 8:11, 10:21, 11:22, 12:23, 12:24, 13:1, 13:9, 13:21, 13:23, 16:23, 17:13, 18:9, 18:15, 22:6, 23:24, 31:24,

32:15, 33:21, 33:25, 35:7, 35:9, 35:11, 38:19, 42:5, 45:25, 46:3, 46:5, 48:4, 48:7, 48:18, 48:19, 48:25, 49:2, 49:3, 49:7, 49:9, 49:13, 50:5, 50:14, 50:20, 55:10, 55:15, 55:18, 56:15, 56:23, 57:13, 57:14, 57:20, 58:23, 58:25, 59:10, 59:11, 64:2, 64:8, 64:18, 64:23, 65:15, 66:2, 66:16, 66:19, 67:13, 67:15, 67:21, 67:23, 69:22, 69:25, 70:4, 71:11, 73:5, 74:14, 74:23, 75:18, 76:2, 76:19, 81:13, 82:19, 84:7, 84:12, 84:15, 85:5, 85:15, 85:19, 86:5, 86:13, 86:19, 88:5, 89:5, 90:3, 91:9, 91:10, 91:20, 92:24, 92:25, 93:8, 93:9, 94:13, 94:23, 94:24, 95:14, 99:3, 99:9, 99:20, 100:6, 100:11, 100:15, 101:22, 102:20, 103:9, 104:1, 104:4, 104:6, 104:8, 106:8, 106:18, 106:23, 107:6, 107:11, 107:16, 107:17, 107:19, 107:21, 108:11, 108:13, 110:12, 110:14, 110:22, 111:2, 111:3, 111:9, 111:11, 112:5, 112:13, 112:16, 112:23, 113:14, 113:16, 113:20, 116:7, 116:21, 117:10, 117:13, 117:17, 117:20, 117:21, 118:3, 118:9, 118:13, 118:18, 119:9, 119:19, 121:9, 122:11, 122:25, 123:9, 123:18, 124:10, 124:17, 125:3, 127:9, 127:14, 128:20, 129:19, 131:17, 132:21, 133:17, 135:10, 136:20, 137:9, 137:25, 138:15, 140:12, 140:20, 141:15, 141:17, 141:25, 142:1, 142:2, 144:11, 144:15, 150:4, 150:5, 150:15, 150:20, 151:1, 154:10, 155:9, 158:8, 158:11, 158:12, 158:13, 158:16, 158:17, 158:18, 160:10, 161:5, 163:14, 166:10

**was it** [20] - 13:15, 34:23, 48:13, 59:1, 64:10, 66:5, 67:11, 70:8, 70:21, 71:10, 85:12, 93:5, 101:19, 103:20, 105:6, 109:9,

116:5, 121:7, 125:5, 139:9
**was she** [1] - 65:25
**was that** [26] - 11:24, 13:3, 18:11, 43:8, 44:10, 44:12, 44:19, 51:4, 55:20, 74:12, 75:12, 90:11, 92:16, 101:17, 101:25, 106:20, 112:21, 118:1, 119:10, 124:23, 130:10, 130:14, 130:17, 135:8, 144:9
**was there** [14] - 13:11, 17:12, 21:10, 34:1, 66:11, 73:9, 82:5, 91:19, 94:25, 116:2, 121:10, 131:14, 131:19, 137:21
**wash** [1] - 64:15
**wasn't** [3] - 49:1, 117:21, 154:1
**watch** [1] - 66:10
**watched** [2] - 89:6, 89:9
**water** [4] - 73:7, 73:10, 150:23
**way** [27] - 60:10, 60:22, 74:12, 75:10, 76:5, 76:9, 77:20, 77:23, 77:24, 77:25, 79:21, 80:8, 80:9, 88:22, 93:4, 94:17, 102:14, 102:17, 117:22, 118:2, 126:23, 139:19, 150:1, 153:2, 153:4, 162:6, 166:15
**we** [23] - 4:16, 5:24, 6:19, 8:17, 17:3, 17:6, 17:10, 17:25, 21:15, 25:17, 39:6, 61:5, 61:6, 63:13, 65:15, 66:13, 66:15, 93:21, 93:23, 118:7, 134:3, 157:23, 162:13
**we're** [2] - 135:3, 157:14
**we've** [5] - 121:7, 133:23, 157:22, 158:1, 158:20
**weak** [6] - 60:9, 92:18, 134:14, 146:15, 153:9, 158:4
**weakening** [3] - 59:19, 134:12, 158:3
**wear** [1] - 62:10
**wearing** [10] - 62:12, 62:17, 62:20, 63:2, 69:6, 72:16, 72:18, 95:15, 95:16, 99:21
**weather** [1] - 60:19
**week** [22] - 9:25, 10:22, 29:5, 30:2, 30:6, 33:6, 33:8, 33:13, 37:23, 41:20, 42:20, 43:1, 54:19, 64:8, 71:21, 71:23, 137:7, 137:18, 138:5, 147:23, 151:3, 151:13

**weekend** [1] - 64:10
**weekly** [3] - 30:17, 33:18, 147:23
**weeks** [3] - 94:14, 137:7, 141:19
**weigh** [1] - 22:4
**weighed** [2] - 22:9, 22:12
**weight** [3] - 22:6, 147:11, 147:13
**weird** [1] - 92:1
**well** [16] - 8:14, 10:24, 31:7, 32:24, 36:19, 39:3, 41:16, 50:1, 91:22, 117:20, 138:3, 138:10, 142:10, 143:24, 161:15, 162:6
**went** [28] - 57:25, 65:23, 70:1, 72:12, 78:3, 84:19, 86:22, 87:1, 87:7, 87:20, 101:5, 120:3, 120:20, 128:17, 128:18, 129:14, 136:20, 137:16, 138:3, 138:6, 142:4, 142:11, 143:2, 144:13, 147:19, 151:15, 154:2, 157:12
**were** [177] - 11:6, 20:8, 24:17, 24:20, 31:25, 32:17, 33:17, 35:13, 38:7, 39:7, 39:10, 39:18, 39:21, 41:18, 42:11, 42:20, 43:1, 43:3, 44:4, 45:25, 46:16, 46:22, 48:11, 48:16, 49:15, 51:1, 56:8, 58:12, 58:16, 59:7, 63:21, 64:20, 65:13, 65:18, 66:11, 67:6, 70:13, 70:22, 72:19, 72:21, 72:24, 76:21, 77:18, 77:23, 78:15, 78:17, 79:3, 79:6, 79:10, 79:22, 79:25, 81:9, 81:10, 81:16, 81:23, 82:16, 83:1, 83:2, 83:4, 83:7, 83:12, 83:16, 83:19, 83:20, 83:23, 86:7, 87:9, 87:11, 87:15, 89:22, 90:11, 92:5, 92:11, 92:19, 93:10, 93:22, 94:25, 95:6, 95:8, 95:12, 95:16, 95:21, 95:23, 97:10, 97:17, 98:16, 98:21, 98:24, 99:4, 99:6, 99:7, 99:8, 99:10, 99:11, 99:13, 99:15, 99:18, 100:9, 101:17, 102:11, 102:16, 103:4, 103:8, 103:24, 104:16, 104:24, 105:8, 105:12, 106:11, 107:15, 108:17, 108:21, 108:24, 109:19, 109:24, 110:1, 110:17, 110:19, 111:20, 112:3,

113:3, 113:6, 113:9, 113:25, 115:2, 115:4, 116:14, 116:16, 117:19, 118:22, 119:3, 119:14, 119:25, 120:14, 121:10, 121:24, 122:2, 122:6, 122:16, 123:7, 123:25, 124:1, 125:6, 126:4, 126:7, 126:17, 126:21, 127:3, 127:6, 127:8, 127:23, 130:14, 130:20, 130:23, 131:6, 131:12, 132:14, 132:25, 133:1, 134:3, 134:20, 136:23, 137:9, 137:20, 138:23, 139:17, 140:11, 140:16, 141:22, 150:4, 151:20, 154:5, 155:16, 161:24
**were you** [105] - 13:18, 19:17, 19:19, 19:22, 26:14, 26:16, 32:6, 34:10, 37:15, 37:23, 39:21, 39:24, 40:3, 41:17, 44:2, 46:20, 47:2, 47:7, 47:14, 47:17, 47:19, 47:21, 47:23, 49:19, 49:21, 49:23, 49:25, 50:2, 50:6, 56:13, 58:21, 61:23, 62:3, 62:7, 62:14, 63:2, 63:17, 65:5, 65:11, 65:16, 70:22, 72:15, 73:1, 73:20, 74:1, 74:7, 74:18, 75:2, 75:5, 75:16, 78:17, 78:20, 78:23, 78:24, 79:1, 81:2, 81:18, 81:21, 81:23, 82:13, 83:9, 86:10, 87:3, 87:13, 87:16, 87:19, 89:1, 89:25, 91:4, 91:16, 91:23, 92:8, 93:1, 93:13, 93:25, 95:3, 99:21, 100:12, 102:14, 107:7, 108:9, 111:8, 112:14, 112:17, 113:25, 114:4, 114:24, 120:9, 121:12, 123:19, 124:15, 125:22, 126:13, 126:15, 127:16, 128:3, 131:2, 131:9, 131:25, 135:20, 140:18, 150:12, 155:2, 155:4, 155:7
**weren't** [2] - 72:18, 84:21
**what** [205] - 7:12, 7:22, 8:15, 8:17, 9:2, 9:6, 9:18, 9:22, 12:24, 13:9, 22:6, 22:23, 24:24, 26:2, 26:4, 26:10, 28:18, 29:7, 32:4, 32:10, 36:16, 37:2, 38:12, 38:18, 38:25, 40:14, 40:18, 41:7, 41:10, 42:16, 43:12, 43:20, 44:12, 46:22, 48:2, 48:11, 48:24,

50:4, 51:24, 52:9, 54:8,
55:14, 55:18, 56:23,
57:22, 58:2, 58:9, 58:21,
59:16, 59:22, 60:23, 61:2,
62:23, 64:8, 64:12, 64:14,
65:11, 65:20, 66:14,
67:21, 68:1, 68:2, 69:1,
69:3, 69:16, 69:25, 70:17,
72:4, 72:6, 73:1, 74:21,
75:9, 75:12, 77:18, 79:9,
82:1, 82:18, 83:7, 84:15,
85:4, 85:7, 85:10, 86:18,
86:20, 88:2, 88:5, 88:9,
88:12, 89:15, 90:18, 91:7,
91:14, 91:23, 92:8, 92:16,
93:4, 93:7, 93:13, 93:25,
94:19, 94:22, 95:14,
95:17, 96:5, 96:14, 97:10,
99:18, 100:9, 102:5,
103:4, 103:22, 104:6,
104:12, 104:19, 105:3,
105:14, 105:16, 105:22,
106:7, 106:10, 106:17,
107:7, 107:9, 108:4,
108:15, 109:12, 110:1,
110:5, 110:7, 110:8,
110:25, 111:10, 112:12,
113:13, 114:4, 114:10,
114:14, 114:17, 115:1,
116:21, 117:4, 117:18,
117:22, 118:5, 119:8,
119:17, 120:12, 120:23,
121:14, 121:19, 122:8,
122:19, 123:3, 123:9,
123:11, 124:8, 124:13,
125:1, 125:19, 126:2,
126:19, 126:21, 127:2,
127:5, 128:3, 128:7,
129:1, 129:25, 131:17,
132:14, 132:16, 134:8,
134:16, 134:21, 137:11,
137:22, 138:12, 139:16,
141:18, 142:2, 143:16,
144:19, 144:21, 146:3,
148:4, 148:17, 148:19,
148:22, 148:25, 149:12,
149:19, 149:21, 150:11,
150:18, 153:20, 156:9,
157:4, 158:24, 159:1,
159:18, 159:25, 161:3,
161:7, 161:14
  **what are** [2] - 29:9, 53:8
  **what did** [1] - 9:4,
19:10, 57:5, 73:16, 73:18,
84:6, 92:22, 101:4, 106:9,
110:9, 117:3, 121:1,
121:22, 128:16, 129:7,
139:7, 145:20
  **What is** [16] - 4:8, 17:15,
17:21, 21:6, 21:13, 22:19,

23:4, 23:17, 29:3, 34:2,
34:8, 54:10, 54:22, 68:4,
143:7, 161:1
  **what was** [21] - 32:8,
33:15, 37:5, 38:5, 38:10,
40:5, 40:16, 41:5, 42:1,
62:5, 72:9, 83:9, 84:4,
91:11, 112:7, 113:21,
131:3, 132:9, 143:19,
155:24, 158:18
  **what were** [13] - 42:14,
46:17, 48:16, 48:23,
57:10, 62:1, 65:1, 65:7,
69:6, 70:16, 81:4, 94:11,
149:23
  **what's** [3] - 11:2, 55:1,
100:10
  **when** [51] - 7:20, 8:11,
10:21, 11:22, 18:9, 24:17,
27:1, 29:16, 31:24, 39:15,
42:18, 44:10, 45:25,
48:19, 54:18, 55:15,
59:10, 59:11, 60:1, 60:21,
66:2, 67:14, 75:20, 76:14,
84:12, 85:15, 86:7, 94:13,
96:5, 97:6, 99:15, 100:4,
110:5, 117:6, 117:16,
117:17, 117:23, 117:25,
125:2, 125:3, 127:23,
130:10, 131:21, 131:25,
137:9, 143:11, 144:23,
146:6, 146:7, 152:3,
152:19
  **when did** [24] - 9:24,
10:5, 12:18, 16:2, 16:7,
18:25, 23:21, 26:25,
27:23, 36:14, 53:11,
54:16, 75:19, 84:18, 94:9,
133:13, 137:6, 142:7,
142:9, 143:9, 153:22,
158:22, 160:24, 161:3
  **when you** [52] - 9:18,
16:14, 25:4, 34:18, 35:4,
37:13, 37:22, 50:18,
51:24, 52:6, 53:1, 55:10,
58:25, 61:3, 62:20, 64:18,
66:14, 71:5, 71:10, 72:6,
72:15, 73:14, 78:17,
78:20, 78:23, 79:12,
79:15, 80:22, 80:24,
85:10, 86:20, 87:3, 87:15,
87:20, 91:16, 95:17,
98:24, 120:23, 121:10,
121:24, 122:13, 123:25,
124:11, 126:17, 127:8,
130:14, 132:23, 138:6,
141:2, 148:22, 157:4,
160:6
  **whenever** [1] - 144:24
  **where** [58] - 22:21, 27:4,

28:14, 34:6, 35:22, 37:17,
37:19, 40:11, 42:5, 46:25,
48:21, 53:17, 53:20,
64:16, 65:18, 65:23,
67:13, 67:15, 68:7, 68:10,
68:20, 69:15, 71:15, 73:7,
73:9, 73:22, 74:5, 74:10,
74:14, 75:10, 75:23,
77:14, 78:3, 80:6, 81:10,
81:11, 81:13, 81:18,
82:15, 85:2, 87:20, 88:21,
90:9, 90:16, 95:23,
110:17, 110:19, 111:15,
115:4, 120:5, 124:1,
130:2, 136:5, 136:20,
141:15, 147:24, 158:6,
158:11
  **where are** [1] - 68:13
  **where is** [6] - 27:6,
28:20, 41:12, 41:14,
67:19, 143:5
  **where was** [3] - 26:12,
71:3, 73:3
  **where were** [5] - 21:23,
32:2, 65:3, 91:18, 95:19
  **WHEREOF** [1] - 166:17
  **whereupon** [1] - 64:2
  **Whereupon** [4] - 67:23,
118:9, 118:12, 163:13
  **whether** [5] - 18:4, 83:1,
83:20, 146:20, 158:17
  **which** [20] - 13:3, 34:3,
49:1, 49:5, 57:25, 88:15,
93:4, 96:16, 100:2, 109:9,
110:21, 114:2, 114:3,
114:13, 117:10, 133:11,
138:18, 139:11, 141:11
  **whichever** [1] - 80:9
  **while** [43] - 23:15, 31:19,
34:10, 35:13, 38:8, 39:21,
39:25, 40:3, 40:5, 72:19,
72:21, 78:15, 79:3, 79:6,
79:9, 81:9, 82:16, 82:19,
83:2, 83:12, 83:16, 83:19,
83:23, 90:11, 98:11,
98:16, 99:4, 99:11,
102:16, 103:24, 108:21,
108:24, 111:20, 113:25,
116:16, 120:14, 122:16,
126:7, 130:20, 130:23,
137:20, 138:23, 154:5
  **white** [1] - 104:21
  **who** [41] - 8:22, 12:22,
13:21, 16:23, 23:2, 33:21,
49:13, 53:22, 95:8, 96:10,
101:12, 102:19, 102:21,
103:12, 103:17, 104:24,
107:15, 108:7, 108:12,
109:22, 111:4, 113:6,
113:8, 116:8, 116:18,

118:19, 118:22, 119:3,
121:5, 134:23, 137:2,
137:25, 142:15, 144:5,
159:23, 160:4, 161:10,
161:12, 161:18, 163:5,
163:8
  **who is** [3] - 15:23,
145:18, 155:10
  **who told** [1] - 145:16
  **who was** [5] - 18:13,
127:8, 128:22, 138:25,
156:18
  **who were** [3] - 12:20,
109:3, 125:8
  **whole** [5] - 91:19, 92:13,
93:8, 115:6, 158:10
  **Wholesale** [1] - 36:9
  **whose** [1] - 166:9
  **why** [35] - 7:24, 8:13,
9:16, 10:23, 24:11, 24:14,
26:6, 28:2, 31:8, 34:16,
38:3, 41:3, 42:3, 43:6,
44:19, 48:4, 49:3, 56:17,
62:3, 63:21, 65:5, 69:14,
72:1, 75:21, 75:25, 82:13,
96:13, 97:6, 117:8, 118:1,
125:12, 130:12, 140:6,
142:13, 144:2
  **wide** [1] - 82:2
  **will** [5] - 5:2, 5:6, 6:1,
6:6, 6:13
  **William** [1] - 23:18
  **Williams** [1] - 21:7
  **win** [1] - 162:17
  **wireless** [1] - 72:24
  **with** [140] - 3:9, 3:11, 7:4,
10:14, 14:12, 14:15, 17:6,
17:10, 18:3, 18:18, 18:22,
18:25, 19:3, 20:1, 22:17,
23:2, 23:8, 23:11, 23:14,
24:1, 24:3, 24:9, 24:12,
37:2, 38:20, 46:22, 49:4,
52:16, 52:19, 52:22, 53:8,
53:24, 55:5, 55:16, 55:24,
56:3, 57:17, 58:5, 58:19,
58:21, 63:8, 66:5, 66:12,
67:4, 69:9, 69:12, 69:14,
69:16, 70:16, 70:21, 71:1,
72:1, 76:20, 76:23, 78:17,
81:25, 85:2, 85:7, 85:13,
85:15, 85:20, 86:8, 86:16,
86:21, 87:6, 87:8, 87:18,
88:10, 88:12, 89:1, 89:15,
90:4, 90:18, 98:5, 98:10,
100:10, 100:15, 101:2,
102:7, 105:19, 106:15,
108:11, 108:13, 111:13,
112:4, 112:21, 112:23,
113:11, 116:2, 117:1,
117:15, 117:24, 118:4,

119:4, 119:6, 120:17, 121:9, 122:6, 123:1, 123:3, 123:19, 124:17, 124:18, 125:15, 125:22, 126:7, 128:13, 134:14, 138:25, 139:1, 139:3, 139:12, 139:25, 142:20, 144:21, 144:24, 146:6, 146:13, 147:3, 149:3, 149:6, 150:11, 151:8, 152:12, 152:25, 153:11, 153:21, 154:25, 155:10, 155:17, 155:22, 156:1, 156:18, 156:23, 157:9, 159:10, 159:16, 159:23, 160:6

**within** [4] - 3:6, 11:9, 11:13, 166:8

**without** [6] - 117:11, 118:14, 146:5, 146:8, 146:16, 146:18

**witness** [10] - 3:8, 3:12, 3:13, 4:1, 6:1, 12:3, 14:7, 163:14, 166:9, 166:12

**WITNESS** [6] - 19:15, 30:21, 97:3, 106:12, 162:22, 166:17

**woke** [6] - 64:5, 64:12, 64:14, 64:16, 64:18, 148:22

**woman** [1] - 123:25

**women** [1] - 154:25

**word** [1] - 49:10

**work** [30] - 26:7, 28:3, 28:14, 29:5, 30:1, 30:5, 33:7, 33:10, 34:14, 36:14, 38:1, 38:11, 38:20, 39:10, 39:15, 40:23, 41:1, 41:20, 42:7, 60:10, 72:5, 142:17, 146:15, 146:17, 148:6, 148:23, 150:12, 150:16, 151:17

**worked** [18] - 33:12, 34:20, 35:20, 35:22, 37:7, 37:8, 37:11, 37:16, 37:22, 38:15, 39:2, 40:6, 40:13, 40:20, 40:24, 41:22, 42:24, 150:19

**working** [31] - 29:9, 29:16, 31:19, 34:10, 34:25, 35:4, 35:13, 37:13, 37:15, 37:23, 38:3, 38:7, 39:7, 39:13, 39:19, 39:21, 39:25, 40:3, 41:3, 41:17, 41:18, 42:3, 42:11, 42:20, 43:1, 43:6, 65:25, 66:16, 141:25, 142:2, 151:4

**workweek** [1] - 64:10

**worse** [4] - 144:4, 154:13, 154:15, 154:16

**worst** [1] - 92:3

**would** [68] - 16:9, 16:15, 32:14, 32:16, 32:19, 33:2, 33:3, 33:9, 37:25, 39:4, 47:20, 49:6, 52:2, 53:13, 59:6, 60:1, 64:3, 68:1, 68:6, 71:21, 80:19, 81:25, 82:1, 82:2, 82:3, 82:11, 85:9, 87:21, 88:14, 90:20, 92:4, 92:10, 92:14, 93:3, 93:18, 128:4, 128:9, 130:11, 138:6, 141:20, 142:2, 142:10, 147:3, 147:22, 147:23, 147:24, 148:4, 148:5, 148:9, 148:18, 148:19, 148:22, 148:25, 149:5, 149:16, 149:19, 149:21, 149:22, 150:12, 150:18, 151:3, 152:7, 152:8, 154:14, 156:13, 158:23, 162:14

**wouldn't** [2] - 139:11, 148:9

**wrap** [1] - 144:23

**wrist** [8] - 49:6, 57:14, 57:18, 57:20, 58:19, 58:22, 59:13, 61:5

**write** [8] - 147:7, 148:3, 148:4, 148:5, 148:10, 148:12, 148:14

**writers** [1] - 147:7

**writing** [2] - 147:6, 149:7

**written** [4] - 20:10, 20:11, 20:14, 20:15

**wrong** [7] - 39:7, 76:9, 77:24, 77:25, 126:24, 154:24, 157:9

# X

**X** [4] - 1:2, 1:11, 165:1, 165:11

**X's** [1] - 21:15

**Xs** [1] - 25:17

**XX/XX/XXXX** [1] - 21:14

**XXXXXXXXX** [1] - 25:19

# Y

**yeah** [2] - 65:10, 118:21

**year** [16] - 25:6, 25:25, 26:2, 29:2, 37:12, 39:5, 44:11, 44:18, 55:11, 56:2, 71:9, 155:6, 158:23, 158:24, 159:12, 161:6

**Years** [1] - 52:1

**years** [12] - 10:7, 16:9, 23:1, 23:24, 27:12, 32:7, 46:3, 46:5, 53:13, 145:10, 160:7

**yellow** [4] - 80:16, 80:17, 80:19, 82:9

**yes** [280] - 4:21, 4:25, 5:4, 5:8, 5:11, 5:15, 5:20, 5:23, 6:3, 6:8, 6:12, 6:16, 6:20, 6:22, 6:24, 7:11, 7:19, 8:3, 10:16, 11:18, 12:15, 15:22, 18:6, 19:9, 21:5, 22:1, 24:21, 24:23, 25:3, 25:14, 26:9, 26:19, 26:22, 27:2, 27:9, 28:11, 28:13, 28:23, 30:20, 30:21, 31:10, 31:17, 32:21, 33:14, 33:20, 34:15, 35:21, 36:7, 36:13, 37:21, 38:9, 40:22, 41:19, 41:23, 41:25, 42:10, 42:13, 44:3, 44:9, 44:22, 45:19, 46:21, 47:16, 47:18, 49:16, 49:18, 49:22, 49:24, 50:3, 50:8, 50:10, 50:17, 51:3, 51:5, 52:21, 53:16, 54:7, 56:9, 56:12, 56:16, 56:22, 57:9, 57:16, 57:19, 59:9, 59:15, 60:11, 60:17, 61:18, 61:25, 63:4, 63:16, 64:7, 64:25, 67:8, 67:17, 67:18, 68:3, 68:9, 68:12, 68:16, 68:19, 68:22, 68:25, 70:15, 70:20, 71:2, 72:14, 72:23, 74:24, 76:11, 76:13, 76:16, 76:22, 77:13, 77:17, 77:22, 79:20, 80:5, 81:1, 81:12, 81:14, 81:17, 82:24, 83:6, 84:3, 85:14, 86:6, 86:9, 86:17, 87:2, 87:8, 88:1, 88:20, 89:3, 89:8, 89:14, 89:24, 90:7, 90:22, 91:17, 92:13, 92:21, 92:25, 93:2, 93:12, 93:17, 94:8, 94:18, 95:7, 95:13, 95:22, 96:25, 98:7, 98:9, 98:23, 99:14, 99:17, 100:1, 100:25, 101:5, 101:11, 101:16, 101:24, 102:13, 102:18, 103:2, 103:6, 103:16, 103:21, 104:11, 105:9, 105:13, 106:2, 106:12, 106:21, 107:1, 107:4, 108:14, 108:18, 108:20, 109:21, 109:25, 110:18, 111:9, 111:14, 112:11, 112:22, 113:5, 113:10, 114:22, 115:10, 115:12, 116:4, 116:17, 116:25, 117:2, 118:24, 119:5, 120:4, 120:16, 120:22, 122:7, 122:15, 122:18,

122:24, 123:8, 123:15, 124:2, 124:5, 124:7, 124:22, 126:14, 126:16, 126:23, 127:11, 127:17, 127:20, 128:6, 128:12, 128:19, 128:21, 128:25, 129:2, 129:6, 129:17, 129:24, 130:19, 131:8, 131:13, 131:16, 131:24, 132:5, 132:8, 133:2, 133:5, 133:8, 133:19, 134:7, 135:2, 135:13, 135:16, 135:19, 136:4, 136:12, 136:22, 138:17, 138:24, 139:24, 140:5, 140:23, 141:4, 141:6, 142:6, 142:18, 143:4, 145:12, 145:15, 146:2, 147:21, 148:2, 151:9, 152:1, 152:14, 153:16, 154:4, 155:1, 155:3, 155:19, 156:7, 156:12, 156:24, 159:17, 159:22, 159:24, 160:3, 160:13, 161:15, 161:17, 162:21

**yesterday** [6] - 9:5, 9:6, 9:12, 9:14, 18:10, 19:2

**yet** [1] - 117:24

**York** [28] - 1:20, 1:21, 1:22, 2:5, 2:13, 2:18, 4:3, 4:9, 12:7, 14:12, 14:15, 21:24, 22:20, 24:25, 27:8, 28:22, 45:15, 45:18, 45:21, 45:23, 46:1, 152:12, 163:9, 166:8

**YORK** [6] - 1:1, 1:7, 2:8, 2:9, 166:3, 166:4

**you** [733] - 4:14, 4:17, 5:1, 5:5, 5:9, 5:10, 5:12, 5:13, 5:17, 5:21, 5:25, 6:4, 6:5, 6:6, 6:9, 6:10, 6:11, 6:13, 6:17, 6:18, 6:25, 7:20, 7:22, 8:6, 8:8, 8:11, 8:15, 8:17, 8:22, 8:24, 9:2, 9:4, 9:24, 10:2, 10:5, 10:9, 10:17, 10:21, 10:25, 11:3, 11:6, 11:7, 12:2, 12:18, 12:22, 13:23, 15:20, 15:23, 16:2, 16:7, 16:16, 16:19, 16:21, 17:4, 17:16, 18:21, 18:25, 19:10, 19:16, 20:4, 20:5, 20:7, 20:11, 20:15, 20:23, 21:10, 21:23, 22:2, 22:9, 22:12, 22:15, 22:21, 23:8, 23:11, 23:14, 23:15, 24:1, 24:3, 24:9, 24:12, 24:17, 24:20, 25:2, 25:13, 25:23, 25:25, 26:2, 26:25, 27:1, 27:23, 28:12, 29:16,

29:19, 30:1, 30:5, 30:6, 30:8, 30:16, 30:22, 31:9, 31:25, 32:2, 32:19, 33:3, 33:9, 33:12, 33:17, 34:13, 34:20, 34:25, 35:13, 35:19, 36:14, 36:24, 37:7, 37:8, 37:10, 37:15, 37:25, 38:7, 38:12, 38:15, 38:18, 39:2, 39:7, 39:10, 39:13, 39:18, 39:21, 40:5, 40:13, 40:20, 40:23, 41:14, 41:18, 41:22, 42:11, 42:14, 42:18, 42:20, 42:23, 43:1, 43:3, 44:4, 44:16, 44:21, 45:25, 46:16, 46:22, 48:15, 49:10, 49:15, 50:16, 50:23, 51:1, 52:2, 52:19, 52:22, 53:4, 53:7, 53:9, 53:11, 53:22, 53:24, 54:2, 54:3, 54:5, 54:8, 54:14, 54:16, 54:20, 55:3, 55:4, 55:7, 55:9, 55:15, 56:5, 56:8, 56:10, 57:1, 57:14, 57:25, 58:5, 58:10, 58:12, 58:16, 58:25, 59:6, 59:7, 59:10, 59:14, 59:16, 59:20, 59:23, 59:24, 60:1, 60:5, 60:15, 60:22, 60:24, 61:16, 62:1, 62:17, 62:25, 63:21, 64:5, 64:12, 64:14, 64:16, 64:20, 65:3, 65:7, 65:13, 65:18, 66:2, 66:8, 66:11, 66:16, 67:3, 67:6, 68:1, 68:17, 68:21, 68:23, 69:3, 69:6, 69:9, 69:12, 69:14, 69:16, 69:23, 70:1, 70:13, 70:16, 70:18, 70:22, 71:1, 71:8, 71:12, 71:21, 72:1, 72:2, 72:9, 72:12, 72:18, 72:19, 72:21, 73:7, 73:16, 73:18, 73:24, 74:3, 74:15, 74:16, 74:21, 74:23, 74:25, 75:9, 75:14, 75:19, 76:3, 76:12, 76:14, 76:15, 76:21, 76:23, 77:1, 77:4, 78:12, 78:15, 79:3, 79:6, 79:9, 79:13, 79:16, 80:9, 81:4, 81:9, 81:10, 81:16, 82:6, 82:16, 82:17, 82:23, 82:24, 83:1, 83:2, 83:4, 83:7, 83:10, 83:12, 83:16, 83:19, 83:20, 83:23, 83:24, 84:1, 84:13, 84:18, 84:21, 84:22, 84:24, 84:25, 85:2, 85:7, 85:13, 85:15, 85:16, 85:20, 85:25, 86:3, 86:8, 86:15, 86:25, 87:1, 87:6, 87:7,

87:9, 87:15, 87:20, 87:24, 88:9, 89:6, 89:15, 89:22, 90:2, 90:5, 90:11, 90:13, 91:1, 91:7, 91:9, 91:14, 91:18, 92:2, 92:4, 92:5, 92:11, 92:14, 92:19, 92:24, 93:3, 93:10, 93:16, 93:19, 93:22, 94:2, 94:4, 94:9, 94:19, 94:25, 95:5, 95:6, 95:10, 95:19, 95:21, 96:5, 96:7, 96:8, 96:11, 96:16, 97:6, 97:10, 97:12, 97:15, 97:17, 97:20, 97:22, 97:25, 98:1, 98:5, 98:14, 98:16, 98:17, 98:21, 99:4, 99:11, 99:15, 99:18, 99:25, 100:6, 100:9, 100:17, 100:20, 100:24, 101:1, 101:3, 101:17, 101:19, 101:22, 102:9, 102:11, 102:16, 102:21, 102:25, 103:4, 103:10, 103:14, 103:17, 103:20, 103:22, 103:24, 104:2, 104:12, 104:16, 105:4, 105:19, 105:25, 106:3, 106:5, 106:9, 106:10, 106:11, 106:13, 106:22, 106:25, 107:9, 107:13, 107:15, 107:17, 108:4, 108:5, 108:7, 108:11, 108:13, 108:21, 108:22, 108:24, 109:7, 109:12, 109:17, 109:19, 110:7, 110:9, 110:17, 110:19, 110:25, 111:4, 111:13, 111:17, 111:20, 112:1, 112:9, 112:12, 112:19, 112:21, 112:23, 113:3, 113:6, 113:9, 113:13, 113:18, 113:22, 113:25, 115:1, 115:2, 115:4, 115:19, 115:24, 116:2, 116:15, 116:16, 117:11, 117:16, 117:18, 117:19, 118:20, 119:3, 119:8, 119:16, 119:18, 119:25, 120:3, 120:5, 120:7, 120:9, 120:14, 120:17, 120:18, 120:20, 121:5, 121:17, 121:25, 122:3, 122:14, 122:16, 122:25, 123:6, 123:7, 123:9, 123:12, 123:21, 123:25, 124:1, 124:3, 124:6, 124:8, 124:17, 124:21, 125:5, 125:14, 125:17, 125:24, 126:4, 126:7, 126:10, 126:22, 127:10, 128:7, 128:13,

128:16, 128:18, 129:3, 129:5, 129:7, 129:10, 130:2, 130:20, 130:23, 131:1, 131:6, 131:12, 131:15, 131:19, 132:3, 132:6, 132:25, 133:1, 133:13, 133:18, 133:23, 134:4, 134:5, 134:21, 135:1, 135:9, 135:17, 135:21, 136:3, 136:20, 136:25, 137:2, 137:4, 137:6, 137:9, 137:12, 137:16, 137:19, 137:20, 138:6, 138:9, 138:14, 138:22, 138:23, 139:7, 139:9, 139:12, 139:14, 139:16, 139:17, 139:22, 139:25, 140:3, 140:9, 140:12, 140:16, 140:25, 141:5, 141:15, 142:2, 142:4, 142:7, 142:9, 142:11, 142:15, 142:23, 142:25, 143:2, 143:9, 143:19, 144:5, 144:10, 144:11, 144:13, 144:17, 145:1, 145:4, 145:9, 145:10, 145:14, 145:16, 145:20, 145:23, 145:25, 147:19, 147:22, 147:24, 148:3, 148:4, 148:15, 148:19, 148:22, 148:25, 149:4, 149:16, 149:19, 149:21, 150:12, 150:15, 150:18, 150:19, 151:3, 151:7, 151:19, 151:20, 151:24, 152:6, 152:7, 152:8, 152:11, 152:22, 152:23, 153:7, 153:9, 153:10, 153:12, 153:13, 153:17, 153:18, 153:22, 153:25, 154:2, 154:5, 154:14, 154:17, 154:23, 155:16, 155:20, 156:1, 156:2, 156:4, 156:11, 156:13, 157:6, 157:19, 158:9, 158:22, 159:23, 160:4, 160:17, 160:24, 161:3, 161:18, 161:25, 162:4, 162:10, 162:14, 162:16, 162:17, 163:1
**you're** [17] - 16:4, 20:19, 21:16, 21:25, 29:16, 31:5, 49:11, 55:7, 61:8, 76:8, 76:14, 82:8, 100:6, 118:19, 133:3, 151:19, 157:24
**you've** [12] - 10:8, 10:17, 10:19, 17:10, 23:9, 59:5, 61:15, 89:9, 92:3, 153:18, 154:24, 156:14

**young** [2] - 12:23, 111:11
**your** [255] - 4:6, 4:8, 4:15, 4:19, 4:20, 4:22, 6:10, 6:21, 7:4, 7:7, 8:24, 9:18, 10:11, 10:12, 11:16, 13:1, 13:5, 16:10, 17:15, 17:16, 17:21, 17:22, 19:19, 19:23, 20:12, 20:14, 21:6, 21:8, 21:10, 21:13, 21:21, 22:6, 22:17, 22:19, 23:12, 24:9, 24:17, 25:1, 25:4, 25:7, 25:10, 25:12, 27:4, 29:3, 29:9, 29:16, 30:3, 30:22, 31:2, 31:21, 31:24, 32:8, 32:12, 32:19, 32:20, 32:25, 33:4, 33:6, 33:15, 33:25, 34:4, 35:16, 37:5, 39:18, 40:5, 40:16, 41:5, 42:1, 50:6, 54:10, 54:22, 56:23, 57:14, 57:18, 57:20, 58:19, 58:22, 59:5, 59:13, 60:4, 60:10, 60:12, 60:15, 60:18, 61:5, 62:23, 64:3, 64:4, 64:5, 65:1, 65:3, 65:11, 65:13, 65:20, 66:5, 66:7, 66:9, 66:12, 66:16, 66:19, 67:4, 67:7, 68:6, 68:20, 69:7, 69:11, 69:19, 69:21, 69:23, 70:1, 70:4, 70:10, 70:16, 70:18, 70:21, 70:23, 71:5, 71:10, 71:15, 71:19, 72:1, 72:6, 72:19, 72:21, 73:3, 73:5, 73:6, 73:7, 73:9, 73:15, 73:16, 74:15, 74:23, 75:2, 75:5, 76:8, 76:23, 77:1, 78:17, 78:20, 78:23, 80:24, 81:9, 81:24, 82:5, 82:6, 82:13, 82:17, 82:24, 83:12, 83:16, 83:19, 83:24, 84:2, 85:5, 85:25, 86:7, 86:8, 86:10, 87:11, 88:12, 88:16, 88:18, 88:24, 90:5, 90:8, 90:9, 90:13, 90:18, 90:21, 91:1, 91:4, 91:23, 92:5, 92:8, 92:12, 92:20, 92:24, 93:7, 93:11, 93:13, 93:16, 93:21, 93:22, 93:25, 94:21, 96:18, 98:1, 98:3, 98:5, 98:6, 98:8, 98:11, 98:13, 99:24, 100:10, 101:3, 101:6, 101:9, 101:12, 101:20, 101:22, 103:25, 104:2, 104:8, 104:10, 105:15, 114:10, 114:12, 114:14, 114:17, 127:16, 127:18, 127:19, 128:24, 129:1, 129:7, 129:15, 129:22, 130:2,

130:14, 135:8, 135:14,
135:23, 136:23, 140:20,
141:9, 141:13, 141:22,
145:5, 145:7, 148:18,
149:23, 150:1, 151:25,
152:12, 152:15, 156:22,
157:19, 161:1, 161:7,
162:10, 162:18
  **yourself** [3] - 17:1,
17:22, 91:4
  **youth** [5] - 36:11, 36:24,
40:1, 40:2, 40:8

## Z

**Z** [2] - 4:1, 163:4
**Z-E-V-A-L-L-A-S** [1] -
163:4
**Zachary** [1] - 4:12
**ZACHARY** [2] - 2:7, 2:14
**Zevallas** [1] - 162:24
**Zheng** [1] - 161:12
**ZHENG** [2] - 1:7, 2:9
**ZUOPENG** [2] - 1:7, 2:9

### °

° [4] - 163:16