1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
3  ----------------------------------------X
   HEINS RODRIGUEZ,
4
                              PLAINTIFF,
5

6          -against-          Case No.:
                              16-CV-5861
7                             (NG) (RER)

8
   CITY OF NEW YORK; Police Officer ZHENG
9  ZUOPENG, Shield No. 25461; Police Officer
   ALEN CHEN, SHIELD NO. 28461; Sergeant
10 MATTHEW S. STARRANTINO; and JOHN and JANE
   DOE 1 through 10, individually and in their
11 official capacities (the names John and
   Jane Doe being fictitious, as the true
12 names are presently unknown),

13                            DEFENDANTS.
   ----------------------------------------X
14

15                 DATE:  July 25, 2018

16                 TIME:  11:24 A.M.

17

18

19      (DEPOSITION OF ZUOPENG ZHENG)

20

21

22

23

24

25

1

2                DATE:  July 25, 2018

3                TIME:  11:24 A.M.

4

5          VIDEOTAPED DEPOSITION of the

6  Defendant, ZUOPENG ZHENG b/s/h/a ZHENG

7  ZUOPENG, taken by the Plaintiff, pursuant

8  to a Court Order and to the Federal Rules

9  of Civil Procedure, held at the offices of

10  Elefterakis, Elefterakis, & Panek, 80 Pine

11  Street, New York, New York 10005, before

12  Dione Woods, a Notary Public of the State

13  of New York.

14

15

16

17

18

19

20

21

22

23

24

25

1

2   A P P E A R A N C E S:

3


4   ELEFTERAKIS, ELEFTERAKIS & PANEK
      Attorneys for the Plaintiff
5     HEINS RODRIGUEZ
      80 Pine Street
6     New York, New York 10005
      BY:  BAREE N. FETT, ESQ.
7


8
    ZACHARY W. CARTER, ESQ.
9   CORPORATION COUNSEL
    NEW YORK CITY LAW DEPARTMENT
10    Attorneys for the Defendants
      CITY OF NEW YORK; Police Officer ZHENG
11    ZUOPENG, Shield No. 25461; Police Officer
      ALEN CHEN, SHIELD NO. 28461; Sergeant
12    MATTHEW S. STARRANTINO; and JOHN and JANE
      DOE 1 through 10, individually and in
13    their official capacities (the names John
      and Jane Doe being fictitious, as the
14    true names are presently unknown)
      100 Church Street
15    New York, New York 10007
      BY:  ZACHARY BERGMAN, ESQ.
16


17


18
    ALSO PRESENT:  Kevin Kelly
19                 and Robert Hogan,
                   Videographer
20
               *         *         *
21

22

23

24

25

1

2     F E D E R A L   S T I P U L A T I O N S

3

4

5     IT IS HEREBY STIPULATED AND AGREED by and

6     between the counsel for the respective

7     parties herein that the sealing, filing and

8     certification of the within deposition be

9     waived; that the original of the deposition

10    may be signed and sworn to by the witness

11    before anyone authorized to administer an

12    oath, with the same effect as if signed

13    before a Judge of the Court; that an

14    unsigned copy of the deposition may be used

15    with the same force and effect as if signed

16    by the witness, 30 days after service of

17    the original & 1 copy of same upon counsel

18    for the witness.

19

20    IT IS FURTHER STIPULATED AND AGREED that

21    all objections except as to form, are

22    reserved to the time of trial.

23

24                    *      *      *      *

25

```
 1                    Z. ZHENG
 2              THE VIDEOGRAPHER:  We are now
 3         on the record.  The time is 11:24
 4         A.M. on July 25, 2018.  My name is
 5         Robert Hogan, legal videographer with
 6         Diamond Reporting and Legal Video
 7         based in Brooklyn, New York.  This is
 8         a deposition of Zuopeng Zheng taken
 9         on behalf of Plaintiff.
10         This deposition is being held at the
11         offices Elefterakis, Elefterakis &
12         Panek, 80 Pine Street, New York, New
13         York in the United States District
14         Court, Eastern District of New York.
15         The caption of the case is Heins
16         Rodriguez, Plaintiff against City of
17         New York et al., Defendants.  Docket
18         number 16CV5861.  Will Counsel now
19         please identify themselves, their
20         firms and the parties they represent.
21         Baree Fett, from Elektrakis,
22         Elektrakis & Panek for the Plaintiff,
23         Heins Rodriguez and Zachary Bergman
24         from Corporation Counsel, New York
25         City Law Department, also present
```

1                    Z. ZHENG

2          Kevin Kelly from the New York City

3          Law Department.

4                The court reporter is Dione

5          Woods with Diamond Reporting.  Ms.

6          Woods, please swear in the witness.

7    Z U O P E N G   Z H E N G, called as a

8    witness, having been first duly sworn by a

9    Notary Public of the State of New York, was

10   examined and testified as follows:

11   EXAMINATION BY

12   MR. FETT:

13          Q.    Please state your name for the

14   record.

15          A.    Zuopeng Zheng.

16          Q.    What is your business address?

17          A.    1 Police Plaza, New York, New

18   York.

19          Q.    Good morning, Officer Zheng.

20   My name is Baree Fett and I represent the

21   Plaintiff, Heins Rodriguez.

22                I'm going to be asking you a

23   series of questions today.  Before I start

24   I'm going to go over some ground rules just

25   so that you understand how the deposition

1                    Z. ZHENG

2    works, okay?

3         A.    Okay.

4         Q.    First, because there is a court

5    reporter taking down my questions and your

6    answers I just ask that you wait for me to

7    complete the question before you answer

8    even if you know the answer, okay?

9         A.    Yes.

10        Q.    Okay.  And my next point is

11   that you answer all my questions verbally

12   so that the court reporter can take it

13   down, if you nod or say ah-huh she can't

14   take that down, okay?

15        A.    Yes.

16        Q.    If you don't understand my

17   question or can't hear my question, will

18   you let me know?

19        A.    Yes.

20        Q.    Okay.  And if you don't tell me

21   that I'm going to assume you understand the

22   question; is that fair?

23        A.    Yes.

24        Q.    If at any point you want to

25   take a break you're absolutely welcome to

1                    Z. ZHENG

2    do that, to speak to your attorneys or use

3    the bathroom, just let me know, okay?

4         A.    Yes.

5         Q.    If a question is pending I will

6    ask that you first answer the question

7    before we take a break, okay?

8         A.    Yes.

9         Q.    I want you to answer the

10   questions to the best of your ability.  I

11   don't want you to guess, okay?

12        A.    Okay.

13        Q.    It's okay to say I don't know.

14        A.    Yes.

15        Q.    Once the deposition is over a

16   transcript will be generated and you will

17   have the opportunity to review the

18   transcript and make any changes or

19   corrections, okay?

20        A.    Okay.

21        Q.    Understand that when this case

22   goes to trial I will be able to comment on

23   any questions or changes that you made to

24   the transcript, okay?

25        A.    Okay.

1                    Z. ZHENG

2          Q.    Are you on any medication today

3     that will affect your memory?

4          A.    No.

5          Q.    In the last 24 hours did you

6     have any alcohol?

7          A.    No.

8          Q.    In the last 24 hours did you

9     have any alcohol?

10         A.    No.

11         Q.    In the last 24 hours did you

12    use any marijuana?

13         A.    No.

14         Q.    In the last 24 hours did you

15    take any illegal drugs?

16         A.    No.

17         Q.    How much sleep did you get last

18    night?

19         A.    Five, six hours.

20         Q.    When did you finish your last

21    shift at work?

22         A.    1723 hours yesterday.

23         Q.    Can you tell me what 1723 is in

24    non-military?

25         A.    5:23 P.M.

```
 1                      Z. ZHENG

 2         Q.     What did you do after work?

 3         A.     Went home.

 4         Q.     Are you aware that you've taken

 5   an oath to tell the truth today?

 6         A.     Yes.

 7         Q.     The oath that you've taken

 8   today is exactly the same oath that you

 9   would take in a courtroom, do you

10   understand that?

11         A.     Yes.

12         Q.     Is there any reason why you

13   wouldn't be able to tell the truth today?

14         A.     No.

15         Q.     What is your full name?

16         A.     First name Z-U-O-P-E-N-G, last

17   name Z-H-E-N-G.

18         Q.     Do you have a middle name?

19         A.     No.

20         Q.     Your last name am I correct is

21   pronounced Zheng?

22         A.     Yes.

23         Q.     What's your shield number?

24         A.     25461.

25         Q.     Your tax ID?
```

```
 1                    Z. ZHENG
 2          A.    943985.
 3          Q.    What is your current rank?
 4          A.    Police officer.
 5          Q.    And your current command?
 6          A.    110 Precinct.
 7          Q.    What's your current assignment?
 8          A.    Highway safety officer.
 9          Q.    Do you wear glasses or contact
10    lenses?
11          A.    Contact lenses.
12          Q.    What's your prescription?
13          A.    For what?
14          Q.    Your contact lenses.
15          A.    Oh, um -- I don't know.
16          Q.    Do you know whether you're
17    nearsighted or farsighted or why you need
18    the contact lens?
19          A.    Nearsighted.
20          Q.    Nearsighted.  So that means
21    that you have difficulty seeing from far
22    away; is that right?
23          A.    I'm not really familiar with
24    the medical terms.  I think so.
25          Q.    Do you wear your contacts all
```

```
 1                     Z. ZHENG
 2    day typically?
 3          A.    Yes.
 4          Q.    So it's not just for reading or
 5    driving?
 6          A.    It's all day.
 7          Q.    Okay.  And in 2015 were you
 8    also prescribed contact lenses?
 9          A.    Yes.
10          Q.    Okay.  Was it for the same
11    condition that you have today?
12          A.    Yes.
13          Q.    Okay.  And how long have you
14    been -- how long have you needed a
15    prescription for contact lenses or
16    eyeglasses?
17          A.    I don't remember.  A long time
18    ago.
19          Q.    Like more than 10 years?
20          A.    Yes.
21          Q.    Have you ever given testimony
22    under oath before?
23          A.    Yes.
24          Q.    Um, and when I say testimony
25    under oath that could be in a hearing,
```

1                    Z. ZHENG
2    criminal court, civil court, a deposition
3    like this I'm including all of that in the
4    question, okay?
5         A.    Yes.
6         Q.    Approximately, how many times
7    do you think you've given testimony under
8    oath before?
9         A.    I don't have exact numbers.
10        Q.    Would it be under 10?
11        A.    Yes.
12        Q.    More than 20?
13        A.    Yes.
14        Q.    More than 30?
15        A.    Yes.
16        Q.    Okay.  More than 40?
17        A.    Not sure.
18        Q.    Have you ever given testimony
19   at trial in a Civil Court?
20        A.    Not at trial, no.
21        Q.    Okay.  And so when I'm saying
22   civil court I mean suing for money,
23   something like that?
24        A.    Yes.
25        Q.    So, as far you know you haven't

1                    Z. ZHENG
2    done that?
3         A.    Not at the trial, no.
4         Q.    And so I think what I'm -- what
5    I think you're saying, have you testified
6    under oath in a deposition before?
7         A.    Yes.
8         Q.    Okay.  Um, on how many
9    occasions?
10        A.    One.
11        Q.    Okay.  So aside from this one
12   one other time?
13        A.    One more.
14        Q.    What were the circumstances?
15        A.    Um, it was an RMP accident
16   involve a pedestrian.
17        Q.    Okay.  And um, was that a
18   lawsuit that was pending?
19        A.    Yes.
20        Q.    Okay.  And were you testifying
21   as a witness?
22        A.    Sorry what does -- sorry
23   pending.
24             MR. BERGMAN:  Yeah, I'm going
25        to object to the last question but

```
 1                    Z. ZHENG
 2          you can answer.
 3                    MR. FETT:  That's okay.
 4          Q.    So when you were testifying at
 5   a deposition was there a lawsuit that you
 6   were testifying about?
 7          A.    Yes.
 8          Q.    Okay and were you testifying,
 9   as far as you know, were you a witness,
10   were you a Defendant or something else?
11          A.    Defendant.
12          Q.    Um, and, what was the name of
13   the Plaintiff in the case, the person
14   suing?
15          A.    I don't remember.
16          Q.    Okay.  And what was that person
17   claiming in that lawsuit?
18          A.    That I struck her with a
19   vehicle.
20          Q.    Okay.  Do you know
21   approximately when that person claimed you
22   had struck him or her with a vehicle?
23                    MR. BERGMAN:  Objection.  You
24          can answer.
25          A.    I don't remember exactly when.
```

1           Z. ZHENG

2      Q.    Okay.  Was it in 2015?

3           MR. BERGMAN:  Same objection.

4       You can answer.

5      A.    The accident happened in 2014.

6      Q.    Okay.  2014.  Do you remember

7  the month in 2014?

8      A.    No.

9      Q.    And, so, can you describe the

10  circumstances of what happened in that

11  accident?

12      A.    I was doing an intake crime

13  unit at the time which was a plainclothes

14  unit --

15      Q.    Ah-huh.

16      A.    -- I was driving an unmarked

17  vehicle and, um, in the middle of a block

18  one of my sergeant's was sitting in the

19  back seat telling me there was a person in

20  the backyard which was -- we were looking

21  for a burglary at the time.

22           I backup my vehicle slowly,

23  that person came out in between cars in the

24  middle of the street so my back of my car

25  tapped his leg and as soon as we stopped

1                    Z. ZHENG

2    the car we asked him if he was all right,

3    he said "I'm fine" and he was about to walk

4    away.  We call him back.  We took the

5    accident report.

6         Q.    You.  You wrote an accident

7    report?

8         A.    We wrote an accident.

9         Q.    Okay.  And why did you do that?

10        A.    It's just the procedure.  We

11   have to do it if someone got -- even though

12   there was no injury at the time we still

13   have to require to do something for the

14   incident.

15        Q.    Okay.  And, um, was an

16   ambulance called to the scene?

17        A.    No.

18        Q.    Why not?

19        A.    He didn't require an ambulance.

20        Q.    How do you know he didn't

21   require an ambulance?

22        A.    We was going to walk away

23   before we even started a report.

24        Q.    Where did this accident happen?

25        A.    Somewhere in my precinct.  I --

1                    Z. ZHENG
2    I don't remember the exact location.
3          Q.    You mean at the 110 --
4          A.    Correct.  110 Precinct.
5          Q.    What was the name of your, I
6    believe you said your sergeant in the back
7    seat?
8          A.    For that incident?
9          Q.    Yes.
10         A.    Yes, um Sergeant Labner
11   (phonetic).
12         Q.    Was any other officer in the
13   vehicle with you?
14         A.    Yes.
15         Q.    Who were the other officers in
16   the vehicle with you?
17         A.    Officer Jones.
18         Q.    Is Sergeant Labner a male or a
19   female?
20         A.    Male.
21         Q.    And Officer Jones is a male or
22   female?
23         A.    Male.
24         Q.    Do you know Officer Jones'
25   first name?

1                         Z. ZHENG

2          A.      Anthony.

3          Q.      Okay.  And is Officer Jones

4     still at the 110?

5          A.      Yes.

6          Q.      Is Sergeant Labner still at the

7     110?

8          A.      Yes.

9          Q.      Um, did this happen, was it

10    daylight, nighttime, can you describe what

11    the weather conditions were?

12         A.      Daytime.  Clear weather.

13         Q.      And um, did you ever see the

14    individual behind you, the pedestrian?

15                 MR. BERGMAN:  Objection to

16          form.  You can answer.

17         A.      Not until I hit the guy, no.

18         Q.      Let me.  Let me.  That's not a

19    good question.  At the time that you're

20    backing up your vehicle describe for me

21    what you did in terms of driving procedure;

22    did you look in your rearview mirror or did

23    you look behind you, how did you back up?

24         A.      Look at the top mirror and the

25    side mirror.

```
 1                    Z. ZHENG
 2        Q.    Which one did you look in
 3   first?
 4        A.    Left hand side first, middle,
 5   then right.
 6        Q.    What did you see when you
 7   looked in these mirrors?
 8        A.    Nothing.
 9        Q.    Okay.  And how soon after you
10   looked in the mirrors did you proceed to
11   back up?
12        A.    I don't remember exactly time.
13        Q.    Okay.  And so, but it's your
14   testimony that you when you looked in the
15   mirrors you didn't see anybody?
16        A.    No.
17        Q.    Do you know the status of the
18   lawsuit now; is it settled, is it ongoing,
19   something else?
20        A.    No.
21        Q.    You don't know the status?
22        A.    No.
23        Q.    Is that person now claiming
24   that he was injured?
25              MR. BERGMAN:  Objection.  You
```

1                    Z. ZHENG
2          can answer.
3          A.    Yes.
4          Q.    Okay.  And um -- and this is
5     only if you know.  What is he claiming his
6     injuries are?
7          A.    I have no idea.
8          Q.    Why do you laugh?  Do you think
9     that -- what do you think about that?
10          A.    There was no injury at the
11     scene so I have no idea what the claim will
12     be.
13          Q.    Okay.  Um, what did you do
14     today to prepare for this deposition?
15               MR. BERGMAN:  Objection to form
16          and also any conversations you had
17          with Counsel do not discuss.
18          A.    Just meet with them.
19          Q.    Okay.  Let me clarify the
20     question.  Did you meet today with your
21     attorneys to prepare for the deposition?
22          A.    Yes.
23          Q.    Okay.  And, how long did you
24     meet with your attorney today?
25          A.    Today?

```
 1                    Z. ZHENG
 2         Q.    Yes.
 3         A.    From 8:30 to -- sorry, from
 4    9:00 to now when we started.
 5         Q.    I guess what I'm asking is
 6    before you got here today without telling
 7    any conversation did you meet with your
 8    attorneys today to prepare for the
 9    deposition?
10         A.    Yes.
11         Q.    Okay.  And, um, who was in the
12    room when you met with your attorneys?
13         A.    Um, Zach and um, Kevin.
14              MR. BERGMAN:  By counsel that's
15          Zach Bergman and Kevin Kelly from
16          Corporation Counsel.
17         Q.    Was anyone else in the room?
18         A.    No.
19         Q.    Um, and, did you review any
20    documents?
21         A.    Not today, no.
22         Q.    Did you review any video?
23         A.    No.
24         Q.    Aside from today have you met
25    with your attorneys at any other time to
```

```
 1                    Z. ZHENG
 2    prepare for the deposition?
 3          A.    Yes.
 4          Q.    Okay.  When?
 5          A.    A few times.  Just like last
 6    week.
 7          Q.    Okay.  How many times last week
 8    did you meet with them?
 9          A.    One time last week and I think
10    one time the thing week before.
11          Q.    Okay.  And so let's start with
12    the first one, the one a few weeks ago.
13    Who did you meet with?
14          A.    Zach and Kelly.
15          Q.    Okay.  Um, and was anyone else
16    in the room?
17          A.    No.
18          Q.    Did you review any documents at
19    that time?
20          A.    Yes.
21          Q.    Which documents did you review?
22                MR. BERGMAN:  Objection.  Only
23           answer things that refreshed your
24           memory.
25          A.    My paperwork and the radio.  I
```

1                    Z. ZHENG
2   saw the CCRB.
3        Q.    Which of your paperwork?  What
4   of your paperwork did you review?
5             MR. BERGMAN: Same objection.
6         Answer things that refresh you
7         memory.
8        A.    My arrest report.
9        Q.    Okay.  Um, I'm going to name
10  some things and just let me know if you
11  looked at that.  How about your memo book
12  entry?
13       A.    Yes.
14       Q.    Um, and the arrest report?
15       A.    Yes.
16       Q.    Um, how about -- is there
17  anything else you can think of that you
18  reviewed?
19            MR. BERGMAN:  Again.  Same
20         objection.  Things as far as
21         refreshed your memory.
22       A.    I don't remember now.  Just all
23  the paperwork I have.
24       Q.    Which video did you review?
25  You said the video from CCRB.  Which video

```
 1                    Z. ZHENG
 2   was that?
 3        A.    The video when he fell off the
 4   bike.
 5        Q.    Okay.
 6        A.    When we um, took the arrest.
 7        Q.    Any other video?
 8        A.    No.
 9        Q.    So just one video?
10        A.    Right.
11        Q.    When you met with your office
12   --excuse me.  When you met with you
13   attorneys last week how long did you meet
14   with them?
15        A.    Few hours.
16             MR. BERGMAN:  Can I take a few
17        seconds break.  I want to confer with
18        my client about something.
19             THE VIDEOGRAPHER:  It is 11:40
20        A.M., going off record.
21             (Whereupon, an off-the-record
22        discussion was held.)
23             THE VIDEOGRAPHER:  Back on the
24        record, 11:41 A.M.
25             MR. BERGMAN:  By Counsel, I
```

1                    Z. ZHENG

2         just want to make a quick correction

3         as to what you said previously.

4         A.    Yeah, when you asked me like

5    how many videos I saw total from the three

6    times we met it was two videos.  First day

7    one, then second day I saw the second

8    video.

9         Q.    Thank you.  I appreciate that.

10   So just going back to the second time you

11   met with your attorneys, do you remember

12   what paperwork you reviewed that day?

13        A.    Same thing, arrest paperwork.

14        Q.    Okay.  And then in terms of a

15   video, which video did you review that day?

16        A.    First one was the um, the one

17   with the arrest proc -- I have one he fell

18   off the bike when everything happened --

19        Q.    Okay.

20        A.    -- at the scene and the second

21   video was -- someone was holding a back.

22        Q.    Okay.

23        A.    -- at the scene after he was in

24   the RMP --

25        Q.    Okay.

```
 1                    Z. ZHENG
 2         A.     --in the car.
 3         Q.     Let's talk about the first
 4   video.  The one of the actual accident.
 5   Had you seen -- aside from seeing it CCRB
 6   and your attorney had you seen that video
 7   at any other point?
 8         A.     I don't remember.
 9         Q.     Okay.  And then how about the
10   video where you said someone has a bag.
11   Had you seen that video before meeting with
12   your attorney?
13         A.     No.
14         Q.     We'll go into that video more
15   but I just wanted to know.  The person that
16   was holding the bag, was that you?
17         A.     I'm not even sure.
18         Q.     Okay.  You're not sure because
19   why?
20         A.     I don't remember it.
21         Q.     Okay.
22         A.     I don't remember that event.
23         Q.     Okay.  Um, aside from the
24   lawsuit where you had struck someone with a
25   vehicle had you been sued any other time as
```

```
 1                    Z. ZHENG
 2    a police officer?
 3           A.    No.
 4           Q.    Aside from striking the
 5    individual with your car have you been in
 6    any other car accidents?
 7           A.    Yes.
 8           Q.    Okay.  How many car accidents
 9    have you been in?
10           A.    I don't know exactly how many.
11           Q.    Is it more than two?
12           A.    No.
13           Q.    Okay.  So you think it's two
14    car accidents?
15           A.    I think, yeah.
16           Q.    Okay.  Um, and so um, and can
17    you approximate, I don't need exact numbers
18    or dates?
19           A.    Right.
20           Q.    But, approximately, when was
21    the first car accident that you were in?
22           A.    Oh, um, I don't remember
23    exactly the year.  I know it happened in
24    Queens.
25           Q.    Okay.  Ah, was it on duty or
```

1                    Z. ZHENG
2    off duty?
3         A.    Off duty.
4         Q.    Okay. But you were a police
5    officer --
6         A.    I wasn't at the time.
7         Q.    It was before you became a
8    police officer?
9         A.    Yes.
10         Q.    And so, and um, what year did
11   you become a police officer?
12         A.    2007.
13         Q.    So, do you remember,
14   approximately, how soon before you became a
15   police officer you had the car accident?
16         A.    Five or six years before that.
17         Q.    So describe for me what
18   happened in the car accident?
19         A.    I was driving down the street
20   an 82 years old lady ran a stop sign and
21   T-boned me.
22         Q.    So, did police arrive at the
23   scene?
24         A.    Yes.
25         Q.    Was a police report written?

1                    Z. ZHENG

2          A.    Yes.

3          Q.    So, do you know whether or not

4    the older woman was found to be at fault by

5    the police officer?

6          A.    I don't --

7               MR. BERGMAN:  Objection.  You

8           can answer.

9          A.    I don't know.

10         Q.    Do you know whether or not she

11   was ticketed?

12         A.    No.

13         Q.    You don't know or she wasn't?

14         A.    I don't know.  I'm sorry.  I

15   don't know.

16         Q.    Were you ticketed?

17         A.    No.

18         Q.    Were you injured?

19         A.    Yes.

20         Q.    What were your injuries?

21               MR. BERGMAN:  Objection.  You

22          can answer but I would ask that --

23         A.    I don't remember.  I went to a

24   hospital.

25         Q.    Did you break any bones?

1                    Z. ZHENG
2          A.    No.
3          Q.    Um, were you admitted to the
4     hospital?
5          A.    No.
6          Q.    Do you know whether or not the
7     elderly woman was injured?
8          A.    She also went to the hospital.
9     I'm not sure if she was injured or not.
10         Q.    Okay.  Was your car damaged?
11         A.    Yes.
12         Q.    Um, was there any litigation
13    that resulted in this accident?
14              MR. BERGMAN:  Objection.  You
15         can answer.
16         A.    I don't know.
17         Q.    Did you sue her?
18         A.    No.
19         Q.    Okay.  Did she sue you?
20         A.    No.
21         Q.    Um, did you make a claim with
22    your insurance to have your car fixed?
23         A.    Yes.
24         Q.    You don't know whether or not
25    her insurance paid for your car to  be

1                    Z. ZHENG

2    fixed?

3         A.    The car at the time was under

4    my mom's name so I had nothing to do with

5    it actually.

6         Q.    Um, were you drinking at the

7    time of accident?

8         A.    No.

9         Q.    Were you under the influence of

10   any drugs at the time of the accident?

11        A.    No.

12        Q.    Okay.  Was the -- was your car

13   totalled after the accident?

14        A.    Yes.

15        Q.    Okay.  Do you know how fast she

16   was traveling?

17        A.    No.

18        Q.    Okay.  But you were stopped?

19        A.    I was going straight when she

20   ran the stop sign.

21        Q.    Okay.  How do you know she ran

22   the stop sign?

23        A.    I don't have a stop sign on me

24   and she had a sign --

25        Q.    Okay.

```
 1                    Z. ZHENG
 2        A.    -- for her.
 3        Q.    Were you able to see her
 4   running a stop sign?
 5        A.    All I know is one thing she hit
 6   me and that was it.
 7        Q.    And um, you might have said
 8   this already, was this in Queens?
 9        A.    Queens.
10        Q.    And then is the second accident
11   that you're talking about is that the
12   accident with the pedestrian while you were
13   on duty or is that something else?
14             MR. BERGMAN:  Objection to form
15         but you can answer.
16        A.    That's the accident I can
17   remember off duty.
18        Q.    Okay.
19        A.    The one with the old lady.
20        Q.    Okay.  Have you been in any
21   accident on duty aside from the incident
22   with the pedestrian?
23        A.    No.
24        Q.    Okay.  Have you ever received
25   any speeding tickets while on duty?
```

1                    Z. ZHENG

2          A.    No.

3          Q.    Have you ever gotten a speeding

4     ticket when you're not on duty?

5          A.    Yes.

6          Q.    Okay.  Approximately, how many?

7          A.    One.

8          Q.    And, approximately, what year?

9          A.    Ninety-eight.

10         Q.    Okay.  What's your highest

11    level of education?

12         A.    Associate's degree.

13         Q.    Where did you get that?

14         A.    I'm sorry.  Nassau Community

15    College.

16         Q.    Okay.  Did you have a major?

17         A.    Criminal justice.

18         Q.    And, what year did you get your

19    degree?

20         A.    2006, 2007.

21         Q.    Have you been in any other

22    training programs or received any other

23    degrees or certificates?

24         A.    Different ones from the

25    Department.  I'm not sure exactly what they

1                    Z. ZHENG
2    are.
3         Q.    Okay.  What's your date of
4    appointment?
5         A.    01/10/07.
6         Q.    And um, were you accepted into
7    NYPD the first time you applied?
8         A.    Yes.
9         Q.    Did you apply to any other law
10   enforcement units um, aside from NYPD?
11        A.    Um, when?
12        Q.    Any time?
13        A.    Port Authority.
14        Q.    Port Authority?
15        A.    Yes.
16        Q.    Um, and what year did you apply
17   to Port Authority?
18        A.    I don't remember.
19        Q.    Would it have been around the
20   same time you applied to NYPD?
21        A.    After.
22        Q.    Okay.  And, were you accepted?
23        A.    Yes.
24        Q.    Okay.  And, but it sounds like
25   you decided to stay at NYPD?

1                    Z. ZHENG
2          A.    Yes.
3          Q.    Why?
4          A.    It was so many years after I
5    got -- I'm on this job already.  So it
6    didn't work for me anymore.
7          Q.    Um, after graduating from the
8    police academy what was your first
9    assignment?
10         A.    Operation impact, 73rd
11   Precinct.
12         Q.    Okay.  How long were you at the
13   73rd?
14         A.    One year.
15         Q.    Were you in impact the entire
16   time?
17         A.    Yes.
18         Q.    Where were you transferred
19   after that?
20         A.    Ah, 110.
21         Q.    Did you ask to be transferred,
22   were you told you were being transferred or
23   something else?
24         A.    No, I just got transferred.
25         Q.    Okay.  While you were at the

1                        Z. ZHENG

2   73rd were you ever disciplined?

3          A.     No.

4          Q.     Did you ever lose any time or

5   any hours at the 73rd?

6          A.     No.

7          Q.     Approximately, what year did

8   you go to the 110?

9          A.     2008.

10         Q.     Okay.  And, have you been at

11  the 110 from 2008 to present?

12         A.     Yes.

13         Q.     So you never been in any other

14  precinct?

15              MR. BERGMAN:  Objection form.

16          You can answer.

17         A.     No.

18         Q.     What was your first assignment

19  at the 110?

20         A.     Condition unit.

21         Q.     And were you assigned to a

22  vehicle or were you on foot or something

23  else?

24         A.     Sometimes on foot, sometime in

25  a car.

1                       Z. ZHENG

2          Q.     Okay.  How long were you in the

3     conditions unit for?

4          A.     Three or four years.

5          Q.     Okay.  Um, and where did you go

6     after conditions?

7          A.     Day tour patrol.

8          Q.     So is it fair to say in

9     approximately 2012 you were in day tour

10    patrol?

11         A.     2011.

12         Q.     Okay.  And, what was your

13    assignment or what were your

14    responsibilities in day tour patrol?

15         A.     Answer radio runs.

16         Q.     Okay.  And, were you in an RMP?

17         A.     Yes.

18         Q.     Okay.  In uniform?

19         A.     Yes.

20         Q.     Did you have a partner?

21         A.     Yes.

22         Q.     Okay.  Um, Who was your partner

23    in 2011?

24         A.     I had three different partners

25    at the time I think.

```
 1                    Z. ZHENG
 2        Q.    Okay.  So then a rotating --
 3        A.    Right.
 4        Q.    -- system?
 5        A.    Correct.
 6        Q.    And, um, how long were you in
 7   the day tour patrol?
 8        A.    Approximately, a year.
 9        Q.    Okay.  And so then at some
10   point I guess you moved onto a different
11   unit; is that right?
12        A.    Yes.
13        Q.    Okay.  Where did you go after
14   the day tour?
15        A.    Um, traffic safety.
16        Q.    Would that be around 2012?
17        A.    Um, may 2012.
18        Q.    Why were you transferred, do
19   you know?
20        A.    Um, we just a different
21   assignment.
22        Q.    Did you see the change to
23   traffic safety as um, as like a promotion,
24   did you see it as a demotion or something
25   else?
```

1                    Z. ZHENG

2         A.    Just different job.

3         Q.    So just a different assignment?

4         A.    Yes.

5         Q.    Okay.  How did you like traffic

6    safety?

7         A.    I like it.

8         Q.    You like it?

9         A.    Yeah.

10        Q.    Okay.  And who was your partner

11   in traffic safety?

12        A.    We don't have part -- I'm

13   sorry.

14             MR. BERGMAN:  Objection.  You

15         can answer.

16        A.    We don't have partners.

17        Q.    Okay.  Um, and so, are you in

18   an RMP?

19             MR. BERGMAN:  Objection.  You

20         can answer.

21        A.    Yes.

22        Q.    Describe for me what you do in

23   traffic safety?

24        A.    Um, basically writing down

25   moving violations for vehicles, bicycles,

1              Z. ZHENG

2    motorcycles and people who has suspended

3    license or drunk driving.

4         Q.    Okay.  I think you said in that

5    unit you don't have partners; is that

6    right?

7         A.    Most of the time no partners.

8         Q.    Okay.  Does that mean you're

9    alone or you're just assigned with someone

10   different every time?

11        A.    No most of the time I'm by

12   myself.

13        Q.    Okay.  And who was your

14   supervisor in traffic safety in 2012?

15        A.    I don't remember.

16        Q.    How long were you in traffic

17   safety?

18        A.    Right now since 2012.

19        Q.    Okay.  So, that's your current

20   assignment?

21        A.    Correct.

22        Q.    Who's your supervisor now?

23        A.    Sergeant Chaffer.

24        Q.    Sergeant Chaffer?

25        A.    Yes.  C-H-A-F-F-E-R.

1                    Z. ZHENG
2        Q.    Is that a male or female?
3        A.    Male.
4        Q.    How long has he been your
5    supervisor?
6        A.    Few years.  I don't remember
7    exactly how long.
8        Q.    Okay.  What's his first name?
9        A.    Eric.
10       Q.    Okay.  Have you ever been
11   arrested?
12       A.    No.
13       Q.    Have you ever been placed on
14   suspension?
15       A.    No.
16       Q.    Have you ever been disciplined
17   for any reason while in NYPD?
18       A.    Yes.
19       Q.    On how many occasions?
20       A.    From what I remember, one.
21       Q.    What year was that?
22       A.    I don't remember exactly.
23   2009, approximately.
24       Q.    What were you disciplined for?
25       A.    I was eating dinner on my post

1                    Z. ZHENG

2    at one -- one -- um, headquarter police

3    security.   Security post.

4         Q.    Okay.  So I just want to make

5    sure I heard you.  So you were eating

6    dinner on your post?

7         A.    Correct.

8         Q.    Okay.  Did that mean you were

9    eating while you were on duty?

10        A.    Yes.

11        Q.    What was your post?

12        A.    It's um, 1 Police Plaza had

13   that little booth.

14        Q.    Okay?

15        A.    You have to put a button for

16   people to go in and go out with a barrier.

17        Q.    Okay.

18        A.    I'm one of the person in that

19   booth.

20        Q.    Okay.  What was the discipline?

21        A.    I know they took four hours

22   from me.  I don't remember exactly what was

23   the discipline for.  Eating on post or

24   something like that.

25        Q.    Okay.  And four hours were

1                    Z. ZHENG

2  taken from you?

3        A.    Four hours.

4        Q.    Ah, was there any other

5  discipline in connection with that

6  incident?

7        A.    No.

8        Q.    Okay.  No other discipline

9  aside from the 2009 incident?

10        A.    Not that I remember.

11        Q.    Were you ever disciplined in

12  any way for the incident when you struck

13  the pedestrian with your vehicle?

14        A.    No.

15        Q.    Were you ever interviewed in

16  connection with that incident?

17              MR. BERGMAN:  Objection.  You

18         can answer.

19        A.    I'm sorry.  Can you clarify by

20  who.

21        Q.    Sure.  By anyone within NYPD

22  were you interviewed by anyone in

23  connection with that incident?

24        A.    No.

25        Q.    Um, so IAB didn't interview you

1                    Z. ZHENG

2    in connection with the incident with the

3    pedestrian?

4         A.    No.

5         Q.    How about have any of your

6    supervisors within the 110.  Did any of

7    them interview you about what had happened?

8              MR. BERGMAN:  Objection.  You

9         can answer.

10        A.    No.

11        Q.    Okay.  As far as you know was

12   there any investigation within NYPD in

13   connection with that incident?

14        A.    No.

15        Q.    I'm sorry.  You don't know or

16   there wasn't?

17        A.    Sorry.  I don't know.

18        Q.    Aside from the four hours have

19   you ever lost any other time?

20        A.    Not that I remember, no.

21        Q.    Have you ever been GO-15'd?

22        A.    Yes.

23        Q.    On how many occasions?

24        A.    Approximately, two.  That I

25   remember for sure is one.

1                    Z. ZHENG

2          Q.    Okay.  Um, and so the one that

3     you remember for sure, approximately, what

4     year was that?

5          A.    '08 or '09.

6          Q.    Were you a subject or a

7     witness?

8          A.    Witness.

9          Q.    What was being investigated?

10         A.    School safety agent was

11    shopping lifting in Target and, um, as a

12    security hauling job I was the one that

13    answered the job so I was the first one on

14    the scene.  So I was the one that become

15    the arresting officer.

16         Q.    Okay.  Um, and then you said

17    you think you might have been interviewed

18    another time.  Do you have any specific

19    recollection about it?

20         A.    Yes, one time -- one time there

21    was the, um, a female police officer in my

22    precinct allegedly showed a gun to a pass

23    -- like a person who drive by --

24         Q.    Okay.

25         A.    -- and that person actually

```
 1                    Z. ZHENG
 2   approached me so I had to go back to the
 3   precinct and tell my supervisor about it
 4   and they did a GO on me for that thing.
 5        Q.    Okay.  So it sounds like you
 6   were a witness?
 7        A.    I did, yeah.
 8        Q.    Any other times that you think
 9   you were interviewed?
10        A.    I don't remember anything else.
11        Q.    Okay.  Do you think you're a
12   good driver?
13        A.    Yes.
14        Q.    Why do you think that?
15             MR. BERGMAN:  Objection.  You
16         can answer.
17        A.    Fairly I never really have a --
18   I just -- you know, I think I'm a good
19   driver.  I don't know why I think that.
20        Q.    Okay.  Now, have you ever
21   spoken with Officer Allen Chen since the
22   incident with Heins Rodriguez um, about
23   what happened that day?
24        A.    After, no.
25        Q.    Okay.  So since August 13, 2015
```

1                    Z. ZHENG

2    you haven't spoken about what happened that

3    day?

4         A.    No.

5         Q.    Okay.  Um, how about with

6    Sergeant Starrantino, have you spoken with

7    him about what happened that day since the

8    incident?

9         A.    No.

10        Q.    How about Sergeant Cantalino

11   have you spoken with him since August 13,

12   2015 about what happened to Heins

13   Rodriguez?

14        A.    No.

15        Q.    Okay.  How about Sergeant

16   Shafidire (phonetic), have you spoken with

17   her since August 13, 2015 about what

18   happened?

19        A.    I'm sorry.  Sergeant who.

20        Q.    Shafidire.  Eunice Shafidire.

21        A.    I'm not sure who that is

22   actually.

23        Q.    Okay.

24        A.    No.

25        Q.    Okay.  Um, have you ever spoken

1                    Z. ZHENG
2      or communicated in any way with Allen --
3      Officer Allen Chen about this litigation?
4              MR. BERGMAN:  Objection.  You
5           can answer.
6         A.    He sent me a message at one
7      time.  That was it.
8         Q.    Okay.  When you say he sent you
9      a message what do you mean by that; text or
10     an e-mail?
11        A.    Text.
12        Q.    When did he send you a text
13     message?
14        A.    At the Criminal Court
15     proceeding a few years ago.
16        Q.    Was this -- which Criminal
17     Court proceeding was it?
18        A.    Um, Ms. Rodriguez Criminal
19     Court proceeding.
20        Q.    Okay.  What did the text say?
21        A.    I don't remember exactly.  If
22     you have paperwork to refresh but I don't
23     remember exactly what it says.
24        Q.    Okay.  Um, I don't need to know
25     exactly.  I do have the paperwork and we're

1                    Z. ZHENG
2    going to go into it but right now I'm just
3    trying to get your general sense and just
4    whatever you remember.
5         A.    I think they called him, he
6    didn't pick up the phone and he texted me
7    something.
8         Q.    Okay.
9         A.    Yeah.
10        Q.    And so um, when you say the ADA
11   called him, what do you mean by that?
12   Like, what does that have to do with him
13   texting you?
14        A.    He was my partner that day for
15   the incident.
16        Q.    Okay.
17        A.    So ADA also called him.  For
18   what, I have no idea but the ADA called him
19   that day.
20        Q.    What was he texting you about?
21        A.    He's --
22             MR. BERGMAN:  Objection.  You
23        can answer to the extent.
24        A.    I don't want to say word for
25   word.  I, I, think the text is in there.  I

                        Z. ZHENG

1

2   didn't respond to it so I don't want to say

3   what I vaguely remember right now.

4          Q.    Okay.  Just generally.  Just a

5   very general vague.  Like, do you know the

6   subject matter?  Was it about --

7          A.    It was the subject matter,

8   yeah.

9          Q.    About the --

10         A.    About the a case.

11         Q.    About the case.  Okay.  Uh, and

12  you said you didn't respond?

13         A.    No.

14         Q.    Why didn't you respond?

15         A.    Because it was impeding the

16  criminal investigation at the time.  It was

17  a trial.  So, I told -- I told the ADA

18  right away.  I showed it to the ADA right

19  away.

20         Q.    Okay.  Um, and when he texted

21  you where were you physically?

22         A.    At the Criminal Court.

23         Q.    Okay.  And were you in the

24  courtroom or outside the courtroom?

25         A.    Outside the courtroom.

1                    Z. ZHENG

2         Q.    Okay.  And so when he texted

3    you as far as you know was he in the

4    courtroom or outside somewhere?

5         A.    He wasn't there.  He was at the

6    precinct.

7         Q.    Okay.  I understand.  Um, and

8    had you just -- had you been testifying in

9    court yet?

10        A.    I don't remember.

11        Q.    So let me ask you that in a

12   better way.  That day when you got that

13   text from Officer Chen had you testified

14   about this case in Criminal Court?

15             MR. BERGMAN:  Objection.  You

16        can answer.

17        A.    I did.

18        Q.    Okay.  Did you testify before

19   you got the text?

20        A.    After.

21        Q.    Okay.  And, so am I correct in

22   thinking that you said you got the text and

23   then showed it to the ADA?

24        A.    Correct.

25        Q.    Okay.  What's the name of the

1                          Z. ZHENG

2       ADA?

3            A.    Oh, um, I don't remember.

4            Q.    Okay.  Is it a male or female?

5            A.    Male.

6            Q.    Okay.  What did you say to him,

7       if anything?

8            A.    "My partner just sent me this.

9       Here you go."

10            Q.    Okay.  What did he say?

11            A.    "Make sure don't delete it.

12       Give it to me a copy of it."

13            Q.    Okay.  And so, did you give him

14       a copy?

15            A.    Yes.

16            Q.    When did you give him a copy?

17            A.    As soon as I got back to the

18       precinct I e-mailed him a copy.

19            Q.    Okay.  And, um, did you ever

20       speak with Officer Chen about it?

21                 MR. BERGMAN:  Objection.  You

22            can answer.

23            A.    No.

24            Q.    Okay.  Did you ever tell him

25       that you showed it to the ADA?

1                    Z. ZHENG
2          A.    No.
3          Q.    Why not?
4          A.    Well it wasn't for him to know.
5          Q.    Okay.  Why wasn't it for him to
6     know?
7                 MR. BERGMAN:  Objection.  You
8          can answer.
9          A.    I think he was that -- for me
10    at the time I was -- I think it was --
11    legally I wasn't supposed to show it to
12    him.  Legally.  To me that's how I felt at
13    that time.
14         Q.    Okay.  Did you ever tell anyone
15    any supervisors within NYPD what Officer
16    Chen had done?
17         A.    No.
18         Q.    Why not?
19         A.    The -- it wasn't against the
20    rules of the Department to -- that's how I
21    feel at the time.
22         Q.    Well, I think you had just said
23    that the text was, I didn't get exactly
24    what you said, um, impeding a criminal
25    investigation; is that right?

```
 1                     Z. ZHENG
 2        A.    I think at the time, yes.
 3        Q.    Okay.  So don't you think that
 4   that would have been appropriate to tell a
 5   supervisor within NYPD about that?
 6             MR. BERGMAN:  Objection.  You
 7        can answer.
 8        A.    No.
 9        Q.    Why not?
10        A.    Is it's already at a criminal
11   procedure at the time and has nothing to do
12   with my supervisor at NYPD department.
13        Q.    Okay.  So -- so Officer Chen
14   texting you about, um, I guess, the
15   underlying incident that you were
16   testifying about in Criminal Court, you
17   didn't think that that was necessary to
18   bring to the attention of any supervisors
19   within NYPD?
20        A.    No.
21        Q.    Okay.  Um, and do you know if
22   um, if the ADA ever spoke with Officer Chen
23   about the text?
24        A.    I don't know.
25        Q.    Okay.  And, you might have
```

1                    Z. ZHENG

2    already said this and did Officer Chen ever

3    speak to you about the text or about the

4    fact that you had given it to the ADA?

5                    MR. BERGMAN:  Objection.  You

6            can answer.

7            A.    No.

8            Q.    Okay.  Um, did what he text in

9    any way affect how you testified that day?

10           A.    No.

11           Q.    Okay.  Um, what was subject of

12   your testimony that day in Criminal Court?

13                   MR. BERGMAN:  Objection.  You

14           can answer.

15           A.    Of what happened that day.

16           Q.    Okay.  So was that the only day

17   you testified?

18           A.    At Criminal Court.

19           Q.    Was that the only day you

20   testified at Criminal Court in connection

21   with the arrest of Heins Rodriguez?

22           A.    Yes.

23           Q.    Do you know whether or not

24   Officer Chen ever testified in that

25   Criminal proceeding?

1                          Z. ZHENG

2          A.     I don't know.

3          Q.     Do you know the result of the

4     prosecution against Mr. Rodriguez?

5          A.     No.

6          Q.     Okay.  Did you ever ask anyone

7     to find out what it was?

8          A.     Nope.

9          Q.     Um, why not?

10              MR. BERGMAN:  Objection.  You

11          can answer.

12          A.     Wasn't my place to find out.

13    They send you a letter now from the ADA's

14    office telling you results and I never

15    received it.

16          Q.     Okay.  Um, I might have asked

17    you this already, have you ever testified

18    in Civil Court?

19          A.     Yes.

20          Q.     Okay.  Um --

21          A.     Excuse me.  I'm sorry.  Not to

22    trial.  Just a deposition.

23          Q.     But you testified in Criminal

24    Court; is that right?

25          A.     Yes.

```
 1                    Z. ZHENG
 2         Q.    Okay and in this case and
 3    approximately how many other times have you
 4    testified in Criminal Court?
 5         A.    Approximately 30, 40 times.
 6         Q.    Okay.  Has your testimony ever
 7    been found to be incredible meaning not
 8    believable by a judge as far as you know?
 9         A.    No.
10         Q.    Okay.  How did you find out you
11    were being sued in this case?
12         A.    The letter.  They send it to my
13    precinct and also to my house.
14         Q.    Okay.  And, so when you
15    received the paperwork what did you do?
16         A.    Ah, there is a form we have to
17    fill out and they request legal counsel.
18         Q.    Okay.  Um, did you -- did you
19    read through the paperwork?
20         A.    Yes.
21         Q.    Do you know what Mr. Rodriguez
22    is claiming in this lawsuit?
23         A.    Claiming what?
24         Q.    What he's --
25         A.    I know he's suing me I don't
```

```
 1                    Z. ZHENG
 2   know what he's claiming for.
 3         Q.    Okay.  So you don't know what
 4   he's suing about?
 5              MR. BERGMAN:  Objection.  You
 6         can answer.
 7         A.    He's suing for -- you know, I
 8   don't know.  Sorry.
 9         Q.    Okay.  Um, well I guess I don't
10   understand, why don't you know what he's
11   suing you about?
12         A.    It's all on the paper, I think.
13         Q.    Right?
14         A.    Suing for what struck -- me
15   strucking (sic) him bike with the car.
16         Q.    Right.
17         A.    Right and I don't know what
18   else actually.
19         Q.    Okay.  That's okay.  I don't
20   need like the legal terms.  I just meant
21   generally what's it about.
22         A.    Okay.
23         Q.    So it's about him claiming that
24   you struck him?
25         A.    Yes.
```

1                    Z. ZHENG

2          Q.    Okay.  How do you feel about

3     him suing you in this case?

4          A.    Not happy.

5          Q.    Why not?

6          A.    Because, um, he did something

7     wrong, I didn't do anything wrong but you

8     know I'm being sued because the legal

9     system.

10         Q.    Okay.  Um, and -- and um, why

11    do you think you didn't do anything wrong?

12         A.    I did my job --

13         Q.    Okay.

14         A.    -- that day.

15         Q.    Um, do you think that um, you

16    in any way caused his injuries?

17         A.    No.

18         Q.    And when you say, um, the legal

19    system what do you mean by that?

20         A.    The legal system.  That's why

21    we're sitting here.

22         Q.    Okay.  So he's bringing a

23    lawsuit against you?

24         A.    Correct.

25         Q.    Okay.  Um, have you ever um,

```
1                    Z. ZHENG
2    spoken with anyone else about this
3    litigation aside from your attorneys?
4         A.    No.
5         Q.    Okay.  Um, do you still work
6    with Officer Chen?
7         A.    Sometimes, yes.
8         Q.    Okay.  Do you consider him a
9    personal friend?
10        A.    Yes.
11        Q.    Okay.  Have you ever socialized
12   with him outside of work?
13        A.    Yes.
14        Q.    Aside from the checks that he
15   sent you while you were in Criminal Court
16   um, has he ever sent you or did you ever
17   send him e-mails, text or anything about
18   what happened that day?
19        A.    No.
20        Q.    Um, how about uh, Sergeant
21   Starrantino, do you still work with him?
22        A.    No.  I never worked with him,
23   actually.
24        Q.    Um, what do you mean by that?
25        A.    He was never like my direct
```

```
1                    Z. ZHENG
2   supervisor at any point.
3        Q.    Okay.  Um, how about Sergeant
4   Cantalino, do you still work with him?
5        A.    He was never direct my -- my
6   direct supervisor either.
7        Q.    Okay.  Is he still at the 110?
8        A.    He has cancer, I think
9   (confidential.)
10       Q.    Okay.  Um --
11             MR. BERGMAN:  I just ask that
12        that last thing be marked
13        confidential.
14             THE WITNESS:  Right.  Sorry.
15       Q.    What do you think of Officer
16  Chen?  What's you opinion of him as police
17  officer?
18       A.    A good person.
19       Q.    You think he's a good police
20  officer?
21       A.    Yes.
22       Q.    Okay.  Um, are you familiar
23  with the NYPD's policies on vehicle
24  pursuits?
25       A.    Um, no.
```

1                    Z. ZHENG

2          Q.    Um, well, let me just ask more

3     generally.  What's your understanding of

4     what you're supposed to do as a police

5     officer when you're in pursuit of a

6     perpetrator?

7          A.    That I'm allowed to -- it's a

8     police officers job to do.

9          Q.    How do you do it?  How are you

10    supposed to do it?

11         A.    Safely.

12         Q.    Okay.  What do you mean by

13    "safely"?

14         A.    Um, just safely as possible as

15    you can.

16         Q.    So --

17         A.    Safely.  Don't cause injury.

18    Dont cause accident.

19         Q.    Okay.  And so let me just

20    narrow it -- narrow down my question to

21    make it a little easier.  So say you're

22    pursuing a bicyclist, okay, um, how are you

23    supposed to pursue a bicyclist when you're

24    in a police vehicle safely?

25              MR. BERGMAN:  Objection.  You

```
1                    Z. ZHENG
2       can answer.
3       A.    I don't have a guideline for
4  it.
5       Q.    But do you have any general
6  sense of how you're supposed to do it?
7       A.    No.
8       Q.    Um, let me ask you this.  If
9  you were -- let's say you were pursuing a
10 -- an individual that you thought had just
11 committed a murder and they're fleeing on a
12 bike, um, would you pursue that person the
13 same way you would pursue someone who had
14 just ran a red light on a bike?
15            MR. BERGMAN:  Objection.  You
16       can answer.
17       A.    I don't know.
18       Q.    Okay.  Um, why not?
19       A.    Because I never encounter a
20 thing like that.
21       Q.    Okay.  So you just have no idea
22 how to answer that.
23       A.    No.
24       Q.    Okay.  Um, is there of any
25 certain distance that you're supposed to
```

1                    Z. ZHENG

2    keep from a person that you're pursuing

3    whether they're on a bike or in a car?

4         A.    I don't know exactly how to

5    answer that.

6         Q.    Okay.  Um, you don't know any

7    certain amount?

8         A.    I don't.

9         Q.    Okay.  How about just generally

10   speaking, do you think you can get really

11   close, does it matter, it doesn't even

12   matter, what do you think?

13              MR. BERGMAN:  Objection.  You

14        can answer.

15        A.    I think different situation

16   comes to different courses so I have no

17   idea.  You know, if you just asking a

18   general question I have no idea, no.

19        Q.    Okay.  So you think the

20   proximity that you can get to the person

21   that you're pursuing depends on the

22   situation?

23        A.    Yes.

24              MR. BERGMAN:  Are we off the

25        record?

```
1                        Z. ZHENG
2                  THE VIDEOGRAPHER:  Still
3            rolling.  You want to go off.
4                  MR. BERGMAN:  I just want to go
5            grab some water.
6            Q.    Okay.  Are you familiar with
7       patrol guide section 221-15 that has to do
8       with vehicle pursuits?
9            A.    Um, not really.
10           Q.    Okay.  How about patrol guide
11      section 212-39 that also has to deal with
12      vehicle pursuits?
13           A.    No.
14           Q.    Okay.  Um, and I'm not asking
15      you to specifically be able to tell me
16      exactly what's in there but did you just
17      have any recollection of what you've been
18      taught, if you've been taught it, about
19      pursuits?
20                 MR. BERGMAN:  Objection.  You
21            can answer.
22           A.    The only thing I could tell is
23      that we're not allowed to pursue
24      motorcycle.  That's the only thing I
25      remember.
```

1                    Z. ZHENG

2          Q.     Okay.  So you're not allowed to

3     pursue a motorcycle?

4          A.     Yes.

5          Q.     Okay.  So, if someone on a

6     motorcycle is suspected of just committing

7     murder let's say, is it your understanding

8     that you're not allowed to pursue them?

9          A.     That's what the department

10    guideline said, I think.

11         Q.     Do you know why the department

12    guideline is like that?

13         A.     Lawsuits.

14         Q.     Lawsuits.  Okay.  Where did you

15    get that information from?

16         A.     From nowhere.  I'm just saying.

17    This is what I think.

18         Q.     Okay.  So I'm gonna -- um, if I

19    can have these marked as Plaintiff's

20    Exhibit 1.  This is a copy of the patrol

21    guide section 212-39 and the patrol guide

22    section 221-15.

23                (Whereupon, the aforementioned

24          patrol guide was marked as

25          Plaintiff's Exhibit 1 for

```
 1                    Z. ZHENG
 2          identification as of this date by the
 3          Reporter.)
 4          Q.    So, Officer Zheng, um, these
 5     two patrol guide sections that I'm showing
 6     you they are largely the same patrol guide
 7     section.  One is just a revised copy and
 8     one was in place in August of 2015.  They
 9     both generally say the same thing but feel
10     free to go through both of them and I'll
11     just ask you questions when you're done.
12          A.    Sure.  (Perusing document.)
13          Q.    So, um, Officer, looking at the
14     patrol guide section, have you ever seen
15     the patrol guide section having to do with
16     vehicle pursuits before whether it was the
17     police academy or some other time?
18          A.    No.
19          MR. BERGMAN:  Objection.
20          Q.    You know what let's just -- I'm
21     going to just talk about um, uh, patrol
22     guide section 212-239.
23          A.    Yes.
24          Q.    Okay.  Um, so have you ever
25     seen that before?
```

1                    Z. ZHENG

2          A.    Yes.

3          Q.    Okay.  When did you see that?

4          A.    In the academy.

5          Q.    Okay.  Have you seen it since

6     the academy?

7          A.    No.

8          Q.    Okay.  So, is it fair to say

9     that this is how an officer should engage

10    during a vehicle pursuit?

11              MR. BERGMAN:  Objection.  You

12         can answer.

13         A.    Yes.

14         Q.    Vehicle pursuit.  Okay.  And

15    so, um, I'm just going to go through this

16    with you right now.  Now, looking at the

17    first section it says number one, you see

18    that?

19         A.    Yes.

20         Q.    It says initiate vehicle stop

21    whenever feasible, you see that?

22         A.    Yes.

23         Q.    Okay.  And then um, going into

24    number two when it starts talking about a

25    vehicle pursuit.  Now, let me ask you this,

1                          Z. ZHENG

2    is it your understanding that this patrol

3    guide section only applies to pursuing

4    vehicles and not bicycles?

5            A.     Yes.

6            Q.     That's what you think?

7            A.     Yes.

8            Q.     Okay.  And, how about for

9    motorcycles?  Do you think this applies to

10   motorcycles?

11           A.     No.

12           Q.     Okay.

13           A.     There is different sections for

14   it, I think.

15           Q.     Okay.

16           A.     I'm sorry.

17           Q.     Okay.  So it's your

18   understanding that this only has to do with

19   when a police vehicle pursues another

20   vehicle?

21                  MR. BERGMAN:  Objection.  You

22           can answer.

23           A.     Yes.

24           Q.     Okay.  How about trucks?

25                  MR. BERGMAN:  Objection.  You

1                    Z. ZHENG
2          can answer.
3          A.    Yes.
4          Q.    Do you think this has to --
5    this pertains to pursuing trucks?
6          A.    Yes.
7          Q.    Okay.  So trucks and cars but
8    not bikes and motorcycles?
9               MR. BERGMAN:  Objection.  You
10          can answer.
11          A.    Yes.
12          Q.    Okay.  Um, so let's go through
13   if we can.  Um, looking at number two,
14   okay?
15          A.    Yeah.  Yes.
16          Q.    So, tell me what that says.
17   Can you read it for me.
18          A.    Determine the necessary of
19   commencing and continuing a vehicle pursuit
20   by considering the following.
21          Q.    Okay.  And then if you can read
22   A-F.
23          A.    Sure.  A.  Natural offense, B.
24   Time of the day.  C. Weather condition.  D.
25   Location and population density.  E.

```
 1                    Z. ZHENG
 2   Capability of department of vehicle.  F.
 3   Familiar with the area.
 4        Q.    Okay.  And um, so talking about
 5   um, and I'm going to apply this to the
 6   pursuit of Mr. Rodriguez even though I
 7   understand he was on a bicycle, okay?
 8        A.    Okay.
 9        Q.    Um, so let me ask you this,
10   would it matter to you if you were -- I may
11   have already talked about this.  If you
12   were pursuing someone on a bicycle whether
13   they committed a violation or a felony,
14   does that matter to you in terms of how you
15   would pursue them?
16             MR. BERGMAN:  Objection.  You
17          can answer.
18        A.    No.
19        Q.    Can you expand on that.  What
20   do you mean by that?
21        A.    I'll pursue the same way.
22        Q.    Okay.  So it doesn't matter
23   what the offense is?
24        A.    No.
25        Q.    Okay.  Um -- okay.  I
```

1                    Z. ZHENG

2    apologize.  Now looking at the note right

3    under that, it says note, department policy

4    requires?

5         A.    Yes.

6         Q.    Okay.  Can you read that for

7    me.

8         A.    Department policy requires that

9    a vehicle pursuit be terminated whenever

10   the risks of -- risks to uniform members of

11   service and the public over weigh the

12   danger to the community if subject is not

13   immediately apprehended.

14        Q.    Okay.  So, um, what's your

15   understanding of what that means?

16        A.    If it's too much in risk in

17   danger to the community we should -- we

18   should stop the pursuit.

19        Q.    And going down to number three,

20   can you read that?

21        A.    Number three?

22        Q.    Yes.

23        A.    Yes, okay.  Notify radio

24   dispatcher at start of pursuit and provide

25   the following information.

1                    Z. ZHENG

2        Q.    Okay.  And if you can just read

3     A-F.

4        A.    A.  The location.  B.  Type of

5     vehicle, color and direction of travel.  C.

6     Nature of offense.  D.  Registation number

7     and the state of registration.  E.

8     Occupants.  F.  Any other --

9        Q.    Pertinent information?

10       A.    Pertinent information.

11       Q.    Okay.  So, let me ask you, um,

12    have you ever been involved in a vehicle

13    pursuit aside from pursuing Mr. Rodriguez

14    on his bike have you ever been in a vehicle

15    pursuit at any other time whether it's a

16    bicycle, a bicyclist, a car or a truck?

17            MR. BERGMAN:  Objection.  You

18         can answer.

19       A.    Not a pursuit, no.

20       Q.    Okay.  And then how do you

21    define pursuit?

22       A.    When the person knowingly I'm

23    stopping him and still continue going.

24       Q.    Okay.  And even though

25    understand Mr. Rodriguez was on a bike did

1                    Z. ZHENG

2    you consider that a pursuit?

3              MR. BERGMAN:  Objection.  You

4         can answer.

5         A.    Yes.

6         Q.    Okay.  And so, um, is Mr.

7    Rodriguez, as far as you can remember, the

8    only time you've ever pursued someone that

9    you thought you were trying to stop them

10   and they were trying to get away?

11        A.    I'm sorry.  Say that again.

12        Q.    Yeah, let me make that clear

13   for you.  So, is the time that you were

14   pursing Mr. Rodriguez the only time you've

15   been pursuing an individual that you

16   thought was fleeing from you?

17             MR. BERGMAN:  Objection.  You

18        can answer.

19        A.    From what I remember, yes.

20        Q.    Um, so if you were going to

21   follow the patrol guide in terms of a

22   vehicle pursuit really the only time you

23   would have applied these rules would have

24   been with Mr. Rodriguez; is that right?

25             MR. BERGMAN:  Objection.  You

1                    Z. ZHENG

2          can answer.

3          A.    Yes.

4          Q.    Okay.  And then if you go to

5    um, the second page of that patrol guide

6    and -- okay.  If you can hold onto that

7    because I'm going to come back to that in a

8    little bit, okay?

9          A.    (Indicating.)

10         Q.    Thank you.  Now, have you ever

11   been interviewed by anyone within NYPD

12   about what happened with Mr. Rodriguez on

13   August 13, 2015?

14              MR. BERGMAN:  Objection.  You

15         can answer.

16         A.    No.

17         Q.    Okay.  Um, no one within the

18   110th Precinct?

19              MR. BERGMAN:  Objection.  You

20         can answer.

21         A.    No.

22         Q.    Okay.  And, you were never

23   interviewed by IAB?

24         A.    No.

25         Q.    How about CCRB?

                          Z. ZHENG

1

2          A.     Yes.

3          Q.     Aside from CCRB have you ever,

4     in any way, been involved in any other

5     interviews in connection with what happened

6     uh, with Mr. Rodriguez?

7          A.     No.

8                 MR. BERGMAN:  Objection.  You

9          can answer.

10         Q.     Um, so what was your assignment

11    that day?

12         A.     Traffic safety officer.

13         Q.     Okay.  What was your tour?

14         A.     Um 1100 hours to 1935.  So, 11

15    in the morning to 7:35 P.M.

16         Q.     Okay.  Were you ever on the

17    anti-crime team?

18         A.     Yes.

19         Q.     Okay.  Uh, when were you on the

20    anti-crime?

21         A.     Um, November 2013 to April

22    2014.  I'm sorry.  What year is this?  Yes.

23         Q.     So November 2013 to April 2014?

24         A.     Correct.

25         Q.     Okay.  And um, where did you go

1                     Z. ZHENG

2    after anti-crime?

3           A.     Back to traffic safety.

4           Q.     Okay.  Why were you removed

5    from anti-crime and put onto traffic

6    safety?

7           A.     Personal reasons, I had a baby.

8           Q.     Okay.  Well, what does that

9    mean; was it they hours or something else?

10          A.     Yes.  Hours and days off.

11          Q.     Okay.  So you made the request?

12          A.     Yes.

13          Q.     Okay.  Since going back onto

14   traffic safety you been on traffic safety

15   to present?

16          A.     Right.  I just got switch

17   assignment November again.

18          Q.     Okay.  To what?

19          A.     To highway safety officer.

20   It's more like an inside administrative

21   job.

22          Q.     Inside what?

23          A.     Inside like basically doing the

24   paperwork job.

25          Q.     Okay.  Is that the type of

```
 1                    Z. ZHENG
 2   assignment that you prefer?
 3        A.    At the time I requested it,
 4   yes.
 5        Q.    How come?
 6        A.    Better schedule, better time
 7   for the family.
 8        Q.    Okay.  Um, so did you have a
 9   partner on August 13, 2015?
10        A.    Yes.
11        Q.    Okay.  Who was your partner?
12        A.    Officer Chen.
13        Q.    Okay.  And, who was your
14   supervisor that day?
15        A.    Um, Sergeant Shafferd
16   (phonetic).
17        Q.    Okay.  So what was your
18   specific assignment aside from patrol; um,
19   were you bike initiative or something else?
20        A.    It was a bike initiative that
21   day.
22        Q.    What is that?
23        A.    Um, basically writing, moving
24   violations to some -- all the bicycles who
25   was doing moving violations.
```

1                    Z. ZHENG

2          Q.    Okay?

3          A.    Such as going the wrong way,

4     one-way street, stop signs, red lights,

5     etcetera.

6          Q.    Okay.  Um, and were you on foot

7     or in a vehicle?

8          A.    In the car.

9          Q.    Was it marked or unmarked?

10         A.    Unmarked.

11         Q.    And, were you the driver or the

12    passenger?

13         A.    Driver.

14         Q.    Okay.  And, um, was anyone else

15    in your vehicle aside from you and Officer

16    Chen?

17         A.    No.

18         Q.    How did he determine who would

19    be the driver that day?

20         A.    It was no determination.  I

21    just started driving.

22         Q.    Okay.  Would there ever be

23    times when Officer Chen might be the

24    driver?

25              MR. BERGMAN:  Objection.  You

```
 1                    Z. ZHENG
 2       can answer.
 3       A.     Can you define that when we're
 4  together or when -- before or after the
 5  incident.
 6       Q.     So is officer Chen, was he your
 7  regular partner in 2015?
 8       A.     We worked together once in a
 9  while.
10       Q.     Okay.  So, when you worked with
11  Officer Chen, would he be the driver, would
12  you be the driver, would you switch off or
13  something else?
14       A.     I drive most of the time.
15       Q.     Okay.  Why was that?
16       A.     I like to drive.
17       Q.     Okay.  And when you -- on
18  August 13, were you in plainclothes or
19  uniform?
20       A.     Uniform.
21       Q.     Um, and did you make any --
22  aside from Mr. Rodriguez did you make any
23  arrests that day?
24       A.     Yes.
25       Q.     Okay.  How many arrests did you
```

1                    Z. ZHENG
2    make that day?
3         A.    One.
4         Q.    Aside from Mr. Rodriguez?
5         A.    No.  Zero.
6         Q.    So, Mr. Rodriguez was your only
7    arrest?
8         A.    Yes.
9         Q.    Approximately, how many arrests
10   do you have?
11        A.    Approximately, 250.
12        Q.    So describe for me -- we're
13   here today to talk about what happened with
14   Mr. Rodriguez.  So, describe for me what
15   you remember happened that day in
16   connection with Mr. Rodriguez?
17        A.    Um, I already had one person
18   stopped at this point.  I was on 104th
19   street approximately three, four cars away
20   from the intersection of 43 Avenue.
21        Q.    Okay.  I want to stop you.  As
22   you said -- you talk just so that I can
23   make sure I'm understanding.
24        A.    Sure.
25        Q.    So you are at, you said 104th

1                      Z. ZHENG

2      Street?

3             A.     I was at 104th Street,

4      approximately, three car lengths away from

5      the -- three or four car lengths away from

6      the 43 Avenue --

7             Q.     Okay.

8             A.     -- intersection.

9             Q.     And, um, where are you, are

10     you --

11            A.     Queens.

12            Q.     You're in Queens.  In terms of

13     the intersection now are you north, south,

14     east, west.  What direction are you in?

15            A.     Northeast corner on 104th

16     Street.

17            Q.     Okay.  So northeast corner of

18     104th and um -- and, describe the street

19     that you're on; is it a one-way street, a

20     two-way street?

21            A.     104th Street is a one-way

22     street going southbound only with the

23     parking lane on each side.

24            Q.     Okay.

25            A.     Which is east and west.

1                    Z. ZHENG

2          Q.     Okay.

3          A.     And one lane of the travel.

4          Q.     Okay.  And I'm sorry, which

5     direction is that one lane of travel?

6          A.     Southbound only.

7          Q.     South -- okay.  And you said

8     you're three or four car lengths away from

9     the intersection; is that right?

10         A.     Yes.

11         Q.     Okay.  And what's at the

12    intersection; is it a stop sign, is it a

13    street light or something else?

14         A.     It's a traffic light.

15         Q.     A traffic light.  Okay.  And

16    describe for me the conditions of 104th

17    that day?

18                MR. BERGMAN:  Objection.  You

19          can answer.

20         A.     What kind of condition are we

21    talking about?

22         Q.     Was it under construction or

23    anything like that?

24         A.     No.

25         Q.     Okay.  What were the weather

1                       Z. ZHENG
2     conditions that day?
3          A.     Clear.
4          Q.     And, approximately what time of
5     day was it that you were stopping this
6     other individual?
7          A.     Um, I don't remember exactly
8     time.
9          Q.     Okay.
10         A.     Sometime about 4, 5:00 in the
11    afternoon.
12         Q.     Okay.  Did you say sometime
13    before 5:00 in the afternoon?
14         A.     Sometime between 4 and 5.
15         Q.     Okay.  Was that the first
16    person you had stopped that day?
17         A.     No.
18         Q.     So, before you stopped this
19    person that we're talking about right now,
20    approximately, how many other stops had you
21    made that day?
22         A.     I don't remember exactly the
23    number.
24         Q.     Had you issued any tickets that
25    day?

1                    Z. ZHENG

2          A.    Yes.

3          Q.    Approximately, how many tickets

4    had you issued that day?

5          A.    I don't remember exactly

6    numbers.

7          Q.    Okay.  And, um, were these

8    tickets that you issued, were these for

9    bicyclist, were these for drivers, a

10   combination, something else?

11         A.    Bicyclist.

12         Q.    Okay.  So, was that your

13   assignment that day you were really only

14   focused on bicyclist?

15         A.    Yes.

16         Q.    Um, and the person that we're

17   talking about that you had stopped right

18   now do you know that person's name?

19         A.    I don't remember.

20         Q.    Okay.  Was it male or female?

21         A.    Male.

22         Q.    Okay.  And, what did he look

23   like?

24         A.    Male, Hispanic.

25         Q.    Okay.  Um, had you seen him

1                      Z. ZHENG

2     before?

3          A.     No.

4          Q.     Okay.  And, what were you

5     giving him a ticket for?

6          A.     A stop sign.

7          Q.     Okay.  And, what does that

8     mean?

9          A.     He ran a stop sign without

10    stopping.

11         Q.     Okay.  And so, where were you

12    when he ran the stop sign?

13         A.     42 Avenue and 104th Street.

14         Q.     Okay.  And so, describe for me

15    how that happened.  Are you parked

16    somewhere and you're observing bicyclist

17    and waiting for them to go through the sign

18    or something else?

19         A.     My car parked at the northwest

20    corner by the fire hydrant on 42 Avenue

21    facing westbound observing bicyclists going

22    southbound on 104th Street passing the

23    intersection of 42 Avenue.

24         Q.     Okay.  And so, when you

25    observed this Hispanic male run the stop

1                    Z. ZHENG
2    sign what did you do?
3         A.    I put a light and sirens, on
4    stopped him at the 104 and 43 corner.
5         Q.    Okay.  And so, when you say you
6    put your lights and sirens on describe for
7    me exactly what happened.  Are you
8    following him at that point?
9         A.    Yes.
10        Q.    Okay.  And, for how long were
11   you following him before he stopped?
12        A.    I don't have an exact time, no.
13        Q.    Okay.  But was it within the
14   same block?
15        A.    Um, 42 Avenue to 43 Avenue I'll
16   say 150 feet.
17        Q.    Okay.  Um, and is he -- is that
18   bicyclist, is he traveling on the road or
19   on the sidewalk?
20        A.    On the road.
21        Q.    Okay.  Did you say there was a
22   bike lane on that road?
23        A.    No.
24        Q.    Describe for me the stop.  Does
25   he just stop in the middle of the road,

```
 1                    Z. ZHENG
 2    does he pull it up to the sidewalk, what
 3    did he do?
 4         A.    He pulled to the left-hand
 5    side.
 6         Q.    So just explain to me what
 7    happened, you got out of the car, what
 8    happened?
 9         A.    I asked for his ID, he gave me
10    his ID and I started writing a summons.
11         Q.    Okay.  Um, and would you
12    describe him as compliant?
13         A.    Yes.
14         Q.    Okay.  So let me ask you, when
15    you're on this bike initiative and a
16    bicyclist brakes a law or commits a
17    violation is there some kind of rule, do
18    you get out of your car and stop them, are
19    you always pursuing in your vehicle, how do
20    does it work?
21              MR. BERGMAN:  Objection.  You
22           can answer.
23         A.    Depends on the situation.
24         Q.    Okay.  So describe for me a
25    situation when you would pursue them on
```

1                    Z. ZHENG

2   foot?

3              MR. BERGMAN:  Objection.  You

4         can answer.

5        A.     No, I would never pursue them

6   on foot.

7        Q.     Okay.  So, you would always

8   pursue them in your vehicle?

9        A.     Occasionally, if they come down

10  the block against the traffic we just step

11  out and the car stops them right there.

12       Q.     Okay.  Um, did you have any

13  training to work the bike initiative?

14       A.     No.

15       Q.     Okay.  Um, so how do you know

16  what to do?

17             MR. BERGMAN:  Objection.  You

18        can answer.

19       A.     If they commit a violation stop

20  them.

21       Q.     So, um -- so you stopped this

22  Hispanic man right, and then what happened?

23       A.     While I was writing him a

24  summons my partner stepped outside the car.

25       Q.     Okay.  And this is uh, Officer

1                    Z. ZHENG

2    Chen?

3         A.    Yeah.

4         Q.    While you were writing the

5    summons was he inside the car?

6         A.    When I stopped the person he

7    was in the car.  When I started running the

8    summons he was outside the car.

9         Q.    Okay.  And then, tell me what

10   happened?

11        A.    Um, he saw two persons

12   traveling northbound on 104th Street passed

13   the intersection of 43 Avenue and he was

14   trying to stop this two person.

15        Q.    Okay.  Um, and so, if you're

16   um, on 104 and you're facing southbound

17   does that mean that these two bicyclists

18   are basically uh, driving towards you?

19        A.    Correct.

20        Q.    Okay.  Um, and um, did you see

21   the two bicyclists?

22        A.    Yes.

23        Q.    Okay.  Did they appear to be

24   together, were they separate or you weren't

25   sure?

1                    Z. ZHENG

2        A.      Separate.

3        Q.      Okay.  And um, what did Officer

4   Chen do?

5        A.      He tell him to stop.

6                MR. BERGMAN:  Objection.  You

7            can answer.

8        A.      He tell him to stop.

9        Q.      Okay.  And, describe for me how

10  he did that?

11       A.      He raised up his hand tell him

12  stop.

13       Q.      Okay.  Approximately, how --

14  um, strike that.  Were the two bicyclists

15  right next to each other, was one in front

16  of the other, how were they positioned?

17       A.      One in front of another.

18       Q.      Okay.  Um, and how far was the

19  um -- how far were the two bicyclists from

20  each other?

21       A.      One to two car lengths away.

22       Q.      Okay.  And how for far was the

23  front bicyclist when Officer Chen told them

24  to stop from your vehicle?

25       A.      Sorry.  Say that again.

1                    Z. ZHENG
2          Q.    How far was the -- the
3    bicyclist in the front how far was he from
4    your vehicle --
5          A.    Less than one car length away.
6          Q.    -- when Officer Chen told him
7    to stop?
8          A.    Oh, less than one car length
9    away.
10         Q.    Okay.
11         A.    Sorry.
12               MR. BERGMAN:  You just have to
13          wait for her.
14               THE WITNESS:  Yeah.
15         Q.    Okay.  Um, and do know whether
16   or not the bicyclist in the front was Mr.
17   Rodriguez?
18         A.    No, he was not.
19         Q.    Okay.  Um, so you -- you know
20   what Mr. Rodriguez looks like?
21         A.    Not any -- not anymore, no.
22         Q.    How do you know he wasn't the
23   one in the front?
24         A.    Because the one in the front
25   stopped.

1                    Z. ZHENG

2          Q.    Okay.  And so, um -- and I

3    think you said the one in the front stopped

4    at less than a car length away from your

5    car?

6          A.    Yes.

7          Q.    Okay.  And so, when that person

8    stopped where were you with this other

9    individual that you're already ticketing?

10         A.    I'm sitting inside my vehicle.

11         Q.    You're inside the vehicle?

12         A.    Yes.

13         Q.    Okay.  Where is the person that

14   you were ticketing?

15         A.    Right next to my car.

16         Q.    Okay.  Is he on the left side

17   or the right side?

18         A.    Left side.

19         Q.    Okay.  Is he standing in the

20   street?

21         A.    Yes.

22         Q.    Okay.  Um, I think you said

23   that -- that street has traffic going one

24   way?

25         A.    One way.

1                    Z. ZHENG

2          Q.     South or north?

3          A.     No, one way goes south.

4          Q.     South?

5          A.     Correct.

6          Q.     So, you have a person standing

7     by your car that you're ticketing and then

8     you also have another cyclist that's now

9     stopped because Officer Chen told him to

10    stop; is that right?

11         A.     Yes.

12         Q.     And the cyclist that Officer

13    Chen told to stop, is he a male or female?

14         A.     Male.

15         Q.     Black, white, Hispanic, Asian?

16         A.     That I don't remember.

17         Q.     Okay.  Um, and how did you get

18    inside your car?  Because I think last we

19    talked you were out writing a summons.  So,

20    describe for me how you got back in your

21    car.

22         A.     I don't think I ever said I was

23    writing a summons outside the car.

24         Q.     Okay.  So then let me just

25    review it again.  So, you give this guy a

1              Z. ZHENG

2    summons.  Describe for me how you're doing

3    that.  What are you doing.

4         A.    I stop him --

5         Q.    Okay.

6         A.    Step out the car ask for ID.

7         Q.    Okay.

8         A.    And go sit back in my car to

9    write a summons.

10        Q.    So, he's basically standing

11   next to the driver's side of the car with

12   his bike waiting for you?

13        A.    Correct.

14        Q.    Okay.  And, approximately how

15   far is he from the driver's side?

16        A.    A few feets (sic) away.

17        Q.    Okay.  And, this is the

18   Hispanic gentleman?

19        A.    Yes.

20        Q.    Okay.  And, does Officer Chen

21   say anything to you before he gets out of

22   the car and tells the other bicyclist to

23   stop?

24        A.    No.

25        Q.    Um, and what did Officer Chen

1                    Z. ZHENG
2    do after the one bicyclist stopped, what
3    happened next?
4         A.    He saw the second bicyclists to
5    come down, the same direction, passed the
6    intersection and he tried to stop that guy.
7         Q.    Okay.  How did he try to stop
8    that guy?
9         A.    Same thing.  Um, wave up his
10   hand, tell them to stop.
11        Q.    Okay.  Um, and could you hear
12   him telling the bicyclist to stop?
13        A.    Yes.
14        Q.    Okay.  Were your windows up or
15   down?
16        A.    Down.
17        Q.    Okay.  And um, what happened
18   when Officer Chen said that?
19        A.    The -- the second bicyclist
20   actually turned around and run away.
21        Q.    Okay.  When you say "run away",
22   uh, describe it for me?
23        A.    He immediately turned around
24   the bike, went up -- went in a southbound
25   direction made a right turn on 43 Avenue.

                        Z. ZHENG

1

2       Q.    Okay.  So, he went a little bit

3   down 104th and did he make a right on 43rd

4   Avenue?

5       A.    No, he made a -- he passed 43

6   Avenue --

7       Q.    Right --

8       A.    Coming to like some distance in

9   front of our vehicle --

10      Q.    Okay.

11      A.    -- he immediately made a

12  u-turn --

13      Q.    Right.

14      A.    -- went back to 43 Avenue made

15  a right turn.

16      Q.    Got it.  Okay.  And,

17  approximately how far was he from your

18  vehicle before he made the U-turn?

19      A.    He was a car length away from

20  Officer Chen.

21      Q.    As far as you remember that was

22  Mr. Rodriguez?

23      A.    Yes.

24      Q.    Okay.  And, what was your

25  understanding of what he was doing at that

1                    Z. ZHENG
2   moment?
3       A.    From what I understand at that
4   point that when he passed by the
5   intersection I did observe the traffic
6   light was red --
7       Q.    Okay.
8       A.    -- and also he was going
9   against the traffic.
10      Q.    Okay.
11      A.    So, that's the two violations
12  that he committed at -- we was supposed to
13  write a summons to.
14      Q.    Okay.  Um, and did you actually
15  observe him go through a red light?
16      A.    Yes.
17      Q.    Okay.  And, you actually
18  observed him going down 104 against
19  traffic?
20      A.    Yes.
21      Q.    Okay.  And um, when he made the
22  U-turn in front of your vehicle what did
23  you think was going on?
24      A.    He was running away.
25      Q.    Okay.  And um, what happened

1                    Z. ZHENG

2    next?

3         A.    Officer Chen jumped in my car

4    and we both start um, pursuing him.

5         Q.    Okay.  What happened to the

6    Hispanic individual that you were in the

7    middle of issuing a summons for?

8         A.    I still had his ID at the time

9    and I told him I'll be right back.

10        Q.    Okay.  And um -- and what did

11   he say, if anything?

12        A.    Nothing.

13        Q.    Okay.  What about the

14   individual that was in front of your car

15   that Officer Chen had told to stop that

16   stopped?

17        A.    We have no idea.

18        Q.    Okay.  You don't know where he

19   went?

20        A.    No.

21        Q.    Okay.  When officer Chen got

22   back in the car did he say anything to you?

23        A.    No, I don't remember.  I don't

24   remember, no.

25        Q.    Okay.  And um, was Mr.

```
1                    Z. ZHENG
2    Rodriguez wearing a bike helmet?
3         A.    No.
4         Q.    Was he wearing headphones or
5    ear phones?
6         A.    At the time of the -- of the
7    observation at 104th Street I would have no
8    idea.
9         Q.    Okay.  You don't have any idea?
10        A.    No.  At the time of the
11   observation at 103 and -- 104th Street and
12   103 Avenue I had no idea.
13        Q.    Okay.  And um, did you ever
14   make eye conduct with Mr. Rodriguez at any
15   point before he made the U-turn?
16        A.    I don't remember.
17        Q.    Okay.  Um, what gave you the
18   impression that Mr. Rodriguez was running
19   away from you?
20        A.    A police officer wearing full
21   uniform standing in the middle of the
22   street telling him to stop he looked in my
23   -- he looked at my uh, partner then turn
24   around, run away.
25        Q.    Okay.  So you saw Mr. Rodriguez
```

1                    Z. ZHENG

2    at Officer Chin?

3            A.    Yes.

4            Q.    Okay.  And you said Officer

5    Chen was in the middle of the street; was

6    he in -- literally in the middle of 104?

7            A.    On the right-hand side of my

8    vehicle.

9            Q.    Okay.  I just want to make sure

10   I'm understanding exactly where your

11   vehicle is.  So you're on 104th Street?

12           A.    Right.

13           Q.    Okay.  And I'm in your car and

14   I'm facing -- on 104th?

15           A.    Yes.

16           Q.    Okay.  Are you on the left side

17   of the street or the right side?

18           A.    I'm on the left-hand side of

19   the street.  There's a church on the

20   left-hand side.  There's a no parking zone.

21   I was parked right there.

22           Q.    Got it.

23           A.    Half way in.  Not -- not whole

24   way in.  Half way in.

25           Q.    Okay.  So when Officer Chen

1                    Z. ZHENG

2   gets out of the passenger side he's

3   actually coming out into the street,

4   correct?

5        A.    Correct.

6        Q.    And um, and so after Mr.

7   Rodriguez makes the U-turn and then he

8   turns left on 43rd; that's right?

9        A.    Yes.  That's it.  Right.

10       Q.    Okay.  And what direction is he

11  traveling at that point on 43rd?

12       A.    Westbound.

13       Q.    Okay.  And describe for me that

14  street; is it a one-way street, a two-way

15  street?

16       A.    It's a -- a -- a two-way street

17  going east and west.  A parking lane on

18  each side, south and north.

19       Q.    Okay.  Um, so he's traveling

20  west on 43rd Avenue?

21       A.    Yes.

22       Q.    Okay.  And, describe for me

23  what happens next.  Officer Chen gets in

24  the car and what happens?

25       A.    We started going after him.

1                    Z. ZHENG

2          Q.    Okay.  Um, did you go over the

3     radio?

4          A.    I don't remember.

5          Q.    Okay.  Um, and, and when you

6     say you started going after him did you

7     have to -- when you made the left onto 43rd

8     Avenue was there a light there, did you

9     have to go through traffic, what happened?

10         A.    I already turned my lights and

11    sirens on.  I don't remember the lights

12    situation.

13         Q.    Okay.  Um so, what happened

14    next?

15         A.    We pursued him about one block

16    from -- it's a long block.  From -- it's a

17    long block.  From 102 Street -- from 104

18    Street all the way to 102st.  Almost

19    approximately, 102 Street and um, he hit a

20    parked car and fell off the bike.

21         Q.    Okay.  Um so, how fast were you

22    traveling when you were pursuing him?

23         A.    I have no idea.

24         Q.    Okay.  Was it more than 10

25    miles an hour?

1                    Z. ZHENG

2          A.    Yes.

3          Q.    Okay.  More than 15 miles an

4     hour?

5          A.    Approximately.

6          Q.    Okay.  Um, more than 20 miles

7     an hour?

8          A.    Not -- not sure.

9          Q.    Okay.  Um, and I just want to

10    make sure I understand.  Between 104 and

11    102, um, that's one block, right?

12         A.    Yes.

13         Q.    Okay.  So there's no 103 in

14    that block, right?

15         A.    No.

16         Q.    Okay.  Um, and, you said you

17    had lights and sirens on?

18         A.    Yes.

19         Q.    Okay.  And, were you and

20    Officer Chen having any communication as

21    you were pursuing him?

22         A.    I don't remember, no.

23         Q.    Okay.  And, if you had to

24    estimate, approximately, how long do you

25    think you were pursuing him on 43rd Avenue

1                    Z. ZHENG
2    before Mr. Rodriguez fell off his bike?
3          A.    Approximately, less than 30
4    seconds.
5          Q.    Okay.  And as you were pursuing
6    him on 43rd Avenue did you at any point see
7    whether or not he had earphones or
8    headphones in?
9          A.    No.
10         Q.    Okay.  Um, when you first
11   turned right onto 43rd Avenue did you ever
12   loose site of Mr. Rodriguez?
13              MR. BERGMAN:  Objection.  You
14          can answer.
15         A.    No.
16         Q.    Okay.  Describe for me how far
17   away Mr. Rodriguez was as you were pursuing
18   him on 43rd Avenue from your vehicle?
19         A.    At first it was few car lengths
20   away --
21         Q.    Okay.
22         A.    -- and by the time he fell off
23   the bike I'm approximately a foot away from
24   -- on his left side.
25         Q.    Okay.  Um, and, when you were a

1                    Z. ZHENG

2    foot away from him, are you behind him, are

3    you next to him, where are you in

4    connection with his bike?

5                    MR. BERGMAN:  Objection.  You

6              can answer.

7         A.    I'm just catching up to him.

8    So, alongside.

9         Q.    Okay.  And, um, why did you

10   drive alongside of Mr. Rodriguez' bike?

11        A.    Try to get his attention stop.

12        Q.    Okay.  Um, did Mr. Rodriguez as

13   you were pursuing him down 43rd Avenue, did

14   you ever see him turn around as he was

15   biking to look at you?

16        A.    I don't remember.

17        Q.    Okay.  Um, did you believe that

18   Mr. Rodriguez knew thought that you were

19   pursuing him behind him?

20        A.    Yes.  Absolutely.

21        Q.    Why do you think that?

22        A.    He saw us.  Lights and sirens

23   were pretty loud.

24        Q.    He saw you with the lights and

25   sirens.

                        Z. ZHENG

 1

 2        A.    The lights and sirens were

 3   pretty loud.  He saw us before we even stop

 4   him.

 5        Q.    Okay.  And, when did he see

 6   you, at what point did he see you?

 7        A.    At the uh -- before he --

 8   before he ran away.  I was at the 104

 9   Street he saw us.

10        Q.    Right.  So, um, you're saying

11   before he made that U-turn is when he saw

12   you?

13        A.    Correct.

14        Q.    Okay.  Did you ever see him at

15   any point after that turn and see that you

16   were following him?

17        A.    I don't remember.

18        Q.    Okay.  Um, but you remember

19   that he saw you before he made the U-turn?

20        A.    Correct.

21        Q.    But you don't remember if he

22   saw you at any other time after that?

23        A.    There was a pursuing.  It was

24   -- it was -- everything happened fast.  I

25   don't know.

                    Z. ZHENG

1
2       Q.    Okay.  Um, did you think it was
3  appropriate to pull your vehicle up
4  alongside his bicycle to get his attention?
5       A.    Yes.
6       Q.    Why?
7       A.    Because I wanted -- that's the
8  only way I could stop and get his attention
9  to stop.
10      Q.    Okay.  And, when you pulled up
11 alongside of him approximately how close to
12 his vehicle were you -- to his bicycle were
13 you?
14      A.    Approximately, a foot too.
15      Q.    Okay.  Um, do you think that's
16 appropriate to be a foot or two away from a
17 bicyclist that you're trying to stop?
18      A.    Yes.
19            MR. BERGMAN:  Objection.  You
20       can answer.
21      A.    It's still a safe distance.  To
22 me it's a safe distance at the time that I
23 could get his attention.
24      Q.    Okay.  Um -- okay.  And
25 describe for me when you said you saw him

1                     Z. ZHENG

2      hit another car tell me exactly what you

3      saw?

4                     MR. BERGMAN:  Objection.  You

5           can answer.

6           A.    All I know, at the time he lost

7      control, fall off the bike.  I did not know

8      he hit the parked car until I came out of

9      my vehicle.

10          Q.    Okay.  Um, so did you just say

11     you saw him lose control; is that?

12          A.    Yes.

13          Q.    Okay.  What do you mean by lose

14     control?

15          A.    Fell off the bike.

16          Q.    Okay.  Um, could you see why he

17     fell off the bike?

18          A.    At the time of the pursuit, no.

19          Q.    Okay.  Um, so as far as you're

20     concerned did he just look like he was

21     traveling forward and then just --

22     miraculously he just fall off the bike?

23          A.    Correct.  Yes.

24                    MR. BERGMAN:  Objection.  You

25          can answer.

```
 1                    Z. ZHENG
 2          Q.    Okay.  Um, did you see him
 3    actually fall -- fall?
 4          A.    Yes.
 5          Q.    Okay.  Um, describe for me how
 6    he fell?
 7          A.    Um, forward and out.
 8          Q.    Okay.  Did you see him hit a
 9    parked vehicle or no?
10          A.    At the time of the stop, no.
11          Q.    Okay.  Um, and, at what point
12    in the block um --
13                MR. FETT:  Strike that.
14          Q.    So you're pursuing him um, west
15    on 43rd?
16          A.    Yes.
17          Q.    Okay.  Um, and, how long into
18    the pursuit do you decide to pull up along
19    next to him; is it at the beginning, are
20    you halfway down the block, where are you?
21          A.    I don't remember.
22          Q.    Okay.  Um, and, what was the
23    first thing you did when you saw um, Mr.
24    Rodriguez lose control of his bike?
25          A.    I did -- parked the car.
```

1                    Z. ZHENG

2        Q.     Okay.  Where did you park it?

3        A.     Right -- right in front of him.

4        Q.     Okay.  And, um, what did you do

5   next?

6        A.     Come out of the car and try to

7   arrest him.

8        Q.     Okay.  Um, and, why were you

9   arresting him at that point?

10        A.     Fleeing from a police officer,

11   um, going the wrong way down the one-way

12   street.  At that point also I was hit with

13   the red light and um, disorderly conduct.

14        Q.     Okay.  So at that point when

15   you're getting out of the vehicle in your

16   opinion he's gone the wrong was down the

17   one-way street?

18        A.     Yes.

19        Q.     He's run a red light?

20        A.     Yes.

21        Q.     He's fleeing from a police

22   officer and he's committed disorderly

23   conduct?

24        A.     Yes.

25        Q.     Okay.  Um, and, so did you and

1                          Z. ZHENG

2      Officer Chen have any conversation at all

3      before you got out of the vehicle?

4           A.     No.

5           Q.     Okay.  So just describe for me

6      what happens next?

7           A.     We jump out of the car, try to

8      handcuff him, he turns his body around a

9      few times, uh, took me, I don't know how

10     long to handcuff him and I put him to sit

11     on the curb at the time.

12          Q.     Okay.  Um, did he say anything

13     to you at all during that time?

14          A.     I don't remember exactly what

15     he said.  He said something.

16          Q.     Okay.  Do you remember in sum

17     and substance what he might have said?

18          A.     No.

19          Q.     Okay.  Did you or Officer Chen

20     say anything to him at all during that

21     time?

22          A.     Something.  But, I don't

23     remember exactly what it is.

24          Q.     Okay.  Um, do you remember in

25     sum and substance what it might have been?

1                          Z. ZHENG

2         A.    No.

3         Q.    Okay.  Um, at that point did

4    Mr. Rodriguez ask for medical treatment?

5         A.    No.

6         Q.    Okay.  Did he say in any way he

7    was injured or he was hurt?

8         A.    No.

9         Q.    Okay.  Did you ever ask Mr.

10   Rodriguez if he needed medical treatment?

11        A.    No.

12        Q.    Why not?

13        A.    I didn't see any visible --

14   visible injury at the time.

15        Q.    Okay.  So, um, when you were

16   looking at Mr. Rodriguez your saw no injury

17   on him?

18        A.    At the time -- at the time of

19   the arrest, no.

20        Q.    Okay.  Um, is there another

21   time when you did see injuries?

22        A.    At the precinct.

23        Q.    Okay.  What did you see at the

24   precinct?

25        A.    Scratch on his arm.

1                        Z. ZHENG

2          Q.     Okay.  So you saw a scratch on

3     his arm at the precinct?

4          A.     Correct.

5          Q.     But um, at the scene you didn't

6     see anything?

7          A.     No.

8          Q.     Okay.  Um, and, how about

9     Officer Chen, did he have any conversation

10    or any dialogue with Mr. Rodriguez at that

11    time?

12                MR. BERGMAN:  Objection.  You

13           can answer.

14         A.     No.

15         Q.     Okay.  Um, and so, I think you

16    said you handcuffed him; is that right?

17         A.     Yes.

18         Q.     Okay.  And then, what happened

19    after that?

20         A.     Um, well called the supervisor

21    to come over and verify the rest and took

22    him back to the precinct.

23         Q.     Okay.  Um, and was that the

24    first time you went over the radio in

25    connection with Mr. Rodriguez?

1                    Z. ZHENG
2          A.    I don't remember.
3          Q.    Okay.  And, did a supervisor
4    arrive on scene?
5          A.    Yes.
6          Q.    Okay.  And who arrived?
7          A.    Sergeant uh, Starrantino.
8          Q.    Okay.  Um, and, what happened
9    next?
10         A.    I told him what happened and
11   uh, Mr. Rodriguez was transferred back to
12   the -- transferred back to the command.
13         Q.    Okay.  Um, and what did you
14   tell him happened?  What did you say to
15   him?
16         A.    He run the -- he, you know, he
17   uh, one-way street, run the red light and
18   we tried to stop him and he run away --
19         Q.    Okay.
20         A.    -- and then he fell off the
21   book at this location.  We arrest him.
22         Q.    Okay.  Did you tell him
23   anything else?
24         A.    I don't remember.
25         Q.    Okay.  Did Sergeant Starrantino

1                     Z. ZHENG
2    ask you any questions?
3         A.    I don't remember.
4         Q.    Okay.  Did you see Sergeant
5    Starrantino speak with Mr. Rodriguez at all
6    at the scene?
7         A.    I don't remember.
8         Q.    Okay.  Um, how about Officer
9    Chen, did he tell the sergeant anything
10   that had happened?
11        A.    No.
12        Q.    Okay.  Um, did any other
13   officers arrive to the scene aside from
14   Sergeant Starrantino?
15        A.    I don't remember.
16        Q.    Okay.  Um, what happened after
17   you told Sergeant Starrantino what
18   happened?
19        A.    He said, "all right.  Take him
20   in."
21        Q.    Okay.  And, so what happened?
22        A.    We transported -- no.  I'm
23   sorry.  No, we didn't transport him.  Um,
24   someone, I don't remember exactly who but,
25   someone, transported him back to the

                        Z. ZHENG

 1

 2    stationhouse.

 3         Q.    Okay.  So another officer?

 4         A.    Yes.

 5         Q.    Okay.  Um, why didn't you

 6    transport him back to the stationhouse?

 7         A.    I don't have a cage in my car.

 8         Q.    Okay.  Um, and a cage would be

 9    like a barrier between you and the

10    arrestee?

11         A.    Yes.

12         Q.    Okay.  Where was uh, Mr.

13    Rodriguez as you were telling Sergeant

14    Starrantino what had happened?

15         A.    Uh, sitting by the curb.

16         Q.    Why did you have Mr. Rodriguez

17    sitting on the curb?

18         A.    I can't put him in my car

19    because I don't have a cage.  I'm waiting

20    for a cage car to come over.  Um, for the

21    sitting position is the perfect position

22    for us, for our safety and for his own

23    safety.

24         Q.    Okay.  And, um, where was his

25    bike at the time?

```
1                    Z. ZHENG
2         A.    I don't remember.
3         Q.    Okay.  Do you remember if it
4    was in the street, was it on the sidewalk
5    or somewhere else?
6              MR. BERGMAN:  Objection.  You
7          can answer.
8         A.    I don't remember.
9         Q.    Okay.  Um, did you ever observe
10   whether or not his bicycle has been damaged
11   in any way?
12        A.    No.
13        Q.    You didn't observe it or it
14   wasn't damaged?
15        A.    There was no damage.
16        Q.    No damage.
17        A.    No damage.
18        Q.    Okay.  Um, and, I think you had
19   said at some point you learned that he
20   struck another vehicle.
21        A.    He -- his -- his left bar
22   handle hit the parked car.
23        Q.    His left bar handle hit the
24   parked car?
25        A.    Left handle.
```

1                    Z. ZHENG

2        Q.    Okay.  Um, and, how did you

3   find that out?

4        A.    The owner of the vehicle at the

5   scene at the time approached me was like,

6   "he hit my car."

7        Q.    Okay.  And so, um -- so, you

8   get out of your car right and you go to

9   immediately arrest Mr. Rodriguez, right?

10       A.    Yes.

11       Q.    Okay.  And so, at what point

12  does the owner of the other vehicle

13  approach you?

14       A.    Sometime after it happened.

15       Q.    So, Mr. Rodriguez is already

16  handcuffed?

17       A.    Yes.

18       Q.    Okay.  So what's the name of

19  that other individual?

20       A.    I have -- I don't remember.

21  It's on the accident report.

22       Q.    Okay.  And um, male, female?

23       A.    Male.

24       Q.    What exactly did he say to you?

25       A.    He just showed me his car.

1                    Z. ZHENG

2          Q.    Did he say anything?

3          A.    I don't remember.

4          Q.    Okay.  What was the damage to

5    his car?

6          A.    It was a -- a scratch on his

7    driver's side door.

8          Q.    Okay.  And you're kind of

9    indicating with your hands.  About how --

10   how long do you think the scratch was?

11         A.    Approximately, a foot or two.

12         Q.    Okay.

13         A.    I'm not 100 percent sure.

14         Q.    Okay.  Um, and did you observe

15   any other damage to his car?

16         A.    That was it.

17         Q.    Um, and I think you said -- did

18   you take a statement from him?

19         A.    From?

20         Q.    From the -- from the person

21   whose car was damaged?

22         A.    Yes.

23         Q.    Okay.  Um, and, when you

24   learned that Mr. Rodriguez had struck a car

25   at that point did it ever cross your mind

1                    Z. ZHENG

2   that he may need medical treatment?

3        A.    No.

4        Q.    Okay.  Um, and, you knew he

5   wasn't wearing a helmet, right?

6        A.    Yes.

7        Q.    Okay.  Did it ever occur to you

8   that he may need medical treatment having

9   just fallen without a helmet?

10       A.    There was no visible head

11  injury at the time.

12       Q.    Okay.  Uh, and so, in your

13  opinion that means he wouldn't need medical

14  treatment?

15       A.    No.

16       Q.    No, it wouldn't mean it.

17       A.    He didn't require it that's

18  what I'm saying.

19       Q.    Okay.  Um, and, did you ever

20  hear Sergeant Starrantino ask Mr. Rodriguez

21  if he needed medical treatment?

22       A.    I don't remember.

23       Q.    Okay.  Did you ever hear Mr.

24  Rodriguez ask Sergeant Starrantino for

25  medical treatment?

```
 1                    Z. ZHENG
 2        A.    I don't remember.
 3        Q.    Okay.  Um, do you think it
 4  would be appropriate to call for an
 5  ambulance whether or not you saw injuries
 6  when a person had just fallen off his bike
 7  and hit a car without a helmet on?
 8            MR. BERGMAN:  Objection.  You
 9         can answer.
10        A.    In that case, I -- I wouldn't
11  -- I didn't think it was appropriate.
12        Q.    Okay.  And that was because you
13  didn't see any injuries?
14        A.    Correct.
15        Q.    Okay.  Um, and, approximately,
16  how long after Mr. Rodriguez had fallen
17  over and hit the ground was he taken back
18  to the precinct?
19        A.    Fifteen minutes or so
20  approximately.
21        Q.    Okay.  And, during the 15
22  minutes describe for me what happened.  I
23  know you spoke with Sergeant Tino
24  (phonetic) but what else was going on?
25        A.    I only remember that he got
```

1                       Z. ZHENG
2    transported back to the stationhouse.
3         Q.    Okay.  Were there any civilians
4    in the area?
5         A.    A lot.
6         Q.    Okay.  So, would you describe
7    it as a crowd?
8         A.    Yes.
9         Q.    Okay.  Um, and describe for me
10   what was going on; were they -- were you
11   speaking with any of them, were you asking
12   the officer what happened, what was going
13   on?
14        A.    They was just observing.
15        Q.    Okay.  Um, was anyone taking
16   pictures or a video?
17        A.    I don't remember.
18        Q.    Okay.  Did you see Mr.
19   Rodriguez interacting with any of the
20   civilians?
21        A.    No.  I don't remember.  I'm
22   sorry.
23        Q.    Okay.  And, what happened after
24   Mr. Rodriguez was taken away from the
25   scene?

```
 1                    Z. ZHENG
 2          A.    Well, I had to drop off the
 3    summons to the person who was still waiting
 4    at 104 Street.
 5          Q.    Okay.
 6          A.    Then I went back to precinct to
 7    process the arrest.
 8          Q.    Okay.  Um, now, did Mr.
 9    Rodriguez have any belongings with him at
10    the time he had fallen?
11          A.    He had a backpack.
12          Q.    Okay.  Had you seen that
13    backpack initially when he had made the
14    U-turn on 104?
15          A.    I don't remember.  No.
16          Q.    Okay.  And, when you saw him
17    fall where was the backpack?
18          A.    On his body.  Back.
19          Q.    Okay.  So it stayed on his back
20    the whole time?
21                MR. BERGMAN:  Objection.  You
22           can answer.
23          A.    I don't remember.
24          Q.    Okay.  When you handcuffed him
25    did he still have the backpack on?
```

1                    Z. ZHENG

2          A.    Yes.

3          Q.    Okay.  Um, so did you remove

4    the backpack or did he --

5          A.    Say it again.  I'm sorry.

6          Q.    Did you remove his -- did you

7    say he had the backpack on when you

8    handcuffed him?

9          A.    Yes.

10         Q.    Oh, okay.  So, you cuffed him

11   with the backpack on?

12         A.    Yes.

13         Q.    Oh, okay.  Why?

14         A.    At the time it's a faster way

15   to do it.  For my own safety.  For my own

16   safety.

17         Q.    Okay.  Did he have the backpack

18   on while he was sitting on the curb?

19         A.    Yes.

20         Q.    Okay.  So it was on the whole

21   time?

22              MR. BERGMAN:  Objection.  You

23          can answer.

24         A.    What do you mean by whole time?

25         Q.    The whole time he's sitting on

1                    Z. ZHENG

2    the curb?

3                    MR. BERGMAN:  Same objection.

4         You can answer.

5         A.    I don't remember.

6         Q.    Okay.  Well, at any point did

7    you see the backpack being removed from him

8    after he was handcuffed while he's sitting

9    on the curb?

10        A.    I don't remember why he was --

11   why it was removed.

12        Q.    Okay.  Did you ever see it

13   removed on the scene before he was taken

14   away?

15        A.    I don't remember.

16        Q.    Okay.  Did you ever search the

17   backpack on the scene?

18        A.    To my personal knowledge, no.

19        Q.    Okay.  Did you ever take

20   possession in any way of that backpack

21   while you were on the scene?

22        A.    I don't remember.

23        Q.    Okay.  Um, did you ever see

24   Officer Chen remove the backpack from Mr.

25   Rodriguez while he was on the scene?

1                     Z. ZHENG

2          A.     I don't remember.

3          Q.     Did you ever see Officer Chen

4    search the backpack on the scene?

5          A.     No.  I don't remember,

6    actually.

7          Q.     Okay.  Um, did you see Mr.

8    Rodriguez lifted up from the curb and taken

9    away?

10         A.     My memory of from what he --

11   how he got transferred back to the

12   precinct.

13         Q.     Yes.

14         A.     To, got back to the precinct I

15   just remember I had to serve the summons

16   back to the guy.

17         Q.     Okay.

18         A.     Then lights and sirens went

19   back to the precinct to process the thing

20   in front of the desk.  That's the hold

21   thing I remember at this point.

22         Q.     Okay.  So, um, so, let's just

23   stick with what you remember.  So basically

24   you talked to Starrantino.

25         A.     Right.

1                     Z. ZHENG

2          Q.    And them um, did you have

3     anymore interactions with Mr. Rodriguez

4     after that?

5               MR. BERGMAN:  Objection.  You

6          can answer.

7          A.    I don't remember.

8          Q.    Okay.  And so, um, did Sergeant

9     Starrantino verify your arrest?

10         A.    Yes.

11         Q.    Okay.  Did he do it right there

12    on the scene?

13         A.    That's how -- yes.

14         Q.    That's how what?

15         A.    That's how we officially do it,

16    yes.

17         Q.    Right.  What does he say to

18    you?

19              MR. BERGMAN:  Objection.  You

20         can answer.

21         A.    I don't remember.

22         Q.    Did he ask you questions about

23    what happened?

24         A.    I told him what happened.

25         Q.    Okay.  Did he ask you any

1                    Z. ZHENG

2    questions?

3         A.    I don't remember.  No.

4         Q.    Okay.  And, once you told him

5    what happened he said take him in.  In sum

6    and substance?

7         A.    Yes.

8         Q.    Okay.  Um, and, did you have

9    any more interaction with Mr. Rodriguez on

10   the scene at that point after that?

11        A.    I don't remember.

12        Q.    Okay.  So just describe for me

13   how you go back and give the summons to the

14   other uh, bicyclist?

15        A.    Lights and sirens.  Went back

16   to the location.  "Sir, here's your

17   summons."  Then I had lights and sirens

18   going back to the precinct.

19        Q.    Okay.  And, so, did you have to

20   make a U-turn on 43 Avenue to go to 104 --

21   back to 104?

22        A.    Yes.

23        Q.    Okay.  And, um -- and that

24   bicyclist was still there waiting for you?

25        A.    Yes.

1                    Z. ZHENG

2          Q.    Okay.  Um, because you still

3     had his license; is that right?

4          A.    Um, um ID.

5          Q.    Okay his ID.  And you issued

6     him a summons?

7          A.    Yes.

8          Q.    What was it for?

9          A.    Um, stop sign.

10         Q.    Did you talk to him at all

11    about what had just happened?

12         A.    No.

13         Q.    Okay.  Uh, you didn't ask him

14    if he had seen what had just happened?

15         A.    No.

16         Q.    Okay.  After you issued him a

17    summons that day did you ever speak with

18    him again?

19         A.    No.

20         Q.    Okay.  Um, do you know that he

21    was interviewed in connection with what

22    happened to Mr. Rodriguez that day?

23         A.    Yes.

24         Q.    Okay.  How do you know that?

25         A.    I saw him at the precinct.

                        Z. ZHENG

1          Q.     Okay.  Um, you saw him at the

2    precinct that day?

3          A.     That night, yes.

4          Q.     I'm sorry.

5          A.     That night.  That same night.

6          Q.     Okay.  Um, do you know why he

7    went to the precinct that night?

8          A.     To be interviewed by

9    investigations.

10         Q.     Okay.  How did that come about

11   though?  I mean, how did they find him if

12   you never spoke to him?

13         A.     That, I have no idea.

14         Q.     Okay.  Um, so you issued him a

15   ticket, you never spoke to him again?

16         A.     I don't remember I spoke to him

17   no.

18         Q.     Okay.  When you saw him that

19   night at the precinct did you speak to him?

20         A.     I don't remember.  No, I don't

21   think so.

22         Q.     Okay.  Um, do you have any idea

23   how the investigators would have found out

24   who he was?

1                    Z. ZHENG

2        A.    My summons.

3        Q.    Okay.  So, were you asked by

4   investigators for a copy of your summons?

5        A.    I don't remember, yeah.

6        Q.    Okay.  So, um, when you came

7   back to give that man a summons, was that

8   other individual there also, the one who

9   had actually stopped that was riding in

10  front of Mr. Rodriguez?

11       A.    No.

12       Q.    Okay.  And so, you issued him a

13  summons and then you went back to the

14  precinct?

15       A.    Yes.

16       Q.    Okay.  And, you're with Officer

17  Chen?

18            MR. BERGMAN:  Objection.  You

19        can answer.

20       A.    I don't remember.

21       Q.    Okay.  Did Officer Chen go back

22  with you to issue that summons to the

23  individual on 104th Street?

24       A.    I don't remember.

25       Q.    How soon after Mr. Rodriguez

```
 1                    Z. ZHENG
 2   was handcuffed did you get back to the
 3   precinct; was it hours, minutes?
 4        A.    Fifteen, twenty minutes or so.
 5        Q.    Okay.  And what happened when
 6   you went back to the precinct?
 7        A.    I had to fill out the pedigree
 8   sheet in front of the desk and I -- itemize
 9   the property.
10        Q.    Okay.  You're talking about for
11   Mr. Rodriguez?
12        A.    Correct.
13        Q.    Where was Mr. Rodriguez when
14   you first got back to the precinct?
15        A.    Still standing in front of his
16   desk.
17        Q.    Okay.  Um, and, was he being
18   presented to the sergeant?
19        A.    Yes.
20        Q.    Who was the desk sergeant?
21        A.    Casalina (phonetic).
22        Q.    Okay.  And, who was the officer
23   that was presenting him?
24        A.    I don't remember.
25        Q.    But, was there an officer
```

                        Z. ZHENG

1                       Z. ZHENG

2    there?

3         A.    Yes.

4         Q.    Okay.  And this is the 110?

5         A.    110.

6         Q.    Okay.  Was it one officer with

7    Mr. Rodriguez or two or something else?

8         A.    I don't remember.

9         Q.    Okay.  And describe for me what

10   Mr. Rodriguez looked like at that point?

11              MR. BERGMAN:  Objection.  You

12           can answer.

13        A.    I honestly don't remember.

14        Q.    Okay.  Um, is this the point

15   when you had seen the scratch on his arm or

16   it was later on or something else?

17        A.    No, it was later on.

18        Q.    Okay.  Um, and, did you speak

19   with Mr. Rodriguez at that point?

20        A.    No.

21        Q.    Okay.  Um, so what happened

22   next?

23        A.    I filled out a pedigree sheet

24   and I removed him to a cell.  To a holding

25   cell.

```
 1                    Z. ZHENG
 2         Q.    Now, to complete the pedigree
 3    sheet didn't you have to ask Mr. Rodriguez
 4    questions?
 5         A.    I don't remember if I asked him
 6    a question or if I had the ID at the time.
 7    I don't remember.
 8         Q.    Okay.  Um, and when you removed
 9    him to the cell did you have any
10    conversation with him?
11         A.    I remember I called the
12    ambulance for his scratch and I don't
13    remember anything else.
14         Q.    Okay.  Um, so you don't
15    remember if you had a conversation with
16    him?
17         A.    No.
18         Q.    Okay.  Why did you call an
19    ambulance if he just had a scratch?
20         A.    Just for documentations.  Make
21    sure -- regardless if a scratch or not
22    actually we're required to -- if there's an
23    injury we're required to call the
24    ambulance.
25         Q.    Okay.  Um, and so, did you call
```

1                    Z. ZHENG

2    an ambulance once he was in the cell or at

3    what point did you call the ambulance?

4         A.    When he was in the cell.

5         Q.    Okay.  And you're the officer

6    that called the ambulance?

7         A.    I don't remember if it was me

8    or somebody else.

9         Q.    Okay.  Um, and did you have any

10   conversations with Mr. Rodriguez while he

11   was in the cell?

12        A.    I don't remember now.

13        Q.    Okay.  Did you process him at

14   that time, fingerprint him?

15        A.    No.

16        Q.    Okay.  Why not?

17        A.    Um, ambulance came over before

18   my paperwork was even ready and he was

19   removed to the hospital after that.

20        Q.    Okay.  Um, so when you got to

21   the 110 did you tell the desk sergeant what

22   happened had happened?

23        A.    Yes.

24        Q.    Okay.  What did you tell him?

25        A.    He run away from me from, you

1                    Z. ZHENG

2    know, going the wrong way one-way street,

3    red light and, um, he hit a parked car and

4    fell off the bike.

5        Q.    Okay.  And, did the sergeant

6    suggest that someone call an ambulance at

7    that point?

8        A.    I don't remember.

9        Q.    Okay.  Um, do you think it's

10   possible that your car made contact with

11   Mr. Rodriguez?

12       A.    I don't know.

13       Q.    Were you in the precinct when

14   um, when EMS arrived?

15       A.    Yes.

16       Q.    Okay.  And, did you speak with

17   them and tell them what happened?

18       A.    Yes.

19       Q.    Okay.  And, what did you tell

20   them?

21       A.    Same thing.  Fell off the bike

22   after, you know, he run away from the

23   one-way street.  Not so much in detail.

24   Basically he fell off the bike.  Hit a

25   parked car.

```
 1                    Z. ZHENG
 2        Q.    Okay.  Did you see --  I think
 3   you had said, um, did you see that he had
 4   air buds in headphones in once he had
 5   fallen off the bike?
 6        A.    I do not remember that until I
 7   saw the video at CCRB.
 8        Q.    Okay.  Did you think it was
 9   possible that he did not know that you were
10   pursuing him on 43rd Avenue?
11        A.    Honestly, no.
12        Q.    Okay.  Um, and why is that?
13        A.    He saw us coming behind him and
14   lights and sirens pretty loud.  That's my
15   belief.
16        Q.    Okay.  And so, you thought um,
17   he thought he could out run your car?
18             MR. BERGMAN:  Objection.  You
19         can answer.
20        A.    Yes.
21        Q.    Okay.  And um, when you were
22   telling Sergeant Starrantino what happened
23   did you tell him that you could have
24   possibly made contact with Mr. Rodriguez'
25   bicycle?
```

1                    Z. ZHENG
2          A.    I did not make contact with
3     him.
4          Q.    Okay.  So you know for sure
5     that you did not make contact with him?
6          A.    There is no marks on my car,
7     no.
8          Q.    Okay.  So, um, the only way
9     that you believe you would have made
10    contact with the bike is if there was a
11    mark on your car?
12              MR. BERGMAN:  Objection.  You
13          can answer.
14         A.    Logic thinking, yeah.
15         Q.    Now, did you have any damage at
16    all to the right side of your vehicle as a
17    result of what happened to Mr. Rodriguez?
18         A.    As a result, no.
19         Q.    Okay.  Uh, did you have damage
20    at all?
21         A.    Prior to that incident, yes.
22    At the start of the day there was a  -- a
23    mirror was broken at the time.
24         Q.    Okay.  And, that's the right
25    side mirror?

1                    Z. ZHENG

2        A.    Right side mirror.

3        Q.    Okay.  And, do you know how

4    that happened?

5        A.    No, idea.

6        Q.    Okay.  Um, is that -- what's

7    the number of that vehicle?

8        A.    I don't remember.  Unmarked

9    447.

10        Q.    Okay.  Had you ever used that

11    vehicle before?

12        A.    Yes.

13        Q.    I'm not sure how it works,

14    would you be driving the same car every day

15    or could it be a different car every day?

16        A.    Could be a different car every

17    day.

18        Q.    Okay.  Um, had you been driving

19    that car the day before this incident?

20        A.    I don't remember.

21        Q.    Okay.  Had you ever noticed

22    that the car had a broken passenger side

23    window before August 13, 2015?

24        A.    Um, I don't remember.  No.

25        Q.    Okay.  And um, when you first

                          Z. ZHENG

1

2    used that vehicle, um, on August 13, 2015

3    do you know that somewhere that it has a

4    broken mirror?

5         A.    We have to search the car at

6    times, yes.

7         Q.    Okay.  Did you note it

8    somewhere?

9         A.    Um, memo book.  I'm sorry.

10   Memo book.

11        Q.    Okay.  And, how do you know

12   that there was no mark on your vehicle from

13   Mr. Rodriguez' bike?

14        A.    What kind of mark are we

15   talking about.  There's nothing there.

16        Q.    Right.

17        A.    Right.

18        Q.    So, um, did you at some point

19   check your vehicle to see if there was any

20   -- anything there?

21        A.    No.

22        Q.    So then how do you know there's

23   nothing there?

24        A.    Well, investigation actually

25   took a picture that night.

```
1                    Z. ZHENG
2         Q.    Uh-huh.  I know.
3         A.    Right.  So, I think, that's why
4    I know, I guess.
5         Q.    Okay.  So you testified that
6    you got one to two feet away from a
7    bicyclist --
8         A.    Correct.
9         Q.    -- right?  Um, and then he
10   spontaneously falls off the bike?
11        A.    Correct.
12        Q.    Okay.  And, you think there is
13   no way not possible --
14        A.    I'm sorry.  Correction.  I
15   didn't say spontaneously fall off the bike
16   I said hit a parked car and fall off the
17   bike.
18        Q.    Right.  And you don't know why
19   that happened?
20        A.    He was running away from cops.
21   Anything could happen.
22        Q.    It's not that you have a
23   vehicle pursuing him one to two feet away
24   from his bicycle?
25        A.    I didn't cause the accident.
```

```
 1                    Z. ZHENG
 2         Q.    You don't think you cause the
 3    accident?
 4         A.    No.
 5         Q.    Okay.  Why not?
 6         A.    Because he's the one running.
 7         Q.    Okay.  So, if you're pursuing a
 8    civilian who's running from you is it your
 9    position that you can pursue him in any way
10    you need to apprehend him?
11              MR. BERGMAN:  Objection.  You
12         can answer.
13         A.    As I said earlier, I think,
14    tried the safest way possible.
15         Q.    Okay.  And you think driving up
16    alongside of him one to two feet away from
17    him was a safe way to pursue him?
18         A.    To tell him to stop.  To get
19    his attention for him to stop, yes.
20         Q.    Okay.  You think that was safe?
21         A.    Yes.
22         Q.    Um, did he ever tell you that
23    he thought you struck his bike?
24         A.    Yes.
25         Q.    Okay.  When did he say that?
```

1                    Z. ZHENG
2        A.    That night he said it.  I think
3   during the -- from time of the arrest until
4   he got back to the precinct he said it -- I
5   think he said it to my desk sergeant at the
6   time.
7        Q.    Okay.  Sergeant Cantalino?
8        A.    Yes.
9        Q.    Okay.  Would that have been
10  when you first came into the precinct?
11       A.    Yes.
12       Q.    Okay.  And, what did he say?
13            MR. BERGMAN:  Objection.  You
14         can answer.
15       A.    I don't remember exactly word
16  for word.
17       Q.    Okay?
18       A.    Something which you just
19  described.
20       Q.    Okay.  And um, what did
21  Sergeant Cantalino say?
22       A.    I think Cantalino called IAB
23  that night.  That's what he did.
24       Q.    Okay.  Um, and did you say
25  anything to Sergeant Cantalino when you

1                    Z. ZHENG

2    heard Mr. Rodriguez say that you had struck

3    him with your vehicle?

4         A.    I just told him basically what

5    I said earlier what happened with the

6    arrest.

7         Q.    Okay.  Did you ever say I never

8    touched his bike with my vehicle?

9         A.    Nope.

10        Q.    Okay.  Um, and did you see

11   Sergeant Cantalino call IAB?

12        A.    No.

13             MR. BERGMAN:  Objection.  You

14        can answer.

15        Q.    Okay.  Um -- and um, were you

16   ever interviewed by IAB about this?

17        A.    No idea.

18        Q.    Do you know why you weren't

19   interviewed by IAB about this?

20        A.    No idea.

21        Q.    Okay.  Um, do you know whether

22   or not Sergeant Starrantino was interviewed

23   by IAB about this?

24        A.    No idea.

25        Q.    Okay.  How about Queens North,

```
1                    Z. ZHENG
2    were you ever interviewed by them?
3         A.    No.
4         Q.    Okay.
5              MR. BERGMAN:  I was going to
6         suggest taking a break.  We are two
7         hours in the deposition I was going
8         to suggest taking a break.
9              MR. FETT:  Yes, actually now is
10        a good time.  We'll take a break.
11             THE VIDEOGRAPHER:  1:16 P.M.
12        going off record.
13             (Whereupon, a short recess was
14        taken.)
15             THE VIDEOGRAPHER:  Back on
16        record.  2:07 P.M.
17             MR. BERGMAN:  By Counsel, uh,
18        Officer Zheng wants to make a
19        correction to things he said earlier
20        on the record.
21        A.    Number one the bar handle on
22   the bicycle hitting a parked car was on the
23   right-hand side not on the left-hand side.
24   I said left-hand side.  It was actually on
25   the right-hand side.
```

1                    Z. ZHENG

2          Q.     On the right-hand side of your

3    vehicle?

4          A.     No -- my vehicle, also the

5    right-hand side of the bicycle.  Right-hand

6    bar.

7          Q.     Okay.

8          A.     Right.  Second thing is, I

9    never observed him when he -- when I say

10   the -- when he run the red light and then

11   when he crossed the street from south side

12   of 104th Street coming to north side of

13   104th Street my point of view of the light

14   was red.

15         Q.     Okay.

16         A.     So that's how I think he was

17   running the red light at that time.

18         Q.     Okay.

19         A.     All right.  The third thing is

20   that I just remember there was one more

21   accident that happened on personal time.

22         Q.     Okay.

23         A.     It wasn't on the job time.

24   Sometime around 2012, 2013 the accident

25   happened somewhere at 138th Street and 68th

                          Z. ZHENG

1    Avenue, 68th Drive.  I'm sorry.  68th

2    Drive.  Um, I was driving down the block

3    and about to park a young girl actually ran

4    out between two cars hit the side of my

5    car.

6         Q.    Okay.

7         A.    And that's another accident I

8    remember.

9         Q.    Okay.  Thank you.  Um, so let

10   me just go back a lit bit and ask you about

11   that accident with the little girl.

12        A.    Ah-huh.

13        Q.    So, and that's in Queens?

14        A.    Queens, yes.

15        Q.    And you said it was

16   approximately 2012 or 2013?

17        A.    I don't remember exactly what

18   year.  It literally just hit me while I was

19   eating lunch, actually.

20        Q.    Okay and this was off duty?

21        A.    Off duty.

22        Q.    Okay and um, you said you were

23   eating lunch, is your car moving or you're

24   parked?

1                        Z. ZHENG

2        A.     No, no, no I was eating lunch

3    here.  I was downstairs eating lunch.  I

4    was remembering.

5        Q.     Okay.

6        A.     Sorry.

7        Q.     I'm sorry.  So -- so um -- so

8    your car is traveling down the road?

9        A.     I was traveling down the road,

10   right.

11       Q.     Okay.  And so um, describe for

12   me what happened?

13       A.     The family of the -- the other

14   parties family had like about five or six

15   kids something like that.

16       Q.     Okay.

17       A.     One girl literally just like

18   jump out the car and just ran out to -- it

19   was in between two cars, hit the side of my

20   car.

21       Q.     Okay.  And approximately, how

22   old she, was she less than 10 years old?

23       A.     Less than ten.

24       Q.     Okay.  Less than five?

25       A.     Um, No.  I don't think so.

1                    Z. ZHENG

2          Q.     Okay.  And so, she ran out

3     between two parked cars?

4          A.     Correct.

5          Q.     And um, did you say they ran in

6     front of your car or into the side of your

7     car?

8          A.     The back door hit the side

9     mirror.  Uh, right-hand mirror.

10         Q.     Okay.  And, was she injured?

11         A.     Yes.

12         Q.     What were her injuries?

13         A.     I don't remember but I know

14    they took -- they took her to the hospital.

15         Q.     Okay.  Do you know um, the

16    gravity of the injuries, were they serious,

17    do you know?

18         A.     No.  I don't remember.

19         Q.     Okay.  Were you injured?

20         A.     No.

21         Q.     Was your car damaged?

22         A.     No.

23         Q.     Okay.  Um, and did the police

24    arrive to the scene?

25         A.     Yes.

```
 1                    Z. ZHENG
 2        Q.    Okay.  And, were you ticketed?
 3        A.    No.
 4        Q.    Okay.  Um, so did you ever find
 5   out what happened to the girl?
 6        A.    No.
 7        Q.    Did you ever have contact with
 8   that family again?
 9        A.    No.
10        Q.    Um, were you sued in connection
11   with that?
12        A.    I have no idea.
13        Q.    Um, did you sue the family?
14        A.    No.  Just to clarify, it was,
15   again, my mom's car.
16        Q.    Okay.
17        A.    I just happened to drive that
18   day and I had bad luck with it.
19        Q.    Okay.  Um, did you say it was
20   your mirror that was damaged?
21        A.    No, it wasn't damaged.  It hit
22   my damaged but it wasn't damaged.
23        Q.    Okay.  And, what part of her
24   body hit the mirror, do you know?
25        A.    No idea.
```

1                    Z. ZHENG

2          Q.    So, what you're describing it

3     just sounds like she just ran straight into

4     your car?

5          A.    She -- I was driving, it's a

6     parked -- it's a parked -- car parked on

7     the right-hand side.

8          Q.    Okay.

9          A.    She just went into two cars.

10    Her family had a 15 passenger van.

11         Q.    Okay.

12         A.    And they were parked unloading

13    kids at the time.

14         Q.    Okay.

15         A.    She was -- I don't know how

16    many kids now but she was the one that run

17    between two cars --

18         Q.    Okay.

19         A.    -- and came out from the van.

20         Q.    Okay.  Um, and she kind of ran

21    into your right side mirror?

22         A.    Correct.

23         Q.    Okay.  Did she fall down?

24         A.    Yes.

25         Q.    Did she lose consciousness, do

```
 1                    Z. ZHENG

 2    you know?

 3         A.    No.

 4         Q.    Did you see any blood?

 5         A.    No.

 6         Q.    Um, and then I just want to

 7    clarify your clarification.  So you just

 8    said in terms of Heins Rodriguez the um --

 9    he struck the right side of your car, is

10    that what you were saying?

11              MR. BERGMAN:  Objection.

12         A.    No.

13         Q.    I'm sorry.  Say it again.

14         A.    I said his right-hand side of

15    the handle bar hit parked car instead of

16    the left-hand side.

17         Q.    Got it.  And -- okay.  Um, I

18    want to just go back over a couple things.

19              When you said Officer Chen

20    originally came out of the vehicle to stop

21    Mr. Rodriguez and the other bicyclist?

22         A.    Yes.

23         Q.    Um, and how far from your

24    vehicle was Mr. -- was Officer Chen when he

25    put his hand out?
```

Z. ZHENG

1

2          A.     Right hand front corner of my

3     car that's where we were standing.

4          Q.     Okay.  Um, so he wasn't like

5     right in front -- in front and center of

6     the vehicle he was on the right-hand

7     corner?

8          A.     Yes.

9          Q.     Okay.  And um, did you hear him

10    say anything?

11         A.     I don't remember.

12         Q.     Okay.  Um, and when you -- when

13    he got back in the car I think I asked you

14    this did you guys have any conversation

15    about what you were to do next?

16         A.     I don't remember, no.

17         Q.     Okay.  Um, what was your plan

18    when you got back in the car?

19         A.     Stop him to write him a

20    summons.

21         Q.     And, what was your plan of how

22    you were going to stop him?

23         A.     Hopefully he would stop.

24         Q.     Okay?

25         A.     I -- I didn't have a plan at

1                    Z. ZHENG
2    the time, no.  It wasn't like I had enough
3    time to organize this thing to how it --
4    this literally happened 30 seconds, less
5    than minute so I didn't have a plan.
6         Q.    How about um, once you turned
7    onto 43rd Avenue and now you're pursuing
8    him, um, did you have a plan at that point?
9         A.    All I hoped was I get his
10   attention and he would stop.
11        Q.    Okay.  And, how did you think
12   you would get his attention?
13        A.    Lights and sirens and tell him
14   to stop.
15        Q.    Okay.  And I think you said
16   your lights and sirens were on the whole
17   time; is that right?
18        A.    Yes.
19        Q.    Okay.  And he wasn't stopping?
20        A.    No.
21        Q.    Okay.  So, at that point um, I
22   think you said you had got one to two feet
23   uh, from his bike?
24        A.    Alongside of him, yes.
25        Q.    Alongside of him.  So, what was

1                     Z. ZHENG
2    your plan at that point?
3         A.    Tell him to stop hopefully.
4         Q.    How would you tell him that?
5         A.    My partner can scream out a
6    window if he has to.
7         Q.    Okay.  And, were your windows
8    up or down --
9         A.    Down.
10        Q.    -- as you were pursuing?
11        A.    Yes.
12        Q.    Down?
13        A.    Down.
14        Q.    Okay.  And, did your partner at
15   any point when you were alongside the
16   bicycle yell out of the car?
17        A.    I don't remember.
18        Q.    Okay.  Um, did your partner
19   ever say, hey you're getting too close or
20   watch out or anything like that?
21        A.    No.
22        Q.    Okay.  Did you ever see your
23   partner um, uh, make any kind of signal or
24   wave his hand for Mr. Rodriguez to stop?
25        A.    I don't remember.

1                    Z. ZHENG

2          Q.     Okay.  And um, did you ever

3    communicate to your partner that you were

4    going to pull up alongside and you wanted

5    him to stop Mr. Rodriguez?

6          A.     No.

7          Q.     Okay.  Um, but that was your

8    plan how you thought that you would get him

9    to stop?

10                MR. BERGMAN:  Objection.  You

11          can answer.

12         A.     Again, I don't have a -- I

13   didn't have a plan at the time.  There's no

14   time to plan or organize things to say how

15   to stop this guy.  I'm just hoping to get

16   his attention to say, listen, I'm in a car

17   you're on a bicycle.  Hopefully he would

18   stop.

19         Q.     Okay.  Um, was it ever your

20   intention to stop him by actually coming

21   into contact with his bicycle?

22         A.     Say that again.  I'm sorry.

23         Q.     Was it ever your intention to

24   try and stop him by coming into contact

25   with his bicycle?

1                    Z. ZHENG

2          A.    Never.

3          Q.    Okay.  Why not?

4          A.    It's the illegal way to do it.

5     My personal opinion at the time.

6          Q.    Okay.  What do you mean by

7     "illegal"?

8          A.    Not illegal but like that would

9     cause him harm if I do that --

10         Q.    Okay.

11         A.    -- to struck his car to stop

12    him.

13         Q.    Okay.  Um and, when you say

14    that you were about one to two feet away

15    from him what do you base that on?

16         A.    Approximation.

17         Q.    Okay.  So let me ask you, um,

18    at what point, what caused you to pull up

19    alongside of him?

20         A.    I'm sorry.  Say that again.

21         Q.    What cause you.  Because at

22    some point you're pursuing him from behind

23    on 43rd Avenue; is that right?

24         A.    Yes.

25         Q.    And then at some point you

```
 1                    Z. ZHENG
 2   decided to pull up alongside of him?
 3         A.    Yes.
 4         Q.    Okay.  What was your thought
 5   process?  Why -- why did you do that?
 6         A.    Hopefully he knows I'm next to
 7   him to stop.
 8         Q.    Okay.  So it was to try to get
 9   his attention?
10         A.    Yes.
11         Q.    Okay.  And for how long do you
12   think you were traveling alongside of his
13   bicycle?
14         A.    I have no idea.
15         Q.    Okay.  And um, did you see Mr.
16   Rodriguez fall from the bicycle?
17         A.    Yes.
18         Q.    Okay.  Um, so when he fall from
19   the bicycle is his bike next to your
20   vehicle at that point?
21               MR. BERGMAN:  Objection to
22          form.  You can answer.
23         A.    I -- I don't remember exactly
24   what location of the bike at the time.  All
25   I know I saw him fly off the bike.
```

1                    Z. ZHENG

2          Q.    Okay.  So, but if you're seeing

3    him fall off the bike um, you're not

4    looking straight ahead, right, because the

5    bike is next to you, is that fair to say?

6          A.    I don't remember where I was

7    looking.

8          Q.    Okay.  But you observed him

9    fall off the bike?

10          A.    Correct.

11          Q.    So, you were looking at him?

12          A.    Yes.

13          Q.    Okay.  And so, if the bike is

14    next to you is it fair to say you were

15    looking to your right as he fell off?

16          A.    Yes.

17          Q.    Okay.  Um and, was there any

18    conversation of anything said by your

19    partner at this point?

20          A.    No.

21          Q.    Okay.  Um, when you got out of

22    your vehicle um, and you first were

23    encountering Mr. Rodriguez, did you ever

24    say something like, what happened?

25          A.    I don't want to guess.  I don't

1                        Z. ZHENG
2    remember exactly what I said.
3         Q.    Okay.  Um, but would that have
4    been something where you wanted to know why
5    you fell off your bike?
6              MR. BERGMAN:  Objection.  You
7         can answer.
8         A.    My ques -- my -- I'm not, you
9    know, uh, not what I said at that time.  My
10   only question should be, why you run away.
11        Q.    But you don't remember for sure
12   whether you said that?
13        A.    No.
14        Q.    Um, and I think you said that
15   Mr. Rodriguez never said at the scene that
16   you had struck him?
17             MR. BERGMAN:  Objection.  You
18        can answer.
19        A.    I don't remember him saying
20   that.
21        Q.    Okay.  Um, but you do remember
22   him saying that once you're back at the
23   precinct?
24        A.    In front of the desk, yes.
25        Q.    Okay.  Um, did you think that

```
 1                    Z. ZHENG
 2   was possible?
 3                    MR. BERGMAN:  Objection.  You
 4        can answer.
 5        A.    No.
 6        Q.    Okay.
 7        A.    I don't know.  I'm sorry.  I
 8   don't know.
 9        Q.    Okay.  Um, is there any reason
10   you wouldn't believe Plaintiff when he said
11   that you struck him?
12                    MR. BERGMAN:  Objection.  You
13        can answer.
14        A.    No.
15        Q.    I think -- I think where we
16   left off before was the ambulance had
17   arrived at the precinct?
18        A.    Yes.
19        Q.    Um, do you remember about how
20   long um, you were at the precinct before
21   the ambulance arrived?
22        A.    No.
23        Q.    Would you say it was more than
24   an hour?
25        A.    No.
```

```
 1                    Z. ZHENG
 2         Q.    Okay.  More than a half hour?
 3         A.    Uh, less than.
 4         Q.    Okay.  And, I believe at this
 5    point Mr. Rodriguez is in the cell; is that
 6    correct?
 7         A.    Yes.
 8         Q.    Okay.  Is he handcuffed?
 9         A.    No.
10         Q.    Okay. Did you search him at the
11    precinct?
12         A.    Yes.
13         Q.    Okay.  Um, you searched his
14    person?
15         A.    Yes.
16         Q.    Okay.  And, did you recover any
17    contraband?
18         A.    No.
19         Q.    Okay.  And um, what about --
20    what about his backpack, where is that at
21    the point?
22         A.    Next to him.
23         Q.    In the cell?
24         A.    No, no, no.  When he looked in
25    the cell the backpack was already belongs
```

1                      Z. ZHENG
2    with me at the time.
3         Q.    Okay.
4         A.    Um -- that's it, yeah.
5         Q.    Okay.  So let me just
6    backtrack.
7         A.    Sure.
8         Q.    So when you get to the precinct
9    and he's being presented to the sergeant --
10        A.    Uh-huh.
11        Q.    -- where is his backpack at
12   that time?
13        A.    Right next to him.
14        Q.    Okay.  On -- like on the desk?
15        A.    Not on the desk probably on the
16   floor.
17        Q.    Okay.  And, did you take
18   possession of it at that point?
19        A.    Yes.
20        Q.    What did you do with the
21   backpack?
22        A.    I -- I just opened it up.  Put
23   everything in the bag on the desk.
24        Q.    Okay.  What was in the bag?
25        A.    At that time was, you know, I

1              Z. ZHENG

2    don't remember exactly what it was.  It's

3    actually in the voucher.  The only one

4    thing I remember is a headphone  --

5         Q.    Okay?

6         A.    -- for now.

7         Q.    Okay.  Um and, forgive me if I

8    asked this already.  Did you hear any

9    conversation that Mr. Rodriguez had with

10   the EMT?

11        A.    Um, I was in the room but I

12   don't remember what he said.

13        Q.    Okay.  When you say "in the

14   room" was he in the cell at that point?

15        A.    In the cell room.

16        Q.    And, were you in the cell with

17   him when he was being examined?

18        A.    Yes.

19        Q.    Okay.  And, did you see them

20   examining Mr. Rodriguez?

21        A.    Yes.

22        Q.    Okay.  And so, describe for me

23   how that -- what happened in the

24   examination?

25        A.    I honestly don't remember.

1                    Z. ZHENG

2          Q.    Okay.

3          A.    Standard procedure actually.

4    They take a look, they ask what happened

5    and take him away.

6          Q.    Okay.  And, did you see any

7    injuries on Mr. Rodriguez at that point?

8          A.    Just a scratch on his arm.

9          Q.    The same scratch?

10         A.    Yes.

11         Q.    Okay.  And, which arm was it

12   on?

13         A.    I don't remember.

14         Q.    Okay.  Was it the forearm or up

15   by his shoulder?

16         A.    Right here in the back arm.

17   Right here. (Indicating.)

18         Q.    Okay.  The left arm.

19         A.    I don't know left or right.

20   I'm just saying.  It is the back right

21   here.

22         Q.    Okay.  Was that scratch

23   bleeding?

24         A.    You could see the veins.  It

25   wasn't bleeding.

```
 1                    Z. ZHENG
 2          Q.    Okay.  And, you saw no other
 3    redness anywhere else?
 4          A.    No.
 5          Q.    And um, when you first got out
 6    of your vehicle at the scene did you ever
 7    see Mr. Rodriguez lose consciousness on the
 8    scene?
 9          A.    No.
10          Q.    Did he appear completely lucid
11    to you?
12          A.    No.
13          Q.    Why not?
14          A.    He's -- he's still turning his
15    body around asking questions.  I don't know
16    -- I forgot what his question was exactly
17    word for word but he was still talking to
18    me, me and my partner at the time?
19          Q.    Okay.
20          MR. BERGMAN:  Do you know what
21          "lucid" means?
22          THE WITNESS:  Like dizziness or
23          not -- not right.
24          Q.    It's exactly the opposite.  Did
25    he -- did he appear like uh, out of it or
```

1               Z. ZHENG

2    dizzy?

3        A.    No.

4        Q.    Okay.  So what you're saying is

5    he seemed completely fine?

6        A.    Yes.

7        Q.    Clearheaded?

8        A.    Yes.

9        Q.    Okay.  Um, did he ever appear

10   to lose balance or lose his footing at any

11   point when you were handcuffing him?

12       A.    I don't remember.

13       Q.    Okay.  And then when he's in

14   the cell talking to the EMTs did he seem

15   clearheaded?

16       A.    Pretty clear to me.

17       Q.    And then what happened after

18   the EMTs were in the cell, what happened

19   next?

20       A.    Every time the EMT visits

21   they're gonna ask the person, do you want

22   to go to the hospital --

23       Q.    Uh-huh.

24       A.    -- and if he say yes then they

25   going to take him to the hospital --

1                    Z. ZHENG

2         Q.    Okay.

3         A.    -- and ask what happened.

4         Q.    Okay.  Did you hear them ask

5    Mr. Rodrig --

6         A.    No.

7         Q.    Okay.  Um, but that's what you

8    assumed happened?

9         A.    That's correct.

10        Q.    Okay.  And so he was taken to

11   the hospital?

12        A.    Yes.

13        Q.    Okay.  Did he walk out of the

14   precinct or was he in a stretcher?

15        A.    I don't remember.

16        Q.    Okay.  Do you know if they

17   applied anything on him like a neck brace

18   or bandages or anything like that?

19        A.    I don't remember.

20        Q.    Um, I thought I just asked

21   this.  Did he walk out of the precinct or

22   on a stretcher?

23             MR. BERGMAN:  Objection.  You

24         can answer.

25        A.    You know, I don't want to

```
1                    Z. ZHENG
2    guess, so I --
3         Q.    No --
4         A.    No.
5         Q.    I don't want you to guess.
6         A.    I'm not sure.
7         Q.    Um, did you ever hear Mr.
8    Rodriguez ask Sergeant Cantalino for
9    medical treatment when he was standing at
10   the desk?
11        A.    The only thing I remember was
12   like, "he hit me with the car" and that was
13   it.  I don't remember him asking for an
14   ambulance, no.
15        Q.    What did you think when you
16   heard him say that?
17        A.    What did I think?
18        Q.    Yeah.
19        A.    I -- at the time -- I don't
20   think I think anything at the time.
21        Q.    Were you worried?
22        A.    Little bit, yeah.
23        Q.    Okay.  How come?
24        A.    I think that's just normal
25   human being reaction when someone saying
```

1                        Z. ZHENG

2    you did something -- the accusations

3    everywhere of course.  Of course you're

4    going to be worried.

5         Q.    And, when you heard him say

6    that did it ever cross your mind that maybe

7    I hit him?

8         A.    No.

9         Q.    Okay.  Not possible?

10        A.    No.

11        Q.    Why not?

12        A.    I didn't hit him.

13        Q.    You know you didn't hit him?

14        A.    I know I didn't hit him.

15        Q.    Okay.  Um and, you know that

16   because there were no marks?

17             MR. BERGMAN:  Objection.  You

18         can answer.

19        A.    There were no marks also the

20   way I was driving I don't think I hit him.

21        Q.    Okay.  Um, did you ever ask

22   Officer Chen whether or not you struck the

23   bicycle?

24        A.    No.

25        Q.    Why not?

```
 1                    Z. ZHENG
 2         A.    I just didn't ask.
 3         Q.    Okay.  Um, when you heard Mr.
 4    Rodriguez telling Sergeant Cantalino that
 5    he hit me did you think that Mr. Rodriguez
 6    was gonna sue you?
 7         A.    I don't remember what I thought
 8    at the time.  Possible.
 9         Q.    Okay.  Um, did you ever hear
10    Sergeant Cantalino say to Mr. Rodriguez if
11    you go to the hospital it's going to take
12    you longer to be processed here at the
13    precinct?
14         A.    No.
15         Q.    Okay.  Um, after Mr. Rodriguez
16    left the precinct for treatment did you see
17    him again?
18              MR. BERGMAN:  Objection.  You
19          can answer.
20         A.    No.
21         Q.    That night?
22         A.    That night.  I'm sorry.
23    Clarify.  That night I never seen him
24    again.
25         Q.    Okay.  Um, and so, after he
```

```
 1                     Z. ZHENG
 2   left the precinct what did you do?
 3        A.     Process the arrest.
 4        Q.     Process Mr. Rodriguez' arrest?
 5        A.     Yes.
 6        Q.     Okay.  And, what did that
 7   involve?
 8        A.     Um, first of all, I searched
 9   his bag.  I searched his bag again to make
10   there's no hidden compartments.
11        Q.     Okay.
12        A.     Um, then voucher everything in
13   the bag.
14        Q.     Okay.
15        A.     Do the arrest process work and
16   um, do the vouchers.
17        Q.     Okay.  Um, and I think at this
18   point you said he hasn't been fingerprinted
19   yet, right?
20        A.     No.
21        Q.     Okay.  Any mugshot at this
22   point?
23        A.     No.
24        Q.     Okay.  And um, at this point
25   Sergeant Cantalino has already called IAB;
```

1                    Z. ZHENG

2    is that correct?

3         A.    I have no idea.  I have no idea

4    what time he called IAB.

5         Q.    Okay.  Did you ever see

6    Internal Affairs come into the precinct to

7    interview anyone?

8         A.    Throughout the night, yes.

9         Q.    Okay.

10        A.    But I don't know what time they

11    came in.

12        Q.    Okay.  Um and, when you say

13    "throughout the night" how many different

14    officers did you see coming in to do

15    interviews?

16        A.    I don't remember.

17        Q.    Okay.  You were never

18    interviewed?

19        A.    No.

20        Q.    Do you know why you wouldn't

21    have been interviewed?

22        A.    No.

23        Q.    Did you ever ask to tell anyone

24    to be able to tell anyone what happened?

25              MR. BERGMAN:  Objection.  You

1                    Z. ZHENG
2          can answer.
3          A.     No.
4          Q.     Okay.  Were you worried that
5    investigators were coming in to interview
6    people?
7          A.     Yes.
8          Q.     How about Sergeant Chen, was
9    her ever interviewed?
10         A.     Sergeant who?
11         Q.     Officer Chen, was he ever
12   interviewed?
13         A.     I don't know.
14         Q.     Okay.  Um, does that make sense
15   to you that you would have gotten
16   interviewed?
17                MR. BERGMAN:  Objection.  You
18          can answer.
19         A.     I have no idea how the um, the
20   upper class (phonetic).  Like how they
21   work, actually.
22         Q.     Right?
23         A.     I mean like the supervisor work
24   arrangement.
25         Q.     Right.  Uh, do you know if

1                    Z. ZHENG

2    Sergeant Starrantino was interviewed?

3         A.    No idea.

4         Q.    Well, let's assume I represent

5    that he was.

6         A.    Okay.

7         Q.    He wasn't at the scene when Mr.

8    Rodriguez fell off the bike, is that right?

9         A.    No.

10        Q.    Okay.  So, how would he have

11   information to tell to interviewers about

12   what happened?

13              MR. BERGMAN:  Objection.  You

14         can answer.

15        A.    Based on what he told him at

16   the scene.

17        Q.    Based on what Mr. Rodriguez

18   told him?

19        A.    No, what I told him.

20        Q.    Exactly.  That's the only way

21   he would have the information?

22        A.    Yes.

23        Q.    Okay.  And so, tell me exactly

24   what you told Sergeant Starrantino at the

25   scene?

1          Z. ZHENG

2          A.      What do you mean "exactly"?  I

3     don't remember exactly what I said but --

4          Q.      Whatever you remember?

5          A.      Right.  Um, could you come, in

6     what happened.  The guy was going the wrong

7     way the one-way street, he run the red

8     light, which is --

9          Q.      Right.

10         A.      -- I clarified it with, you

11    know, um -- this is what I thought, he was

12    running the red light um, fleeing the scene

13    from us, chasing him down to this block,

14    hit the parked, car fall off the bike and

15    we arrest him for all that charges plus

16    discon.

17         Q.      Okay.  Um, did you ever fill

18    out a UF49 in connection with Mr.

19    Rodriguez?  An unusual incident form.

20         A.      No, I don't know what that is.

21         Q.      Okay.

22         A.      I'm sorry.

23         Q.      That's okay.  Um, did you ever

24    hear officers at the precinct calling the

25    hospital to check on Mr. Rodriguez?

                          Z. ZHENG

 1

 2        A.     No.  No, not that I remember.

 3   No.

 4        Q.     Okay.

 5        A.     I don't remember.  No.

 6        Q.     Okay.  Um, did you ever talk to

 7   Sergeant Starrantino again that night at

 8   the precinct?

 9        A.     I don't remember.

10        Q.     How about Officer Chen?

11        A.     We spoke when he af -- he --

12   after he -- he went out writing summons

13   again when he came back he saw the weed and

14   um, he saw the marijuana, I'm sorry, and

15   um, he just said, "oh, that's why he

16   runned."  That's it.

17        Q.     Okay.  So, that answered it for

18   you?

19        A.     Right.

20        Q.     Okay.  So let's go back to

21   that.  Did Officer Chen go back out to

22   issue summonses um, from the scene?

23        A.     No, he dropped me off first, I

24   think.  You know what.  I'm sorry.  I'm not

25   sure --

```
1                    Z. ZHENG
2          Q.    That's okay.
3          A.    -- what he did.  I know I used
4   the same car 447 to drop off the summons to
5   the person I issued it to and I drove the
6   same car back to the precinct then he
7   started driving afterwards.
8          Q.    Okay.
9          A.    So I don't remember at which
10  point he -- what was the question?  Like,
11  you know at what point he went out or not
12  went out but I know I drove that car back
13  to the stationhouse.
14         Q.    Okay.  And so, when you're
15  doing the paperwork for Mr. Rodriguez it
16  sounds like Officer Chen is back out in the
17  field; is that right?
18         A.    Yes.
19         Q.    Okay.  And so, um, do you
20  remember approximately how many hours or
21  how much time passed before he came back to
22  the precinct?
23         A.    Few hours.
24         Q.    Okay.  And so, are you saying
25  at that point it is Officer Chen that
```

1                          Z. ZHENG

2    searched the backpack?

3         A.    No.

4         Q.    Okay.  You searched the

5    backpack?

6         A.    I searched the backpack.

7         Q.    Okay.  And um, this was after

8    Mr. Rodriguez went to the hospital?

9              MR. BERGMAN:  Objection.  You

10         can answer.

11        A.    Some I don't remember exactly

12   what timeline this is.  This is -- I don't

13   remember if it was before or after.

14        Q.    Okay.

15             MR. BERGMAN:  Can we go off the

16        record for a few seconds.

17             MR. FETT:  Sure.

18             THE VIDEOGRAPHER:  2:31 P.M.

19        going off record.

20             (Whereupon, an off-the-record

21        discussion was held.)

22             THE VIDEOGRAPHER:  Back on

23        record.  2:31 P.M.

24        Q.    So which officer uncovered the

25   marijuana?

```
 1                    Z. ZHENG
 2        A.    I did.
 3        Q.    Okay.  And that was from Mr.
 4   Rodriguez' backpack?
 5        A.    Yes.
 6        Q.    Okay.  And, why did you search
 7   his backpack?
 8        A.    We have to do inventory search
 9   because when um, Mr. Rodriguez goes down to
10   Central Booking with a court session he's
11   not allowed -- allowed -- he's not allowed
12   to bring his personal property with him and
13   unless I can call someone from his family
14   to pick up his personal property at that
15   point my only choice is safekeeping the
16   property for him to come back to pick it
17   up, issue a receipt for it --
18        Q.    Okay.
19        A.    -- which is the procedure for
20   us and that's why I had to go through the
21   whole bag to make sure I'm not missing
22   anything in the back just in case he's not
23   coming back to pick up the property.  When
24   this thing goes down to the property clerk
25   in the -- in the -- the center area of
```

```
 1                    Z. ZHENG
 2   Queens somewhere that they going to return
 3   it to us saying this is invalid voucher
 4   because you didn't do this correctly.  Now
 5   you have to do it again.
 6         Q.    So where in the precinct were
 7   you when you searched his backpack?
 8         A.    Right outside the process --
 9   processing area.  Right outside the cell
10   room.
11         Q.    Okay.  And um, did you ever ask
12   Mr. Rodriguez for permission to search his
13   backpack?
14         A.    No.
15         Q.    Okay.  Um, did you think that
16   you needed to?
17         A.    No.
18         Q.    All right.  And, what's the
19   difference -- what's an inventory search?
20         A.    Basically everything he -- like
21   he possessed at the time of arrest we had
22   to list it out voucher by voucher --
23         Q.    Okay.
24         A.    -- for safekeeping for him --
25         Q.    Okay.
```

Z. ZHENG

1

2      A.    -- so at the time when he got

3  released from court session he could come

4  back safely with an ID to pick up his

5  stuff.

6      Q.    Okay.

7      A.    For example, if you have a --

8  $100.  So, if he have 100 one dollars I

9  have to voucher $1 --

10     Q.    Right.

11     A.    -- just for him to not carry it

12  down to Central Booking.

13     Q.    Okay.  And, you said you found

14  weed in his backpack?

15     A.    Yes.

16     Q.    Okay.  How much weed did you

17  find?

18     A.    It's in the vouch -- I don't

19  remember the amounts.  It was a zip bag.

20  You know, I don't want to say the number

21  exactly.

22     Q.    That's okay.

23     A.    Right.

24     Q.    We can go over it later.

25     A.    Yeah, yeah, zip bag of

1                    Z. ZHENG
2    marijuana at the time.
3         Q.    Okay.  Um, did you find
4    anything else that was illegal in his
5    backpack?
6         A.    No.
7         Q.    Okay.  And, what did you do
8    with the marijuana?
9         A.    First of all I field test it.
10        Q.    Okay.
11        A.    Then I vouchered it.
12        Q.    Okay.  What did you field test?
13        A.    At the same location where I
14   searched his bag.
15        Q.    Okay.  And um, what were the
16   results of the field test?
17        A.    Positive.
18        Q.    Okay.  And, at that point did
19   you add any additional charges to Mr.
20   Rodriguez charge?
21        A.    Criminal possession of
22   marijuana.
23        Q.    Okay.  Um and, I think you said
24   at some point you said to Officer Chen "oh,
25   this is why he fled"?

1                    Z. ZHENG

2          A.     This is a couple hours when he

3     came back he said that.

4          Q.     Okay.  He said that?

5          A.     He said that.

6          Q.     Okay.  Um and -- um, I think

7     you said you never saw Mr. Rodriguez return

8     to the precinct that night, is that right,

9     from the hospital?

10         A.     No.

11         Q.     Okay.  Um, what time did you

12    leave the precinct that night or when your

13    tour was over?

14         A.     Uh, I don't remember exactly.

15    3 or 4:00 in the morning.

16         Q.     Okay.  And um, what were you

17    doing during that time?

18         A.     Process arrest.  Talk to ADA.

19         Q.     Okay.  Um and, you were talking

20    to the ADA in connection with Mr.

21    Rodriguez?

22         A.     Yes.

23         Q.     Okay.  And, did you fax over

24    any documents to the ADA?

25         A.     My arrest paperwork, voucher,

1                    Z. ZHENG

2     the voucher for the weed, field test copy

3     and couple uh, supporting deposition.

4          Q.    Okay.  And um -- and, what did

5     you say to the ADA?

6          A.    Um, at the time I stated that

7     you know what, we observe him going the

8     wrong way in a one-way street and um, pass

9     the red light --

10         Q.    Uh-huh.

11         A.    -- and fleeing from us and uh,

12    by the time hit the park car, fell off the

13    bike caused the -- the crowd gathering at

14    the time, traffic jam on -- on the 43

15    Avenue and um, when we got back to the

16    precinct the during SILA, which is search

17    of incident arrest --

18         Q.    Uh-huh.

19         A.    -- um, that I find like a

20    couple zip bags of marijuana --

21         Q.    Ah-huh.

22         A.    -- and that was it.

23         Q.    Okay.  Um and you -- how many

24    times did you speak with the ADA that

25    night?

1                    Z. ZHENG
2        A.    That night, once or twice.
3        Q.    Okay.  Um, do you know if it
4   was once or if it was twice?
5        A.    I don't remember exactly.
6        Q.    Okay.  Um, anything else you
7   did that night in connection with Mr.
8   Rodriguez' arrest?
9        A.    Not that I remember right now.
10       Q.    Okay.  Um, did you ever see who
11  the investigators were interviewing who
12  came to the precinct?
13       A.    No.
14       Q.    Okay.  Um and, did you ever
15  find out the result of the investigation?
16       A.    No.
17       Q.    Okay.  Did you ever ask?
18       A.    No.
19       Q.    Okay.  Why not?
20       A.    It's not my place to ask.  I'm
21  just a cop.  It's a the -- it's a
22  supervisor division.  Decision.  I'm sorry.
23       Q.    Okay.  Um, did you ever inquire
24  about Mr. Rodriguez' injuries or how he was
25  doing?

1                    Z. ZHENG

2          A.     Nope.

3          Q.     Okay.  Why not?

4          A.     I -- I didn't think he was that

5    much injured at that time so I didn't want

6    to ask.

7          Q.     Okay.  Um, the individual that

8    you struck with your vehicle that's suing

9    you you're backing into him, I think?

10                MR. BERGMAN:  Objection.  You

11          can answer.

12         A.     Uh, which one.  The backing one

13   I'm sorry.  Yes.

14         Q.     Um, did you arrest him?

15         A.     No.

16         Q.     Okay.  So he was not one of the

17   individuals that I guess your sergeant or

18   you were looking for?

19         A.     I'm sorry.  I'm not sure I

20   understand the question.

21         Q.     When you were backing your

22   vehicle up?

23         A.     Ah-huh.

24         Q.     Okay.  That was because weren't

25   you -- you were on anti-crime at that

1                    Z. ZHENG

2    point, right?

3         A.    Yes.

4         Q.    Okay.  And so, weren't there

5    suspicious individuals in the area?

6         A.    No, people in the backyard was

7    -- two houses down.  One house or two

8    houses down at the time.

9         Q.    Okay.  And, do you know whether

10   or not the individual that you struck was

11   that one of the suspicious individuals?

12        A.    No.

13        Q.    Okay.  Um, how did you find

14   that out?

15        A.    Very simple.  He came from the

16   right-hand side.  The house we were look

17   for, te right-hand side had three people in

18   the backyard, that three people actually

19   all lived in the house, was working on the

20   house in the backyard at the time.

21        Q.    Okay?

22        A.    Because after we struck the

23   person we still actually did the

24   investigation of the three person in the

25   backyard and we came out with a positive a

1                    Z. ZHENG

2    result, you know, that they weren't doing

3    any criminal activity at the time.

4         Q.    Okay.  And, then um -- and the

5    individual that you struck he -- after he

6    filled out an accident report he just left?

7         A.    Yes.

8         Q.    Okay.  Um, when you were at the

9    precinct processing Mr. Rodriguez' arrest

10   did you see the bicyclist that you summoned

11   come into the precinct?

12             MR. BERGMAN:  Objection.  You

13         can answer.

14        A.     I know it took the bike back.

15   I never seen it though.

16        Q.    Okay.  Let me, let me, let me

17   just ask that better.  Um, the bicyclist

18   that you had to go back and give him his

19   license that you were initially giving him

20   a summons and then you went and you pursued

21   Mr. Rodriguez and then you had to go back

22   and give the cyclist back his -- his uh,

23   ID?

24        A.     Yes.

25        Q.    Okay.  Um, did you later on

1                    Z. ZHENG
2    that night see that bicyclist come into the
3    precinct to be interviewed?
4          A.    Yes.
5          Q.    Okay.  Did you ever speak with
6    him?
7          A.    I don't remember I did.
8          Q.    Okay.  Say that again.
9          A.    I don't remember I did.
10          Q.    Okay.  Um, do you know how long
11    he was interviewed for?
12          A.    No idea.
13          Q.    Okay.  Um, do you have any idea
14    what he told the interviewers?
15          A.    No.
16          Q.    Okay.  Um -- now, did you have
17    to ever appear in Criminal Court in
18    connection with Mr. Rodriguez' prosecution?
19          A.    Yes.
20          Q.    Okay.  On how many occasions?
21          A.    One or two.  I'm not
22    100 percent sure exactly.
23          Q.    Okay.  Um -- and that was to
24    testify?
25          A.    I know I testified for once for

1                    Z. ZHENG
2    sure.
3         Q.    Okay.  And that's what we were
4    talking about earlier when you got the text
5    message?
6         A.    Yes.
7         Q.    Okay.  Um, now when you spoke
8    with the ADA that night um, did he or she
9    fax you back a criminal complaint to
10   review?
11        A.    Um.
12             MR. BERGMAN:  Objection.  You
13         can answer.
14        A.    A sheet for me to sign?
15        Q.    Yes.
16        A.    Yes.
17        Q.    Okay.  Uh, the supporting
18   deposition.
19        A.    Yes, that's what it's called.
20        Q.    I apologize.
21        A.    Sorry.
22        Q.    And so, did you review it?
23        A.    Yes.
24        Q.    Okay.  And, you signed it?
25        A.    Yes.

1                    Z. ZHENG

2          Q.     Did you make any corrections or

3    changes?

4          A.     Not at that time, no.

5          Q.     Okay.  Um, at some point later

6    did you have to make any corrections or

7    changes?

8          A.     Yes, I did.

9          Q.     Okay.  So tell me about that.

10         A.     Um, the very next time, the,

11   daytime, I passed by the 104 and 43

12   intersection while stopped at the red light

13   at the time I realize it's a three-phase

14   light.  What I mean is like, the light's

15   only for westbound, eastbound traffic on 43

16   Avenue --

17         Q.     Right?

18         A.     -- and because the one-way

19   street there's only one light for uh,

20   southbound traffic on 104 Street.  So, I

21   realize when Mr. Rodriguez coming down from

22   -- going down northbound down on 104 Street

23   going against traffic at his sight that he

24   didn't have a traffic light at the time.

25         Q.     Okay.  Um, why were you in that

1                    Z. ZHENG
2  area again the next day?
3         A.    That's the exactly location
4  that we going back to work every single
5  day.
6         Q.    Okay.  And, were you alone in
7  the car at that time?
8         A.    Yes.
9         Q.    Okay.  And um -- so you hadn't
10  realized that when you initially -- the
11  whole night of August 13, 2015 you didn't
12  realize that?
13         A.    Because I was -- the way my
14  point of view at the time was with the stop
15  was I'm facing exactly red light at the
16  time.  So, in my mind, at that night, you
17  know what, he just ran the red light.
18  Because my mind I saw the red light in my
19  point of view.
20         Q.    Okay.
21         A.    So, when he going against that
22  traffic and comes through the other side of
23  the street my mind's thinking, all right,
24  that's a red light at the time.
25         Q.    Okay.

                         Z. ZHENG

1

2       A.    I wasn't thinking he was coming

3    from the opposite direction that might not

4    be a light on that side.

5       Q.    Okay.

6       A.    That's what I wasn't thinking.

7    That was my mistake.

8       Q.    Okay.  And um, was there ever

9    any discussion that day, uh, the day of the

10   incident with Officer Chen.  Did he also

11   realize, oh, you know, there's no light in

12   the direction of Mr. Rodriguez?

13      A.    No.

14      Q.    Okay.  Um, and so, the next day

15   when you realized you made this mistake,

16   what did you do?

17      A.    Not the very next day.  The

18   first time I went to the ADA's office --

19      Q.    Okay.

20      A.    -- I told the ADA that day --

21      Q.    Okay.

22      A.    That the red light charge that

23   it couldn't be sustained because by Mr.

24   Rodriguez' point of view there is no way he

25   can see the red light or not because there

```
 1                    Z. ZHENG
 2   is no light for his sight.
 3         Q.    Okay.  And so um, when did you
 4   tell the ADA this?
 5         A.    That was the first day I got
 6   called for the case to go down there to
 7   talk about the case.
 8         Q.    Okay.
 9         A.    I think.  I'm sorry.
10         Q.    Um, do you know when that was?
11         A.    No.
12         Q.    Okay.  Do you know how many
13   days after the incident that was?
14         A.    A while.
15         Q.    Okay.  Would it be weeks?
16         A.    I really don't remember.  But,
17   a couple, yeah.
18         Q.    And um, what did the ADA do, if
19   anything, when you told him?
20         A.    He changed the -- he changed
21   the Affidavit.
22         Q.    Okay.  And um, did you review
23   that Affidavit?
24         A.    I read the story of the
25   Affidavit, yes.
```

                        Z. ZHENG

1

2       Q.    Okay.  You read what?

3       A.    The story at the bottom of the

4  Affidavit.

5       Q.    Okay.  And was it corrected at

6  that time?

7       A.    They removed the red light part

8  of the story compared to the first one.

9       Q.    Okay.  And then you signed it?

10      A.    Yes.

11      Q.    Okay.  Um, so you believe that

12  everything else in the Affidavit was

13  correct?

14      A.    Yes.

15      Q.    All right?

16      A.    At the time, yeah.

17      Q.    Um, do you ever know uh, do --

18            MR. FETT:  Strike that.

19      Q.    Do you know happened to Mr.

20  Rodriguez' charges in connection with this

21  case?

22      A.    I'm not sure I understand the

23  question.  I'm sorry.

24      Q.    That's okay.  The charges that

25  -- that were levied against him do you know

```
1                    Z. ZHENG
2     were they dismissed, did he get an APB or
3     something else?
4          A.    I have no idea.
5          Q.    Did you ever want to find out?
6          A.    To be honest with you not
7     really.
8          Q.    Okay.  Why not?
9          A.    I -- I didn't really care that
10    much.
11         Q.    Okay.  If you can just take a
12    look again at what we were looking at
13    earlier, Plaintiff's Exhibit 1, and we'll
14    look at patrol guide section 212-39.
15         A.    Can you --
16         Q.    Oh, sorry.  Just let me know
17    whenever you're ready.
18         A.    Yeah, I'm ready.  I'm sorry.
19         Q.    That's okay.  Um, okay, so
20    looking over this document now, do you
21    believe that you followed the patrol guide
22    in your pursuit of Mr. Rodriguez?
23              MR. BERGMAN:  Objection.  You
24         can answer.
25         A.    Um, yes.
```

1                     Z. ZHENG

2          Q.    Okay.  Um, so do you believe

3     that you uh, followed him in a safe manner?

4          A.    Yes.

5          Q.    Okay.  And, when you uh, pulled

6     up alongside of his bicycle do you believe

7     that was in a safe manner?

8          A.    Yes.

9          Q.    Okay.  And so looking at the

10    note in the middle of that page, department

11    policy requires that a vehicle pursuit be

12    terminated whenever the risk to uniform

13    members of the service and the public

14    outweigh the danger to the community if

15    suspect is not immediately apprehended.  Do

16    you feel you followed that guide in this

17    uh, pursuit of Mr. Rodriguez?

18              MR. BERGMAN:  Objection.  You

19         can answer over objection.

20         A.    See the vehicle -- to determine

21    is not my call.

22         Q.    Say that again.

23         A.    To -- to determine the vehicle

24    pursuit is not my call.

25         Q.    Okay.

1                    Z. ZHENG

2          A.     It's actually the supervisor's

3    call.

4          Q.     Okay.  So um, do you believe

5    that you would just continue the pursuit no

6    matter what until you hear from a

7    supervisor?

8          A.     No, I believe if I um, if we

9    get to a point that I'm going to harm the

10   people, not your Plaintiff actually, the

11   people who's on the street that I'll --

12   I'll immediately stop.

13         Q.     You would have stopped?

14         A.     I would have stopped.

15         Q.     Okay.  Why not my Plaintiff?

16         A.     Because all I wanted to is

17   write him a summons, do my job at the time.

18         Q.     Right.  But I guess the

19   question is um, assuming what you're saying

20   is true, um, all he did was commit a

21   bicycle offense, right?

22         A.     Right.

23         Q.     Okay.  So, did that seem

24   serious enough that you had to pursue him

25   in your vehicle and pull up alongside of

```
 1                    Z. ZHENG
 2   him the way you did?
 3        A.    Yes.
 4        Q.    Why is that?
 5        A.    To me that was uh, that was my
 6   job for the day, I had to do it and if he
 7   decided to run away from the cops I think I
 8   have the right to pursue him.
 9        Q.    Okay.  Pursue him in any
10   fashion?
11             MR. BERGMAN:  Objection.  You
12         can answer.
13        A.    Like I said, as safe -- as safe
14   -- as safe as possible.
15        Q.    Okay.  And so, when you say "as
16   safe as possible," what's if it's not just
17   not safe the way you're pursuing him, what
18   do you do in that situation?
19             MR. BERGMAN:  Objection.  You
20         can answer.
21        A.    I don't think it was unsafe at
22   the time.
23        Q.    Okay.  Would there -- would
24   there ever have been a situation where you
25   just would have stopped and let Mr.
```

1                    Z. ZHENG
2  Rodriguez continue biking?
3        A.    Not in this incident uh, I have
4  other incidents yes I would stop and not
5  chasing him down.
6        Q.    Okay.  But not this incident?
7        A.    At the time he -- I don't think
8  he created enough danger for himself, for
9  me or for other people on the street.
10        Q.    Okay.  And I think I asked you,
11  did you go over the radio when you started
12  this pursuit?
13        A.    I don't remember.
14        Q.    Okay.  Did you maintain a radio
15  contact as you were pursuing Mr. Rodriguez?
16        A.    I don't -- I don't -- no, I
17  don't think so.
18        Q.    When did you go over the radio
19  to call for a supervisor?
20        A.    When he fell off the bike after
21  I handcuffed him.
22        Q.    Okay.  That was the first time?
23              MR. BERGMAN:  Objection.
24        A.    I don't remember.
25        Q.    But you know you asked for a

```
 1                    Z. ZHENG
 2     supervisor --
 3          A.    Yes.
 4          Q.    -- when you handcuffed him?
 5          A.    Yes.
 6          Q.    Do you believe that the way you
 7     were pursuing Mr. Rodriguez with your
 8     vehicle was threatening in any way?
 9          A.    No.
10               MR. FETT:  Can I have this
11          marked as Plaintiff's Exhibit 2.
12          This is Officer Zheng's memo book
13          entry.
14               (Whereupon, the aforementioned
15          memo book was marked as Plaintiff's
16          Exhibit 2 for identification as of
17          this date by the Reporter.)
18          Q.    Officer Zheng will you just
19     take a look at this and let me know when
20     you're ready.
21          A.    Absolutely.  I'm ready.
22          Q.    Have you seen this document
23     before?
24          A.    Yes, beside the -- no blackout
25     part.
```

1                    Z. ZHENG

2          Q.    Okay.  Um, and that's your

3     handwriting?

4          A.    Yes.

5          Q.    Okay.  So turning to the second

6     page that's stamped Def 5?

7          A.    Ah-huh.  Yes.

8          Q.    Can you just read what those

9     two lines say.

10         A.    Thursday August 13, 2015 ah,

11    tour 1100 hours to 1935.  Present on duty

12    at 110 Precinct.  PMD.

13         Q.    Okay.  And then going to the

14    next page.  Can you read that first line.

15         A.    1645 Rodriguez was told by

16    uniform PO Chen, stop at a corner of 104

17    Street and 43 Avenue from going the --

18    going wrong way at a one way -- I'm sorry.

19    Going one way -- going one-way street and

20    red light asked to stop, refused, fled on

21    his bike.  While fleeing struck a parked

22    car, fell off bike.  1647 Rodriguez Heins

23    was arrested.

24         Q.    Okay.  And then can you just

25    read what's on the next page.

1                    Z. ZHENG

2         A.    For -- arrest for resisting

3    arrest for flaring his arms, discon, red

4    light, going one wrong way on a one way

5    street during SILA department.  Defendant

6    was in possession of 12 zip bags of

7    marijuana in his backpack.  215642441 and

8    1935 end of tour.  Friday starting my

9    midnight tour, August 8th.  August 14, 2015

10   tour 2000 hours to 0435.

11        Q.    Did you get overtime as a

12   result of um -- did you work overtime

13   August 13, 2015?

14        A.    No.

15        Q.    Okay.  Um, when you were at the

16   precinct um, while Mr. Rodriguez was there,

17   did you ever see him being interviewed by

18   investigators?

19        A.    No.

20        Q.    Okay.  Do you know that he was?

21        A.    No.

22             MR. FETT:  Um, can I have this

23        marked as Plaintiff's Exhibit 3.

24        This is the police accident report.

25             (Whereupon, the aforementioned

1                    Z. ZHENG
2          accident report was marked as
3          Plaintiff's Exhibit 3 for
4          identification as of this date by the
5          Reporter.)
6          Q.    Officer, can you take a look at
7    this and let me know when you're ready.
8          A.    Yes.
9          Q.    Okay.  Have you seen this
10   document before?
11         A.    Yes.
12         Q.    Okay.  Um, aside from the day
13   of incident when have you seen this
14   document?
15         A.    Um, well, while I was doing the
16   review with him --
17         Q.    Okay.
18         A.    And also CCRB.
19         Q.    Okay.  And, is this your
20   handwriting on the first page?
21         A.    Yes.
22         Q.    Okay.  Are you -- as far as you
23   know are you the only person that wrote on
24   the first page?
25         A.    This was only my handwriting on

1                    Z. ZHENG
2      this page.
3            Q.    Okay.  Um, and where were you
4      when you completed this document; were you
5      on scene, do you go back to the precinct or
6      something else?
7            A.    Back to the precinct I
8      remember.
9            Q.    Okay.  Um, and when did you
10     this back at the precinct was this while
11     Mr. Rodriguez was in the precinct or after
12     you going to the hospital or something?
13           A.    I don't remember.
14           Q.    Okay.  Um, and the information
15     that you have for, I assume it's the
16     witness, Cevallos?
17           A.    Ah-huh.
18           Q.    Okay.  Who is that person?
19           A.    Owner of the vehicle.
20           Q.    Okay.  Which vehicle?
21           A.    Parked vehicle.
22           Q.    Okay.  The parked vehicle that
23     Mr. Rodriguez struck with his bike?
24           A.    Yes.
25           Q.    Okay.  And um, when did you

1                          Z. ZHENG

2     this information from Mr. Cevallos?

3          A.     Right after he was arrested at

4     the scene.

5          Q.     Okay.  At the scene?

6          A.     Yes.

7          Q.     Um, and, where did you write

8     that information down?

9          A.     I don't remember.

10          Q.     Okay.  Um, would you have

11    written it on this arrest report at that

12    time on the scene?

13                MR. BERGMAN:  Objection.  You

14           can answer.

15          A.     Possible.  I don't remember.

16          Q.     Okay.  It's not in your memo

17    book so is there anywhere else you would

18    have written any notes about this incident?

19          A.     No.

20          Q.     Okay.  Um, so you done a search

21    of your property and you have no other

22    paperwork or notes in connection with this

23    incident; is that fair to say?

24                MR. BERGMAN:  Objection.  You

25           can answer.

```
 1                  Z. ZHENG
 2        A.    I'm so sorry.  Say that again.
 3        Q.    Have you searched all of your
 4   uh, notes and paperwork to make sure that
 5   all of your writings in connection with
 6   this incident has been turned over to your
 7   attorneys?
 8             MR. BERGMAN:  Objection.  You
 9        can answer.
10        A.    You know, I'm not sure how to
11   answer that question.  I'm not sure I
12   understand the question that perfectly.
13        Q.    Okay.
14        A.    You mean.  You know what,
15   actually I'm sorry.
16        Q.    That's okay.  Nothing to be
17   worried.  Um, because you have Mr.
18   Cevallos' information and I know it's not
19   in your memo book and so I'm just wondering
20   if you didn't write it at the scene how did
21   you have the information, where did you
22   write it?
23        A.    I remember I was in possession
24   of his registration sticker.
25        Q.    Okay.  Did Mr. Cevallos come to
```

1                        Z. ZHENG
2    the precinct?
3         A.    That, I don't -- I don't
4    remember.
5         Q.    Okay.  Do you know whether or
6    not Mr. Cevallos was interviewed in
7    connection with what had happened that
8    night?
9         A.    No.  I don't know.
10        Q.    Okay.  And so, you had his
11   registration, right?
12        A.    At the scene sometimes, yes.
13        Q.    Okay.  And -- but you don't
14   know whether or not you wrote his
15   information on the accident report at the
16   scene or at the precinct, is that fair to
17   say?
18        A.    I don't remember.
19        Q.    Okay.  Um, aside from your memo
20   book do you ever keep any notes about an
21   arrest or your police work in any other
22   type of notebooks?
23        A.    No.
24        Q.    Okay.  Um, so going down on --
25   on this document where it says vehicle one

1                    Z. ZHENG

2    damage code?

3         A.    Yes.

4         Q.    Okay.  Um, can you just explain

5    what that means and what was written in

6    Box 1, 2 and 3?

7         A.    Oh, that means uh, uh - 11

8    means the door, that's the point of impact.

9         Q.    Okay.

10        A.    Uh, number two means the most

11   damage which is actually by the door number

12   11 which approximate location.

13        Q.    Okay.

14        A.    Um, I believe there's a box by

15   the front bumper too because number 12

16   means um, if you see the picture location

17   it's actually by the front side bumper

18   right there.

19        Q.    Okay.  And so, if that vehicle

20   had had a mark on the front bumper um, I

21   assume you thought came from the bicycle,

22   did you see that happening?

23             MR. BERGMAN:  Objection.  You

24         can answer.

25        Q.    Did you ever see bicycle strike

1                    Z. ZHENG

2    the front of Mr. Cevallos' vehicle?

3         A.    Not at that time of the

4    accident, no.

5         Q.    Did you see afterward a mark on

6    the front of Mr. Cevallos' vehicle?

7         A.    Yes.

8         Q.    Okay.  And did either he or Mr.

9    Rodriguez say that came from the incident?

10         A.    Um, no, Mr. Cevallos said that.

11         Q.    Okay.  Um, and now, there's a

12    -- that says accident diagram?

13         A.    Yes.

14         Q.    Okay.  Did you draw that?

15         A.    Yes.

16         Q.    Okay.  And so, can you just

17    explain to me what that is?

18         A.    Uh, car was parked on the

19    right-hand side of the street bicyclist

20    passed by which is a bad picture.

21         Q.    Okay.

22         A.    I'm not really good at

23    drawings.

24         Q.    No, no, that's okay.  And um,

25    so these other boxes right above that

```
 1                    Z. ZHENG
 2   diagram those are not your -- that's not
 3   your writing, right?
 4        A.    No.
 5        Q.    Okay.  And is there a reason
 6   you didn't complete any of these other
 7   boxes in that area?
 8             MR. BERGMAN:  Objection.  You
 9         can answer.
10        A.    I'm sorry which box are you
11   talking about?
12        Q.    Yeah, let me -- let me be more
13   clear.  So it looks to me like you
14   completed the box that -- the box that says
15   vehicle one damages?
16        A.    Yes.
17        Q.    Okay.  But you didn't complete
18   vehicle two?
19        A.    No.
20        Q.    Okay.  Um, is that because
21   there's no vehicle two in this incident?
22        A.    There's no bicycle injured  --
23   um, there's no vehicle two actually, you're
24   right.
25        Q.    Okay.  Um, and then it says --
```

```
 1                    Z. ZHENG
 2    there's another box below that that says
 3    vehicle damage coding?
 4         A.    I'm sorry.
 5         Q.    That's okay?
 6         A.    Yes.
 7         Q.    Okay.  And how come there's
 8    nothing written there?
 9         A.    That's -- that's not for us to
10    write.  That's just --
11         Q.    Is that like a key?
12         A.    Yeah, yeah.
13         Q.    Okay.  Um, and then where it
14    says the description, the officer's notes
15    down below?
16         A.    Yes.
17         Q.    Okay.  Can you read that to me?
18         A.    Sure.  At TPO, time, place
19    occurrence, bicyclist was fleeing away from
20    AO, arresting officer while he crashed
21    driver's side of a parked vehicle cause
22    property damage to parked car.  Bicyclist
23    was -- was arrested and treat and remove --
24    treated and removed to Elmhurst Hospital by
25    EMS AO observed accident.
```

1              Z. ZHENG
2         Q.    Okay.  Um, and so do you think
3    that's an accurate -- accurate description
4    of what happened?
5         A.    Uh, yes.
6         Q.    Okay.  Um, now on the line
7    where you say bicyclist was arrested and
8    treated and removed to Elmhurst Hospital
9    why didn't you include the fact that he was
10   taken from the scene to the precinct?
11        A.    Um, we don't write that story
12   into a accident report.
13             THE REPORTER:  I didn't hear
14        you.
15        A.    I'm sorry.  We don't -- we
16   don't do -- the accident report just is
17   perusing the story of what happened that
18   day.  We don't write exactly a whole detail
19   list.
20        Q.    Okay.  So you think that's too
21   much detail to add right in there that he
22   went back to the precinct first?
23        A.    Yes.
24        Q.    Okay.  Um, doesn't that seem
25   misleading -- misleading to you that you're

1                    Z. ZHENG

2    saying that he was arrested and treated

3    because he really wasn't arrested and

4    treated right he was taken back to the

5    precinct first?

6              MR. BERGMAN:  Objection.  You

7         can answer.

8         A.    First of all, for the acc --

9    for the accident report I did not have to

10   put that information on it in the first

11   place that was just a sort of story

12   basically bicyclist was arrested treated

13   and removed.

14        Q.    Right.

15        A.    That's just an abbreviated

16   story like basically saying does he -- all

17   this thing happened but I don't know the

18   details for this report.  It's not

19   required.

20        Q.    Well, I guess what I'm saying

21   is you have two more blank lines in this

22   area so it could have been written in

23   there; is that fair to say?

24              MR. BERGMAN:  Objection.

25        A.    No, I -- the treated part and

1                    Z. ZHENG
2   the removed part actually had nothing to do
3   with the accident itself.  Like I said, I
4   don't need to write it down.
5          Q.    Okay.  And why didn't you
6   include in this narrative that you were
7   also alongside the bicyclist?
8          MR. BERGMAN:  Objection.  You
9        can answer.
10         A.    Again, it has nothing to do
11  with the accident itself.
12         Q.    Okay.  And, in the accident
13  diagram why didn't you include a picture of
14  your vehicle one to two feet away from the
15  bicyclist?
16         MR. BERGMAN:  Objection.  You
17        can answer.
18         A.    For the vehicle accident my
19  vehicle had to be involved in the accident
20  to be put in on the report which my vehicle
21  was never involved in the accident.
22         Q.    Right.  But let me ask you
23  something.  Mr. Rodriguez says that you
24  were.  So, when you're filling out an
25  accident report and two different parties

1                    Z. ZHENG
2   are saying something different do you write
3   in the accident report what each party is
4   saying or you just pick a party and write
5   their story?
6           MR. BERGMAN:  Objection.  You
7        can answer.
8           A.    No, I just write down what
9   happened for this accident report --
10          Q.    I understand.
11          A.    -- because I was there.
12          Q.    Right.  And so was Mr.
13  Rodriguez.  So, he says that your vehicle
14  hit his bike.  So, would that be something
15  that you would normally include in an
16  accident report?
17          A.    For us to do an accident report
18  but the reason we put both parties
19  information or story is that basically we
20  we're on the scene.  We have to put both
21  parties story.  Let's say you say he said
22  then we put both story in there --
23          Q.    Right.
24          A.    -- to give the report to the --
25          Q.    Right.

1                    Z. ZHENG

2        A.    But for this incident I was at

3   the scene.

4        Q.    Right.

5        A.    And, I'm not going to put a

6   story that didn't happen at the time.

7        Q.    Okay.  Um, but I guess Mr.

8   Rodriguez does think that happened?

9             MR. BERGMAN:  Objection.

10       Q.    So that wouldn't be something

11  that you would include?

12            MR. BERGMAN:  Objection.

13       Q.    Is that fair to say?

14            MR. BERGMAN:  Objection.  You

15        can answer.

16       A.    No.

17       Q.    Well, it's not included, right?

18       A.    No, it's not included.  It's

19  not unfair to say cause I was at the scene

20  with this.

21       Q.    Okay.  Now on the side of this

22  document there is like boxes 1, 2, 3, 4, 5,

23  do you see that?

24       A.    Yes.

25       Q.    Okay.  What are those for and

1                    Z. ZHENG

2    what are the numbers that you wrote inside

3    of those boxes?

4         A.    There is, um -- I'm sure you

5    don't have it.  There's a cover sheet for

6    the accident report.  I don't know if you

7    have it now.

8         Q.    Okay.  And I don't have it and

9    I apologize for that --

10        A.    Sorry.

11        Q.    -- um, but I think I know what

12   you're talking about and we don't need to

13   go over that right now.

14        A.    Okay.

15        Q.    Um.  Okay.  So let me move onto

16   -- okay.  Um --

17             MR. FETT:  Can I have this

18             marked as Plaintiff's Exhibit 4.

19             This is the OMNI form -- I'm sorry 3,

20             4.  This is the OMNI form arrest

21             report.

22             (Whereupon, the aforementioned

23             OMNI form arrest report was marked as

24             Plaintiff's Exhibit 4 for

25             identification as of this date by the

```
1                    Z. ZHENG
2           Reporter.)
3           Q.    Okay.  Officer, if you can take
4    a look at this and let me know when you're
5    ready.
6           A.    Okay.  (Perusing document.)
7    I'm ready.
8           Q.    Okay.  Have you seen this
9    document before?
10          A.    Yes.
11          Q.    Okay.  Aside from the day of
12   incident um, when have you seen this
13   document?
14          A.    While I was during the review
15   and at the criminal court.
16          Q.    Okay.  Um, and, this is your
17   arrest report; is that fair to say?
18          A.    Yes.
19          Q.    Okay.
20          A.    I -- I -- I'm sorry.  This is a
21   sealed report that --  this is not an
22   original -- well, the informations correct
23   because it was like obtained from the
24   sealed information.  What I'm saying is
25   like, my copy of the report doesn't have
```

1                    Z. ZHENG
2     this top right here.
3          Q.     Okay.  Okay.  Let me just
4     clarify the question.  Um, so, if you go to
5     the third page.
6          A.     Yes.
7          Q.     So, you actually input this
8     information into your computer system to
9     come up with this OMNI form, arrest report;
10    is that right?  Do you see where it says --
11         A.     I'm sorry.  I'm sorry.  I
12    didn't pay attention.  Sorry.
13         Q.     Just looking at the very bottom
14    it says report entered by and it has your
15    name, Officer Zheng?
16         A.     Uh, which part.  I'm sorry.
17         Q.     I'm sorry.  On the third page
18    marked Def 3.
19         A.     Okay.
20         Q.     And then it says -- at the
21    very, very bottom it says report entered --
22         A.     Yes.
23         Q.     And it has your name.  So does
24    that mean that you're the one that
25    physically typed the information into your

1                    Z. ZHENG
2    computer and it generates this OMNI form
3    arrest report?
4         A.    Yes.
5         Q.    Okay.  And so, that information
6    that you um, input where did you get that
7    information from?
8              MR. BERGMAN:  Objection.  You
9         can answer.
10        A.    Um, what do you mean where did
11   I get it from.
12        Q.    Did you get it from notes you
13   had written, did you get it from your memo
14   book, was it just your memory, where did
15   you get this information?
16              MR. BERGMAN: Same objection.
17        You can answer.
18        A.    I'm sorry.  Say that -- what do
19   you mean where did I get the information?
20   For -- for what information, like all the
21   um -- everything in here or.
22        Q.    Yes.
23        A.    Everything in here, um, just
24   based on what happened on the scene and his
25   personal information from his driver's

1                    Z. ZHENG

2    license --

3         Q.    Okay.

4         A.    And um, his father's phone

5    call, I assume, I let him make a phone call

6    so that's why I had the information.

7         Q.    Okay.  And so when um -- and

8    when you are preparing this report did you

9    confer at all with Officer Chen?

10        A.    No.

11        Q.    Did you refer to your memo book

12   entry?

13        A.    I guess.  I'm sorry.  Um, I had

14   a scratch copy of this report actually.  I

15   think I did a scratch copy first before I

16   did that.

17        Q.    And let me -- let me ask you

18   something else to just clarify it.  Um, did

19   you do your memo book entry um, contemporan

20   -- contemporaneously as you were at the

21   scene, do you do it after the fact at the

22   precinct, when do you write your memo book

23   entry about the arrest of Mr. Rodriguez?

24             MR. BERGMAN:  Objection to

25             form.  You can answer.

1                    Z. ZHENG

2        A.    I don't remember exactly when I

3    entered.

4        Q.    Okay.  Um and so, going down

5    the front page of this document where it

6    says details.

7        A.    Yes.

8        Q.    Okay.  Can you just read that

9    for me.

10        A.    Sure.  At TPO Defendant --

11    Defendant was observed riding a bike going

12    northbound on 114th Street against traffic

13    and failed to stop at a steady red light.

14    After uniform officer told Defendant stop

15    Defendant then fled the scene on his bike

16    while running away -- oh, oh, I'm sorry,

17    while running away, excuse me, from AO.

18            Defendant did hit a parked car,

19    fall off of his bike, scratch his right

20    elbow.  Upon arrest Defendant did flair his

21    arm refused to be handcuffed during SILA.

22    Defendant did have a 12 zip bag of

23    marijuana in his backpack.

24        Q.    Okay.  So, um, let me just go

25    into that a little bit.  Um, the part where

```
 1                    Z. ZHENG
 2    you're saying that he's driving against
 3    traffic on 104th Street.
 4         A.    It was -- yeah, it was supposed
 5    to 104 street.
 6         Q.    Oh, I'm sorry.  You're right
 7    104 --
 8         A.    There's a typo right there.  It
 9    says 114th.
10         Q.    Okay.  And, um, I don't know if
11    I asked you this before, um, how many feet
12    from the intersection was Mr. Rodriguez
13    driving against traffic on 104th Street?
14              MR. BERGMAN:  Objection.  You
15         can answer.
16         A.    I'm sorry.  Are you asking
17    before he crossed the intersection or after
18    he crossed.
19         Q.    After.
20         A.    Um, approximately two car
21    lengths.
22         Q.    Okay.
23         A.    One to two car lengths.
24         Q.    Okay.  And um, I think this is
25    -- when you say Defendant did flair his
```

```
 1                    Z. ZHENG
 2   arms, what do you mean by that?
 3        A.    Basically he moved his arms a
 4   little bit like harder for me no handcuff
 5   right away.
 6        Q.    Okay.  And so, um, is that why
 7   he's been charged with resisting arrest?
 8        A.    Yes.
 9        Q.    Okay.  Um, so describe for me
10   exactly what he did that you considered
11   resisting?
12        A.    When -- for a normal person for
13   me to handcuff him all he has to do is turn
14   his body -- turn his hand to -- back to his
15   back --
16        Q.    Okay.
17        A.    And I can handcuff each arm
18   that's it.
19        Q.    Okay.
20        A.    Mr. Rodriguez at the time, when
21   I started first to handcuff, I grabbed his
22   first arm, handcuffed his first arm that
23   took me about another I don't know how long
24   to handcuff the second one because he keep
25   turning his body --
```

1                       Z. ZHENG

2          Q.     Okay.

3          A.     And either towards my partner,

4     either towards me but he's just I guess

5     twisting around a little bit.

6          Q.     Okay.

7          A.     For me to -- it's hard for me

8     to handcuff him and me at the time I

9     considered it resisting arrest.

10         Q.     Okay.  Did you ever ask him why

11    he was doing that?

12         A.     He was talking a lot.  I don't

13    remember what he was saying --

14         Q.     Okay.

15         A.     But I know he was saying

16    something.

17         Q.     Okay.  Did he appear to be in

18    pain?

19         A.     Not at that time more angry, I

20    think.

21         Q.     Okay.  Um, did you ever think

22    that since he had just fallen off a bike it

23    might not be the best time to handcuff him?

24         A.     No.

25         Q.     Okay.  Why not?

1                    Z. ZHENG

2          A.     Our first -- our procedure is,

3     first thing handcuff the guy for our own

4     safety --

5          Q.     Okay.

6          A.     And also uh, forbid him flee

7     more.

8          Q.     Okay.  And, was there anything

9     else he did that you considered resisting?

10         A.     Just -- just twist his body and

11    twist his arm.  Nothing else.

12         Q.     Okay.  And um -- and you also

13    charged him with disorderly conduct?

14         A.     Yes.

15         Q.     So explain to me what he was

16    doing that you believe constituted

17    disorderly conduct?

18         A.     Let's see, for him fleeing the

19    scene he couldn't have the condition for me

20    and him both also for the people, you know,

21    uh, on the street at the time.  It's 4 --

22    it's 4:40 in the afternoon at the very busy

23    intersection at the time.

24                After fleeing the scene and

25    falling off the back, he created the people

1                    Z. ZHENG

2    gathering uh, for cars to top in the

3    opposite direction, in my direction.

4    Basically, that's how I consisted with the

5    disorderly conduct charge.

6         Q.    Okay.  So because he fell off a

7    bike and struck a car and fell to the

8    ground um, he created a scene?

9              MR. BERGMAN:  Objection.  You

10        can answer.

11        A.    Yes.

12        Q.    Okay.  And, you think he

13   stopped traffic?

14        A.    He slowed down traffic for

15   people to -- stopping to look what

16   happened.

17        Q.    Okay.  How about you pulling up

18   alongside of his bicycle were you in anyway

19   obstructing traffic?

20        A.    I don't know.

21        Q.    Okay.  Now, if you go to the

22   next page of this document.  I'm sorry

23   let's go to the third page of this

24   document.

25        A.    Okay.

1              Z. ZHENG

2          Q.    Okay.  And um, you see the area

3     where it of has arresting officer and then

4     it says your name?

5          A.    Yes.

6          Q.    Okay.  And it says force used

7     and it says no?

8          A.    Yes.

9          Q.    Okay.  What does that mean?

10         A.    I didn't beat him up.

11         Q.    Oh, that's about whether or not

12    you used force?

13         A.    Yes.

14         Q.    Okay.  Um -- okay.  And where

15    it says that Sergeant Cantalino approved

16    the  -- was he the approving supervisor?

17         A.    Yeah, I filled out a scratch

18    copy and give him to sign because he was

19    the desk officer.

20         Q.    Okay.  So let me look at the

21    scratch copy.

22              MR. FETT:  So, can I have this

23         marked as Plaintiff's Exhibit 5.

24         This is the online booking system

25         arrest worksheet.

                        Z. ZHENG

1
2                  (Whereupon, the aforementioned
3              arrest worksheet was marked as
4              Plaintiff's Exhibit 5 for
5              identification as of this date by the
6              Reporter.)
7                  THE REPORTER:  Here you go.
8                  MR. FETT:  Thank you.
9          Q.    Um, so Officer, just take a
10    look at Plaintiff's Exhibit 5 and let me
11    know when you're ready.
12         A.    Sure.  I'm ready.
13         Q.    Okay.  Um, let's start from the
14    day of the incident, have you ever seen
15    this document before?
16         A.    Yes.
17         Q.    Okay.  When have you seen it?
18         A.    Um, during -- in criminal
19    court.
20         Q.    Okay.  And is this your
21    handwriting on the document?
22         A.    Yes.
23         Q.    Okay.  When on the night of
24    August 13, did you complete this report?
25         A.    Sometime after I came back to

1                    Z. ZHENG
2     the precinct.
3          Q.    Okay.  And um, on that first
4     page um, towards the top, the area where it
5     says arresting officer, you see on the
6     left side the box is titled arresting
7     officer and it has your information in it?
8          A.    Yes.
9          Q.    Okay.  Um, you see where it
10    says force used?
11         A.    Yes.
12         Q.    Okay.  What did you check off
13    there?
14         A.    Yes.
15         Q.    Okay.  Why did you check off
16    yes there?
17         A.    I have no idea.
18         Q.    Okay.  And then, next no that
19    it says type and it says physical force?
20         A.    Yes.
21         Q.    Okay.  Why did you check that
22    off?
23         A.    The screen.
24         Q.    I'm sorry.
25         A.    It's um, when I -- what I saw

```
 1                    Z. ZHENG
 2    while doing the resisting arrest --
 3         Q.    Uh-huh.
 4         A.    I had to hold --hold onto him
 5    that's where the -- the second part of
 6    physical force says, restrain at the time.
 7         Q.    Okay.
 8         A.    That means I was trying to
 9    restrain him to handcuff him.
10         Q.    Okay.  You're saying you used
11    force to handcuff him?
12         A.    Right but it wasn't like I was
13    using tremendous amount of force.  I had to
14    use some energy to cuff him.
15         Q.    Okay.
16         A.    That's what a force means,
17    right.
18         Q.    Okay.  And then why did change
19    it on the OMNI form report to no?
20         A.    To be honest with you, like I'm
21    just looking at this report right now like
22    you said intersection I wrote 114 Street,
23    again.  Also Astoria I wrote 114th Street
24    again.  There was so many things going on
25    at the same time one night I possibly just
```

1                     Z. ZHENG

2    made a mistake.

3         Q.    Okay.  Were you shaken up by

4    what had happened to Mr. Rodriguez that

5    night?

6         A.    Define shaken up.

7         Q.    Were you upset by it?

8         A.    Yes.

9         Q.    Okay.  Why?

10        A.    I was doing my job but know

11   doing the right thing might not be the

12   right thing.

13        Q.    Okay.  Why might it not be the

14   right thing?

15        A.    Because the guy just accused me

16   of saying I hit him and now sergeant call

17   investigation and IAB for me for the first

18   time in my career.  I think I'm entitled to

19   be a little shaken up.

20        Q.    Okay.  Did you feel nervous?

21        A.    Not nervous more like upset.

22        Q.    Okay.  Did you ever talk to

23   Officer Chen about how you felt?

24        A.    No.  Wait.  I'm sorry.  Just to

25   clarify, the um, the three years after this

```
 1                      Z. ZHENG
 2   incident not long ago we had this Intel
 3   saying after you guys made a paper and all
 4   that stuff.
 5              MR. BERGMAN:  Hold on.
 6         Objection.  Can we --
 7              MR. FETT:  No, no, let him
 8         finish.
 9              MR. BERGMAN:  It -- we're
10         objection to it on security grounds.
11         We're instructing him not to answer.
12         A conversation that uh --
13              MR. FETT:  Can we go off the
14         record.
15              THE VIDEOGRAPHER:  3:18 P.M.
16         going off the record.
17              (Whereupon, an off-the-record
18         discussion was held.)
19              THE VIDEOGRAPHER:  Back on
20         record.  3:20 P.M.
21         Q.    Okay.  So um, Officer Zheng
22   going back to Plaintiff's Exhibit 5 um, can
23   you read for me the narrative section of it
24   at the bottom of the page?
25         A.    Yes.  At TPO Defendant was
```

```
 1                    Z. ZHENG
 2   observed riding a bike going northbound on
 3   114th Street against traffic and failed to
 4   stop at a scheduled red light.  After
 5   uniform officer told him to stop at
 6   location Defendant then fled the scene on
 7   his bike.
 8                    While running away from AO
 9   Defendant did hit the parked car fall off
10   the bike scratched his elbow.  Defendant
11   did flair his arm and refused to be
12   handcuffed while -- while stopped.  SILA.
13   He was in possession of 12 zip bag
14   marijuana.
15        Q.    Okay.  And um, just to clarify
16   so SILA is search incidental lawful arrest?
17        A.    Yes.
18        Q.    Okay.  And um, where was that.
19   It's unclear from this but where was that
20   search conducted of the backpack?
21        A.    It's, it's, its, not on this
22   report.
23        Q.    No but I'm just saying because
24   you wrote search SILA 12 zip so I'm just
25   wondering where was the search conducted?
```

```
1                    Z. ZHENG
2         A.    At a precinct.  I'm sorry.
3         Q.    Okay.  And so then just going
4    to the second page it's Bate Stamped Def
5    62?
6         A.    Ah-huh.
7         Q.    Okay.  And so um, this first
8    box that's called perpetrator, um, there's
9    a box called physical force, do you see
10   that?
11        A.    Yes.
12        Q.    Okay.  And um, what did you
13   check off?
14        A.    Yes.  Uh, used.
15        Q.    Okay.  And -- and, why did you
16   do that?
17        A.    I was still referring to the
18   handcuffed part actually so using the force
19   but I think this physical force means if
20   the perp used the physical force.
21        Q.    So, um, are you saying that was
22   a mistake?
23        A.    Yes.
24        Q.    Okay.  So you didn't mean that
25   Mr. Rodriguez was using force?
```

```
 1                    Z. ZHENG
 2        A.    No.
 3        Q.    Okay.
 4        A.    Not at all.
 5        Q.    Okay.  And so then, just moving
 6   down that page where it says MO asks
 7   questions offered assistance and you
 8   checked that off?
 9        A.    Yes.
10        Q.    Okay.  And so describe for me
11   the assistance that you offered to Mr.
12   Rodriguez?
13        A.    Called the ambulance for him.
14        Q.    Okay.  And um, that means back
15   at the precinct?
16        A.    Yes.
17        Q.    Because you didn't do that on
18   the scene, right?
19        A.    No.
20        Q.    Okay.
21             MR. FETT:  Can I have this
22             marked um, as Plaintiff's Exhibit 8.
23             Um.
24             MR. BERGMAN:  I think that's 6.
25             MR. FETT:  Six.  Can I have
```

1                    Z. ZHENG

2          this marked --  Forgive me.  Can I

3          have this marked as Plaintiff's

4          Exhibit 6 this is OLPA form O-L-P-A.

5                 (Whereupon, the aforementioned

6          OLPA form was marked as Plaintiff's

7          Exhibit 6 for identification as of

8          this date by the Reporter.)

9                 MS FETT:  Do you have a copy.

10                MR. BERGMAN:  Yes.

11                MR. FETT:  Thank you.

12                THE REPORTER:  You're welcome.

13        Q.    Officer, please take a look at

14   Plaintiff's Exhibit 6 and let me know when

15   you're ready.

16        A.    Sure.  Yes, I am ready.

17        Q.    Have you ever seen this

18   specific OLPA before?

19        A.    This one?

20        Q.    Yes.

21        A.    No.

22        Q.    Okay.  Do you know what an OLPA

23   is?

24        A.    I don't know what it stands for

25   but I seen this page before.

1                    Z. ZHENG

2          Q.    Okay.  What's your

3    understanding of what this document is?

4    Generally.  Not this specific one from Mr.

5    Rodriguez?

6          A.    Oh, what his status at court.

7          Q.    Okay.  So, were you involved in

8    way with inputting any information into

9    this document in connection with Mr.

10   Rodriguez?

11         A.    No.

12         Q.    Um, now, see at the very top of

13   the document where it says status medical

14   expedite?

15         A.    Okay.

16         Q.    What does medical expedite

17   mean?

18              MR. BERGMAN:  Objection.

19         A.    I'm not sure?

20         Q.    Okay.  Thank you.

21              MR. FETT:  Can I have this

22        marked as Plaintiff's Exhibit 7.

23        This is the prisoner pedigree card.

24              (Whereupon, the aforementioned

25        pedigree card was marked as

                        Z. ZHENG

1                       Plaintiff's Exhibit 7 for

2                       identification as of this date by the

3                       Reporter.)

4            THE REPORTER:  Prisoner what,

5       medical --

6            MR. FETT:  I'm sorry.  Prisoner

7        pedigree card.

8            THE REPORTER:  Oh, prison.

9       Q.    Thank you.  Um, officer, just

10  take a look at this and let me know when

11  you're ready.

12       A.    Yes.  I'm ready.

13       Q.    Okay.  Um, have you seen this

14  document before?

15       A.    Yes.

16       Q.    Okay.  Is this your handwriting

17  on the document?

18       A.    Partial.

19       Q.    What part of the -- what

20  handwriting is yours?

21       A.    Okay.  Um, my name --

22       Q.    Okay.

23       A.    -- on top, shield number, tax

24  number, command, squad, uh, location of

1                    Z. ZHENG

2    arrest, primary charge, other charges and

3    the time of arrest.

4         Q.    Okay.

5         A.    And I'm sorry uh, the fund and

6    funds returned.

7         Q.    Okay.  And um, where would you

8    have gotten all of this information from?

9              MR. FETT:  Let me strike that

10         sorry.  Find a new question.

11        Q.    In terms of Mr. Rodriguez' home

12   address and that kind of thing and his

13   birthday where would you get that

14   information from?

15        A.    Beside those.

16        Q.    No, that information?

17        A.    Oh, um, that's not my

18   handwriting so I have no idea.

19        Q.    Oh, okay.

20        A.    Sorry.

21        Q.    No, that's okay.  Um, so where

22   it says Heins Rodriguez and it says his

23   address, date of birth that's not your

24   handwriting?

25        A.    That's not my handwriting.

1                    Z. ZHENG

2          Q.    Oh, okay.  Do you know whose

3    handwriting that is?

4          A.    I really have no idea.

5          Q.    Okay.  And then you see down

6    the document where it says supervisor and

7    Sergeant Starrantino?

8          A.    Yes.

9          Q.    Okay.  Do you know why he was

10   the verifying officer instead of Sergeant

11   Cantalino?

12         A.    Because he was the one on the

13   scene.

14         Q.    Okay.  Um, you see where it

15   says medical attention requested and then

16   it's checked off no?

17         A.    Yes.

18         Q.    Is that you checking it off or

19   someone else as far as --

20         A.    I'm not even sure.

21         Q.    Okay.  Um and, so Mr. Rodriguez

22   says that he did request medical attention,

23   um so --

24              MR. FETT:  Let -- Let's strike

25        that.

1                    Z. ZHENG

2        Q.    When would this pedigree card

3    have been filled out at what point in the

4    process?

5        A.    When he was sitting in front

6    the desk.

7        Q.    Okay.  So, he's brought back to

8    the precinct he's standing in front of

9    Sergeant Cantalino and that's when this

10   cards filled out?

11       A.    Yes.

12       Q.    Okay.  And so um, whoever

13   filled this out um, would have asked Mr.

14   Rodriguez at that point, do you need

15   medical attention, is that how that would

16   work?

17       A.    Supposed to, yes.

18       Q.    Did you ever hear anyone ask

19   Mr. Rodriguez when he was standing at the

20   desk if he required medical treatment?

21       A.    No.

22       Q.    Did you ever hear Mr. Rodriguez

23   request it?

24       A.    I don't remember.

25       Q.    And then next box over where it

1                    Z. ZHENG
2    says RMA, what does that mean?
3          A.    Refuse medical attention.
4          Q.    Okay.  And again, do you know
5    whether or not that's you that checked off
6    the yes?
7          A.    Not sure.
8          Q.    Okay.  Would this also have
9    been done at the desk when he is being
10   presented?
11              MR. BERGMAN:  Objection.
12         A.    Yes.
13         Q.    Okay.  And um, did you ever
14   here Mr. Rodriguez refusing medical
15   attention when he was standing in front of
16   the desk?
17         A.    No.
18         Q.    Okay.  And then, the box where
19   it says physical, mental condition normal?
20         A.    Yes.
21         Q.    Okay.  Is that your
22   handwriting?
23         A.    No.
24         Q.    Okay.  Do you know whether
25   that's Sergeant Cantalino's handwriting?

```
 1                    Z. ZHENG
 2          A.    I don't know.
 3          Q.    Okay.  Do you know whether it's
 4  Sergeant Starrantino's handwriting?
 5          A.    I don't think so, no.  I don't
 6  know.
 7          Q.    Okay.  Um -- okay.
 8                MR. FETT:  Can we have this
 9          marked as Plaintiff's Exhibit 8.
10                (Whereupon, the aforementioned
11          medical treatment form was marked as
12          Plaintiff's Exhibit 8 for
13          identification as of this date by the
14          Reporter.)  This is a medical
15          treatment of prisoner form.  Medical
16          treatment of prisoner form.
17          Q.    So, Plaintiff's Exhibit 8 is a
18  two pages.  It's a stamped Def 528 and also
19  Def 94.  Um, both documents are called the
20  medical treatment of prisoner form.
21                So, I'll just ask you to take a
22  look at these and let me know when you're
23  ready.
24          A.    I'm ready.
25          Q.    Okay.  Um, so I'm just going to
```

1                    Z. ZHENG

2    represent that this appears to be the same

3    document except for the handwritten note at

4    the bottom of Def 528.

5              A.    Okay.  This one?

6              Q.    Yes.  Exactly.

7              A.    Okay.

8              Q.    Okay.  Um, and I just want to

9    know, looking at um, let's just look at

10   528, do you see your handwriting anywhere

11   on that document?

12             A.    The top portion where -- where

13   is um, 1, 2, 3.  First three lines.

14             Q.    First three lines, okay.  You

15   know, what I apologize.  I'm going to go

16   back to 94, Def 94 because it's a better

17   copy.

18             A.    Okay.  Yes.

19             Q.    So um, the first three lines

20   are your handwriting?

21             A.    Yes.

22             Q.    Okay.  And do you --

23             MR. FETT:  Strike that.

24             Q.    Did you complete this -- these

25   first three lines in the precinct?

1                    Z. ZHENG

2          A.    Yes.

3          Q.    Okay.  Do you remember when you

4     did that?

5          A.    Before he leave with the

6     ambulance.

7          Q.    Okay.  Now um, I believe you

8     said you don't know if you called the

9     ambulance or someone else; is that right?

10         A.    I don't remember who called but

11    -- I thought I called but I don't remember

12    who called.

13         Q.    Okay.  Um, why did you call the

14    ambulance?

15              MR. BERGMAN:  Objection.  You

16         can answer.

17         A.    He uh -- he request it.

18         Q.    Okay.  So he did request it?

19         A.    He uh, scratched his arm and I

20    think he -- I think he request it.

21         Q.    Okay.  And so, do you remember

22    what he said?

23              MR. BERGMAN:  Objection.  You

24         can answer.

25         A.    No.

1                    Z. ZHENG

2          Q.    Do you remember how long after

3    he got into the precinct he requested the

4    medical treatment?

5          A.    You mean how long he was in the

6    precinct until he -- -

7          Q.    Requested it.  Made the

8    request.

9          A.    Ten, fifteen minutes.

10         Q.    Okay.  And so, when it's

11   requested like that do you have to ask a

12   supervisor to call an ambulance or you can

13   just do it?

14         A.    I can just do it.

15         Q.    So, um, and are you required to

16   fill out a medical treatment of prisoner

17   form when a prisoner is getting medical

18   treatment?

19         A.    Yeah, before he goes to the

20   hospital.

21         Q.    Okay.  Um and so, once you fill

22   out those first three lines what happens to

23   this document?

24         A.    I gave it to Officer Debonay

25   who was going to the hospital with Mr.

```
 1                    Z. ZHENG
 2   Heins Rodriguez --
 3        Q.     Okay.
 4        A.     And that's it.  I'm -- you know
 5   what I'm sorry.  Not the top three lines
 6   I'm sorry.  Just in the remarks --
 7        Q.     Yes.
 8        A.     Part top two lines are mine.
 9        Q.     Okay.  And so, can you read
10   what you wrote there?
11        A.     Sure.  At TPO Defendant did
12   fell off bike while away -- while running
13   from police, scratch his right elbow.  So,
14   right elbow.
15        Q.     Okay.  And um, and then, do you
16   know who wrote that third line?
17        A.     No.
18        Q.     Okay.  Do you know whether or
19   not that would be a medical care provider
20   from the hospital, another officer or
21   something else?
22        A.     I don't know.
23        Q.     Okay.  Um, now um, the line
24   right below escort officer where it says
25   prisoner request requires medical aid?
```

```
 1                    Z. ZHENG
 2         A.     I'm sorry.
 3         Q.     It's?
 4         A.     Yeah.  Oh yeah, prisoner
 5   refused medical aid.
 6         Q.     Um, no um, right before that.
 7   The box to the left of that.
 8         A.     Okay.  I'm sorry.  Request and
 9   require medical aid.
10         Q.     Exactly.  Um, is this your
11   handwriting on this line?
12         A.     I'm --I'm not sure.
13         Q.     Do you know -- and what's
14   checked off in this box, for prisoner
15   request slash requires medical aid.
16         A.     I don't know.  I don't know why
17   he checked it, no.
18         Q.     So if there's a -- it's crossed
19   out -- it's checked off as no, right?
20         A.     Right.
21         Q.     Okay.  And I think you already
22   answered it.  Do you know why that would
23   have been checked off?
24         A.     Maybe he didn't want to --
25   maybe he didn't require it which is because
```

1                    Z. ZHENG
2    it's scratched arm I have to request.  If
3    he didn't request it.  You know what, I
4    don't know.
5         Q.    Okay.  Um -- okay.  So then,
6    and then if you go over to um, the next box
7    over it says prisoner refused medical aid
8    and it says, no.  Um --
9         A.    He didn't sign the paper
10   either.  I mean he probably just -- sorry.
11   I don't know.  He didn't sign it either so.
12        Q.    Right.  And so, um, is that
13   required that the prisoner sign this form?
14        A.    Yes.
15        Q.    Okay.  And so, um, do you know
16   why Mr. Rodriguez didn't sign the form?
17        A.    No idea.
18        Q.    Okay.  Um, have you ever had a
19   prisoner refuse to sign a form?
20        A.    Uh, yes.
21        Q.    Okay.  Have you ever had a
22   prisoner refuse to sign a medical treatment
23   and prisoner form?
24        A.    Yes.
25        Q.    Okay.  And so, under those

1                    Z. ZHENG
2    circumstances um, do you make a note where
3    the signature is, do you -- do you write
4    anything letting anyone know that they
5    refused or do you just leave it blank?
6        A.    Just leave it blank.
7        Q.    Okay.  Do you know whether or
8    not Mr. Rodriguez refused to sign the form?
9        A.    No.
10       Q.    Okay.  Um, did you ever
11   interrogate Mr. Rodriguez at the precinct?
12       A.    No.
13       Q.    Okay.  Did you ever observe any
14   officers interrogating him at the precinct?
15       A.    No.
16       Q.    Okay.  And so then the bottom
17   half of this form marked Def 94, is any of
18   that your handwriting?
19       A.    No.
20            MR. FETT:  Can I have this
21          marked as Plaintiff's Exhibit 8.
22            THE REPORTER:  9.
23            MR. FETT:  9.
24            THE WITNESS:  Oh, I'm sorry, 9.
25            MR. FETT:  Can I have this

1                    Z. ZHENG

2         marked as Plaintiff's Exhibit 9.

3         These -- these are photographs taken

4         of Plaintiff at the hospital and they

5         are Bate stamped Def 1167-1173.

6              (Whereupon, the aforementioned

7         photographs were marked as

8         Plaintiff's Exhibit 9 for

9         identification as of this date by the

10        Reporter.)

11        Q.    Officer, if you could take a

12   look through Exhibit 9 and just let me know

13   when you're ready.

14        A.    I'm ready.

15        Q.    Okay.  Um, just looking at

16   these pictures in Exhibit 9 have you ever

17   seen these pictures before?

18        A.    No.

19        Q.    Okay.  Um, so just skipping to

20   the page marked uh, Def 1170?

21        A.    Yes.

22        Q.    Okay.  Um, so I'll represent to

23   you that that's Mr. Rodriguez.  Does that

24   look like the gentlemen that you saw

25   falling off his bike on August 13, 2015?

1                      Z. ZHENG

2          A.    Yes.

3          Q.    Okay.  Um, and actually looking

4    at that page Def 1170 um, did you see that

5    injury that's been photographed in that

6    picture on his right arm.  Did you see that

7    at the scene?

8              MR. BERGMAN:  Objection.  You

9          can answer.

10         A.    At the scene, no.

11         Q.    Okay.  Um, was he wearing a

12   jacket?

13         A.    No.  Um, no.  I don't remember.

14         Q.    Okay.  Um, you've been

15   describing during the deposition a scratch

16   on his arm, can you go through the pictures

17   and tell me if you see the scratch on his

18   arm that you been describing?

19         A.    Def 001169.

20         Q.    Okay.  So that's what you saw

21   at the scene?

22         A.    No, at the precinct.

23         Q.    At the precinct?

24         A.    Yes.

25         Q.    You didn't see that at the

1                     Z. ZHENG

2   scene?

3         A.    I don't remember I seen that at

4   the scene.

5         Q.    Okay.  If you would have seen

6   that injury at the scene would you have

7   called an ambulance?

8         A.    Possible.

9         Q.    Okay.  Um, what does that mean

10  "possible"?

11        A.    Yes.  Yes, I would.

12        Q.    Okay.  Looking at Def 1167 and

13  1168.

14        A.    Yes.

15        Q.    Did you ever see either of

16  those injuries either at the scene or at

17  the precinct?

18        A.    No.

19        Q.    So when your arresting someone

20  that you've just seen have some type of

21  accident um, is there any responsibility on

22  your part to um, make sure they're not

23  injured, uh, get them medical treatment if

24  they needed, do you have any

25  responsibility?

1                    Z. ZHENG

2        A.    If I see a visible injury, yes.

3        Q.    Just if you see a visibile

4   injury?

5        A.    Right.

6        Q.    Okay.  Um, did you ever do like

7   a physical inventory of Mr. Rodriguez at

8   the scene to make sure he wasn't injured?

9        A.    I'm not a doctor.  I'm not --

10  no.

11       Q.    Okay.  Um, I know you're not a

12  doctor, what I'm asking is, um, did you

13  ever check him out, see if he had any

14  injuries?

15       A.    I don't.  I don't think so I

16  did.

17       Q.    Okay.  Um --

18            MR. FETT:  Can I have these

19       marked as Plaintiff's Exhibit 10.

20       These are photographs of um, the

21       vehicle that Mr. Rodriguez struck.

22       It's Def 988 through 989.

23            (Whereupon, the aforementioned

24       photographs were marked as

25       Plaintiff's Exhibit 10 for

1                     Z. ZHENG

2          identification as of this date by the

3          Reporter.)

4          Q.    Um, so Officer, just take a

5     look at these and let me know when you're

6     ready.

7          A.    Yes.

8          Q.    Okay.  So describe for me what

9     we're looking at in this uh, picture in uh

10    -- I'm sorry, in Def 988.

11         A.    Scratch by his, I guess, from

12    side bumper.

13         Q.    Okay.  Is this the vehicle that

14    um, that Mr. Rodriguez struck with his

15    bicycle?

16         A.    I'm sorry.  I don't remember

17    exactly what car look like there is no

18    plate on the vehicle.

19              MR. BERGMAN:  Just answer the

20         question.

21         A.    I have no idea.

22         Q.    Okay.  Um, did you take these

23    pictures?

24         A.    No.

25         Q.    Okay.  Do you know who took the

1                    Z. ZHENG

2      pictures?

3           A.     No idea.

4           Q.     Looking at Def 989 I believe

5      you had said earlier that you thought that

6      Mr. Rodriguez' bike struck the front of the

7      parked vehicle?

8           A.     The driver's side door of the

9      vehicle.

10          Q.     Okay.  Did he also strike the

11     front or No?

12          A.     Yes, it's on the accident

13     report.  I'm sorry.

14          Q.     That's okay.

15          A.     To be clarify, I don't remember

16     exactly what he hit.

17          Q.     Okay.

18          A.     But I was just referring to

19     when you asked me about an accident report

20     where the damaged code said 12 which means

21     exactly location that we're looking at

22     right now.

23          Q.     Okay.  So, if I -- I'm going to

24     represent that that is the parked car that

25     Mr. Rodriguez struck with his bike.  So do

1                    Z. ZHENG
2     you see on Def 989 where he might have, I
3     guess damaged or scratched the front of the
4     car.
5          A.    I'm sorry.  Say that again.  So
6     sorry.
7          Q.    Do you see anywhere in this
8     picture 989 --
9          A.    989 I'm sorry.
10         Q.    Yeah.  Where Mr. Rodriguez bike
11    or body might have damaged or made a mark
12    on the vehicle?
13         A.    No, it was never on the
14    accident report saying that it was in the
15    front of the car.
16         Q.    Okay.  So it's just on the
17    driver's side?
18         A.    On the driver's side door plus
19    the front panel is like it -- the part
20    we're talking about right here.
21         Q.    Oh, I see.
22         A.    On the ADA.  I'm sorry.
23         Q.    So we don't actually have a
24    picture of um, in the next exhibit, in
25    Exhibit 10, we don't have a picture of the

1                    Z. ZHENG

2      driver's side door where you said there is

3      damage?

4           A.    No.

5           Q.    Okay.

6                 MR. FETT:  So we will call for

7                 production of any photographs that

8                 were taken of the driver's side door

9                 of this vehicle.

10                MR. BERGMAN:  Follow up in

11                writing but I don't believe we have

12                them.  Just follow-up in writing.

13          Q.    I'm going to show you --

14                MR. FETT:  Strike that.

15          Q.    I'm going to show you um --

16                MR. FETT:  I'm going to have

17                this marked as Plaintiff's Exhibit

18                11.  This is a packet of pictures,

19                Bate stamped, Def 1174-1199.

20                (Whereupon, the aforementioned

21                pictures was marked as Plaintiff's

22                Exhibit 11 for identification as of

23                this date by the Reporter.)

24                THE WITNESS:  Sorry.  Can we

25                stop for a second to use the bathroom

```
 1                    Z. ZHENG
 2        real quick.
 3              MR. FETT:  Yes, sure.
 4              THE WITNESS:  Sorry about that.
 5              THE VIDEOGRAPHER:  3:44 P.M.
 6        going off record.
 7              (Whereupon, an off-the-record
 8        discussion was held.)
 9              THE VIDEOGRAPHER:  Back on
10        record 3:47 P.M.
11        Q.    So Officer, if you can just
12   take a look at these pictures and let me
13   know when you're ready.
14        A.    Sure.
15        Q.    Have you ever seen any of these
16   pictures before?
17        A.    No.
18        Q.    Okay.  Um, looking at the very
19   first picture on Def 1174, um, does that
20   refresh your recollection of the bike that
21   Mr. Rodriguez was uh, riding on August 13,
22   2015?
23        A.    Yes.
24        Q.    Okay.  So, that's what his bike
25   looked like?
```

1                          Z. ZHENG

2          A.    Yes.

3          Q.    Okay.  Um, do you know who took

4     these pictures?

5          A.    No.  Sorry.

6          Q.    Do you know why the pictures

7     were taken?

8          A.    No.

9          Q.    Okay.  Um, now um, going to Def

10    1178.

11         A.    Yes.

12         Q.    Okay.  Um, and that question

13    was for all these pictures.  Do you know

14    who took all of these pictures?

15         A.    No.  Sorry.

16         Q.    Okay.  Uh, do you know when any

17    of them were taken?

18         A.    No.

19         Q.    Okay.  And looking at Def 1178

20    do you know who is pictured in that

21    photograph?

22         A.    Ha, not 100 percent sure.  No.

23         Q.    Do you know where whether it's

24    a police officer or not?

25         A.    I don't want to guess actually

1                    Z. ZHENG

2      but it -- it looks like Lieutenant Thames.

3      Our CO Lieutenant.  It looks like him.  I'm

4      not 100 percent sure of that.

5           Q.    Okay.  Thames.

6           A.    Thames.

7           Q.    How do you spell that?

8           A.    It's T, you know, it's pretty

9      hard to spell actually.  T-H-A-M-E-S, I

10     think.  I'm not 100 percent sure.

11          Q.    Okay.  Um, and whose vehicle?

12     What vehicle is that picture?

13          A.    That's the uh, that's the car I

14     was driving that night.

15          Q.    Okay.  And uh -- and so the

16     mirror, the mirror that's damaged that

17     we're looking at.

18          A.    Yes.

19          Q.    Okay.  Um, how was that

20     damaged?

21          A.    I have no idea.

22          Q.    Okay.  Um, so I think you

23     testified earlier that that's not from Mr.

24     Rodriquez' bike or his person; is that

25     right?

1                      Z. ZHENG
2          A.    It was damaged before we got in
3     the car that morning.
4          Q.    Okay.  And that's what it
5     looked like that morning?
6          A.    Yes.
7          Q.    Okay.  And so, aside from your
8     memo book would there be anywhere else that
9     it would be noted that this um -- this
10    vehicle had damage to it?
11         A.    No.
12         Q.    Okay.  Do you know whether the
13    vehicle 447 is still damaged like this?
14         A.    I have no idea.  I haven't seen
15    that car for I don't know how long.
16         Q.    Okay.  Since August 13, 2015,
17    have you ever seen that car again?
18         A.    Yes.
19         Q.    Okay.  Um, did you ever use it
20    again?
21         A.    Yes.
22         Q.    Okay.  And when you used it
23    again did it have the damage to it?
24         A.    I don't remember.
25         Q.    Okay.  Um, do you know what

1                    Z. ZHENG
2    that officer was doing in that picture?
3         A.    No idea.
4         Q.    Okay.  Um now, going to the
5    next page 1179.  Now on the driver's -- uh,
6    forgive me, on the passenger's side door I
7    can't tell if that's a scratch or if that's
8    a slash from the camera.  Do you remember
9    if the car had any kind of scratch on the
10   driver's side door?
11        A.    I can't guarantee you those --
12   I'm 100 percent sure it was a flashing
13   right here.
14        Q.    Okay.  And then turning to - to
15   Def 1180.
16        A.    Yep.
17        Q.    Okay.  I see marks on the um,
18   passenger side door um, right here.  Let me
19   show you.
20        A.    (Indicating.)
21        Q.    Exactly.  So it's kind of um,
22   the upper quarter of the I guess.  Do you
23   know what those scratches were from?
24        A.    From us leaning on the door
25   with the gun belts.

                            Z. ZHENG

1

2          Q.     How do you know that?

3          A.     It's been there.  We always

4    lean on doors with our gun belts because

5    what we do when we're standing out on

6    enforcement while we're looking for

7    seatbelts --

8          Q.     Okay.

9          A.     We are just leaning on the gun

10   belts on the car.

11         Q.     Okay.  How do you know that's

12   not from um, Mr. Rodriguez' bike or his

13   person?

14         A.     I don't know.

15         Q.     Okay.  Um, and then see at the

16   bottom of the passengers side door.

17         A.     Yes.

18         Q.     I just can't tell what that is.

19   Is that a scratch or is that writing?

20         A.     Which one are you looking at?

21         Q.     Um --

22         A.     That's called the vehicle name.

23   What are they called, Fusion.

24         Q.     Okay.  Thank you.  Or Hybrid?

25         A.     Hybrid.  Hybrid.  Oh, second

1                    Z. ZHENG
2    picture has it.  I'm sorry.
3         Q.    Okay.  Do you know why the --
4    I think I already asked you this on 1181
5    and 1182 --
6         A.    Yes.
7         Q.    If your car never struck Mr.
8    Rodriguez do you know why they're taking
9    pictures of the driver's side -- of the
10   passenger side door?
11            MR. BERGMAN:  Objection.  You
12        can answer.
13        A.    No idea.
14        Q.    Okay.  And then moving onto um,
15   1184 --
16        A.    Yes.
17        Q.    -- through 1188.  Is that still
18   your vehicle that's in those pictures?
19        A.    Yes.
20        Q.    On Def 1195 --
21        A.    Yes.
22        Q.    So again, this is going to be
23   Mr. Cevallos' vehicle?
24        A.    Yes.
25        Q.    Um, and this looks like part of

1                    Z. ZHENG

2    the hood.  Um, did Mr. -- did you ever

3    observe Mr. Rodriguez strike the hood of

4    vehicle with either his person or the bike?

5         A.    I don't remember.

6         Q.    Okay.  And then um, turning to

7    Def 1197.

8         A.    Yes.

9         Q.    Um, so it look to me like

10   whoever the person is in this picture they

11   have Mr. Rodriguez' bike um, up against

12   your vehicle; is that fair to stay?

13        A.    Yes.

14        Q.    Okay.  Um, do you know why

15   their doing this?

16             MR. BERGMAN:  Objection.

17        A.    No idea.

18        Q.    Okay.  Do you have any kind of

19   a guess why they might be doing this?

20        A.    No.

21        Q.    Okay.  Um, do you think that

22   they're trying to determine whether or not

23   his bicycle made contact with your vehicle?

24        A.    I have no idea.

25        Q.    Okay.  Same question for the

```
1                    Z. ZHENG
2    next page.  Do you know why --
3         A.    I'm sorry.  Which page is that?
4         Q.    1198.
5         A.    Yes.
6         Q.    Do you know why this individual
7    seems to be reenacting, you know the bike
8    next to the car.  Do you know why that's
9    being done?
10         A.    I can't guess anything that.
11         Q.    Okay.  Same for 1198, do you
12    know why their doing that?
13         A.    No.
14              MR. BERGMAN:  Sorry.  Do you
15          mean 1199?
16              MR. FETT:  Yes, 1199.
17         Q.    Did you ever talk to um, did
18    you say CO Thames?
19         A.    CO Thames, yes.
20         Q.    Did you ever talk to him about
21    what had happened on August 13, 2015?
22         A.    No.
23         Q.    Okay.  Did he ever ask you any
24    questions about what happened?
25         A.    No.
```

```
 1                    Z. ZHENG
 2          Q.    Um --
 3                MR. FETT:  Can I have this
 4          marked as Plaintiff's Exhibit.
 5                MR. BERGMAN:  12.
 6                MR. FETT:  12.  Um, this is a
 7          memo uh, dated August 14, 2015.
 8                (Whereupon, the aforementioned
 9          memo was marked as Plaintiff's
10          Exhibit 12 for identification as of
11          this date by the Reporter.)
12          Q.    Officer, just look take a look
13     at Exhibit 12 and let me know when you're
14     ready.
15          A.    Yes.
16          Q.    Okay.  Have you ever seen this
17     document before?
18          A.    Yes.
19          Q.    Okay.  When did you see this?
20          A.    Um, long time ago Corporation
21     Counsel was asking me to send over a copy
22     of this.  That's where I obtained it from.
23                MR. BERGMAN:  Objection.  You
24          were shown this by an attorney?
25                THE WITNESS:  What?
```

1                    Z. ZHENG

2              MR. BERGMAN:  You were shown

3         this by an attorney?

4              THE WITNESS:  Yes.

5         Q.    Okay.  Um, aside from your

6    attorneys have you ever seen it --

7         A.    No.

8         Q.    -- on any other occasion?

9         A.    No.

10        Q.    Okay.  Um -- so um, did you

11   ever see Mr. Rodriguez um, riding his

12   bicycle on the sidewalk during this

13   incident?

14        A.    No.

15        Q.    Okay.  Did you ever tell anyone

16   that he was?

17        A.    Nope.

18        Q.    Okay.  Uh, now, this first

19   paragraph that's marked number one?

20        A.    Yes.

21        Q.    Okay.  Um, does that appear

22   accurate to you?

23        A.    First paragraph, right?

24        Q.    Yes.

25        A.    Yes.

```
 1                    Z. ZHENG
 2              MR. BERGMAN:  I object but
 3         you're free to answer.
 4         A.    This paragraph is just the
 5    whole incident of after when he go to the
 6    hospital complain about different pains --
 7         Q.    Right.
 8         A.    -- that I have no idea about
 9    it.
10         Q.    Okay.
11         A.    So, I -- I don't know whether
12    right to uh, say if it's accurate or not.
13    It is just a brief story --
14         Q.    Okay.
15         A.    -- of the whole thing.
16         Q.    Okay.  Um, and then you see
17    paragraph two.
18         A.    Two.  Where is?
19         Q.    Uh, just mark number two the
20    following area --
21         A.    Oh, I'm sorry.
22         Q.    That's okay.  And so, the
23    following narrative is based on interviews
24    with Mr. Rodriguez, a witness and Sergeant
25    Starrantino, do you see that?
```

1                    Z. ZHENG

2          A.    Yes.

3          Q.    Um, and do you know who the

4    witness is that was interviewed?

5          A.    No.

6          Q.    Okay.  Um, do you believe it

7    was the interview that you returned to give

8    a summons to that night?

9          A.    Do I personally believe it,

10   yes.

11         Q.    Yes.  And what makes you

12   believe that?

13         A.    I don't know what else is the

14   reason he was coming to the precinct for.

15         Q.    Okay.  Um, and then, in terms

16   of Sergeant Starrantino um, again, where

17   would he have gotten the information about

18   what happened on August 13, 2015?

19              MR. BERGMAN:  Objection.  You

20          can answer.

21         A.    Where would he get?

22         Q.    Where would he have gotten that

23   information?

24         A.    I told him.

25         Q.    Okay.  Um -- all right.

1          Z. ZHENG

2          MR. FETT:  Can you mark this as

3          Plaintiff's Exhibit 13.  Um, this is

4          the marijuana supporting deposition.

5          (Whereupon, the aforementioned

6          marijuana supporting deposition was

7          marked as Plaintiff's Exhibit 13 for

8          identification as of this date by the

9          Reporter.)

10         Q.    Officer, can you take a look at

11    Exhibit 13 and let me know when you're

12    ready.

13         A.    Yes.  Ready.

14         Q.    Okay.  Have you seen this

15    document before?

16         A.    Yes.

17         Q.    Okay.  Uh, when have you seen

18    it?

19         A.    I -- I prepared it.

20         Q.    Okay.  Um, so just looking at

21    the first page um, this is your handwriting

22    on the document?

23         A.    Yes.

24         Q.    Okay.  And, turning to the

25    second page that's your handwriting?

1                    Z. ZHENG

2        A.    Yes.

3        Q.    Okay.  Um, and, when did you

4   prepare this document?

5        A.    At the precinct after I found

6   the weed.

7        Q.    Okay.  Um --

8             MR. FETT:  And then can I have

9        this marked as Plaintiff's Exhibit --

10            MR. BERGMAN:  14.

11            MR. FETT:  14.  Thank you.

12            (Whereupon, the aforementioned

13       packet was marked as Plaintiff's

14       Exhibit 14 for identification as of

15       this date by the Reporter.)

16       Q.    Officer, take a look at that

17   and let me know when you're ready.

18       A.    Yes.

19       Q.    Let me correct this packet that

20   you're looking at.  Actually, I only need

21   you to look at Def 666 and Def 667.  Those

22   are accidentally stapled to the back of it.

23   I can take those.  Let me take those.

24            So Exhibit 14 should really

25   just be Def 66 and Def 67.  I think

```
 1                    Z. ZHENG
 2    everything else it duplicate that we've
 3    already talked about.
 4              Okay.  Have you seen this
 5    document before?
 6         A.    Yes.
 7         Q.    Okay.  And um, what is this
 8    document?
 9         A.    It's all the support the
10    deposition.  I'm sorry.  Um, two supporting
11    depositions.  One for disorderly conduct,
12    one for uh, resisting arrest, one marijuana
13    field test deposit uh, deposition.
14         Q.    Oh no, that's it.  I'm sorry.
15    I accidentally attached this to the packet.
16    Really the only thing I need to you to talk
17    about right now is the resisting arrest
18    deposition and the disorderly conduct
19    deposition.
20              MR. BERGMAN:  Sorry.  Do you
21         want to re-stamp that because the --
22         all right it's fine.
23              THE WITNESS:  It's 13 and 14.
24              MR. BERGMAN:  No.  I'm sorry.
25         I apologize.
```

```
 1                    Z. ZHENG
 2         Q.    Um, is this your handwriting on
 3    Def 66?
 4         A.    Yes.
 5         Q.    And is it your handwriting on
 6    Def 67?
 7         A.    Yes.
 8         Q.    Okay.  And when did you
 9    complete these documents?
10         A.    Um, at the precinct after
11    arrest.  After I completed arrest --
12    arrest online.  I'm sorry.
13         Q.    Okay.  And is this the
14    paperwork that you would have faxed over to
15    the ADA?
16         A.    Yes.
17               MR. BERGMAN:  Objection.  You
18          can answer.
19         Q.    Okay.  Did you do that?
20         A.    I think I did, yes.
21         Q.    Okay.  Um and so, just looking
22    at Def 66 where it's talking about
23    resisting arrest.
24         A.    Yes.
25         Q.    Um, can you just read for me
```

1                   Z. ZHENG
2    the boxes that you checked off.
3         A.    Um, Flaring Defendant's arm
4    holding, Defendant's arm against
5    Defendant's body, struggling with me and
6    refused to be handcuffed.
7         Q.    Okay.  And by you checking that
8    off what does that mean?
9         A.    That's how I feel at the time
10   for the resisting arrest.
11        Q.    Okay.  So that's -- you're
12   saying that's what Mr. Rodriguez did at the
13   time you were arresting him?
14        A.    (Indicating.)
15             MR. FETT:  Can we go off the
16        record for a second.
17             THE VIDEOGRAPHER:  4:08 P.M.
18        going off record.
19             (Whereupon, an off-the-record
20        discussion was held.)
21             THE VIDEOGRAPHER:  Back on the
22        record, 4:08 -- 4:09 P.M.
23             MR. FETT:  Can you read back
24        the last question.
25             (Whereupon, the referred to

1                    Z. ZHENG
2           question was read back by the
3           Reporter.)
4           Q.    Is that correct?
5           A.    I'm sorry.  Just repeat the
6    question.
7           Q.    Sure.  Absolutely.  So these
8    boxes that you checked off on Def 66 um,
9    you're saying that's what Mr. -- that's
10   what formed the basis for you to charge Mr.
11   Rodriguez with resisting arrest; is that
12   right?
13          A.    Yes.
14          Q.    Okay.  And then turning to Def
15   67.
16          A.    Yes.
17          Q.    Um, okay.  So can you just read
18   for me in the middle of that page where you
19   checked off the boxes and the narrative
20   that you wrote?
21          A.    Yes.  Going wrong way in
22   one-way street in the middle lane and
23   passed steady red light.  Um, the second
24   line too?
25          Q.    Yes, please.

1                    Z. ZHENG

2          A.    Fleeing from officer on bike in

3    reckless manner, uh, blocked traffic,

4    caused traffic jam.

5          Q.    Okay.  Thank you.

6               MR. FETT:  Can we have this

7          marked as Plaintiff's Exhibit 15.

8               (Whereupon, the aforementioned

9          Affidavit was marked as Plaintiff's

10         Exhibit 15 for identification as of

11         this date by the Reporter.)

12         Q.    Okay.  Officer, just take a

13   look at Plaintiff's 15 and let me know when

14   you're ready.

15         A.    Yes.

16         Q.    Okay.  Um, have you seen this

17   before?

18         A.    Yes.

19         Q.    Okay.  Um, so what is this?

20         A.    It is the Affidavit I had to

21   sign at the DA's office.

22         Q.    Okay.  And so, is this the -- I

23   think you said you had signed two different

24   Affidavits.  Is this the first one you

25   signed or the second?

1                          Z. ZHENG

2          A.     This is the second one.

3          Q.     Okay.  Why do you think it's

4    the second one?

5          A.     Because after I wrote a story

6    they took out the section of the uh, red

7    light in the -- in the uh, narrative.

8          Q.     Oh, I see.

9          A.     There is a second page.  When

10   you read the uh, first paragraph, Defendant

11   stated that, at above mentioned date, time,

12   place, he observed the defendant, Heins

13   Rodriguez operating a white bicycle

14   northbound against traffic on 104th Street

15   which is a one-way street southbound and

16   nothing about the red light.

17         Q.     Okay.  Um, do you remember if

18   you signed this second Affidavit sometime

19   in December of 2015?

20         A.     Only refresh my memory by the

21   date I'm looking at it right here.

22         Q.     And then if you look at the

23   very first page of document.

24         A.     Yes.

25         Q.     It still has the charge of,

1                          Z. ZHENG

2    um -- I believe the charge of him running a

3    red light, is that the last charge on the

4    first page?

5          A.    I believe the third from the

6    last.  Oh, I'm sorry.  Yes.

7          Q.    Okay.  So that's still in there

8    the charge from him running the red light?

9          A.    Yes.

10         Q.    Okay.

11         A.    On this sheet, yes.

12         Q.    Okay.  And then you see the top

13   of this page where the date is May 3, 2009?

14         A.    Yes.

15         Q.    Do you have any idea why it

16   would have that date?

17         A.    No.

18                MR. FETT:  Can I have this

19          marked as Plaintiff's Exhibit 16.

20          These are text messages.

21                (Whereupon, the aforementioned

22          text messages were marked as

23          Plaintiff's Exhibit 16 for

24          identification as of this date by the

25          Reporter.)

```
 1                    Z. ZHENG
 2              MR. FETT:  Thank you.
 3         Q.    Okay.  Officer, if you can take
 4    a look at Plaintiff's Exhibit 16 and let me
 5    know when you're ready.
 6         A.    Yes.
 7         Q.    Okay.  Um, have you seen these
 8    before?
 9         A.    Yes.
10         Q.    Okay.  Have you seen um,
11    talking about the pages that have been
12    stamped Def 488 through Def 496, have you
13    seen all of those pages before?
14         A.    Yes.
15         Q.    Okay.  When did you see those?
16         A.    At the uh, at Corp. Counsel
17    with my lawyer.
18         Q.    Okay.  Um, so looking at the
19    top of the very first page where it says
20    Sunday, you say you're working, right?  Do
21    you see that?
22         A.    That's Officer Chen.
23         Q.    Okay.  That was my question.
24    So that's Officer Chen's text?
25         A.    Yes.
```

1                    Z. ZHENG

2          Q.    Okay.  Um, so looking at that

3    first page just tell me where your first

4    text is?

5          A.    I'm at Criminal court about to

6    go on stand.

7          Q.    Okay.  All right.  Um, then can

8    you read the text um, on the rest of the

9    page.

10          A.    Oh, nice, what time you coming

11   back.  Still waiting, may come back now

12   change to my own clothes and then come back

13   later.  They about to go on lunch break.

14   I'm not gone take his -- I'm not gonna beg

15   to testify before that for sure.

16          Q.    Okay.

17          A.    Which means fake and make

18   (phonetic).

19          Q.    Okay.  Had you been on the

20   stand yet?

21          A.    For what?

22          Q.    Had you testified yet?

23          A.    For this case?

24          Q.    Yeah, at the time that you're

25   writing these texts had you testified in

1                    Z. ZHENG
2    the case yet in Criminal Court?
3          A.    No.
4          Q.    Okay.  And then, turn the page.
5    Um, can you read the text at the top of the
6    page.
7          A.    The next page?
8          Q.    Yeah.  Actually, you don't know
9    to read it, where it says, run this.
10         A.    Yes.
11         Q.    Okay.  Is that your text or
12   Officer Chen?
13         A.    Officer Chen.
14         Q.    Okay.  So, what is your
15   understanding of what he's texting you
16   there?
17         A.    He needs to run the license
18   plate.
19         Q.    Okay.  What license plate is
20   that, do you know?
21         A.    No idea.
22         Q.    Did that have anything to do
23   with Mr. Rodriguez?
24         A.    No.
25         Q.    Okay.  If you're in Criminal

1                    Z. ZHENG
2    Court why is he asking you to run a license
3    plate?
4         A.    I don't know.
5         Q.    You had just texted him that
6    you're about to take the stand.  Is it the
7    previous page?
8         A.    You might want to go back a
9    little bit.  It's the same page actually if
10   you --
11        Q.    Got it.
12        A.    If you look at --
13        Q.    I see.  Thank you.  I
14   appreciate it.  Thank you.  Okay.  Okay.
15   So then let's try to get back on track
16   here.  So at the bottom of Def 489 okay?
17        A.    Yes.
18        Q.    Okay.  The very last text on
19   that page, can you read what it says?
20        A.    You say the bag search -- you
21   say the bag watch search at precinct.
22        Q.    Okay.  And, so -- and that's
23   Officer Chen, right?
24        A.    Yes.
25        Q.    Okay.  And so what's your

1                    Z. ZHENG

2   understanding of what he's saying there?

3        A.    Um, he said you said bag was

4   searched at the precinct.

5        Q.    Okay.  And, is he talking about

6   Mr. Rodriguez' case at that point?

7        A.    Yes.

8        Q.    Okay.  Um, do you know why he's

9   saying that?

10            MR. BERGMAN:  Objection.  You

11         can answer.

12        A.    No.  Not at the time.

13        Q.    Okay.  And then turning the

14   page to 490.  Can you just read that page

15   of text again.  I'm sorry.  That page of

16   text, please?

17        A.    You say the bag watch was

18   searched at precinct.  Next sentence was --

19   do you want me to read the whole thing?

20        Q.    Yes.

21        A.    Oh yeah.  I reply yes, he asked

22   me, you with ADA, I said it was, means I

23   was.  He picked me up.  I replied, he just

24   went in.  Then he said tell ADA I said you

25   looked at the bag not me at the precinct.

1                    Z. ZHENG

2   He's saying that I said that in CCRB that I

3   searched the bag, I didn't and I don't

4   recall I said anything like that in CCRB.

5                You took him in with the bag.

6   I didn't get to search anything.  Sorry I

7   was in the bathroom before and reception

8   was bad.

9        Q.   So, um, what is your

10  understanding of what Officer Chen is

11  texting on page 490?

12               MR. BERGMAN:  Objection.  You

13          can answer.

14       A.    My understanding of?

15       Q.    What he's texting you?

16       A.    The ADA just spoke to him.

17       Q.    Okay.  So, was he just on the

18  phone with the ADA?

19       A.    I have no idea but that's what

20  I assume.

21       Q.    Okay.  All right.  And so um --

22  and you see where he's asking you with the

23  ADA question mark?

24       A.    Yes.

25       Q.    Okay.  And then your responding

                        Z. ZHENG

1
2    it was?
3         A.    I -- I'm.  Sorry.  It should be
4    mean I was.
5         Q.    You were with the ADA?
6         A.    I was, yes.
7         Q.    And then he writes back he
8    picking up?
9         A.    Means the phone.
10        Q.    Okay.  And I know you don't  --
11   you're not in Officer Chen's mind but is it
12   your understanding that he is saying is the
13   ADA picking up the phone?
14        A.    I have no idea.
15        Q.    Okay.  And then you wrote, he
16   just went in.  What does that mean?
17        A.    He just went into the
18   courtroom.
19        Q.    Who?
20        A.    ADA.  Sorry.
21        Q.    No, that's okay.  And um, then
22   he writes tell the ADA I said you looked at
23   the bag not me at the precinct?
24        A.    Yes.
25        Q.    Okay.  And so, what did you

1                    Z. ZHENG

2    tell the ADA?

3         A.    I looked at the bag at the

4    precinct.

5         Q.    Okay.  Did you ever tell the

6    ADA that you looked at the bag at the

7    scene?

8         A.    No.

9         Q.    Okay.  Did Officer Chen ever

10   say that?

11              MR. BERGMAN:  Objection.

12        A.    I don't know.

13        Q.    Okay.  Um, do you believe that

14   Officer Chen is trying to tell you how to

15   testify so that your stories are

16   coordinated?

17        A.    Absolutely not.

18        Q.    Okay.  Then why did you show

19   this to the ADA?

20        A.    It was the right thing to do.

21        Q.    Why?

22        A.    In my deep mind this is a thing

23   that you should say during the process.

24   Um, I think that's how I feel at the time.

25   It was the right thing to do was to show it

                        Z. ZHENG
1
2    to the ADA.
3         Q.    Okay.  But you didn't think
4    there was anything wrong with what he was
5    doing?
6         A.    No.
7         Q.    Okay.  Um, you hadn't taken the
8    stand yet?
9         A.    I did already.
10        Q.    You had already taken the
11   stand?
12        A.    I did already.
13        Q.    Okay.  So, I just want to make
14   sure I'm understanding it.  So, at the
15   beginning when we're at page 492 --
16        A.    Yes.  492.
17        Q.    You hadn't taken the stand yet?
18        A.    No.
19        Q.    Okay.  So just, do you -- can
20   you tell me at what point in these texts
21   you take the stand.  Can you tell?
22        A.    One second.  They wanted a
23   break between 12 to 2 so I went on a stand
24   somewhere around 1:45 to 2:00.
25        Q.    Okay.

1                    Z. ZHENG

2          A.    Then he text me at 2:37.

3          Q.    Okay.  I'm sorry.  When did you

4    say you took the break again?

5          A.    They took a break at --

6    already, 11:30 to 1:30 so I assume I was on

7    the stand sometime between 1:45 to 2:30.

8          Q.    Okay.

9          A.    Sometime in between.

10         Q.    And so -- okay.  And so, by --

11   by page 496 you've already taken the stand?

12         A.    Yes.

13         Q.    Okay.  And, do you remember,

14   were you already done testifying or were

15   you just on a break?

16         A.    I was done testifying.

17         Q.    Okay.  So, there was no break

18   in your testimony that day?

19         A.    No.

20         Q.    And, do you know um, when you

21   gave the ADA the uh -- the text messages?

22         A.    Right after I received it.

23         Q.    Okay.  And, how did you do

24   that, did you hand --

25         A.    He actually came outside and I

1                    Z. ZHENG

2    gave it to him right away.

3         Q.    Okay.  What did you say when

4    you gave it to him?

5         A.    This is what I got from my --

6    my partner.

7         Q.    What did he say when you gave

8    it to him?

9         A.    Make sure you save this.  Send

10   a copy to me.

11        Q.    Okay.  And then, um, where did

12   you go after that?

13        A.    Either the precinct or home.

14   I don't remember.

15        Q.    Okay.  So if you we're done --

16   done testifying, why were you sitting

17   outside the courtroom texting?

18        A.    Still waiting for the ADA to

19   give me instruction for what's next.

20        Q.    Okay.  So once you were done

21   testifying you didn't know if you were

22   relieved yet to go?

23        A.    No.

24        Q.    Okay.  And so, um, do you know

25   what the ADA did with this information?

```
 1                        Z. ZHENG
 2           A.      I have no idea.
 3           Q.      Okay.  Do you know whether
 4   Officer Chen ever testified in this case?
 5                   MR. BERGMAN:  Objection.  You
 6            can answer.
 7           A.      No.
 8           Q.      Okay.
 9                   MR. FETT:  Off the record.
10                   THE VIDEOGRAPHER:  4:24 P.M.
11            off the record.
12                   (Whereupon, an off-the-record
13            discussion was held.)
14                   (Whereupon, a short recess was
15            taken.)
16                   THE VIDEOGRAPHER:  Back on
17            record, 4:40 P.M.
18           Q.      Okay.  Um, Officer Zheng, um,
19   the incident that we have talked about
20   where you struck a pedestrian as you are
21   going in reverse in your vehicle?
22           A.      Yes.
23           Q.      Okay.  Was that individual
24   named Robert Midroy, does that refresh your
25   recollection of a lawsuit --
```

Z. ZHENG

1          Z. ZHENG

2          A.    No.

3          Q.    Robert Midroy versus the City?

4          A.    No.

5          Q.    Okay.  Um, I'll represent that

6     that's the name of the individual that you

7     struck?

8          A.    Okay.

9          Q.    Um, and you said you were

10    deposed in that case, right?

11         A.    Yes, by a tall guy.  Tall white

12    guy.

13         Q.    That's okay.  And, are you

14    aware that Mr. Rodriguez has undergone

15    surgery as a result of what happened that

16    day?

17         A.    No.

18         Q.    Okay.

19         A.    I'm sorry.  At the deposition

20    they told me.

21         Q.    Okay.  What did they tell you

22    at the deposition?

23         A.    By you saying "surgery."  I

24    think they were saying something about

25    surgery.

```
 1                    Z. ZHENG
 2          Q.    Okay.  Um, it's my
 3    understanding that he has had two knee
 4    surgeries as a result of the incident, does
 5    that sound familiar?
 6          A.    No.
 7          Q.    Um, so I'm going to show you a
 8    video of the incident that we're here for
 9    today, okay?
10          A.    Yes.
11          Q.    Okay.  Um, officer, I'm going
12    to try to play this video so that both you
13    and I can be looking at it at the same
14    time?  Um, can you see it okay?
15          A.    Yes.
16          Q.    Is there a glare or anything?
17    Okay.  All right.  So first I'm just going
18    to play it and let it play and just let me
19    know if this is the same video that you've
20    looked at before, okay?
21          A.    Sure.
22                (Whereupon video is played.)
23          Q.    Okay.  Um, does that look like
24    the same video that you've already seen?
25          A.    At the CCRB?
```

1                    Z. ZHENG

2          Q.     Um, sure.

3          A.     Yes, CCRB.

4          Q.     And I think you also said you

5     reviewed this video with your attorney?

6          A.     Yes.

7          Q.     It looks like the same video?

8          A.     Ah, yes.

9          Q.     So, I'm just going to go

10    through it with you and stop it at certain

11    points and ask you a couple questions.

12         A.     Sure.

13         Q.     Okay.  And so, um is the road

14    we're looking at 43rd Avenue?

15         A.     Yes.

16         Q.     And are the cars that you're

17    traveling in the right-hand lane, are those

18    the cars that are heading west?

19         A.     Yes.

20         Q.     And that would be toward the

21    110 Precinct?

22         A.     Yes.

23         Q.     And so, is the car that we're

24    seeing pulling up at 4 minutes and 51

25    seconds, is that the uh, vehicle that Mr.

1                    Z. ZHENG
2    Rodriguez eventually strikes with his bike?
3         A.    Yes.
4         Q.    Okay.  I'm just going to go
5    back a little bit.  So right here at um --
6    Sorry, I'm having a hard time using this
7    but I want to go back a little bit before 1
8    minute and 19 seconds where we first see
9    you come into the -- your vehicle come into
10   the screen.  Okay.  So right here I'm at
11   1 minute and 17 seconds.
12              So, how far would you say your
13   vehicle is from Mr. Rodriguez' bike at
14   1 minute 17 seconds?
15        A.    Less than afoot.
16        Q.    Okay.  And um, as you're
17   looking at the video is it still your
18   opinion that your car doesn't come into
19   contact with Mr. Rodriguez' bike?
20        A.    I don't see any contacts.
21        Q.    Okay.  And u, is this what
22   we're looking at 1 minute 17 seconds is
23   this generally the location where Mr. --
24   where the blue vehicle, the witnesses
25   vehicle was um --

1              Z. ZHENG

2              MR. FETT:  Let me strike that.

3         Q.    So what we're looking at

4    1 minute and 17 seconds is this where Mr.

5    Rodriguez is striking the witness' vehicle,

6    the blue vehicle?

7         A.    Look, like the location?

8         Q.    Yes.

9         A.    Yes.

10        Q.    Okay.  And so, is that

11   generally where we might see a scratch or a

12   mark on the blue car?

13             MR. BERGMAN:  Objection.  You

14        can answer.

15        A.    Yes.

16        Q.    Okay.  And, at this point,

17   describe for me the direction that you're

18   traveling?

19        A.    Towards the westbound.

20        Q.    Do you think you were still

21   going straight, did you think you were

22   starting to turn in or something else?

23        A.    Turn in a little bit.

24        Q.    Okay.  And you would be turning

25   right uh, towards Mr. Rodriguez, fair to

1                     Z. ZHENG

2    say?

3         A.    Yes.

4         Q.    Okay.  And, why are you doing

5    that?

6         A.    It's a gap right there trying

7    stop.  Trying to get his attention tell him

8    to stop.

9         Q.    Okay.  So that's where you were

10   trying to get his attention?

11        A.    That is where my partner got

12   closest to him --

13        Q.    Okay.

14        A.    Yes.

15        Q.    Okay.  Um, and so, at this

16   point I think you said your windows are

17   down?

18        A.    Yes.

19        Q.    Okay.  Now, that you're seeing

20   the video do you recall whether or not

21   Officer Chen said anything at this point to

22   Mr. Rodriguez?

23        A.    No.

24        Q.    Okay.  And at this point I know

25   we can't hear it but were your lights and

1                        Z. ZHENG

2    sirens on at this point?

3         A.    Yes.

4         Q.    Okay.  And um, looking at this

5    now do you think this was a safe pursuit

6    Mr. Rodriguez?

7         A.    Yes.

8         Q.    Okay.  And then after that we

9    see him fall to the ground.  And then now

10   at uh 1 minute and 20 seconds um, you see

11   how your vehicle is now turned in towards

12   the um, sidewalk?

13        A.    If you just back up one second

14   my car is actually stopped right there.

15        Q.    Okay.

16        A.    Parallel to the car.  Well,

17   parallel to the black car.

18        Q.    Okay.

19        A.    Right there.  My car stopped

20   right there.

21        Q.    Okay.  And so, looking at

22   1 minute and 17 seconds and what do you

23   want to -- what are you telling me right

24   here?

25        A.    My car is stopped at the

                    Z. ZHENG

1  location right there where he hit the
2  parked car.
3
4       Q.    Okay.  And so um, you're saying
5  you stopped here?
6       A.    You can just keep playing.  I
7  stopped -- you can just keep playing.
8       Q.    Why did you stop?
9       A.    Because he hit the parked car.
10      Q.    Okay.  And so um -- and is it
11  still your testimony that having seen him
12  fall like this you didn't think he needed
13  any um, medical treatment, is that fair to
14  say?
15      A.    Yes.
16      Q.    Okay.  Now, but -- now that
17  we're looking at 1 minute and 19 seconds,
18  is it fair to say that your car is turned,
19  I would say, right towards the sidewalk; is
20  that fair to say?
21      A.    Yes.
22      Q.    Okay.
23      A.    After I stopped parallel to the
24  blue car then I moved my car.  I moved my
25  car to the right.

1                    Z. ZHENG

2         Q.    Okay.  Why did you do that?

3         A.    To stop him.

4         Q.    Okay.  And um --

5         A.    To get away from the traffic

6    and stop him.

7         Q.    Okay.  And um, where are you

8    seeing Mr. Rodriguez' bike in this -- at

9    1 minute and 19 seconds?

10        A.    On the street.

11        Q.    Right by the curb; is that fair

12   to say?

13        A.    Right by the curb.

14        Q.    Okay.  And um, where is Mr.

15   Rodriguez?

16        A.    Sitting there.

17        Q.    Okay.  Now, as you're looking

18   at this right now does he appear to be

19   obstructing traffic in any way?

20        A.    No.

21        Q.    Okay.  How about your vehicle?

22        A.    Yes.

23        Q.    It appears to be obstructing

24   traffic?

25        A.    Yes.

                        Z. ZHENG

1

2      Q.    And now you're looking at the

3    video, do you recall any conversation or

4    any words that were spoken between either

5    you, Officer Chen or Mr. Rodriguez at this

6    point at 1 minute and 26 seconds.

7      A.    No.

8      Q.    Okay.  Okay.  And then it looks

9    like at 1 minute and 28 seconds you're

10   already starting to handcuff him; is that

11   right?

12     A.    Started, yes.

13     Q.    Okay.  And so, when I'm looking

14   at this at 1 minute and 28 seconds um, are

15   you the officer that's on the sidewalk, are

16   you the officer that looks like um, uh --

17   maybe still on the street a little bit?

18          MR. BERGMAN:  Objection.  You

19       can answer.

20     A.    On the right-hand side.

21     Q.    Okay.  So, can you just point

22   to me which one you were because I don't

23   know what you mean by the right-hand side?

24     A.    Sorry.  (Indicating.)

25     Q.    Okay.  So, at 1 minute and 28

1                    Z. ZHENG
2  seconds you're actually officer um, who is
3  sort of facing your vehicle; is that fair
4  to say?
5        A.    Me.
6        Q.    Yes.
7        A.    Yes.
8              MR. BERGMAN:  I'm sorry.
9        Higher on the screen or lower on the
10       screen?
11             THE WITNESS:  I'm higher on the
12       screen.
13       Q.    So, really at this point at 1
14  minute and 28 seconds we kind of just see
15  your head, right?
16       A.    Yes.
17       Q.    But we see all of Officer Chen
18  the back of his body?
19       A.    Yes.
20       Q.    And at this point, is this
21  where you would describe Mr. Rodriguez as
22  resisting?
23       A.    Yes.
24       Q.    Okay.  And, how is he doing
25  that?

1                    Z. ZHENG

2          A.    He's uh, his body leaned away

3     from us.

4          Q.    Okay.  Is there any

5     conversation going on at this point

6     anywhere from 1 minute and 27 seconds to a

7     minute and 38 seconds?

8          A.    I'm sure something say but I

9     don't remember exactly who it was.

10         Q.    Have you seen him flair his

11    arms yet?

12         A.    No.

13         Q.    Have you seen him flailing his

14    arm?

15         A.    He's twisting his body

16    actually.

17         Q.    Okay.

18         A.    Making it hard for me to

19    handcuff him.

20         Q.    Okay.  So that's where he's

21    making it hard?

22         A.    Yes.

23         Q.    Have you ever seen him lose

24    consciousness or get dizzy?

25         A.    No.

```
 1                    Z. ZHENG
 2         Q.    Okay.  Um, did you see him
 3    frail his arms?
 4              MR. BERGMAN:  Objection.  You
 5          can answer.
 6         A.    No, not on video.  No.
 7         Q.    Okay.
 8         A.    Just to clarify for me to flair
 9    arms also means he twist his arms.  Refuse
10    for me to be -- to be handcuffed at the
11    time.
12         Q.    Okay.  And um, just as we keep
13    letting it play, um, just let me know where
14    you're seeing him engage in any kind of
15    activity that could be a characterized as
16    disorderly connect?
17         A.    People gathering.  The car on
18    the left-hand side which just passed by
19    slowly --
20         Q.    Okay.
21         A.    Took a look at what's going on.
22    Partially because my car was blocked.  If
23    my car backed the traffic solely because he
24    was running away that caused the whole
25    incident.
```

1                    Z. ZHENG

2          Q.    Okay.  And so we're looking now

3    at three minutes.  So basically, the cars

4    that are kind of driving and looking at

5    what's going on?

6          A.    Right.  And people start

7    generating on the right-hand corner and top

8    corner right there.

9          Q.    Okay.  And that would be

10   disorderly conduct?

11         A.    To me that was, right.

12         Q.    Okay.

13         A.    Well this is a short video.

14   If you keep going on video more people come

15   in and started filming and stuff like that.

16   I, you know, I didn't even know what was

17   going on around me.

18         Q.    Okay.  Was he -- Was Mr.

19   Rodriguez ever yelling?

20         A.    He was screaming something.  I

21   have no idea what it was.

22         Q.    Oh, he was screaming?

23         A.    I don't remember.  Not

24   screaming he was just.  I felt like he was

25   angry.

1                      Z. ZHENG

2          Q.    Okay.  How do you know he was

3    angry?

4          A.    I think he was angry.

5          Q.    Why do you think he was angry?

6          A.    Loud voice.

7          Q.    Okay.  Would you say he was

8    screaming?

9          A.    No.

10         Q.    Okay.  Um, and -- but you don't

11   remember what he was saying?

12         A.    No.

13         Q.    Did you ever talk to any of

14   civilians at the scene to see if they had

15   seen what had happened?

16         A.    No.  I'm sorry.  To clarify.

17   The only person I spoke to at the scene was

18   the owner of the vehicle.

19         Q.    Okay.  And um, forgive me

20   because you may have already um, you may

21   have already, um, told me this, but what

22   was the conversation with the civilian at

23   the scene?

24         A.    Which one?

25         Q.    The one whose car was struck by

1                    Z. ZHENG
2    Mr. Rodriguez?
3         A.    I don't remember exactly what.
4         Q.    All right.  I'm gonna show you
5    a second video.  I'm just going to play it
6    at first and just let me know if you've
7    ever scene it.
8         A.    Yes.
9         Q.    Um, I apologize for how it's
10   set up but basically you're free to look at
11   the whole thing but the video is going to
12   be on the right side.
13              (Whereupon video is played.)
14        Q.    So, this video is about 32
15   seconds long.  Have you ever seen it
16   before?
17        A.    I've seen it without the
18   left-hand side.
19        Q.    Okay.  Um, and so, when you
20   just watched this video did you see
21   yourself anywhere in the video?
22        A.    I'm not 100 percent sure.
23        Q.    I'll play it back briefly.  Did
24   you see Officer Chen anywhere in the video?
25        A.    Not 100 percent sure either.

1                    Z. ZHENG

2          Q.     Did you see Sergeant

3    Starrantino anywhere in the video?

4          A.     It looked like him.  I can't

5    even tell because of the quality of the

6    video.

7          Q.     Okay.  So let me -- I'll back

8    it up a little.  Do you know who took this

9    video?

10         A.     I have no idea.

11         Q.     When did you see the video?

12         A.     At Counsel's office.  At my

13   attorney's office.

14         Q.     All right.  So um, and you said

15   earlier, I think you said, if it kept

16   playing you'd see people gathered around,

17   is this what you were talking about when

18   you said people gather around?

19         A.     Yes.

20         Q.     Okay.  So, looking at the video

21   on that one second, let's see.  All right.

22   So just looking, can you see if that's you

23   in the picture at all at nine seconds?

24         A.     With the quality, no.

25         Q.     And um, at 17 seconds it looks

1                    Z. ZHENG
2  to me like um, Heins Rodriguez is being
3  taken away in handcuffs; is that correct?
4  Am I correct?
5        A.    I -- yes.  I assume, yeah.
6        Q.    Okay.  Do you know who either
7  one of these officers are in the screen at
8  25 seconds?
9        A.    Not with the quality, no.
10        Q.    Okay.  Um, can you tell what
11  those officers were doing between 25
12  seconds and 29 seconds?
13        A.    No.
14        Q.    Okay.  I think the problem is I
15  need to see it a little better also.  Can
16  you still see it when I have it turned?
17        A.    Yeah.
18        Q.    Okay.  So see at 24 seconds the
19  two officers in the screen it looks like
20  the officer on the left is holding the
21  backpack; is that fair to say?
22              MR. BERGMAN:  Objection.  You
23         can answer.
24        A.    I don't know.
25        Q.    Right here.  It looks as if

1                    Z. ZHENG

2    they have a backpack.  Does that look like

3    that to you?

4         A.    Yes.

5         Q.    Okay.  And um, I might have

6    already asked you.  Do you think who either

7    one of those officers are?

8         A.    Not with that quality, no.

9         Q.    Okay.  Do you know if you were

10   ever holding the backpack on the scene like

11   that?

12        A.    I don't remember.  No.

13        Q.    Do you know if Officer Chen was

14   ever holding a backpack on the scene like

15   that?

16        A.    No.  I don't remember.

17        Q.    Okay.  And then I think you

18   said -- I think you said you might have

19   seen Sergeant Starrantino?

20        A.    The first picture looks like

21   him.  I'm not sure.

22        Q.    Okay.  So it just at the very

23   beginning of video um, the officer that's

24   in the -- sort of the middle of the screen?

25        A.    He's just a chaperone here.  A

1                    Z. ZHENG

2    blue collar.  I'm not even sure that's him.

3          Q.    Okay.  So looking back on

4    August 13, 2015 and this incident with Mr.

5    Rodriguez, is there anything you would have

6    done differently?

7                MR. BERGMAN:  Objection.  You

8           can answer.

9          A.    I have no idea.  What do you

10   mean by that question?  I'm sorry.

11         Q.    That's okay.  It's a vague

12   question.  Um, in terms of your um, pursuit

13   and your um, apprehension and arrest of Mr.

14   Rodriguez, is there anything you would have

15   done different?

16               MR. BERGMAN:  Objection.  You

17          can answer.

18         A.    To be honest with you I don't

19   know.

20         Q.    Okay.

21               MR. FETT:  Off the record for

22          just a minute.

23               THE VIDEOGRAPHER:  5:10 P.M.

24          going off record.

25               (Whereupon, an off-the-record

1                    Z. ZHENG

2        discussion was held.)

3              MR. FETT:  Okay.  Um, I am

4        done.  I don't know if I uh, said

5        this, at the beginning of the

6        deposition but it's Plaintiff's

7        position that we are going to be

8        holding the deposition open pending

9        any outstanding material um, and

10       pending um, what we learned from Mr.

11       Rodriguez' second interview that we

12       just found out about today and also

13       the interview of this other witness

14       that we just found out about

15       yesterday.

16             MR. BERGMAN:  Defendants object

17       and well take it up when the time

18       comes.

19             MR. FETT:  Okay.  Thank you.

20             THE VIDEOGRAPHER:  The time is

21       5:11 P.M.  This concludes the

22       deposition of Zuopeng Zheng and we

23       are now off record.

24             *        *        *        *

25

1                          Z. ZHENG

2                (Whereupon, at 5:11 P.M., the

3         Examination of this witness was

4         concluded.)

5

6                    o         o         o         o

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          Z. ZHENG

2        D E C L A R A T I O N

3

4        I hereby certify that having been

5    first duly sworn to testify to the truth, I

6    gave the above testimony.

7

8        I FURTHER CERTIFY that the foregoing

9    transcript is a true and correct transcript

10    of the testimony given by me at the time

11    and place specified hereinbefore.

12

13

14

15                _____
                        ZUOPENG ZHENG

16

17

18    Subscribed and sworn to before me

19    this _____ day of _____ 20___.

20

21    _____

22       NOTARY PUBLIC

23

24

25

```
1                    Z. ZHENG
2                  E X H I B I T S
3
4    PLAINTIFF'S EXHIBITS
5
6    EXHIBIT    EXHIBIT                    PAGE
7    NUMBER     DESCRIPTION
8    1          Patrol guide                67
9    2          Memo book                  204
10   3          Accident report            206
11   4          OMNI form                  221
12   5          Arrest worksheet           232
13   6          OLPA form                  241
14   7          Pedigree card              243
15   8          Medical treatment form     248
16   9          Photos                     256
17   10         Photos                     259
18   11         Photos                     263
19   12         Memo                       273
20   13         Supporting deposition      277
21   14         Packet                     278
22
23           (Exhibits retained by Counsel.)
24
25
```

1                     Z. ZHENG

2              I N D E X

3

4    EXAMINATION BY                    PAGE

5    MR. FETT                            6

6

7

8      INFORMATION AND/OR DOCUMENTS REQUESTED

9    INFORMATION AND/OR DOCUMENTS       PAGE

10   Photo of drivers side of vehicle    263

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    Z. ZHENG

2              C E R T I F I C A T E

3

4    STATE OF NEW YORK        )
                              :  SS.:
5    COUNTY OF NASSAU         )

6

7         I, DIONE WOODS, a Notary Public for

8    and within the State of New York, do hereby

9    certify:

10        That the witness whose examination is

11   hereinbefore set forth was duly sworn and

12   that such examination is a true record of

13   the testimony given by that witness.

14        I further certify that I am not

15   related to any of the parties to this

16   action by blood or by marriage and that I

17   am in no way interested in the outcome of

18   this matter.

19        IN WITNESS WHEREOF, I have hereunto

20   set my hand this 17th day of September

21   2018.

22

23                    *Dione Woods*

24        _____

25                    DIONE WOODS

## $

**$100** [1] - 184:8

## '

**'08** [1] - 46:5
**'09** [1] - 46:5

## 0

**001169** [1] - 257:19
**01/10/07** [1] - 35:5
**0435** [1] - 206:10

## 1

**1** [25] - 1:10, 3:12, 4:17, 6:17, 43:12, 184:9, 212:6, 220:22, 249:13, 301:7, 301:11, 301:14, 301:22, 302:4, 304:10, 304:22, 305:17, 306:9, 307:6, 307:9, 307:14, 307:25, 308:13, 309:6, 321:8
**10** [7] - 1:10, 3:12, 12:19, 13:10, 104:24, 150:22, 321:17
**100** [10] - 3:14, 121:13, 184:8, 192:22, 265:22, 266:4, 266:10, 268:12, 313:22, 313:25
**10005** [2] - 2:11, 3:6
**10007** [1] - 3:15
**102** [3] - 104:17, 104:19, 105:11
**102st** [1] - 104:18
**103** [3] - 101:11, 101:12, 105:13
**104** [17] - 88:4, 91:16, 99:18, 102:6, 104:17, 105:10, 108:8, 125:4, 125:14, 130:20, 130:21, 194:11, 194:20, 194:22, 205:16, 227:5, 227:7
**104th** [21] - 82:18, 82:25, 83:3, 83:15, 83:18, 83:21, 84:16, 87:13, 87:22, 91:12, 98:3, 101:7, 101:11, 102:11, 102:14, 133:23, 148:12, 148:13, 227:3, 227:13, 284:14
**11** [4] - 77:14, 212:7, 212:12, 321:18
**110** [16] - 11:6, 18:3, 18:4, 19:4, 19:7, 36:20, 37:8, 37:11, 37:19, 45:6, 62:7, 135:4, 135:5, 137:21, 205:12, 300:21
**1100** [2] - 77:14, 205:11
**110th** [1] - 76:18

**114** [1] - 235:22
**114th** [4] - 226:12, 227:9, 235:23, 238:3
**1167** [1] - 258:12
**1167-1173** [1] - 256:5
**1168** [1] - 258:13
**1170** [2] - 256:20, 257:4
**1174** [1] - 264:19
**1174-1199** [1] - 263:19
**1178** [2] - 265:10, 265:19
**1179** [1] - 268:5
**1180** [1] - 268:15
**1181** [1] - 270:4
**1182** [1] - 270:5
**1184** [1] - 270:15
**1188** [1] - 270:17
**1195** [1] - 270:20
**1197** [1] - 271:7
**1198** [2] - 272:4, 272:11
**1199** [2] - 272:15, 272:16
**11:24** [3] - 1:16, 2:3, 5:3
**11:30** [1] - 295:6
**11:40** [1] - 25:19
**11:41** [1] - 25:24
**12** [10] - 206:6, 212:15, 226:22, 238:13, 238:24, 261:20, 273:5, 273:6, 294:23, 321:19
**13** [20] - 47:25, 48:11, 48:17, 76:13, 79:9, 81:18, 141:23, 142:2, 195:11, 205:10, 206:13, 233:24, 256:25, 264:21, 267:16, 272:21, 276:18, 279:23, 317:4, 321:20
**138th** [1] - 148:25
**14** [6] - 206:9, 273:7, 278:10, 278:11, 279:23, 321:21
**15** [4] - 105:3, 123:21, 153:10, 283:13
**150** [1] - 88:16
**16-CV-5861** [1] - 1:6
**1645** [1] - 205:15
**1647** [1] - 205:22
**16CV5861** [1] - 5:18
**17** [6] - 301:11, 301:14, 301:22, 302:4, 304:22, 314:25
**1723** [2] - 9:22, 9:23
**17th** [1] - 323:20
**19** [3] - 301:8, 305:17, 306:9
**1935** [3] - 77:14, 205:11, 206:8
**1:16** [1] - 147:11
**1:30** [1] - 295:6
**1:45** [2] - 294:24, 295:7

## 2

**2** [5] - 212:6, 220:22, 249:13, 294:23, 321:9
**20** [3] - 13:12, 105:6, 304:10
**2000** [1] - 206:10
**2006** [1] - 34:20
**2007** [2] - 29:12, 34:20
**2008** [2] - 37:9, 37:11
**2009** [3] - 42:23, 44:9, 285:13
**2011** [2] - 38:11, 38:23
**2012** [7] - 38:9, 39:16, 39:17, 41:14, 41:18, 148:24, 149:17
**2013** [4] - 77:21, 77:23, 148:24, 149:17
**2014** [5] - 16:5, 16:6, 16:7, 77:22, 77:23
**2015** [23] - 12:7, 16:2, 47:25, 48:12, 48:17, 68:8, 76:13, 79:9, 81:7, 141:23, 142:2, 195:11, 205:10, 206:9, 206:13, 256:25, 264:22, 267:16, 272:21, 273:7, 276:18, 284:19, 317:4
**2018** [4] - 1:15, 2:2, 5:4, 323:21
**204** [1] - 321:9
**206** [1] - 321:10
**20___** [1] - 320:19
**212-239** [1] - 68:22
**212-39** [3] - 66:11, 67:21, 199:14
**215642441** [1] - 206:7
**221** [1] - 321:11
**221-15** [2] - 66:7, 67:22
**232** [1] - 321:12
**24** [5] - 9:5, 9:8, 9:11, 9:14, 315:18
**241** [1] - 321:13
**243** [1] - 321:14
**248** [1] - 321:15
**25** [5] - 1:15, 2:2, 5:4, 315:8, 315:11
**250** [1] - 82:11
**25461** [3] - 1:9, 3:11, 10:24
**256** [1] - 321:16
**259** [1] - 321:17
**26** [1] - 307:6
**263** [2] - 321:18, 322:10
**27** [1] - 309:6
**273** [1] - 321:19
**277** [1] - 321:20
**278** [1] - 321:21
**28** [4] - 307:9, 307:14, 307:25, 308:14
**28461** [2] - 1:9, 3:11
**29** [1] - 315:12

**2:00** [1] - 294:24
**2:07** [1] - 147:16
**2:30** [1] - 295:7
**2:31** [2] - 181:18, 181:23
**2:37** [1] - 295:2

## 3

**3** [8] - 186:15, 212:6, 220:22, 221:19, 223:18, 249:13, 285:13, 321:10
**30** [5] - 4:16, 13:14, 58:5, 106:3, 156:4
**32** [1] - 313:14
**38** [1] - 309:7
**3:18** [1] - 237:15
**3:20** [1] - 237:20
**3:44** [1] - 264:5
**3:47** [1] - 264:10

## 4

**4** [7] - 85:10, 85:14, 220:22, 221:20, 230:21, 300:24, 321:11
**40** [2] - 13:16, 58:5
**42** [4] - 87:13, 87:20, 87:23, 88:15
**43** [13] - 82:20, 83:6, 88:4, 88:15, 91:13, 97:25, 98:5, 98:14, 130:20, 187:14, 194:11, 194:15, 205:17
**43rd** [15] - 98:3, 103:8, 103:11, 103:20, 104:7, 105:25, 106:6, 106:11, 106:18, 107:13, 111:15, 139:10, 156:7, 159:23, 300:14
**447** [3] - 141:9, 180:4, 267:13
**488** [1] - 286:12
**489** [1] - 289:16
**490** [2] - 290:14, 291:11
**492** [2] - 294:15, 294:16
**496** [2] - 286:12, 295:11
**4:00** [1] - 186:15
**4:08** [2] - 281:17, 281:22
**4:09** [1] - 281:22
**4:24** [1] - 297:10
**4:40** [2] - 230:22, 297:17

## 5

**5** [4] - 85:14, 205:6, 220:22, 321:12
**51** [1] - 300:24
**528** [3] - 248:18, 249:4, 249:10
**5:00** [2] - 85:10, 85:13
**5:10** [1] - 317:23
**5:11** [2] - 318:21, 319:2

**5:23** [1] - 9:25

# 6

**6** [3] - 240:24, 321:13, 322:5
**62** [1] - 239:5
**66** [4] - 278:25, 280:3, 280:22, 282:8
**666** [1] - 278:21
**667** [1] - 278:21
**67** [4] - 278:25, 280:6, 282:15, 321:8
**68th** [3] - 148:25, 149:2

# 7

**7** [1] - 321:14
**73rd** [4] - 36:10, 36:13, 37:2, 37:5
**7:35** [1] - 77:15

# 8

**8** [1] - 321:15
**80** [3] - 2:10, 3:5, 5:12
**82** [1] - 29:20
**8:30** [1] - 22:3
**8th** [1] - 206:9

# 9

**9** [4] - 255:22, 255:23, 255:24, 321:16
**94** [4] - 248:19, 249:16, 255:17
**943985** [1] - 11:2
**988** [2] - 259:22, 260:10
**989** [5] - 259:22, 261:4, 262:2, 262:8, 262:9
**9:00** [1] - 22:4

# A

**A-F** [2] - 71:22, 74:3
**A.M** [5] - 1:16, 2:3, 5:4, 25:20, 25:24
**abbreviated** [1] - 217:15
**ability** [1] - 8:10
**able** [5] - 8:22, 10:13, 33:3, 66:15, 175:24
**about** [123] - 15:6, 17:3, 21:9, 24:11, 24:16, 25:18, 27:3, 27:9, 33:11, 45:5, 45:7, 46:19, 47:3, 47:22, 48:2, 48:5, 48:7, 48:10, 48:12, 48:15, 48:17, 49:3, 50:20, 51:6, 51:9, 51:10, 51:11, 52:14, 53:20, 55:5, 55:14, 55:16, 55:23, 56:3, 59:4, 59:11, 59:21, 59:23, 60:2, 61:2, 61:17, 61:20, 62:3,

65:9, 66:10, 66:18, 68:21, 69:24, 70:8, 70:24, 72:4, 72:11, 76:12, 76:25, 82:13, 84:21, 85:10, 85:19, 86:17, 100:13, 104:15, 115:8, 117:8, 121:9, 129:22, 131:11, 132:11, 134:10, 142:15, 146:16, 146:19, 146:23, 146:25, 149:4, 149:11, 150:14, 155:15, 156:6, 159:14, 163:19, 164:19, 164:20, 176:8, 177:11, 179:10, 188:24, 193:4, 194:9, 197:7, 209:18, 211:20, 214:11, 221:12, 225:23, 228:23, 231:17, 232:11, 236:23, 261:19, 262:20, 264:4, 272:20, 272:24, 275:6, 275:8, 276:17, 279:3, 279:17, 280:22, 284:16, 286:11, 287:5, 287:13, 289:6, 290:5, 297:19, 298:24, 306:21, 313:14, 314:17, 318:12, 318:14
**above** [3] - 213:25, 284:11, 320:6
**absolutely** [5] - 7:25, 107:20, 204:21, 282:7, 293:17
**academy** [4] - 36:8, 68:17, 69:4, 69:6
**acc** [1] - 217:8
**accepted** [2] - 35:6, 35:22
**accident** [5] - 14:15, 16:5, 16:11, 17:5, 17:6, 17:8, 17:24, 27:4, 28:21, 29:15, 29:18, 31:13, 32:7, 32:10, 32:13, 33:10, 33:12, 33:16, 33:21, 63:18, 120:21, 143:25, 144:3, 148:21, 148:24, 149:8, 149:12, 191:6, 206:24, 207:2, 211:15, 213:4, 213:12, 215:25, 216:12, 216:16, 217:9, 218:3, 218:11, 218:12, 218:18, 218:19, 218:21, 218:25, 219:3, 219:9, 219:16, 219:17, 221:6, 258:21, 261:12, 261:19, 262:14
**Accident** [1] - 321:10
**accidentally** [2] - 278:22, 279:15
**accidents** [3] - 28:6, 28:8, 28:14
**accurate** [4] - 216:3, 274:22, 275:12
**accusations** [1] - 172:2
**accused** [1] - 236:15

**action** [1] - 323:16
**activity** [2] - 191:3, 310:15
**actual** [1] - 27:4
**actually** [45] - 32:5, 46:25, 48:22, 59:18, 61:23, 97:20, 99:14, 99:17, 103:3, 111:3, 128:6, 133:9, 136:22, 142:24, 147:9, 147:24, 149:4, 149:20, 158:20, 166:3, 167:3, 176:21, 190:18, 190:23, 201:2, 201:10, 210:15, 212:11, 212:17, 214:23, 218:2, 223:7, 225:14, 239:18, 257:3, 262:23, 265:25, 266:9, 278:20, 288:8, 289:9, 295:25, 304:14, 308:2, 309:16
**ADA** [37] - 50:10, 50:17, 50:18, 51:17, 51:18, 52:23, 53:2, 53:25, 55:22, 56:4, 186:18, 186:20, 186:24, 187:5, 187:24, 193:8, 196:20, 197:4, 197:18, 262:22, 280:15, 290:22, 290:24, 291:16, 291:18, 291:23, 292:5, 292:13, 292:20, 292:22, 293:2, 293:6, 293:19, 294:2, 295:21, 296:18, 296:25
**ADA's** [2] - 57:13, 196:18
**add** [2] - 185:19, 216:21
**additional** [1] - 185:19
**address** [3] - 6:16, 244:12, 244:23
**administer** [1] - 4:11
**administrative** [1] - 78:20
**admitted** [1] - 31:3
**af** [1] - 179:11
**Affairs** [1] - 175:6
**affect** [2] - 9:3, 56:9
**Affidavit** [8] - 197:21, 197:23, 197:25, 198:4, 198:12, 283:9, 283:20, 284:18
**Affidavits** [1] - 283:24
**afoot** [1] - 301:15
**aforementioned** [16] - 67:23, 204:14, 206:25, 221:22, 233:2, 241:5, 242:24, 248:10, 256:6, 259:23, 263:20, 273:8, 277:5, 278:12, 283:8, 285:21
**after** [64] - 4:16, 10:2, 20:9, 26:23, 32:13, 35:21, 36:4, 36:7, 36:19, 38:6, 39:13, 47:24, 52:20, 78:2, 81:4, 97:2, 103:6, 103:25, 104:6, 108:15, 108:22, 115:19, 117:16, 120:14, 123:16,

124:23, 127:8, 129:4, 130:10, 131:16, 133:25, 137:19, 138:22, 169:17, 173:15, 173:25, 179:12, 181:7, 181:13, 190:22, 191:5, 197:13, 203:20, 208:11, 209:3, 225:21, 226:14, 227:17, 227:19, 230:24, 233:25, 236:25, 237:3, 238:4, 251:2, 275:5, 278:5, 280:10, 280:11, 284:5, 295:22, 296:12, 304:8, 305:23
**afternoon** [3] - 85:11, 85:13, 230:22
**afterward** [1] - 213:5
**afterwards** [1] - 180:7
**again** [37] - 24:19, 75:11, 78:17, 92:25, 95:25, 126:5, 131:18, 132:16, 152:8, 152:15, 154:13, 158:12, 158:22, 159:20, 173:17, 173:24, 174:9, 179:7, 179:13, 183:5, 192:8, 195:2, 199:12, 200:22, 210:2, 218:10, 235:23, 235:24, 247:4, 262:5, 267:17, 267:20, 267:23, 270:22, 276:16, 290:15, 295:4
**against** [18] - 1:6, 5:16, 54:19, 57:4, 60:23, 90:10, 99:9, 99:18, 194:23, 195:21, 198:25, 226:12, 227:2, 227:13, 238:3, 271:11, 281:4, 284:14
**agent** [1] - 46:10
**ago** [5] - 12:18, 23:12, 49:15, 237:2, 273:20
**AGREED** [2] - 4:5, 4:20
**Ah** [1] - 239:6
**ah** [13] - 7:13, 16:15, 28:25, 36:20, 44:4, 58:16, 149:13, 187:21, 189:23, 205:7, 205:10, 208:17, 300:8
**Ah-huh** [1] - 239:6
**ah-huh** [7] - 7:13, 16:15, 149:13, 187:21, 189:23, 205:7, 208:17
**ahead** [1] - 161:4
**aid** [5] - 252:25, 253:5, 253:9, 253:15, 254:7
**air** [1] - 139:4
**al** [1] - 5:17
**alcohol** [2] - 9:6, 9:9
**ALEN** [1] - 1:9, 3:11
**all** [56] - 4:21, 7:11, 11:25, 12:6, 13:3, 17:2, 24:22, 33:5, 59:12, 79:24, 104:18, 110:6, 113:2, 113:13, 113:20, 117:5, 117:19, 131:10,

140:16, 140:20, 148:19, 156:9, 160:24, 174:8, 178:15, 183:18, 185:9, 190:19, 195:23, 198:15, 201:16, 201:20, 210:3, 210:5, 217:8, 217:16, 224:20, 225:9, 228:13, 237:3, 240:4, 244:8, 265:13, 265:14, 276:25, 279:9, 279:22, 286:13, 287:7, 291:21, 299:17, 308:17, 313:4, 314:14, 314:21, 314:23

**allegedly** [1] - 46:22
**Allen** [3] - 47:21, 49:2, 49:3
**allowed** [7] - 63:7, 66:23, 67:2, 67:8, 182:11
**almost** [1] - 104:18
**alone** [2] - 41:9, 195:6
**along** [1] - 111:18
**alongside** [16] - 107:8, 107:10, 109:4, 109:11, 144:16, 156:24, 156:25, 157:15, 158:4, 159:19, 160:2, 160:12, 200:6, 201:25, 218:7, 231:18
**already** [27] - 33:8, 36:5, 55:10, 56:2, 57:17, 72:11, 82:17, 94:9, 104:10, 120:15, 164:25, 166:8, 174:25, 253:21, 270:4, 279:3, 294:9, 294:10, 294:12, 295:6, 295:11, 295:14, 299:24, 307:10, 312:20, 312:21, 316:6
**also** [27] - 5:25, 12:8, 21:16, 31:8, 50:17, 58:13, 66:11, 95:8, 99:8, 112:12, 133:8, 148:4, 172:19, 196:10, 207:18, 218:7, 230:6, 230:12, 230:20, 235:23, 247:8, 248:18, 261:10, 300:4, 310:9, 315:15, 318:12
**ALSO** [1] - 3:18
**always** [3] - 89:19, 90:7, 269:3
**am** [7] - 10:20, 52:21, 241:16, 315:4, 318:3, 323:14, 323:17
**ambulance** [21] - 17:16, 17:19, 17:21, 123:5, 136:12, 136:19, 136:24, 137:2, 137:3, 137:6, 137:17, 138:6, 163:16, 163:21, 171:14, 240:13, 250:6, 250:9, 250:14, 251:12, 258:7
**amount** [2] - 65:7, 235:13
**amounts** [1] - 184:19
**AND** [2] - 4:5, 4:20
**AND/OR** [2] - 322:8, 322:9

**angry** [5] - 229:19, 311:25, 312:3, 312:4, 312:5
**another** [12] - 46:18, 70:19, 92:17, 95:8, 110:2, 114:20, 118:3, 119:20, 149:8, 215:2, 228:23, 252:20
**answer** [131] - 7:7, 7:8, 7:11, 8:6, 8:9, 15:2, 15:24, 16:4, 19:16, 21:2, 23:23, 24:6, 30:8, 30:22, 31:15, 33:15, 37:16, 38:15, 40:15, 40:20, 44:18, 45:9, 47:16, 49:5, 50:23, 52:16, 53:22, 54:8, 55:7, 56:6, 56:14, 57:11, 59:6, 64:2, 64:16, 64:22, 65:5, 65:14, 66:21, 69:12, 70:22, 71:2, 71:10, 72:17, 74:18, 75:4, 75:18, 76:2, 76:15, 76:20, 77:9, 81:2, 84:19, 89:22, 90:4, 90:18, 92:7, 106:14, 107:6, 109:20, 110:5, 110:25, 115:13, 119:7, 123:9, 125:22, 126:23, 127:4, 129:6, 129:20, 133:19, 135:12, 139:19, 140:13, 144:12, 145:14, 146:14, 158:11, 160:22, 162:7, 162:18, 163:4, 163:13, 170:24, 172:18, 173:19, 176:2, 176:18, 177:14, 181:10, 189:11, 191:13, 193:13, 199:24, 200:19, 202:12, 202:20, 209:14, 209:25, 210:9, 210:11, 212:24, 214:9, 217:7, 218:9, 218:17, 219:7, 220:15, 224:9, 224:17, 225:25, 227:15, 231:10, 237:11, 250:16, 250:24, 257:9, 260:19, 270:12, 275:3, 276:20, 280:18, 290:11, 291:13, 297:6, 302:14, 307:19, 310:5, 315:23, 317:8, 317:17
**answered** [3] - 46:13, 179:17, 253:22
**answers** [1] - 7:6
**anthony** [1] - 19:2
**anti** [5] - 77:17, 77:20, 78:2, 78:5, 189:25
**anti-crime** [5] - 77:17, 77:20, 78:2, 78:5, 189:25
**any** [138] - 7:24, 8:18, 8:23, 9:2, 9:6, 9:9, 9:12, 9:15, 10:12, 18:12, 21:16, 22:7, 22:19, 22:22, 22:25, 23:18, 25:7, 27:7, 27:25, 28:6, 30:25, 31:12, 32:10, 33:20, 33:25, 34:21, 34:22, 35:9,

35:12, 37:4, 37:5, 37:13, 42:17, 44:4, 44:12, 45:5, 45:6, 45:12, 45:19, 46:18, 47:8, 49:2, 54:15, 55:18, 56:9, 60:16, 62:2, 64:5, 64:24, 65:6, 66:17, 74:8, 74:15, 77:4, 81:21, 81:22, 85:24, 90:12, 93:21, 101:9, 101:14, 105:20, 106:6, 108:15, 108:22, 113:2, 114:6, 114:13, 115:9, 115:10, 117:2, 117:12, 119:11, 121:15, 123:13, 124:3, 124:11, 124:19, 125:9, 127:6, 127:20, 129:25, 130:9, 132:23, 136:9, 137:9, 140:15, 142:19, 144:9, 154:4, 155:14, 157:15, 157:23, 161:17, 163:9, 164:16, 166:8, 167:6, 169:10, 174:21, 185:19, 186:24, 191:3, 192:13, 194:2, 194:6, 196:9, 202:9, 204:8, 209:18, 211:20, 211:21, 214:6, 242:8, 255:13, 255:17, 258:21, 258:24, 259:13, 263:7, 264:15, 265:16, 268:9, 271:18, 272:23, 274:8, 285:15, 301:20, 305:13, 306:19, 307:3, 307:4, 309:4, 310:14, 312:13, 318:9, 323:15
**anybody** [1] - 20:15
**anymore** [3] - 36:6, 93:21, 129:3
**anyone** [17] - 4:11, 22:17, 23:15, 44:21, 44:22, 54:14, 57:6, 61:2, 76:11, 80:14, 124:15, 175:7, 175:23, 175:24, 246:18, 255:4, 274:15
**anything** [41] - 24:17, 47:10, 53:7, 60:7, 60:11, 61:17, 84:23, 96:21, 100:11, 100:22, 113:12, 113:20, 115:6, 116:23, 117:9, 121:2, 136:13, 142:20, 143:21, 145:25, 155:10, 157:20, 161:18, 170:17, 170:18, 171:20, 182:22, 185:4, 188:6, 197:19, 230:8, 255:4, 272:10, 288:22, 291:4, 291:6, 294:4, 299:16, 303:21, 317:5, 317:14
**anyway** [1] - 231:18
**anywhere** [9] - 168:3, 209:17, 249:10, 262:7, 267:8, 309:6, 313:21, 313:24, 314:3

**AO** [4] - 215:20, 215:25, 226:17, 238:8
**APB** [1] - 199:2
**apologize** [6] - 73:2, 193:20, 221:9, 249:15, 279:25, 313:9
**appear** [8] - 91:23, 168:10, 168:25, 169:9, 192:17, 229:17, 274:21, 306:18
**appears** [2] - 249:2, 306:23
**applied** [4] - 35:7, 35:20, 75:23, 170:17
**applies** [2] - 70:3, 70:9
**apply** [3] - 35:9, 35:16, 72:5
**appointment** [1] - 35:4
**appreciate** [2] - 26:9, 289:14
**apprehend** [1] - 144:10
**apprehended** [2] - 73:13, 200:15
**apprehension** [1] - 317:13
**approach** [1] - 120:13
**approached** [2] - 47:2, 120:5
**appropriate** [5] - 55:4, 109:3, 109:16, 123:4, 123:11
**approved** [1] - 232:15
**approving** [1] - 232:16
**approximate** [2] - 28:17, 212:12
**approximately** [38] - 13:6, 15:21, 28:20, 29:14, 34:6, 34:8, 37:7, 38:9, 39:8, 42:23, 45:24, 46:3, 58:3, 58:5, 82:9, 82:11, 82:19, 83:4, 85:4, 85:20, 86:3, 92:13, 96:14, 98:17, 104:19, 105:5, 105:24, 106:3, 106:23, 109:11, 109:14, 121:11, 123:15, 123:20, 149:17, 150:21, 180:20, 227:20
**approximation** [1] - 159:16
**April** [2] - 77:21, 77:23
**are** [63] - 1:12, 3:14, 4:21, 5:2, 9:2, 10:4, 21:6, 35:2, 40:17, 62:22, 65:24, 66:6, 68:6, 82:25, 83:9, 83:13, 83:14, 84:20, 87:15, 88:7, 89:18, 91:18, 102:16, 107:2, 111:19, 142:14, 147:6, 180:24, 207:22, 207:23, 214:2, 214:10, 219:2, 225:8, 227:16, 239:21, 248:19, 249:20, 251:15, 252:8, 256:3, 256:5, 259:20, 269:9, 269:20, 278:22, 285:20, 293:15, 297:20, 298:13, 300:16, 300:17, 300:18, 303:4, 303:16, 307:14, 307:15, 311:4, 315:7, 316:7,

318:7, 318:23

**area** [11] - 72:3, 124:4, 182:25, 183:9, 190:5, 195:2, 214:7, 217:22, 232:2, 234:4, 275:20

**arm** [21] - 114:25, 115:3, 135:15, 167:8, 167:11, 167:16, 167:18, 226:21, 228:17, 228:22, 230:11, 238:11, 250:19, 254:2, 257:6, 257:16, 257:18, 281:3, 281:4, 309:14

**arms** [7] - 206:3, 228:2, 228:3, 309:11, 310:3, 310:9

**around** [14] - 35:19, 39:16, 97:20, 97:23, 101:24, 107:14, 113:8, 148:24, 168:15, 229:5, 294:24, 311:17, 314:16, 314:18

**arrangement** [1] - 176:24

**arrest** [54] - 24:8, 24:14, 25:6, 26:13, 26:17, 56:21, 82:7, 112:7, 114:19, 116:21, 120:9, 125:7, 129:9, 145:3, 146:6, 174:3, 174:4, 174:15, 178:15, 183:21, 186:18, 186:25, 187:17, 188:8, 189:14, 191:9, 206:2, 206:3, 209:11, 211:21, 221:20, 221:23, 222:17, 223:9, 224:3, 225:23, 226:20, 228:7, 229:9, 232:25, 233:3, 235:2, 238:16, 244:2, 244:3, 279:12, 279:17, 280:11, 280:12, 280:23, 281:10, 282:11, 317:13

**Arrest** [1] - 321:12

**arrested** [8] - 42:11, 205:23, 209:3, 215:23, 216:7, 217:2, 217:3, 217:12

**arrestee** [1] - 118:10

**arresting** [8] - 46:15, 112:9, 215:20, 232:3, 234:5, 234:6, 258:19, 281:13

**arrests** [3] - 81:23, 81:25, 82:9

**arrive** [4] - 29:22, 116:4, 117:13, 151:24

**arrived** [4] - 116:6, 138:14, 163:17, 163:21

**as** [127] - 1:11, 3:13, 4:12, 4:15, 4:21, 6:7, 6:10, 13:25, 14:21, 15:9, 16:25, 24:20, 26:3, 27:25, 39:23, 39:24, 45:11, 46:11, 52:3, 53:17, 58:8, 62:16, 63:4, 63:14, 67:19, 67:24, 68:2, 75:7, 80:3, 82:21, 89:12, 98:21, 105:20, 106:5, 106:17, 107:12, 107:14, 110:19,

118:13, 124:7, 140:16, 140:18, 144:13, 157:10, 161:15, 202:13, 202:14, 202:15, 202:16, 203:15, 204:11, 204:15, 204:16, 206:11, 206:23, 207:2, 207:4, 207:22, 221:18, 221:23, 221:25, 225:20, 232:23, 233:3, 233:5, 240:22, 241:3, 241:6, 241:7, 242:22, 242:25, 243:3, 245:19, 248:9, 248:11, 248:13, 253:19, 255:21, 256:2, 256:7, 256:9, 259:19, 259:24, 260:2, 263:17, 263:21, 263:22, 273:4, 273:9, 273:10, 277:2, 277:7, 277:8, 278:9, 278:13, 278:14, 283:7, 283:9, 283:10, 285:19, 285:22, 285:24, 297:20, 298:15, 299:4, 301:16, 306:17, 308:21, 310:12, 310:15, 315:25

**Asian** [1] - 95:15

**aside** [23] - 14:11, 22:24, 27:5, 27:23, 28:4, 33:21, 35:10, 44:9, 45:18, 61:3, 61:14, 74:13, 77:3, 79:18, 80:15, 81:22, 82:4, 117:13, 207:12, 211:19, 222:11, 267:7, 274:5

**ask** [47] - 7:6, 8:6, 30:22, 36:21, 52:11, 57:6, 62:11, 63:2, 64:8, 68:11, 69:25, 72:9, 74:11, 89:14, 96:6, 114:4, 114:9, 117:2, 122:20, 122:24, 129:22, 129:25, 131:13, 136:3, 149:11, 159:17, 167:4, 169:21, 170:3, 170:4, 171:8, 172:21, 173:2, 175:23, 183:11, 188:17, 188:20, 189:6, 191:17, 218:22, 225:17, 229:10, 246:18, 248:21, 251:11, 272:23, 300:11

**asked** [18] - 17:2, 26:4, 57:16, 89:9, 133:3, 136:5, 155:13, 166:8, 170:20, 203:10, 203:25, 205:20, 227:11, 246:13, 261:19, 270:4, 290:21, 316:6

**asking** [12] - 6:22, 22:5, 65:17, 66:14, 124:11, 168:15, 171:13, 227:16, 259:12, 273:21, 289:2, 291:22

**asks** [1] - 240:6

**assigned** [2] - 37:21, 41:9

**assignment** [12] - 11:7,

36:9, 37:18, 38:13, 39:21, 40:3, 41:20, 77:10, 78:17, 79:2, 79:18, 86:13

**assistance** [2] - 240:7, 240:11

**associate's** [1] - 34:12

**assume** [8] - 7:21, 177:4, 208:15, 212:21, 225:5, 291:20, 295:6, 315:5

**assumed** [1] - 170:8

**assuming** [1] - 201:19

**Astoria** [1] - 235:23

**at** [422] - 2:9, 5:10, 7:24, 9:21, 13:19, 13:20, 14:3, 15:4, 16:13, 16:21, 17:12, 18:3, 19:4, 19:6, 19:19, 19:24, 21:10, 22:25, 23:18, 24:11, 26:20, 26:23, 27:7, 29:6, 29:22, 30:4, 32:3, 32:6, 32:10, 35:25, 36:12, 36:25, 37:5, 37:10, 37:19, 38:25, 39:9, 43:2, 49:6, 49:14, 51:16, 51:22, 52:5, 54:10, 54:12, 54:21, 55:2, 55:10, 55:11, 55:12, 56:18, 56:20, 62:2, 62:7, 68:13, 69:16, 71:13, 73:2, 73:24, 74:15, 79:3, 82:18, 82:25, 83:3, 84:11, 87:19, 88:4, 88:8, 94:4, 98:25, 99:3, 99:12, 100:8, 101:6, 101:7, 101:10, 101:11, 101:14, 101:23, 102:2, 103:11, 106:6, 106:19, 107:15, 108:6, 108:7, 108:8, 108:14, 108:22, 109:22, 110:6, 110:18, 111:10, 111:11, 111:19, 112:9, 112:12, 112:14, 113:2, 113:11, 113:13, 113:20, 114:3, 114:14, 114:16, 114:18, 114:22, 114:23, 115:3, 115:5, 115:10, 116:21, 117:5, 117:6, 118:25, 119:19, 120:4, 120:5, 120:11, 121:25, 122:11, 125:4, 125:9, 126:14, 127:6, 128:21, 130:10, 131:10, 131:25, 132:2, 132:20, 135:10, 135:19, 136:6, 137:2, 137:13, 138:6, 139:7, 140:15, 140:20, 140:22, 140:23, 142:5, 142:18, 145:5, 148:17, 148:25, 153:13, 155:25, 156:8, 156:21, 157:2, 157:14, 158:13, 159:5, 159:18, 159:21, 159:25, 160:20, 160:24, 161:11, 161:19, 162:9, 162:15, 162:22,

163:17, 163:20, 164:4, 164:10, 164:20, 165:2, 165:11, 165:18, 165:25, 166:14, 167:7, 168:6, 168:18, 169:10, 171:9, 171:19, 171:20, 173:8, 173:12, 174:17, 174:21, 174:24, 177:7, 177:15, 177:24, 178:24, 179:7, 180:9, 180:11, 180:25, 182:14, 183:21, 184:2, 185:2, 185:13, 185:18, 185:24, 187:6, 187:13, 189:5, 189:25, 190:8, 190:20, 191:3, 191:8, 194:4, 194:5, 194:12, 194:13, 194:23, 194:24, 195:7, 195:14, 195:15, 195:16, 195:24, 198:3, 198:5, 198:16, 199:12, 199:14, 200:9, 201:17, 202:21, 203:7, 204:19, 205:12, 205:16, 205:18, 206:15, 207:6, 208:10, 209:3, 209:5, 209:11, 210:20, 211:12, 211:15, 211:16, 213:3, 213:22, 220:2, 220:6, 220:19, 222:4, 222:15, 223:13, 223:20, 225:9, 225:20, 225:21, 226:10, 226:13, 228:20, 229:8, 229:19, 230:21, 230:22, 230:23, 232:20, 233:10, 235:6, 235:21, 235:25, 237:24, 237:25, 238:4, 238:5, 239:2, 240:4, 240:15, 241:13, 242:6, 242:12, 243:11, 246:3, 246:14, 246:19, 247:9, 248:22, 249:3, 249:9, 252:11, 255:11, 255:14, 256:4, 256:15, 257:4, 257:7, 257:10, 257:21, 257:22, 257:23, 257:25, 258:3, 258:6, 258:12, 258:16, 259:7, 260:5, 260:9, 261:4, 261:21, 264:12, 264:18, 265:19, 266:17, 269:15, 269:20, 273:13, 277:10, 277:20, 278:5, 278:16, 278:20, 278:21, 280:10, 280:22, 281:9, 281:12, 283:13, 283:21, 284:11, 284:21, 284:22, 286:4, 286:16, 286:18, 287:2, 287:5, 287:24, 288:5, 289:12, 289:16, 289:21, 290:4, 290:6, 290:12, 290:18, 290:25, 292:22, 292:23, 293:3, 293:6, 293:24, 294:14, 294:15,

294:20, 295:2, 295:5, 298:19, 298:22, 299:13, 299:20, 299:25, 300:10, 300:14, 300:24, 301:5, 301:10, 301:13, 301:17, 301:22, 302:3, 302:16, 303:15, 303:21, 303:24, 304:2, 304:4, 304:10, 304:21, 304:25, 305:17, 306:8, 306:18, 307:2, 307:5, 307:6, 307:9, 307:14, 307:25, 308:13, 308:20, 309:5, 310:10, 310:21, 311:3, 311:4, 312:14, 312:17, 312:22, 313:6, 313:10, 314:12, 314:20, 314:23, 314:25, 315:7, 315:18, 316:22, 318:5, 319:2, 320:10

**At** [1] - 215:18
**attached** [1] - 279:15
**attention** [18] - 55:18, 107:11, 109:4, 109:8, 109:23, 144:19, 156:10, 156:12, 158:16, 160:9, 223:12, 245:15, 245:22, 246:15, 247:3, 247:15, 303:7, 303:10
**attorney** [6] - 21:24, 27:6, 27:12, 273:24, 274:3, 300:5
**attorney's** [1] - 314:13
**attorneys** [10] - 8:2, 21:21, 22:8, 22:12, 22:25, 25:13, 26:11, 61:3, 210:7, 274:6
**Attorneys** [2] - 3:4, 3:10
**August** [21] - 47:25, 48:11, 48:17, 68:8, 76:13, 79:9, 81:18, 141:23, 142:2, 195:11, 205:10, 206:9, 206:13, 233:24, 256:25, 264:21, 267:16, 272:21, 273:7, 276:18, 317:4
**august** [1] - 206:9
**Authority** [3] - 35:13, 35:14, 35:17
**authorized** [1] - 4:11
**Avenue** [29] - 82:20, 83:6, 87:13, 87:20, 87:23, 88:15, 91:13, 97:25, 98:4, 98:6, 98:14, 101:12, 103:20, 104:8, 105:25, 106:6, 106:11, 106:18, 107:13, 130:20, 139:10, 149:2, 156:7, 159:23, 187:15, 194:16, 205:17, 300:14
**aware** [2] - 10:4, 298:14
**away** [53] - 11:22, 17:4, 17:22, 51:18, 51:19, 75:10, 82:19, 83:4, 83:5, 84:8, 92:21, 93:5, 93:9, 94:4,

96:16, 97:20, 97:21, 98:19, 99:24, 101:19, 101:24, 106:17, 106:20, 106:23, 107:2, 108:8, 109:16, 116:18, 124:24, 127:14, 128:9, 137:25, 138:22, 143:6, 143:20, 143:23, 144:16, 159:14, 162:10, 167:5, 202:7, 215:19, 218:14, 226:16, 226:17, 228:5, 238:8, 252:12, 296:2, 306:5, 309:2, 310:24, 315:3

## B

**B** [3] - 71:23, 74:4, 321:2
**b/s/h/a** [1] - 2:6
**baby** [1] - 78:7
**back** [103] - 16:19, 16:24, 17:4, 18:6, 19:23, 20:11, 25:23, 26:10, 26:21, 47:2, 53:17, 76:7, 78:3, 78:13, 95:20, 96:8, 98:14, 100:9, 100:22, 115:22, 116:11, 116:12, 117:25, 118:6, 123:17, 124:2, 125:6, 125:18, 125:19, 128:11, 128:14, 128:16, 128:19, 130:13, 130:15, 130:18, 130:21, 133:7, 133:13, 133:21, 134:2, 134:6, 134:14, 145:4, 147:15, 149:11, 151:8, 154:18, 155:13, 155:18, 162:22, 167:16, 167:20, 179:13, 179:20, 179:21, 180:6, 180:12, 180:16, 180:21, 182:16, 182:22, 182:23, 184:4, 186:3, 187:15, 191:14, 191:18, 191:21, 191:22, 193:9, 195:4, 208:5, 208:7, 208:10, 216:22, 217:4, 228:14, 228:15, 230:25, 233:25, 237:22, 240:14, 246:7, 249:16, 278:22, 281:21, 281:23, 282:2, 287:11, 287:12, 289:8, 289:15, 292:7, 297:16, 301:5, 301:7, 304:13, 308:18, 313:23, 314:7, 317:3
**Back** [3] - 181:22, 237:19, 264:9
**backed** [1] - 310:23
**backing** [4] - 19:20, 189:9, 189:12, 189:21
**backpack** [33] - 125:11, 125:13, 125:17, 125:25, 126:4, 126:7, 126:11, 126:17, 127:7, 127:17, 127:20, 127:24, 128:4,

164:20, 164:25, 165:11, 165:21, 181:2, 181:5, 181:6, 182:4, 182:7, 183:7, 183:13, 184:14, 185:5, 206:7, 226:23, 238:20, 315:21, 316:2, 316:10, 316:14
**backtrack** [1] - 165:6
**backup** [1] - 16:22
**backyard** [5] - 16:20, 190:6, 190:18, 190:20, 190:25
**bad** [3] - 152:18, 213:20, 291:8
**bag** [23] - 27:10, 27:16, 165:23, 165:24, 174:9, 174:13, 182:21, 184:19, 184:25, 185:14, 226:22, 238:13, 289:20, 289:21, 290:3, 290:17, 290:25, 291:3, 291:5, 292:23, 293:3, 293:6
**bags** [2] - 187:20, 206:6
**balance** [1] - 169:10
**bandages** [1] - 170:18
**bar** [5] - 119:21, 119:23, 147:21, 148:6, 154:15
**BAREE** [1] - 3:6
**baree** [1] - 5:21
**Baree** [1] - 6:20
**barrier** [2] - 43:16, 118:9
**base** [1] - 159:15
**based** [5] - 5:7, 177:15, 177:17, 224:24, 275:23
**Basically** [1] - 138:24
**basically** [15] - 40:24, 78:23, 79:23, 91:18, 96:10, 128:23, 146:4, 180:20, 217:12, 217:16, 219:19, 228:3, 231:4, 311:3, 313:10
**basis** [1] - 282:10
**Bate** [3] - 239:4, 256:5, 263:19
**bathroom** [3] - 8:3, 263:25, 291:7
**be** [79] - 4:8, 4:10, 4:14, 6:22, 8:16, 8:22, 10:13, 12:25, 13:10, 21:12, 30:4, 31:25, 36:21, 39:16, 58:7, 62:12, 66:15, 73:9, 80:19, 80:22, 80:23, 81:11, 81:12, 91:23, 100:9, 109:16, 118:8, 123:4, 132:9, 141:14, 141:15, 141:16, 162:10, 172:4, 173:12, 175:24, 192:3, 196:4, 196:23, 197:15, 199:6, 200:11, 210:16, 214:12, 218:19, 218:20, 219:14, 220:10, 226:21, 229:17, 229:23, 235:20, 236:11, 236:13, 236:19, 238:11, 249:2,

252:19, 261:15, 267:8, 267:9, 270:22, 271:19, 272:7, 278:25, 281:6, 292:3, 299:13, 300:20, 302:24, 306:18, 306:23, 310:10, 310:15, 311:9, 313:12, 317:18, 318:7
**beat** [1] - 232:10
**became** [2] - 29:7, 29:14
**because** [52] - 7:4, 27:18, 51:15, 60:6, 60:8, 64:19, 76:7, 93:24, 95:9, 95:18, 109:7, 118:19, 123:12, 131:2, 144:6, 159:21, 161:4, 172:16, 182:9, 183:4, 189:24, 190:22, 194:18, 195:13, 195:18, 196:23, 196:25, 201:16, 210:17, 212:15, 214:20, 217:3, 219:11, 222:23, 228:24, 231:6, 232:18, 236:15, 238:23, 240:17, 245:12, 249:16, 253:25, 269:4, 279:21, 284:5, 305:9, 307:22, 310:22, 310:23, 312:20, 314:5
**become** [2] - 29:11, 46:14
**been** [49] - 6:8, 12:14, 27:25, 28:5, 28:9, 33:20, 34:21, 35:19, 37:10, 37:13, 42:4, 42:10, 42:13, 42:16, 45:21, 46:17, 52:8, 55:4, 58:7, 66:17, 66:18, 74:12, 74:14, 75:15, 75:24, 76:11, 77:4, 78:14, 113:25, 119:10, 141:18, 145:9, 162:4, 174:18, 175:21, 202:24, 210:6, 217:22, 228:7, 246:3, 247:9, 253:23, 257:5, 257:14, 257:18, 269:3, 286:11, 287:19, 320:4
**before** [71] - 2:11, 4:11, 4:13, 6:23, 7:7, 8:7, 12:22, 13:8, 14:6, 17:23, 22:6, 23:10, 27:11, 29:7, 29:14, 29:16, 52:18, 68:16, 68:25, 81:4, 85:13, 85:18, 87:2, 88:11, 96:21, 98:18, 101:15, 106:2, 108:3, 108:7, 108:8, 108:11, 108:19, 113:3, 127:13, 137:17, 141:11, 141:19, 141:23, 163:16, 163:20, 180:21, 181:13, 204:23, 207:10, 222:9, 225:15, 227:11, 227:17, 233:15, 241:18, 241:25, 243:15, 250:5, 251:19, 253:6, 256:17, 264:16, 267:2, 273:17, 277:15, 279:5, 283:17, 286:8,

286:13, 287:15, 291:7, 299:20, 301:7, 313:16, 320:18
  **beg** [1] - 287:14
  **beginning** [4] - 111:19, 294:15, 316:23, 318:5
  **behalf** [1] - 5:9
  **behind** [6] - 19:14, 19:23, 107:2, 107:19, 139:13, 159:22
  **being** [16] - 1:11, 3:13, 5:10, 36:22, 46:9, 58:11, 60:8, 127:7, 134:17, 165:9, 166:17, 171:25, 206:17, 247:9, 272:9, 315:2
  **belief** [1] - 139:15
  **believable** [1] - 58:8
  **believe** [23] - 18:6, 107:17, 140:9, 163:10, 164:4, 198:11, 199:21, 200:2, 200:6, 201:4, 201:8, 204:6, 212:14, 230:16, 250:7, 261:4, 263:11, 276:6, 276:9, 276:12, 285:2, 285:5, 293:13
  **belongings** [1] - 125:9
  **belongs** [1] - 164:25
  **below** [3] - 215:2, 215:15, 252:24
  **belts** [3] - 268:25, 269:4, 269:10
  **Bergman** [2] - 5:23, 22:15
  **BERGMAN** [159] - 3:15, 14:24, 15:23, 16:3, 19:15, 20:25, 21:15, 22:14, 23:22, 24:5, 24:19, 25:16, 25:25, 30:7, 30:21, 31:14, 33:14, 37:15, 40:14, 40:19, 44:17, 45:8, 47:15, 49:4, 50:22, 52:15, 53:21, 54:7, 55:6, 56:5, 56:13, 57:10, 59:5, 62:11, 63:25, 64:15, 65:13, 65:24, 66:4, 66:20, 68:19, 69:11, 70:21, 70:25, 71:9, 72:16, 74:17, 75:3, 75:17, 75:25, 76:14, 76:19, 77:8, 80:25, 84:18, 89:21, 90:3, 90:17, 92:6, 93:12, 106:13, 107:5, 109:19, 110:4, 110:24, 115:12, 119:6, 123:8, 125:21, 126:22, 127:3, 129:5, 129:19, 133:18, 135:11, 139:18, 140:12, 144:11, 145:13, 146:13, 147:5, 147:17, 154:11, 158:10, 160:21, 162:6, 162:17, 163:3, 163:12, 168:20, 170:23, 172:17, 173:18, 175:25, 176:17, 177:13, 181:9, 181:15, 189:10, 191:12,

193:12, 199:23, 200:18, 202:11, 202:19, 203:23, 209:13, 209:24, 210:8, 212:23, 214:8, 217:6, 217:24, 218:8, 218:16, 219:6, 220:9, 220:12, 220:14, 224:8, 224:16, 225:24, 227:14, 231:9, 237:5, 237:9, 240:24, 241:10, 242:18, 247:11, 250:15, 250:23, 257:8, 260:19, 263:10, 270:11, 271:16, 272:14, 273:5, 273:23, 274:2, 275:2, 276:19, 278:10, 279:20, 279:24, 280:17, 290:10, 291:12, 293:11, 297:5, 302:13, 307:18, 308:8, 310:4, 315:22, 317:7, 317:16, 318:16
  **beside** [2] - 204:24, 244:15
  **best** [2] - 8:10, 229:23
  **better** [6] - 52:12, 79:6, 191:17, 249:16, 315:15
  **between** [14] - 4:6, 16:23, 85:14, 105:10, 118:9, 149:5, 150:19, 151:3, 153:17, 294:23, 295:7, 295:9, 307:4, 315:11
  **bicycle** [28] - 72:7, 72:12, 74:16, 109:4, 109:12, 119:10, 139:25, 143:24, 147:22, 148:5, 157:16, 158:17, 158:21, 158:25, 160:13, 160:16, 160:19, 172:23, 200:6, 201:21, 212:21, 212:25, 214:22, 231:18, 260:15, 271:23, 274:12, 284:13
  **bicycles** [3] - 40:25, 70:4, 79:24
  **bicyclist** [31] - 63:22, 63:23, 74:16, 86:9, 86:11, 86:14, 87:16, 88:18, 89:16, 92:23, 93:3, 93:16, 96:22, 97:2, 97:12, 97:19, 109:17, 130:14, 130:24, 143:7, 154:21, 191:10, 191:17, 192:2, 213:19, 215:19, 215:22, 216:7, 217:12, 218:7, 218:15
  **bicyclists** [6] - 87:21, 91:17, 91:21, 92:14, 92:19, 97:4
  **bike** [82] - 25:4, 26:18, 59:15, 64:12, 64:14, 65:3, 74:14, 74:25, 79:19, 79:20, 88:22, 89:15, 90:13, 96:12, 97:24, 101:2, 104:20, 106:2, 106:23, 107:4, 107:10,

110:7, 110:15, 110:17, 110:22, 111:24, 118:25, 123:6, 138:4, 138:21, 138:24, 139:5, 140:10, 142:13, 143:10, 143:15, 143:17, 144:23, 146:8, 156:23, 160:19, 160:24, 160:25, 161:3, 161:5, 161:9, 161:13, 162:5, 177:8, 178:14, 187:13, 191:14, 203:20, 205:21, 205:22, 208:23, 219:14, 226:11, 226:15, 226:19, 229:22, 231:7, 238:2, 238:7, 238:10, 252:12, 256:25, 261:6, 261:25, 262:10, 264:20, 264:24, 266:24, 269:12, 271:4, 271:11, 272:7, 283:2, 301:2, 301:13, 301:19, 306:8
  **bikes** [1] - 71:8
  **biking** [2] - 107:15, 203:2
  **birth** [1] - 244:23
  **birthday** [1] - 244:13
  **bit** [12] - 76:8, 98:2, 149:11, 171:22, 226:25, 228:4, 229:5, 289:9, 301:5, 301:7, 302:23, 307:17
  **black** [2] - 95:15, 304:17
  **blackout** [1] - 204:24
  **blank** [3] - 217:21, 255:5, 255:6
  **bleeding** [2] - 167:23, 167:25
  **block** [12] - 16:17, 88:14, 90:10, 104:15, 104:16, 104:17, 105:11, 105:14, 111:12, 111:20, 149:3, 178:13
  **blocked** [2] - 283:3, 310:22
  **blood** [2] - 154:4, 323:16
  **blue** [5] - 301:24, 302:6, 302:12, 305:24, 317:2
  **body** [12] - 113:8, 125:18, 152:24, 168:15, 228:14, 228:25, 230:10, 262:11, 281:5, 308:18, 309:2, 309:15
  **boned** [1] - 29:21
  **bones** [1] - 30:25
  **book** [15] - 24:11, 116:21, 142:9, 142:10, 204:12, 204:15, 209:17, 210:19, 211:20, 224:14, 225:11, 225:19, 225:22, 267:8, 321:9
  **Booking** [2] - 182:10, 184:12
  **booking** [1] - 232:24
  **booth** [2] - 43:13, 43:19
  **both** [9] - 68:9, 68:10, 100:4, 219:18, 219:20, 219:22, 230:20, 248:19,

299:12
  **bottom** [8] - 198:3, 223:13, 223:21, 237:24, 249:4, 255:16, 269:16, 289:16
  **Box** [1] - 212:6
  **box** [13] - 212:14, 214:10, 214:14, 215:2, 234:6, 239:8, 239:9, 246:25, 247:18, 253:7, 253:14, 254:6
  **boxes** [7] - 213:25, 214:7, 220:22, 221:3, 281:2, 282:8, 282:19
  **brace** [1] - 170:17
  **brakes** [1] - 89:16
  **break** [13] - 7:25, 8:7, 25:17, 30:25, 147:6, 147:8, 147:10, 287:13, 294:23, 295:4, 295:5, 295:15, 295:17
  **brief** [1] - 275:13
  **briefly** [1] - 313:23
  **bring** [2] - 55:18, 182:12
  **bringing** [1] - 60:22
  **broken** [3] - 140:23, 141:22, 142:4
  **Brooklyn** [1] - 5:7
  **brought** [1] - 246:7
  **buds** [1] - 139:4
  **bumper** [4] - 212:15, 212:17, 212:20, 260:12
  **burglary** [1] - 16:21
  **business** [1] - 6:16
  **busy** [1] - 230:22
  **but** [81] - 14:25, 20:13, 27:15, 28:20, 29:4, 30:22, 32:18, 33:15, 35:24, 49:22, 50:2, 50:18, 57:23, 60:7, 64:5, 66:16, 68:9, 71:7, 88:13, 108:18, 108:21, 113:22, 115:5, 117:24, 123:24, 134:25, 151:13, 152:22, 153:16, 158:7, 159:8, 161:2, 161:8, 162:3, 162:11, 162:21, 166:11, 168:17, 170:7, 175:10, 178:3, 180:12, 197:16, 201:18, 203:6, 203:25, 211:13, 214:17, 217:17, 218:22, 219:18, 220:2, 220:7, 221:11, 229:4, 229:15, 235:12, 236:10, 238:19, 238:23, 239:19, 241:25, 250:10, 250:11, 261:18, 263:11, 266:2, 275:2, 291:19, 292:11, 294:3, 301:7, 303:25, 305:16, 308:17, 309:8, 312:10, 312:21, 313:10, 313:11, 318:6
  **button** [1] - 43:15
  **by** [94] - 2:7, 4:5, 4:10, 4:16,

6:8, 22:14, 25:25, 30:4,
41:11, 44:19, 44:21, 44:22,
46:23, 49:9, 50:11, 58:8,
60:19, 61:24, 63:12, 68:2,
71:20, 72:20, 76:11, 76:23,
87:20, 95:7, 99:4, 106:22,
110:13, 118:15, 126:24,
132:9, 133:3, 146:16,
146:19, 146:23, 147:2,
147:17, 158:20, 158:24,
159:6, 161:18, 167:15,
183:22, 187:12, 194:11,
196:23, 204:17, 205:15,
206:17, 207:4, 212:11,
212:14, 212:17, 213:20,
215:24, 221:25, 223:14,
228:2, 233:5, 236:3, 236:7,
241:8, 243:3, 248:13, 256:9,
260:2, 260:11, 263:23,
273:11, 273:24, 274:3,
277:8, 278:15, 281:7, 282:2,
283:11, 284:20, 285:24,
295:10, 295:11, 298:11,
298:23, 306:11, 306:13,
307:23, 310:18, 312:25,
317:10, 320:10, 321:23,
323:13, 323:16
**BY** [4] - 3:6, 3:15, 6:11,
322:4

# C

**C** [7] - 3:2, 41:25, 71:24,
74:5, 320:2, 323:2
**C-H-A-F-F-E-R** [1] - 41:25
**cage** [4] - 118:7, 118:8,
118:19, 118:20
**call** [19] - 17:4, 123:4,
136:18, 136:23, 136:25,
137:3, 138:6, 146:11,
182:13, 200:21, 200:24,
201:3, 203:19, 225:5,
236:16, 250:13, 251:12,
263:6
**called** [25] - 6:7, 17:16,
50:5, 50:11, 50:17, 50:18,
115:20, 136:11, 137:6,
145:22, 174:25, 175:4,
193:19, 197:6, 239:8, 239:9,
240:13, 248:19, 250:8,
250:10, 250:11, 250:12,
258:7, 269:22, 269:23
**calling** [1] - 178:24
**came** [18] - 16:23, 110:8,
133:6, 137:17, 145:10,
153:19, 154:20, 175:11,
179:13, 180:21, 186:3,
188:12, 190:15, 190:25,
212:21, 213:9, 233:25,
295:25
**camera** [1] - 268:8

**can** [163] - 7:12, 15:2,
15:24, 16:4, 19:16, 21:2,
24:17, 30:8, 30:22, 31:15,
33:15, 33:16, 37:16, 40:15,
40:20, 44:18, 45:9, 47:16,
49:5, 50:23, 52:16, 53:22,
54:8, 55:7, 56:6, 56:14,
57:11, 59:6, 63:15, 64:2,
64:16, 65:10, 65:14, 65:20,
66:21, 67:19, 69:12, 70:22,
71:2, 71:10, 71:13, 71:21,
72:17, 74:2, 74:18, 75:4,
75:7, 75:18, 76:2, 76:6,
76:15, 76:20, 77:9, 81:2,
82:22, 84:19, 89:22, 90:4,
90:18, 92:7, 106:14, 107:6,
109:20, 110:5, 110:25,
115:13, 119:7, 123:9,
125:22, 126:23, 127:4,
129:6, 129:20, 133:19,
135:12, 139:19, 140:13,
144:9, 144:12, 145:14,
146:14, 157:5, 158:11,
160:22, 162:7, 162:18,
163:4, 163:13, 170:24,
172:18, 173:19, 176:2,
176:18, 177:14, 181:10,
181:15, 182:13, 184:24,
189:11, 191:13, 193:13,
196:25, 199:11, 199:24,
200:19, 202:12, 202:20,
204:10, 206:22, 209:14,
209:25, 210:9, 212:24,
214:9, 217:7, 218:9, 218:17,
219:7, 220:15, 221:17,
222:3, 224:9, 224:17,
225:25, 227:15, 228:17,
231:10, 232:22, 237:6,
240:21, 241:2, 248:8,
250:16, 250:24, 251:12,
251:14, 255:20, 255:25,
257:9, 263:24, 264:11,
270:12, 273:3, 276:20,
278:8, 278:23, 280:18,
281:15, 283:6, 285:18,
286:3, 290:11, 291:13,
297:6, 299:13, 302:14,
305:6, 305:7, 307:19, 310:5,
315:23, 317:8, 317:17
**Can** [5] - 25:16, 237:13,
240:25, 242:21, 259:18
**can you** [38] - 9:23, 16:9,
19:10, 28:16, 44:19, 71:17,
72:19, 73:6, 73:20, 81:3,
199:15, 205:8, 205:14,
205:24, 207:6, 212:4,
213:16, 215:17, 226:8,
237:22, 252:9, 257:16,
277:2, 277:10, 280:25,
281:23, 282:17, 287:7,
288:5, 289:19, 290:14,

294:19, 294:21, 299:14,
307:21, 314:22, 315:10,
315:15
**can't** [9] - 7:13, 7:17,
118:18, 268:7, 268:11,
269:18, 272:10, 303:25,
314:4
**cancer** [1] - 62:8
**Cantalino** [14] - 48:10,
62:4, 145:7, 145:21, 145:22,
145:25, 146:11, 171:8,
173:4, 173:10, 174:25,
232:15, 245:11, 246:9
**Cantalino's** [1] - 247:25
**capability** [1] - 72:2
**capacities** [2] - 1:11, 3:13
**caption** [1] - 5:15
**car** [149] - 16:24, 17:2, 27:2,
28:5, 28:6, 28:8, 28:14,
28:21, 29:15, 29:18, 31:10,
31:22, 31:25, 32:3, 32:12,
37:25, 59:15, 65:3, 74:16,
80:8, 83:4, 83:5, 84:8, 87:19,
89:7, 89:18, 90:11, 90:24,
91:5, 91:7, 91:8, 92:21, 93:5,
93:8, 94:4, 94:5, 94:15, 95:7,
95:18, 95:21, 95:23, 96:6,
96:8, 96:11, 96:22, 98:19,
100:3, 100:14, 100:22,
102:13, 103:24, 104:20,
106:19, 110:2, 110:8,
111:25, 112:6, 113:7, 118:7,
118:18, 118:20, 119:22,
119:24, 120:6, 120:8,
120:25, 121:5, 121:15,
121:21, 121:24, 123:7,
138:3, 138:10, 138:25,
139:17, 140:6, 140:11,
141:14, 141:15, 141:16,
141:19, 141:22, 142:5,
143:16, 147:22, 149:6,
149:24, 150:8, 150:18,
150:20, 151:6, 151:7,
151:21, 152:15, 153:4,
153:6, 154:9, 154:15, 155:3,
155:13, 155:18, 157:16,
158:16, 159:11, 171:12,
178:14, 180:4, 180:6,
180:12, 187:12, 195:7,
205:22, 213:18, 215:22,
226:18, 227:20, 227:23,
231:7, 238:9, 260:17,
261:24, 262:4, 262:15,
266:13, 267:3, 267:15,
267:17, 268:9, 269:10,
270:7, 272:8, 300:23,
301:18, 302:12, 304:14,
304:16, 304:17, 304:19,
304:25, 305:3, 305:9,
305:18, 305:24, 305:25,

310:17, 310:22, 310:23,
312:25
**card** [2] - 242:23, 242:25,
243:8, 246:2, 321:14
**cards** [1] - 246:10
**care** [2] - 199:9, 252:19
**career** [1] - 236:18
**carry** [1] - 184:11
**cars** [12] - 16:23, 71:7,
82:19, 149:5, 150:19, 151:3,
153:9, 153:17, 231:2,
300:16, 300:18, 311:3
**CARTER** [1] - 3:8
**casalina** [1] - 134:21
**Case** [1] - 1:6
**case** [19] - 5:15, 8:21,
15:13, 51:10, 51:11, 52:14,
58:2, 58:11, 60:3, 123:10,
182:22, 197:6, 197:7,
198:21, 287:23, 288:2,
290:6, 297:4, 298:10
**catching** [1] - 107:7
**cause** [8] - 63:17, 63:18,
143:25, 144:2, 159:9,
159:21, 215:21, 220:19
**caused** [5] - 60:16, 159:18,
187:13, 283:4, 310:24
**CCRB** [11] - 24:2, 24:25,
27:5, 76:25, 77:3, 139:7,
207:18, 291:2, 291:4,
299:25, 300:3
**cell** [15] - 135:24, 135:25,
136:9, 137:2, 137:4, 137:11,
164:5, 164:23, 164:25,
166:14, 166:15, 166:16,
169:14, 169:18, 183:9
**center** [2] - 155:5, 182:25
**Central** [2] - 182:10, 184:12
**certain** [3] - 64:25, 65:7,
300:10
**certificates** [1] - 34:23
**certification** [1] - 4:8
**certify** [3] - 320:4, 323:9,
323:14
**CERTIFY** [1] - 320:8
**Cevallos** [3] - 208:16,
209:2, 211:6
**cevallos** [2] - 210:25,
213:10
**cevallos'** [1] - 210:18
**Cevallos'** [3] - 213:2, 213:6,
270:23
**Chaffer** [2] - 41:23, 41:24
**change** [3] - 39:22, 235:18,
287:12
**changed** [2] - 197:20
**changes** [4] - 8:18, 8:23,
194:3, 194:7
**chaperone** [1] - 316:25
**characterized** [1] - 310:15

**charge** [9] - 185:20, 196:22, 231:5, 244:2, 282:10, 284:25, 285:2, 285:3, 285:8
**charged** [2] - 228:7, 230:13
**charges** [5] - 178:15, 185:19, 198:20, 198:24, 244:2
**chasing** [2] - 178:13, 203:5
**check** [7] - 142:19, 178:25, 234:12, 234:15, 234:21, 239:13, 259:13
**checked** [10] - 240:8, 245:16, 247:5, 253:14, 253:17, 253:19, 253:23, 281:2, 282:8, 282:19
**checking** [2] - 245:18, 281:7
**checks** [1] - 61:14
**Chen** [68] - 47:21, 49:3, 52:13, 53:20, 54:16, 55:13, 55:22, 56:2, 56:24, 61:6, 62:16, 79:12, 80:16, 80:23, 81:6, 81:11, 91:2, 92:4, 92:23, 93:6, 95:9, 95:13, 96:20, 96:25, 97:18, 98:20, 100:3, 100:15, 100:21, 102:5, 102:25, 103:23, 105:20, 113:2, 113:19, 115:9, 117:9, 127:24, 128:3, 133:17, 133:21, 154:19, 154:24, 172:22, 176:8, 176:11, 179:10, 179:21, 180:16, 180:25, 185:24, 196:10, 205:16, 225:9, 236:23, 286:22, 288:12, 288:13, 289:23, 291:10, 293:9, 293:14, 297:4, 303:21, 307:5, 308:17, 313:24, 316:13
**CHEN** [2] - 1:9, 3:11
**Chen's** [2] - 286:24, 292:11
**Chin** [1] - 102:2
**choice** [1] - 182:15
**Church** [1] - 3:14
**church** [1] - 102:19
**circumstances** [3] - 14:14, 16:10, 255:2
**City** [4] - 5:16, 5:25, 6:2, 298:3
**CITY** [3] - 1:8, 3:9, 3:10
**Civil** [3] - 2:9, 13:19, 57:18
**civil** [2] - 13:2, 13:22
**civilian** [2] - 144:8, 312:22
**civilians** [3] - 124:3, 124:20, 312:14
**claim** [2] - 21:11, 31:21
**claimed** [1] - 15:21
**claiming** [7] - 15:17, 20:23, 21:5, 58:22, 58:23, 59:2, 59:23

**clarification** [1] - 154:7
**clarified** [1] - 178:10
**clarify** [12] - 21:19, 44:19, 152:14, 154:7, 173:23, 223:4, 225:18, 236:25, 238:15, 261:15, 310:8, 312:16
**class** [1] - 176:20
**clear** [5] - 19:12, 75:12, 85:3, 169:16, 214:13
**clearheaded** [2] - 169:7, 169:15
**clerk** [1] - 182:24
**client** [1] - 25:18
**close** [3] - 65:11, 109:11, 157:19
**closest** [1] - 303:12
**clothes** [1] - 287:12
**CO** [3] - 266:3, 272:18, 272:19
**code** [2] - 212:2, 261:20
**coding** [1] - 215:3
**collar** [1] - 317:2
**College** [1] - 34:15
**color** [1] - 74:5
**combination** [1] - 86:10
**come** [24] - 76:7, 79:5, 90:9, 97:5, 112:6, 115:21, 118:20, 132:11, 171:23, 175:6, 178:5, 182:16, 184:3, 191:11, 192:2, 210:25, 215:7, 223:9, 287:11, 287:12, 301:9, 301:18, 311:14
**comes** [3] - 65:16, 195:22, 318:18
**coming** [13] - 98:8, 103:3, 139:13, 148:12, 158:20, 158:24, 175:14, 176:5, 182:23, 194:21, 196:2, 276:14, 287:10
**command** [2] - 11:5, 116:12, 243:25
**commencing** [1] - 71:19
**comment** [1] - 8:22
**commit** [2] - 90:19, 201:20
**commits** [1] - 89:16
**committed** [4] - 64:11, 72:13, 99:12, 112:22
**committing** [1] - 67:6
**communicate** [1] - 158:3
**communicated** [1] - 49:2
**communication** [1] - 105:20
**Community** [1] - 34:14
**community** [3] - 73:12, 73:17, 200:14
**compared** [1] - 198:8
**compartments** [1] - 174:10
**complain** [1] - 275:6

**complaint** [1] - 193:9
**complete** [7] - 7:7, 136:2, 214:6, 214:17, 233:24, 249:24, 280:9
**completed** [3] - 208:4, 214:14, 280:11
**completely** [2] - 168:10, 169:5
**compliant** [1] - 89:12
**computer** [2] - 223:8, 224:2
**concerned** [1] - 110:20
**concluded** [1] - 319:4
**concludes** [1] - 318:21
**condition** [6] - 12:11, 37:20, 71:24, 84:20, 230:19, 247:19
**conditions** [5] - 19:11, 38:3, 38:6, 84:16, 85:2
**conduct** [9] - 101:14, 112:13, 112:23, 230:13, 230:17, 231:5, 279:11, 279:18, 311:10
**conducted** [2] - 238:20, 238:25
**confer** [2] - 25:17, 225:9
**confidential** [2] - 62:9, 62:13
**connect** [1] - 310:16
**connection** [21] - 44:5, 44:16, 44:23, 45:2, 45:13, 56:20, 77:5, 82:16, 107:4, 115:25, 131:21, 152:10, 178:18, 186:20, 188:7, 192:18, 198:20, 209:22, 210:5, 211:7, 242:9
**consciousness** [3] - 153:25, 168:7, 309:24
**consider** [2] - 61:8, 75:2
**considered** [3] - 228:10, 229:9, 230:9
**considering** [1] - 71:20
**consisted** [1] - 231:4
**constituted** [1] - 230:16
**construction** [1] - 84:22
**contact** [17] - 11:9, 11:11, 11:14, 11:18, 12:8, 12:15, 138:10, 139:24, 140:2, 140:5, 140:10, 152:7, 158:21, 158:24, 203:15, 271:23, 301:19
**contacts** [2] - 11:25, 301:20
**contemporan** [1] - 225:19
**contemporaneously** [1] - 225:20
**continue** [3] - 74:23, 201:5, 203:2
**continuing** [1] - 71:19
**contraband** [1] - 164:17
**control** [4] - 110:7, 110:11, 110:14, 111:24

**conversation** [12] - 22:7, 113:2, 115:9, 136:10, 136:15, 155:14, 161:18, 166:9, 237:12, 307:3, 309:5, 312:22
**conversations** [2] - 21:16, 137:10
**coordinated** [1] - 293:16
**cop** [1] - 188:21
**cops** [2] - 143:20, 202:7
**copy** [19] - 4:14, 4:17, 53:12, 53:14, 53:16, 53:18, 67:20, 68:7, 133:4, 187:2, 222:25, 225:14, 225:15, 232:18, 232:21, 241:9, 249:17, 273:21, 296:10
**corner** [9] - 83:15, 83:17, 87:20, 88:4, 155:2, 155:7, 205:16, 311:7, 311:8
**Corp** [1] - 286:16
**CORPORATION** [1] - 3:9
**Corporation** [3] - 5:24, 22:16, 273:20
**correct** [35] - 10:20, 18:4, 39:5, 41:21, 43:7, 52:21, 52:24, 60:24, 77:24, 91:19, 95:5, 96:13, 103:4, 103:5, 108:13, 108:20, 110:23, 115:4, 123:14, 134:12, 143:8, 143:11, 151:4, 153:22, 161:10, 164:6, 170:9, 175:2, 198:13, 222:22, 278:19, 282:4, 315:3, 315:4, 320:9
**corrected** [1] - 198:5
**correction** [3] - 26:2, 143:14, 147:19
**corrections** [3] - 8:19, 194:2, 194:6
**correctly** [1] - 183:4
**could** [17] - 12:25, 66:22, 97:11, 109:8, 109:23, 110:16, 139:17, 139:23, 141:15, 141:16, 143:21, 167:24, 178:5, 184:3, 217:22, 256:11, 310:15
**couldn't** [2] - 196:23, 230:19
**Counsel** [8] - 5:18, 5:24, 21:17, 22:16, 25:25, 147:17, 273:21, 321:23
**counsel** [5] - 4:6, 4:17, 22:14, 58:17, 286:16
**COUNSEL** [1] - 3:9
**Counsel's** [1] - 314:12
**COUNTY** [1] - 323:5
**couple** [6] - 154:18, 186:2, 187:3, 187:20, 197:17, 300:11
**course** [2] - 172:3

courses [1] - 65:16
COURT [1] - 1:2
court [13] - 6:4, 7:4, 7:12,
13:2, 13:22, 52:9, 182:10,
184:3, 222:15, 233:19,
242:6, 287:5
Court [20] - 2:8, 4:13, 5:14,
13:19, 49:14, 49:17, 49:19,
51:22, 52:14, 55:16, 56:12,
56:18, 56:20, 57:18, 57:24,
58:4, 61:15, 192:17, 288:2,
289:2
courtroom [7] - 10:9,
51:24, 51:25, 52:4, 292:18,
296:17
cover [1] - 221:5
crashed [1] - 215:20
created [3] - 203:8, 230:25,
231:8
crime [6] - 16:12, 77:17,
77:20, 78:2, 78:5, 189:25
Criminal [17] - 49:14,
49:16, 49:18, 51:22, 52:14,
55:16, 56:12, 56:18, 56:20,
56:25, 57:23, 58:4, 61:15,
192:17, 287:5, 288:2, 288:25
criminal [10] - 13:2, 34:17,
51:16, 54:24, 55:10, 185:21,
191:3, 193:9, 222:15, 233:18
cross [2] - 121:25, 172:6
crossed [4] - 148:11,
227:17, 227:18, 253:18
crowd [2] - 124:7, 187:13
cuff [1] - 235:14
cuffed [1] - 126:10
curb [9] - 113:11, 118:15,
118:17, 126:18, 127:2,
127:9, 128:8, 306:11, 306:13
current [4] - 11:3, 11:5,
11:7, 41:19
cyclist [3] - 95:8, 95:12,
191:22

**D**

D [5] - 4:2, 71:24, 74:6,
320:2, 322:2
DA's [1] - 283:21
damage [14] - 119:15,
119:16, 119:17, 121:4,
121:15, 140:15, 140:19,
212:2, 212:11, 215:3,
215:22, 263:3, 267:10,
267:23
damaged [16] - 31:10,
119:10, 119:14, 121:21,
151:21, 152:20, 152:21,
152:22, 261:20, 262:3,
262:11, 266:16, 266:20,
267:2, 267:13

damages [1] - 214:15
danger [4] - 73:12, 73:17,
200:14, 203:8
date [22] - 35:3, 68:2,
204:17, 207:4, 221:25,
233:5, 241:8, 243:3, 244:23,
248:13, 256:9, 260:2,
263:23, 273:11, 277:8,
278:15, 283:11, 284:11,
284:21, 285:13, 285:16,
285:24
DATE [2] - 1:15, 2:2
dated [1] - 273:7
dates [1] - 28:18
day [66] - 12:2, 12:6, 26:6,
26:7, 26:12, 26:15, 38:7,
38:9, 38:14, 39:7, 39:14,
47:23, 48:3, 48:7, 50:14,
50:19, 52:12, 56:9, 56:12,
56:15, 56:16, 56:19, 60:14,
61:18, 71:24, 77:11, 79:14,
79:21, 80:19, 81:23, 82:2,
82:15, 84:17, 85:2, 85:5,
85:16, 85:21, 85:25, 86:4,
86:13, 131:17, 131:22,
132:3, 140:22, 141:14,
141:15, 141:17, 141:19,
152:18, 195:2, 195:5, 196:9,
196:14, 196:17, 196:20,
197:5, 202:6, 207:12,
216:18, 222:11, 233:14,
295:18, 298:16, 320:19,
323:20
daylight [1] - 19:10
days [3] - 4:16, 78:10,
197:13
daytime [2] - 19:12, 194:11
deal [1] - 66:11
Debonay [1] - 251:24
December [1] - 284:19
decide [1] - 111:18
decided [3] - 35:25, 160:2,
202:7
decision [1] - 188:22
deep [1] - 293:22
Def [36] - 205:6, 223:18,
239:4, 248:18, 248:19,
249:4, 249:16, 255:17,
256:5, 256:20, 257:4,
257:19, 258:12, 259:22,
260:10, 261:4, 262:2,
263:19, 264:19, 265:9,
265:19, 268:15, 270:20,
271:7, 278:21, 278:25,
280:3, 280:6, 280:22, 282:8,
282:14, 286:12, 289:16
defendant [4] - 15:11,
226:18, 226:22, 284:12
Defendant [15] - 2:6, 15:10,
206:5, 226:10, 226:11,

226:14, 226:15, 226:20,
227:25, 237:25, 238:6,
238:9, 238:10, 252:11,
284:10
Defendant's [3] - 281:3,
281:4, 281:5
Defendants [3] - 3:10, 5:17,
318:16
DEFENDANTS [1] - 1:13
define [3] - 74:21, 81:3,
236:6
degree [2] - 34:12, 34:19
degrees [1] - 34:23
delete [1] - 53:11
demotion [1] - 39:24
density [1] - 71:25
department [8] - 55:12,
67:9, 67:11, 72:2, 73:3, 73:8,
200:10, 206:5
Department [4] - 5:25, 6:3,
34:25, 54:20
DEPARTMENT [1] - 3:9
depends [2] - 65:21, 89:23
deposed [1] - 298:10
deposit [1] - 279:13
deposition [32] - 1:19, 4:8,
4:9, 4:14, 5:8, 5:10, 6:25,
8:15, 13:2, 14:6, 15:5, 21:14,
21:21, 22:9, 23:2, 57:22,
147:7, 187:3, 193:18,
257:15, 277:4, 277:6,
279:10, 279:13, 279:18,
279:19, 298:19, 298:22,
318:6, 318:8, 318:22, 321:20
DEPOSITION [1] - 2:5
depositions [1] - 279:11
describe [36] - 16:9, 19:10,
19:20, 29:17, 40:22, 82:12,
82:14, 83:18, 84:16, 87:14,
88:6, 88:24, 89:12, 89:24,
92:9, 95:20, 96:2, 97:22,
103:13, 103:22, 106:16,
109:25, 111:5, 113:5,
123:22, 124:6, 124:9,
130:12, 135:9, 150:11,
166:22, 228:9, 240:10,
260:8, 302:17, 308:21
described [1] - 145:19
describing [3] - 153:2,
257:15, 257:18
DESCRIPTION [1] - 321:7
description [2] - 215:14,
216:3
desk [16] - 128:20, 134:8,
134:16, 134:20, 137:21,
145:5, 162:24, 165:14,
165:15, 165:23, 171:10,
232:19, 246:6, 246:20,
247:9, 247:16
detail [3] - 138:23, 216:18,

216:21
details [2] - 217:18, 226:6
determination [1] - 80:20
determine [5] - 71:18,
80:18, 200:20, 200:23,
271:22
diagram [3] - 213:12,
214:2, 218:13
dialogue [1] - 115:10
Diamond [2] - 5:6, 6:5
did [76] - 17:24, 19:9,
19:21, 29:22, 43:8, 45:6,
47:4, 47:7, 52:17, 56:2, 56:8,
60:6, 60:12, 92:10, 99:5,
107:12, 110:7, 111:23,
111:25, 114:3, 114:21,
116:3, 116:25, 117:12,
125:8, 129:8, 133:21, 138:5,
139:9, 140:2, 140:5, 145:23,
151:23, 157:14, 157:18,
172:2, 179:21, 180:3, 182:2,
188:7, 190:23, 192:7, 192:9,
194:8, 201:20, 201:23,
202:2, 210:25, 213:8, 217:9,
224:10, 224:19, 225:15,
225:16, 226:18, 226:20,
226:22, 227:25, 228:10,
230:9, 235:18, 238:9,
238:11, 245:22, 250:4,
250:18, 252:11, 259:16,
271:2, 280:20, 281:12,
288:22, 293:9, 294:9,
294:12, 296:25
did he [90] - 98:3, 100:22,
108:6, 110:20, 113:12,
114:6, 115:9, 117:9, 120:24,
121:2, 125:25, 126:4,
126:17, 129:11, 129:22,
129:25, 144:22, 168:10,
168:24, 168:25, 169:9,
169:14, 170:13, 170:21,
193:8, 196:10, 199:2,
229:17, 261:10, 272:23
did it [4] - 121:25, 122:7,
172:6, 267:23
did she [3] - 31:19, 153:23,
153:25
did they [1] - 91:23
did you [243] - 9:5, 9:8,
9:11, 9:14, 9:17, 17:9, 19:13,
19:22, 20:2, 20:10, 21:20,
21:23, 22:7, 22:19, 22:22,
23:8, 23:13, 23:18, 23:21,
24:4, 24:24, 25:13, 26:15,
29:10, 30:25, 31:17, 31:21,
34:13, 34:16, 34:18, 35:9,
35:16, 36:21, 37:4, 37:7,
38:5, 38:20, 39:13, 39:22,
39:24, 52:18, 53:13, 53:19,
53:24, 54:14, 57:6, 58:18,

61:16, 66:16, 67:14, 74:25,
77:25, 79:8, 81:21, 81:22,
81:25, 85:12, 88:21, 90:12,
91:20, 99:14, 101:13, 104:2,
104:6, 104:8, 106:6, 106:11,
107:9, 107:13, 107:17,
108:14, 109:2, 110:10,
111:2, 111:8, 112:2, 112:25,
113:19, 114:9, 116:22,
117:4, 118:16, 119:9,
121:14, 121:17, 122:19,
122:23, 124:18, 126:3,
126:6, 127:6, 127:12,
127:16, 127:19, 127:23,
128:3, 128:7, 129:2, 130:8,
130:19, 131:10, 131:17,
132:20, 134:2, 135:18,
136:9, 136:18, 136:25,
137:3, 137:9, 137:13,
137:21, 138:16, 139:2,
139:3, 139:8, 139:23,
140:15, 140:19, 142:7,
142:18, 145:24, 146:7,
146:10, 151:5, 152:4, 152:7,
152:13, 152:19, 154:4,
155:9, 155:14, 156:8,
157:22, 158:2, 160:5,
160:15, 161:23, 162:25,
164:10, 164:16, 165:17,
166:8, 166:19, 167:6, 168:6,
170:4, 171:7, 172:21, 173:5,
173:9, 173:16, 175:5,
175:14, 175:23, 178:17,
178:23, 179:6, 182:6,
183:11, 183:15, 184:16,
185:3, 185:18, 186:11,
186:23, 187:24, 188:10,
188:14, 188:17, 188:23,
189:14, 191:10, 191:25,
192:5, 192:16, 193:22,
194:2, 194:6, 197:22, 199:5,
203:11, 203:14, 206:11,
206:12, 206:17, 209:7,
210:21, 212:22, 212:25,
213:5, 213:14, 224:6,
224:12, 224:13, 224:14,
225:8, 225:11, 225:18,
229:10, 229:21, 233:24,
234:15, 234:21, 236:20,
236:22, 239:15, 246:18,
246:22, 247:13, 249:24,
250:13, 255:10, 255:13,
257:4, 257:6, 258:15, 259:6,
259:12, 260:22, 267:19,
271:2, 272:17, 272:20,
274:10, 274:15, 280:19,
293:5, 293:18, 295:24,
296:11, 302:21, 305:8,
306:2, 310:2, 312:13,
313:20, 313:23, 314:2
**didn't** [63] - 17:19, 17:20,

20:15, 36:6, 44:25, 50:6,
51:2, 51:12, 51:14, 54:23,
55:17, 60:7, 60:11, 114:13,
115:5, 117:23, 118:5,
119:13, 122:17, 123:11,
123:13, 131:13, 136:3,
143:15, 143:25, 155:25,
156:5, 158:13, 172:12,
172:13, 172:14, 173:2,
183:4, 189:4, 189:5, 194:24,
195:11, 199:9, 210:20,
214:6, 214:17, 216:9,
216:13, 218:5, 218:13,
220:6, 223:12, 232:10,
239:24, 240:17, 253:24,
253:25, 254:3, 254:9,
254:11, 254:16, 257:25,
291:3, 291:6, 294:3, 296:21,
305:12, 311:16
**difference** [1] - 183:19
**different** [18] - 34:24,
38:24, 39:10, 39:20, 40:2,
40:3, 41:10, 65:15, 65:16,
70:13, 141:15, 141:16,
175:13, 218:25, 219:2,
275:6, 283:23, 317:15
**differently** [1] - 317:6
**difficulty** [1] - 11:21
**dinner** [2] - 42:25, 43:6
**Dione** [2] - 2:12, 6:4
**DIONE** [2] - 323:7, 323:25
**direct** [3] - 61:25, 62:5, 62:6
**direction** [1] - 74:5, 83:14,
84:5, 97:5, 97:25, 103:10,
196:3, 196:12, 231:3, 302:17
**discipline** [4] - 43:20,
43:23, 44:5, 44:8
**disciplined** [4] - 37:2,
42:16, 42:24, 44:11
**discon** [2] - 178:16, 206:3
**discuss** [1] - 21:17
**discussion** [8] - 25:22,
181:21, 196:9, 237:18,
264:8, 281:20, 297:13, 318:2
**dismissed** [1] - 199:2
**disorderly** [9] - 112:13,
112:22, 230:13, 230:17,
231:5, 279:11, 279:18,
310:16, 311:10
**dispatcher** [1] - 73:24
**distance** [4] - 64:25, 98:8,
109:21, 109:22
**DISTRICT** [2] - 1:2, 1:2
**District** [2] - 5:13, 5:14
**division** [1] - 188:22
**dizziness** [1] - 168:22
**dizzy** [2] - 169:2, 309:24
**do** [75] - 8:2, 10:2, 17:9,
17:11, 17:13, 21:13, 21:17,
32:4, 40:22, 49:25, 50:12,

55:11, 58:15, 60:7, 60:11,
63:4, 63:8, 63:9, 63:10, 64:6,
66:7, 68:15, 70:18, 88:2,
89:3, 90:16, 92:4, 93:15,
97:2, 112:4, 126:15, 129:11,
129:15, 139:6, 155:15,
159:4, 159:9, 160:5, 162:21,
165:20, 174:2, 174:15,
174:16, 175:14, 182:8,
183:4, 183:5, 185:7, 196:16,
197:18, 198:17, 201:17,
202:6, 202:18, 216:16,
218:2, 218:10, 219:17,
225:19, 225:21, 228:13,
239:16, 240:17, 251:13,
251:14, 259:6, 269:5, 276:9,
280:19, 288:22, 293:20,
293:25, 295:23, 306:2, 323:8
**do you** [191] - 10:9, 10:18,
11:9, 11:16, 11:25, 13:7,
15:20, 16:6, 18:24, 20:17,
21:8, 21:9, 26:11, 29:13,
30:3, 30:10, 31:6, 32:15,
39:18, 46:18, 47:11, 47:14,
49:9, 50:11, 51:5, 55:21,
56:23, 57:3, 58:21, 60:11,
60:15, 60:19, 61:5, 61:8,
61:21, 61:24, 62:4, 62:15,
63:12, 64:5, 65:10, 65:12,
67:11, 70:9, 71:4, 72:20,
82:10, 86:18, 89:17, 105:24,
107:21, 109:15, 110:13,
111:18, 113:16, 113:24,
119:3, 121:10, 123:3,
126:24, 131:20, 132:7,
132:23, 138:9, 141:3, 142:3,
146:18, 146:21, 151:15,
151:17, 152:24, 153:25,
159:6, 159:15, 160:11,
163:19, 168:20, 169:21,
170:16, 175:20, 176:25,
178:2, 180:19, 188:3, 190:9,
192:10, 192:13, 197:10,
197:12, 198:17, 198:19,
198:25, 199:20, 200:2,
200:6, 200:15, 201:4,
202:18, 204:6, 206:20,
208:5, 211:5, 211:20, 216:2,
219:2, 220:23, 223:10,
224:10, 224:18, 225:21,
225:22, 228:2, 239:9, 241:9,
241:22, 245:2, 245:9,
246:14, 247:4, 247:24,
248:3, 249:10, 249:22,
250:3, 250:21, 251:2,
251:11, 252:15, 252:18,
253:13, 253:22, 254:15,
255:2, 255:3, 255:5, 255:7,
258:24, 260:25, 261:25,
262:7, 265:3, 265:6, 265:13,
265:16, 265:20, 265:23,

267:12, 267:25, 268:8,
268:22, 270:3, 270:8,
271:14, 271:18, 271:21,
272:2, 272:6, 272:8, 272:11,
272:14, 275:25, 276:3,
276:6, 279:20, 284:3,
284:17, 285:15, 286:20,
288:20, 290:8, 290:19,
293:13, 294:19, 295:13,
295:20, 296:24, 297:3,
302:20, 303:20, 304:5,
304:22, 307:3, 312:5, 314:8,
315:6, 316:6, 316:9, 316:13,
317:9
**docket** [1] - 5:17
**doctor** [2] - 259:9, 259:12
**document** [32] - 68:12,
199:20, 204:22, 207:10,
207:14, 208:4, 211:25,
220:22, 222:6, 222:9,
222:13, 226:5, 231:22,
231:24, 233:15, 233:21,
242:3, 242:9, 242:13,
243:15, 243:18, 245:6,
249:3, 249:11, 251:23,
273:17, 277:15, 277:22,
278:4, 279:5, 279:8, 284:23
**documentations** [1] -
136:20
**documents** [6] - 22:20,
23:18, 23:21, 186:24,
248:19, 280:9
**DOCUMENTS** [2] - 322:8,
322:9
**DOE** [2] - 1:10, 3:12
**Doe** [2] - 1:11, 3:13
**does** [5] - 14:22, 96:20,
120:12, 220:8, 242:16
**does he** [5] - 88:24, 89:2,
129:17, 217:16, 306:18
**does it** [2] - 65:11, 89:20
**does that** [20] - 41:8, 50:12,
72:14, 78:8, 87:7, 91:17,
176:14, 223:23, 232:9,
247:2, 256:23, 258:9,
264:19, 274:21, 281:8,
292:16, 297:24, 299:4,
299:23, 316:2
**doesn't** [5] - 65:11, 72:22,
216:24, 222:25, 301:18
**doing** [24] - 16:12, 78:23,
79:25, 96:2, 96:3, 98:25,
180:15, 186:17, 188:25,
191:2, 207:15, 229:11,
230:16, 235:2, 236:10,
236:11, 268:2, 271:15,
271:19, 272:12, 294:5,
303:4, 308:24, 315:11
**dollars** [1] - 184:8
**don't** [264] - 7:16, 7:20,

8:11, 8:13, 11:15, 12:17, 13:9, 15:15, 15:25, 18:2, 20:12, 20:21, 24:22, 27:8, 27:20, 27:22, 28:10, 28:17, 28:22, 30:6, 30:9, 30:13, 30:14, 30:15, 30:23, 31:16, 31:24, 32:23, 35:18, 40:12, 40:16, 41:5, 41:15, 42:6, 42:22, 43:22, 45:15, 45:17, 47:10, 47:19, 49:21, 49:22, 49:24, 50:24, 51:2, 52:10, 53:3, 53:11, 55:3, 55:24, 57:2, 58:25, 59:3, 59:8, 59:9, 59:10, 59:17, 59:19, 63:17, 64:3, 64:17, 65:4, 65:6, 65:8, 85:7, 85:22, 86:5, 86:19, 88:12, 95:16, 95:22, 100:18, 100:23, 101:9, 101:16, 104:4, 104:11, 105:22, 107:16, 108:17, 108:21, 108:25, 111:21, 113:9, 113:14, 113:22, 116:2, 116:24, 117:3, 117:7, 117:15, 117:24, 118:7, 118:19, 119:2, 119:8, 120:20, 121:3, 122:22, 123:2, 124:17, 124:21, 125:15, 125:23, 127:5, 127:10, 127:15, 127:22, 128:2, 128:5, 129:7, 129:21, 130:3, 130:11, 132:17, 132:21, 133:5, 133:20, 133:24, 134:24, 135:8, 135:13, 136:5, 136:7, 136:12, 136:14, 137:7, 137:12, 138:8, 138:12, 141:8, 141:20, 141:24, 143:18, 144:2, 145:15, 149:18, 150:25, 151:13, 151:18, 153:15, 155:11, 155:16, 157:17, 157:25, 158:12, 160:23, 161:6, 161:25, 162:11, 162:19, 163:7, 163:8, 166:2, 166:12, 166:25, 167:13, 167:19, 168:15, 169:12, 170:15, 170:19, 170:25, 171:5, 171:13, 171:19, 172:20, 173:7, 175:10, 175:16, 176:13, 178:3, 178:20, 179:5, 179:9, 180:9, 181:11, 181:12, 184:18, 184:20, 186:14, 188:5, 192:7, 192:9, 197:16, 202:21, 203:7, 203:13, 203:16, 203:17, 203:24, 208:13, 209:9, 209:15, 211:3, 211:9, 211:13, 211:18, 216:11, 216:15, 216:16, 216:18, 217:17, 218:4, 221:5, 221:6, 221:8, 221:12, 226:2,

227:10, 228:23, 229:12, 231:20, 241:24, 246:24, 248:2, 248:5, 250:8, 250:10, 250:11, 252:22, 253:16, 254:4, 254:11, 257:13, 258:3, 259:15, 260:16, 261:15, 262:23, 262:25, 263:11, 265:25, 267:15, 267:24, 269:14, 271:5, 275:11, 276:13, 288:8, 289:4, 291:3, 292:10, 293:12, 296:14, 301:20, 307:22, 309:9, 311:23, 312:10, 313:3, 315:24, 316:12, 316:16, 317:18, 318:4
**done** [14] - 14:2, 54:16, 68:11, 209:20, 247:9, 272:9, 295:14, 295:16, 296:15, 296:16, 296:20, 317:6, 317:15, 318:4
**dont** [1] - 63:18
**door** [14] - 121:7, 151:8, 212:8, 212:11, 261:8, 262:18, 263:2, 263:8, 268:6, 268:10, 268:18, 268:24, 269:16, 270:10
**doors** [1] - 269:4
**down** [46] - 7:5, 7:13, 7:14, 29:19, 40:24, 63:20, 73:19, 90:9, 97:5, 97:15, 97:16, 98:3, 99:18, 107:13, 111:20, 112:11, 112:16, 149:3, 150:8, 150:9, 153:23, 157:8, 157:9, 157:12, 157:13, 178:13, 182:9, 182:24, 184:12, 190:7, 190:8, 194:21, 194:22, 197:6, 203:5, 209:8, 211:24, 215:15, 218:4, 219:8, 226:4, 231:14, 240:6, 245:5, 303:17
**downstairs** [1] - 150:3
**draw** [1] - 213:14
**drawings** [1] - 213:23
**drinking** [1] - 32:6
**drive** [5] - 46:23, 81:14, 81:16, 107:10, 152:17
**Drive** [2] - 149:2, 149:3
**driver** [8] - 47:12, 47:19, 80:11, 80:13, 80:19, 80:24, 81:11, 81:12
**driver's** [13] - 96:11, 96:15, 121:7, 215:21, 224:25, 261:8, 262:17, 262:18, 263:2, 263:8, 268:5, 268:10, 270:9
**drivers** [2] - 86:9, 322:10
**driving** [18] - 12:5, 16:16, 19:21, 29:19, 41:3, 80:21, 91:18, 141:14, 141:18,

144:15, 149:3, 153:5, 172:20, 180:7, 227:2, 227:13, 266:14, 311:4
**drop** [2] - 125:2, 180:4
**dropped** [1] - 179:23
**drove** [2] - 180:5, 180:12
**drugs** [2] - 9:15, 32:10
**drunk** [1] - 41:3
**duly** [3] - 6:8, 320:5, 323:11
**duplicate** [1] - 279:2
**during** [14] - 69:10, 113:13, 113:20, 123:21, 145:3, 186:17, 187:16, 206:5, 222:14, 226:21, 233:18, 257:15, 274:12, 293:23
**duty** [12] - 28:25, 29:2, 29:3, 33:13, 33:17, 33:21, 33:25, 34:4, 43:9, 149:21, 149:22, 205:11

## E

**e** [4] - 49:10, 53:18, 61:17, 74:7
**E** [14] - 3:2, 4:2, 6:7, 10:17, 41:25, 71:25, 320:2, 321:2, 322:2, 323:2
**e-mail** [1] - 49:10
**e-mailed** [1] - 53:18
**e-mails** [1] - 61:17
**each** [6] - 83:23, 92:15, 92:20, 103:18, 219:3, 228:17
**ear** [1] - 101:5
**earlier** [8] - 144:13, 146:5, 147:19, 193:4, 199:13, 261:5, 266:23, 314:15
**earphones** [1] - 106:7
**easier** [1] - 63:21
**east** [3] - 83:14, 83:25, 103:17
**eastbound** [1] - 194:15
**Eastern** [1] - 5:14
**EASTERN** [1] - 1:2
**eating** [8] - 42:25, 43:5, 43:9, 43:23, 149:20, 149:24, 150:2, 150:3
**education** [1] - 34:11
**effect** [2] - 4:12, 4:15
**eight** [1] - 34:9
**either** [14] - 62:6, 213:8, 229:3, 229:4, 254:10, 254:11, 258:15, 258:16, 271:4, 296:13, 307:4, 313:25, 315:6, 316:6
**elbow** [4] - 226:20, 238:10, 252:13, 252:14
**elderly** [1] - 31:7
**Elefterakis** [4] - 2:10, 5:11
**ELEFTERAKIS** [2] - 3:4
**Elektrakis** [2] - 5:21, 5:22

**Elmhurst** [2] - 215:24, 216:8
**else** [43] - 15:10, 20:19, 22:17, 23:15, 24:17, 33:13, 36:23, 37:23, 39:25, 47:10, 59:18, 61:2, 78:9, 79:19, 80:14, 81:13, 84:13, 86:10, 87:18, 116:23, 119:5, 123:24, 135:7, 135:16, 136:13, 137:8, 168:3, 185:4, 188:6, 198:12, 199:3, 208:6, 209:17, 225:18, 230:9, 230:11, 245:19, 250:9, 252:21, 267:8, 276:13, 279:2, 302:22
**EMS** [2] - 138:14, 215:25
**EMT** [2] - 166:10, 169:20
**EMTs** [2] - 169:14, 169:18
**encounter** [1] - 64:19
**encountering** [1] - 161:23
**end** [1] - 206:8
**energy** [1] - 235:14
**enforcement** [2] - 35:10, 269:6
**engage** [2] - 69:9, 310:14
**enough** [3] - 156:2, 201:24, 203:8
**entered** [3] - 223:14, 223:21, 226:3
**entire** [1] - 36:15
**entitled** [1] - 236:18
**entry** [5] - 24:12, 204:13, 225:12, 225:19, 225:23
**eric** [1] - 42:9
**escort** [1] - 252:24
**ESQ** [3] - 3:6, 3:8, 3:15
**estimate** [1] - 105:24
**et** [1] - 5:17
**etcetera** [1] - 80:5
**Eunice** [1] - 48:20
**even** [13] - 7:8, 17:11, 17:23, 27:17, 65:11, 72:6, 74:24, 108:3, 137:18, 245:20, 311:16, 314:5, 317:2
**event** [1] - 27:22
**eventually** [1] - 301:2
**ever** [133] - 12:21, 13:18, 19:13, 33:24, 34:3, 37:2, 37:4, 42:10, 42:13, 42:16, 44:11, 44:15, 45:19, 45:21, 47:20, 48:25, 53:19, 53:24, 54:14, 55:22, 56:2, 56:24, 57:6, 57:17, 58:6, 60:25, 61:11, 61:16, 68:14, 68:24, 74:12, 74:14, 75:8, 76:10, 77:3, 77:16, 80:22, 95:22, 101:13, 106:11, 107:14, 108:14, 114:9, 119:9, 121:25, 122:7, 122:19, 122:23, 127:12, 127:16,

127:19, 127:23, 128:3, 131:17, 141:10, 141:21, 144:22, 146:7, 146:16, 147:2, 152:4, 152:7, 157:19, 157:22, 158:2, 158:19, 158:23, 161:23, 168:6, 169:9, 171:7, 172:6, 172:21, 173:9, 175:5, 175:23, 176:9, 176:11, 178:17, 178:23, 179:6, 183:11, 188:10, 188:14, 188:17, 188:23, 192:5, 192:17, 196:8, 198:17, 199:5, 202:24, 206:17, 211:20, 212:25, 229:10, 229:21, 233:14, 236:22, 241:17, 246:18, 246:22, 247:13, 254:18, 254:21, 255:10, 255:13, 256:16, 258:15, 259:6, 259:13, 264:15, 267:17, 267:19, 271:2, 272:17, 272:20, 272:23, 273:16, 274:6, 274:11, 274:15, 293:5, 293:9, 297:4, 309:23, 311:19, 312:13, 313:7, 313:15, 316:10, 316:14

**every** [6] - 41:10, 141:14, 141:15, 141:16, 169:20, 195:4

**everything** [9] - 26:18, 108:24, 165:23, 174:12, 183:20, 198:12, 224:21, 224:23, 279:2

**everywhere** [1] - 172:3

**exact** [4] - 13:9, 18:2, 28:17, 88:12

**exactly** [54] - 10:8, 15:25, 20:12, 28:10, 28:23, 34:25, 42:7, 42:22, 43:22, 49:21, 49:23, 49:25, 54:23, 65:4, 66:16, 85:7, 85:22, 86:5, 88:7, 102:10, 110:2, 113:14, 113:23, 117:24, 120:24, 145:15, 149:18, 160:23, 162:2, 166:2, 168:16, 168:24, 177:20, 177:23, 178:2, 178:3, 181:11, 184:21, 186:14, 188:5, 192:22, 195:3, 195:15, 216:18, 226:2, 228:10, 249:6, 253:10, 260:17, 261:16, 261:21, 268:21, 309:9, 313:3

**examination** [3] - 166:24, 323:10, 323:12

**Examination** [1] - 319:3

**EXAMINATION** [2] - 6:11, 322:4

**examined** [2] - 6:10, 166:17

**examining** [1] - 166:20

**example** [1] - 184:7

**except** [2] - 4:21, 249:3

**excuse** [3] - 25:12, 57:21, 226:17

**Exhibit** [2] - 273:4, 278:9

**exhibit** [1] - 262:24

**EXHIBIT** [2] - 321:6

**Exhibit 1** [3] - 67:20, 67:25, 199:13

**Exhibit 10** [3] - 259:19, 259:25, 262:25

**Exhibit 11** [2] - 263:17, 263:22

**Exhibit 12** [2] - 273:10, 273:13

**Exhibit 13** [3] - 277:3, 277:7, 277:11

**Exhibit 14** [2] - 278:14, 278:24

**Exhibit 15** [2] - 283:7, 283:10

**Exhibit 16** [3] - 285:19, 285:23, 286:4

**Exhibit 2** [2] - 204:11, 204:16

**Exhibit 3** [2] - 206:23, 207:3

**Exhibit 4** [2] - 221:18, 221:24

**Exhibit 5** [4] - 232:23, 233:4, 233:10, 237:22

**Exhibit 6** [3] - 241:4, 241:7, 241:14

**Exhibit 7** [2] - 242:22, 243:2

**Exhibit 8** [5] - 240:22, 248:9, 248:12, 248:17, 255:21

**Exhibit 9** [4] - 256:2, 256:8, 256:12, 256:16

**EXHIBITS** [1] - 321:4

**Exhibits** [1] - 321:23

**expand** [1] - 72:19

**expedite** [2] - 242:14, 242:16

**explain** [4] - 89:6, 212:4, 213:17, 230:15

**extent** [1] - 50:23

**eye** [1] - 101:14

**eyeglasses** [1] - 12:16

**F**

**F** [8] - 4:2, 41:25, 71:22, 72:2, 74:3, 74:8, 323:2

**facing** [5] - 87:21, 91:16, 102:14, 195:15, 308:3

**fact** [3] - 56:4, 216:9, 225:21

**failed** [2] - 226:13, 238:3

**fair** [18] - 7:22, 38:8, 69:8, 161:5, 161:14, 209:23, 211:16, 217:23, 220:13, 222:17, 271:12, 302:25, 305:13, 305:18, 305:20, 306:11, 308:3, 315:21

**fairly** [1] - 47:17

**fake** [1] - 287:17

**fall** [17] - 110:7, 110:22, 111:3, 125:17, 143:15, 143:16, 153:23, 160:16, 160:18, 161:3, 161:9, 178:14, 226:19, 238:9, 304:9, 305:12

**fallen** [6] - 122:9, 123:6, 123:16, 125:10, 139:5, 229:22

**falling** [2] - 230:25, 256:25

**falls** [1] - 143:10

**familiar** [5] - 11:23, 62:22, 66:6, 72:3, 299:5

**family** [7] - 79:7, 150:13, 150:14, 152:8, 152:13, 153:10, 182:13

**far** [22] - 11:21, 13:25, 15:9, 24:20, 45:11, 52:3, 58:8, 75:7, 92:18, 92:19, 92:22, 93:2, 93:3, 96:15, 98:17, 98:21, 106:16, 110:19, 154:23, 207:22, 245:19, 301:12

**farsighted** [1] - 11:17

**fashion** [1] - 202:10

**fast** [3] - 32:15, 104:21, 108:24

**faster** [1] - 126:14

**father's** [1] - 225:4

**fault** [1] - 30:4

**fax** [2] - 186:23, 193:9

**faxed** [1] - 280:14

**feasible** [1] - 69:21

**Federal** [1] - 2:8

**feel** [7] - 54:21, 60:2, 68:9, 200:16, 236:20, 281:9, 293:24

**feet** [8] - 88:16, 143:6, 143:23, 144:16, 156:22, 159:14, 218:14, 227:11

**feets** [1] - 96:16

**fell** [21] - 25:3, 26:17, 104:20, 106:2, 106:22, 110:15, 110:17, 111:6, 116:20, 138:4, 138:21, 138:24, 161:15, 162:5, 177:8, 187:12, 203:20, 205:22, 231:6, 231:7, 252:12

**felony** [1] - 72:13

**felt** [3] - 54:12, 236:23, 311:24

**female** [8] - 18:19, 18:22,

**fair** column continues... 42:2, 46:21, 53:4, 86:20, 95:13, 120:22

**Fett** [2] - 5:21, 6:20

**FETT** [49] - 3:6, 6:12, 15:3, 111:13, 147:9, 181:17, 198:18, 204:10, 206:22, 221:17, 232:22, 233:8, 237:7, 237:13, 240:21, 240:25, 241:9, 241:11, 242:21, 243:7, 244:9, 245:24, 248:8, 249:23, 255:20, 255:23, 255:25, 259:18, 263:6, 263:14, 263:16, 264:3, 272:16, 273:3, 273:6, 277:2, 278:8, 278:11, 281:15, 281:23, 283:6, 285:18, 286:2, 297:9, 302:2, 317:21, 318:3, 318:19, 322:5

**few** [11] - 23:5, 23:12, 25:15, 25:16, 42:6, 49:15, 96:16, 106:19, 113:9, 180:23, 181:16

**fictitious** [2] - 1:11, 3:13

**field** [6] - 180:17, 185:9, 185:12, 185:16, 187:2, 279:13

**fifteen** [1] - 123:19, 134:4, 251:9

**filing** [1] - 4:7

**fill** [5] - 58:17, 134:7, 178:17, 251:16, 251:21

**filled** [6] - 135:23, 191:6, 232:17, 246:3, 246:10, 246:13

**filling** [1] - 218:24

**filming** [1] - 311:15

**find** [13] - 57:7, 57:12, 58:10, 120:3, 132:12, 152:4, 184:17, 185:3, 187:19, 188:15, 190:13, 199:5, 244:10

**fine** [3] - 17:3, 169:5, 279:22

**fingerprint** [1] - 137:14

**fingerprinted** [1] - 174:18

**finish** [2] - 9:20, 237:8

**fire** [1] - 87:20

**firms** [1] - 5:20

**first** [72] - 6:8, 7:4, 8:6, 10:16, 18:25, 20:3, 20:4, 23:12, 26:6, 26:16, 27:3, 28:21, 35:7, 36:8, 37:18, 42:8, 46:13, 69:17, 85:15, 106:10, 106:19, 111:23, 115:24, 134:14, 141:25, 145:10, 161:22, 168:5, 174:8, 179:23, 185:9, 196:18, 197:5, 198:8, 203:22, 205:14, 207:20,

207:24, 216:22, 217:5, 217:8, 217:10, 225:15, 228:21, 228:22, 230:2, 230:3, 234:3, 236:17, 239:7, 249:13, 249:14, 249:19, 249:25, 251:22, 264:19, 274:18, 274:23, 277:21, 283:24, 284:10, 284:23, 285:4, 286:19, 287:3, 299:17, 301:8, 313:6, 316:20, 320:5

**five** [4] - 9:19, 29:16, 150:14, 150:24
**fixed** [2] - 31:22, 32:2
**flailing** [1] - 309:13
**flair** [5] - 226:20, 227:25, 238:11, 309:10, 310:8
**flaring** [1] - 206:3
**Flaring** [1] - 281:3
**flashing** [1] - 268:12
**fled** [4] - 185:25, 205:20, 226:15, 238:6
**flee** [1] - 230:6
**fleeing** [11] - 64:1, 75:16, 112:10, 112:21, 178:12, 187:11, 205:21, 215:19, 230:18, 230:24, 283:2
**floor** [1] - 165:16
**fly** [1] - 160:25
**focused** [1] - 86:14
**follow** [3] - 75:21, 263:10, 263:12
**follow-up** [1] - 263:12
**followed** [3] - 199:21, 200:3, 200:16
**following** [7] - 71:20, 73:25, 88:8, 88:11, 108:16, 275:20, 275:23
**follows** [1] - 6:10
**foot** [10] - 37:22, 37:24, 80:6, 90:2, 90:6, 106:23, 107:2, 109:14, 109:16, 121:11
**footing** [1] - 169:10
**For** [1] - 184:7
**for** [223] - 3:4, 3:10, 4:6, 4:18, 5:22, 6:13, 7:6, 11:13, 12:4, 12:10, 12:15, 13:22, 16:21, 17:13, 18:8, 19:20, 21:14, 21:21, 22:8, 23:2, 29:17, 31:25, 33:2, 36:6, 38:3, 40:22, 40:25, 42:17, 42:24, 43:15, 43:23, 44:12, 45:25, 46:3, 47:4, 50:14, 50:17, 50:24, 54:4, 54:5, 54:9, 59:2, 59:7, 59:14, 64:3, 67:25, 70:8, 70:13, 71:17, 73:6, 75:13, 79:7, 82:12, 82:14, 84:16, 86:8, 86:9, 87:5, 87:14, 87:17, 88:6,

88:10, 88:24, 89:9, 89:24, 92:9, 92:22, 93:13, 95:20, 96:2, 96:6, 96:12, 97:22, 100:7, 103:13, 103:22, 106:16, 109:25, 111:5, 113:5, 114:4, 118:20, 118:22, 122:24, 123:4, 123:22, 124:9, 126:15, 130:12, 130:24, 131:8, 133:4, 134:10, 135:9, 136:12, 136:20, 140:4, 144:19, 145:16, 150:11, 157:24, 160:11, 162:11, 166:6, 166:22, 168:17, 171:8, 171:13, 173:16, 178:15, 179:17, 180:15, 181:16, 182:16, 182:17, 182:19, 183:12, 183:24, 184:11, 187:2, 189:18, 190:17, 192:11, 192:25, 193:14, 194:15, 194:19, 197:2, 197:6, 202:6, 203:8, 203:9, 203:19, 203:25, 204:16, 206:2, 206:3, 207:3, 208:15, 215:9, 217:8, 217:9, 217:18, 218:18, 219:9, 219:17, 220:2, 220:25, 221:5, 221:9, 221:24, 224:20, 226:9, 228:4, 228:9, 228:12, 229:7, 230:3, 230:18, 230:19, 230:20, 231:2, 231:14, 233:4, 236:17, 237:23, 240:10, 240:13, 241:7, 241:24, 243:2, 248:12, 249:3, 253:14, 256:8, 259:25, 260:8, 263:6, 263:22, 263:25, 265:13, 267:15, 269:6, 271:25, 272:11, 273:10, 276:14, 277:7, 278:14, 279:11, 279:12, 280:25, 281:10, 281:16, 282:10, 282:18, 283:10, 285:23, 287:15, 287:21, 287:23, 296:18, 296:19, 299:8, 302:17, 309:18, 310:8, 310:10, 313:9, 317:21, 323:7
**forbid** [1] - 230:6
**force** [14] - 4:15, 232:6, 232:12, 234:10, 234:19, 235:6, 235:11, 235:13, 235:16, 239:9, 239:18, 239:19, 239:20, 239:25
**forearm** [1] - 167:14
**foregoing** [1] - 320:8
**Forgive** [1] - 241:2
**forgive** [3] - 166:7, 268:6, 312:19
**forgot** [1] - 168:16

**form** [31] - 4:21, 19:16, 21:15, 33:14, 37:15, 58:16, 160:22, 178:19, 221:19, 221:20, 221:23, 223:9, 224:2, 225:25, 235:19, 241:4, 241:6, 248:11, 248:15, 248:16, 248:20, 251:17, 254:13, 254:16, 254:19, 254:23, 255:8, 255:17, 321:11, 321:13, 321:15
**formed** [1] - 282:10
**forth** [1] - 323:11
**forward** [2] - 110:21, 111:7
**found** [7] - 30:4, 58:7, 132:24, 184:13, 278:5, 318:12, 318:14
**four** [8] - 38:4, 43:21, 43:25, 44:3, 45:18, 82:19, 83:5, 84:8
**frail** [1] - 310:3
**free** [3] - 68:10, 275:3, 313:10
**Friday** [1] - 206:8
**friend** [1] - 61:9
**from** [147] - 5:21, 5:24, 6:2, 11:21, 14:11, 22:3, 22:15, 22:24, 24:25, 26:5, 27:5, 27:23, 28:4, 33:21, 34:24, 35:10, 36:7, 37:11, 42:20, 43:22, 44:2, 44:9, 45:18, 52:13, 57:13, 61:3, 61:14, 65:2, 67:15, 67:16, 74:13, 75:16, 75:19, 77:3, 78:5, 79:18, 80:15, 81:22, 82:4, 82:20, 83:4, 83:5, 84:8, 92:19, 92:24, 93:3, 94:4, 96:15, 98:17, 98:19, 99:3, 101:19, 104:16, 104:17, 106:18, 106:23, 107:2, 109:16, 112:10, 112:21, 117:13, 121:18, 121:19, 121:20, 124:24, 127:7, 127:24, 128:8, 128:10, 137:25, 138:22, 142:12, 143:6, 143:20, 143:24, 144:8, 144:16, 145:3, 148:11, 153:19, 154:23, 156:23, 159:15, 159:22, 160:16, 160:18, 178:13, 179:22, 182:3, 182:13, 184:3, 186:9, 187:11, 190:15, 194:21, 196:3, 201:6, 202:7, 205:17, 207:12, 209:2, 211:19, 212:21, 213:9, 215:19, 216:10, 218:14, 222:11, 222:23, 224:7, 224:11, 224:12, 224:13, 224:25, 226:17, 227:12, 233:13,

238:8, 238:19, 242:4, 244:8, 244:14, 252:13, 252:20, 260:11, 266:23, 267:7, 268:8, 268:23, 268:24, 269:12, 273:22, 274:5, 283:2, 285:5, 285:8, 296:5, 301:13, 306:5, 309:3, 309:6, 318:10
**front** [35] - 92:15, 92:17, 92:23, 93:3, 93:16, 93:23, 93:24, 94:3, 98:9, 99:22, 100:14, 112:3, 128:20, 133:10, 134:8, 134:15, 151:6, 155:2, 155:5, 162:24, 212:15, 212:17, 212:20, 213:2, 213:6, 226:5, 246:5, 246:8, 247:15, 261:6, 261:11, 262:3, 262:15, 262:19
**full** [2] - 10:15, 101:20
**fund** [1] - 244:5
**funds** [1] - 244:6
**further** [1] - 323:14
**FURTHER** [2] - 4:20, 320:8
**Fusion** [1] - 269:23

## G

**G** [3] - 6:7, 10:17
**gap** [1] - 303:6
**gather** [1] - 314:18
**gathered** [1] - 314:16
**gathering** [3] - 187:13, 231:2, 310:17
**gave** [8] - 89:9, 101:17, 251:24, 295:21, 296:2, 296:4, 296:7, 320:6
**general** [4] - 50:3, 51:5, 64:5, 65:18
**generally** [8] - 51:4, 59:21, 63:3, 65:9, 68:9, 242:4, 301:23, 302:11
**generated** [1] - 8:16
**generates** [1] - 224:2
**generating** [1] - 311:7
**gentleman** [1] - 96:18
**gentlemen** [1] - 256:24
**get** [43] - 9:17, 34:13, 34:18, 50:3, 54:23, 65:10, 65:20, 67:15, 75:10, 89:18, 95:17, 107:11, 109:4, 109:8, 109:23, 120:8, 134:2, 144:18, 156:9, 156:12, 158:8, 158:15, 160:8, 165:8, 199:2, 201:9, 206:11, 208:25, 224:6, 224:11, 224:12, 224:13, 224:15, 224:19, 244:13, 258:23, 276:21, 289:15, 291:6, 303:7, 303:10, 306:5, 309:24

**gets** [3] - 96:21, 103:2, 103:23
**getting** [3] - 112:15, 157:19, 251:17
**girl** [4] - 149:4, 149:12, 150:17, 152:5
**give** [12] - 53:12, 53:13, 53:16, 95:25, 130:13, 133:7, 191:18, 191:22, 219:24, 232:18, 276:7, 296:19
**given** [6] - 12:21, 13:7, 13:18, 56:4, 320:10, 323:13
**giving** [2] - 87:5, 191:19
**glare** [1] - 299:16
**glasses** [1] - 11:9
**go** [61] - 6:24, 27:14, 37:8, 38:5, 39:13, 43:16, 47:2, 50:2, 53:9, 66:3, 66:4, 68:10, 69:15, 71:12, 76:4, 77:25, 87:17, 96:8, 99:15, 104:2, 104:9, 120:8, 130:13, 130:20, 133:21, 149:11, 154:18, 169:22, 173:11, 179:20, 179:21, 181:15, 182:20, 184:24, 191:18, 191:21, 197:6, 203:11, 203:18, 208:5, 221:13, 223:4, 226:24, 231:21, 231:23, 233:7, 237:13, 249:15, 254:6, 257:16, 275:5, 281:15, 287:6, 287:13, 289:8, 296:12, 296:22, 300:9, 301:4, 301:7
**GO** [1] - 47:4
**GO-15'd** [1] - 45:21
**goes** [5] - 8:22, 95:3, 182:9, 182:24, 251:19
**going** [97] - 6:22, 6:24, 7:21, 14:24, 17:22, 24:9, 25:20, 26:10, 32:19, 50:2, 68:21, 69:15, 69:23, 72:5, 73:19, 74:23, 75:20, 76:7, 78:13, 80:3, 83:22, 87:21, 94:23, 99:8, 99:18, 99:23, 103:17, 103:25, 104:6, 112:11, 123:24, 124:10, 124:12, 130:18, 138:2, 147:5, 147:7, 147:12, 155:22, 158:4, 169:25, 172:4, 173:11, 178:6, 181:19, 183:2, 187:7, 194:22, 194:23, 195:4, 195:21, 201:9, 205:13, 205:17, 205:18, 205:19, 206:4, 208:12, 211:24, 220:5, 226:4, 226:11, 235:24, 237:16, 237:22, 238:2, 239:3, 248:25, 249:15, 251:25, 261:23, 263:13, 263:15, 263:16,

264:6, 265:9, 268:4, 270:22, 281:18, 282:21, 297:21, 299:7, 299:11, 299:17, 300:9, 301:4, 302:21, 309:5, 310:21, 311:5, 311:14, 311:17, 313:5, 313:11, 317:24, 318:7
**gone** [2] - 112:16, 287:14
**gonna** [5] - 67:18, 169:21, 173:6, 287:14, 313:4
**good** [8] - 6:19, 19:19, 47:12, 47:18, 62:18, 62:19, 147:10, 213:22
**got** [37] - 17:11, 22:6, 36:5, 36:24, 52:12, 52:19, 52:22, 53:17, 78:16, 89:7, 95:20, 98:16, 100:21, 102:22, 113:3, 123:25, 128:11, 128:14, 134:14, 137:20, 143:6, 145:4, 154:17, 155:13, 155:18, 156:22, 161:21, 168:5, 184:2, 187:15, 193:4, 197:5, 251:3, 267:2, 289:11, 296:5, 303:11
**gotten** [5] - 34:3, 176:15, 244:8, 276:17, 276:22
**grab** [1] - 66:5
**grabbed** [1] - 228:21
**graduating** [1] - 36:7
**gravity** [1] - 151:16
**ground** [4] - 6:24, 123:17, 231:8, 304:9
**grounds** [1] - 237:10
**guarantee** [1] - 268:11
**guess** [21] - 8:11, 22:5, 39:10, 55:14, 59:9, 143:4, 161:25, 171:2, 171:5, 189:17, 201:18, 217:20, 220:7, 225:13, 229:4, 260:11, 262:3, 265:25, 268:22, 271:19, 272:10
**guide** [17] - 66:7, 66:10, 67:21, 67:24, 68:5, 68:6, 68:14, 68:15, 68:22, 70:3, 75:21, 76:5, 199:14, 199:21, 200:16, 321:8
**guideline** [3] - 64:3, 67:10, 67:12
**gun** [4] - 46:22, 268:25, 269:4, 269:9
**guy** [1] - 19:17, 95:25, 97:6, 97:8, 128:16, 158:15, 178:6, 230:3, 236:15, 298:11, 298:12
**guys** [2] - 155:14, 237:3

**H**

**H** [4] - 6:7, 10:17, 41:25, 321:2

**ha** [1] - 265:22
**Had** [1] - 141:10
**had** [114] - 15:22, 21:16, 27:5, 27:6, 27:11, 27:24, 27:25, 29:15, 32:4, 32:24, 38:24, 43:12, 45:7, 47:2, 52:8, 52:13, 54:16, 54:22, 56:4, 64:10, 64:13, 78:7, 82:17, 85:16, 85:20, 85:24, 86:4, 86:17, 86:25, 100:8, 100:15, 101:12, 105:17, 105:23, 106:7, 117:10, 118:14, 119:18, 121:24, 123:6, 123:16, 125:2, 125:10, 125:11, 125:12, 125:13, 126:7, 128:15, 130:17, 131:3, 131:11, 131:14, 133:9, 134:7, 135:15, 136:6, 136:15, 136:19, 137:22, 139:3, 139:4, 141:18, 141:21, 141:22, 146:2, 150:14, 152:18, 153:10, 156:2, 156:22, 162:16, 163:16, 166:9, 182:20, 183:21, 190:17, 191:18, 191:21, 201:24, 202:6, 211:7, 211:10, 212:20, 218:2, 218:19, 224:13, 225:6, 225:13, 229:22, 235:4, 235:13, 236:4, 237:2, 254:18, 254:21, 259:13, 261:5, 267:10, 268:9, 272:21, 283:20, 283:23, 287:19, 287:22, 287:25, 289:5, 294:10, 299:3, 312:14, 312:15
**hadn't** [3] - 195:9, 294:7, 294:17
**half** [4] - 102:23, 102:24, 164:2, 255:17
**halfway** [1] - 111:20
**hand** [34] - 20:4, 89:4, 92:11, 97:10, 102:7, 102:18, 102:20, 147:23, 147:24, 147:25, 148:2, 148:5, 151:9, 153:7, 154:14, 154:16, 154:25, 155:2, 155:6, 157:24, 190:16, 190:17, 213:19, 228:14, 295:24, 300:17, 307:20, 307:23, 310:18, 311:7, 313:18, 323:20
**handcuff** [14] - 113:8, 113:10, 228:4, 228:13, 228:17, 228:21, 228:24, 229:8, 229:23, 230:3, 235:9, 235:11, 307:10, 309:19
**handcuffed** [15] - 115:16, 120:16, 125:24, 126:8,

127:8, 134:2, 164:8, 203:21, 204:4, 226:21, 228:22, 238:12, 239:18, 281:6, 310:10
**handcuffing** [1] - 169:11
**handcuffs** [1] - 315:3
**handle** [5] - 119:22, 119:23, 119:25, 147:21, 154:15
**hands** [1] - 121:9
**handwriting** [21] - 205:3, 207:20, 207:25, 233:21, 243:17, 243:21, 244:18, 244:24, 244:25, 245:3, 247:22, 247:25, 248:4, 249:10, 249:20, 253:11, 255:18, 277:21, 277:25, 280:2, 280:5
**handwritten** [1] - 249:3
**happen** [4] - 17:24, 19:9, 143:21, 220:6
**happened** [90] - 16:5, 16:10, 26:18, 28:23, 29:18, 45:7, 47:23, 48:2, 48:7, 48:12, 48:18, 56:15, 61:18, 76:12, 77:5, 82:13, 82:15, 87:15, 88:7, 89:7, 89:8, 90:22, 91:10, 97:3, 97:17, 99:25, 100:5, 104:9, 104:13, 108:24, 115:18, 116:8, 116:10, 116:14, 117:10, 117:16, 117:18, 117:21, 118:14, 120:14, 123:22, 124:12, 124:23, 129:23, 129:24, 130:5, 131:11, 131:14, 131:22, 134:5, 135:21, 137:22, 138:17, 139:22, 140:17, 141:4, 143:19, 146:5, 148:21, 148:25, 150:12, 152:5, 152:17, 156:4, 161:24, 166:23, 167:4, 169:17, 169:18, 170:3, 170:8, 175:24, 177:12, 178:6, 198:19, 211:7, 216:4, 216:17, 217:17, 219:9, 220:8, 224:24, 231:16, 236:4, 272:21, 272:24, 278:16, 298:15, 312:15
**happening** [1] - 212:22
**happens** [4] - 103:23, 103:24, 113:6, 251:22
**happy** [1] - 60:4
**hard** [5] - 229:7, 266:9, 301:6, 309:18, 309:21
**harder** [1] - 228:4
**harm** [2] - 159:9, 201:9
**has** [27] - 27:10, 41:2, 42:4, 55:11, 58:6, 61:16, 62:8, 66:7, 66:11, 70:18, 71:4, 94:23, 119:10, 142:3, 157:6,

174:25, 210:6, 218:10,
223:14, 223:23, 228:13,
232:3, 234:7, 270:2, 284:25,
298:14, 299:3
**hasn't** [1] - 174:18
**hauling** [1] - 46:12
**have** [202] - 8:17, 9:6, 9:9,
10:18, 11:21, 12:11, 13:9,
17:11, 17:13, 21:7, 21:11,
24:23, 26:17, 31:22, 32:23,
33:7, 34:16, 35:19, 38:20,
40:12, 40:16, 41:5, 43:15,
45:5, 46:17, 46:18, 47:17,
49:22, 49:25, 50:12, 50:18,
55:4, 55:25, 57:16, 58:16,
64:3, 64:5, 64:21, 65:16,
65:18, 66:17, 67:19, 72:11,
75:23, 79:8, 82:10, 88:12,
90:12, 93:12, 95:6, 95:8,
100:17, 101:7, 101:9, 104:7,
104:9, 104:23, 113:2,
113:17, 113:25, 115:9,
118:7, 118:16, 118:19,
120:20, 125:9, 125:25,
126:17, 129:2, 130:8,
130:19, 132:14, 132:23,
132:24, 136:3, 136:9, 137:9,
139:23, 140:9, 140:15,
140:19, 142:5, 143:22,
145:9, 152:7, 152:12,
155:14, 155:25, 156:5,
156:8, 158:12, 158:13,
160:14, 162:3, 175:3,
175:21, 176:15, 176:19,
177:10, 177:21, 182:8,
183:5, 184:7, 184:8, 184:9,
192:13, 192:16, 194:6,
194:24, 199:4, 201:13,
201:14, 202:8, 202:24,
202:25, 203:3, 204:10,
206:22, 208:15, 209:10,
209:18, 209:21, 210:17,
210:21, 217:9, 217:21,
217:22, 219:20, 221:5,
221:7, 221:8, 221:17,
222:25, 226:22, 230:19,
232:22, 234:17, 240:21,
240:25, 241:3, 241:9,
242:21, 244:8, 244:18,
245:4, 246:3, 246:13, 247:8,
248:8, 251:11, 253:23,
254:2, 255:20, 255:25,
258:5, 258:6, 258:20,
258:24, 259:18, 260:21,
262:2, 262:11, 262:23,
262:25, 263:11, 263:16,
266:21, 267:14, 267:23,
271:11, 271:18, 271:24,
273:3, 275:8, 276:17,
276:22, 278:8, 280:14,
283:6, 285:15, 285:16,

285:18, 286:11, 288:22,
291:19, 292:14, 297:2,
297:19, 311:21, 312:20,
312:21, 314:10, 315:16,
316:2, 316:5, 316:18, 317:5,
317:9, 317:14, 323:19
**have you** [62] - 12:13,
12:14, 12:21, 13:18, 14:5,
22:24, 28:5, 28:9, 33:20,
33:24, 34:3, 34:21, 37:10,
42:10, 42:13, 42:16, 45:18,
45:21, 47:20, 48:6, 48:11,
48:16, 48:25, 57:17, 58:3,
60:25, 61:11, 68:14, 68:24,
69:5, 74:12, 74:14, 76:10,
77:3, 204:22, 207:9, 207:13,
210:3, 222:8, 222:12,
233:14, 233:17, 241:17,
243:14, 254:18, 254:21,
256:16, 264:15, 267:17,
273:16, 274:6, 277:14,
277:17, 279:4, 283:16,
286:7, 286:10, 286:12,
309:10, 309:13, 309:23,
313:15
**haven't** [3] - 13:25, 48:2,
267:14
**having** [7] - 6:8, 68:15,
105:20, 122:8, 301:6,
305:11, 320:4
**he** [359] - 17:2, 17:3, 17:19,
17:20, 20:24, 21:5, 25:3,
26:17, 26:23, 42:4, 49:6,
49:8, 49:12, 50:5, 50:6,
50:14, 50:20, 51:20, 52:2,
52:5, 53:10, 54:9, 56:8, 60:6,
61:14, 61:16, 61:25, 62:5,
62:7, 62:8, 72:7, 80:18,
81:11, 86:22, 87:9, 87:12,
88:11, 88:17, 88:18, 89:3,
89:4, 89:9, 91:6, 91:8, 91:11,
91:13, 92:5, 92:10, 92:11,
93:18, 93:22, 94:16, 94:19,
95:13, 96:15, 96:21, 97:4,
97:6, 97:7, 97:23, 98:2, 98:5,
98:11, 98:18, 98:19, 98:25,
99:4, 99:8, 99:12, 99:21,
99:24, 100:11, 100:18,
101:15, 101:22, 101:23,
103:7, 103:10, 104:19,
106:7, 106:22, 107:14,
107:22, 107:24, 108:3,
108:5, 108:7, 108:8, 108:9,
108:11, 108:19, 108:21,
110:6, 110:8, 110:16,
110:20, 110:22, 111:6,
113:8, 113:15, 113:17,
114:6, 114:7, 114:10,
116:16, 116:18, 116:20,
117:19, 119:19, 119:21,
120:6, 120:25, 122:2, 122:4,

122:8, 122:13, 122:17,
122:21, 123:25, 125:10,
125:11, 125:13, 126:7,
126:18, 127:8, 127:10,
127:13, 127:25, 128:10,
128:11, 130:5, 131:14,
131:20, 132:7, 132:25,
136:19, 137:2, 137:4,
137:10, 137:18, 137:25,
138:3, 138:22, 138:24,
139:3, 139:4, 139:9, 139:13,
139:17, 143:9, 143:20,
144:23, 144:25, 145:2,
145:4, 145:5, 145:12,
145:23, 147:19, 148:9,
148:10, 148:11, 148:16,
154:9, 154:24, 155:4, 155:6,
155:13, 155:23, 156:10,
156:19, 157:6, 158:17,
160:6, 160:18, 161:15,
163:10, 164:8, 164:24,
166:12, 166:17, 168:17,
169:5, 169:24, 170:10,
171:9, 171:12, 173:5,
173:25, 174:18, 175:4,
177:5, 177:7, 177:10,
177:15, 177:21, 178:7,
178:11, 179:11, 179:12,
179:13, 179:14, 179:15,
179:23, 180:3, 180:6,
180:10, 180:11, 180:21,
183:20, 183:21, 184:2,
184:3, 184:8, 185:25, 186:2,
186:3, 186:4, 186:5, 188:24,
189:4, 189:16, 190:15,
191:5, 191:6, 192:11,
192:14, 194:23, 195:17,
195:21, 196:2, 196:24,
197:20, 201:20, 202:6,
203:7, 203:8, 203:20,
206:20, 209:3, 213:8,
215:20, 216:9, 216:21,
217:2, 217:3, 217:4, 219:13,
219:21, 227:17, 227:18,
228:3, 228:10, 228:13,
228:24, 229:11, 229:12,
229:13, 229:15, 229:22,
230:9, 230:15, 230:19,
230:25, 231:6, 231:8,
231:12, 231:14, 232:18,
238:13, 245:9, 245:12,
245:22, 246:5, 246:19,
246:20, 247:9, 247:15,
250:5, 250:17, 250:18,
250:19, 250:20, 250:22,
251:3, 251:5, 251:6, 251:19,
253:17, 253:24, 253:25,
254:3, 254:9, 254:10,
254:11, 259:8, 259:13,
261:16, 262:2, 274:16,
275:5, 276:14, 276:17,

276:21, 276:22, 284:12,
288:17, 289:2, 290:3, 290:5,
290:21, 290:23, 290:24,
292:7, 292:12, 292:15,
292:17, 292:22, 294:4,
295:2, 295:25, 296:7, 299:3,
305:2, 305:9, 305:12,
308:24, 310:9, 310:23,
311:20, 311:22, 311:24,
312:2, 312:4, 312:5, 312:7,
312:11
**He** [1] - 92:8
**he's** [41] - 50:21, 58:24,
58:25, 59:2, 59:4, 59:7,
59:10, 60:22, 62:19, 96:10,
103:2, 103:19, 112:16,
112:19, 112:21, 112:22,
126:25, 127:8, 144:6, 165:9,
168:14, 169:13, 182:10,
182:11, 182:22, 227:2,
228:7, 229:4, 246:7, 246:8,
288:15, 290:2, 290:8, 291:2,
291:15, 291:22, 309:2,
309:15, 309:20, 316:25
**head** [2] - 122:10, 308:15
**heading** [1] - 300:18
**headphone** [1] - 166:4
**headphones** [3] - 101:4,
106:8, 139:4
**headquarter** [1] - 43:2
**hear** [15] - 7:17, 97:11,
122:20, 122:23, 155:9,
166:8, 170:4, 171:7, 173:9,
178:24, 201:6, 216:13,
246:18, 246:22, 303:25
**heard** [5] - 43:5, 146:2,
171:16, 172:5, 173:3
**hearing** [1] - 12:25
**HEINS** [2] - 1:3, 3:5
**Heins** [12] - 5:15, 5:23,
6:21, 47:22, 48:12, 56:21,
154:8, 205:22, 244:22,
252:2, 284:12, 315:2
**held** [9] - 2:9, 5:10, 25:22,
181:21, 237:18, 264:8,
281:20, 297:13, 318:2
**helmet** [4] - 101:2, 122:5,
122:9, 123:7
**her** [13] - 15:18, 15:22,
31:17, 31:25, 33:2, 33:3,
48:17, 93:13, 151:12,
151:14, 152:23, 153:10,
176:9
**here** [26] - 22:6, 53:9,
60:21, 82:13, 150:3, 167:16,
167:17, 167:21, 173:12,
223:2, 224:21, 224:23,
233:7, 247:14, 262:20,
268:13, 268:18, 284:21,
289:16, 299:8, 301:5,

301:10, 304:24, 305:5, 315:25, 316:25

**here's** [1] - 130:16

**HEREBY** [1] - 4:5

**hereby** [2] - 320:4, 323:8

**herein** [1] - 4:7

**hereinbefore** [2] - 320:11, 323:11

**hereunto** [1] - 323:19

**hey** [1] - 157:19

**hidden** [1] - 174:10

**higher** [2] - 308:9, 308:11

**highest** [1] - 34:10

**highway** [2] - 11:8, 78:19

**him** [273] - 15:22, 17:2, 17:4, 48:7, 48:11, 50:5, 50:11, 50:12, 50:17, 50:18, 53:6, 53:13, 53:16, 53:18, 53:24, 54:4, 54:5, 54:12, 59:15, 59:23, 59:24, 60:3, 61:8, 61:12, 61:17, 61:21, 61:22, 62:4, 62:16, 74:23, 86:25, 87:5, 88:4, 88:8, 88:11, 89:12, 90:23, 92:5, 92:8, 92:11, 93:6, 95:9, 96:4, 97:12, 99:15, 99:18, 100:4, 100:9, 101:22, 103:25, 104:6, 104:15, 104:22, 105:21, 105:25, 106:6, 106:18, 107:2, 107:3, 107:7, 107:13, 107:14, 107:19, 108:4, 108:14, 108:16, 109:11, 109:25, 110:11, 111:2, 111:8, 111:14, 111:19, 112:3, 112:7, 112:9, 113:8, 113:10, 113:20, 114:17, 115:16, 115:22, 116:10, 116:14, 116:15, 116:18, 116:21, 116:22, 117:19, 117:23, 117:25, 118:6, 118:18, 121:18, 125:9, 125:16, 125:24, 126:8, 126:10, 127:7, 129:24, 130:4, 130:5, 131:6, 131:10, 131:13, 131:16, 131:18, 131:25, 132:2, 132:12, 132:13, 132:15, 132:16, 132:17, 132:19, 132:20, 133:12, 134:23, 135:24, 136:5, 136:9, 136:10, 136:16, 137:13, 137:14, 137:24, 139:10, 139:13, 139:23, 140:3, 140:5, 143:23, 144:9, 144:10, 144:16, 144:17, 144:18, 144:19, 146:3, 146:4, 148:9, 155:9, 155:19, 155:22, 156:8, 156:13, 156:24, 156:25, 157:3, 157:4, 158:5, 158:8, 158:20,

158:24, 159:9, 159:12, 159:15, 159:19, 159:22, 160:2, 160:7, 160:25, 161:3, 161:8, 161:11, 162:16, 162:19, 162:22, 163:11, 164:10, 164:22, 165:13, 166:17, 167:5, 169:11, 169:25, 170:17, 171:13, 171:16, 172:5, 172:7, 172:12, 172:13, 172:14, 172:20, 173:17, 173:23, 177:15, 177:18, 177:19, 178:13, 178:15, 182:12, 182:16, 183:24, 184:11, 187:7, 189:9, 189:14, 191:18, 191:19, 192:6, 197:19, 198:25, 200:3, 201:17, 201:24, 202:2, 202:8, 202:9, 202:17, 203:5, 203:21, 204:4, 206:17, 207:16, 225:5, 228:13, 229:8, 229:10, 229:23, 230:6, 230:13, 230:18, 230:20, 232:10, 232:18, 235:4, 235:9, 235:11, 235:14, 236:16, 237:7, 237:11, 238:5, 240:13, 255:14, 259:13, 266:3, 272:20, 276:24, 281:13, 285:2, 285:8, 289:5, 291:5, 291:16, 296:2, 296:4, 296:8, 303:7, 303:12, 304:9, 305:11, 306:3, 306:6, 307:10, 309:10, 309:13, 309:19, 309:23, 310:2, 310:14, 314:4, 316:21, 317:2

**himself** [1] - 203:8

**his** [146] - 16:25, 21:5, 42:8, 60:16, 74:14, 89:9, 89:10, 92:11, 96:12, 97:9, 100:8, 106:2, 106:24, 107:4, 107:11, 109:4, 109:8, 109:12, 109:23, 111:24, 113:8, 114:25, 115:3, 118:22, 118:24, 119:10, 119:21, 119:23, 120:25, 121:5, 121:6, 121:15, 123:6, 125:18, 125:19, 126:6, 131:3, 131:5, 134:15, 135:15, 136:12, 143:24, 144:19, 144:23, 146:8, 154:14, 154:25, 156:9, 156:12, 156:23, 157:24, 158:16, 158:21, 158:25, 159:11, 160:9, 160:12, 160:19, 164:13, 164:20, 165:11, 167:8, 167:15, 168:14, 168:16, 169:10, 174:9, 182:7, 182:12, 182:13, 182:14, 183:7, 183:12, 184:4, 184:14,

185:4, 185:14, 191:18, 191:22, 194:23, 197:2, 200:6, 205:21, 206:3, 206:7, 208:23, 210:24, 211:10, 211:14, 219:14, 224:24, 224:25, 225:4, 226:15, 226:19, 226:20, 226:23, 227:25, 228:3, 228:14, 228:21, 228:22, 228:25, 230:10, 230:11, 231:18, 238:7, 238:10, 238:11, 242:6, 244:12, 244:22, 250:19, 252:13, 256:25, 257:6, 257:16, 257:17, 260:11, 260:14, 261:25, 264:24, 266:24, 269:12, 271:4, 271:23, 274:11, 287:14, 301:2, 303:7, 303:10, 308:18, 309:2, 309:10, 309:13, 309:15, 310:3, 310:9

**Hispanic** [6] - 86:24, 87:25, 90:22, 95:15, 96:18, 100:6

**hit** [38] - 19:17, 33:5, 104:19, 110:2, 110:8, 111:8, 112:12, 119:22, 119:23, 120:6, 123:7, 123:17, 138:3, 138:24, 143:16, 149:5, 149:19, 150:19, 151:8, 152:21, 152:24, 154:15, 171:12, 172:7, 172:12, 172:13, 172:14, 172:20, 173:5, 178:14, 187:12, 219:14, 226:18, 236:16, 238:9, 261:16, 305:2, 305:9

**hitting** [1] - 147:22

**Hogan** [2] - 3:19, 5:5

**hold** [5] - 76:6, 128:20, 235:4, 237:5

**holding** [8] - 26:21, 27:16, 135:24, 281:4, 315:20, 316:10, 316:14, 318:8

**home** [3] - 10:3, 244:11, 296:13

**honest** [3] - 199:6, 235:20, 317:18

**honestly** [3] - 135:13, 139:11, 166:25

**hood** [2] - 271:2, 271:3

**hoped** [1] - 156:9

**hopefully** [4] - 155:23, 157:3, 158:17, 160:6

**hoping** [1] - 158:15

**Hospital** [2] - 215:24, 216:8

**hospital** [18] - 30:24, 31:4, 31:8, 137:19, 151:14, 169:22, 169:25, 170:11, 173:11, 178:25, 181:8, 186:9, 208:12, 251:20, 251:25, 252:20, 256:4, 275:6

**hour** [5] - 104:25, 105:4, 105:7, 163:24, 164:2

**hours** [22] - 9:5, 9:8, 9:11, 9:14, 9:19, 9:22, 25:15, 37:5, 43:21, 43:25, 44:3, 45:18, 77:14, 78:9, 78:10, 134:3, 147:7, 180:20, 180:23, 186:2, 205:11, 206:10

**house** [5] - 58:13, 190:7, 190:16, 190:19, 190:20

**houses** [2] - 190:7, 190:8

**how** [114] - 6:25, 9:17, 12:13, 12:14, 20:9, 21:23, 24:11, 24:16, 25:13, 27:9, 29:14, 32:15, 36:12, 38:2, 39:6, 41:16, 42:4, 42:7, 45:5, 48:5, 48:10, 48:15, 54:12, 54:20, 56:9, 61:20, 62:3, 64:6, 64:22, 65:4, 65:9, 66:10, 69:9, 70:8, 70:24, 72:14, 76:25, 79:5, 87:15, 88:10, 92:9, 92:13, 92:16, 92:18, 92:19, 92:22, 93:2, 93:3, 95:20, 96:2, 96:14, 98:17, 104:21, 105:24, 106:16, 109:11, 111:5, 111:17, 113:9, 115:8, 117:8, 121:9, 121:10, 123:16, 128:11, 129:13, 129:14, 129:15, 130:13, 132:24, 133:25, 141:3, 141:13, 146:25, 148:16, 150:21, 154:23, 155:21, 156:3, 156:6, 157:4, 158:8, 158:14, 160:11, 163:19, 166:23, 171:23, 176:8, 176:19, 176:20, 177:10, 179:10, 180:21, 184:16, 188:24, 192:10, 210:10, 215:7, 228:23, 231:4, 231:17, 236:23, 246:15, 251:2, 251:5, 266:19, 267:15, 281:9, 293:14, 293:24, 301:12, 304:11, 306:21, 313:9

**How are** [2] - 63:9, 63:22

**how did** [13] - 19:23, 40:5, 58:10, 80:18, 95:17, 97:7, 120:2, 132:11, 132:12, 156:11, 190:13, 210:20, 295:23

**how do** [15] - 17:20, 32:21, 60:2, 63:9, 74:20, 89:19, 90:15, 93:22, 131:24, 142:11, 142:22, 266:7, 269:2, 269:11, 312:2

**how is** [1] - 308:24

**how many** [21] - 13:6, 14:8, 23:7, 26:5, 28:8, 28:10, 34:6, 42:19, 45:23, 58:3, 81:25,

82:9, 85:20, 86:3, 153:15,
175:13, 180:20, 187:23,
192:20, 197:12, 227:11
**huh** [14] - 7:13, 16:15,
143:2, 149:13, 165:10,
169:23, 187:10, 187:18,
187:21, 189:23, 205:7,
208:17, 235:3, 239:6
**human** [1] - 171:25
**hurt** [1] - 114:7
**Hybrid** [3] - 269:24, 269:25
**hydrant** [1] - 87:20

# I

**i** [16] - 30:6, 30:14, 86:19,
101:16, 137:12, 143:2,
147:5, 165:22, 171:13,
193:20, 203:24, 219:10,
223:11, 294:12, 305:24,
311:23
**I** [806] - 4:2, 6:20, 6:23, 7:6,
8:5, 8:9, 8:10, 8:13, 8:22,
10:20, 11:15, 11:24, 12:17,
12:24, 13:9, 13:22, 14:4,
14:5, 15:15, 15:18, 15:25,
16:12, 16:16, 16:22, 17:25,
18:2, 18:5, 19:17, 20:12,
21:7, 21:11, 22:5, 23:9,
23:25, 24:22, 24:23, 25:16,
25:17, 25:25, 26:5, 26:7,
26:9, 26:17, 27:8, 27:15,
27:20, 27:22, 28:10, 28:15,
28:17, 28:22, 28:23, 29:6,
29:19, 30:9, 30:14, 30:22,
30:23, 31:16, 32:4, 32:19,
32:23, 33:5, 33:16, 35:18,
36:4, 36:24, 38:24, 38:25,
39:10, 40:7, 41:4, 41:15,
42:6, 42:20, 42:22, 42:25,
43:4, 43:5, 43:21, 43:22,
44:10, 45:17, 45:20, 45:24,
46:12, 46:13, 46:14, 47:2,
47:7, 47:10, 47:17, 47:18,
47:19, 49:21, 49:22, 49:24,
49:25, 50:5, 50:18, 50:24,
50:25, 51:2, 51:3, 51:17,
51:18, 52:7, 52:10, 52:17,
52:21, 53:3, 53:17, 53:18,
54:9, 54:10, 54:11, 54:12,
54:20, 54:22, 54:23, 55:2,
55:14, 55:24, 57:2, 57:14,
57:16, 58:25, 59:7, 59:9,
59:12, 59:17, 59:19, 59:20,
60:7, 60:12, 61:22, 62:8,
62:11, 64:3, 64:17, 64:19,
65:4, 65:8, 65:15, 65:16,
65:18, 66:4, 66:22, 66:24,
67:10, 67:17, 67:18, 70:14,
72:6, 72:10, 72:25, 75:19,
78:7, 78:16, 79:3, 80:20,

81:14, 81:16, 82:17, 82:18,
82:21, 82:22, 83:3, 85:7,
85:22, 86:5, 88:3, 88:12,
89:9, 89:10, 90:5, 90:23,
91:6, 91:7, 94:2, 94:22,
95:16, 95:18, 95:22, 96:4,
99:3, 99:5, 100:8, 100:9,
100:23, 101:7, 101:12,
102:9, 102:21, 104:4,
104:10, 104:11, 104:23,
105:9, 105:10, 105:22,
107:16, 108:8, 108:17,
108:24, 109:7, 109:8,
109:22, 110:6, 110:7, 110:8,
111:21, 111:25, 112:12,
113:9, 113:10, 113:14,
113:22, 114:13, 115:15,
116:2, 116:10, 116:24,
117:3, 117:7, 117:15,
117:24, 118:7, 118:18,
118:19, 119:2, 119:8,
119:18, 120:20, 121:3,
121:17, 122:22, 123:2,
123:10, 123:11, 123:22,
123:25, 124:17, 124:21,
125:2, 125:6, 125:15,
125:23, 127:5, 127:10,
127:15, 127:22, 128:2,
128:5, 128:14, 128:15,
128:21, 129:7, 129:21,
129:24, 130:3, 130:11,
130:17, 131:25, 132:12,
132:14, 132:17, 132:21,
133:5, 133:20, 133:24,
134:7, 134:8, 134:24, 135:8,
135:13, 135:23, 135:24,
136:5, 136:6, 136:7, 136:11,
136:12, 137:7, 138:8,
138:12, 139:2, 139:6, 140:2,
141:8, 141:20, 141:24,
143:3, 143:4, 143:14,
143:16, 143:25, 144:13,
145:2, 145:4, 145:15,
145:22, 146:4, 146:5, 146:7,
147:7, 147:24, 148:8, 148:9,
148:16, 148:20, 149:3,
149:8, 149:18, 149:19,
150:2, 150:3, 150:9, 150:25,
151:13, 151:18, 152:12,
152:17, 152:18, 153:5,
153:15, 154:6, 154:14,
154:17, 155:11, 155:13,
155:16, 155:25, 156:2,
156:5, 156:9, 156:15,
156:21, 157:17, 157:25,
158:12, 159:9, 160:14,
160:23, 160:25, 161:6,
161:25, 162:2, 162:9,
162:14, 162:19, 163:7,
163:15, 164:4, 165:22,
165:25, 166:4, 166:7,

166:11, 166:25, 167:13,
167:19, 168:15, 168:16,
169:12, 170:15, 170:19,
170:20, 170:25, 171:2,
171:5, 171:11, 171:17,
171:19, 171:20, 171:24,
172:7, 172:12, 172:14,
172:20, 173:2, 173:7,
173:23, 174:8, 174:9,
174:17, 175:3, 175:10,
175:16, 176:13, 176:19,
176:23, 177:4, 177:19,
178:2, 178:3, 178:10,
178:11, 178:20, 179:2,
179:5, 179:9, 179:23, 180:3,
180:5, 180:9, 180:12, 181:6,
181:11, 181:12, 182:2,
182:13, 182:20, 184:8,
184:18, 184:20, 185:9,
185:11, 185:13, 185:23,
186:6, 186:14, 187:6,
187:19, 188:5, 188:9, 189:4,
189:5, 189:9, 189:17,
189:19, 191:14, 191:15,
192:7, 192:9, 192:25, 194:8,
194:11, 194:13, 194:14,
194:20, 195:13, 195:18,
196:2, 196:6, 196:18,
196:20, 197:5, 197:9,
197:16, 197:24, 198:22,
199:4, 199:9, 201:8, 201:14,
201:16, 201:18, 202:6,
202:7, 202:13, 202:21,
203:3, 203:4, 203:7, 203:10,
203:13, 203:16, 203:21,
204:10, 206:22, 207:15,
208:7, 208:13, 208:15,
209:9, 209:15, 210:11,
210:18, 210:23, 211:3,
211:9, 211:18, 212:14,
212:20, 216:13, 217:9,
217:17, 217:20, 217:25,
218:3, 219:8, 219:11, 220:2,
220:7, 220:19, 221:6, 221:8,
221:9, 221:11, 221:17,
222:14, 222:20, 224:11,
224:19, 225:5, 225:6,
225:13, 225:14, 225:15,
226:2, 227:10, 227:11,
227:24, 228:17, 228:21,
228:23, 229:4, 229:8,
229:12, 229:15, 229:19,
231:4, 231:20, 232:10,
232:17, 232:22, 233:25,
234:17, 234:25, 235:4,
235:8, 235:12, 235:13,
235:22, 235:23, 235:25,
236:10, 236:16, 236:18,
239:17, 239:19, 240:21,
240:24, 240:25, 241:2,
241:16, 241:24, 241:25,

242:21, 244:18, 245:4,
246:24, 248:2, 248:5, 249:8,
249:15, 250:7, 250:10,
250:11, 250:19, 250:20,
251:14, 251:24, 252:22,
253:16, 253:21, 254:2,
254:3, 254:10, 254:11,
255:20, 255:25, 257:13,
258:3, 258:11, 259:2,
259:11, 259:15, 259:18,
260:11, 260:16, 260:21,
261:4, 261:15, 261:18,
261:23, 262:2, 262:21,
263:11, 265:25, 266:9,
266:13, 266:21, 266:22,
267:14, 267:15, 267:24,
268:6, 268:11, 268:17,
268:22, 269:14, 269:18,
270:4, 271:5, 271:24,
272:10, 273:3, 273:22,
275:2, 275:8, 275:11, 276:9,
276:13, 276:24, 277:19,
278:5, 278:8, 278:20,
278:23, 278:25, 279:15,
279:16, 279:25, 280:11,
280:20, 281:9, 283:20,
283:22, 284:5, 284:8, 285:2,
285:5, 285:18, 289:4,
289:13, 290:21, 290:22,
290:23, 290:24, 291:2,
291:3, 291:4, 291:6, 291:19,
291:20, 292:3, 292:4, 292:6,
292:10, 292:14, 292:22,
293:3, 293:12, 293:24,
294:9, 294:13, 294:23,
295:6, 295:16, 295:22,
295:25, 296:5, 296:14,
297:2, 298:23, 299:13,
300:4, 301:7, 301:20,
303:16, 303:24, 305:6,
305:19, 305:23, 305:24,
307:22, 309:8, 311:16,
311:20, 311:24, 312:4,
312:17, 313:3, 313:9, 314:4,
314:10, 314:15, 315:4,
315:5, 315:14, 315:16,
315:24, 316:5, 316:12,
316:16, 316:17, 316:18,
317:9, 317:18, 318:3, 318:4,
320:2, 320:4, 320:5, 320:8,
321:2, 322:2, 323:2, 323:7,
323:14, 323:16, 323:19
**I'll** [11] - 68:10, 72:21,
88:15, 100:9, 201:11,
201:12, 248:21, 256:22,
298:5, 313:23, 314:7
**i'm** [21] - 34:14, 43:18,
48:19, 48:21, 94:10, 102:18,
141:13, 143:14, 150:7,
154:13, 159:20, 163:7,
204:21, 210:2, 213:22,

216:15, 223:17, 227:16, 234:24, 298:19, 308:11

**I'm** [175] - 6:22, 6:24, 7:21, 11:23, 13:3, 13:21, 14:4, 14:24, 17:3, 22:5, 24:9, 27:17, 30:14, 31:9, 34:25, 36:5, 40:12, 41:11, 44:19, 45:15, 47:18, 50:2, 57:21, 60:8, 63:7, 66:14, 67:16, 67:18, 68:5, 68:20, 69:15, 70:16, 72:5, 74:22, 75:11, 76:7, 77:22, 82:23, 84:4, 102:10, 102:13, 102:14, 106:23, 107:7, 117:22, 118:19, 121:13, 122:18, 124:21, 126:5, 132:5, 142:9, 149:2, 158:15, 158:16, 158:22, 160:6, 162:8, 167:20, 171:6, 173:22, 178:22, 179:14, 179:24, 182:21, 188:20, 188:22, 189:13, 189:19, 192:21, 195:15, 197:9, 198:22, 198:23, 199:18, 201:9, 205:18, 210:10, 210:11, 210:15, 210:19, 214:10, 215:4, 217:20, 220:5, 221:4, 221:19, 222:7, 222:20, 222:24, 223:11, 223:16, 224:18, 225:13, 226:16, 227:6, 231:22, 233:12, 235:20, 236:18, 236:24, 238:23, 238:24, 239:2, 242:19, 243:7, 243:13, 244:5, 245:20, 248:24, 248:25, 249:15, 252:4, 252:5, 252:6, 253:2, 253:8, 253:12, 255:24, 256:14, 259:9, 259:12, 260:10, 260:16, 261:13, 261:23, 262:5, 262:9, 262:22, 263:13, 263:15, 263:16, 266:3, 266:10, 268:12, 270:2, 272:3, 275:21, 279:10, 279:14, 279:24, 280:12, 282:5, 284:21, 285:6, 287:5, 287:14, 290:15, 292:3, 294:14, 295:3, 299:7, 299:11, 299:17, 300:9, 301:4, 301:6, 301:10, 307:13, 308:8, 309:8, 312:16, 313:4, 313:5, 313:22, 316:21, 317:2, 317:10

**I've** [1] - 313:17

**IAB** [10] - 44:25, 76:23, 145:22, 146:11, 146:16, 146:19, 146:23, 174:25, 175:4, 236:17

**ID** [10] - 10:25, 89:9, 89:10, 96:6, 100:8, 131:4, 131:5,

136:6, 184:4, 191:23

**idea** [48] - 21:7, 21:11, 50:18, 64:21, 65:17, 65:18, 100:17, 101:8, 101:9, 101:12, 104:23, 132:14, 132:23, 141:5, 146:17, 146:20, 146:24, 152:12, 152:25, 160:14, 175:3, 176:19, 177:3, 192:12, 192:13, 199:4, 234:17, 244:18, 245:4, 254:17, 260:21, 261:3, 266:21, 267:14, 268:3, 270:13, 271:17, 271:24, 275:8, 285:15, 288:21, 291:19, 292:14, 297:2, 311:21, 314:10, 317:9

**identification** [16] - 68:2, 204:16, 207:4, 221:25, 233:5, 241:7, 243:3, 248:13, 256:9, 260:2, 263:22, 273:10, 277:8, 278:14, 283:10, 285:24

**identify** [1] - 5:19

**if** [122] - 4:12, 4:15, 7:8, 7:13, 7:16, 7:20, 7:24, 8:5, 17:2, 17:11, 21:5, 24:10, 31:9, 49:21, 53:7, 55:21, 55:22, 64:8, 65:17, 66:18, 67:5, 67:18, 71:13, 71:21, 72:10, 72:11, 73:12, 73:16, 74:2, 75:20, 76:4, 76:6, 90:9, 90:19, 91:15, 100:11, 105:23, 108:21, 114:10, 119:3, 122:21, 131:14, 132:12, 136:5, 136:6, 136:15, 136:19, 136:21, 136:22, 137:7, 140:10, 142:19, 144:7, 157:6, 159:9, 161:2, 161:13, 166:7, 169:24, 170:16, 173:10, 176:25, 181:13, 184:7, 184:8, 188:3, 188:4, 197:18, 199:11, 200:14, 201:8, 202:6, 202:16, 210:20, 212:16, 212:19, 221:6, 222:3, 223:4, 227:10, 231:21, 239:19, 246:20, 250:8, 253:18, 254:2, 254:6, 256:11, 257:17, 258:5, 258:23, 259:2, 259:3, 259:13, 261:23, 264:11, 268:7, 268:9, 270:7, 275:12, 284:17, 284:22, 286:3, 288:25, 289:9, 289:12, 296:15, 296:21, 299:19, 304:13, 310:22, 311:14, 312:14, 313:6, 314:15, 314:22, 315:25, 316:9, 316:13, 318:4

**illegal** [5] - 9:15, 159:4, 159:7, 159:8, 185:4

**immediately** [6] - 73:13, 97:23, 98:11, 120:9, 200:15, 201:12

**impact** [3] - 36:10, 36:15, 212:8

**impeding** [2] - 51:15, 54:24

**impression** [1] - 101:18

**in** [380] - 1:10, 3:12, 5:7, 5:13, 6:6, 9:5, 9:8, 9:11, 9:14, 9:23, 10:9, 12:7, 12:25, 13:3, 13:19, 14:6, 15:13, 15:17, 16:2, 16:5, 16:7, 16:10, 16:17, 16:18, 16:19, 16:23, 17:25, 18:6, 18:12, 18:15, 19:21, 19:22, 20:2, 20:7, 20:10, 20:14, 22:11, 22:17, 23:16, 26:14, 26:23, 27:2, 28:5, 28:9, 28:21, 28:23, 29:18, 31:13, 33:8, 33:20, 34:21, 36:15, 37:13, 37:24, 38:2, 38:8, 38:9, 38:14, 38:16, 38:18, 38:23, 39:6, 40:11, 40:17, 40:22, 41:4, 41:14, 41:16, 42:17, 43:16, 43:18, 44:5, 44:11, 44:15, 44:22, 45:2, 45:12, 46:11, 46:21, 49:2, 50:25, 51:23, 52:3, 52:8, 52:11, 52:14, 52:21, 55:16, 56:8, 56:12, 56:20, 56:24, 57:18, 57:23, 58:2, 58:4, 58:11, 58:22, 60:3, 60:16, 61:15, 63:5, 63:24, 65:3, 66:16, 68:8, 69:4, 72:14, 73:16, 74:12, 74:14, 75:21, 76:7, 77:4, 77:5, 77:15, 80:7, 80:8, 80:15, 81:7, 81:8, 81:18, 82:15, 83:12, 83:14, 85:10, 85:13, 88:25, 89:19, 90:8, 91:7, 92:15, 92:17, 93:3, 93:16, 93:23, 93:24, 94:3, 94:19, 95:20, 96:8, 97:24, 98:8, 99:22, 100:3, 100:6, 100:14, 100:22, 101:21, 101:22, 102:5, 102:6, 102:13, 102:23, 102:24, 103:23, 105:13, 106:8, 107:3, 111:12, 112:3, 112:15, 113:16, 113:24, 114:6, 115:24, 117:20, 118:7, 118:18, 119:4, 119:11, 122:12, 123:10, 124:4, 127:20, 128:20, 130:5, 131:21, 133:9, 134:8, 134:15, 137:2, 137:4, 137:11, 138:13, 138:23, 139:4, 144:9, 147:7, 149:14, 150:19, 151:5, 152:10,

154:8, 155:5, 155:13, 155:18, 158:16, 162:24, 164:5, 164:23, 164:24, 165:23, 165:24, 166:3, 166:11, 166:13, 166:14, 166:15, 166:16, 166:23, 167:16, 169:13, 169:18, 170:14, 174:12, 175:11, 175:14, 176:5, 178:5, 178:18, 180:16, 182:22, 182:25, 183:6, 184:14, 184:18, 185:4, 186:15, 186:20, 187:8, 188:7, 190:5, 190:6, 190:17, 190:19, 190:20, 190:24, 192:17, 194:25, 195:6, 195:16, 195:18, 196:11, 198:12, 198:20, 199:22, 200:3, 200:7, 200:10, 200:16, 201:25, 202:9, 202:18, 203:3, 204:8, 206:6, 206:7, 208:11, 209:16, 209:22, 210:5, 210:19, 210:23, 211:6, 211:21, 212:5, 214:7, 214:21, 216:21, 217:10, 217:21, 217:22, 218:6, 218:12, 218:19, 218:20, 218:21, 219:3, 219:15, 219:22, 224:21, 224:23, 226:23, 229:17, 230:22, 231:2, 231:3, 231:18, 233:18, 234:7, 236:18, 238:13, 242:7, 242:9, 244:11, 246:3, 246:5, 246:8, 247:15, 249:25, 251:5, 252:6, 253:14, 256:16, 257:5, 260:9, 260:10, 262:7, 262:14, 262:24, 263:10, 263:12, 265:20, 267:2, 268:2, 270:18, 271:10, 276:15, 282:18, 282:21, 282:22, 283:2, 284:7, 284:19, 285:7, 287:25, 288:2, 288:25, 290:24, 291:2, 291:4, 291:5, 291:7, 292:11, 292:16, 293:22, 294:20, 295:9, 295:18, 297:4, 297:21, 298:10, 300:17, 302:22, 302:23, 304:11, 306:8, 306:19, 310:14, 311:15, 313:21, 313:24, 314:3, 314:23, 315:3, 315:7, 315:19, 316:24, 317:12, 323:17

**IN** [1] - 323:19

**incident** [40] - 17:14, 18:8, 33:21, 44:6, 44:9, 44:12, 44:16, 44:23, 45:2, 45:13, 47:22, 48:8, 50:15, 55:15, 81:5, 140:21, 141:19, 178:19, 187:17, 196:10,

197:13, 203:3, 203:6,
207:13, 209:18, 209:23,
210:6, 213:9, 214:21, 220:2,
222:12, 233:14, 237:2,
274:13, 275:5, 297:19,
299:4, 299:8, 310:25, 317:4
  **incidental** [1] - 238:16
  **incidents** [1] - 203:4
  **include** [5] - 216:9, 218:6,
218:13, 219:15, 220:11
  **included** [2] - 220:17,
220:18
  **including** [1] - 13:3
  **incredible** [1] - 58:7
  **indicating** [6] - 76:9, 121:9,
167:17, 268:20, 281:14,
307:24
  **individual** [17] - 19:14,
28:5, 64:10, 75:15, 85:6,
94:9, 100:6, 100:14, 120:19,
133:8, 133:23, 189:7,
190:10, 191:5, 272:6,
297:23, 298:6
  **individually** [2] - 1:10, 3:12
  **individuals** [3] - 189:17,
190:5, 190:11
  **influence** [1] - 32:9
  **information** [32] - 67:15,
73:25, 74:9, 74:10, 177:11,
177:21, 208:14, 209:2,
209:8, 210:18, 210:21,
211:15, 217:10, 219:19,
222:24, 223:8, 223:25,
224:5, 224:7, 224:15,
224:19, 224:20, 224:25,
225:6, 234:7, 242:8, 244:8,
244:14, 244:16, 276:17,
276:23, 296:25
  **INFORMATION** [2] - 322:8,
322:9
  **informations** [1] - 222:22
  **initially** [3] - 125:13,
191:19, 195:10
  **initiate** [1] - 69:20
  **initiative** [4] - 79:19, 79:20,
89:15, 90:13
  **injured** [11] - 20:24, 30:18,
31:7, 31:9, 114:7, 151:10,
151:19, 189:5, 214:22,
258:23, 259:8
  **injuries** [12] - 21:6, 30:20,
60:16, 114:21, 123:5,
123:13, 151:12, 151:16,
167:7, 188:24, 258:16,
259:14
  **injury** [11] - 17:12, 21:10,
63:17, 114:14, 114:16,
122:11, 136:23, 257:5,
258:6, 259:2, 259:4
  **input** [2] - 223:7, 224:6

  **inputting** [1] - 242:8
  **inquire** [1] - 188:23
  **inside** [8] - 78:20, 78:22,
78:23, 91:5, 94:10, 94:11,
95:18, 221:2
  **instead** [2] - 154:15, 245:10
  **instructing** [1] - 237:11
  **instruction** [1] - 296:19
  **insurance** [2] - 31:22,
31:25
  **intake** [1] - 16:12
  **Intel** [1] - 237:2
  **intention** [2] - 158:20,
158:23
  **interacting** [1] - 124:19
  **interaction** [1] - 130:9
  **interactions** [1] - 129:3
  **interested** [1] - 323:17
  **Internal** [1] - 175:6
  **interrogate** [1] - 255:11
  **interrogating** [1] - 255:14
  **intersection** [14] - 82:20,
83:8, 83:13, 84:9, 84:12,
87:23, 91:13, 97:6, 99:5,
194:12, 227:12, 227:17,
230:23, 235:22
  **interview** [7] - 44:25, 45:7,
175:7, 176:5, 276:7, 318:11,
318:13
  **interviewed** [23] - 44:15,
44:22, 46:17, 47:9, 76:11,
76:23, 131:21, 132:9,
146:16, 146:19, 146:22,
147:2, 175:18, 175:21,
176:9, 176:12, 176:16,
177:2, 192:3, 192:11,
206:17, 211:6, 276:4
  **interviewers** [1] - 177:11,
192:14
  **interviewing** [1] - 188:11
  **interviews** [3] - 77:5,
175:15, 275:23
  **into** [27] - 27:14, 35:6, 50:2,
69:23, 103:3, 111:17,
145:10, 151:6, 153:3, 153:9,
153:21, 158:21, 158:24,
175:6, 189:9, 191:11, 192:2,
216:12, 223:8, 223:25,
226:25, 242:8, 251:3,
292:17, 301:9, 301:18
  **invalid** [1] - 183:3
  **inventory** [3] - 182:8,
183:19, 259:7
  **investigated** [1] - 46:9
  **investigation** [7] - 45:12,
51:16, 54:25, 142:24,
188:15, 190:24, 236:17
  **investigations** [1] - 132:10
  **investigators** [5] - 132:24,
133:4, 176:5, 188:11, 206:18

  **involve** [2] - 14:16, 174:7
  **involved** [5] - 74:12, 77:4,
218:19, 218:21, 242:7
  **is** [199] - 5:3, 5:4, 5:7, 5:10,
5:15, 6:4, 6:20, 7:4, 8:5,
8:15, 9:23, 10:8, 10:20,
18:18, 18:21, 19:3, 19:6,
20:18, 21:4, 22:5, 25:19,
28:11, 33:5, 33:10, 38:8,
45:25, 48:21, 50:25, 53:4,
55:10, 58:16, 58:22, 62:7,
67:6, 67:12, 67:17, 67:20,
68:7, 69:8, 69:9, 70:13,
72:23, 73:12, 75:6, 75:13,
81:6, 83:19, 83:21, 83:25,
84:12, 88:17, 88:18, 90:25,
94:16, 94:19, 95:13, 96:15,
96:17, 102:11, 103:10,
103:14, 108:11, 111:19,
113:23, 118:21, 120:15,
135:4, 140:6, 140:10,
143:12, 147:9, 148:8,
149:24, 150:8, 160:19,
161:5, 161:13, 161:14,
164:5, 164:8, 166:4, 167:20,
169:4, 178:8, 178:11,
178:20, 180:16, 180:25,
181:12, 182:15, 182:19,
183:3, 185:25, 186:2,
187:16, 194:14, 196:24,
197:2, 200:15, 200:21,
200:24, 201:16, 201:19,
201:20, 204:12, 206:24,
212:11, 213:17, 213:20,
216:16, 217:21, 219:3,
220:22, 221:4, 221:19,
221:20, 222:16, 222:20,
222:21, 222:24, 227:24,
228:13, 230:2, 232:24,
234:6, 238:16, 241:4,
241:23, 242:3, 242:23,
243:21, 245:3, 247:9,
248:14, 248:17, 251:17,
253:25, 255:3, 255:17,
259:12, 260:17, 261:24,
262:19, 263:2, 263:18,
267:13, 269:18, 270:22,
271:10, 273:6, 275:4,
275:13, 275:23, 276:13,
277:3, 277:21, 279:17,
283:20, 284:2, 284:9,
284:15, 285:13, 287:4,
289:2, 290:5, 291:10,
292:12, 293:14, 293:22,
296:5, 299:19, 299:22,
300:13, 300:23, 301:13,
301:17, 302:5, 303:11,
304:11, 304:14, 304:25,
305:10, 305:18, 311:13,
313:11, 313:13, 313:14,
315:2, 315:14, 315:20,

318:20, 320:9, 323:10,
323:12
  **IS** [2] - 4:5, 4:20
  **Is** [1] - 289:6
  **is it your** [5] - 67:7, 70:2,
144:8, 280:5, 292:11
  **is that** [71] - 7:10, 7:22,
11:22, 20:23, 33:11, 33:13,
39:11, 41:5, 42:2, 54:25,
57:24, 66:22, 75:24, 78:25,
84:5, 84:9, 88:17, 95:10,
110:11, 115:16, 131:3,
139:12, 141:6, 148:19,
154:9, 156:17, 159:23,
161:5, 164:5, 175:2, 177:8,
180:17, 186:8, 202:4,
209:23, 211:16, 214:20,
215:11, 217:23, 219:19,
220:13, 222:17, 223:10,
228:6, 245:18, 246:15,
247:21, 250:9, 254:12,
266:12, 266:24, 269:19,
270:17, 271:12, 272:3,
276:4, 282:4, 282:11, 285:3,
288:11, 288:19, 300:25,
302:10, 305:13, 305:19,
306:11, 307:10, 308:3,
315:3, 315:21
  **is there** [13] - 10:12, 24:16,
64:24, 89:17, 114:20, 163:9,
209:17, 214:5, 258:21,
299:16, 309:4, 317:5, 317:14
  **is this** [16] - 77:22, 135:14,
207:19, 233:20, 243:17,
253:10, 260:13, 280:2,
280:13, 283:22, 283:24,
301:21, 301:22, 302:4,
308:20, 314:17
  **issue** [3] - 133:22, 179:22,
182:17
  **issued** [8] - 85:24, 86:4,
86:8, 131:5, 131:16, 132:15,
133:12, 180:5
  **issuing** [1] - 100:7
  **IT** [2] - 4:5, 4:20
  **it** [338] - 7:12, 13:10, 14:15,
17:11, 20:18, 25:19, 26:6,
27:5, 27:20, 28:11, 28:23,
29:7, 32:5, 35:19, 35:24,
36:4, 36:5, 38:8, 39:24, 40:7,
40:8, 46:19, 47:3, 47:5,
49:23, 50:2, 51:2, 51:7,
51:15, 51:16, 51:18, 52:23,
53:4, 53:11, 53:12, 53:20,
53:25, 54:4, 54:5, 54:10,
54:11, 54:19, 56:4, 57:7,
57:15, 58:12, 59:21, 63:9,
63:10, 63:20, 63:21, 64:4,
64:6, 65:11, 66:18, 68:16,
69:5, 69:8, 69:17, 69:20,

69:24, 70:14, 71:17, 72:10, 72:22, 73:3, 79:3, 79:20, 80:20, 83:19, 84:12, 89:2, 95:25, 97:22, 98:16, 102:22, 103:9, 103:14, 106:19, 108:23, 109:2, 111:19, 112:2, 113:23, 113:25, 119:3, 119:13, 120:14, 121:6, 122:16, 122:17, 123:3, 123:11, 124:7, 125:19, 126:5, 126:15, 126:20, 127:11, 127:12, 129:11, 129:15, 131:8, 135:16, 135:17, 137:7, 139:8, 141:13, 141:15, 142:3, 142:7, 145:2, 145:4, 145:5, 147:24, 148:23, 149:16, 149:19, 150:18, 152:14, 152:18, 152:19, 152:21, 152:22, 153:2, 154:13, 154:17, 156:2, 156:3, 159:4, 160:8, 161:14, 163:23, 165:4, 165:18, 165:22, 166:2, 167:20, 167:24, 168:25, 178:10, 179:16, 179:17, 180:5, 180:15, 180:25, 181:13, 182:16, 182:17, 183:3, 183:5, 183:22, 184:11, 184:19, 184:24, 185:9, 185:11, 188:3, 188:4, 191:14, 191:15, 193:22, 193:24, 196:23, 197:15, 198:9, 202:6, 202:21, 209:11, 210:20, 210:22, 211:25, 214:13, 214:25, 215:13, 217:10, 217:22, 218:4, 218:10, 221:5, 221:7, 221:8, 222:23, 223:10, 223:14, 223:20, 223:21, 223:23, 224:2, 224:11, 224:12, 224:13, 225:18, 225:21, 226:5, 227:4, 227:8, 228:18, 229:9, 229:22, 232:3, 232:4, 232:6, 232:7, 232:15, 233:17, 234:4, 234:7, 234:9, 234:19, 235:12, 235:19, 236:7, 236:13, 237:9, 237:10, 237:23, 240:6, 241:24, 242:13, 244:22, 245:6, 245:14, 245:18, 246:23, 246:25, 247:19, 250:17, 250:18, 250:20, 251:7, 251:13, 251:14, 251:24, 252:4, 252:24, 253:17, 253:22, 253:25, 254:3, 254:7, 254:8, 254:11, 255:5, 255:6, 262:13, 262:14, 262:19, 266:2, 266:3, 267:2, 267:4, 267:9, 267:10,

267:19, 267:22, 267:23, 268:12, 270:2, 271:9, 273:22, 274:6, 275:9, 275:13, 276:6, 276:9, 277:18, 277:19, 278:22, 279:2, 279:14, 283:20, 284:21, 284:25, 285:15, 286:19, 288:9, 289:6, 289:11, 289:14, 289:19, 290:22, 292:2, 292:3, 293:20, 293:25, 294:14, 295:22, 296:2, 296:4, 296:8, 299:13, 299:14, 299:18, 300:7, 300:10, 301:17, 303:25, 305:10, 305:18, 306:23, 307:8, 309:9, 309:18, 309:21, 310:13, 311:21, 313:5, 313:7, 313:15, 313:17, 313:23, 314:8, 314:15, 314:25, 315:15, 315:16, 315:19, 315:25, 316:22, 318:17

**lt** [1] - 314:4

**lt's** [2] - 217:18, 279:23

**it's** [82] - 8:13, 12:4, 12:6, 17:10, 20:13, 28:13, 43:12, 55:10, 59:12, 59:23, 63:7, 70:17, 73:16, 74:15, 78:20, 84:14, 103:16, 104:16, 109:21, 109:22, 120:21, 126:14, 138:9, 143:22, 153:5, 153:6, 159:4, 166:2, 168:24, 173:11, 184:18, 188:20, 188:21, 193:19, 194:13, 201:2, 202:16, 208:15, 209:16, 210:18, 212:17, 220:17, 220:18, 229:7, 230:21, 230:22, 234:25, 238:19, 238:21, 239:4, 245:16, 248:3, 248:18, 249:16, 251:10, 253:3, 253:18, 253:19, 254:2, 259:22, 261:12, 262:16, 265:23, 266:8, 268:21, 269:3, 275:12, 279:9, 279:22, 280:22, 284:3, 289:9, 299:2, 303:6, 313:9, 317:11, 318:6

**itemize** [1] - 134:8

**its** [1] - 238:21

**itself** [2] - 218:3, 218:11

## J

**jacket** [1] - 257:12

**jam** [2] - 187:14, 283:4

**JANE** [2] - 1:10, 3:12

**Jane** [2] - 1:11, 3:13

**job** [12] - 36:5, 40:2, 46:12, 46:13, 60:12, 63:8, 78:21, 78:24, 148:23, 201:17,

202:6, 236:10

**JOHN** [2] - 1:10, 3:12

**John** [2] - 1:11, 3:13

**Jones** [3] - 18:17, 18:21, 19:3

**Jones'** [1] - 18:24

**judge** [1] - 58:8

**Judge** [1] - 4:13

**July** [3] - 1:15, 2:2, 5:4

**jump** [2] - 113:7, 150:18

**jumped** [1] - 100:3

**Just** [1] - 51:4

**just** [211] - 6:24, 7:6, 8:3, 12:4, 17:10, 21:18, 23:5, 24:10, 24:22, 25:9, 26:2, 26:10, 27:15, 36:24, 39:20, 40:2, 40:3, 41:9, 43:4, 47:18, 50:2, 50:3, 51:4, 52:8, 53:8, 54:22, 57:22, 59:20, 62:11, 63:2, 63:14, 63:19, 64:10, 64:14, 64:21, 65:9, 65:17, 66:4, 66:16, 67:6, 67:16, 68:7, 68:11, 68:20, 68:21, 69:15, 74:2, 78:16, 80:21, 82:22, 88:25, 89:6, 90:10, 93:12, 95:24, 102:9, 105:9, 107:7, 110:10, 110:20, 110:21, 110:22, 113:5, 120:25, 122:9, 123:6, 124:14, 128:15, 128:22, 130:12, 131:11, 131:14, 136:19, 136:20, 145:18, 146:4, 148:20, 149:11, 149:19, 150:17, 150:18, 152:14, 152:17, 153:3, 153:9, 154:6, 154:7, 154:18, 158:15, 165:5, 165:22, 167:8, 167:20, 170:20, 171:24, 173:2, 179:15, 182:22, 184:11, 188:21, 191:6, 191:17, 195:17, 199:11, 199:16, 201:5, 202:16, 202:25, 204:18, 205:8, 205:24, 210:19, 212:4, 213:16, 215:10, 216:16, 217:11, 217:15, 219:4, 219:8, 223:3, 223:13, 224:14, 224:23, 225:18, 226:8, 226:24, 229:4, 229:22, 230:10, 233:9, 235:21, 235:25, 236:15, 238:21, 238:23, 238:15, 238:23, 238:24, 239:3, 240:5, 243:10, 248:21, 248:25, 249:8, 249:9, 251:13, 251:14, 252:6, 254:10, 255:5, 255:6, 256:12, 256:15, 256:19, 258:20, 259:3, 260:4, 260:19, 261:18, 262:16, 263:12,

264:11, 269:9, 269:18, 273:12, 275:4, 275:13, 275:19, 277:20, 278:25, 280:21, 280:25, 282:5, 282:17, 283:12, 287:3, 289:5, 290:14, 290:23, 291:16, 291:17, 292:16, 292:17, 294:13, 294:19, 295:15, 299:17, 299:18, 300:9, 301:4, 304:13, 305:6, 305:7, 307:21, 308:14, 310:8, 310:12, 310:13, 310:18, 311:24, 313:5, 313:6, 313:20, 314:22, 316:22, 316:25, 317:22, 318:12, 318:14

**justice** [1] - 34:17

## K

**keep** [7] - 65:2, 211:20, 228:24, 305:6, 305:7, 310:12, 311:14

**Kelly** [4] - 3:18, 6:2, 22:15, 23:14

**kept** [1] - 314:15

**Kevin** [3] - 6:2, 22:13, 22:15

**kevin** [1] - 3:18

**key** [1] - 215:11

**kids** [3] - 150:15, 153:13, 153:16

**kind** [13] - 84:20, 89:17, 121:8, 142:14, 153:20, 157:23, 244:12, 268:9, 268:21, 271:18, 308:14, 310:14, 311:4

**knee** [1] - 299:3

**knew** [2] - 107:18, 122:4

**know** [249] - 7:8, 7:18, 8:3, 8:13, 11:15, 11:16, 13:25, 15:9, 15:20, 17:20, 18:24, 20:17, 20:21, 21:5, 24:10, 27:15, 28:10, 28:23, 30:3, 30:9, 30:10, 30:13, 30:14, 30:15, 31:6, 31:16, 31:24, 32:15, 32:21, 33:5, 39:19, 43:21, 45:11, 45:15, 45:17, 47:18, 47:19, 49:24, 51:5, 52:3, 54:4, 54:6, 55:21, 55:24, 56:23, 57:2, 57:3, 58:8, 58:21, 58:25, 59:2, 59:3, 59:7, 59:8, 59:10, 59:17, 60:8, 64:17, 65:4, 65:6, 65:17, 67:11, 68:20, 86:18, 90:15, 93:15, 93:19, 93:22, 100:18, 108:25, 110:6, 110:7, 113:9, 116:10, 123:23, 131:20, 131:24, 132:7, 138:2, 138:12, 138:22, 139:9, 140:4, 141:3, 142:3, 142:11, 142:22,

143:2, 143:4, 143:18,
146:18, 146:21, 151:13,
151:15, 151:17, 152:24,
153:15, 154:2, 160:25,
162:4, 162:9, 163:7, 163:8,
165:25, 167:19, 168:15,
168:20, 170:16, 170:25,
172:13, 172:14, 172:15,
175:10, 175:20, 176:13,
176:25, 178:11, 178:20,
179:24, 180:3, 180:11,
180:12, 184:20, 187:7,
188:3, 190:9, 191:2, 191:14,
192:10, 192:25, 195:17,
196:11, 197:10, 197:12,
198:17, 198:19, 198:25,
199:16, 203:25, 204:19,
206:20, 207:7, 207:23,
210:10, 210:14, 210:18,
211:5, 211:9, 211:14,
217:17, 221:6, 221:11,
222:4, 227:10, 228:23,
229:15, 230:20, 231:20,
233:11, 236:10, 241:14,
241:22, 241:24, 243:11,
245:2, 245:9, 247:4, 247:24,
248:2, 248:3, 248:6, 248:22,
249:9, 249:15, 250:8, 252:4,
252:16, 252:18, 252:22,
253:13, 253:16, 253:22,
254:3, 254:4, 254:11,
254:15, 255:4, 255:7,
256:12, 259:11, 260:5,
260:25, 264:13, 265:3,
265:6, 265:13, 265:16,
265:20, 265:23, 266:8,
267:12, 267:15, 267:25,
268:23, 269:2, 269:11,
269:14, 270:3, 270:8,
271:14, 272:2, 272:6, 272:7,
272:8, 272:12, 273:13,
275:11, 276:3, 276:13,
277:11, 278:17, 283:13,
286:5, 288:8, 288:20, 289:4,
290:8, 292:10, 293:12,
295:20, 296:21, 296:24,
297:3, 299:19, 303:24,
307:23, 310:13, 311:16,
312:2, 313:6, 314:8, 315:6,
315:24, 316:9, 316:13,
317:19, 318:4
    **knowingly** [1] - 74:22
    **knowledge** [1] - 127:18
    **knows** [1] - 160:6

## L

**L** [4] - 4:2, 241:4, 320:2
**Labner** [3] - 18:10, 18:18,
19:6
    **lady** [2] - 29:20, 33:19

**lane** [7] - 83:23, 84:3, 84:5,
88:22, 103:17, 282:22,
300:17
    **largely** [1] - 68:6
    **last** [19] - 9:5, 9:8, 9:11,
9:14, 9:17, 9:20, 10:16,
10:20, 14:25, 23:5, 23:7,
23:9, 25:13, 62:12, 95:18,
281:24, 285:3, 285:6, 289:18
    **later** [6] - 135:16, 135:17,
184:24, 191:25, 194:5,
287:13
    **laugh** [1] - 21:8
    **LAW** [1] - 3:9
    **law** [2] - 35:9, 89:16
    **Law** [2] - 5:25, 6:3
    **lawful** [1] - 238:16
    **lawsuit** [8] - 14:18, 15:5,
15:17, 20:18, 27:24, 58:22,
60:23, 297:25
    **lawsuits** [2] - 67:13, 67:14
    **lawyer** [1] - 286:17
    **lean** [1] - 269:4
    **leaned** [1] - 309:2
    **leaning** [2] - 268:24, 269:9
    **learned** [3] - 119:19,
121:24, 318:10
    **leave** [4] - 186:12, 250:5,
255:5, 255:6
    **left** [27] - 20:4, 89:4, 94:16,
94:18, 102:16, 102:18,
102:20, 103:8, 104:7,
106:24, 119:21, 119:23,
119:25, 147:23, 147:24,
154:16, 163:16, 167:18,
167:19, 173:16, 174:2,
191:6, 234:6, 253:7, 310:18,
313:18, 315:20
    **left-hand** [8] - 89:4, 102:18,
102:20, 147:23, 147:24,
154:16, 310:18, 313:18
    **leg** [1] - 16:25
    **legal** [6] - 5:5, 58:17, 59:20,
60:8, 60:18, 60:20
    **Legal** [1] - 5:6
    **legally** [2] - 54:11, 54:12
    **length** [4] - 93:5, 93:8,
94:4, 98:19
    **lengths** [7] - 83:4, 83:5,
84:8, 92:21, 106:19, 227:21,
227:23
    **lens** [1] - 11:18
    **lenses** [5] - 11:10, 11:11,
11:14, 12:8, 12:15
    **less** [10] - 93:5, 93:8, 94:4,
106:3, 150:22, 150:23,
150:24, 156:4, 164:3, 301:15
    **Let** [1] - 302:2
    **let** [60] - 7:18, 8:3, 19:18,
21:19, 24:10, 52:11, 63:2,

63:19, 64:8, 69:25, 72:9,
74:11, 75:12, 89:14, 95:24,
149:10, 159:17, 165:5,
191:16, 199:16, 202:25,
204:19, 207:7, 214:12,
218:22, 221:15, 222:4,
223:3, 225:5, 225:17,
226:24, 232:20, 233:10,
237:7, 241:14, 243:11,
244:9, 245:24, 248:22,
256:12, 260:5, 264:12,
268:18, 273:13, 277:11,
278:17, 278:19, 278:23,
283:13, 286:4, 299:18,
310:13, 313:6, 314:7
    **let's** [16] - 23:11, 27:3, 64:9,
67:7, 68:20, 71:12, 128:22,
177:4, 179:20, 219:21,
230:18, 231:23, 233:13,
249:9, 289:15, 314:21
    **Let's** [1] - 245:24
    **letter** [2] - 57:13, 58:12
    **letting** [2] - 255:4, 310:13
    **level** [1] - 34:11
    **levied** [1] - 198:25
    **license** [7] - 41:3, 131:3,
191:19, 225:2, 288:17,
288:19, 289:2
    **Lieutenant** [2] - 266:2,
266:3
    **lifted** [1] - 128:8
    **lifting** [1] - 46:11
    **light** [41] - 64:14, 84:13,
84:14, 84:15, 88:3, 99:6,
99:15, 104:8, 112:13,
112:19, 116:17, 138:3,
148:10, 148:13, 148:17,
178:8, 178:12, 187:9,
194:12, 194:14, 194:19,
194:24, 195:15, 195:17,
195:18, 195:24, 196:4,
196:11, 196:22, 196:25,
197:2, 198:7, 205:20, 206:4,
226:13, 238:4, 282:23,
284:7, 284:16, 285:3, 285:8
    **light's** [1] - 194:14
    **lights** [15] - 80:4, 88:6,
104:10, 104:11, 105:17,
107:22, 107:24, 108:2,
128:18, 130:15, 130:17,
139:14, 156:13, 156:16,
303:25
    **like** [93] - 12:19, 13:3,
13:23, 23:5, 26:4, 35:24,
39:23, 40:5, 40:7, 40:8,
43:24, 46:23, 47:5, 50:12,
51:5, 59:20, 61:25, 64:20,
67:12, 78:20, 78:23, 81:16,
84:23, 86:23, 93:20, 98:8,
110:20, 118:9, 120:5,

135:10, 150:14, 150:15,
150:17, 153:3, 155:4, 156:2,
157:20, 159:8, 161:24,
165:14, 168:25, 170:17,
170:18, 171:12, 176:20,
176:23, 180:10, 180:16,
183:20, 187:19, 194:14,
202:13, 214:13, 215:11,
217:16, 218:3, 220:22,
222:23, 222:25, 224:20,
228:4, 235:12, 235:20,
235:21, 236:21, 251:11,
256:24, 259:6, 260:17,
262:19, 264:25, 266:2,
266:3, 267:5, 267:13,
270:25, 271:9, 291:4,
299:23, 300:7, 302:7,
305:12, 307:9, 307:16,
311:15, 311:24, 314:4,
315:2, 315:19, 316:2,
316:10, 316:14, 316:20
    **Like** [1] - 168:22
    **line** [6] - 205:14, 216:6,
252:16, 252:23, 253:11,
282:24
    **lines** [9] - 205:9, 217:21,
249:13, 249:14, 249:19,
249:25, 251:22, 252:5, 252:8
    **list** [2] - 183:22, 216:19
    **listen** [1] - 158:16
    **lit** [1] - 149:11
    **literally** [4] - 102:6, 149:19,
150:17, 156:4
    **litigation** [3] - 31:12, 49:3,
61:3
    **little** [17] - 43:13, 63:21,
76:8, 98:2, 149:12, 171:22,
226:25, 228:4, 229:5,
236:19, 289:9, 301:5, 301:7,
302:23, 307:17, 314:8,
315:15
    **lived** [1] - 190:19
    **location** [16] - 18:2, 71:25,
74:4, 116:21, 130:16,
160:24, 185:13, 195:3,
212:12, 212:16, 238:6,
243:25, 261:21, 301:23,
302:7, 305:2
    **logic** [1] - 140:14
    **long** [29] - 12:13, 12:14,
12:17, 21:23, 25:13, 36:12,
38:2, 39:6, 41:16, 42:4, 42:7,
88:10, 104:16, 104:17,
105:24, 111:17, 113:10,
121:10, 123:16, 160:11,
163:20, 192:10, 228:23,
237:2, 251:2, 251:5, 267:15,
273:20, 313:15
    **longer** [1] - 173:12
    **look** [41] - 19:22, 19:23,

19:24, 20:2, 86:22, 107:15, 110:20, 167:4, 190:16, 199:12, 199:14, 204:19, 207:6, 222:4, 231:15, 232:20, 233:10, 241:13, 243:11, 248:22, 249:9, 256:12, 256:24, 260:5, 260:17, 264:12, 271:9, 273:12, 277:10, 278:16, 278:21, 283:13, 284:22, 286:4, 289:12, 299:23, 302:7, 310:21, 313:10, 316:2

**looked** [16] - 20:7, 20:10, 20:14, 24:11, 101:22, 101:23, 135:10, 164:24, 264:25, 267:5, 290:25, 292:22, 293:3, 293:6, 299:20, 314:4

**looking** [50] - 16:20, 68:13, 69:16, 71:13, 73:2, 114:16, 161:4, 161:7, 161:11, 161:15, 189:18, 199:12, 199:20, 200:9, 223:13, 235:21, 249:9, 256:15, 257:3, 258:12, 260:9, 261:4, 261:21, 264:18, 265:19, 266:17, 269:6, 269:20, 277:20, 278:20, 280:21, 284:21, 286:18, 287:2, 299:13, 300:14, 301:17, 301:22, 302:3, 304:4, 304:21, 305:17, 306:17, 307:2, 307:13, 311:2, 311:4, 314:20, 314:22, 317:3

**looks** [12] - 93:20, 214:13, 266:2, 266:3, 270:25, 300:7, 307:8, 307:16, 314:25, 315:19, 315:25, 316:20

**loose** [1] - 106:12

**lose** [9] - 37:4, 110:11, 110:13, 111:24, 153:25, 168:7, 169:10, 309:23

**lost** [2] - 45:19, 110:6

**lot** [2] - 124:5, 229:12

**loud** [4] - 107:23, 108:3, 139:14, 312:6

**lower** [1] - 308:9

**lucid** [2] - 168:10, 168:21

**luck** [1] - 152:18

**lunch** [5] - 149:20, 149:24, 150:2, 150:3, 287:13

## M

**made** [23] - 8:23, 78:11, 85:21, 97:25, 98:5, 98:11, 98:14, 98:18, 99:21, 101:15, 104:7, 108:11, 108:19, 125:13, 138:10, 139:24, 140:9, 196:15, 236:2, 237:3, 251:7, 262:11, 271:23

**mail** [1] - 49:10

**mailed** [1] - 53:18

**mails** [1] - 61:17

**maintain** [1] - 203:14

**major** [1] - 34:16

**make** [34] - 8:18, 26:2, 31:21, 43:4, 53:11, 63:21, 75:12, 81:21, 81:22, 82:2, 82:23, 98:3, 101:14, 102:9, 105:10, 130:20, 136:20, 140:2, 140:5, 147:18, 157:23, 174:9, 176:14, 182:21, 194:2, 194:6, 210:4, 225:5, 255:2, 258:22, 259:8, 287:17, 294:13, 296:9

**makes** [2] - 103:7, 276:11

**making** [2] - 309:18, 309:21

**male** [1] - 18:18, 18:20, 18:21, 18:23, 42:2, 42:3, 53:4, 53:5, 86:20, 86:21, 86:24, 87:25, 95:13, 95:14, 120:22, 120:23

**man** [2] - 90:22, 133:7

**manner** [2] - 200:3, 200:7, 283:3

**many** [2] - 36:4, 235:24

**marijuana** [13] - 9:12, 179:14, 181:25, 185:2, 185:8, 185:22, 187:20, 206:7, 226:23, 238:14, 277:4, 277:6, 279:12

**mark** [10] - 140:11, 142:12, 142:14, 212:20, 213:5, 262:11, 275:19, 277:2, 291:23, 302:12

**marked** [40] - 62:12, 67:19, 67:24, 80:9, 204:11, 204:15, 206:23, 207:2, 221:18, 221:23, 223:18, 232:23, 233:3, 240:22, 241:2, 241:3, 241:6, 242:22, 242:25, 248:9, 248:11, 255:17, 255:21, 256:2, 256:7, 256:20, 259:19, 259:24, 263:17, 263:21, 273:4, 273:9, 274:19, 277:7, 278:9, 278:13, 283:7, 283:9, 285:19, 285:22

**marks** [4] - 140:6, 172:16, 172:19, 268:17

**marriage** [1] - 323:16

**material** [1] - 318:9

**matter** [9] - 51:6, 51:7, 65:11, 65:12, 72:10, 72:14, 72:22, 201:6, 323:18

**MATTHEW** [2] - 1:10, 3:12

**May** [1] - 285:13

**may** [9] - 4:10, 4:14, 39:17, 72:10, 122:2, 122:8, 287:11, 312:20

**maybe** [4] - 172:6, 253:24, 253:25, 307:17

**me** [186] - 7:6, 7:18, 7:20, 8:3, 9:23, 16:19, 19:18, 19:20, 21:19, 24:10, 25:12, 26:4, 29:17, 29:21, 32:23, 33:6, 36:6, 40:22, 43:22, 47:2, 47:4, 49:6, 50:6, 52:11, 53:8, 53:12, 54:9, 54:12, 57:21, 58:25, 59:14, 63:2, 63:19, 64:8, 66:15, 69:25, 71:16, 71:17, 72:9, 73:7, 74:11, 75:12, 82:12, 82:14, 84:16, 87:14, 88:7, 88:24, 89:6, 89:9, 89:14, 89:24, 91:9, 92:9, 95:20, 95:24, 96:2, 97:22, 103:13, 103:22, 106:16, 109:22, 109:25, 110:2, 111:5, 113:5, 113:9, 120:5, 120:25, 123:22, 124:9, 130:12, 135:9, 137:7, 137:25, 149:11, 149:19, 150:12, 159:17, 165:2, 165:5, 166:7, 166:22, 168:18, 169:16, 171:12, 173:5, 177:23, 179:23, 191:16, 193:14, 194:9, 199:16, 202:5, 203:9, 204:19, 207:7, 213:17, 214:12, 214:13, 215:17, 218:22, 221:15, 222:4, 223:3, 225:17, 226:9, 226:17, 226:24, 228:4, 228:9, 228:13, 228:23, 229:4, 229:7, 229:8, 230:15, 230:19, 232:20, 233:10, 236:15, 236:17, 237:23, 240:10, 241:2, 241:14, 243:11, 244:9, 248:22, 256:12, 257:17, 260:5, 260:8, 261:19, 264:12, 268:6, 268:18, 271:9, 273:13, 273:21, 277:11, 278:17, 278:19, 278:23, 280:25, 281:5, 282:18, 283:13, 286:4, 287:3, 290:19, 290:22, 290:23, 290:25, 292:23, 294:20, 295:2, 296:10, 296:19, 298:20, 299:18, 302:2, 302:17, 304:23, 307:22, 308:5, 309:18, 310:8, 310:10, 310:13, 311:11, 311:17, 312:19, 312:21, 313:6, 314:7, 315:2, 320:10, 320:18

**mean** [39] - 13:22, 18:3, 41:8, 43:8, 49:9, 50:11, 60:19, 61:24, 63:12, 72:20, 78:9, 87:8, 91:17, 110:13, 122:16, 126:24, 132:12,

**maybe** [4] - 172:6, 253:24, 253:25, 307:17

**maybe** - 159:6, 176:23, 178:2, 194:14, 210:14, 223:24, 224:10, 224:19, 228:2, 232:9, 239:24, 242:17, 247:2, 251:5, 254:10, 258:9, 272:15, 281:8, 292:4, 292:16, 307:23, 317:10

**meaning** [1] - 58:7

**means** [18] - 11:20, 73:15, 122:13, 168:21, 212:5, 212:7, 212:8, 212:10, 212:16, 235:8, 235:16, 239:19, 240:14, 261:20, 287:17, 290:22, 292:9, 310:9

**meant** [1] - 59:20

**Medical** [1] - 321:15

**medical** [34] - 11:24, 114:4, 114:10, 122:2, 122:8, 122:13, 122:21, 122:25, 171:9, 242:13, 242:16, 243:6, 245:15, 245:22, 246:15, 246:20, 247:3, 247:14, 248:11, 248:14, 248:15, 248:20, 251:4, 251:16, 251:17, 252:19, 252:25, 253:5, 253:9, 253:15, 254:7, 254:22, 258:23, 305:13

**medication** [1] - 9:2

**meet** [7] - 21:18, 21:20, 21:24, 22:7, 23:8, 23:13, 25:13

**meeting** [1] - 27:11

**members** [2] - 73:10, 200:13

**Memo** [2] - 321:9, 321:19

**memo** [15] - 24:11, 142:9, 142:10, 204:12, 204:15, 209:16, 210:19, 211:19, 224:13, 225:11, 225:19, 225:22, 267:8, 273:7, 273:9

**memory** [7] - 9:3, 23:24, 24:7, 24:21, 128:10, 224:14, 284:20

**mental** [1] - 247:19

**mentioned** [1] - 284:11

**message** [4] - 49:6, 49:9, 49:13, 193:5

**messages** [3] - 285:20, 285:22, 295:21

**met** [6] - 22:12, 22:24, 25:11, 25:12, 26:6, 26:11

**middle** [10] - 18:16, 16:17, 16:24, 20:4, 88:25, 100:7, 101:21, 102:5, 102:6, 200:10, 282:18, 282:22, 316:24

**midnight** [1] - 206:9

**Midroy** [2] - 297:24, 298:3

**might** [18] - 33:7, 46:17,

55:25, 57:16, 80:23, 113:17, 113:25, 196:3, 229:23, 236:11, 236:13, 262:2, 262:11, 271:19, 289:8, 302:11, 316:5, 316:18
**miles** [3] - 104:25, 105:3, 105:6
**military** [1] - 9:24
**mind** [6] - 121:25, 172:6, 195:16, 195:18, 292:11, 293:22
**mind's** [1] - 195:23
**mine** [1] - 252:8
**minute** [18] - 156:5, 301:8, 301:11, 301:14, 301:22, 302:4, 304:10, 304:22, 305:17, 306:9, 307:6, 307:9, 307:14, 307:25, 308:14, 309:6, 309:7, 317:22
**minutes** [7] - 123:19, 123:22, 134:3, 134:4, 251:9, 300:24, 311:3
**miraculously** [1] - 110:22
**mirror** [14] - 19:22, 19:24, 19:25, 140:23, 140:25, 141:2, 142:4, 151:9, 152:20, 152:24, 153:21, 266:16
**mirrors** [3] - 20:7, 20:10, 20:15
**misleading** [2] - 216:25
**missing** [1] - 182:21
**mistake** [4] - 196:7, 196:15, 236:2, 239:22
**MO** [1] - 240:6
**mom's** [2] - 32:4, 152:15
**moment** [1] - 99:2
**money** [1] - 13:22
**month** [1] - 16:7
**more** [22] - 12:19, 13:12, 13:14, 13:16, 14:13, 27:14, 28:11, 63:2, 78:20, 104:24, 105:3, 105:6, 130:9, 148:20, 163:23, 164:2, 214:12, 217:21, 229:19, 230:7, 236:21, 311:14
**morning** [5] - 6:19, 77:15, 186:15, 267:3, 267:5
**most** [4] - 41:7, 41:11, 81:14, 212:10
**motorcycle** [3] - 66:24, 67:3, 67:6
**motorcycles** [4] - 41:2, 70:9, 70:10, 71:8
**move** [1] - 221:15
**moved** [4] - 39:10, 228:3, 305:24
**moving** [6] - 40:25, 79:23, 79:25, 149:24, 240:5, 270:14
**mR** [3] - 241:10, 250:23, 263:10

**Mr** [184] - 57:4, 58:21, 72:6, 74:13, 74:25, 75:6, 75:14, 75:24, 76:12, 77:6, 81:22, 82:4, 82:6, 82:14, 82:16, 93:16, 93:20, 98:22, 100:25, 101:14, 101:18, 101:25, 103:6, 106:2, 106:12, 106:17, 107:10, 107:12, 107:18, 111:23, 114:4, 114:9, 114:16, 115:10, 115:25, 116:11, 117:5, 118:12, 118:16, 120:9, 120:15, 121:24, 122:20, 122:23, 123:16, 124:18, 124:24, 125:8, 127:24, 128:7, 129:3, 130:9, 131:22, 133:10, 133:25, 134:11, 134:13, 135:7, 135:10, 135:19, 136:3, 137:10, 138:11, 139:24, 140:17, 142:13, 146:2, 154:21, 154:24, 157:24, 158:5, 160:15, 161:23, 162:15, 164:5, 166:9, 166:20, 167:7, 168:7, 170:5, 171:7, 173:3, 173:5, 173:10, 173:15, 174:4, 177:7, 177:17, 178:18, 178:25, 180:15, 181:8, 182:3, 182:9, 183:12, 185:19, 186:7, 186:20, 188:7, 188:24, 191:9, 191:21, 192:18, 194:21, 196:12, 196:23, 198:19, 199:22, 200:17, 202:25, 203:15, 204:7, 206:16, 208:11, 208:23, 209:2, 210:17, 210:25, 211:6, 213:2, 213:6, 213:8, 213:10, 218:23, 219:12, 220:7, 225:23, 227:12, 228:20, 236:4, 239:25, 240:11, 242:4, 242:9, 244:11, 245:21, 246:13, 246:19, 246:22, 247:14, 251:25, 254:16, 255:8, 255:11, 256:23, 259:7, 259:21, 260:14, 261:6, 261:25, 262:10, 264:21, 266:23, 269:12, 270:7, 270:23, 271:2, 271:3, 271:11, 274:11, 275:24, 281:12, 282:9, 282:10, 288:23, 290:6, 298:14, 300:25, 301:13, 301:19, 301:23, 302:4, 302:25, 303:22, 304:6, 306:8, 306:14, 307:5, 308:21, 311:18, 313:2, 317:4, 317:13, 318:10
**MR** [202] - 6:12, 14:24, 15:3, 15:23, 16:3, 19:15, 20:25, 21:15, 22:14, 23:22, 24:5,

24:19, 25:16, 25:25, 30:7, 30:21, 31:14, 33:14, 37:15, 40:14, 40:19, 44:17, 45:8, 47:15, 49:4, 50:22, 52:15, 53:21, 54:7, 55:6, 56:5, 56:13, 57:10, 59:5, 62:11, 63:25, 64:15, 65:13, 65:24, 66:4, 66:20, 68:19, 69:11, 70:21, 70:25, 71:9, 72:16, 74:17, 75:3, 75:17, 75:25, 76:14, 76:19, 77:8, 80:25, 84:18, 89:21, 90:3, 90:17, 92:6, 93:12, 106:13, 107:5, 109:19, 110:4, 110:24, 111:13, 115:12, 119:6, 123:8, 125:21, 126:22, 127:3, 129:5, 129:19, 133:18, 135:11, 139:18, 140:12, 144:11, 145:13, 146:13, 147:5, 147:9, 147:17, 154:11, 158:10, 160:21, 162:6, 162:17, 163:3, 163:12, 168:20, 170:23, 172:17, 173:18, 175:25, 176:17, 177:13, 181:9, 181:15, 181:17, 189:10, 191:12, 193:12, 198:18, 199:23, 200:18, 202:11, 202:19, 203:23, 204:10, 206:22, 209:13, 209:24, 210:8, 212:23, 214:8, 217:6, 217:24, 218:8, 218:16, 219:6, 220:9, 220:12, 220:14, 221:17, 224:8, 224:16, 225:24, 227:14, 231:9, 232:22, 233:8, 237:5, 237:7, 237:9, 237:13, 240:21, 240:24, 240:25, 241:11, 242:18, 242:21, 243:7, 244:9, 245:24, 247:11, 248:8, 249:23, 250:15, 255:20, 255:23, 255:25, 257:8, 259:18, 260:19, 263:6, 263:14, 263:16, 264:3, 270:11, 271:16, 272:14, 272:16, 273:3, 273:5, 273:6, 273:23, 274:2, 275:2, 276:19, 277:2, 278:8, 278:10, 278:11, 279:20, 279:24, 280:17, 281:15, 281:23, 283:6, 285:18, 286:2, 290:10, 291:12, 293:11, 297:5, 297:9, 302:2, 302:13, 307:18, 308:8, 310:4, 315:22, 317:7, 317:16, 317:21, 318:3, 318:16, 318:19, 322:5
**Ms** [2] - 6:5, 49:18
**MS** [1] - 241:9
**much** [8] - 9:17, 73:16,

138:23, 180:21, 184:16, 189:5, 199:10, 216:21
**mugshot** [1] - 174:21
**murder** [2] - 64:11, 67:7
**my** [110] - 6:20, 7:5, 7:10, 7:11, 7:16, 7:17, 16:18, 16:22, 16:24, 17:25, 23:25, 24:8, 25:18, 32:4, 42:25, 46:21, 47:3, 50:14, 53:8, 55:12, 57:12, 58:12, 58:13, 60:12, 61:25, 62:5, 63:20, 87:19, 90:24, 94:10, 94:15, 96:8, 100:3, 101:22, 101:23, 102:7, 104:10, 110:9, 118:7, 118:18, 120:6, 126:15, 127:18, 128:10, 133:2, 137:18, 139:14, 140:6, 145:5, 146:8, 148:4, 148:13, 149:5, 150:19, 152:15, 152:22, 155:2, 157:5, 159:5, 162:8, 162:9, 168:18, 182:15, 186:25, 188:20, 195:13, 195:16, 195:18, 195:23, 196:7, 200:21, 200:24, 201:15, 201:17, 202:5, 206:8, 207:25, 218:18, 218:20, 222:25, 229:3, 231:3, 236:10, 236:18, 243:22, 244:17, 244:25, 284:20, 286:17, 286:23, 287:12, 291:14, 293:22, 296:5, 296:6, 299:2, 303:11, 304:14, 304:19, 304:25, 305:24, 310:22, 310:23, 314:12, 323:20
**My** [2] - 5:4, 162:8
**myself** [1] - 41:12

## N

**N** [8] - 3:2, 3:6, 4:2, 6:7, 10:17, 320:2, 322:2
**name** [23] - 5:4, 6:13, 6:20, 10:15, 10:16, 10:17, 10:18, 10:20, 15:12, 18:5, 18:25, 24:9, 32:4, 42:8, 52:25, 86:18, 120:18, 223:15, 223:23, 232:4, 243:22, 269:22, 298:6
**named** [1] - 297:24
**names** [4] - 1:11, 1:12, 3:13, 3:14
**narrative** [5] - 218:6, 237:23, 275:23, 282:19, 284:7
**narrow** [2] - 63:20
**Nassau** [1] - 34:14
**NASSAU** [1] - 323:5
**natural** [1] - 71:23
**nature** [1] - 74:6
**nearsighted** [3] - 11:17,

11:19, 11:20
**necessary** [2] - 55:17,
71:18
**neck** [1] - 170:17
**need** [14] - 11:17, 28:17,
49:24, 59:20, 122:2, 122:8,
122:13, 144:10, 218:4,
221:12, 246:14, 278:20,
279:16, 315:15
**needed** [6] - 12:14, 114:10,
122:21, 183:16, 258:24,
305:12
**needs** [1] - 288:17
**nervous** [2] - 236:20,
236:21
**never** [22] - 37:13, 47:17,
57:14, 61:22, 61:25, 62:5,
64:19, 76:22, 90:5, 132:13,
132:16, 146:7, 148:9, 159:2,
162:15, 173:23, 175:17,
186:7, 191:15, 218:21,
262:13, 270:7
**New** [18] - 2:11, 2:13, 3:6,
3:15, 5:7, 5:12, 5:14, 5:17,
5:24, 6:2, 6:9, 6:17, 323:8
**new** [1] - 244:10
**NEW** [5] - 1:2, 1:8, 3:9,
3:10, 323:4
**next** [39] - 7:10, 92:15,
94:15, 96:11, 97:3, 100:2,
103:23, 104:14, 107:3,
111:19, 112:5, 113:6, 116:9,
135:22, 155:15, 160:6,
160:19, 161:5, 161:14,
164:22, 165:13, 169:19,
194:10, 195:2, 196:14,
196:17, 205:14, 205:25,
231:22, 234:18, 246:25,
254:6, 262:24, 268:5, 272:2,
272:8, 288:7, 290:18, 296:19
**NG** [1] - 1:7
**nice** [1] - 287:10
**night** [30] - 9:18, 132:4,
132:6, 132:8, 132:20,
142:25, 145:2, 145:23,
173:21, 173:22, 173:23,
175:8, 175:13, 179:7, 186:8,
186:12, 187:25, 188:2,
188:7, 192:2, 193:8, 195:11,
195:16, 211:8, 233:23,
235:25, 236:5, 266:14, 276:8
**nighttime** [1] - 19:10
**nine** [1] - 314:23
**ninety** [1] - 34:9
**ninety-eight** [1] - 34:9
**No** [48] - 1:6, 1:9, 3:11, 9:7,
10:19, 17:17, 20:20, 31:18,
42:15, 44:7, 45:4, 45:10,
48:9, 51:13, 53:23, 54:17,
56:7, 77:7, 80:17, 82:5,

85:17, 87:3, 90:14, 115:14,
133:11, 135:17, 137:15,
150:25, 168:12, 172:8,
173:14, 177:9, 190:12,
197:11, 209:19, 240:2,
247:17, 252:17, 254:17,
256:18, 261:11, 262:13,
263:4, 276:5, 279:24, 298:4,
298:17, 303:23
**no** [361] - 9:4, 9:10, 9:13,
9:16, 10:14, 13:20, 14:3,
16:8, 17:12, 19:17, 20:16,
20:22, 21:7, 21:10, 21:11,
22:18, 22:21, 22:23, 23:17,
25:8, 27:13, 28:3, 28:12,
30:12, 30:17, 31:2, 31:5,
31:20, 32:8, 32:11, 32:17,
33:23, 34:2, 36:24, 37:3,
37:6, 37:17, 41:7, 41:11,
42:12, 44:8, 44:14, 44:24,
45:14, 45:20, 47:24, 48:4,
48:14, 48:24, 50:18, 54:2,
55:8, 55:20, 56:10, 57:5,
58:9, 60:17, 61:4, 61:19,
61:22, 62:25, 64:7, 64:21,
64:23, 65:16, 65:18, 66:13,
68:18, 69:7, 70:11, 72:18,
72:24, 74:19, 76:16, 76:17,
76:21, 76:24, 80:20, 84:24,
88:12, 88:23, 90:5, 93:18,
93:21, 95:3, 96:24, 98:5,
100:17, 100:20, 100:23,
100:24, 101:3, 101:7,
101:10, 101:12, 102:20,
104:23, 105:13, 105:15,
105:22, 106:9, 106:15,
110:18, 111:9, 111:10,
113:4, 113:18, 114:2, 114:5,
114:8, 114:11, 114:16,
114:19, 115:7, 117:11,
117:22, 117:23, 119:12,
119:15, 119:16, 119:17,
122:3, 122:10, 122:15,
122:16, 124:21, 125:15,
127:18, 128:5, 130:3,
131:12, 131:15, 131:19,
132:14, 132:18, 132:21,
135:20, 136:17, 139:11,
140:6, 140:7, 140:18, 141:5,
141:24, 142:12, 142:21,
143:13, 144:4, 146:12,
146:17, 146:20, 146:24,
147:3, 148:4, 150:2, 151:18,
151:20, 151:22, 152:3,
152:6, 152:9, 152:12,
152:14, 152:21, 152:25,
154:3, 154:5, 154:12,
155:16, 156:2, 156:20,
157:21, 158:6, 158:13,
160:14, 161:20, 162:13,
163:5, 163:14, 163:22,

163:25, 164:9, 164:18,
164:24, 168:2, 168:4, 168:9,
169:3, 170:6, 171:3, 171:4,
171:14, 172:10, 172:16,
172:19, 172:24, 173:20,
174:10, 174:20, 174:23,
175:3, 175:19, 175:22,
176:3, 176:19, 177:3,
177:19, 178:20, 179:2,
179:3, 179:5, 179:23, 181:3,
183:14, 183:17, 185:6,
186:10, 188:13, 188:16,
188:18, 189:15, 190:6,
192:12, 192:15, 194:4,
196:11, 196:13, 196:24,
197:2, 199:4, 201:5, 201:8,
203:16, 204:9, 204:24,
206:14, 206:19, 206:21,
209:21, 211:9, 211:23,
213:4, 213:10, 213:24,
214:4, 214:19, 214:21,
214:22, 214:23, 217:25,
219:8, 220:16, 220:18,
225:10, 228:4, 229:24,
232:7, 234:17, 234:18,
235:19, 236:24, 237:7,
238:23, 240:19, 241:21,
242:11, 244:16, 244:18,
244:21, 245:4, 245:16,
246:21, 247:23, 248:5,
250:25, 253:6, 253:17,
253:19, 254:8, 255:9,
255:12, 255:15, 255:19,
257:10, 257:13, 257:22,
258:18, 259:10, 260:17,
260:21, 260:24, 261:3,
264:17, 265:5, 265:8,
265:15, 265:18, 265:22,
266:21, 267:11, 267:14,
268:3, 270:13, 271:17,
271:20, 271:24, 272:13,
272:22, 272:25, 274:7,
274:9, 274:14, 275:8,
279:14, 285:17, 288:3,
288:21, 288:24, 290:12,
291:19, 292:14, 292:21,
293:8, 294:6, 294:18,
295:17, 295:19, 296:23,
297:2, 297:7, 298:2, 299:6,
306:20, 307:7, 309:12,
309:25, 310:6, 311:21,
312:9, 312:12, 312:16,
314:10, 314:24, 315:9,
315:13, 316:8, 316:12,
316:16, 317:9, 323:17
**NO** [2] - 1:9, 3:11
**nod** [1] - 7:13
**non** [1] - 9:24
**non-military** [1] - 9:24
**nope** [4] - 57:8, 146:9,

189:2, 274:17
**normal** [3] - 171:24,
228:12, 247:19
**normally** [1] - 219:15
**North** [1] - 146:25
**north** [4] - 83:13, 95:2,
103:18, 148:12
**northbound** [5] - 91:12,
194:22, 226:12, 238:2,
284:14
**northeast** [2] - 83:15, 83:17
**northwest** [1] - 87:19
**not** [185] - 11:23, 12:4,
13:17, 13:20, 14:3, 17:18,
19:17, 19:18, 21:17, 22:21,
27:17, 27:18, 30:3, 30:10,
31:6, 31:9, 31:24, 34:4,
34:25, 44:10, 45:20, 48:21,
54:3, 54:18, 55:9, 56:23,
57:9, 57:21, 58:7, 60:4, 60:5,
64:18, 66:9, 66:14, 66:23,
67:2, 67:8, 70:4, 71:8, 73:12,
74:19, 93:16, 93:18, 93:21,
102:23, 105:8, 106:7, 110:7,
114:12, 119:10, 121:13,
123:5, 136:21, 137:16,
138:23, 139:6, 139:9, 140:2,
140:5, 141:13, 143:13,
143:22, 144:5, 146:22,
147:23, 159:3, 159:8, 161:3,
162:8, 162:9, 165:15,
168:13, 168:23, 171:6,
172:9, 172:11, 172:22,
172:25, 179:2, 179:24,
180:11, 182:11, 182:21,
182:22, 184:11, 188:9,
188:19, 188:20, 189:3,
189:16, 189:19, 190:10,
192:21, 196:3, 196:17,
196:25, 198:22, 199:6,
199:8, 200:15, 200:21,
200:24, 201:10, 201:15,
202:16, 202:17, 203:3,
203:4, 203:6, 209:16,
210:10, 210:11, 210:18,
211:6, 211:14, 213:3,
213:22, 214:2, 215:9, 217:9,
217:18, 220:5, 220:17,
220:18, 220:19, 222:21,
229:19, 229:23, 229:25,
232:11, 236:11, 236:13,
236:21, 237:2, 237:11,
238:21, 240:4, 242:4,
242:19, 244:17, 244:23,
244:25, 245:20, 247:5,
247:7, 252:5, 252:19,
253:12, 255:8, 258:22,
259:9, 259:11, 265:22,
265:24, 266:4, 266:10,
266:23, 269:12, 271:22,

275:12, 287:14, 290:12, 290:25, 292:11, 292:23, 293:17, 303:20, 310:6, 311:23, 313:22, 313:25, 315:9, 316:8, 316:21, 317:2, 323:14

**Not** [1] - 194:4

**Notary** [3] - 2:12, 6:9, 323:7

**NOTARY** [1] - 320:22

**note** [6] - 73:2, 73:3, 142:7, 200:10, 249:3, 255:2

**notebooks** [1] - 211:22

**noted** [1] - 267:9

**notes** [6] - 209:18, 209:22, 210:4, 211:20, 215:14, 224:12

**nothing** [12] - 20:8, 32:4, 55:11, 100:12, 142:15, 142:23, 210:16, 215:8, 218:2, 218:10, 230:11, 284:16

**noticed** [1] - 141:21

**notify** [1] - 73:23

**November** [3] - 77:21, 77:23, 78:17

**now** [63] - 5:2, 5:18, 20:18, 20:23, 22:4, 24:22, 41:18, 41:22, 47:20, 50:2, 51:3, 57:13, 69:16, 69:25, 73:2, 76:10, 83:13, 85:19, 86:18, 95:8, 125:8, 136:2, 137:12, 140:15, 147:9, 153:16, 156:7, 166:6, 183:4, 188:9, 192:16, 193:7, 199:20, 213:11, 216:6, 220:21, 221:7, 221:13, 231:21, 235:21, 236:16, 242:12, 250:7, 252:23, 261:22, 265:9, 268:4, 268:5, 274:18, 279:17, 287:11, 303:19, 304:5, 304:9, 304:11, 305:16, 306:17, 306:18, 307:2, 311:2, 318:23

**nowhere** [1] - 67:16

**number** [19] - 5:18, 10:23, 69:17, 69:24, 71:13, 73:19, 73:21, 74:6, 85:23, 141:7, 147:21, 184:20, 212:10, 212:11, 212:15, 243:24, 243:25, 274:19, 275:19

**NUMBER** [1] - 321:7

**numbers** [4] - 13:9, 28:17, 86:6, 221:2

**NYPD** [12] - 35:7, 35:10, 35:20, 35:25, 42:17, 44:21, 45:12, 54:15, 55:5, 55:12, 55:19, 76:11

**NYPD's** [1] - 62:23

# O

**O** [4] - 4:2, 6:7, 241:4, 320:2

**O-L-P-A** [1] - 241:4

**oath** [8] - 4:12, 10:5, 10:7, 10:8, 12:22, 12:25, 13:8, 14:6

**object** [3] - 14:25, 275:2, 318:16

**Objection** [1] - 202:19

**objection** [133] - 15:23, 16:3, 19:15, 20:25, 21:15, 23:22, 24:5, 24:20, 30:7, 30:21, 31:14, 33:14, 37:15, 40:14, 40:19, 44:17, 45:8, 47:15, 49:4, 50:22, 52:15, 53:21, 54:7, 55:6, 56:5, 56:13, 57:10, 59:5, 63:25, 64:15, 65:13, 66:20, 68:19, 69:11, 70:21, 70:25, 71:9, 72:16, 74:17, 75:3, 75:17, 75:25, 76:14, 76:19, 77:8, 80:25, 84:18, 89:21, 90:3, 90:17, 92:6, 106:13, 107:5, 109:19, 110:4, 110:24, 115:12, 119:6, 123:8, 125:21, 126:22, 127:3, 129:5, 129:19, 133:18, 135:11, 139:18, 140:12, 144:11, 145:13, 146:13, 154:11, 158:10, 160:21, 162:6, 162:17, 163:3, 163:12, 170:23, 172:17, 173:18, 175:25, 176:17, 177:13, 181:9, 189:10, 191:12, 193:12, 199:23, 200:18, 200:19, 202:11, 203:23, 209:13, 209:24, 210:8, 212:23, 214:8, 217:6, 217:24, 218:8, 218:16, 219:6, 220:9, 220:12, 220:14, 224:8, 224:16, 225:24, 227:14, 231:9, 237:6, 237:10, 242:18, 247:11, 250:15, 250:23, 257:8, 270:11, 271:16, 273:23, 276:19, 280:17, 290:10, 291:12, 293:11, 297:5, 302:13, 307:18, 310:4, 315:22, 317:7, 317:16

**objections** [1] - 4:21

**observation** [2] - 101:7, 101:11

**observe** [8] - 99:5, 99:15, 119:9, 119:13, 121:14, 187:7, 255:13, 271:3

**observed** [8] - 87:25, 99:18, 148:9, 161:8, 215:25, 226:11, 238:2, 284:12

**observing** [3] - 87:16, 87:21, 124:14

**obstructing** [3] - 231:19, 306:19, 306:23

**obtained** [2] - 222:23, 273:22

**occasion** [1] - 274:8

**occasionally** [1] - 90:9

**occasions** [4] - 14:9, 42:19, 45:23, 192:20

**occupants** [1] - 74:8

**occur** [1] - 122:7

**occurrence** [1] - 215:19

**of** [389] - 2:5, 2:9, 2:12, 2:13, 4:8, 4:9, 4:13, 4:14, 4:16, 4:17, 4:22, 5:8, 5:9, 5:14, 5:15, 5:16, 6:9, 6:23, 8:10, 13:3, 15:12, 16:10, 16:17, 16:18, 16:24, 18:5, 19:21, 20:17, 24:3, 24:4, 24:17, 26:14, 27:4, 32:7, 32:9, 32:10, 34:11, 35:3, 41:7, 41:11, 43:18, 45:5, 45:6, 52:25, 53:12, 54:20, 55:18, 56:11, 56:15, 56:21, 57:3, 61:12, 62:15, 62:16, 63:3, 63:5, 64:6, 64:24, 66:17, 67:6, 67:20, 68:2, 68:8, 68:10, 71:18, 71:24, 72:2, 72:6, 72:14, 73:10, 73:15, 73:24, 74:4, 74:5, 74:6, 74:7, 75:21, 76:5, 78:25, 81:14, 82:20, 83:12, 83:17, 84:3, 84:5, 84:16, 84:20, 85:4, 87:23, 88:25, 89:7, 89:17, 89:18, 91:13, 92:16, 92:17, 96:11, 96:21, 98:9, 98:25, 99:22, 100:7, 100:14, 101:6, 101:10, 101:21, 102:5, 102:6, 102:7, 102:17, 102:18, 103:2, 106:12, 107:10, 109:11, 110:8, 110:18, 111:10, 111:24, 112:3, 112:6, 112:15, 113:3, 113:7, 114:18, 120:4, 120:8, 120:12, 120:18, 121:8, 124:11, 124:19, 127:20, 128:10, 128:20, 133:4, 133:10, 134:8, 134:15, 140:16, 140:17, 140:22, 141:7, 142:14, 144:16, 145:3, 148:2, 148:5, 148:12, 148:13, 149:5, 150:13, 150:19, 151:6, 151:16, 152:23, 153:20, 154:8, 154:9, 154:14, 154:15, 154:20, 155:2, 155:5, 155:21, 156:24, 156:25, 157:16, 157:23, 159:19, 160:2, 160:12, 160:24, 161:18, 161:21, 162:24, 165:18, 168:6, 168:25, 170:13, 170:21, 172:3, 174:8, 182:25, 183:21, 184:25, 185:9, 185:16, 185:21, 187:17, 187:20, 188:15, 189:16, 190:11, 190:24, 195:11, 195:14, 195:19, 195:22, 196:9, 196:12, 196:24, 197:24, 198:3, 198:8, 199:22, 200:6, 200:10, 200:13, 200:17, 201:25, 204:16, 205:16, 206:6, 206:8, 206:12, 207:4, 207:13, 208:19, 209:21, 210:3, 210:5, 210:24, 211:22, 212:8, 213:2, 213:3, 213:6, 213:19, 214:6, 215:21, 216:4, 216:17, 217:8, 217:11, 218:13, 220:21, 221:3, 221:25, 222:11, 222:25, 225:14, 225:23, 226:5, 226:19, 226:22, 231:18, 231:22, 231:23, 232:3, 233:5, 233:14, 233:23, 235:5, 235:13, 236:16, 237:23, 237:24, 238:13, 238:20, 241:7, 242:3, 242:12, 243:3, 243:20, 243:25, 244:3, 244:8, 244:11, 244:12, 244:23, 245:10, 246:8, 247:15, 248:13, 248:15, 248:16, 248:20, 249:4, 251:16, 253:7, 255:17, 256:4, 256:9, 258:15, 258:20, 259:7, 259:20, 260:2, 261:6, 261:8, 262:3, 262:15, 262:24, 262:25, 263:7, 263:8, 263:9, 263:18, 263:22, 264:15, 264:20, 265:14, 265:17, 266:4, 268:9, 268:21, 268:22, 269:16, 270:9, 270:25, 271:3, 271:18, 273:10, 273:22, 275:5, 275:15, 276:16, 277:8, 278:14, 278:22, 282:18, 283:10, 284:6, 284:19, 284:23, 284:25, 285:2, 285:13, 285:24, 286:13, 286:19, 287:8, 288:5, 288:15, 289:16, 290:2, 290:15, 291:10, 291:14, 297:25, 298:6, 298:15, 299:4, 299:8, 308:3, 308:14, 308:17, 308:18, 310:14, 311:4, 312:13, 312:18, 314:5, 315:7, 316:7, 316:23, 316:24, 317:12, 317:13,

318:5, 318:13, 318:22, 319:3, 320:10, 320:19, 322:10, 323:8, 323:12, 323:15, 323:17, 323:20
  **OF** [6] - 1:2, 1:8, 1:19, 3:10, 323:4, 323:5
  **off** [84] - 25:3, 25:20, 25:21, 26:18, 29:2, 29:3, 33:17, 65:24, 66:3, 78:10, 81:12, 104:20, 106:2, 106:22, 110:7, 110:15, 110:17, 110:22, 116:20, 123:6, 125:2, 138:4, 138:21, 138:24, 139:5, 143:10, 143:15, 143:16, 147:12, 149:21, 149:22, 160:25, 161:3, 161:9, 161:15, 162:5, 163:16, 177:8, 178:14, 179:23, 180:4, 181:15, 181:19, 181:20, 187:12, 203:20, 205:22, 226:19, 229:22, 230:25, 231:6, 234:12, 234:15, 234:22, 237:13, 237:16, 237:17, 238:9, 239:13, 240:8, 245:16, 245:18, 247:5, 252:12, 253:14, 253:19, 253:23, 256:25, 264:6, 264:7, 281:2, 281:8, 281:15, 281:18, 281:19, 282:8, 282:19, 297:9, 297:11, 297:12, 317:21, 317:24, 317:25, 318:23
  **off-the-record** [7] - 25:21, 181:20, 237:17, 264:7, 281:19, 297:12, 317:25
  **offense** [4] - 71:23, 72:23, 74:6, 201:21
  **offered** [2] - 240:7, 240:11
  **office** [6] - 25:11, 57:14, 196:18, 283:21, 314:12, 314:13
  **Officer** [82] - 1:8, 1:9, 3:10, 3:11, 6:19, 18:21, 18:24, 19:3, 47:21, 49:3, 52:13, 53:20, 54:15, 55:13, 55:22, 56:2, 56:24, 61:6, 62:15, 68:4, 68:13, 80:15, 80:23, 81:11, 90:25, 92:3, 92:23, 93:6, 95:9, 95:12, 96:20, 96:25, 97:18, 98:20, 100:15, 102:2, 102:4, 102:25, 105:20, 113:2, 113:19, 115:9, 117:8, 127:24, 128:3, 133:16, 133:21, 147:18, 154:19, 154:24, 172:22, 176:11, 179:10, 179:21, 180:16, 180:25, 185:24, 196:10, 204:12, 223:15, 225:9, 233:9, 236:23,

237:21, 251:24, 260:4, 264:11, 286:22, 286:24, 288:12, 289:23, 291:10, 292:11, 293:9, 293:14, 297:4, 297:18, 303:21, 307:5, 308:17, 313:24, 316:13
  **officer** [64] - 11:4, 11:8, 18:12, 18:17, 28:2, 29:5, 29:8, 29:11, 29:15, 30:5, 46:15, 46:21, 62:17, 62:20, 63:5, 69:9, 77:12, 78:19, 79:12, 81:6, 100:3, 100:21, 101:20, 103:23, 112:10, 112:22, 118:3, 124:12, 134:22, 134:25, 135:6, 137:5, 181:24, 204:18, 207:6, 215:20, 222:3, 226:14, 232:3, 232:19, 234:5, 234:7, 238:5, 241:13, 243:10, 245:10, 252:20, 252:24, 256:11, 265:24, 268:2, 273:12, 277:10, 278:16, 283:2, 283:12, 286:3, 288:13, 299:11, 307:15, 307:16, 308:2, 315:20, 316:23
  **officer's** [1] - 215:14
  **officers** [10] - 18:15, 63:8, 117:13, 175:14, 178:24, 255:14, 315:7, 315:11, 315:19, 316:7
  **offices** [2] - 2:9, 5:11
  **official** [2] - 1:11, 3:13
  **officially** [1] - 129:15
  **Oh** [1] - 311:22
  **oh** [30] - 11:15, 28:22, 53:3, 93:8, 126:10, 126:13, 179:15, 185:24, 196:11, 199:16, 212:7, 226:16, 227:6, 232:11, 242:6, 243:9, 244:17, 244:19, 245:2, 253:4, 255:24, 262:21, 269:25, 275:21, 279:14, 284:8, 285:6, 287:10, 290:21
  **Okay** [6] - 26:25, 59:22, 97:7, 242:15, 273:16, 283:12
  **okay** [1199] - 7:2, 7:3, 7:8, 7:10, 7:14, 7:20, 8:3, 8:7, 8:11, 8:12, 8:13, 8:19, 8:20, 8:24, 8:25, 12:7, 12:10, 12:13, 13:4, 13:16, 13:21, 14:8, 14:11, 14:17, 14:20, 15:3, 15:8, 15:16, 15:20, 16:2, 16:6, 17:9, 17:15, 19:3, 20:9, 20:13, 21:4, 21:13, 21:19, 21:23, 22:11, 23:4, 23:7, 23:11, 23:15, 24:9, 25:5, 26:14, 26:19, 26:22, 27:9, 27:18, 27:21, 27:23,

28:8, 28:13, 28:16, 28:25, 29:4, 31:10, 31:19, 32:12, 32:15, 32:18, 32:21, 32:25, 33:18, 33:20, 33:24, 34:6, 34:10, 34:16, 35:3, 35:22, 35:24, 36:12, 36:25, 37:10, 38:2, 38:5, 38:12, 38:16, 38:18, 38:22, 39:2, 39:9, 39:13, 40:5, 40:10, 40:17, 41:4, 41:8, 41:13, 41:19, 42:8, 42:10, 43:4, 43:8, 43:14, 43:17, 43:20, 43:25, 44:8, 45:11, 46:2, 46:16, 46:24, 47:5, 47:11, 47:20, 47:25, 48:5, 48:15, 48:23, 48:25, 49:8, 49:20, 49:24, 50:8, 50:16, 51:4, 51:11, 51:20, 51:23, 52:2, 52:7, 52:18, 52:21, 52:25, 53:4, 53:6, 53:10, 53:13, 53:19, 53:24, 54:5, 54:14, 55:3, 55:13, 55:21, 55:25, 56:8, 56:11, 56:16, 57:6, 57:16, 57:20, 58:2, 58:6, 58:10, 58:14, 58:18, 59:3, 59:9, 59:19, 60:2, 60:10, 60:13, 60:22, 60:25, 61:5, 61:8, 61:11, 62:3, 62:7, 62:10, 62:22, 63:12, 63:19, 63:22, 64:18, 64:21, 64:24, 65:6, 65:9, 65:19, 66:6, 66:10, 66:14, 67:2, 67:5, 67:14, 67:18, 68:24, 69:3, 69:5, 69:8, 69:14, 69:23, 70:8, 70:12, 70:15, 70:17, 70:24, 71:7, 71:12, 71:14, 71:21, 72:4, 72:7, 72:8, 72:22, 72:25, 73:6, 73:14, 73:23, 74:2, 74:11, 74:20, 74:24, 75:6, 76:4, 76:6, 76:8, 76:17, 76:22, 77:13, 77:16, 77:19, 77:25, 78:4, 78:8, 78:11, 78:13, 78:18, 78:25, 79:8, 79:11, 79:13, 79:17, 80:2, 80:6, 80:14, 80:22, 81:10, 81:15, 81:17, 81:25, 82:21, 83:7, 83:17, 83:24, 84:2, 84:4, 84:7, 84:11, 84:15, 84:25, 85:9, 85:12, 85:15, 86:7, 86:12, 86:20, 86:22, 86:25, 87:4, 87:7, 87:11, 87:14, 87:24, 88:5, 88:10, 88:13, 88:17, 88:21, 89:11, 89:14, 89:24, 90:7, 90:12, 90:15, 90:25, 91:9, 91:15, 91:20, 91:23, 92:3, 92:9, 92:13, 92:18, 92:22, 93:10, 93:15, 93:19, 94:2, 94:7, 94:13, 94:16, 94:19, 94:22, 95:17, 95:24, 96:5, 96:7, 96:14, 96:17, 96:20, 97:11,

97:14, 97:17, 97:21, 98:2, 98:10, 98:16, 98:24, 99:7, 99:10, 99:14, 99:17, 99:21, 99:25, 100:5, 100:10, 100:13, 100:18, 100:21, 100:25, 101:9, 101:13, 101:17, 101:25, 102:4, 102:9, 102:13, 102:16, 102:25, 103:10, 103:13, 103:19, 103:22, 104:2, 104:5, 104:13, 104:21, 104:24, 105:3, 105:6, 105:9, 105:13, 105:16, 105:19, 105:23, 106:5, 106:10, 106:16, 106:21, 106:25, 107:9, 107:12, 107:17, 108:5, 108:14, 108:18, 109:2, 109:10, 109:15, 109:24, 110:10, 110:13, 110:16, 110:19, 111:2, 111:5, 111:8, 111:11, 111:17, 111:22, 112:2, 112:4, 112:8, 112:14, 112:25, 113:5, 113:12, 113:16, 113:19, 113:24, 114:3, 114:6, 114:9, 114:15, 114:20, 114:23, 115:2, 115:8, 115:15, 115:18, 115:23, 116:3, 116:6, 116:8, 116:13, 116:19, 116:22, 116:25, 117:4, 117:8, 117:12, 117:16, 117:21, 118:3, 118:5, 118:8, 118:12, 118:24, 119:3, 119:9, 119:18, 120:2, 120:7, 120:11, 120:18, 120:22, 121:4, 121:8, 121:12, 121:14, 121:23, 122:4, 122:7, 122:12, 122:19, 122:23, 123:3, 123:12, 123:15, 123:21, 124:3, 124:6, 124:9, 124:15, 124:18, 124:23, 125:5, 125:8, 125:12, 125:16, 125:19, 125:24, 126:3, 126:10, 126:13, 126:17, 126:20, 127:6, 127:12, 127:16, 127:19, 127:23, 128:7, 128:17, 128:22, 129:8, 129:11, 129:25, 130:4, 130:8, 130:12, 130:19, 130:23, 131:2, 131:5, 131:13, 131:16, 131:20, 131:24, 132:2, 132:7, 132:11, 132:15, 132:19, 132:23, 133:3, 133:6, 133:12, 133:16, 133:21, 134:5, 134:10, 134:17, 134:22, 135:4, 135:6, 135:9, 135:14, 135:18, 135:21, 136:8,

136:14, 136:18, 136:25,
137:5, 137:9, 137:13,
137:16, 137:20, 137:24,
138:5, 138:9, 138:16,
138:19, 139:2, 139:8,
139:12, 139:16, 139:21,
140:4, 140:8, 140:19,
140:24, 141:3, 141:6,
141:10, 141:18, 141:21,
141:25, 142:7, 142:11,
143:5, 143:12, 144:5, 144:7,
144:15, 144:20, 144:25,
145:7, 145:9, 145:12,
145:17, 145:20, 145:24,
146:7, 146:10, 146:15,
146:21, 146:25, 147:4,
148:7, 148:15, 148:18,
148:22, 149:7, 149:10,
149:21, 149:23, 150:5,
150:11, 150:16, 150:21,
150:24, 151:2, 151:10,
151:15, 151:19, 151:23,
152:2, 152:4, 152:16,
152:19, 152:23, 153:8,
153:11, 153:14, 153:18,
153:20, 153:23, 154:17,
155:4, 155:9, 155:12,
155:17, 155:24, 156:11,
156:15, 156:19, 156:21,
157:7, 157:14, 157:18,
157:22, 158:2, 158:7,
158:19, 159:3, 159:6,
159:10, 159:13, 159:17,
160:4, 160:8, 160:11,
160:15, 160:18, 161:2,
161:8, 161:13, 161:17,
161:21, 162:3, 162:21,
162:25, 163:6, 163:9, 164:2,
164:4, 164:8, 164:10,
164:13, 164:16, 164:19,
165:3, 165:5, 165:14,
165:17, 165:24, 166:5,
166:7, 166:13, 166:19,
166:22, 167:2, 167:6,
167:11, 167:14, 167:18,
167:22, 168:2, 168:19,
169:4, 169:9, 169:13, 170:2,
170:4, 170:7, 170:10,
170:13, 170:16, 171:23,
172:9, 172:15, 172:21,
173:3, 173:9, 173:15,
173:25, 174:6, 174:11,
174:14, 174:17, 174:21,
174:24, 175:5, 175:9,
175:12, 175:17, 176:4,
176:14, 177:6, 177:10,
177:23, 178:17, 178:21,
178:23, 179:4, 179:6,
179:17, 179:20, 180:2,
180:8, 180:14, 180:19,
180:24, 181:4, 181:7,

181:14, 182:3, 182:6,
182:18, 183:11, 183:15,
183:23, 183:25, 184:6,
184:13, 184:16, 184:22,
185:3, 185:7, 185:10,
185:12, 185:15, 185:18,
185:23, 186:4, 186:6,
186:11, 186:16, 186:19,
186:23, 187:4, 187:23,
188:3, 188:6, 188:10,
188:14, 188:17, 188:19,
188:23, 189:3, 189:7,
189:16, 189:24, 190:4,
190:9, 190:13, 190:21,
191:4, 191:8, 191:16,
191:25, 192:5, 192:8,
192:10, 192:13, 192:16,
192:20, 192:23, 193:3,
193:7, 193:17, 193:24,
194:5, 194:9, 194:25, 195:6,
195:9, 195:20, 195:25,
196:5, 196:8, 196:14,
196:19, 196:21, 197:3,
197:8, 197:12, 197:15,
197:22, 198:2, 198:5, 198:9,
198:11, 198:24, 199:8,
199:11, 199:19, 200:2,
200:5, 200:9, 200:25, 201:4,
201:15, 201:23, 202:9,
202:15, 202:23, 203:6,
203:10, 203:14, 203:22,
205:2, 205:5, 205:13,
205:24, 206:15, 206:20,
207:9, 207:12, 207:17,
207:19, 207:22, 208:3,
208:9, 208:14, 208:18,
208:20, 208:22, 208:25,
209:5, 209:10, 209:16,
209:20, 210:13, 210:16,
210:25, 211:5, 211:10,
211:13, 211:19, 211:24,
212:4, 212:9, 212:13,
212:19, 213:8, 213:11,
213:14, 213:16, 213:21,
213:24, 214:5, 214:17,
214:20, 214:25, 215:5,
215:7, 215:13, 215:17,
216:2, 216:6, 216:20,
216:24, 218:5, 218:12,
220:7, 220:21, 220:25,
221:8, 221:14, 221:15,
221:16, 222:3, 222:6, 222:8,
222:11, 222:16, 222:19,
223:3, 223:19, 224:5, 225:3,
225:7, 226:4, 226:8, 226:24,
227:10, 227:22, 227:24,
228:6, 228:9, 228:16,
228:19, 229:2, 229:6,
229:10, 229:14, 229:17,
229:21, 229:25, 230:5,
230:8, 230:12, 231:6,

231:12, 231:17, 231:21,
231:25, 232:2, 232:6, 232:9,
232:14, 232:20, 233:13,
233:17, 233:20, 233:23,
234:3, 234:9, 234:12,
234:15, 234:18, 234:21,
235:7, 235:10, 235:15,
235:18, 236:3, 236:9,
236:13, 236:20, 236:22,
237:21, 238:15, 238:18,
239:3, 239:7, 239:12,
239:15, 239:24, 240:3,
240:5, 240:10, 240:14,
240:20, 241:22, 242:2,
242:7, 242:20, 243:14,
243:17, 243:22, 243:23,
244:4, 244:7, 244:19,
244:21, 245:2, 245:5, 245:9,
245:14, 245:21, 246:7,
246:12, 247:4, 247:8,
247:13, 247:18, 247:21,
247:24, 248:3, 248:7,
248:25, 249:5, 249:7, 249:8,
249:14, 249:18, 249:22,
250:3, 250:7, 250:13,
250:18, 250:21, 251:10,
251:21, 252:3, 252:9,
252:15, 252:18, 252:23,
253:8, 253:21, 254:5,
254:15, 254:18, 254:21,
254:25, 255:7, 255:10,
255:13, 255:16, 256:15,
256:19, 256:22, 257:3,
257:11, 257:14, 257:20,
258:5, 258:9, 258:12, 259:6,
259:11, 259:17, 260:8,
260:13, 260:22, 260:25,
261:10, 261:14, 261:17,
261:23, 262:16, 263:5,
264:18, 264:24, 265:3,
265:9, 265:12, 265:16,
265:19, 266:5, 266:11,
266:15, 266:19, 266:22,
267:4, 267:7, 267:12,
267:16, 267:19, 267:22,
267:25, 268:4, 268:14,
268:17, 269:8, 269:11,
269:15, 269:24, 270:3,
270:14, 271:6, 271:14,
271:18, 271:21, 271:25,
272:11, 272:23, 273:19,
274:5, 274:10, 274:15,
274:18, 274:21, 275:10,
275:14, 275:16, 275:22,
276:6, 276:15, 276:25,
277:14, 277:17, 277:20,
277:24, 278:3, 278:7, 279:4,
279:7, 280:8, 280:13,
280:19, 280:21, 281:7,
281:11, 282:14, 282:17,
283:5, 283:16, 283:19,

283:22, 284:3, 284:17,
285:7, 285:10, 285:12,
286:3, 286:7, 286:10,
286:15, 286:18, 286:23,
287:2, 287:7, 287:16,
287:19, 288:4, 288:11,
288:14, 288:19, 288:25,
289:14, 289:16, 289:18,
289:22, 289:25, 290:5,
290:8, 290:13, 291:17,
291:21, 291:25, 292:10,
292:15, 292:21, 292:25,
293:5, 293:9, 293:13,
293:18, 294:3, 294:7,
294:13, 294:19, 294:25,
295:3, 295:8, 295:10,
295:13, 295:17, 295:23,
296:3, 296:11, 296:15,
296:20, 296:24, 297:3,
297:8, 297:18, 297:23,
298:5, 298:8, 298:13,
298:18, 298:21, 299:2,
299:9, 299:11, 299:14,
299:17, 299:20, 299:23,
300:13, 301:4, 301:10,
301:16, 301:21, 302:10,
302:16, 302:24, 303:4,
303:9, 303:13, 303:15,
303:19, 303:24, 304:4,
304:8, 304:15, 304:18,
304:21, 305:4, 305:10,
305:16, 305:22, 306:2,
306:4, 306:7, 306:14,
306:17, 306:21, 307:8,
307:13, 307:21, 307:25,
308:24, 309:4, 309:17,
309:20, 310:2, 310:7,
310:12, 310:20, 311:2,
311:9, 311:12, 311:18,
312:2, 312:7, 312:10,
312:19, 313:19, 314:7,
314:20, 315:6, 315:10,
315:14, 315:18, 316:5,
316:9, 316:17, 316:22,
317:3, 317:11, 317:20,
318:3, 318:19
**old** [4] - 29:20, 33:19,
150:22
**older** [1] - 30:4
**OLPA** [5] - 241:4, 241:6,
241:18, 241:22, 321:13
**OMNI** [7] - 221:19, 221:20,
221:23, 223:9, 224:2,
235:19, 321:11
**on** [290] - 5:3, 5:4, 5:9, 8:22,
9:2, 14:8, 25:23, 28:25,
32:23, 33:13, 33:21, 33:25,
34:4, 36:5, 37:22, 37:24,
42:13, 42:19, 42:25, 43:6,
43:9, 43:23, 45:23, 46:13,

47:4, 59:12, 62:23, 64:11,
64:14, 65:3, 65:21, 67:5,
72:7, 72:12, 72:19, 74:14,
74:25, 76:12, 77:16, 77:19,
78:14, 79:9, 80:6, 81:17,
82:18, 83:15, 83:19, 83:23,
86:14, 87:20, 87:22, 88:3,
88:6, 88:18, 88:19, 88:20,
88:22, 89:15, 89:23, 89:25,
90:6, 91:12, 91:16, 94:16,
97:25, 98:3, 99:23, 102:7,
102:11, 102:14, 102:16,
102:18, 102:19, 103:8,
103:11, 103:17, 103:20,
104:11, 105:17, 105:25,
106:6, 106:18, 106:24,
111:15, 113:11, 114:17,
114:25, 115:2, 116:4,
118:17, 119:4, 120:21,
121:6, 123:7, 123:24,
124:10, 124:13, 125:14,
125:18, 125:19, 125:25,
126:7, 126:11, 126:18,
126:20, 126:25, 127:9,
127:13, 127:17, 127:21,
127:25, 128:4, 129:12,
130:9, 130:20, 133:23,
135:15, 135:16, 135:17,
139:10, 140:6, 140:11,
142:2, 142:12, 147:15,
147:20, 147:21, 147:22,
147:23, 147:24, 148:2,
148:21, 148:23, 153:6,
155:6, 156:16, 158:17,
159:15, 159:23, 165:14,
165:15, 165:23, 167:7,
167:8, 167:12, 168:7,
170:17, 170:22, 177:15,
177:17, 178:25, 181:22,
187:14, 189:25, 190:19,
191:25, 192:20, 194:15,
194:20, 194:22, 196:4,
201:11, 203:9, 205:11,
205:20, 205:25, 206:4,
207:20, 207:23, 207:25,
208:5, 209:11, 209:12,
211:15, 211:24, 211:25,
212:20, 213:5, 213:18,
216:6, 217:10, 218:20,
219:20, 220:21, 223:17,
224:24, 226:12, 226:15,
227:3, 227:13, 230:21,
233:21, 233:23, 234:3,
234:5, 235:19, 235:24,
237:5, 237:10, 237:19,
238:2, 238:6, 238:21,
240:17, 243:18, 243:24,
245:12, 249:11, 253:11,
256:25, 257:6, 257:16,
257:17, 258:21, 260:18,
261:12, 262:2, 262:12,

262:13, 262:16, 262:18,
262:22, 264:9, 264:19,
264:21, 268:5, 268:6, 268:9,
268:17, 268:24, 269:4,
269:5, 269:9, 269:10, 270:4,
270:20, 272:21, 274:8,
274:12, 275:23, 276:18,
277:22, 280:2, 280:5,
281:21, 282:8, 283:2,
284:14, 285:3, 285:11,
287:6, 287:8, 287:13,
287:19, 289:15, 289:18,
291:11, 291:17, 294:23,
295:6, 295:15, 297:16,
302:12, 304:2, 306:10,
307:15, 307:17, 307:20,
308:9, 308:11, 309:5, 310:6,
310:17, 310:21, 311:5,
311:7, 311:14, 311:17,
313:12, 314:21, 315:20,
316:10, 316:14, 317:3
 **once** [12] - 8:15, 81:8,
130:4, 137:2, 139:4, 156:6,
162:22, 188:2, 188:4,
192:25, 251:21, 296:20
 **one** [122] - 14:10, 14:11,
14:12, 14:13, 16:18, 20:2,
23:9, 23:10, 23:12, 25:9,
26:7, 26:16, 26:17, 27:4,
33:5, 33:19, 34:7, 36:14,
42:20, 43:2, 43:18, 45:25,
46:2, 46:12, 46:13, 46:14,
46:20, 49:6, 68:7, 68:8,
69:17, 76:17, 80:4, 82:3,
82:17, 83:19, 83:21, 84:3,
84:5, 92:15, 92:17, 92:21,
93:5, 93:8, 93:23, 93:24,
94:3, 94:23, 94:25, 95:3,
97:2, 103:14, 104:15,
105:11, 112:11, 112:17,
116:17, 113:8, 135:6, 138:2,
138:23, 143:6, 143:23,
144:6, 144:16, 147:21,
148:20, 150:17, 153:16,
156:22, 159:14, 166:3,
178:7, 184:8, 187:8, 189:12,
189:16, 190:7, 190:11,
192:21, 194:18, 194:19,
198:8, 205:18, 205:19,
206:4, 211:25, 214:15,
218:14, 223:24, 227:23,
228:24, 235:25, 241:19,
242:4, 245:12, 249:5,
269:20, 274:19, 279:11,
279:12, 282:22, 283:24,
284:2, 284:4, 284:15,
294:22, 304:13, 307:22,
312:24, 312:25, 314:21,
315:7, 316:7
 **one-way** [15] - 80:4, 83:19,
83:21, 103:14, 112:11,

112:17, 116:17, 138:2,
138:23, 178:7, 187:8,
194:18, 205:19, 282:22,
284:15
 **ones** [1] - 34:24
 **ongoing** [1] - 20:18
 **online** [2] - 232:24, 280:12
 **only** [31] - 21:5, 23:22,
56:16, 56:19, 66:22, 66:24,
70:3, 70:18, 75:8, 75:14,
75:22, 82:6, 83:22, 84:6,
86:13, 109:8, 123:25, 140:8,
162:10, 166:3, 171:11,
177:20, 182:15, 194:15,
194:19, 207:23, 207:25,
278:20, 279:16, 284:20,
312:17
 **onto** [10] - 39:10, 76:6,
78:5, 78:13, 104:7, 106:11,
156:7, 221:15, 235:4, 270:14
 **open** [1] - 318:8
 **opened** [1] - 165:22
 **operating** [1] - 284:13
 **operation** [1] - 36:10
 **opinion** [5] - 62:16, 112:16,
122:13, 159:5, 301:18
 **opportunity** [1] - 8:17
 **opposite** [3] - 168:24,
196:3, 231:3
 **or** [191] - 7:13, 7:17, 8:2,
8:18, 8:23, 11:9, 11:17, 12:4,
12:15, 15:10, 15:22, 18:18,
18:21, 19:22, 28:18, 28:25,
29:16, 30:3, 30:10, 30:13,
31:6, 31:9, 31:24, 33:13,
34:22, 34:23, 36:22, 37:4,
37:22, 38:4, 38:13, 39:24,
41:3, 41:9, 42:2, 43:23,
45:15, 46:5, 46:6, 49:2, 49:9,
51:24, 52:4, 53:4, 56:3,
56:23, 61:16, 61:17, 65:3,
68:17, 72:13, 74:16, 78:9,
79:19, 80:7, 80:9, 80:11,
81:4, 81:12, 81:18, 83:5,
84:8, 84:13, 84:22, 86:20,
87:18, 88:18, 89:16, 91:24,
93:16, 94:17, 95:2, 95:13,
97:14, 101:4, 102:17, 106:7,
109:16, 111:9, 113:19,
114:7, 115:10, 119:5,
119:10, 119:13, 121:11,
123:5, 123:19, 124:16,
126:4, 134:4, 135:7, 135:15,
135:16, 136:6, 136:21,
137:2, 137:8, 141:15,
146:22, 149:17, 149:24,
150:14, 151:6, 157:8,
157:19, 157:20, 157:23,
158:14, 167:14, 167:19,
168:22, 168:25, 169:10,

170:14, 170:18, 170:21,
172:22, 180:11, 180:20,
181:13, 186:12, 186:15,
188:2, 188:4, 188:24,
189:17, 190:7, 190:10,
192:21, 193:8, 194:2, 194:6,
196:25, 199:2, 203:9, 208:5,
208:11, 208:12, 209:22,
211:5, 211:14, 211:16,
211:21, 213:8, 219:4,
219:19, 224:21, 227:17,
232:11, 245:18, 247:5,
250:9, 251:12, 252:18,
252:20, 255:5, 255:7,
258:16, 261:11, 262:3,
262:11, 265:24, 266:24,
268:7, 269:12, 269:19,
269:24, 271:4, 271:22,
275:12, 283:25, 288:11,
295:14, 296:13, 299:16,
302:11, 302:22, 303:20,
307:3, 307:5, 308:9, 309:24,
323:16
 **Order** [1] - 2:8
 **organize** [2] - 156:3, 158:14
 **original** [3] - 4:9, 4:17,
222:22
 **originally** [1] - 154:20
 **other** [48] - 14:12, 18:12,
18:15, 22:25, 25:7, 27:7,
27:25, 28:6, 34:21, 34:22,
35:9, 37:13, 44:4, 44:8,
45:19, 47:8, 58:3, 68:17,
74:8, 74:15, 77:4, 85:6,
85:20, 92:15, 92:16, 92:20,
94:8, 96:22, 108:22, 117:12,
120:12, 120:19, 121:15,
130:14, 133:8, 150:13,
154:21, 168:2, 195:22,
203:4, 203:9, 209:21,
211:21, 213:25, 214:6,
244:2, 274:8, 318:13
 **our** [7] - 98:9, 118:22,
230:2, 230:3, 266:3, 269:4
 **out** [67] - 16:23, 43:16,
57:7, 57:12, 58:10, 58:17,
89:7, 89:18, 90:11, 95:19,
96:6, 96:21, 103:2, 103:3,
110:8, 111:7, 112:6, 112:15,
113:3, 113:7, 120:3, 120:8,
132:24, 134:7, 135:23,
139:17, 149:5, 150:18,
151:2, 152:5, 153:19,
154:20, 154:25, 157:5,
157:16, 157:20, 161:21,
168:5, 168:25, 170:13,
170:21, 178:18, 179:12,
179:21, 180:11, 180:12,
180:16, 183:22, 188:15,
190:14, 190:25, 191:6,

199:5, 218:24, 232:17, 246:3, 246:10, 246:13, 251:16, 251:22, 253:19, 259:13, 269:5, 284:6, 318:12, 318:14
**outcome** [1] - 323:17
**outside** [11] - 51:24, 51:25, 52:4, 61:12, 90:24, 91:8, 95:23, 183:8, 183:9, 295:25, 296:17
**outstanding** [1] - 318:9
**outweigh** [1] - 200:14
**over** [24] - 6:24, 8:15, 73:11, 104:2, 115:21, 115:24, 118:20, 123:17, 137:17, 154:18, 184:24, 186:13, 186:23, 199:20, 200:19, 203:11, 203:18, 210:6, 221:13, 246:25, 254:6, 254:7, 273:21, 280:14
**overtime** [2] - 206:11, 206:12
**own** [6] - 118:22, 126:15, 230:3, 287:12
**owner** [4] - 120:4, 120:12, 208:19, 312:18

# P

**P** [5] - 3:2, 4:2, 6:7, 241:4
**P.M** [17] - 9:25, 77:15, 147:11, 147:16, 181:18, 181:23, 237:15, 237:20, 264:5, 264:10, 281:17, 281:22, 297:10, 297:17, 317:23, 318:21, 319:2
**packet** [4] - 263:18, 278:13, 278:19, 279:15
**Packet** [1] - 321:21
**page** [45] - 76:5, 200:10, 205:6, 205:14, 205:25, 207:20, 207:24, 208:2, 223:5, 223:17, 226:5, 231:22, 231:23, 234:4, 237:24, 239:4, 240:6, 241:25, 256:20, 257:4, 268:5, 272:2, 272:3, 277:21, 277:25, 282:18, 284:9, 284:23, 285:4, 285:13, 286:19, 287:3, 287:9, 288:4, 288:6, 288:7, 289:7, 289:9, 289:19, 290:14, 290:15, 291:11, 294:15, 295:11
**PAGE** [3] - 321:6, 322:4, 322:9
**pages** [3] - 248:18, 286:11, 286:13
**paid** [1] - 31:25
**pain** [1] - 229:18
**pains** [1] - 275:6

**Panek** [3] - 2:10, 5:12, 5:22
**PANEK** [1] - 3:4
**panel** [1] - 262:19
**paper** [3] - 59:12, 237:3, 254:9
**paperwork** [17] - 23:25, 24:3, 24:4, 24:23, 26:12, 26:13, 49:22, 49:25, 58:15, 58:19, 78:24, 137:18, 180:15, 186:25, 209:22, 210:4, 280:14
**paragraph** [5] - 274:19, 274:23, 275:4, 275:17, 284:10
**parallel** [3] - 304:16, 304:17, 305:23
**park** [3] - 112:2, 149:4, 187:12
**parked** [33] - 87:15, 87:19, 102:21, 104:20, 110:8, 111:9, 111:25, 119:22, 119:24, 138:3, 138:25, 143:16, 147:22, 149:25, 151:3, 153:6, 153:12, 154:15, 178:14, 205:21, 208:21, 208:22, 213:18, 215:21, 215:22, 226:18, 238:9, 261:7, 261:24, 305:3, 305:9
**parking** [3] - 83:23, 102:20, 103:17
**part** [15] - 40:12, 152:23, 198:7, 204:25, 217:25, 218:2, 223:16, 226:25, 235:5, 239:18, 243:20, 252:8, 258:22, 262:19, 270:25
**partial** [1] - 243:19
**Partially** [1] - 310:22
**parties** [7] - 4:7, 5:20, 150:14, 218:25, 219:18, 219:21, 323:15
**partner** [20] - 38:20, 38:22, 40:10, 50:14, 53:8, 79:9, 79:11, 81:7, 90:24, 101:23, 157:5, 157:14, 157:18, 157:23, 158:3, 161:19, 168:18, 229:3, 296:6, 303:11
**partners** [4] - 38:24, 40:16, 41:5, 41:7
**party** [2] - 219:3, 219:4
**pass** [2] - 46:22, 187:8
**passed** [9] - 91:12, 97:5, 98:5, 99:4, 180:21, 194:11, 213:20, 282:23, 310:18
**passenger** [6] - 80:12, 103:2, 141:22, 153:10, 268:18, 270:10
**passenger's** [1] - 268:6
**passengers** [1] - 269:16

**passing** [1] - 87:22
**Patrol** [1] - 321:8
**patrol** [20] - 38:7, 38:10, 38:14, 39:7, 66:7, 66:10, 67:20, 67:21, 67:24, 68:5, 68:6, 68:14, 68:15, 68:21, 70:2, 75:21, 76:5, 79:18, 199:14, 199:21
**pay** [1] - 223:12
**pedestrian** [7] - 14:16, 19:14, 33:12, 33:22, 44:13, 45:3, 297:20
**Pedigree** [1] - 321:14
**pedigree** [4] - 134:7, 135:23, 136:2, 242:23, 242:25, 243:8, 246:2
**pending** [5] - 8:5, 14:18, 14:23, 318:8, 318:10
**people** [17] - 41:2, 43:16, 176:6, 190:6, 190:17, 190:18, 201:10, 201:11, 203:9, 230:20, 230:25, 231:15, 310:17, 311:6, 311:14, 314:16, 314:18
**percent** [8] - 121:13, 192:22, 265:22, 266:4, 266:10, 268:12, 313:22, 313:25
**perfect** [1] - 118:21
**perfectly** [1] - 210:12
**permission** [1] - 183:12
**perp** [1] - 239:20
**perpetrator** [2] - 63:6, 239:8
**person** [40] - 15:13, 15:16, 15:21, 16:19, 16:23, 20:23, 27:15, 43:18, 46:23, 46:25, 62:18, 64:12, 65:2, 65:20, 74:22, 82:17, 85:16, 85:19, 86:16, 91:6, 91:14, 94:7, 94:13, 95:6, 121:20, 123:6, 125:3, 164:14, 169:21, 180:5, 190:23, 190:24, 207:23, 208:18, 228:12, 266:24, 269:13, 271:4, 271:10, 312:17
**person's** [1] - 86:18
**personal** [8] - 61:9, 78:7, 127:18, 148:21, 159:5, 182:12, 182:14, 224:25
**personally** [1] - 276:9
**persons** [1] - 91:11
**pertains** [1] - 71:5
**pertinent** [2] - 74:9, 74:10
**perusing** [3] - 68:12, 216:17, 222:6
**phase** [1] - 194:13
**phone** [6] - 50:6, 225:4, 225:5, 291:18, 292:9, 292:13
**phones** [1] - 101:5

**phonetic** [2] - 48:16, 123:24
**phonetic)** [5] - 18:11, 79:16, 134:21, 176:20, 287:18
**Photo** [1] - 322:10
**photograph** [1] - 265:21
**photographed** [1] - 257:5
**photographs** [5] - 256:3, 256:7, 259:20, 259:24, 263:7
**Photos** [3] - 321:16, 321:17, 321:18
**physical** [7] - 234:19, 235:6, 239:9, 239:19, 239:20, 247:19, 259:7
**physically** [2] - 51:21, 223:25
**pick** [6] - 50:6, 182:14, 182:16, 182:23, 184:4, 219:4
**picked** [1] - 290:23
**picking** [2] - 292:8, 292:13
**picture** [16] - 142:25, 212:16, 213:20, 218:13, 257:6, 260:9, 262:8, 262:24, 262:25, 264:19, 266:12, 268:2, 270:2, 271:10, 314:23, 316:20
**pictured** [1] - 265:20
**pictures** [16] - 124:16, 256:16, 256:17, 257:16, 260:23, 261:2, 263:18, 263:21, 264:12, 264:16, 265:4, 265:6, 265:13, 265:14, 270:9, 270:18
**Pine** [3] - 2:10, 3:5, 5:12
**place** [7] - 57:12, 68:8, 188:20, 215:18, 217:11, 284:12, 320:11
**placed** [1] - 42:13
**plainclothes** [2] - 16:13, 81:18
**Plaintiff** [11] - 2:7, 3:4, 5:9, 5:16, 5:22, 6:21, 15:13, 163:10, 201:10, 201:15, 256:4
**PLAINTIFF** [1] - 1:4
**PLAINTIFF'S** [1] - 321:4
**Plaintiff's** [42] - 67:19, 67:25, 199:13, 204:11, 204:15, 206:23, 207:3, 221:18, 221:24, 232:23, 233:4, 233:10, 237:22, 240:22, 241:3, 241:6, 241:14, 242:22, 243:2, 248:9, 248:12, 248:17, 255:21, 256:2, 256:8, 259:19, 259:25, 263:17, 263:21, 273:4, 273:9, 277:3, 277:7, 278:9, 278:13, 283:7, 283:9, 283:13, 285:19,

**portion** [1] - 249:12
**position** [4] - 118:21,
144:9, 318:7
**positioned** [1] - 92:16
**positive** [2] - 185:17,
190:25
**possessed** [1] - 183:21
**possession** [2] - 127:20,
165:18, 185:21, 206:6,
210:23, 238:13
**possible** [13] - 63:14,
138:10, 139:9, 143:13,
144:14, 163:2, 172:9, 173:8,
202:14, 202:16, 209:15,
258:8, 258:10
**possibly** [2] - 139:24,
235:25
**post** [5] - 42:25, 43:3, 43:6,
43:11, 43:23
**precinct** [84] - 17:25, 37:14,
46:22, 47:3, 52:6, 53:18,
58:13, 114:22, 114:24,
115:3, 115:22, 123:18,
125:6, 128:12, 128:14,
128:19, 130:18, 131:25,
132:3, 132:8, 132:20,
133:14, 134:3, 134:6,
134:14, 138:13, 145:4,
145:10, 162:23, 163:17,
163:20, 164:11, 165:8,
170:14, 170:21, 173:13,
173:16, 174:2, 175:6,
178:24, 179:8, 180:6,
180:22, 183:6, 186:8,
186:12, 187:16, 188:12,
191:9, 191:11, 192:3,
206:16, 208:5, 208:7,
208:10, 208:11, 211:2,
211:16, 216:10, 216:22,
217:5, 225:22, 234:2, 239:2,
240:15, 246:8, 249:25,
251:3, 251:6, 255:11,
255:14, 257:22, 257:23,
258:17, 276:14, 278:5,
280:10, 289:21, 290:4,
290:18, 290:25, 292:23,
293:4, 296:13
**Precinct** [6] - 11:6, 18:4,
36:11, 76:18, 205:12, 300:21
**prefer** [1] - 79:2
**prepare** [5] - 21:14, 21:21,
22:8, 23:2, 278:4
**prepared** [1] - 277:19
**preparing** [1] - 225:8
**prescribed** [1] - 12:8
**prescription** [2] - 11:12,
12:15
**present** [4] - 5:25, 37:11,
78:15, 205:11
**PRESENT** [1] - 3:18

285:23, 286:4, 318:6
**plan** [9] - 155:17, 155:21,
155:25, 156:5, 156:8, 157:2,
158:8, 158:13, 158:14
**plate** [4] - 260:18, 288:18,
288:19, 289:3
**play** [6] - 299:12, 299:18,
310:13, 313:5, 313:23
**played** [2] - 299:22, 313:13
**playing** [3] - 305:6, 305:7,
314:16
**Plaza** [2] - 6:17, 43:12
**please** [5] - 5:19, 6:6,
241:13, 282:25, 290:16
**Please** [1] - 6:13
**plus** [2] - 178:15, 262:18
**PMD** [1] - 205:12
**PO** [1] - 205:16
**point** [76] - 7:10, 7:24, 27:7,
39:10, 62:2, 82:18, 88:8,
99:4, 101:15, 103:11, 106:6,
108:6, 108:15, 111:11,
112:9, 112:12, 112:14,
114:3, 119:19, 120:11,
121:25, 127:6, 128:21,
130:10, 135:10, 135:14,
135:19, 137:3, 138:7,
142:18, 148:13, 156:8,
156:21, 157:2, 157:15,
159:18, 159:22, 159:25,
160:20, 161:19, 164:5,
164:21, 165:18, 166:14,
167:7, 169:11, 174:18,
174:22, 174:24, 180:10,
180:11, 180:25, 182:15,
185:18, 185:24, 190:2,
194:5, 195:14, 195:19,
196:24, 201:9, 212:8, 246:3,
246:14, 290:6, 294:20,
302:16, 303:16, 303:21,
303:24, 304:2, 307:6,
307:21, 308:13, 308:20,
309:5
**points** [1] - 300:11
**police** [27] - 11:4, 28:2,
29:4, 29:8, 29:11, 29:15,
29:22, 29:25, 30:5, 36:8,
43:2, 46:21, 62:16, 62:19,
63:4, 63:8, 63:24, 68:17,
70:19, 101:20, 112:10,
112:21, 151:23, 206:24,
211:21, 252:13, 265:24
**Police** [6] - 1:8, 1:9, 3:10,
3:11, 6:17, 43:12
**policies** [1] - 62:23
**policy** [3] - 73:3, 73:8,
200:11
**population** [1] - 71:25
**Port** [3] - 35:13, 35:14,
35:17

**presented** [3] - 134:18,
165:9, 247:10
**presenting** [1] - 134:23
**presently** [2] - 1:12, 3:14
**pretty** [5] - 107:23, 108:3,
139:14, 169:16, 266:8
**previous** [1] - 289:7
**previously** [1] - 26:3
**primary** [1] - 244:2
**prior** [1] - 140:21
**prison** [1] - 243:9
**prisoner** [16] - 242:23,
243:5, 243:7, 248:15,
248:16, 248:20, 251:16,
251:17, 252:25, 253:4,
253:14, 254:7, 254:13,
254:19, 254:22, 254:23
**probably** [2] - 165:15,
254:10
**problem** [1] - 315:14
**proc** [1] - 26:17
**Procedure** [1] - 2:9
**procedure** [6] - 17:10,
19:21, 55:11, 167:3, 182:19,
230:2
**proceed** [1] - 20:10
**proceeding** [4] - 49:15,
49:17, 49:19, 56:25
**process** [1] - 125:7,
128:19, 137:13, 160:5,
174:3, 174:4, 174:15, 183:8,
186:18, 246:4, 293:23
**processed** [1] - 173:12
**processing** [2] - 183:9,
191:9
**production** [1] - 263:7
**programs** [1] - 34:22
**promotion** [1] - 39:23
**pronounced** [1] - 10:21
**property** [8] - 134:9,
182:12, 182:14, 182:16,
182:23, 182:24, 209:21,
215:22
**prosecution** [2] - 57:4,
192:18
**provide** [1] - 73:24
**provider** [1] - 252:19
**proximity** [1] - 65:20
**PUBLIC** [1] - 320:22
**public** [2] - 73:11, 200:13
**Public** [3] - 2:12, 6:9, 323:7
**pull** [7] - 89:2, 109:3,
111:18, 158:4, 159:18,
160:2, 201:25
**pulled** [3] - 89:4, 109:10,
200:5
**pulling** [2] - 231:17, 300:24
**pursing** [1] - 75:14
**pursuant** [1] - 2:7
**pursue** [16] - 63:23, 64:12,

64:13, 66:23, 67:3, 67:8,
72:15, 72:21, 89:25, 90:5,
90:8, 144:9, 144:17, 201:24,
202:8, 202:9
**pursued** [3] - 75:8, 104:15,
191:20
**pursues** [1] - 70:19
**pursuing** [29] - 63:22, 64:9,
65:2, 65:21, 70:3, 71:5,
72:12, 74:13, 75:15, 89:19,
100:4, 104:22, 105:21,
105:25, 106:5, 106:17,
107:13, 107:19, 108:23,
111:14, 139:10, 143:23,
144:7, 156:7, 157:10,
159:22, 202:17, 203:15,
204:7
**pursuit** [25] - 63:5, 69:10,
69:14, 69:25, 71:19, 72:6,
73:9, 73:18, 73:24, 74:13,
74:15, 74:19, 74:21, 75:2,
75:22, 110:18, 111:18,
199:22, 200:11, 200:17,
200:24, 201:5, 203:12,
304:5, 317:12
**pursuits** [5] - 62:24, 66:8,
66:12, 66:19, 68:16
**put** [14] - 43:15, 78:5, 88:3,
88:6, 113:10, 118:18,
154:25, 165:22, 217:10,
218:20, 219:18, 219:20,
219:22, 220:5

**Q**

**quality** [4] - 314:5, 314:24,
315:9, 316:8
**quarter** [1] - 268:22
**queens** [1] - 149:15
**Queens** [8] - 28:24, 33:8,
33:9, 83:11, 83:12, 146:25,
149:14, 183:2
**ques** [1] - 162:8
**question** [33] - 7:7, 7:17,
7:22, 8:5, 8:6, 13:4, 14:25,
19:19, 21:20, 63:20, 65:18,
136:6, 162:10, 168:16,
180:10, 189:20, 198:23,
201:19, 210:11, 210:12,
223:4, 244:10, 260:20,
265:12, 271:25, 281:24,
282:2, 282:6, 286:23,
291:23, 317:10, 317:12
**questions** [14] - 6:23, 7:5,
7:11, 8:10, 8:23, 68:11,
117:2, 129:22, 130:2, 136:4,
168:15, 240:7, 272:24,
300:11
**quick** [2] - 26:2, 264:2

**R**

**R** [5] - 3:2, 4:2, 41:25, 320:2, 323:2
**radio** [8] - 23:25, 38:15, 73:23, 104:3, 115:24, 203:11, 203:14, 203:18
**raised** [1] - 92:11
**ran** [14] - 29:20, 32:20, 32:21, 64:14, 87:9, 87:12, 108:8, 149:4, 150:18, 151:2, 151:5, 153:3, 153:20, 195:17
**rank** [1] - 11:3
**re** [1] - 279:21
**re-stamp** [1] - 279:21
**reaction** [1] - 171:25
**read** [26] - 58:19, 71:17, 71:21, 73:6, 73:20, 74:2, 197:24, 198:2, 205:8, 205:14, 205:25, 215:17, 226:8, 237:23, 252:9, 280:25, 281:23, 282:2, 282:17, 284:10, 287:8, 288:5, 288:9, 289:19, 290:14, 290:19
**reading** [1] - 12:4
**ready** [26] - 137:18, 199:17, 199:18, 204:20, 204:21, 207:7, 222:5, 222:7, 233:11, 233:12, 241:15, 241:16, 243:12, 243:13, 248:23, 248:24, 256:13, 256:14, 260:6, 264:13, 273:14, 277:12, 277:13, 278:17, 283:14, 286:5
**real** [1] - 264:2
**realize** [4] - 194:13, 194:21, 195:12, 196:11
**realized** [2] - 195:10, 196:15
**really** [15] - 11:23, 47:17, 65:10, 66:9, 75:22, 86:13, 197:16, 199:7, 199:9, 213:22, 217:3, 245:4, 278:24, 279:16, 308:13
**rearview** [1] - 19:22
**reason** [6] - 10:12, 42:17, 163:9, 214:5, 219:18, 276:14
**reasons** [1] - 78:7
**recall** [3] - 291:4, 303:20, 307:3
**receipt** [1] - 182:17
**received** [5] - 33:24, 34:22, 57:15, 58:15, 295:22
**reception** [1] - 291:7
**recess** [2] - 147:13, 297:14
**reckless** [1] - 283:3
**recollection** [4] - 46:19, 66:17, 264:20, 297:25
**record** [33] - 5:3, 6:14,

25:20, 25:21, 25:24, 65:25, 147:12, 147:16, 147:20, 181:16, 181:19, 181:20, 181:23, 237:14, 237:16, 237:17, 237:20, 264:6, 264:7, 264:10, 281:16, 281:18, 281:19, 281:22, 297:9, 297:11, 297:12, 297:17, 317:21, 317:24, 317:25, 318:23, 323:12
**recover** [1] - 164:16
**red** [31] - 64:14, 80:4, 99:6, 99:15, 112:13, 112:19, 116:17, 138:3, 148:10, 148:14, 148:17, 178:7, 178:12, 187:9, 194:12, 195:15, 195:17, 195:18, 195:24, 196:22, 196:25, 198:7, 205:20, 206:3, 226:13, 238:4, 282:23, 284:6, 284:16, 285:3, 285:8
**redness** [1] - 168:3
**reenacting** [1] - 272:7
**refer** [1] - 225:11
**referred** [1] - 281:25
**referring** [2] - 239:17, 261:18
**refresh** [5] - 24:6, 49:22, 264:20, 284:20, 297:24
**refreshed** [2] - 23:23, 24:21
**refuse** [4] - 247:3, 254:19, 254:22, 310:9
**refused** [8] - 205:20, 226:21, 238:11, 253:5, 254:7, 255:5, 255:8, 281:6
**refusing** [1] - 247:14
**regardless** [1] - 136:21
**registation** [1] - 74:6
**registration** [3] - 74:7, 210:24, 211:11
**regular** [1] - 81:7
**related** [1] - 323:15
**released** [1] - 184:3
**relieved** [1] - 296:22
**remarks** [1] - 252:6
**remember** [186] - 12:17, 15:15, 15:25, 16:6, 18:2, 20:12, 24:22, 26:11, 27:8, 27:20, 27:22, 28:22, 29:13, 30:23, 33:17, 35:18, 41:15, 42:6, 42:20, 42:22, 43:22, 44:10, 45:20, 45:25, 46:3, 47:10, 49:21, 49:23, 50:4, 51:3, 52:10, 53:3, 66:25, 75:7, 75:19, 82:15, 85:7, 85:22, 86:5, 86:19, 95:16, 98:21, 100:23, 100:24, 101:16, 104:4, 104:11, 105:22, 107:16, 108:17, 108:18, 108:21, 111:21,

113:14, 113:16, 113:23, 113:24, 116:2, 116:24, 117:3, 117:7, 117:15, 117:24, 119:2, 119:3, 119:8, 120:20, 121:3, 122:22, 123:2, 123:25, 124:17, 124:21, 125:15, 125:23, 127:5, 127:10, 127:15, 127:22, 128:2, 128:5, 128:15, 128:21, 128:23, 129:7, 129:21, 130:3, 130:11, 132:17, 132:21, 133:5, 133:20, 133:24, 134:24, 135:8, 135:13, 136:5, 136:7, 136:11, 136:13, 136:15, 137:7, 137:12, 138:8, 139:6, 141:8, 141:20, 141:24, 145:15, 148:20, 149:9, 149:18, 151:13, 151:18, 155:11, 155:16, 157:17, 157:25, 160:23, 161:6, 162:2, 162:11, 162:19, 162:21, 163:19, 166:2, 166:4, 166:12, 166:25, 167:13, 169:12, 170:15, 170:19, 171:11, 171:13, 173:7, 175:16, 178:3, 178:4, 179:2, 179:5, 179:9, 180:9, 180:20, 181:11, 181:13, 184:19, 186:14, 188:5, 188:9, 192:7, 192:9, 197:16, 203:13, 203:24, 208:8, 208:13, 209:9, 209:15, 210:23, 211:4, 211:18, 226:2, 229:13, 246:24, 250:3, 250:10, 250:11, 250:21, 251:2, 257:13, 258:3, 260:16, 261:15, 267:24, 268:8, 271:5, 284:17, 295:13, 296:14, 309:9, 311:23, 312:11, 313:3, 316:12, 316:16
**remembering** [1] - 150:4
**remove** [4] - 126:3, 126:6, 127:24, 215:23
**removed** [12] - 78:4, 127:7, 127:11, 127:13, 135:24, 136:8, 137:19, 198:7, 215:24, 216:8, 217:13, 218:2
**repeat** [1] - 282:5
**replied** [1] - 290:23
**reply** [1] - 290:21
**report** [43] - 17:5, 17:7, 17:23, 24:8, 24:14, 29:25, 120:21, 191:6, 206:24, 207:2, 209:11, 211:15, 216:12, 216:16, 217:9, 217:18, 218:20, 218:25, 219:3, 219:9, 219:16,

219:17, 219:24, 221:6, 221:21, 221:23, 222:17, 222:21, 222:25, 223:9, 223:14, 223:21, 224:3, 225:8, 225:14, 233:24, 235:19, 235:21, 238:22, 261:13, 261:19, 262:14, 321:10
**REPORTER** [6] - 216:13, 233:7, 241:12, 243:5, 243:9, 255:22
**Reporter** [17] - 68:3, 204:17, 207:5, 222:2, 233:6, 241:8, 243:4, 248:14, 256:10, 260:3, 263:23, 273:11, 277:9, 278:15, 282:3, 283:11, 285:25
**reporter** [3] - 6:4, 7:5, 7:12
**Reporting** [2] - 5:6, 6:5
**represent** [7] - 5:20, 6:20, 177:4, 249:2, 256:22, 261:24, 298:5
**request** [13] - 58:17, 78:11, 245:22, 246:23, 250:17, 250:18, 250:20, 251:8, 252:25, 253:8, 253:15, 254:2, 254:3
**requested** [5] - 79:3, 245:15, 251:3, 251:7, 251:11
**REQUESTED** [1] - 322:8
**require** [6] - 17:13, 17:19, 17:21, 122:17, 253:9, 253:25
**required** [6] - 136:22, 136:23, 217:19, 246:20, 251:15, 254:13
**requires** [5] - 73:4, 73:8, 200:11, 252:25, 253:15
**RER** [1] - 1:7
**reserved** [1] - 4:22
**resisting** [12] - 206:2, 228:7, 228:11, 229:9, 230:9, 235:2, 279:12, 279:17, 280:23, 281:10, 282:11, 308:22
**respective** [1] - 4:6
**respond** [3] - 51:2, 51:12, 51:14
**responding** [1] - 291:25
**responsibilities** [1] - 38:14
**responsibility** [2] - 258:21, 258:25
**rest** [2] - 115:21, 287:8
**restrain** [2] - 235:6, 235:9
**result** [8] - 57:3, 140:17, 140:18, 188:15, 191:2, 206:12, 298:15, 299:4
**resulted** [1] - 31:13
**results** [2] - 57:14, 185:16
**retained** [1] - 321:23
**return** [2] - 183:2, 186:7

**returned** [2] - 244:6, 276:7
**reverse** [1] - 297:21
**review** [14] - 8:17, 22:19, 22:22, 23:18, 23:21, 24:4, 24:24, 26:15, 95:25, 193:10, 193:22, 197:22, 207:16, 222:14
**reviewed** [3] - 24:18, 26:12, 300:5
**revised** [1] - 68:7
**riding** [5] - 133:9, 226:11, 238:2, 264:21, 274:11
**right** [208] - 11:22, 17:2, 20:5, 25:10, 28:19, 39:3, 39:11, 41:6, 41:18, 50:2, 51:3, 51:18, 54:25, 57:24, 59:13, 59:16, 59:17, 62:14, 69:16, 73:2, 75:24, 78:16, 84:9, 85:19, 86:17, 90:11, 90:22, 92:15, 94:15, 94:17, 95:10, 97:25, 98:3, 98:7, 98:13, 98:15, 100:9, 102:7, 102:12, 102:17, 102:21, 103:8, 103:9, 105:11, 105:14, 106:11, 108:10, 112:3, 115:16, 117:19, 120:8, 120:9, 122:5, 128:25, 129:11, 129:17, 131:3, 140:16, 140:24, 141:2, 142:16, 143:3, 143:9, 143:18, 147:23, 147:25, 148:2, 148:5, 148:8, 148:19, 150:10, 151:9, 153:7, 153:21, 154:9, 154:14, 155:2, 155:5, 155:6, 156:17, 159:23, 161:4, 161:15, 165:13, 167:16, 167:17, 167:19, 167:20, 168:23, 174:19, 176:22, 176:25, 177:8, 178:5, 178:9, 179:19, 180:17, 183:8, 183:9, 183:18, 184:10, 184:23, 186:8, 188:9, 190:2, 190:16, 190:17, 194:17, 195:23, 198:15, 201:18, 201:21, 201:22, 202:8, 209:3, 211:11, 212:18, 213:19, 213:25, 214:3, 214:24, 216:21, 217:4, 217:14, 218:22, 219:12, 219:23, 219:25, 220:4, 220:17, 221:13, 223:2, 223:10, 226:19, 227:6, 227:8, 228:5, 235:12, 235:17, 235:21, 236:11, 236:12, 236:14, 240:18, 250:9, 252:13, 252:14, 252:24, 253:6, 253:19, 253:20, 254:12, 257:6, 259:5, 261:22, 262:20, 266:25, 268:13,

268:18, 274:23, 275:7, 275:12, 276:25, 279:17, 279:22, 282:12, 284:21, 286:20, 287:7, 289:23, 291:21, 293:20, 293:25, 295:22, 296:2, 298:10, 299:17, 300:17, 301:5, 301:10, 302:25, 303:6, 304:14, 304:19, 304:20, 304:23, 305:2, 305:19, 305:25, 306:11, 306:13, 306:18, 307:11, 307:20, 307:23, 308:15, 311:6, 311:7, 311:8, 311:11, 313:4, 313:12, 314:14, 314:21, 315:25
**Right** [1] - 142:17
**right-hand** [17] - 102:7, 147:23, 147:25, 148:2, 148:5, 151:9, 153:7, 154:14, 155:6, 190:16, 190:17, 213:19, 300:17, 307:20, 307:23, 311:7
**risk** [2] - 73:16, 200:12
**risks** [2] - 73:10
**RMA** [1] - 247:2
**RMP** [4] - 14:15, 26:24, 38:16, 40:18
**road** [7] - 88:18, 88:20, 88:22, 88:25, 150:8, 150:9, 300:13
**Robert** [4] - 3:19, 5:5, 297:24, 298:3
**Rodrig** [1] - 170:5
**Rodriguez** [153] - 5:16, 5:23, 6:21, 47:22, 48:13, 49:18, 56:21, 57:4, 58:21, 72:6, 74:13, 74:25, 75:14, 75:24, 76:12, 77:6, 81:22, 82:4, 82:6, 82:14, 82:16, 93:17, 93:20, 98:22, 101:2, 101:14, 101:18, 101:25, 103:7, 106:2, 106:12, 106:17, 107:12, 107:18, 111:24, 114:4, 114:10, 114:16, 115:10, 115:25, 116:11, 117:5, 118:13, 118:16, 120:9, 120:15, 121:24, 122:20, 122:24, 123:16, 124:19, 124:24, 125:9, 127:25, 128:8, 129:3, 130:9, 131:22, 133:10, 133:25, 134:11, 135:7, 135:10, 135:19, 136:3, 137:10, 138:11, 140:17, 146:2, 154:8, 154:21, 157:24, 160:16, 161:23, 162:15, 164:5, 166:20, 167:7, 168:7, 173:4, 173:5, 173:10, 173:15, 177:8,

177:17, 178:19, 178:25, 180:15, 181:8, 182:9, 183:12, 185:20, 186:7, 186:21, 191:21, 194:21, 196:12, 199:22, 200:17, 203:2, 203:15, 204:7, 205:15, 205:22, 206:16, 208:11, 208:23, 213:9, 218:23, 219:13, 220:8, 225:23, 228:20, 236:4, 239:25, 240:12, 242:10, 244:22, 245:21, 246:14, 246:19, 246:22, 247:14, 252:2, 254:16, 255:8, 255:11, 256:23, 259:7, 259:21, 260:14, 261:25, 264:21, 270:8, 271:3, 274:11, 275:24, 282:11, 284:13, 288:23, 298:14, 301:2, 302:5, 302:25, 303:22, 304:6, 306:15, 307:5, 311:19, 313:2, 315:2, 317:5, 317:14
**rodriguez** [10] - 75:7, 134:13, 158:5, 166:9, 171:8, 227:12, 242:5, 262:10, 281:12, 308:21
**RODRIGUEZ** [2] - 1:3, 3:5
**Rodriguez'** [18] - 107:10, 139:24, 142:13, 174:4, 182:4, 188:24, 191:9, 192:18, 196:24, 198:20, 244:11, 269:12, 271:11, 290:6, 301:13, 301:19, 306:8, 318:11
**rodriguez'** [2] - 188:8, 261:6
**rodriquez'** [1] - 266:24
**rolling** [1] - 66:3
**room** [7] - 22:12, 22:17, 23:16, 166:11, 166:14, 166:15, 183:10
**rotating** [1] - 39:2
**rule** [1] - 89:17
**rules** [3] - 6:24, 54:20, 75:23
**Rules** [1] - 2:8
**run** [19] - 87:25, 97:20, 97:21, 101:24, 112:19, 116:16, 116:17, 116:18, 137:25, 138:22, 139:17, 148:10, 153:16, 162:10, 178:7, 202:7, 288:9, 288:17, 289:2
**runned** [1] - 179:16
**running** [16] - 33:4, 91:7, 99:24, 101:18, 143:20, 144:6, 144:8, 148:17, 178:12, 226:16, 226:17, 238:8, 252:12, 285:2, 285:8,

310:24
**runs** [1] - 38:15

## S

**S** [6] - 1:10, 3:2, 3:12, 4:2, 321:2
**safe** [12] - 109:21, 109:22, 144:17, 144:20, 200:3, 200:7, 202:13, 202:14, 202:16, 202:17, 304:5
**safekeeping** [2] - 182:15, 183:24
**safely** [6] - 63:11, 63:13, 63:14, 63:17, 63:24, 184:4
**safest** [1] - 144:14
**safety** [20] - 11:8, 39:15, 39:23, 40:6, 40:11, 40:23, 41:14, 41:17, 46:10, 77:12, 78:3, 78:6, 78:14, 78:19, 118:22, 118:23, 126:15, 126:16, 230:4
**said** [95] - 17:3, 18:6, 24:25, 26:3, 27:10, 33:7, 41:4, 46:16, 51:12, 52:22, 54:22, 54:24, 56:2, 67:10, 82:22, 82:25, 84:7, 94:3, 94:22, 95:22, 97:18, 102:4, 105:16, 109:25, 113:15, 113:17, 115:16, 117:19, 119:19, 121:17, 130:5, 139:3, 143:16, 144:13, 145:2, 145:4, 145:5, 146:5, 147:19, 147:24, 149:16, 149:23, 154:8, 154:14, 154:19, 156:15, 156:22, 161:18, 162:2, 162:9, 162:12, 162:14, 162:15, 163:10, 166:12, 174:18, 178:3, 179:15, 184:13, 185:23, 185:24, 186:3, 186:4, 186:5, 186:7, 202:13, 213:10, 218:3, 219:21, 235:22, 250:8, 250:22, 261:5, 261:20, 263:2, 283:23, 290:3, 290:22, 290:24, 291:2, 291:4, 292:22, 298:9, 300:4, 303:16, 303:21, 314:14, 314:15, 314:18, 316:18, 318:4
**same** [35] - 4:12, 4:15, 4:17, 10:18, 12:10, 16:3, 24:5, 24:19, 26:13, 35:20, 64:13, 68:6, 68:9, 72:21, 88:14, 97:5, 97:9, 127:3, 132:6, 138:21, 141:14, 167:9, 180:4, 180:6, 185:13, 224:16, 235:25, 249:2, 271:25, 272:11, 289:9, 299:13, 299:19, 299:24, 300:7

**save** [1] - 296:9
**saw** [35] - 24:2, 26:5, 26:7, 91:11, 97:4, 101:25, 107:22, 107:24, 108:3, 108:9, 108:11, 108:19, 108:22, 109:25, 110:3, 110:11, 111:23, 114:16, 115:2, 123:5, 125:16, 131:25, 132:2, 132:19, 139:7, 139:13, 160:25, 168:2, 179:13, 179:14, 186:7, 195:18, 234:25, 256:24, 257:20
**say** [108] - 7:13, 8:13, 12:24, 38:8, 49:8, 49:20, 50:10, 50:24, 51:2, 53:6, 53:10, 60:18, 63:21, 64:9, 67:7, 68:9, 69:8, 75:11, 85:12, 88:5, 88:16, 88:21, 92:25, 96:21, 97:21, 100:11, 100:22, 104:6, 110:10, 113:12, 113:20, 114:6, 116:14, 120:24, 121:2, 126:5, 126:7, 129:17, 143:15, 144:25, 145:12, 145:21, 145:24, 146:2, 146:7, 148:9, 151:5, 152:19, 154:13, 155:10, 157:19, 158:14, 158:16, 158:22, 159:13, 159:20, 161:5, 161:14, 161:24, 163:23, 166:13, 169:24, 171:16, 172:5, 173:10, 175:12, 184:20, 187:5, 192:8, 200:22, 202:15, 205:9, 209:23, 210:2, 211:17, 213:9, 216:7, 217:23, 219:21, 220:13, 220:19, 222:17, 224:18, 227:25, 262:5, 272:18, 275:12, 286:20, 289:20, 289:21, 290:17, 293:10, 293:23, 295:4, 296:3, 296:7, 301:12, 303:2, 305:14, 305:18, 305:19, 305:20, 306:12, 308:4, 309:8, 312:7, 315:21
**saying** [39] - 13:21, 14:5, 67:16, 108:10, 122:18, 154:10, 162:19, 162:22, 167:20, 169:4, 171:25, 180:24, 183:3, 201:19, 217:2, 217:16, 217:20, 219:2, 219:4, 222:24, 227:2, 229:13, 229:15, 235:10, 236:16, 237:3, 238:23, 239:21, 262:14, 281:12, 282:9, 290:2, 290:9, 291:2, 292:12, 298:23, 298:24, 305:4, 312:11
**says** [43] - 49:23, 69:17,

69:20, 71:16, 73:3, 211:25, 213:12, 214:14, 214:25, 215:2, 215:14, 218:23, 219:13, 223:10, 223:14, 223:20, 223:21, 226:6, 227:9, 232:4, 232:6, 232:7, 232:15, 234:5, 234:10, 234:19, 235:6, 240:6, 242:13, 244:22, 245:6, 245:15, 245:22, 247:2, 247:19, 252:24, 254:7, 254:8, 286:19, 288:9, 289:19
**scene** [63] - 17:16, 21:11, 26:20, 26:23, 29:23, 46:14, 115:5, 116:4, 117:6, 117:13, 120:5, 124:25, 127:13, 127:17, 127:21, 127:25, 128:4, 129:12, 130:10, 151:24, 162:15, 168:6, 168:8, 177:7, 177:16, 177:25, 178:12, 179:22, 208:5, 209:4, 209:5, 209:12, 210:20, 211:12, 211:16, 216:10, 219:20, 220:3, 220:19, 224:24, 225:21, 226:15, 230:19, 230:24, 231:8, 238:6, 240:18, 245:13, 257:7, 257:10, 257:21, 258:2, 258:4, 258:6, 258:16, 259:8, 293:7, 312:14, 312:17, 312:23, 313:7, 316:10, 316:14
**schedule** [1] - 79:6
**scheduled** [1] - 238:4
**school** [1] - 46:10
**scratch** [24] - 114:25, 115:2, 121:6, 121:10, 135:15, 136:12, 136:19, 136:21, 167:8, 167:9, 167:22, 225:14, 225:15, 226:19, 232:17, 232:21, 252:13, 257:15, 257:17, 260:11, 268:7, 268:9, 269:19, 302:11
**scratched** [4] - 238:10, 250:19, 254:2, 262:3
**scratches** [1] - 268:23
**scream** [1] - 157:5
**screaming** [4] - 311:20, 311:22, 311:24, 312:8
**screen** [8] - 234:23, 301:10, 308:9, 308:10, 308:12, 315:7, 315:19, 316:24
**sealed** [2] - 222:21, 222:24
**sealing** [1] - 4:7
**search** [17] - 127:16, 128:4, 142:5, 164:10, 182:6, 182:8, 183:12, 183:19, 187:16, 209:20, 238:16, 238:20, 238:24, 238:25, 289:20,

289:21, 291:6
**searched** [12] - 164:13, 174:8, 174:9, 181:2, 181:4, 181:6, 183:7, 185:14, 210:3, 290:4, 290:18, 291:3
**seat** [2] - 16:19, 18:7
**seatbelts** [1] - 269:7
**second** [28] - 26:7, 26:10, 26:20, 33:10, 76:5, 97:4, 97:19, 148:8, 205:5, 228:24, 235:5, 239:4, 263:25, 269:25, 277:25, 281:16, 282:23, 283:25, 284:2, 284:4, 284:9, 284:18, 294:22, 304:13, 313:5, 314:21, 318:11
**seconds** [28] - 25:17, 106:4, 156:4, 181:16, 300:25, 301:8, 301:11, 301:14, 301:22, 302:4, 304:10, 304:22, 305:17, 306:9, 307:6, 307:9, 307:14, 308:2, 308:14, 309:6, 309:7, 313:15, 314:23, 314:25, 315:8, 315:12, 315:18
**section** [13] - 66:7, 66:11, 67:21, 67:22, 68:7, 68:14, 68:15, 68:22, 69:17, 70:3, 199:14, 237:23, 284:6
**sections** [2] - 68:5, 70:13
**security** [4] - 43:3, 46:12, 237:10
**see** [109] - 19:13, 20:6, 20:15, 33:3, 39:22, 39:24, 69:3, 69:17, 69:21, 91:20, 106:6, 107:14, 108:5, 108:6, 108:14, 108:15, 110:16, 111:2, 111:8, 114:13, 114:21, 114:23, 115:6, 117:4, 123:13, 124:18, 127:7, 127:12, 127:23, 128:3, 128:7, 139:2, 139:3, 142:19, 146:10, 154:4, 157:22, 160:15, 166:19, 167:6, 167:24, 168:7, 173:16, 175:5, 175:14, 188:10, 191:10, 192:2, 196:25, 200:20, 206:17, 212:16, 212:22, 212:25, 213:5, 220:23, 223:10, 230:18, 232:2, 234:5, 234:9, 239:9, 242:12, 245:5, 245:14, 249:10, 257:4, 257:6, 257:17, 257:25, 258:15, 259:2, 259:3, 259:13, 262:2, 262:7, 262:21, 268:17, 269:15, 273:19, 274:11, 275:16, 275:25, 284:8, 285:12, 286:15, 286:21, 289:13,

291:22, 299:14, 301:8, 301:20, 302:11, 304:9, 304:10, 308:14, 308:17, 310:2, 312:14, 313:20, 313:24, 314:2, 314:11, 314:16, 314:21, 314:22, 315:15, 315:16, 315:18
**seeing** [7] - 11:21, 27:5, 161:2, 300:24, 303:19, 306:8, 310:14
**seem** [3] - 169:14, 201:23, 216:24
**seemed** [1] - 169:5
**seems** [1] - 272:7
**seen** [47] - 27:5, 27:6, 27:11, 68:14, 68:25, 69:5, 86:25, 125:12, 131:14, 135:15, 173:23, 191:15, 204:22, 207:9, 207:13, 222:8, 222:12, 233:14, 233:17, 241:17, 241:25, 243:14, 256:17, 258:3, 258:5, 258:20, 264:15, 267:14, 267:17, 273:16, 274:6, 277:14, 277:17, 279:4, 283:16, 286:7, 286:10, 286:13, 299:24, 305:11, 309:10, 309:13, 309:23, 312:15, 313:15, 313:17, 316:19
**send** [6] - 49:12, 57:13, 58:12, 61:17, 273:21, 296:9
**sense** [3] - 50:3, 64:6, 176:14
**sent** [5] - 49:6, 49:8, 53:8, 61:15, 61:16
**sentence** [1] - 290:18
**separate** [2] - 91:24, 92:2
**September** [1] - 323:20
**sergeant** [13] - 18:6, 48:19, 117:9, 134:18, 134:20, 137:21, 138:5, 145:5, 145:7, 165:9, 176:10, 189:17, 236:16
**Sergeant** [46] - 1:9, 3:11, 18:10, 18:18, 19:6, 41:23, 41:24, 48:6, 48:10, 48:15, 61:20, 62:3, 79:15, 116:7, 116:25, 117:4, 117:14, 117:17, 118:13, 122:20, 122:24, 123:23, 129:8, 139:22, 145:21, 145:25, 146:11, 146:22, 171:8, 173:4, 173:10, 174:25, 176:8, 177:2, 177:24, 179:7, 232:15, 245:7, 245:10, 246:9, 247:25, 248:4, 275:24, 276:16, 314:2, 316:19
**sergeant's** [1] - 16:18

series [1] - 6:23
serious [2] - 151:16, 201:24
serve [1] - 128:15
service [3] - 4:16, 73:11, 200:13
session [2] - 182:10, 184:3
set [3] - 313:10, 323:11, 323:20
settled [1] - 20:18
Shafferd [1] - 79:15
Shafidire [2] - 48:16, 48:20
shafidire [1] - 48:20
shaken [3] - 236:3, 236:6, 236:19
she [19] - 7:13, 30:10, 30:13, 31:8, 31:9, 32:15, 32:19, 32:21, 32:24, 33:5, 150:22, 151:2, 153:3, 153:5, 153:9, 153:15, 153:16, 153:20, 193:8
sheet [6] - 134:8, 135:23, 136:3, 193:14, 221:5, 285:11
shield [2] - 10:23, 243:24
Shield [2] - 1:9, 3:11
SHIELD [2] - 1:9, 3:11
shift [1] - 9:21
shopping [1] - 46:11
short [3] - 147:13, 297:14, 311:13
should [7] - 69:9, 73:17, 73:18, 162:10, 278:24, 292:3, 293:23
shoulder [1] - 167:15
show [8] - 54:11, 263:13, 263:15, 268:19, 293:18, 293:25, 299:7, 313:4
showed [5] - 46:22, 51:18, 52:23, 53:25, 120:25
showing [1] - 68:5
shown [2] - 273:24, 274:2
sic [2] - 59:15, 96:16
side [66] - 19:25, 20:4, 83:23, 89:5, 94:16, 94:17, 94:18, 96:11, 96:15, 102:7, 102:16, 102:17, 102:18, 102:20, 103:2, 103:18, 106:24, 121:7, 140:16, 140:25, 141:2, 141:22, 147:23, 147:24, 147:25, 148:2, 148:5, 148:11, 148:12, 149:5, 150:19, 151:6, 151:8, 153:7, 153:21, 154:9, 154:14, 154:16, 190:16, 190:17, 195:22, 196:4, 212:17, 213:19, 215:21, 220:21, 234:6, 260:12, 261:8, 262:17, 262:18, 263:2, 263:8, 268:6, 268:10, 268:18, 269:16, 270:9, 270:10, 307:20,

307:23, 310:18, 313:12, 313:18, 322:10
sidewalk [7] - 88:19, 89:2, 119:4, 274:12, 304:12, 305:19, 307:15
sight [2] - 194:23, 197:2
sign [23] - 29:20, 32:20, 32:22, 32:23, 32:24, 33:4, 84:12, 87:6, 87:9, 87:12, 87:17, 88:2, 131:9, 193:14, 232:18, 254:9, 254:11, 254:13, 254:16, 254:19, 254:22, 255:8, 283:21
signal [1] - 157:23
signature [1] - 255:3
signed [8] - 4:10, 4:12, 4:15, 193:24, 198:9, 283:23, 283:25, 284:18
signs [1] - 80:4
SILA [6] - 187:16, 206:5, 226:21, 238:12, 238:16, 238:24
simple [1] - 190:15
since [10] - 41:18, 47:21, 47:25, 48:7, 48:11, 48:17, 69:5, 78:13, 229:22, 267:16
single [1] - 195:4
sir [1] - 130:16
sirens [14] - 88:3, 88:6, 104:11, 105:17, 107:22, 107:25, 108:2, 128:18, 130:15, 130:17, 139:14, 156:13, 156:16, 304:2
sit [2] - 96:8, 113:10
site [1] - 106:12
sitting [12] - 16:18, 60:21, 94:10, 118:15, 118:17, 118:21, 126:18, 126:25, 127:8, 246:5, 296:16, 306:16
situation [7] - 65:15, 65:22, 89:23, 89:25, 104:12, 202:18, 202:24
Six [1] - 240:25
six [3] - 9:19, 29:16, 150:14
skipping [1] - 256:19
slash [2] - 253:15, 268:8
sleep [1] - 9:17
slowed [1] - 231:14
slowly [2] - 16:22, 310:19
so [401] - 6:25, 7:12, 11:20, 11:24, 12:4, 13:21, 13:25, 14:4, 14:11, 15:4, 16:9, 16:24, 20:13, 21:11, 23:11, 25:9, 26:10, 28:13, 28:16, 29:10, 29:13, 29:17, 29:22, 30:3, 32:4, 36:4, 36:5, 37:13, 38:8, 39:2, 39:9, 40:3, 40:17, 41:19, 43:4, 43:5, 44:25, 46:2, 46:13, 46:14, 47:2, 47:5, 47:25, 50:10, 50:17,

51:2, 51:17, 52:2, 52:11, 52:21, 53:13, 55:3, 55:13, 56:16, 58:14, 59:3, 59:23, 60:22, 63:16, 63:19, 63:21, 64:21, 65:16, 65:19, 67:2, 67:5, 67:18, 68:4, 68:13, 68:24, 69:8, 69:15, 70:17, 71:7, 71:12, 71:16, 72:4, 72:9, 72:22, 73:14, 74:11, 75:6, 75:13, 75:20, 77:10, 77:14, 77:23, 78:11, 79:8, 79:17, 81:6, 81:10, 82:6, 82:12, 82:14, 82:22, 82:25, 83:17, 85:18, 86:12, 87:11, 87:14, 87:24, 88:5, 89:6, 89:14, 89:24, 90:7, 90:15, 90:21, 91:15, 93:19, 94:2, 94:7, 95:6, 95:19, 95:24, 95:25, 96:10, 98:2, 99:11, 101:25, 102:11, 102:25, 103:6, 103:19, 104:13, 104:21, 105:13, 107:8, 108:10, 110:10, 110:19, 111:14, 112:14, 112:25, 113:5, 114:15, 115:2, 115:15, 117:21, 118:3, 120:7, 120:11, 120:15, 120:18, 122:12, 123:19, 124:6, 125:19, 126:3, 126:10, 126:20, 128:22, 128:23, 129:8, 130:12, 130:19, 132:15, 132:22, 133:3, 133:6, 133:12, 134:4, 135:21, 136:14, 136:25, 137:20, 138:23, 139:16, 140:4, 140:8, 142:18, 142:22, 143:3, 143:5, 144:7, 148:16, 149:10, 149:14, 150:7, 150:11, 150:25, 151:2, 152:4, 153:2, 154:7, 155:4, 156:5, 156:21, 156:25, 159:17, 160:8, 160:18, 161:2, 161:11, 161:13, 165:5, 165:8, 166:22, 169:4, 170:10, 171:2, 173:25, 177:10, 177:23, 179:17, 179:20, 180:9, 180:14, 180:19, 180:24, 181:24, 183:6, 184:2, 184:8, 189:5, 189:16, 190:4, 193:22, 194:9, 194:20, 195:9, 195:16, 195:21, 196:14, 197:3, 198:11, 199:19, 200:2, 200:9, 201:4, 201:23, 202:15, 203:17, 205:5, 209:17, 209:20, 210:2, 210:19, 211:10, 211:24, 212:19, 213:16, 213:25, 214:13, 216:2, 216:20, 217:22, 218:24, 219:12,

219:13, 219:14, 220:10, 221:15, 223:4, 223:7, 223:23, 224:5, 225:6, 225:7, 226:4, 226:24, 228:6, 228:9, 230:15, 231:6, 232:20, 232:22, 233:9, 235:24, 237:21, 238:16, 238:24, 239:3, 239:7, 239:18, 239:21, 239:24, 240:5, 240:10, 242:7, 244:18, 244:21, 245:21, 245:23, 246:7, 246:12, 248:5, 248:17, 248:21, 248:25, 249:19, 250:18, 250:21, 251:10, 251:15, 251:21, 252:9, 252:13, 253:18, 254:5, 254:11, 254:12, 254:15, 254:25, 255:16, 256:19, 256:22, 257:20, 258:19, 259:15, 260:4, 260:8, 261:23, 261:25, 262:5, 262:16, 262:23, 263:6, 264:24, 266:15, 266:22, 267:7, 268:21, 270:22, 271:9, 274:10, 275:11, 275:22, 277:20, 278:24, 280:21, 281:11, 282:7, 282:17, 283:19, 283:22, 285:7, 286:18, 286:24, 287:2, 288:14, 289:15, 289:16, 289:22, 289:25, 291:9, 291:17, 291:21, 292:25, 293:15, 294:13, 294:14, 294:19, 294:23, 295:6, 295:10, 295:17, 296:15, 296:20, 296:24, 299:7, 299:12, 299:17, 300:9, 300:13, 300:23, 301:5, 301:10, 301:12, 302:3, 302:10, 303:9, 303:15, 304:21, 305:4, 305:10, 307:13, 307:21, 307:25, 308:13, 309:20, 311:2, 311:3, 313:14, 313:19, 314:7, 314:14, 314:20, 314:22, 315:18, 316:22, 317:3
So [1] - 264:11
socialized [1] - 61:11
solely [1] - 310:23
some [17] - 6:24, 24:10, 39:9, 66:5, 68:17, 79:24, 89:17, 98:8, 119:19, 142:18, 159:22, 159:25, 181:11, 185:24, 194:5, 235:14, 258:20
somebody [1] - 137:8
someone [17] - 17:11, 26:21, 27:10, 27:24, 41:9, 64:13, 67:5, 72:12, 75:8,

117:24, 117:25, 138:6,
171:25, 182:13, 245:19,
250:9, 258:19
**something** [41] - 13:23,
15:10, 17:13, 20:19, 25:18,
33:13, 36:23, 37:22, 39:24,
43:24, 50:7, 60:6, 78:9,
79:19, 81:13, 84:13, 86:10,
87:18, 113:15, 113:22,
135:7, 135:16, 145:18,
150:15, 161:24, 162:4,
172:2, 199:3, 208:6, 208:12,
218:23, 219:2, 219:14,
220:10, 225:18, 229:16,
252:21, 298:24, 302:22,
309:8, 311:20
**sometime** [10] - 37:24,
85:10, 85:12, 85:14, 120:14,
148:24, 233:25, 284:18,
295:7, 295:9
**sometimes** [3] - 37:24,
61:7, 211:12
**somewhere** [9] - 17:25,
52:4, 87:16, 119:5, 142:3,
142:8, 148:25, 183:2, 294:24
**soon** [5] - 16:25, 20:9,
29:14, 53:17, 133:25
**Sorry** [1] - 301:6
**sorry** [109] - 14:22, 22:3,
30:14, 34:14, 40:13, 44:19,
45:15, 45:17, 48:19, 57:21,
59:8, 62:14, 70:16, 75:11,
77:22, 84:4, 92:25, 93:11,
117:23, 124:22, 126:5,
132:5, 142:9, 143:14, 149:2,
150:6, 150:7, 154:13,
158:22, 159:20, 163:7,
173:22, 178:22, 179:14,
179:24, 188:22, 189:13,
189:19, 193:21, 197:9,
198:23, 199:16, 199:18,
205:18, 210:2, 210:15,
214:10, 215:4, 216:15,
221:10, 221:19, 222:20,
223:11, 223:12, 223:16,
223:17, 224:18, 225:13,
226:16, 227:6, 227:16,
231:22, 234:24, 236:24,
239:2, 243:7, 244:5, 244:10,
244:20, 252:5, 252:6, 253:2,
253:8, 254:10, 255:24,
260:10, 260:16, 261:13,
262:5, 262:6, 262:9, 262:22,
263:24, 264:4, 265:5,
265:15, 270:2, 272:3,
272:14, 275:21, 279:10,
279:14, 279:20, 279:24,
280:12, 282:5, 285:6,
290:15, 291:6, 292:3,
292:20, 295:3, 298:19,

307:24, 308:8, 312:16,
317:10
**sort** [3] - 217:11, 308:3,
316:24
**sound** [1] - 299:5
**sounds** [4] - 35:24, 47:5,
153:3, 180:16
**south** [7] - 83:13, 84:7,
95:2, 95:3, 95:4, 103:18,
148:11
**southbound** [7] - 83:22,
84:6, 87:22, 91:16, 97:24,
194:20, 284:15
**speak** [10] - 8:2, 53:20,
56:3, 117:5, 131:17, 132:20,
135:18, 138:16, 187:24,
192:5
**speaking** [2] - 65:10,
124:11
**specific** [4] - 46:18, 79:18,
241:18, 242:4
**specifically** [1] - 66:15
**specified** [1] - 320:11
**speeding** [2] - 33:25, 34:3
**spell** [2] - 266:7, 266:9
**spoke** [9] - 55:22, 123:23,
132:13, 132:16, 132:17,
179:11, 193:7, 291:16,
312:17
**spoken** [8] - 47:21, 48:2,
48:6, 48:11, 48:16, 48:25,
61:2, 307:4
**spontaneously** [2] -
143:10, 143:15
**squad** [1] - 243:25
**SS** [1] - 323:4
**stamp** [1] - 279:21
**stamped** [5] - 205:6,
248:18, 256:5, 263:19,
286:12
**Stamped** [1] - 239:4
**stand** [10] - 287:6, 287:20,
289:6, 294:8, 294:11,
294:17, 294:21, 294:23,
295:7, 295:11
**standard** [1] - 167:3
**standing** [11] - 94:19, 95:6,
96:10, 101:21, 134:15,
155:3, 171:9, 246:8, 246:19,
247:15, 269:5
**stands** [1] - 241:24
**stapled** [1] - 278:22
**STARRANTINO** [2] - 1:10,
3:12
**Starrantino** [22] - 48:6,
61:21, 116:7, 116:25, 117:5,
117:14, 117:17, 118:14,
122:20, 122:24, 128:24,
129:9, 139:22, 146:22,
177:2, 177:24, 179:7, 245:7,

275:25, 276:16, 314:3,
316:19
**Starrantino's** [1] - 248:4
**start** [7] - 6:23, 23:11,
73:24, 100:4, 140:22,
233:13, 311:6
**started** [12] - 17:23, 22:4,
80:21, 89:10, 91:7, 103:25,
104:6, 180:7, 203:11,
228:21, 307:12, 311:15
**starting** [3] - 206:8, 302:22,
307:10
**starts** [1] - 69:24
**State** [3] - 2:12, 6:9, 323:8
**state** [2] - 6:13, 74:7
**STATE** [1] - 323:4
**stated** [2] - 187:6, 284:11
**statement** [1] - 121:18
**STATES** [1] - 1:2
**States** [1] - 5:13
**stationhouse** [4] - 118:2,
118:6, 124:2, 180:13
**status** [4] - 20:17, 20:21,
242:6, 242:13
**stay** [2] - 35:25, 271:12
**stayed** [1] - 125:19
**steady** [2] - 226:13, 282:23
**step** [2] - 90:10, 96:6
**stepped** [1] - 90:24
**stick** [1] - 128:23
**sticker** [1] - 210:24
**still** [31] - 17:12, 19:4, 19:6,
61:5, 61:21, 62:4, 62:7, 66:2,
74:23, 100:8, 109:21, 125:3,
125:25, 130:24, 131:2,
134:15, 168:14, 168:17,
190:23, 239:17, 267:13,
270:17, 284:25, 285:7,
287:11, 296:18, 301:17,
302:20, 305:11, 307:17,
315:16
**STIPULATED** [2] - 4:5, 4:20
**stop** [77] - 29:20, 32:20,
32:22, 32:23, 33:4, 69:20,
73:18, 75:9, 80:4, 82:21,
84:12, 87:6, 87:9, 87:12,
87:25, 88:24, 88:25, 89:18,
90:19, 91:14, 92:5, 92:8,
92:12, 92:24, 93:7, 95:10,
95:13, 96:4, 96:23, 97:6,
97:7, 97:10, 97:12, 100:15,
101:22, 107:11, 108:3,
109:8, 109:9, 109:17,
111:10, 116:18, 131:9,
144:18, 144:19, 154:20,
155:19, 155:22, 155:23,
156:10, 156:14, 157:3,
157:24, 158:5, 158:9,
158:15, 158:18, 158:20,
158:24, 159:11, 160:7,

195:14, 201:12, 203:4,
205:16, 205:20, 226:13,
226:14, 238:4, 238:5,
263:25, 300:10, 303:7,
303:8, 305:8, 306:3, 306:6
**stopped** [29] - 16:25, 32:18,
82:18, 85:16, 85:18, 86:17,
88:4, 88:11, 90:21, 91:6,
93:25, 94:3, 94:8, 95:9, 97:2,
100:16, 133:9, 194:12,
201:13, 201:14, 202:25,
231:13, 238:12, 304:14,
304:19, 304:25, 305:5,
305:7, 305:23
**stopping** [5] - 74:23, 85:5,
87:10, 156:19, 231:15
**stops** [2] - 85:20, 90:11
**stories** [1] - 293:15
**story** [14] - 197:24, 198:3,
198:8, 216:11, 216:17,
217:11, 217:16, 219:5,
219:19, 219:21, 219:22,
220:6, 275:13, 284:5
**straight** [4] - 32:19, 153:3,
161:4, 302:21
**Street** [33] - 2:11, 3:5, 3:14,
5:12, 83:2, 83:3, 83:16,
83:21, 87:13, 87:22, 91:12,
101:7, 101:11, 102:11,
104:17, 104:18, 104:19,
108:9, 125:4, 133:23,
148:12, 148:13, 148:25,
194:20, 194:22, 205:17,
226:12, 227:3, 227:13,
235:22, 235:23, 238:3,
284:14
**street** [42] - 16:24, 29:19,
80:4, 82:19, 83:18, 83:19,
83:20, 83:22, 84:13, 94:20,
94:23, 101:22, 102:5,
102:17, 102:19, 103:3,
103:14, 103:15, 103:16,
112:12, 112:17, 116:17,
119:4, 138:2, 138:23,
148:11, 178:7, 187:8,
194:19, 195:23, 201:11,
203:9, 205:19, 206:5,
213:19, 227:5, 230:21,
282:22, 284:15, 306:10,
307:17
**stretcher** [2] - 170:14,
170:22
**strike** [10] - 92:14, 111:13,
212:25, 244:9, 245:24,
249:23, 261:10, 263:14,
271:3, 302:2
**Strike** [1] - 198:18
**strikes** [1] - 301:2
**striking** [2] - 28:4, 302:5
**struck** [30] - 15:18, 15:22,

27:24, 44:12, 59:14, 59:24, 119:20, 121:24, 144:23, 146:2, 154:9, 159:11, 162:16, 163:11, 172:22, 189:8, 190:10, 190:22, 191:5, 205:21, 208:23, 231:7, 259:21, 260:14, 261:6, 261:25, 270:7, 297:20, 298:7, 312:25

**strucking** [1] - 59:15

**struggling** [1] - 281:5

**stuff** [3] - 184:5, 237:4, 311:15

**subject** [5] - 46:6, 51:6, 51:7, 56:11, 73:12

**Subscribed** [1] - 320:18

**substance** [3] - 113:17, 113:25, 130:6

**such** [2] - 80:3, 323:12

**sue** [4] - 31:17, 31:19, 152:13, 173:6

**sued** [4] - 27:25, 58:11, 60:8, 152:10

**suggest** [3] - 138:6, 147:6, 147:8

**suing** [9] - 13:22, 15:14, 58:25, 59:4, 59:7, 59:11, 59:14, 60:3, 189:8

**sum** [3] - 113:16, 113:25, 130:5

**summoned** [1] - 191:10

**summons** [27] - 89:10, 90:24, 91:5, 91:8, 95:19, 95:23, 96:2, 96:9, 99:13, 100:7, 125:3, 128:15, 130:13, 130:17, 131:6, 131:17, 133:2, 133:4, 133:7, 133:13, 133:22, 155:20, 179:12, 180:4, 191:20, 201:17, 276:8

**summonses** [1] - 179:22

**Sunday** [1] - 286:20

**supervisor** [19] - 41:14, 41:22, 42:5, 47:3, 55:5, 55:12, 62:2, 62:6, 79:14, 115:20, 116:3, 176:23, 188:22, 201:7, 203:19, 204:2, 232:16, 245:6, 251:12

**supervisor's** [1] - 201:2

**supervisors** [3] - 45:6, 54:15, 55:18

**support** [1] - 279:9

**Supporting** [1] - 321:20

**supporting** [5] - 187:3, 193:17, 277:4, 277:6, 279:10

**supposed** [9] - 54:11, 63:4, 63:10, 63:23, 64:6, 64:25, 99:12, 227:4, 246:17

**sure** [66] - 13:17, 27:17, 27:18, 31:9, 34:25, 43:5,

44:21, 45:25, 46:3, 48:21, 53:11, 68:12, 71:23, 82:23, 82:24, 91:25, 102:9, 105:8, 105:10, 121:13, 136:21, 140:4, 141:13, 162:11, 165:7, 171:6, 179:25, 181:17, 182:21, 189:19, 192:22, 193:2, 198:22, 210:4, 210:10, 210:11, 215:18, 221:4, 226:10, 233:12, 241:16, 242:19, 245:20, 247:7, 252:11, 253:12, 258:22, 259:8, 264:3, 264:14, 265:22, 266:4, 266:10, 268:12, 282:7, 287:15, 294:14, 296:9, 299:21, 300:2, 300:12, 309:8, 313:22, 313:25, 316:21, 317:2

**surgeries** [1] - 299:4

**surgery** [3] - 299:15, 298:23, 298:25

**suspect** [1] - 200:15

**suspected** [1] - 67:6

**suspended** [1] - 41:2

**suspension** [1] - 42:14

**suspicious** [2] - 190:5, 190:11

**sustained** [1] - 196:23

**swear** [1] - 6:6

**switch** [2] - 78:16, 81:12

**sworn** [5] - 4:10, 6:8, 320:5, 320:18, 323:11

**system** [6] - 39:4, 60:9, 60:19, 60:20, 223:8, 232:24

## T

**T** [8] - 4:2, 29:21, 266:8, 320:2, 321:2, 323:2

**T-boned** [1] - 29:21

**take** [40] - 7:12, 7:14, 7:25, 8:7, 9:15, 10:9, 25:16, 117:19, 121:18, 127:19, 130:5, 147:10, 165:17, 167:4, 167:5, 169:25, 173:11, 199:11, 204:19, 207:6, 222:3, 233:9, 241:13, 243:11, 248:21, 256:11, 260:4, 260:22, 264:12, 273:12, 277:10, 278:16, 278:23, 283:12, 286:3, 287:14, 289:6, 294:21, 318:17

**taken** [23] - 2:7, 5:8, 10:4, 10:7, 44:2, 123:17, 124:24, 127:13, 128:8, 147:14, 170:10, 216:10, 217:4, 256:3, 263:8, 265:7, 265:17, 294:7, 294:10, 294:17, 295:11, 297:15, 315:3

**taking** [5] - 7:5, 124:15, 147:6, 147:8, 270:8

**talk** [13] - 27:3, 68:21, 82:13, 82:22, 131:10, 179:6, 186:18, 197:7, 236:22, 272:17, 272:20, 279:16, 312:13

**talked** [5] - 72:11, 95:19, 128:24, 279:3, 297:19

**talking** [20] - 33:11, 69:24, 72:4, 84:21, 85:19, 86:17, 134:10, 142:15, 168:17, 169:14, 186:19, 193:4, 214:11, 221:12, 229:12, 262:20, 280:22, 286:11, 290:5, 314:17

**tall** [2] - 298:11

**tapped** [1] - 16:25

**Target** [1] - 46:11

**taught** [1] - 66:18

**tax** [2] - 10:25, 243:24

**te** [1] - 190:17

**team** [1] - 77:17

**tell** [52] - 7:20, 9:23, 10:5, 10:13, 47:3, 53:24, 54:14, 55:4, 66:15, 66:22, 71:16, 91:9, 92:5, 92:8, 92:11, 97:10, 110:2, 116:14, 116:22, 117:9, 137:21, 137:24, 138:17, 138:19, 139:23, 144:18, 144:22, 156:13, 157:3, 157:4, 175:23, 175:24, 177:11, 177:23, 194:9, 197:4, 257:17, 268:7, 269:18, 274:15, 287:3, 290:24, 292:22, 293:2, 293:5, 293:14, 294:20, 294:21, 298:21, 303:7, 314:5, 315:10

**telling** [6] - 16:19, 22:6, 57:14, 97:12, 101:22, 118:13, 139:22, 173:4, 304:23

**tells** [1] - 96:22

**ten** [2] - 150:23, 251:9

**terminated** [2] - 73:9, 200:12

**terms** [11] - 11:24, 19:21, 26:14, 59:20, 72:14, 75:21, 83:12, 154:8, 244:11, 276:15, 317:12

**test** [5] - 185:9, 185:12, 185:16, 187:2, 279:13

**testified** [16] - 6:10, 14:5, 52:13, 56:9, 56:17, 56:20, 56:24, 57:17, 57:23, 58:4, 143:5, 192:25, 266:23, 287:22, 287:25, 297:4

**testify** [5] - 52:18, 192:24, 287:15, 293:15, 320:5

**testifying** [10] - 14:20, 15:4, 15:6, 15:8, 52:8, 55:16, 295:14, 295:16, 296:16, 296:21

**testimony** [12] - 12:21, 12:24, 13:7, 13:18, 20:14, 56:12, 58:6, 295:18, 305:11, 320:6, 320:10, 323:13

**text** [26] - 49:9, 49:11, 49:12, 49:20, 50:25, 52:13, 52:19, 52:22, 54:23, 55:23, 56:3, 56:8, 61:17, 193:4, 285:20, 285:22, 286:24, 287:4, 287:8, 288:5, 288:11, 289:18, 290:15, 290:16, 295:2, 295:21

**texted** [4] - 50:6, 51:20, 52:2, 289:5

**texting** [7] - 50:13, 50:20, 55:14, 288:15, 291:11, 291:15, 296:17

**texts** [2] - 287:25, 294:20

**Thames** [3] - 266:2, 272:18, 272:19

**thames** [2] - 266:5, 266:6

**THAMES** [1] - 266:9

**than** [20] - 12:19, 13:12, 13:14, 13:16, 28:11, 93:5, 93:8, 94:4, 104:24, 105:3, 105:6, 106:3, 150:22, 150:23, 150:24, 156:5, 163:23, 164:2, 164:3, 301:15

**Thank** [1] - 149:10

**thank** [13] - 26:9, 76:10, 233:8, 241:11, 242:20, 243:10, 269:24, 278:11, 283:5, 286:2, 289:13, 289:14, 318:19

**that** [712] - 4:7, 4:9, 4:13, 4:20, 6:25, 7:6, 7:12, 7:14, 7:21, 8:2, 8:6, 8:21, 8:23, 9:3, 10:4, 10:7, 10:8, 10:10, 11:20, 11:21, 12:11, 12:25, 13:3, 13:23, 14:2, 14:18, 15:5, 15:16, 15:17, 15:18, 15:21, 16:10, 16:23, 17:9, 18:8, 19:19, 20:14, 20:24, 21:9, 23:19, 23:23, 24:6, 24:11, 24:17, 26:9, 26:12, 26:15, 27:6, 27:11, 27:14, 27:15, 27:22, 28:21, 29:16, 30:22, 31:13, 33:6, 33:11, 34:13, 36:19, 39:16, 41:4, 43:8, 43:13, 43:18, 43:24, 44:5, 44:10, 44:16, 44:23, 45:13, 45:20, 45:24, 46:2, 46:12, 46:14, 46:25, 47:4, 47:8, 47:14, 47:19, 47:23, 48:2, 48:7, 48:21, 49:7, 49:9, 50:11, 50:14, 50:19, 52:11,

52:12, 52:22, 53:25, 54:13, 54:23, 55:3, 55:4, 55:5, 55:15, 55:17, 56:4, 56:9, 56:12, 56:15, 56:24, 59:23, 60:14, 60:15, 60:19, 61:14, 61:18, 61:24, 62:11, 62:12, 63:7, 64:10, 64:12, 64:20, 64:22, 64:25, 65:2, 65:5, 65:20, 65:21, 66:7, 66:11, 67:8, 67:12, 67:15, 68:5, 68:25, 69:3, 69:9, 69:18, 69:21, 70:2, 70:18, 71:16, 72:19, 72:20, 73:3, 73:6, 73:8, 73:15, 73:20, 75:2, 75:8, 75:11, 75:12, 75:13, 75:15, 76:5, 76:6, 76:7, 77:11, 79:2, 79:14, 79:20, 79:22, 80:19, 81:3, 81:23, 82:2, 82:15, 82:22, 83:19, 84:17, 84:23, 85:2, 85:5, 85:16, 85:19, 85:21, 85:24, 86:4, 86:8, 86:13, 86:16, 86:17, 86:18, 87:15, 88:8, 88:22, 91:17, 92:10, 92:14, 92:25, 94:7, 94:9, 94:13, 94:23, 95:7, 95:12, 95:16, 96:3, 97:6, 97:8, 97:18, 98:21, 98:25, 99:3, 99:4, 99:12, 100:6, 100:14, 100:15, 101:18, 103:11, 103:13, 105:14, 107:17, 107:18, 107:21, 108:11, 108:15, 108:19, 108:22, 109:17, 109:22, 111:13, 112:9, 112:12, 112:14, 113:13, 113:20, 114:3, 115:10, 115:19, 117:10, 119:19, 120:3, 120:19, 121:16, 121:24, 121:25, 122:2, 122:8, 122:13, 123:10, 123:12, 123:25, 125:12, 127:20, 129:4, 130:10, 130:23, 131:17, 131:20, 131:22, 131:24, 132:3, 132:4, 132:6, 132:8, 132:11, 132:14, 132:19, 133:7, 133:9, 133:22, 134:23, 135:10, 135:19, 137:6, 137:14, 137:19, 138:6, 138:7, 138:10, 139:3, 139:6, 139:9, 139:23, 140:5, 140:9, 140:21, 141:4, 141:7, 141:10, 141:19, 141:22, 142:2, 142:3, 142:12, 142:25, 143:5, 143:19, 143:22, 144:9, 144:20, 144:22, 144:25, 145:2, 145:9, 145:23, 146:2, 148:17, 148:21, 149:12, 150:15, 152:8, 152:11, 152:17, 152:20, 153:16,

156:8, 156:21, 157:2, 157:4, 157:20, 158:3, 158:7, 158:8, 158:22, 159:8, 159:9, 159:14, 159:15, 159:20, 160:5, 160:20, 162:3, 162:9, 162:12, 162:14, 162:15, 162:20, 162:22, 162:25, 163:11, 164:20, 165:12, 165:18, 165:25, 166:9, 166:14, 166:23, 167:7, 170:18, 171:12, 171:16, 172:6, 172:15, 173:4, 173:5, 173:21, 173:22, 173:23, 174:6, 176:4, 176:15, 177:5, 178:15, 178:20, 179:2, 179:7, 179:17, 179:21, 180:12, 180:25, 182:3, 182:14, 183:2, 183:15, 185:4, 185:18, 186:3, 186:4, 186:5, 186:8, 186:12, 186:17, 187:6, 187:19, 187:22, 187:24, 188:2, 188:7, 188:9, 189:5, 189:7, 189:17, 189:24, 189:25, 190:10, 190:14, 190:18, 191:2, 191:5, 191:10, 191:17, 191:18, 191:19, 192:2, 192:8, 192:23, 193:8, 194:4, 194:9, 194:23, 194:25, 195:4, 195:7, 195:10, 195:12, 195:16, 195:21, 196:3, 196:4, 196:7, 196:9, 196:20, 196:22, 197:5, 197:10, 197:13, 197:23, 198:6, 198:11, 198:18, 198:24, 198:25, 199:9, 199:21, 200:3, 200:7, 200:10, 200:11, 200:16, 200:22, 201:5, 201:9, 201:11, 201:23, 201:24, 202:5, 202:18, 203:22, 204:6, 205:14, 206:20, 207:23, 208:15, 208:18, 208:22, 209:8, 209:11, 210:2, 210:4, 210:11, 210:12, 211:3, 211:7, 212:5, 212:7, 212:19, 212:22, 213:3, 213:9, 213:10, 213:12, 213:14, 213:17, 213:25, 214:7, 214:14, 215:2, 215:17, 216:9, 216:11, 216:17, 216:21, 216:24, 216:25, 217:2, 217:10, 217:11, 218:6, 218:23, 219:13, 219:14, 219:15, 220:6, 220:8, 220:10, 220:11, 220:23, 221:2, 221:9, 221:13, 222:21, 223:24, 224:5, 224:6, 224:18, 225:16, 226:8, 226:25, 227:2, 228:2,

228:10, 228:22, 229:11, 229:19, 229:22, 230:9, 230:16, 232:15, 234:3, 234:18, 234:21, 235:8, 236:4, 237:4, 237:12, 238:18, 238:19, 239:10, 239:16, 239:21, 239:24, 240:6, 240:8, 240:11, 240:14, 240:17, 244:9, 244:12, 244:13, 244:16, 245:3, 245:22, 245:25, 246:14, 246:15, 247:5, 249:2, 249:11, 249:23, 250:4, 251:11, 252:16, 252:19, 253:6, 253:7, 253:22, 254:13, 255:4, 255:18, 256:23, 256:24, 257:4, 257:5, 257:6, 257:18, 257:25, 258:3, 258:6, 258:20, 259:21, 260:13, 260:14, 261:5, 261:21, 261:24, 262:5, 262:14, 263:7, 263:14, 264:4, 264:20, 265:12, 265:20, 266:4, 266:7, 266:14, 266:16, 266:23, 267:3, 267:5, 267:8, 267:9, 267:15, 267:17, 268:2, 269:2, 269:18, 271:21, 272:10, 272:12, 274:16, 275:8, 275:25, 276:7, 276:8, 276:12, 276:22, 278:16, 278:19, 279:2, 279:21, 280:14, 280:19, 281:2, 281:7, 282:8, 282:18, 282:20, 284:11, 285:16, 286:11, 286:21, 286:23, 287:2, 287:15, 287:24, 288:22, 289:5, 289:19, 290:6, 290:9, 290:14, 290:15, 291:2, 291:4, 292:12, 293:6, 293:10, 293:13, 293:15, 293:23, 295:18, 295:24, 296:12, 297:19, 298:5, 298:6, 298:10, 298:14, 298:15, 299:3, 299:8, 299:12, 299:19, 299:24, 300:16, 300:18, 300:20, 300:23, 300:25, 301:18, 302:2, 302:17, 303:5, 303:11, 303:19, 304:8, 305:11, 305:16, 305:18, 306:2, 307:4, 307:16, 308:25, 310:15, 310:24, 311:4, 311:9, 311:11, 311:15, 314:21, 316:3, 316:8, 316:11, 316:15, 317:10, 318:7, 318:11, 318:14, 320:4, 320:8, 323:12, 323:13, 323:14, 323:16

**That** [1] - 323:10
**That's** [1] - 215:9
**that's** [121] - 15:3, 19:18, 22:14, 33:16, 41:19, 54:12, 54:20, 59:19, 60:20, 66:24, 67:9, 70:6, 95:8, 99:11, 103:8, 103:9, 105:11, 109:7, 109:15, 122:17, 128:20, 129:13, 129:14, 129:15, 139:14, 140:24, 143:3, 145:23, 148:16, 149:8, 149:14, 155:3, 165:4, 170:7, 170:9, 171:24, 177:20, 178:23, 179:15, 179:16, 180:2, 182:20, 184:22, 189:8, 193:3, 193:19, 195:3, 195:24, 196:6, 198:24, 199:19, 205:2, 205:6, 210:16, 212:8, 213:24, 214:2, 215:5, 215:9, 215:10, 216:3, 216:20, 217:15, 225:6, 228:18, 231:4, 232:11, 235:5, 235:16, 239:8, 240:24, 244:17, 244:21, 244:23, 244:25, 246:9, 247:5, 247:25, 252:4, 256:23, 257:5, 257:20, 261:14, 264:24, 266:13, 266:16, 266:23, 267:4, 268:7, 269:11, 269:22, 270:18, 272:8, 273:22, 274:19, 275:22, 277:25, 279:14, 281:9, 281:11, 281:12, 282:9, 285:7, 286:22, 286:24, 289:22, 291:19, 292:21, 293:24, 298:6, 298:13, 303:9, 307:15, 309:20, 314:22, 316:23, 317:2, 317:11
**the** [1636] - 1:11, 1:11, 2:5, 2:7, 2:8, 2:9, 2:12, 3:4, 3:10, 3:13, 3:13, 4:6, 4:7, 4:8, 4:9, 4:10, 4:12, 4:13, 4:14, 4:15, 4:16, 4:17, 4:18, 4:22, 5:3, 5:10, 5:13, 5:15, 5:20, 5:22, 6:2, 6:4, 6:6, 6:9, 6:13, 6:20, 6:25, 7:7, 7:8, 7:12, 7:21, 8:3, 8:6, 8:9, 8:10, 8:15, 8:17, 8:24, 9:5, 9:8, 9:11, 9:14, 10:5, 10:7, 10:8, 10:13, 11:18, 11:24, 12:10, 13:3, 14:3, 14:14, 14:25, 15:12, 15:13, 16:5, 16:7, 16:9, 16:13, 16:17, 16:18, 16:20, 16:21, 16:23, 16:24, 17:2, 17:4, 17:10, 17:12, 17:13, 17:16, 18:2, 18:3, 18:5, 18:6, 18:12, 18:15, 18:16, 19:4, 19:6, 19:11, 19:13, 19:14, 19:17, 19:19, 19:24, 20:10, 20:14, 20:17, 20:21, 21:10,

21:11, 21:19, 21:21, 22:8,
22:11, 22:17, 23:2, 23:10,
23:12, 23:16, 23:25, 24:2,
24:14, 24:23, 24:25, 25:3,
25:6, 25:21, 25:23, 26:5,
26:7, 26:10, 26:16, 26:17,
26:18, 26:20, 26:23, 26:24,
27:2, 27:3, 27:4, 27:9, 27:15,
27:16, 27:23, 28:4, 28:21,
28:23, 29:6, 29:15, 29:18,
29:19, 29:22, 30:4, 30:5,
31:3, 31:6, 31:8, 32:3, 32:6,
32:9, 32:10, 32:12, 32:13,
32:20, 32:22, 33:10, 33:11,
33:12, 33:16, 33:19, 33:21,
33:22, 34:24, 35:7, 35:19,
36:7, 36:12, 36:15, 36:25,
37:5, 37:8, 37:11, 37:19,
38:2, 38:25, 39:7, 39:14,
39:22, 41:7, 41:11, 43:18,
43:20, 43:23, 44:9, 44:12,
44:13, 45:2, 45:6, 45:18,
46:2, 46:12, 46:13, 46:14,
46:15, 46:21, 47:2, 47:21,
48:7, 49:14, 49:20, 49:25,
50:6, 50:10, 50:15, 50:18,
50:23, 50:25, 51:5, 51:7,
51:9, 51:10, 51:11, 51:15,
51:16, 51:17, 51:18, 51:22,
51:23, 51:24, 51:25, 52:3,
52:5, 52:19, 52:22, 52:23,
52:25, 53:17, 53:25, 54:10,
54:19, 54:20, 54:21, 54:23,
55:2, 55:11, 55:14, 55:18,
55:22, 55:23, 56:3, 56:4,
56:16, 56:19, 56:21, 57:3,
57:13, 58:12, 58:15, 58:19,
59:12, 59:15, 59:20, 60:8,
60:18, 60:20, 61:14, 62:7,
62:23, 64:12, 65:19, 65:20,
65:21, 65:24, 66:22, 66:24,
67:9, 67:11, 67:20, 67:21,
67:23, 68:2, 68:6, 68:9,
68:13, 68:15, 68:16, 69:4,
69:6, 69:16, 71:18, 71:20,
71:24, 72:3, 72:5, 72:21,
72:23, 73:2, 73:10, 73:11,
73:12, 73:17, 73:18, 73:25,
74:4, 74:7, 74:22, 75:7,
75:13, 75:14, 75:21, 75:22,
76:5, 76:17, 77:15, 77:16,
77:19, 78:11, 78:23, 78:25,
79:3, 79:7, 79:24, 80:3, 80:8,
80:11, 80:19, 80:23, 81:4,
81:11, 81:12, 81:14, 82:20,
83:5, 83:6, 83:13, 83:18,
83:22, 84:3, 84:9, 84:11,
84:16, 84:25, 85:10, 85:13,
85:15, 85:22, 86:16, 87:12,
87:17, 87:19, 87:20, 87:22,
87:25, 88:4, 88:13, 88:18,

88:19, 88:20, 88:24, 88:25,
89:2, 89:4, 89:7, 89:23,
90:10, 90:11, 90:13, 90:24,
91:4, 91:5, 91:6, 91:7, 91:8,
91:13, 91:21, 92:14, 92:16,
92:18, 92:19, 92:22, 93:2,
93:3, 93:16, 93:22, 93:23,
93:24, 94:3, 94:11, 94:13,
94:16, 94:17, 94:19, 95:12,
95:23, 96:6, 96:11, 96:15,
96:17, 96:22, 97:2, 97:4,
97:5, 97:12, 97:19, 97:24,
98:18, 99:4, 99:5, 99:9,
99:11, 99:21, 100:5, 100:6,
100:8, 100:13, 100:22,
101:6, 101:10, 101:15,
101:17, 101:21, 102:5,
102:6, 102:7, 102:16,
102:17, 102:18, 102:19,
103:2, 103:3, 103:7, 103:24,
104:2, 104:7, 104:11,
104:18, 104:20, 106:22,
106:23, 107:24, 108:2,
108:7, 108:8, 108:19, 109:7,
109:22, 110:6, 110:7, 110:8,
110:15, 110:17, 110:18,
110:22, 111:10, 111:12,
111:18, 111:19, 111:20,
111:22, 111:25, 112:6,
112:11, 112:13, 112:15,
112:16, 113:3, 113:7,
113:11, 114:14, 114:18,
114:19, 114:22, 114:23,
115:3, 115:5, 115:20,
115:21, 115:22, 115:23,
115:24, 116:12, 116:16,
116:17, 116:20, 117:6,
117:9, 117:13, 117:25,
118:6, 118:9, 118:15,
118:17, 118:20, 118:21,
118:25, 119:4, 119:22,
119:23, 120:4, 120:5,
120:12, 120:18, 120:21,
121:4, 121:10, 121:20,
122:11, 123:17, 123:18,
123:21, 124:2, 124:4,
124:12, 124:19, 124:24,
125:2, 125:3, 125:7, 125:10,
125:13, 125:17, 125:20,
125:25, 126:4, 126:7,
126:11, 126:14, 126:17,
126:18, 126:20, 126:25,
127:2, 127:7, 127:9, 127:13,
127:16, 127:17, 127:21,
127:24, 127:25, 128:4,
128:8, 128:11, 128:14,
128:15, 128:16, 128:19,
128:20, 129:12, 130:10,
130:13, 130:16, 130:18,
131:25, 132:2, 132:8,
132:20, 132:24, 133:8,

133:13, 133:22, 134:2,
134:6, 134:7, 134:8, 134:9,
134:14, 134:18, 134:20,
134:22, 135:4, 135:14,
135:15, 136:2, 136:6, 136:9,
136:11, 136:23, 137:2,
137:3, 137:4, 137:5, 137:6,
137:11, 137:19, 137:21,
138:2, 138:4, 138:5, 138:13,
138:21, 138:22, 138:24,
139:5, 139:7, 140:8, 140:10,
140:16, 140:22, 140:23,
140:24, 141:7, 141:14,
141:19, 141:22, 142:5,
143:10, 143:15, 143:16,
143:25, 144:2, 144:6,
144:14, 145:3, 145:4, 145:5,
145:10, 146:5, 147:7,
147:20, 147:21, 147:22,
147:23, 147:25, 148:2,
148:4, 148:5, 148:10,
148:11, 148:13, 148:17,
148:19, 148:23, 148:24,
149:3, 149:5, 149:12, 150:8,
150:9, 150:13, 150:18,
150:19, 151:6, 151:8,
151:14, 151:15, 151:16,
151:23, 151:24, 152:5,
152:13, 152:24, 153:7,
153:13, 153:16, 153:19,
154:8, 154:9, 154:15,
154:16, 154:20, 154:21,
155:6, 155:13, 155:18,
156:2, 156:16, 157:15,
157:16, 158:13, 159:4,
159:5, 160:16, 160:19,
160:24, 160:25, 161:3,
161:4, 161:9, 161:13,
162:15, 162:22, 162:24,
163:16, 163:17, 163:20,
163:21, 164:5, 164:10,
164:21, 164:23, 164:25,
165:2, 165:8, 165:9, 165:14,
165:15, 165:20, 165:23,
165:24, 166:3, 166:10,
166:11, 166:13, 166:14,
166:15, 166:16, 166:23,
167:9, 167:14, 167:16,
167:18, 167:20, 167:24,
168:6, 168:7, 168:18,
168:24, 169:14, 169:18,
169:20, 169:21, 169:22,
169:25, 170:11, 170:13,
170:21, 171:10, 171:11,
171:12, 171:19, 171:20,
172:2, 172:19, 172:22,
173:8, 173:11, 173:12,
173:16, 174:2, 174:3,
174:13, 174:15, 174:16,
175:6, 175:8, 175:13,
176:19, 176:23, 177:7,

177:8, 177:16, 177:20,
177:21, 177:24, 178:6,
178:7, 178:12, 178:14,
178:24, 179:8, 179:13,
179:14, 179:22, 180:4,
180:5, 180:6, 180:10,
180:13, 180:15, 180:16,
180:22, 181:2, 181:4, 181:6,
181:8, 181:15, 181:20,
181:24, 182:15, 182:19,
182:20, 182:22, 182:23,
182:24, 182:25, 183:6,
183:8, 183:9, 183:18,
183:21, 184:2, 184:18,
184:19, 184:20, 185:2,
185:8, 185:13, 185:15,
185:16, 186:8, 186:9,
186:12, 186:15, 186:20,
186:24, 187:2, 187:5, 187:6,
187:7, 187:9, 187:12,
187:13, 187:14, 187:15,
187:16, 187:24, 188:11,
188:12, 188:15, 188:21,
189:7, 189:12, 189:16,
189:20, 190:5, 190:6, 190:8,
190:10, 190:11, 190:15,
190:16, 190:18, 190:19,
190:20, 190:22, 190:23,
190:24, 191:3, 191:4, 191:8,
191:10, 191:11, 191:14,
191:17, 191:22, 192:2,
192:14, 193:4, 193:8,
193:17, 194:10, 194:11,
194:12, 194:13, 194:14,
194:18, 194:24, 195:2,
195:3, 195:7, 195:10,
195:13, 195:14, 195:15,
195:17, 195:18, 195:22,
195:23, 195:24, 196:3,
196:9, 196:12, 196:14,
196:17, 196:18, 196:20,
196:22, 196:25, 197:4,
197:5, 197:6, 197:7, 197:13,
197:18, 197:20, 197:21,
197:24, 198:3, 198:7, 198:8,
198:12, 198:16, 198:22,
198:24, 199:21, 200:9,
200:10, 200:12, 200:13,
200:14, 200:20, 200:23,
201:2, 201:5, 201:9, 201:10,
201:11, 201:17, 201:18,
202:2, 202:6, 202:7, 202:8,
202:17, 202:22, 203:7,
203:9, 203:11, 203:18,
203:20, 203:22, 204:6,
204:14, 204:17, 204:24,
205:5, 205:13, 205:17,
205:25, 206:15, 206:24,
206:25, 207:4, 207:12,
207:15, 207:20, 207:23,
207:24, 208:5, 208:7,

208:10, 208:11, 208:12, 208:14, 208:15, 208:19, 208:22, 209:4, 209:5, 209:12, 210:12, 210:20, 210:21, 211:2, 211:12, 211:15, 211:16, 212:8, 212:10, 212:11, 212:15, 212:16, 212:17, 212:20, 212:21, 213:2, 213:3, 213:6, 213:9, 213:18, 213:19, 214:14, 215:14, 216:6, 216:9, 216:10, 216:16, 216:17, 216:22, 217:4, 217:8, 217:9, 217:10, 217:17, 217:25, 218:2, 218:3, 218:7, 218:11, 218:12, 218:14, 218:18, 218:19, 218:20, 218:21, 219:3, 219:18, 219:20, 219:24, 220:3, 220:6, 220:19, 220:21, 221:2, 221:6, 221:19, 221:20, 221:22, 221:25, 222:11, 222:14, 222:15, 222:22, 222:23, 222:25, 223:4, 223:5, 223:13, 223:17, 223:20, 223:24, 223:25, 224:19, 224:20, 224:24, 225:6, 225:20, 225:21, 225:23, 226:5, 226:15, 226:25, 227:12, 227:17, 228:20, 228:24, 229:8, 229:23, 230:3, 230:18, 230:19, 230:20, 230:21, 230:22, 230:23, 230:24, 230:25, 231:2, 231:4, 231:7, 231:21, 231:23, 232:2, 232:16, 232:19, 232:20, 232:24, 233:2, 233:5, 233:13, 233:14, 233:21, 233:23, 234:2, 234:4, 234:5, 234:6, 234:23, 235:2, 235:5, 235:6, 235:19, 235:25, 236:11, 236:13, 236:15, 236:17, 236:25, 237:13, 237:16, 237:17, 237:23, 237:24, 238:6, 238:9, 238:10, 238:20, 238:25, 239:4, 239:17, 239:18, 239:20, 240:11, 240:13, 240:15, 240:18, 241:5, 241:8, 242:12, 242:13, 242:23, 242:24, 243:3, 243:18, 243:20, 244:3, 244:5, 245:6, 245:10, 245:12, 246:3, 246:6, 246:8, 246:19, 247:6, 247:9, 247:16, 247:18, 248:10, 248:13, 248:19, 249:2, 249:3, 249:4, 249:12, 249:19, 249:25, 250:5,

250:8, 250:13, 251:3, 251:5, 251:7, 251:19, 251:25, 252:5, 252:6, 252:20, 252:23, 253:7, 254:6, 254:9, 254:13, 254:16, 255:3, 255:8, 255:11, 255:14, 255:16, 256:4, 256:6, 256:9, 256:20, 256:24, 257:7, 257:10, 257:15, 257:16, 257:17, 257:21, 257:22, 257:23, 257:25, 258:4, 258:6, 258:16, 258:17, 259:8, 259:20, 259:23, 260:2, 260:13, 260:18, 260:19, 260:25, 261:6, 261:8, 261:10, 261:12, 261:20, 261:24, 262:3, 262:12, 262:13, 262:14, 262:15, 262:16, 262:18, 262:19, 262:22, 262:24, 262:25, 263:8, 263:20, 263:23, 263:25, 264:7, 264:18, 264:20, 265:6, 266:13, 266:15, 266:16, 267:3, 267:12, 267:23, 268:4, 268:5, 268:6, 268:8, 268:9, 268:17, 268:22, 268:24, 268:25, 269:9, 269:10, 269:15, 269:16, 269:22, 270:3, 270:9, 271:2, 271:3, 271:4, 271:10, 271:25, 272:7, 272:8, 273:8, 273:11, 274:12, 275:4, 275:5, 275:15, 275:19, 275:22, 276:3, 276:7, 276:13, 276:14, 276:17, 277:4, 277:5, 277:8, 277:21, 277:22, 277:24, 278:5, 278:6, 278:12, 278:15, 278:22, 279:9, 279:15, 279:16, 279:17, 279:18, 279:21, 280:10, 280:13, 280:15, 281:2, 281:9, 281:10, 281:12, 281:15, 281:19, 281:21, 281:24, 281:25, 282:2, 282:5, 282:10, 282:18, 282:19, 282:22, 282:23, 283:8, 283:11, 283:20, 283:21, 283:22, 283:24, 283:25, 284:2, 284:4, 284:6, 284:7, 284:10, 284:12, 284:16, 284:20, 284:22, 284:25, 285:2, 285:3, 285:5, 285:8, 285:12, 285:13, 285:21, 285:24, 286:11, 286:16, 286:18, 286:19, 287:8, 287:19, 287:24, 288:2, 288:4, 288:5, 288:7, 288:17, 289:6, 289:9, 289:16, 289:18, 289:20, 289:21,

290:4, 290:12, 290:13, 290:17, 290:19, 290:25, 291:3, 291:5, 291:7, 291:16, 291:17, 291:18, 291:22, 292:5, 292:9, 292:12, 292:13, 292:17, 292:22, 292:23, 293:2, 293:3, 293:5, 293:6, 293:19, 293:20, 293:23, 293:24, 293:25, 294:2, 294:7, 294:10, 294:14, 294:17, 294:21, 295:4, 295:7, 295:11, 295:21, 296:13, 296:17, 296:18, 296:25, 297:9, 297:11, 297:12, 297:19, 298:3, 298:6, 298:19, 298:22, 299:4, 299:8, 299:13, 299:19, 299:24, 299:25, 300:7, 300:13, 300:16, 300:17, 300:18, 300:20, 300:23, 300:25, 301:9, 301:10, 301:17, 301:23, 301:24, 302:5, 302:6, 302:7, 302:12, 302:17, 302:19, 303:20, 304:9, 304:12, 304:16, 304:17, 304:25, 305:2, 305:9, 305:19, 305:23, 305:25, 306:5, 306:10, 306:11, 306:13, 307:2, 307:15, 307:16, 307:17, 307:20, 307:23, 308:9, 308:11, 308:18, 310:10, 310:17, 310:18, 310:23, 310:24, 311:3, 311:7, 312:14, 312:17, 312:18, 312:22, 312:23, 312:25, 313:11, 313:12, 313:17, 313:21, 313:24, 314:3, 314:5, 314:11, 314:20, 314:23, 314:24, 315:7, 315:9, 315:14, 315:18, 315:19, 315:20, 316:10, 316:14, 316:20, 316:22, 316:23, 316:24, 317:21, 317:25, 318:5, 318:8, 318:13, 318:17, 318:20, 318:21, 319:2, 320:5, 320:6, 320:8, 320:10, 323:8, 323:10, 323:13, 323:15, 323:17

**THE** [34] - 5:2, 25:19, 25:23, 62:14, 66:2, 93:14, 147:11, 147:15, 168:22, 181:18, 181:22, 216:13, 233:7, 237:15, 237:19, 241:12, 243:5, 243:9, 255:22, 255:24, 263:24, 264:4, 264:5, 264:9, 273:25, 274:4, 279:23, 281:17, 281:21, 297:10, 297:16, 308:11,

317:23, 318:20

**their** [6] - 1:10, 3:13, 5:19, 219:5, 271:15, 272:12

**them** [28] - 21:18, 23:8, 25:14, 45:7, 67:8, 68:10, 72:15, 75:9, 87:17, 89:18, 89:25, 90:5, 90:8, 90:11, 90:20, 92:23, 97:10, 124:11, 129:2, 138:17, 138:20, 147:2, 166:19, 170:4, 258:23, 263:12, 265:17

**themselves** [1] - 5:19

**then** [90] - 20:5, 26:7, 26:14, 27:9, 33:10, 39:2, 39:9, 46:16, 52:23, 69:23, 71:21, 74:20, 76:4, 90:22, 91:9, 95:7, 95:24, 101:23, 103:7, 110:21, 115:18, 116:20, 125:6, 128:18, 130:17, 133:13, 142:22, 143:9, 148:10, 154:6, 159:25, 169:13, 169:17, 169:24, 174:12, 180:6, 185:11, 191:4, 191:20, 191:21, 198:9, 205:13, 205:24, 214:25, 215:13, 219:22, 223:20, 226:15, 232:3, 234:18, 235:18, 238:6, 239:3, 240:5, 245:5, 245:15, 246:25, 247:18, 252:15, 254:5, 254:6, 255:16, 268:14, 269:15, 270:14, 271:6, 275:16, 276:15, 278:8, 282:14, 284:22, 285:12, 287:7, 287:12, 288:4, 289:15, 290:13, 290:24, 291:25, 292:7, 292:15, 292:21, 293:18, 295:2, 296:11, 304:8, 304:9, 305:24, 307:8, 316:17

**there** [71] - 7:4, 16:19, 17:12, 21:10, 45:16, 46:20, 50:25, 52:5, 58:16, 66:16, 70:13, 80:22, 88:21, 90:11, 102:21, 104:8, 108:23, 119:15, 122:10, 124:3, 129:11, 130:24, 133:8, 135:2, 140:6, 140:10, 140:22, 142:12, 142:15, 142:19, 142:20, 142:23, 143:12, 148:20, 172:16, 172:19, 190:4, 196:24, 196:25, 197:6, 202:23, 202:24, 212:18, 215:8, 216:21, 217:23, 219:22, 220:22, 221:4, 227:8, 234:13, 234:16, 235:24, 252:10, 260:17, 263:2, 267:8, 269:3, 284:9, 285:7,

288:16, 290:2, 294:4, 295:17, 303:6, 304:14, 304:19, 304:20, 305:2, 306:16, 311:8

**there's** [21] - 102:19, 102:20, 105:13, 136:22, 142:15, 142:22, 158:13, 174:10, 194:19, 196:11, 212:14, 213:11, 214:21, 214:22, 214:23, 215:2, 215:7, 221:5, 227:8, 239:8, 253:18

**these** [32] - 20:7, 67:19, 68:4, 75:23, 86:7, 86:8, 86:9, 91:17, 213:25, 214:6, 248:22, 249:24, 256:3, 256:16, 256:17, 259:18, 259:20, 260:5, 260:22, 264:12, 264:15, 265:4, 265:13, 265:14, 280:9, 282:7, 285:20, 286:7, 287:25, 294:20, 315:7

**they** [50] - 5:20, 34:25, 43:21, 47:4, 50:5, 57:13, 58:12, 58:17, 68:6, 68:8, 72:13, 75:10, 78:9, 90:9, 90:19, 91:24, 92:16, 124:10, 124:14, 132:12, 151:5, 151:14, 151:16, 153:12, 167:4, 169:24, 170:16, 175:10, 176:20, 183:2, 191:2, 198:7, 199:2, 255:4, 256:4, 258:24, 269:23, 271:10, 271:19, 284:6, 287:13, 294:22, 295:5, 298:20, 298:21, 298:24, 312:14, 316:2

**they're** [6] - 64:11, 65:3, 169:21, 258:22, 270:8, 271:22

**thing** [33] - 23:10, 26:13, 33:5, 47:4, 62:12, 64:20, 66:22, 66:24, 68:9, 97:9, 111:23, 128:19, 128:21, 138:21, 148:8, 148:19, 156:3, 166:4, 171:11, 182:24, 217:17, 230:3, 236:11, 236:12, 236:14, 244:12, 275:15, 279:16, 290:19, 293:20, 293:22, 293:25, 313:11

**things** [8] - 23:23, 24:6, 24:10, 24:20, 147:19, 154:18, 158:14, 235:24

**think** [142] - 11:24, 13:7, 14:4, 14:5, 21:8, 21:9, 23:9, 24:17, 28:13, 28:15, 38:25, 41:4, 46:17, 47:8, 47:11, 47:14, 47:18, 47:19, 50:5, 50:25, 54:9, 54:10, 54:22,

55:2, 55:3, 55:17, 59:12, 60:11, 60:15, 62:8, 62:15, 62:19, 65:10, 65:12, 65:15, 65:19, 67:10, 67:17, 70:6, 70:9, 70:14, 71:4, 94:3, 94:22, 95:18, 95:22, 99:23, 105:25, 107:21, 109:2, 109:15, 115:15, 119:18, 121:10, 121:17, 123:3, 123:11, 132:22, 138:9, 139:2, 139:8, 143:3, 143:12, 144:2, 144:13, 144:15, 144:20, 145:2, 145:5, 145:22, 148:16, 150:25, 155:13, 156:11, 156:15, 156:22, 160:12, 162:14, 162:25, 163:15, 171:15, 171:17, 171:20, 171:24, 172:20, 173:5, 174:17, 179:24, 183:15, 185:23, 186:6, 189:4, 189:9, 197:9, 202:7, 202:21, 203:7, 203:10, 203:17, 216:2, 216:20, 220:8, 221:11, 225:15, 227:24, 229:20, 229:21, 231:12, 236:18, 239:19, 240:24, 248:5, 250:20, 253:21, 259:15, 266:10, 266:22, 270:4, 271:21, 278:25, 280:20, 283:23, 284:3, 293:24, 294:3, 298:24, 300:4, 302:20, 302:21, 303:16, 304:5, 305:12, 312:4, 312:5, 314:15, 315:14, 316:6, 316:17, 316:18

**thinking** [5] - 52:22, 140:14, 195:23, 196:2, 196:6

**third** [6] - 148:19, 223:5, 223:17, 231:23, 252:16, 285:5

**this** [276] - 5:7, 5:10, 8:21, 13:3, 14:11, 17:24, 19:9, 21:4, 21:14, 31:13, 33:8, 36:5, 49:3, 49:16, 52:14, 53:8, 56:2, 57:17, 58:2, 58:11, 58:22, 60:3, 61:2, 64:8, 67:17, 67:20, 68:2, 69:9, 69:15, 69:25, 70:2, 70:9, 70:18, 71:4, 71:5, 72:5, 72:9, 72:11, 82:18, 85:5, 85:18, 87:25, 89:15, 90:21, 90:25, 91:14, 94:8, 95:25, 96:17, 116:21, 128:21, 135:4, 141:19, 146:16, 146:19, 146:23, 149:21, 155:14, 156:3, 156:4, 158:15, 161:19, 164:4, 166:8, 170:21, 174:17, 174:21, 174:24, 178:11, 178:13, 181:7, 181:12,

182:24, 183:3, 183:4, 185:25, 186:2, 196:15, 197:4, 198:20, 199:20, 200:16, 203:3, 203:6, 203:12, 204:10, 204:17, 204:19, 204:22, 206:22, 206:24, 207:4, 207:7, 207:9, 207:13, 207:25, 208:2, 208:4, 208:10, 209:2, 209:11, 209:18, 209:22, 210:6, 211:25, 214:21, 217:17, 217:18, 217:21, 218:6, 219:9, 220:2, 220:20, 220:21, 221:17, 221:19, 221:20, 221:25, 222:4, 222:8, 222:12, 222:16, 222:20, 222:21, 223:2, 223:7, 223:9, 224:2, 224:15, 225:8, 225:14, 226:5, 227:11, 227:24, 231:22, 231:23, 232:22, 232:24, 233:5, 233:15, 233:24, 235:21, 236:25, 237:2, 238:19, 238:21, 239:7, 239:19, 240:21, 241:2, 241:3, 241:4, 241:8, 241:17, 241:19, 241:25, 242:3, 242:4, 242:9, 242:21, 242:23, 243:3, 243:11, 243:14, 244:8, 246:2, 246:9, 246:13, 247:8, 248:8, 248:13, 248:14, 249:2, 249:5, 249:24, 251:23, 253:11, 253:14, 254:13, 255:17, 255:20, 255:25, 256:9, 260:2, 260:9, 262:7, 263:9, 263:17, 263:18, 263:23, 267:9, 267:13, 270:4, 270:22, 270:25, 271:10, 271:15, 271:19, 272:6, 273:3, 273:6, 273:11, 273:16, 273:19, 273:22, 273:24, 274:3, 274:12, 274:18, 275:4, 277:2, 277:3, 277:8, 277:14, 277:21, 278:4, 278:9, 278:15, 278:19, 279:4, 279:7, 279:15, 283:6, 283:11, 283:16, 283:19, 284:2, 284:18, 285:11, 285:13, 285:18, 285:24, 287:23, 288:9, 293:19, 293:22, 296:5, 296:9, 296:25, 297:4, 299:12, 299:19, 300:5, 301:6, 302:16, 303:15, 303:21, 303:24, 304:2, 304:4, 304:5, 305:12, 306:8, 306:18, 307:5, 307:14, 308:13, 308:20, 309:5, 311:13, 312:21, 313:14, 313:20, 314:8, 317:4, 318:5,

318:13, 319:3, 320:19, 323:15, 323:18, 323:20

**This** [2] - 204:12, 318:21

**those** [19] - 205:8, 214:2, 220:25, 221:3, 244:15, 251:22, 254:25, 258:16, 268:11, 268:23, 270:18, 278:21, 278:23, 286:13, 286:15, 300:17, 315:11, 316:7

**though** [5] - 17:11, 72:6, 74:24, 132:12, 191:15

**thought** [15] - 64:10, 75:9, 75:16, 107:18, 139:16, 139:17, 144:23, 158:8, 160:4, 170:20, 173:7, 178:11, 212:21, 250:11, 261:5

**threatening** [1] - 204:8

**three** [21] - 26:5, 38:4, 38:24, 73:19, 73:21, 82:19, 83:4, 83:5, 84:8, 190:17, 190:18, 190:24, 194:13, 236:25, 249:13, 249:14, 249:19, 249:25, 251:22, 252:5, 311:3

**three-phase** [1] - 194:13

**through** [17] - 1:10, 3:12, 58:19, 68:10, 69:15, 71:12, 87:17, 99:15, 104:9, 182:20, 195:22, 256:12, 257:16, 259:22, 270:17, 286:12, 300:10

**throughout** [2] - 175:8, 175:13

**Thursday** [1] - 205:10

**ticket** [3] - 34:4, 87:5, 132:16

**ticketed** [3] - 30:11, 30:16, 152:2

**ticketing** [3] - 94:9, 94:14, 95:7

**tickets** [4] - 33:25, 85:24, 86:3, 86:8

**TIME** [2] - 1:16, 2:3

**time** [163] - 4:22, 5:3, 12:17, 14:12, 16:13, 16:21, 17:12, 19:19, 20:12, 22:25, 23:9, 23:10, 23:19, 26:10, 27:25, 29:6, 32:3, 32:7, 32:10, 35:7, 35:12, 35:20, 36:16, 37:4, 38:25, 41:7, 41:10, 41:11, 45:19, 46:18, 46:20, 49:7, 51:16, 54:10, 54:13, 54:21, 55:2, 55:11, 68:17, 71:24, 74:15, 75:8, 75:13, 75:14, 75:22, 79:3, 79:6, 81:14, 85:4, 85:8, 88:12, 100:8, 101:6, 101:10, 106:22, 108:22, 109:22, 110:6,

110:18, 111:10, 113:11,
113:13, 113:21, 114:14,
114:18, 114:21, 115:11,
115:24, 118:25, 120:5,
122:11, 125:10, 125:20,
126:14, 126:21, 126:24,
126:25, 136:6, 137:14,
140:23, 145:3, 145:6,
147:10, 148:17, 148:21,
148:23, 153:13, 156:2,
156:3, 156:17, 158:13,
158:14, 159:5, 160:24,
162:9, 165:2, 165:12,
165:25, 168:18, 169:20,
171:19, 171:20, 173:8,
175:4, 175:10, 180:21,
183:21, 184:2, 185:2,
186:11, 186:17, 187:6,
187:12, 187:14, 189:5,
190:8, 190:20, 191:3, 194:4,
194:10, 194:13, 194:24,
195:7, 195:14, 195:16,
195:24, 196:18, 198:6,
198:16, 201:17, 202:22,
203:7, 203:22, 209:12,
213:3, 215:18, 220:6,
228:20, 229:8, 229:19,
229:23, 230:21, 230:23,
235:6, 235:25, 236:18,
244:3, 273:20, 281:9,
281:13, 284:11, 287:10,
287:24, 290:12, 293:24,
299:14, 301:6, 310:11,
318:17, 318:20, 320:10
  **timeline** [1] - 181:12
  **times** [11] - 13:6, 23:5,
23:7, 26:6, 47:8, 58:3, 58:5,
80:23, 113:9, 142:6, 187:24
  **Tino** [1] - 123:23
  **titled** [1] - 234:6
  **to** [723] - 2:8, 4:10, 4:11,
4:21, 4:22, 6:22, 6:24, 7:6,
7:21, 7:24, 7:25, 8:2, 8:9,
8:10, 8:11, 8:13, 8:17, 8:22,
8:23, 10:5, 10:13, 14:25,
17:3, 17:11, 17:13, 17:16,
17:22, 19:15, 20:10, 21:14,
21:15, 21:21, 22:3, 22:4,
22:8, 22:25, 24:9, 25:17,
26:2, 26:3, 26:10, 27:15,
30:4, 30:23, 31:3, 31:8,
31:22, 31:25, 32:4, 33:3,
33:14, 35:9, 35:17, 35:20,
35:25, 36:21, 37:8, 37:11,
37:21, 38:8, 39:22, 43:4,
43:15, 43:16, 46:22, 47:2,
48:12, 49:22, 49:24, 50:2,
50:3, 50:12, 50:23, 50:24,
51:2, 51:18, 52:23, 53:6,
53:12, 53:17, 53:25, 54:4,

54:5, 54:11, 54:12, 54:20,
55:4, 55:11, 55:17, 55:18,
56:3, 56:4, 57:7, 57:12,
57:21, 58:7, 58:12, 58:13,
58:16, 63:4, 63:7, 63:8,
63:10, 63:20, 63:23, 64:6,
64:22, 64:25, 65:4, 65:16,
65:20, 66:3, 66:4, 66:7,
66:11, 66:15, 66:23, 67:2,
67:8, 68:10, 68:15, 68:21,
69:8, 69:15, 70:3, 70:9,
70:18, 71:4, 71:5, 72:5,
72:10, 72:14, 73:10, 73:12,
73:17, 73:19, 75:9, 75:10,
75:20, 76:4, 76:7, 77:14,
77:15, 77:21, 77:23, 78:3,
78:15, 78:18, 78:19, 79:24,
81:16, 82:13, 82:21, 87:17,
88:15, 89:2, 89:4, 89:6,
90:13, 90:16, 91:14, 91:23,
92:5, 92:8, 92:15, 92:21,
92:24, 93:7, 93:12, 94:15,
95:9, 95:13, 96:8, 96:11,
96:21, 96:22, 97:4, 97:6,
97:7, 97:10, 97:12, 98:8,
98:14, 99:12, 99:13, 100:5,
100:15, 100:22, 101:22,
102:9, 104:7, 104:9, 104:18,
105:9, 105:23, 107:3, 107:7,
107:11, 107:15, 109:3,
109:4, 109:9, 109:11,
109:12, 109:16, 109:17,
109:21, 111:18, 111:19,
112:6, 113:7, 113:10,
113:13, 113:20, 115:21,
115:22, 116:11, 116:12,
116:14, 116:18, 117:13,
117:25, 118:6, 118:20,
120:8, 120:24, 121:4,
121:15, 122:7, 123:4,
123:18, 124:2, 125:2, 125:3,
125:6, 126:15, 127:18,
128:11, 128:14, 128:15,
128:16, 128:19, 128:24,
129:17, 130:13, 130:16,
130:18, 130:19, 130:20,
130:21, 131:10, 131:22,
132:8, 132:9, 132:13,
132:16, 132:17, 132:20,
133:7, 133:13, 133:22,
134:2, 134:6, 134:7, 134:14,
134:18, 135:24, 136:2,
136:3, 136:9, 136:22,
136:23, 137:19, 137:20,
140:16, 140:17, 140:21,
142:5, 142:19, 143:6,
143:23, 144:10, 144:16,
144:17, 144:18, 144:19,
145:4, 145:5, 145:25, 147:5,
147:8, 147:18, 147:19,
148:12, 149:4, 150:18,

151:14, 151:24, 152:5,
152:14, 152:17, 154:6,
154:18, 154:20, 155:15,
155:19, 155:22, 156:3,
156:14, 156:22, 157:3,
157:6, 157:24, 158:3, 158:4,
158:5, 158:9, 158:14,
158:15, 158:16, 158:20,
158:23, 159:4, 159:11,
159:14, 159:18, 160:2,
160:6, 160:7, 160:8, 160:19,
160:21, 161:5, 161:14,
161:15, 161:25, 162:4,
164:22, 165:8, 165:9,
165:13, 168:11, 168:17,
169:10, 169:14, 169:16,
169:22, 169:25, 170:10,
170:25, 171:5, 172:4,
173:10, 173:11, 173:12,
174:9, 175:6, 175:14,
175:23, 175:24, 176:5,
176:15, 177:11, 178:13,
178:25, 179:6, 179:20,
179:21, 180:4, 180:5, 180:6,
180:13, 180:21, 181:8,
182:8, 182:9, 182:12,
182:14, 182:16, 182:20,
182:21, 182:23, 182:24,
183:2, 183:3, 183:5, 183:12,
183:16, 183:22, 184:4,
184:9, 184:11, 184:12,
184:20, 185:19, 185:24,
186:8, 186:18, 186:20,
186:24, 187:5, 187:15,
188:12, 188:20, 189:6,
191:18, 191:21, 192:3,
192:17, 192:23, 193:9,
193:14, 194:6, 195:4,
196:18, 197:6, 198:8,
198:19, 199:5, 199:6,
200:12, 200:14, 200:20,
200:23, 201:9, 201:16,
201:24, 202:5, 202:6, 202:7,
202:8, 203:19, 205:5,
205:11, 205:13, 205:20,
206:10, 208:5, 208:7,
208:12, 209:23, 210:4,
210:6, 210:10, 210:16,
210:25, 211:16, 213:17,
214:13, 215:9, 215:17,
215:22, 215:24, 216:8,
216:10, 216:21, 216:22,
216:25, 217:4, 217:9,
217:23, 218:2, 218:4,
218:10, 218:14, 218:19,
218:20, 219:17, 219:20,
219:24, 220:5, 220:13,
220:19, 221:12, 222:17,
223:4, 223:8, 225:11,
225:18, 225:24, 226:13,
226:21, 227:5, 227:23,

228:13, 228:14, 228:21,
228:24, 229:7, 229:8,
229:17, 229:23, 230:15,
231:2, 231:7, 231:15,
231:21, 231:23, 232:18,
233:25, 235:4, 235:8, 235:9,
235:11, 235:13, 235:14,
235:19, 235:20, 236:4,
236:18, 236:22, 236:24,
237:10, 237:11, 237:22,
238:3, 238:5, 238:11,
238:15, 239:4, 239:17,
240:11, 246:7, 246:17,
248:21, 248:25, 249:2,
249:8, 249:15, 249:16,
251:11, 251:12, 251:15,
251:19, 251:22, 251:24,
251:25, 253:7, 253:24,
254:2, 254:6, 254:19,
254:22, 255:8, 256:19,
256:22, 258:22, 259:8,
261:15, 261:18, 261:23,
263:13, 263:15, 263:16,
263:25, 265:9, 265:25,
266:9, 267:10, 267:23,
268:4, 268:14, 270:22,
271:6, 271:9, 271:12,
271:22, 272:7, 272:8,
272:17, 272:20, 273:21,
274:22, 275:3, 275:5,
275:12, 276:7, 276:8,
276:14, 277:24, 278:21,
278:22, 279:15, 279:16,
279:21, 280:14, 281:6,
281:25, 282:10, 282:14,
283:20, 287:5, 287:12,
287:13, 287:15, 288:9,
288:17, 288:22, 289:2,
289:6, 289:8, 289:15,
290:14, 290:19, 291:6,
291:16, 293:14, 293:19,
293:20, 293:25, 294:2,
294:13, 294:23, 294:24,
295:6, 295:7, 296:2, 296:4,
296:8, 296:10, 296:18,
296:22, 299:7, 299:12,
299:18, 300:9, 301:4, 301:7,
302:22, 302:25, 303:7,
303:8, 303:10, 303:12,
303:21, 304:9, 304:16,
304:17, 304:23, 305:13,
305:18, 305:20, 305:23,
305:25, 306:3, 306:5,
306:12, 306:18, 306:23,
307:10, 307:22, 308:4,
309:6, 309:18, 310:8,
310:10, 311:11, 312:13,
312:14, 312:16, 312:17,
313:5, 313:10, 313:11,
315:2, 315:15, 315:21,
316:3, 317:18, 318:7, 320:5,

320:18, 323:15
**today** [17] - 6:23, 9:2, 10:5, 10:8, 10:13, 12:11, 21:14, 21:20, 21:24, 21:25, 22:6, 22:8, 22:21, 22:24, 82:13, 299:9, 318:12
**together** [3] - 81:4, 81:8, 91:24
**told** [27] - 36:22, 51:17, 92:23, 93:6, 95:9, 95:13, 100:9, 100:15, 116:10, 117:17, 129:24, 130:4, 146:4, 177:15, 177:18, 177:19, 177:24, 192:14, 196:20, 197:19, 205:15, 226:14, 238:5, 276:24, 298:20, 312:21
**too** [6] - 73:16, 109:14, 157:19, 212:15, 216:20, 282:24
**took** [19] - 17:4, 25:6, 43:21, 113:9, 115:21, 142:25, 151:14, 191:14, 228:23, 260:25, 265:3, 265:14, 284:6, 291:5, 295:4, 295:5, 310:21, 314:8
**top** [13] - 19:24, 223:2, 231:2, 234:4, 242:12, 243:24, 249:12, 252:5, 252:8, 285:12, 286:19, 288:5, 311:7
**total** [1] - 26:5
**totalled** [1] - 32:13
**touched** [1] - 146:8
**tour** [11] - 38:7, 38:9, 38:14, 39:7, 39:14, 77:13, 186:13, 205:11, 206:8, 206:9, 206:10
**toward** [1] - 300:20
**towards** [8] - 91:18, 229:3, 229:4, 234:4, 302:19, 302:25, 304:11, 305:19
**TPO** [4] - 215:18, 226:10, 237:25, 252:11
**track** [1] - 289:15
**traffic** [40] - 39:15, 39:23, 40:5, 40:11, 40:23, 41:14, 41:16, 77:12, 78:3, 78:5, 78:14, 84:14, 84:15, 90:10, 94:23, 99:5, 99:9, 99:19, 104:9, 187:14, 194:15, 194:20, 194:23, 194:24, 195:22, 226:12, 227:3, 227:13, 231:13, 231:14, 231:19, 238:3, 283:3, 283:4, 284:14, 306:5, 306:19, 306:24, 310:23
**training** [2] - 34:22, 90:13
**transcript** [5] - 8:16, 8:18, 8:24, 320:9
**transferred** [8] - 36:18,

36:21, 36:22, 36:24, 39:18, 116:11, 116:12, 128:11
**transport** [2] - 117:23, 118:6
**transported** [3] - 117:22, 117:25, 124:2
**travel** [3] - 74:5, 84:3, 84:5
**traveling** [12] - 32:16, 88:18, 91:12, 103:11, 103:19, 104:22, 110:21, 150:8, 150:9, 160:12, 300:17, 302:18
**treat** [1] - 215:23
**treated** [6] - 215:24, 216:8, 217:2, 217:4, 217:12, 217:25
**treatment** [21] - 114:4, 114:10, 122:2, 122:8, 122:14, 122:21, 122:25, 171:9, 173:16, 246:20, 248:11, 248:15, 248:16, 248:20, 251:4, 251:16, 251:18, 254:22, 258:23, 305:13, 321:15
**tremendous** [1] - 235:13
**trial** [7] - 4:22, 8:22, 13:19, 13:20, 14:3, 51:17, 57:22
**tried** [3] - 97:6, 116:18, 144:14
**truck** [1] - 74:16
**trucks** [3] - 70:24, 71:5, 71:7
**true** [5] - 1:11, 3:14, 201:20, 320:9, 323:12
**truth** [3] - 10:5, 10:13, 320:5
**Try** [1] - 107:11
**try** [7] - 97:7, 112:6, 113:7, 158:24, 160:8, 289:15, 299:12
**trying** [11] - 50:3, 75:9, 75:10, 91:14, 109:17, 235:8, 271:22, 293:14, 303:6, 303:7, 303:10
**turn** [9] - 97:25, 98:12, 98:15, 98:18, 99:22, 101:15, 101:23, 103:7, 107:14, 108:11, 108:15, 108:19, 125:14, 130:20, 228:13, 228:14, 288:4, 302:22, 302:23
**turned** [9] - 97:20, 97:23, 104:10, 106:11, 156:6, 210:6, 304:11, 305:18, 315:16
**turning** [9] - 168:14, 205:5, 228:25, 268:14, 271:6, 277:24, 282:14, 290:13, 302:24
**turns** [2] - 103:8, 113:8
**twenty** [1] - 134:4

**twice** [2] - 188:2, 188:4
**twist** [1] - 230:10, 230:11, 310:9
**twisting** [2] - 229:5, 309:15
**two** [54] - 26:6, 28:11, 28:13, 45:24, 68:5, 69:24, 71:13, 83:20, 91:11, 91:14, 91:17, 91:21, 92:14, 92:19, 92:21, 99:11, 103:14, 103:16, 109:16, 121:11, 135:7, 143:6, 143:23, 144:16, 147:6, 149:5, 150:19, 151:3, 153:9, 153:17, 156:22, 159:14, 190:7, 192:21, 205:9, 212:10, 214:18, 214:21, 214:23, 217:21, 218:14, 218:25, 227:20, 227:23, 248:18, 252:8, 275:17, 275:18, 275:19, 279:10, 283:23, 299:3, 315:19
**two-way** [3] - 83:20, 103:14, 103:16
**type** [5] - 74:4, 78:25, 211:22, 234:19, 258:20
**typed** [1] - 223:25
**typically** [1] - 12:2
**typo** [1] - 227:8

## U

**U** [10] - 4:2, 6:7, 98:18, 99:22, 101:15, 103:7, 108:11, 108:19, 125:14, 130:20
**u** [2] - 98:12, 301:21
**u-turn** [1] - 98:12
**U-turn** [8] - 98:18, 99:22, 101:15, 103:7, 108:11, 108:19, 125:14, 130:20
**UF49** [1] - 178:18
**uh** [93] - 51:11, 61:20, 68:21, 77:6, 77:19, 90:25, 91:18, 97:22, 101:23, 108:7, 113:9, 116:7, 116:11, 116:17, 118:12, 118:15, 122:12, 130:14, 131:13, 140:19, 143:2, 147:17, 151:9, 156:23, 157:23, 162:9, 164:3, 165:10, 168:25, 169:23, 176:25, 186:14, 187:3, 187:10, 187:11, 187:18, 189:12, 191:22, 193:17, 194:19, 196:9, 198:17, 200:3, 200:5, 200:17, 202:5, 203:3, 210:4, 212:7, 212:10, 213:18, 216:5, 223:16, 230:6, 230:21, 231:2, 235:3, 237:12, 239:14, 243:25, 244:5, 250:17, 250:19,

254:20, 256:20, 258:23, 260:9, 264:21, 265:16, 266:13, 266:15, 268:5, 273:7, 274:18, 275:12, 275:19, 277:17, 279:12, 279:13, 283:3, 284:6, 284:7, 284:10, 286:16, 295:21, 300:25, 302:25, 304:10, 307:16, 309:2, 318:4
**uh-huh** [6] - 143:2, 165:10, 169:23, 187:10, 187:18, 235:3
**Um** [2] - 206:22, 277:3
**um** [695] - 11:15, 12:24, 14:8, 14:15, 14:17, 15:12, 16:17, 17:15, 18:10, 19:9, 19:13, 21:4, 21:13, 22:11, 22:13, 22:19, 23:15, 24:9, 24:14, 24:16, 25:6, 26:16, 27:23, 28:16, 28:22, 29:10, 31:3, 31:12, 31:21, 32:6, 33:7, 35:6, 35:10, 35:11, 35:16, 36:7, 38:5, 38:22, 39:6, 39:15, 39:17, 39:20, 39:23, 40:17, 40:24, 43:2, 43:12, 44:25, 46:2, 46:11, 46:16, 46:21, 47:22, 48:5, 48:25, 49:18, 49:24, 50:10, 51:20, 52:7, 53:3, 53:19, 54:24, 55:14, 55:21, 55:22, 56:8, 56:11, 57:9, 57:16, 57:20, 58:18, 59:9, 60:6, 60:10, 60:15, 60:18, 60:25, 61:5, 61:16, 61:20, 61:24, 62:3, 62:10, 62:22, 62:25, 63:2, 63:14, 63:22, 64:8, 64:12, 64:18, 64:24, 65:6, 66:9, 66:14, 67:18, 68:4, 68:13, 68:21, 68:24, 69:15, 69:23, 71:12, 71:13, 72:4, 72:5, 72:9, 72:25, 73:14, 74:11, 75:6, 75:20, 76:5, 76:17, 77:10, 77:14, 77:21, 77:25, 79:8, 79:15, 79:18, 79:23, 80:6, 80:14, 81:21, 82:17, 83:9, 83:18, 85:7, 86:7, 86:16, 86:25, 88:15, 88:17, 89:11, 90:12, 90:15, 90:21, 91:11, 91:15, 91:16, 91:20, 92:3, 92:14, 92:18, 92:19, 93:15, 93:19, 94:2, 94:22, 95:17, 96:25, 97:9, 97:11, 97:17, 99:14, 99:21, 99:25, 100:4, 100:10, 100:25, 101:13, 101:17, 103:6, 103:19, 104:2, 104:5, 104:13, 104:19, 104:21, 105:6, 105:9, 105:11, 105:16, 106:10, 106:25, 107:9, 107:12, 107:17, 108:10, 108:18, 109:2,

109:15, 109:24, 110:10, 110:16, 110:19, 111:2, 111:5, 111:7, 111:11, 111:12, 111:14, 111:17, 111:22, 111:23, 112:4, 112:8, 112:11, 112:13, 112:25, 113:12, 113:24, 114:3, 114:15, 114:20, 115:5, 115:8, 115:15, 115:20, 115:23, 116:8, 116:13, 117:8, 117:12, 117:16, 117:23, 118:5, 118:8, 118:20, 118:24, 119:9, 119:18, 120:2, 120:7, 120:22, 121:14, 121:17, 121:23, 122:4, 122:19, 123:3, 123:15, 124:9, 124:15, 125:8, 126:3, 127:23, 128:7, 128:22, 129:2, 129:8, 130:8, 130:23, 131:2, 131:4, 131:9, 131:20, 132:2, 132:7, 132:15, 132:23, 133:6, 134:17, 135:14, 135:18, 135:21, 136:8, 136:14, 136:25, 137:9, 137:17, 137:20, 138:3, 138:9, 138:14, 139:3, 139:12, 139:16, 139:21, 140:8, 141:6, 141:18, 141:24, 141:25, 142:2, 142:9, 142:18, 143:9, 144:22, 145:20, 145:24, 146:10, 146:15, 146:21, 149:3, 149:10, 149:23, 150:7, 150:11, 150:25, 151:5, 151:15, 151:23, 152:4, 152:10, 152:13, 152:19, 153:20, 154:6, 154:8, 154:17, 154:23, 155:4, 155:9, 155:12, 155:17, 156:6, 156:8, 156:21, 157:18, 157:23, 158:2, 158:7, 158:19, 159:13, 159:17, 160:15, 160:18, 161:3, 161:17, 161:21, 161:22, 162:3, 162:14, 162:21, 162:25, 163:9, 163:19, 163:20, 164:13, 164:19, 165:4, 166:7, 166:11, 168:5, 169:9, 170:7, 170:20, 171:7, 172:15, 172:21, 173:3, 173:9, 173:15, 173:25, 174:8, 174:12, 174:16, 174:17, 174:24, 175:12, 176:14, 176:19, 178:5, 178:11, 178:12, 178:17, 178:23, 179:6, 179:14, 179:15, 179:22, 180:19, 181:7, 182:9, 183:11, 183:15, 185:3, 185:15,

185:23, 186:6, 186:11, 186:16, 186:19, 187:4, 187:6, 187:8, 187:15, 187:19, 187:23, 188:3, 188:6, 188:10, 188:14, 188:23, 189:7, 189:14, 190:13, 191:4, 191:8, 191:17, 191:25, 192:10, 192:13, 192:16, 192:23, 193:7, 193:8, 193:11, 194:5, 194:10, 194:25, 195:9, 196:8, 196:14, 197:3, 197:10, 197:18, 197:22, 198:11, 198:17, 199:19, 199:25, 200:2, 201:4, 201:8, 201:19, 201:20, 205:2, 206:12, 206:15, 206:16, 207:12, 207:15, 208:3, 208:9, 208:14, 208:25, 209:7, 209:10, 209:20, 210:17, 211:19, 211:24, 212:4, 212:14, 212:16, 212:20, 213:10, 213:11, 213:24, 214:20, 214:23, 214:25, 215:13, 216:2, 216:6, 216:11, 216:24, 220:7, 221:4, 221:11, 221:15, 221:16, 222:12, 222:16, 223:4, 224:6, 224:10, 224:21, 224:23, 225:4, 225:7, 225:13, 225:18, 225:19, 226:4, 226:24, 226:25, 227:10, 227:11, 227:20, 227:24, 228:6, 228:9, 229:21, 230:12, 231:8, 232:2, 232:14, 233:9, 233:13, 233:18, 234:3, 234:4, 234:9, 234:25, 236:25, 237:21, 237:22, 238:15, 238:18, 239:7, 239:8, 239:12, 239:21, 240:14, 240:22, 240:23, 242:12, 243:10, 243:14, 243:22, 244:7, 244:17, 244:21, 245:14, 245:21, 245:23, 246:12, 246:13, 247:13, 248:7, 248:19, 248:25, 249:8, 249:9, 249:13, 249:19, 250:7, 250:13, 251:15, 251:21, 252:15, 252:23, 253:6, 253:10, 254:5, 254:6, 254:8, 254:12, 254:15, 254:18, 255:2, 255:10, 256:15, 256:19, 256:22, 257:3, 257:4, 257:11, 257:13, 257:14, 258:9, 258:21, 258:22, 259:6, 259:11, 259:12, 259:17, 259:20, 260:4, 260:14, 260:22, 262:24, 263:15,

264:18, 264:19, 265:3, 265:9, 265:12, 266:11, 266:19, 266:22, 267:9, 267:19, 267:25, 268:4, 268:17, 268:18, 268:21, 269:12, 269:15, 269:21, 270:14, 270:25, 271:2, 271:6, 271:9, 271:11, 271:14, 271:21, 272:17, 273:2, 273:6, 273:20, 274:5, 274:10, 274:11, 274:21, 275:16, 276:3, 276:6, 276:15, 276:16, 276:25, 277:20, 277:21, 278:3, 278:7, 279:7, 279:10, 280:2, 280:10, 280:21, 280:25, 281:3, 282:8, 282:17, 282:23, 283:16, 283:19, 284:17, 285:2, 286:7, 286:10, 286:18, 287:2, 287:7, 287:8, 288:5, 290:3, 290:8, 291:9, 291:21, 292:21, 293:13, 293:24, 294:7, 295:20, 296:11, 296:24, 297:18, 298:5, 298:9, 299:2, 299:7, 299:11, 299:14, 299:23, 300:2, 300:13, 301:5, 301:16, 301:25, 303:15, 304:4, 304:10, 304:12, 305:4, 305:10, 305:13, 306:4, 306:7, 306:14, 307:14, 307:16, 308:2, 310:2, 310:12, 310:13, 312:10, 312:19, 312:20, 312:21, 313:9, 313:19, 314:14, 314:25, 315:2, 315:10, 316:5, 316:23, 317:12, 317:13, 318:3, 318:9, 318:10

**unclear** [1] - 238:19
**uncovered** [1] - 181:24
**under** [10] - 12:22, 12:25, 13:7, 13:10, 14:6, 32:3, 32:9, 73:3, 84:22, 254:25
**undergone** [1] - 298:14
**underlying** [1] - 55:15
**understand** [6] - 6:25, 7:16, 7:21, 8:21, 10:10, 52:7, 59:10, 72:7, 74:25, 99:3, 105:10, 189:20, 198:22, 210:12, 219:10
**understanding** [16] - 63:3, 67:7, 70:2, 70:18, 73:15, 82:23, 98:25, 102:10, 242:3, 288:15, 290:2, 291:10, 291:14, 292:12, 294:14, 299:3
**unfair** [1] - 220:19
**uniform** [9] - 38:18, 73:10, 81:19, 81:20, 101:21,

200:12, 205:16, 226:14, 238:5
**unit** [6] - 16:13, 16:14, 37:20, 38:3, 39:11, 41:5
**UNITED** [1] - 1:2
**United** [1] - 5:13
**units** [1] - 35:10
**unknown** [2] - 1:12, 3:14
**unless** [1] - 182:13
**unloading** [1] - 153:12
**unmarked** [4] - 16:16, 80:9, 80:10, 141:8
**unsafe** [1] - 202:21
**unsigned** [1] - 4:14
**until** [6] - 19:17, 110:8, 139:6, 145:3, 201:6, 251:6
**unusual** [1] - 178:19
**up** [45] - 19:20, 19:23, 20:11, 50:6, 89:2, 92:11, 97:9, 97:14, 97:24, 107:7, 109:3, 109:10, 111:18, 128:8, 144:15, 157:8, 158:4, 159:18, 160:2, 165:22, 167:14, 182:14, 182:17, 182:23, 184:4, 189:22, 200:6, 201:25, 223:9, 231:17, 232:10, 236:3, 236:6, 236:19, 263:10, 263:12, 271:11, 290:23, 292:8, 292:13, 300:24, 304:13, 313:10, 314:8, 318:17
**upon** [2] - 4:17, 226:20
**upper** [2] - 176:20, 268:22
**upset** [2] - 236:7, 236:21
**us** [13] - 107:22, 108:3, 108:9, 118:22, 139:13, 178:13, 182:20, 183:3, 187:11, 215:9, 219:17, 268:24, 309:3
**use** [5] - 8:2, 9:12, 235:14, 263:25, 267:19
**used** [11] - 4:14, 141:10, 142:2, 180:3, 232:6, 232:12, 234:10, 235:10, 239:14, 239:20, 267:22
**using** [4] - 235:13, 239:18, 239:25, 301:6

## V

**vague** [2] - 51:5, 317:11
**vaguely** [1] - 51:3
**van** [2] - 153:10, 153:19
**vehicle** [124] - 15:19, 15:22, 16:17, 16:22, 18:13, 18:16, 19:20, 27:25, 37:22, 44:13, 62:23, 63:24, 66:8, 66:12, 68:16, 69:10, 69:14, 69:20, 69:25, 70:19, 70:20, 71:19,

72:2, 73:9, 74:5, 74:12,
74:14, 75:22, 80:7, 80:15,
89:19, 90:8, 92:24, 93:4,
94:10, 94:11, 98:9, 98:18,
99:22, 102:8, 102:11,
106:18, 109:3, 109:12,
110:9, 111:9, 112:15, 113:3,
119:20, 120:4, 120:12,
140:16, 141:7, 141:11,
142:2, 142:12, 142:19,
143:23, 146:3, 146:8, 148:3,
148:4, 154:20, 154:24,
155:6, 160:20, 161:22,
168:6, 189:8, 189:22,
200:11, 200:20, 200:23,
201:25, 204:8, 208:19,
208:20, 208:21, 208:22,
211:25, 212:19, 213:2,
213:6, 214:15, 214:18,
214:21, 214:23, 215:3,
215:21, 218:14, 218:18,
218:19, 218:20, 219:13,
259:21, 260:13, 260:18,
261:7, 261:9, 262:12, 263:9,
266:11, 266:12, 267:10,
267:13, 269:22, 270:18,
270:23, 271:4, 271:12,
271:23, 297:21, 300:25,
301:9, 301:13, 301:24,
301:25, 302:5, 302:6,
304:11, 306:21, 308:3,
312:18, 322:10
   **vehicles** [2] - 40:25, 70:4
   **veins** [1] - 167:24
   **verbally** [1] - 7:11
   **verify** [2] - 115:21, 129:9
   **verifying** [1] - 245:10
   **versus** [1] - 298:3
   **very** [14] - 51:5, 190:15,
194:10, 196:17, 223:13,
223:21, 230:22, 242:12,
264:18, 284:23, 286:19,
289:18, 316:22
   **video** [44] - 22:22, 24:24,
24:25, 25:3, 25:7, 25:9, 26:8,
26:15, 26:21, 27:4, 27:6,
27:10, 27:11, 27:14, 124:16,
139:7, 299:8, 299:12,
299:19, 299:22, 299:24,
300:5, 300:7, 301:17,
303:20, 307:3, 310:6,
311:13, 311:14, 313:5,
313:11, 313:13, 313:14,
313:20, 313:21, 313:24,
314:3, 314:6, 314:9, 314:11,
314:20, 316:23
   **Video** [1] - 5:6
   **Videographer** [1] - 3:19
   **videographer** [1] - 5:5
   **VIDEOGRAPHER** [18] - 5:2,

25:19, 25:23, 66:2, 147:11,
147:15, 181:18, 181:22,
237:15, 237:19, 264:5,
264:9, 281:17, 281:21,
297:10, 297:16, 317:23,
318:20
   **videos** [2] - 26:5, 26:6
   **VIDEOTAPED** [1] - 2:5
   **view** [4] - 148:13, 195:14,
195:19, 196:24
   **violation** [3] - 72:13, 89:17,
90:19
   **violations** [4] - 40:25,
79:24, 79:25, 99:11
   **visibile** [1] - 259:3
   **visible** [4] - 114:13, 114:14,
122:10, 259:2
   **visits** [1] - 169:20
   **voice** [1] - 312:6
   **vouch** [1] - 184:18
   **voucher** [8] - 166:3,
174:12, 183:3, 183:22,
184:9, 186:25, 187:2
   **vouchered** [1] - 185:11
   **vouchers** [1] - 174:16

## W

   **W** [1] - 3:8
   **wait** [3] - 7:6, 93:13, 236:24
   **waiting** [7] - 87:17, 96:12,
118:19, 125:3, 130:24,
287:11, 296:18
   **waived** [1] - 4:9
   **walk** [4] - 17:3, 17:22,
170:13, 170:21
   **want** [31] - 7:24, 8:9, 8:11,
25:17, 26:2, 43:4, 50:24,
51:2, 66:3, 66:4, 82:21,
102:9, 105:9, 154:6, 154:18,
161:25, 169:21, 170:25,
171:5, 184:20, 189:5, 199:5,
249:8, 253:24, 265:25,
279:21, 289:8, 290:19,
294:13, 301:7, 304:23
   **wanted** [6] - 27:15, 109:7,
158:4, 162:4, 201:16, 294:22
   **wants** [1] - 147:18
   **Was** [1] - 311:18
   **was** [363] - 6:9, 14:15,
14:18, 16:12, 16:13, 16:16,
16:18, 16:19, 16:20, 17:2,
17:3, 17:12, 17:15, 17:22,
18:12, 20:24, 21:10, 22:17,
23:15, 25:22, 26:6, 26:16,
26:21, 26:23, 27:16, 28:20,
29:7, 29:19, 29:25, 30:4,
30:11, 31:7, 31:9, 31:10,
32:3, 32:12, 32:16, 32:19,
33:8, 36:4, 42:25, 46:10,

46:12, 46:13, 46:14, 46:21,
49:16, 50:14, 51:7, 51:15,
51:16, 52:5, 54:10, 54:23,
55:17, 57:7, 61:25, 62:5,
67:24, 68:8, 68:16, 72:7,
74:25, 75:16, 79:20, 80:14,
80:20, 82:6, 82:18, 83:3,
88:21, 90:23, 91:7, 91:8,
91:13, 92:15, 92:18, 92:22,
93:2, 93:16, 93:18, 95:22,
98:19, 98:21, 98:25, 99:6,
99:8, 99:12, 99:23, 99:24,
100:14, 100:25, 101:18,
102:5, 102:21, 106:17,
106:19, 107:14, 108:8,
108:23, 108:24, 109:2,
110:20, 112:12, 112:16,
114:7, 116:11, 119:4,
119:15, 120:5, 121:6,
121:10, 121:21, 122:10,
123:11, 123:12, 123:24,
124:14, 124:15, 124:24,
126:18, 126:20, 127:8,
127:10, 127:11, 127:13,
127:25, 130:24, 131:21,
132:25, 133:9, 134:2,
134:23, 135:16, 135:17,
137:2, 137:4, 137:7, 137:11,
137:18, 139:8, 140:10,
140:22, 140:23, 142:12,
142:19, 143:20, 144:17,
144:20, 146:22, 147:5,
147:7, 147:13, 147:22,
147:24, 148:14, 148:16,
148:20, 149:3, 149:16,
149:19, 149:21, 150:2,
150:3, 150:4, 150:9, 150:19,
151:21, 152:14, 152:19,
152:20, 153:5, 153:15,
153:16, 154:24, 155:6,
156:9, 158:7, 160:8, 161:6,
163:2, 163:16, 163:23,
164:25, 165:25, 166:2,
166:11, 166:17, 168:16,
168:17, 170:10, 171:9,
171:11, 172:20, 173:6,
176:8, 177:2, 177:5, 178:6,
178:11, 181:7, 181:13,
181:21, 182:3, 184:19,
185:4, 186:13, 188:4,
188:24, 189:16, 189:24,
190:6, 190:19, 192:11,
192:23, 195:13, 195:14,
195:15, 196:2, 196:7, 197:5,
197:10, 197:13, 198:12,
200:7, 201:20, 202:5,
202:21, 203:22, 204:8,
204:15, 205:15, 205:23,
206:6, 206:20, 207:2,
207:15, 207:25, 208:10,
208:11, 209:3, 210:23,

211:6, 213:18, 215:19,
215:23, 216:7, 216:9, 217:2,
217:4, 217:11, 217:12,
218:21, 219:12, 220:2,
220:19, 221:23, 222:14,
222:23, 226:11, 227:4,
227:12, 229:11, 229:12,
229:13, 229:15, 230:15,
232:18, 233:3, 235:8,
235:12, 235:24, 236:10,
237:18, 237:25, 238:13,
239:17, 239:21, 239:25,
241:6, 242:25, 245:9,
245:12, 246:5, 246:19,
247:15, 248:11, 251:5,
261:18, 262:13, 262:14,
263:21, 264:8, 264:21,
265:13, 266:14, 267:2,
268:2, 268:12, 273:9,
273:21, 274:16, 276:4,
276:7, 276:14, 277:6,
278:13, 281:20, 282:2,
283:9, 286:23, 290:3,
290:17, 290:18, 290:22,
290:23, 291:7, 291:8, 292:2,
292:4, 292:6, 293:20,
293:25, 294:4, 295:6,
295:16, 295:17, 297:13,
297:14, 301:25, 304:5,
309:9, 310:22, 310:24,
311:11, 311:20, 311:21,
311:22, 311:24, 312:2,
312:4, 312:5, 312:7, 312:11,
312:17, 312:25, 316:13,
318:2, 319:3, 323:11
   **was he** [16] - 52:3, 81:6,
91:5, 93:3, 98:17, 101:4,
102:5, 123:17, 134:17,
166:14, 170:14, 176:11,
232:16, 257:11, 291:17,
311:18
   **was it** [28] - 12:10, 16:2,
19:9, 28:25, 33:6, 49:7,
49:17, 51:6, 78:9, 80:9,
84:22, 85:5, 86:20, 88:13,
104:24, 108:23, 119:4,
121:16, 134:3, 135:6,
158:19, 158:23, 167:11,
167:14, 171:12, 187:22,
198:5, 224:14
   **was she** [2] - 150:22,
151:10
   **was that** [18] - 14:17, 25:2,
27:16, 42:21, 46:4, 54:9,
56:16, 56:19, 81:15, 85:15,
86:12, 115:23, 133:7,
167:22, 189:4, 190:10,
266:19, 297:23
   **was there** [11] - 15:5,
31:12, 44:4, 45:11, 104:8,

134:25, 161:17, 196:8,
206:16, 219:11, 230:8
**wasn't** [25] - 29:6, 30:13,
45:16, 52:5, 54:4, 54:5,
54:11, 54:19, 57:12, 93:22,
119:14, 122:5, 148:23,
152:21, 152:22, 155:4,
156:2, 156:19, 167:25,
177:7, 196:2, 196:6, 217:3,
235:12, 259:8
**watch** [3] - 157:20, 289:21,
290:17
**watched** [1] - 313:20
**water** [1] - 66:5
**wave** [2] - 97:9, 157:24
**way** [66] - 44:12, 49:2,
52:12, 56:9, 60:16, 64:13,
72:21, 77:4, 80:3, 80:4,
83:19, 83:20, 83:21, 94:24,
94:25, 95:3, 102:23, 102:24,
103:14, 103:16, 104:18,
109:8, 112:11, 112:17,
114:6, 116:17, 119:11,
126:14, 127:20, 138:2,
138:23, 140:8, 143:13,
144:9, 144:14, 144:17,
159:4, 172:20, 177:20,
178:7, 187:8, 194:18,
195:13, 196:24, 202:2,
202:17, 204:6, 204:8,
205:18, 205:19, 206:4,
242:8, 282:21, 282:22,
284:15, 306:19, 323:17
**We** [1] - 5:2
**we** [96] - 8:7, 16:20, 16:25,
17:2, 17:4, 17:8, 17:10,
17:12, 17:22, 17:23, 22:4,
25:6, 26:6, 39:20, 40:12,
40:16, 58:16, 65:24, 71:13,
73:17, 81:8, 84:20, 90:10,
95:18, 99:12, 100:4, 100:17,
103:25, 104:15, 108:3,
113:7, 116:18, 116:21,
117:22, 117:23, 129:15,
142:5, 142:14, 147:6, 155:3,
163:15, 178:15, 179:11,
181:15, 182:8, 183:21,
184:24, 187:7, 187:15,
190:16, 190:22, 190:23,
190:25, 193:3, 195:4,
199:12, 201:8, 216:11,
216:15, 216:18, 219:18,
219:19, 219:20, 219:22,
221:12, 237:2, 237:6,
237:13, 248:8, 262:23,
262:25, 263:6, 263:11,
263:24, 267:2, 269:3, 269:5,
269:9, 281:15, 283:6,
297:19, 301:8, 302:11,
303:25, 304:8, 308:14,

308:17, 310:12, 318:7,
318:10, 318:11, 318:14,
318:22
**we'll** [3] - 27:14, 147:10,
199:13
**we're** [27] - 49:25, 60:21,
66:23, 81:3, 82:12, 85:19,
86:16, 136:22, 136:23,
219:20, 237:9, 237:11,
260:9, 261:21, 262:20,
266:17, 269:5, 269:6,
294:15, 296:15, 299:8,
300:14, 300:23, 301:22,
302:3, 305:17, 311:2
**we've** [1] - 279:2
**wear** [2] - 11:9, 11:25
**wearing** [5] - 101:2, 101:4,
101:20, 122:5, 257:11
**weather** [4] - 19:11, 19:12,
71:24, 84:25
**weed** [5] - 179:13, 184:14,
184:16, 187:2, 278:6
**week** [5] - 23:6, 23:7, 23:9,
23:10, 25:13
**weeks** [2] - 23:12, 197:15
**weigh** [1] - 73:11
**welcome** [2] - 7:25, 241:12
**well** [17] - 54:4, 54:22, 59:9,
63:2, 78:8, 115:20, 125:2,
127:6, 142:24, 177:4,
207:15, 217:20, 220:17,
222:22, 304:16, 311:13,
318:17
**went** [27] - 10:3, 30:23,
31:8, 97:24, 98:2, 98:14,
100:19, 115:24, 125:6,
128:18, 130:15, 132:8,
133:13, 134:6, 153:9,
179:12, 180:11, 180:12,
181:8, 191:20, 196:18,
216:22, 290:24, 292:16,
292:17, 294:23
**were** [127] - 15:4, 15:6,
16:20, 19:11, 28:21, 29:4,
32:18, 33:12, 36:22, 36:25,
38:9, 43:5, 43:8, 43:9, 43:25,
47:6, 47:9, 55:15, 58:11,
61:15, 64:9, 72:10, 72:12,
75:9, 75:10, 75:13, 75:20,
76:22, 85:5, 86:7, 86:8, 86:9,
86:13, 91:4, 91:24, 92:14,
92:16, 92:19, 94:14, 95:19,
97:14, 100:6, 104:22,
105:21, 105:25, 106:5,
106:17, 106:25, 107:13,
107:18, 107:23, 108:2,
108:16, 114:15, 118:13,
124:3, 124:10, 127:21,
139:9, 139:21, 149:23,
151:16, 153:12, 154:10,

155:3, 155:15, 155:22,
156:16, 157:7, 157:10,
157:15, 158:3, 159:14,
160:12, 161:11, 161:14,
161:22, 163:20, 169:11,
169:18, 172:16, 172:19,
175:17, 176:5, 186:19,
188:11, 189:18, 189:21,
189:25, 190:16, 191:8,
191:19, 193:3, 198:25,
199:2, 199:12, 203:15,
204:7, 206:15, 218:6,
218:24, 225:20, 256:7,
259:24, 263:8, 265:7,
265:17, 268:23, 273:24,
274:2, 281:13, 285:22,
292:5, 296:20, 296:21,
298:9, 298:24, 302:20,
302:21, 303:9, 303:25,
307:4, 307:22, 314:17,
315:11, 316:9
**were you** [64] - 12:7, 14:20,
15:8, 15:9, 15:10, 30:16,
30:18, 31:3, 32:6, 32:9, 33:3,
35:6, 35:22, 36:12, 36:15,
36:22, 37:2, 37:21, 37:22,
38:2, 38:16, 39:6, 39:18,
41:16, 44:11, 44:15, 44:22,
46:6, 51:23, 77:16, 78:4,
79:19, 80:6, 80:11, 81:18,
88:10, 104:21, 105:19,
109:12, 112:8, 124:10,
124:11, 133:3, 138:13,
146:15, 147:2, 151:19,
152:2, 152:10, 166:16,
171:21, 176:4, 183:6,
194:25, 195:6, 208:4,
231:18, 236:3, 236:7, 242:7,
295:14, 296:16
**weren't** [5] - 91:24, 146:18,
189:24, 190:4, 191:2
**west** [6] - 83:14, 83:25,
103:17, 103:20, 111:14,
300:18
**westbound** [4] - 87:21,
103:12, 194:15, 302:19
**what** [296] - 9:23, 11:13,
14:4, 14:22, 16:10, 19:10,
19:21, 21:9, 21:11, 22:5,
24:3, 26:3, 26:12, 29:10,
29:17, 34:8, 34:18, 34:25,
35:16, 37:7, 40:22, 42:20,
42:21, 45:7, 46:3, 47:23,
48:2, 48:7, 48:12, 48:17,
49:9, 49:23, 50:11, 50:12,
50:18, 51:3, 54:15, 54:24,
56:8, 56:15, 57:7, 58:21,
58:23, 58:24, 59:2, 59:3,
59:10, 59:14, 59:17, 60:19,
61:18, 61:24, 62:15, 63:4,

63:12, 65:12, 66:17, 67:9,
67:17, 68:20, 70:6, 71:16,
72:19, 72:23, 73:15, 75:19,
76:12, 77:5, 77:22, 78:8,
78:18, 78:22, 82:13, 82:14,
83:14, 84:20, 85:4, 87:7,
88:7, 89:6, 89:7, 90:16,
90:22, 91:9, 93:20, 97:2,
97:17, 98:25, 99:3, 99:25,
100:5, 100:13, 101:17,
103:10, 103:23, 103:24,
104:9, 104:13, 108:6, 110:2,
110:13, 111:11, 113:6,
113:14, 113:17, 113:23,
113:25, 115:18, 116:8,
116:10, 117:16, 117:17,
117:21, 118:14, 120:11,
120:24, 122:18, 123:22,
123:24, 124:12, 124:23,
126:24, 128:10, 128:23,
129:14, 129:17, 129:23,
129:24, 130:5, 131:11,
131:14, 131:21, 134:5,
135:9, 135:21, 137:3,
137:21, 138:17, 139:22,
140:17, 142:14, 145:23,
146:4, 146:5, 149:18,
150:12, 152:5, 152:23,
153:2, 154:10, 155:15,
159:6, 159:15, 159:18,
159:21, 160:24, 161:24,
162:2, 162:9, 164:19,
164:20, 166:2, 166:12,
166:23, 167:4, 168:16,
168:20, 169:4, 169:17,
169:18, 170:3, 170:7, 173:7,
175:4, 175:10, 175:24,
177:12, 177:15, 177:17,
177:19, 177:24, 178:2,
178:3, 178:6, 178:11,
178:20, 179:24, 180:3,
180:11, 181:12, 186:11,
187:7, 192:14, 193:3,
193:19, 194:14, 195:17,
196:6, 198:2, 199:12, 201:6,
201:19, 202:17, 205:8,
210:14, 211:7, 212:5,
213:17, 216:4, 216:17,
217:20, 219:3, 219:8,
221:11, 222:24, 224:10,
224:18, 224:20, 224:24,
228:2, 228:10, 229:13,
230:15, 231:15, 232:9,
234:25, 235:16, 236:4,
241:22, 241:24, 242:3,
242:6, 242:16, 243:5,
243:20, 246:3, 247:2,
249:15, 250:22, 251:22,
252:5, 252:10, 254:3,
252:20, 258:9, 259:12,
260:8, 260:17, 261:16,

264:24, 266:12, 267:4, 267:25, 268:23, 269:5, 269:18, 272:21, 272:24, 273:25, 276:11, 276:13, 276:18, 281:8, 281:12, 282:9, 282:10, 287:10, 287:21, 288:15, 288:19, 289:19, 290:2, 291:10, 291:15, 291:19, 292:16, 294:4, 294:20, 296:5, 296:25, 298:15, 301:21, 302:3, 304:22, 307:23, 311:21, 312:11, 312:15, 313:3, 314:17, 315:10, 317:9, 318:10

**what are** [5] - 96:3, 220:25, 221:2, 269:23, 304:23

**What did** [38] - 10:2, 20:6, 21:13, 49:20, 53:6, 53:10, 58:15, 86:22, 88:2, 89:2, 92:3, 96:25, 99:22, 100:10, 112:4, 114:23, 116:13, 116:14, 137:24, 138:19, 145:12, 145:20, 165:20, 171:15, 171:17, 174:2, 174:6, 185:7, 185:12, 187:4, 196:16, 197:18, 234:12, 239:12, 292:25, 296:3, 296:7, 298:21

**What is** [9] - 6:16, 10:15, 11:3, 21:5, 79:22, 279:7, 283:19, 288:14, 291:9

**what was** [30] - 15:12, 15:16, 18:5, 36:8, 37:18, 38:12, 43:11, 43:20, 43:22, 46:9, 50:20, 56:11, 77:10, 77:13, 79:17, 98:24, 111:22, 121:4, 124:10, 124:12, 131:8, 155:17, 155:21, 156:25, 160:4, 165:24, 180:10, 212:5, 311:16, 312:21

**what were** [9] - 14:14, 30:20, 38:13, 42:24, 84:25, 87:4, 151:12, 185:15, 186:16

**What's** [2] - 10:23, 62:16

**what's** [23] - 11:7, 11:12, 34:10, 35:3, 42:8, 52:25, 59:21, 63:3, 66:16, 73:14, 84:11, 120:18, 141:6, 183:18, 183:19, 202:16, 205:25, 242:2, 253:13, 289:25, 296:19, 310:21, 311:5

**whatever** [2] - 50:4, 178:4

**when** [113] - 8:21, 12:24, 13:21, 15:21, 15:25, 22:4, 23:4, 25:3, 25:6, 26:18, 28:20, 32:19, 34:4, 35:11, 51:20, 52:2, 63:5, 63:23,

68:11, 69:24, 70:19, 74:22, 80:23, 81:3, 81:4, 87:12, 89:14, 91:6, 91:7, 92:23, 93:6, 94:7, 97:18, 99:4, 99:21, 100:21, 102:25, 108:11, 112:14, 123:6, 125:13, 137:4, 138:13, 138:14, 148:9, 148:10, 148:11, 154:24, 155:12, 160:18, 163:10, 164:24, 166:17, 169:13, 171:9, 171:25, 177:7, 179:11, 179:13, 180:14, 182:9, 182:23, 184:2, 186:2, 186:12, 187:15, 194:21, 195:21, 197:10, 203:20, 204:19, 207:7, 207:13, 218:24, 222:4, 222:12, 225:7, 225:22, 226:2, 228:12, 228:20, 233:11, 233:17, 233:23, 234:25, 241:14, 243:11, 246:5, 246:9, 246:19, 247:9, 247:15, 248:22, 251:10, 251:17, 256:13, 258:19, 260:5, 264:13, 265:16, 269:5, 273:13, 275:5, 277:11, 277:17, 278:17, 283:13, 286:5, 294:15, 307:13, 315:16, 318:17

**when did** [16] - 9:20, 49:12, 53:16, 69:3, 108:5, 144:25, 197:3, 203:18, 208:9, 208:25, 273:19, 278:3, 280:8, 286:15, 295:3, 314:11

**when were** [1] - 77:19

**when would** [1] - 246:2

**when you** [83] - 15:4, 20:6, 20:14, 22:12, 25:11, 25:12, 26:4, 44:12, 49:8, 50:10, 52:12, 58:14, 60:18, 81:10, 81:17, 87:24, 88:5, 89:25, 97:21, 104:5, 104:7, 104:22, 106:10, 106:25, 109:10, 109:25, 111:23, 114:15, 114:21, 121:23, 125:16, 125:24, 126:7, 132:19, 133:6, 134:5, 134:13, 135:15, 136:8, 137:20, 139:21, 141:25, 145:10, 145:25, 154:19, 155:12, 155:18, 157:15, 159:13, 161:21, 165:8, 166:13, 168:5, 169:11, 171:15, 172:5, 173:3, 175:12, 183:7, 189:21, 191:8, 193:4, 193:7, 195:10, 196:15, 197:19, 200:5, 202:15, 203:11, 204:4, 206:15, 208:4, 225:8, 227:25, 250:3, 261:19, 267:22, 284:9, 295:20,

296:3, 296:7, 313:19, 314:17

**whenever** [4] - 69:21, 73:9, 199:17, 200:12

**where** [76] - 17:24, 27:10, 27:24, 34:13, 38:5, 39:13, 67:14, 77:25, 100:18, 102:10, 112:2, 155:3, 161:6, 162:4, 163:15, 183:6, 185:13, 202:24, 209:7, 210:21, 211:25, 215:13, 216:7, 223:10, 224:6, 224:10, 224:14, 224:19, 226:5, 226:25, 232:3, 232:14, 234:4, 234:9, 235:5, 240:6, 242:13, 244:7, 244:13, 244:21, 245:6, 245:14, 246:25, 247:18, 249:12, 252:24, 255:2, 261:20, 262:2, 262:10, 263:2, 265:23, 273:22, 276:16, 276:21, 276:22, 280:22, 282:18, 285:13, 286:19, 287:3, 288:9, 291:22, 296:11, 297:20, 301:8, 301:23, 301:24, 302:4, 302:11, 303:9, 303:11, 305:2, 308:21, 309:20, 310:13

**where are** [4] - 83:9, 107:3, 111:20, 306:7

**where is** [6] - 94:13, 164:20, 165:11, 249:12, 275:18, 306:14

**where was** [7] - 118:12, 118:24, 125:17, 134:13, 238:18, 238:19, 238:25

**where were** [5] - 36:18, 51:21, 87:11, 94:8, 208:3

**WHEREOF** [1] - 323:19

**whereupon** [2] - 299:22, 313:13

**Whereupon** [27] - 25:21, 67:23, 147:13, 181:20, 204:14, 206:25, 221:22, 233:2, 237:17, 241:5, 242:24, 248:10, 256:6, 259:23, 263:20, 264:7, 273:8, 277:5, 278:12, 281:19, 281:25, 283:8, 285:21, 297:12, 297:14, 317:25, 319:2

**whether** [32] - 11:16, 30:3, 30:10, 31:6, 31:24, 56:23, 65:3, 68:16, 72:12, 74:15, 93:15, 106:7, 119:10, 123:5, 146:21, 162:12, 172:22, 190:9, 211:5, 211:14, 232:11, 247:5, 247:24, 248:3, 252:18, 255:7, 265:23, 267:12, 271:22,

275:11, 297:3, 303:20

**which** [35] - 16:13, 16:20, 20:2, 23:21, 24:3, 24:24, 24:25, 26:15, 49:16, 83:25, 84:4, 145:18, 167:11, 178:8, 180:9, 181:24, 182:19, 187:16, 189:12, 208:20, 212:11, 212:12, 213:20, 214:10, 218:20, 223:16, 253:25, 261:20, 269:20, 272:3, 284:15, 287:17, 307:22, 310:18, 312:24

**while** [32] - 33:12, 33:25, 36:25, 42:17, 43:9, 61:15, 81:9, 90:23, 91:4, 126:18, 127:8, 127:21, 127:25, 137:10, 149:19, 194:12, 197:14, 205:21, 206:16, 207:15, 208:10, 215:20, 222:14, 226:16, 226:17, 235:2, 238:8, 238:12, 252:12, 269:6

**white** [3] - 95:15, 284:13, 298:11

**who** [27] - 23:13, 41:2, 44:20, 46:23, 48:19, 48:21, 64:13, 80:18, 116:6, 117:24, 132:25, 133:8, 176:10, 188:10, 188:11, 250:10, 250:12, 252:16, 260:25, 265:3, 265:14, 276:3, 292:19, 309:9, 314:8, 315:6, 316:6

**who is** [3] - 208:18, 265:20, 308:2

**who was** [11] - 22:11, 38:22, 40:10, 41:13, 79:11, 79:13, 79:24, 125:3, 134:20, 134:22, 251:25

**who were** [1] - 18:15

**who's** [3] - 41:22, 144:8, 201:11

**whoever** [2] - 246:12, 271:10

**whole** [14] - 102:23, 125:20, 126:20, 126:24, 126:25, 156:16, 182:21, 195:11, 216:18, 275:5, 275:15, 290:19, 310:24, 313:11

**whose** [5] - 121:21, 245:2, 266:11, 312:25, 323:10

**why** [100] - 10:12, 11:17, 17:9, 17:18, 21:8, 27:19, 36:3, 39:18, 47:14, 47:19, 51:14, 54:3, 54:5, 54:18, 55:9, 57:9, 59:10, 60:5, 60:10, 60:20, 64:18, 67:11, 78:4, 81:15, 107:9, 107:21, 109:6, 110:16, 112:8, 114:12, 118:5, 118:16,

126:13, 127:10, 127:11, 132:7, 136:18, 137:16, 139:12, 143:3, 143:18, 144:5, 146:18, 159:3, 160:5, 162:4, 162:10, 168:13, 172:11, 172:25, 175:20, 179:15, 182:6, 182:20, 185:25, 188:19, 189:3, 194:25, 199:8, 201:15, 202:4, 216:9, 218:5, 218:13, 225:6, 228:6, 229:10, 229:25, 234:15, 234:21, 235:18, 236:9, 236:13, 239:15, 245:9, 250:13, 253:16, 253:22, 254:16, 265:6, 270:3, 270:8, 271:14, 271:19, 272:2, 272:6, 272:8, 272:12, 284:3, 285:15, 289:2, 290:8, 293:18, 293:21, 296:16, 303:4, 305:8, 306:2, 312:5

**will** [9] - 7:17, 8:5, 8:16, 8:22, 9:3, 21:11, 204:18, 263:6

**Will** [1] - 5:18

**window** [2] - 141:23, 157:6

**windows** [3] - 97:14, 157:7, 303:16

**with** [189] - 4:12, 4:15, 5:5, 6:5, 11:23, 15:18, 15:22, 18:13, 18:16, 21:17, 21:18, 21:20, 21:24, 22:7, 22:12, 22:25, 23:8, 23:11, 23:13, 25:11, 25:12, 25:14, 25:17, 26:11, 26:17, 27:11, 27:24, 28:5, 31:21, 32:4, 33:12, 33:19, 33:22, 41:9, 43:16, 44:5, 44:13, 44:16, 44:23, 45:2, 45:13, 47:21, 47:22, 48:5, 48:6, 48:11, 48:16, 49:2, 50:12, 53:20, 55:12, 55:22, 56:21, 59:15, 61:2, 61:6, 61:12, 61:21, 61:22, 62:4, 62:23, 66:6, 66:8, 66:11, 68:15, 69:16, 70:18, 72:3, 75:24, 76:12, 77:5, 77:6, 81:10, 82:13, 82:16, 83:22, 94:8, 96:11, 101:14, 107:4, 107:24, 112:12, 115:10, 115:25, 117:5, 121:9, 123:23, 124:11, 124:19, 125:9, 126:11, 128:23, 129:3, 130:9, 131:17, 131:21, 133:16, 133:22, 135:6, 135:19, 136:10, 136:15, 137:10, 138:10, 138:16, 139:24, 140:2, 140:5, 140:10, 146:3, 146:5, 146:8, 149:12, 152:7, 152:11, 152:18, 158:21,

158:25, 165:2, 165:20, 166:9, 166:16, 171:12, 178:10, 178:18, 182:10, 182:12, 184:4, 185:8, 186:20, 187:24, 188:7, 189:8, 190:25, 192:5, 192:18, 193:8, 195:14, 196:10, 198:20, 199:6, 204:7, 207:16, 208:23, 209:22, 210:5, 211:7, 218:3, 218:11, 220:20, 223:9, 225:9, 228:7, 230:13, 231:4, 235:20, 242:8, 242:9, 250:5, 251:25, 260:14, 261:25, 268:25, 269:4, 271:4, 271:23, 275:24, 281:5, 282:11, 286:17, 288:23, 290:22, 291:5, 291:18, 291:22, 292:5, 294:4, 296:25, 300:5, 300:10, 301:2, 301:19, 312:22, 314:24, 315:9, 316:8, 317:4, 317:18

**within** [11] - 4:8, 44:21, 45:6, 45:12, 54:15, 55:5, 55:19, 76:11, 76:17, 88:13, 323:8

**without** [5] - 22:6, 87:9, 122:9, 123:7, 313:17

**witness** [17] - 4:10, 4:16, 4:18, 6:6, 6:8, 14:21, 15:9, 46:7, 46:8, 47:6, 208:16, 275:24, 276:4, 318:13, 319:3, 323:10, 323:13

**WITNESS** [11] - 62:14, 93:14, 168:22, 255:24, 263:24, 264:4, 273:25, 274:4, 279:23, 308:11, 323:19

**witness'** [1] - 302:5

**witnesses** [1] - 301:24

**woman** [2] - 30:4, 31:7

**wondering** [2] - 210:19, 238:25

**Woods** [3] - 2:12, 6:5, 6:6

**WOODS** [2] - 323:7, 323:25

**word** [6] - 50:24, 50:25, 145:15, 145:16, 168:17

**words** [1] - 307:4

**work** [16] - 9:21, 10:2, 36:6, 61:5, 61:12, 61:21, 62:4, 89:20, 90:13, 174:15, 176:21, 176:23, 195:4, 206:12, 211:21, 246:16

**worked** [3] - 61:22, 81:8, 81:10

**working** [2] - 190:19, 286:20

**works** [2] - 7:2, 141:13

**worksheet** [3] - 232:25,

233:3, 321:12

**worried** [4] - 171:21, 172:4, 176:4, 210:17

**would** [80] - 10:9, 13:10, 30:22, 35:19, 39:16, 55:4, 64:12, 64:13, 72:10, 72:15, 75:23, 80:18, 80:22, 81:11, 81:12, 89:11, 89:25, 90:5, 90:7, 101:7, 118:8, 123:4, 124:6, 132:24, 140:9, 141:14, 145:9, 155:23, 156:10, 156:12, 157:4, 158:8, 158:17, 159:8, 162:3, 163:23, 176:15, 177:10, 177:21, 197:15, 201:5, 201:13, 201:14, 202:23, 202:25, 203:4, 209:10, 209:17, 219:14, 219:15, 220:11, 244:7, 244:13, 246:13, 246:15, 247:8, 252:19, 253:22, 258:5, 258:6, 258:11, 267:8, 267:9, 276:17, 276:21, 276:22, 280:14, 285:16, 300:20, 301:12, 302:24, 305:19, 308:21, 311:9, 312:7, 317:5, 317:14

**wouldn't** [7] - 10:13, 122:13, 122:16, 123:10, 163:10, 175:20, 220:10

**write** [16] - 96:9, 99:13, 155:19, 201:17, 209:7, 210:20, 210:22, 215:10, 216:11, 216:18, 218:4, 219:2, 219:4, 219:8, 225:22, 255:3

**writes** [2] - 292:7, 292:22

**writing** [13] - 40:24, 79:23, 89:10, 90:23, 91:4, 95:19, 95:23, 179:12, 214:3, 263:11, 263:12, 269:19, 287:25

**writings** [1] - 210:5

**written** [7] - 29:25, 209:11, 209:18, 212:5, 215:8, 217:22, 224:13

**wrong** [13] - 60:7, 60:11, 80:3, 112:11, 112:16, 138:2, 178:6, 187:8, 205:18, 206:4, 282:21, 294:4

**wrote** [13] - 17:6, 17:8, 207:23, 211:14, 221:2, 235:22, 235:23, 238:24, 252:10, 252:16, 282:20, 284:5, 292:15

## X

**X** [4] - 1:3, 1:13, 321:2, 322:2

## Y

**Yeah** [1] - 93:14

**yeah** [34] - 14:24, 26:4, 28:15, 40:9, 47:7, 50:9, 51:8, 71:15, 75:12, 91:3, 133:5, 140:14, 165:4, 171:18, 171:22, 184:25, 197:17, 198:16, 199:18, 214:12, 215:12, 227:4, 232:17, 251:19, 253:4, 262:10, 287:24, 288:8, 290:21, 315:5, 315:17

**year** [12] - 28:23, 29:10, 34:8, 34:18, 35:16, 36:14, 37:7, 39:8, 42:21, 46:4, 77:22, 149:19

**years** [9] - 12:19, 29:16, 29:20, 36:4, 38:4, 42:6, 49:15, 150:22, 236:25

**yell** [1] - 157:16

**yelling** [1] - 311:19

**yep** [1] - 268:16

**yes** [405] - 7:9, 7:15, 7:19, 7:23, 8:4, 8:8, 8:14, 10:6, 10:11, 10:22, 12:3, 12:9, 12:12, 12:20, 12:23, 13:5, 13:11, 13:13, 13:15, 13:24, 14:7, 14:19, 15:7, 18:9, 18:10, 18:14, 19:5, 19:8, 21:3, 21:22, 22:2, 22:10, 23:3, 23:20, 24:13, 24:15, 28:7, 29:9, 29:24, 30:2, 30:19, 31:11, 31:23, 32:14, 34:5, 35:8, 35:15, 35:23, 36:2, 36:17, 37:12, 38:17, 38:19, 38:21, 39:12, 40:4, 40:21, 41:25, 42:18, 43:10, 45:22, 46:20, 47:13, 53:15, 55:2, 56:22, 57:19, 57:25, 58:20, 59:25, 61:7, 61:10, 61:13, 62:21, 65:23, 67:4, 68:23, 69:2, 69:13, 69:19, 69:22, 70:5, 70:7, 70:23, 71:3, 71:6, 71:11, 71:15, 73:5, 73:22, 73:23, 75:5, 75:19, 76:3, 77:2, 77:18, 77:22, 78:12, 79:4, 79:10, 81:24, 82:8, 84:10, 86:2, 86:15, 88:9, 89:13, 91:22, 94:6, 94:12, 94:21, 95:11, 96:19, 97:13, 98:23, 99:16, 99:20, 102:3, 102:15, 103:9, 103:21, 105:2, 105:12, 105:18, 107:20, 109:5, 109:18, 110:12, 110:23, 111:4, 111:16, 112:18, 112:20, 112:24, 115:17, 116:5, 118:4, 118:11, 120:10, 120:17, 121:22, 122:6, 124:8, 126:2, 126:9,

126:12, 126:19, 128:13, 129:13, 129:16, 130:7, 130:22, 130:25, 131:7, 131:23, 132:4, 133:15, 134:19, 135:3, 137:23, 138:15, 138:18, 139:20, 140:21, 141:12, 142:6, 144:19, 144:21, 144:24, 145:8, 145:11, 147:9, 149:15, 151:11, 151:25, 153:24, 154:22, 155:8, 156:18, 156:24, 157:11, 159:24, 160:3, 160:10, 160:17, 161:12, 161:16, 162:24, 163:18, 164:7, 164:12, 164:15, 165:19, 166:18, 167:10, 169:6, 169:8, 169:24, 170:12, 174:5, 175:8, 176:7, 177:22, 180:18, 182:5, 184:15, 186:22, 189:13, 190:3, 191:7, 191:24, 192:4, 192:19, 193:6, 193:15, 193:16, 193:19, 193:23, 193:25, 194:8, 195:8, 197:25, 198:10, 198:14, 199:25, 200:4, 200:8, 202:3, 203:4, 204:3, 204:5, 204:24, 205:4, 205:7, 207:8, 207:11, 207:21, 208:24, 209:6, 211:12, 212:3, 213:7, 213:13, 213:15, 214:16, 215:6, 215:16, 216:5, 216:23, 220:24, 222:10, 222:18, 223:6, 223:22, 224:22, 226:7, 228:8, 230:14, 231:11, 232:5, 232:8, 232:13, 233:16, 233:22, 234:8, 234:11, 234:14, 234:16, 234:20, 236:8, 237:25, 238:17, 239:11, 239:14, 239:23, 240:9, 240:16, 241:10, 241:16, 241:20, 243:13, 243:16, 245:8, 245:17, 246:11, 246:17, 247:6, 247:12, 247:20, 249:6, 249:18, 249:21, 250:2, 252:7, 254:14, 254:20, 254:24, 256:21, 257:2, 257:24, 258:11, 258:14, 259:2, 260:7, 261:12, 264:3, 264:23, 265:2, 265:11, 266:18, 267:6, 267:18, 267:21, 269:17, 270:6, 270:16, 270:19, 270:21, 270:24, 271:8, 271:13, 272:5, 272:16, 272:19, 273:15, 273:18, 274:4, 274:20, 274:24, 274:25, 276:2, 276:10, 276:11,

277:13, 277:16, 277:23, 278:2, 278:18, 279:6, 280:4, 280:7, 280:16, 280:20, 280:24, 282:13, 282:16, 282:21, 282:25, 283:15, 283:18, 284:24, 285:6, 285:9, 285:11, 285:14, 286:6, 286:9, 286:14, 286:25, 288:10, 289:17, 289:24, 290:7, 290:20, 290:21, 291:24, 292:6, 292:24, 294:16, 295:12, 297:22, 298:11, 299:10, 299:15, 300:3, 300:6, 300:8, 300:15, 300:19, 300:22, 301:3, 302:8, 302:9, 302:15, 303:3, 303:14, 303:18, 304:3, 304:7, 305:15, 305:21, 306:22, 306:25, 307:12, 308:6, 308:7, 308:16, 308:19, 308:23, 309:22, 313:8, 314:19, 315:5, 316:4
    **Yes** [4] - 78:10, 129:10, 166:21, 224:4
    **yesterday** [2] - 9:22, 318:15
    **yet** [9] - 52:9, 174:19, 287:20, 287:22, 288:2, 294:8, 294:17, 296:22, 309:11
    **York** [18] - 2:11, 2:13, 3:6, 3:15, 5:7, 5:12, 5:13, 5:14, 5:17, 5:24, 6:2, 6:9, 6:17, 6:18, 323:8
    **YORK** [5] - 1:2, 1:8, 3:9, 3:10, 323:4
    **you** [868] - 6:22, 6:25, 7:6, 7:7, 7:8, 7:11, 7:13, 7:16, 7:18, 7:20, 7:21, 7:24, 8:6, 8:9, 8:11, 8:16, 8:23, 9:2, 9:20, 10:2, 10:4, 10:8, 10:12, 11:17, 11:21, 12:11, 13:25, 15:2, 15:5, 15:9, 15:21, 17:6, 17:20, 18:3, 18:6, 18:13, 18:16, 19:14, 19:16, 19:21, 19:23, 20:6, 20:9, 20:14, 20:15, 20:21, 21:5, 21:13, 21:16, 22:6, 24:6, 24:10, 24:17, 24:25, 25:12, 26:3, 26:9, 26:10, 26:12, 27:5, 27:6, 27:10, 27:11, 27:16, 27:24, 27:25, 28:13, 28:21, 29:4, 29:7, 29:14, 29:15, 30:13, 31:19, 31:24, 32:18, 32:21, 33:7, 33:12, 33:15, 35:7, 35:20, 35:25, 36:18, 36:22, 36:25, 37:13, 37:16, 38:9, 39:10, 40:5, 40:8, 40:14, 40:17, 40:19, 40:22, 41:4, 41:5, 42:24, 43:5, 43:8,

43:9, 43:15, 44:2, 44:25, 45:7, 45:8, 45:11, 45:15, 46:3, 46:16, 46:17, 47:5, 47:8, 47:9, 47:18, 48:2, 49:8, 49:12, 49:22, 50:4, 50:13, 50:20, 51:12, 51:14, 51:21, 52:3, 52:8, 52:11, 52:13, 52:19, 52:22, 53:6, 53:9, 53:16, 53:21, 53:25, 54:22, 54:24, 55:3, 55:6, 55:14, 55:15, 55:16, 55:25, 56:3, 56:4, 56:9, 56:17, 56:19, 57:13, 57:14, 57:17, 57:23, 58:8, 58:10, 58:15, 59:3, 59:7, 59:10, 59:11, 59:24, 60:2, 60:3, 60:7, 60:11, 60:15, 60:23, 61:15, 61:16, 62:16, 62:19, 62:22, 63:9, 63:15, 63:22, 64:8, 64:9, 64:10, 64:12, 64:13, 64:15, 64:21, 65:6, 65:10, 65:13, 65:17, 65:19, 65:20, 66:3, 66:6, 66:15, 68:6, 68:11, 68:20, 69:3, 69:11, 69:16, 69:17, 69:21, 69:25, 70:6, 71:21, 72:9, 72:10, 72:11, 72:14, 74:2, 74:11, 74:20, 75:7, 75:9, 75:13, 75:15, 75:16, 75:20, 75:22, 76:4, 76:6, 76:10, 76:22, 77:19, 78:11, 78:14, 79:2, 80:15, 81:12, 82:15, 82:21, 82:22, 82:25, 83:9, 83:10, 83:13, 83:14, 84:7, 85:5, 85:16, 85:18, 85:20, 85:24, 86:4, 86:8, 86:13, 86:17, 86:25, 87:4, 87:11, 87:15, 88:2, 88:5, 88:7, 89:7, 89:11, 89:14, 89:19, 89:21, 90:3, 90:7, 90:15, 90:21, 91:4, 91:18, 91:24, 93:12, 93:19, 93:22, 94:3, 94:8, 94:14, 94:22, 95:6, 95:8, 95:17, 95:19, 95:20, 95:25, 96:3, 96:12, 96:21, 97:11, 98:21, 99:17, 99:23, 100:6, 100:18, 100:22, 101:9, 101:17, 101:19, 101:25, 102:4, 102:16, 104:6, 105:16, 105:21, 105:23, 105:25, 106:5, 106:17, 107:2, 107:3, 107:13, 107:15, 107:18, 107:24, 108:6, 108:12, 108:15, 108:18, 108:19, 108:21, 108:22, 109:25, 110:2, 110:4, 110:11, 110:16, 110:24, 111:20, 111:23, 112:4, 113:3, 113:13, 114:23, 115:2, 115:5, 115:15, 115:16, 115:24, 116:13, 116:14,

116:16, 117:2, 117:17, 118:5, 118:9, 118:13, 119:13, 119:18, 119:19, 120:2, 120:7, 120:8, 120:13, 120:24, 121:17, 122:4, 122:7, 123:5, 123:12, 123:23, 124:6, 125:12, 126:10, 126:22, 127:21, 128:23, 128:24, 129:5, 129:18, 129:22, 129:25, 130:4, 130:13, 130:24, 131:2, 131:5, 131:13, 131:16, 131:24, 132:2, 132:13, 132:15, 132:16, 133:12, 133:13, 133:22, 136:3, 136:14, 136:15, 137:24, 137:25, 138:19, 138:22, 139:3, 139:9, 139:16, 139:18, 139:23, 140:4, 140:5, 140:9, 141:10, 141:14, 141:18, 141:21, 142:11, 142:22, 143:5, 143:6, 143:12, 143:18, 143:22, 144:2, 144:8, 144:9, 144:10, 144:15, 144:20, 144:22, 144:23, 145:18, 146:2, 146:18, 149:10, 149:11, 149:16, 149:23, 154:7, 154:10, 155:13, 155:15, 155:22, 156:6, 156:11, 156:12, 156:15, 156:22, 157:4, 157:10, 158:3, 158:4, 158:8, 158:10, 159:14, 159:17, 159:18, 159:21, 159:25, 160:12, 160:22, 161:5, 161:8, 161:11, 161:14, 161:22, 162:4, 162:5, 162:8, 162:10, 162:11, 162:12, 162:14, 162:16, 162:21, 163:10, 163:11, 163:20, 163:23, 164:13, 165:20, 165:25, 167:24, 168:2, 168:11, 170:7, 170:25, 171:5, 171:15, 172:2, 172:13, 172:15, 172:22, 173:6, 173:11, 173:12, 174:2, 174:18, 175:17, 175:20, 176:15, 177:24, 178:4, 178:5, 178:10, 179:18, 179:24, 180:11, 180:24, 181:4, 183:4, 183:5, 183:16, 184:7, 184:13, 184:20, 185:7, 185:12, 185:23, 185:24, 186:7, 186:16, 186:19, 187:5, 187:7, 187:23, 188:6, 189:8, 189:9, 189:18, 189:25, 190:10, 190:13, 191:2, 191:5, 191:10, 191:18, 191:19, 191:20, 191:21, 193:9,

193:24, 195:9, 195:11, 195:16, 196:11, 196:15, 196:16, 197:3, 198:2, 198:9, 198:11, 199:6, 199:11, 199:21, 200:3, 200:16, 200:18, 201:5, 201:6, 201:13, 201:24, 202:2, 202:11, 202:19, 202:24, 203:10, 203:15, 203:18, 203:25, 204:6, 204:18, 207:22, 207:23, 208:3, 208:9, 208:12, 208:15, 208:25, 209:10, 209:13, 209:17, 209:20, 209:21, 210:10, 210:14, 210:17, 210:20, 210:21, 211:10, 211:13, 211:14, 212:16, 212:21, 214:6, 214:10, 214:13, 214:17, 216:7, 216:9, 216:14, 216:20, 216:25, 217:21, 218:5, 218:6, 218:8, 218:13, 218:16, 218:22, 218:23, 219:4, 219:15, 219:21, 220:11, 221:2, 221:4, 221:6, 222:3, 223:4, 223:7, 224:6, 224:12, 225:17, 225:20, 225:25, 227:11, 227:14, 227:16, 228:10, 230:9, 230:12, 230:16, 230:20, 231:12, 231:17, 231:21, 232:2, 232:12, 233:7, 233:8, 234:5, 234:9, 234:12, 235:10, 235:20, 235:22, 236:23, 237:3, 238:24, 239:12, 239:21, 239:24, 240:7, 240:11, 240:17, 241:11, 242:20, 243:10, 244:7, 244:13, 245:5, 245:14, 245:18, 247:5, 248:21, 249:14, 250:7, 250:8, 250:23, 251:5, 251:12, 251:15, 251:21, 252:4, 252:10, 253:21, 254:3, 254:6, 256:11, 256:23, 256:24, 257:17, 257:18, 257:20, 257:25, 258:5, 258:6, 259:3, 261:5, 263:2, 263:13, 263:15, 264:11, 266:7, 266:8, 266:22, 268:11, 268:19, 269:2, 269:11, 269:20, 269:24, 270:4, 272:7, 272:23, 273:19, 273:23, 274:22, 275:16, 276:7, 276:11, 278:3, 278:11, 278:21, 279:16, 280:8, 280:14, 280:17, 281:2, 281:7, 281:13, 282:8, 282:10, 282:18, 282:20, 283:5, 283:23, 283:24,

284:18, 284:22, 285:12, 286:2, 286:3, 286:15, 286:20, 287:10, 287:19, 287:22, 287:25, 288:8, 288:15, 289:2, 289:5, 289:8, 289:10, 289:12, 289:13, 289:14, 289:20, 290:3, 290:17, 290:22, 290:24, 291:5, 291:15, 291:22, 292:5, 292:10, 292:15, 292:22, 292:25, 293:6, 293:14, 293:23, 294:3, 294:7, 294:10, 294:17, 294:21, 295:3, 295:4, 295:23, 296:3, 296:9, 296:15, 296:20, 296:21, 297:20, 298:6, 298:9, 298:13, 298:21, 298:23, 299:7, 299:12, 300:4, 300:10, 300:11, 301:9, 301:12, 302:13, 302:20, 302:21, 302:24, 303:4, 303:9, 303:16, 304:10, 304:13, 304:23, 305:5, 305:6, 305:7, 305:12, 306:7, 307:5, 307:15, 307:16, 307:22, 307:23, 308:21, 311:14, 311:16, 312:2, 312:7, 312:10, 312:20, 313:4, 314:11, 314:14, 314:15, 314:17, 314:22, 316:3, 316:6, 316:9, 316:17, 316:18, 317:5, 317:14, 317:18, 318:19

**You** [86] - 15:23, 16:4, 20:25, 30:7, 30:21, 31:14, 44:17, 47:15, 49:4, 50:22, 52:15, 54:7, 56:5, 56:13, 57:10, 59:5, 63:25, 66:20, 70:21, 70:25, 71:9, 72:16, 74:17, 75:3, 75:17, 75:25, 76:14, 76:19, 77:8, 80:25, 84:18, 90:17, 92:6, 106:13, 107:5, 109:19, 115:12, 119:6, 123:8, 125:21, 127:4, 129:19, 133:18, 135:11, 140:12, 144:11, 145:13, 146:13, 162:6, 162:17, 163:3, 163:12, 170:23, 172:17, 173:18, 175:25, 176:17, 177:13, 181:9, 189:10, 191:12, 193:12, 199:23, 209:24, 210:8, 212:23, 214:8, 217:6, 219:6, 220:14, 224:8, 224:17, 231:9, 250:15, 257:8, 270:11, 274:2, 276:19, 290:10, 291:12, 297:5, 307:18, 310:4, 315:22, 317:7, 317:16
**you'd** [1] - 314:16

**You're** [1] - 241:12
**you're** [103] - 7:25, 11:16, 14:5, 19:19, 27:18, 33:11, 34:4, 41:8, 41:9, 47:11, 63:4, 63:5, 63:21, 63:23, 64:6, 64:25, 65:2, 65:21, 67:2, 67:8, 68:11, 83:12, 83:19, 84:8, 87:16, 89:15, 91:15, 91:16, 94:9, 94:11, 95:7, 96:2, 102:11, 108:10, 109:17, 110:19, 111:14, 112:15, 121:8, 133:16, 134:10, 137:5, 144:7, 149:24, 153:2, 156:7, 157:19, 158:17, 159:22, 161:2, 161:3, 162:22, 169:4, 172:3, 180:14, 189:9, 199:17, 201:19, 202:17, 204:20, 207:7, 214:23, 216:25, 218:24, 221:12, 222:4, 223:24, 227:2, 227:6, 233:11, 235:10, 241:15, 243:12, 248:22, 256:13, 259:11, 260:5, 264:13, 273:13, 275:3, 277:11, 278:17, 278:20, 281:11, 282:9, 283:14, 286:5, 286:20, 287:24, 288:25, 289:6, 292:11, 300:16, 301:16, 302:17, 303:19, 305:4, 306:17, 307:2, 307:9, 308:2, 310:14, 313:10
**you've** [13] - 10:4, 10:7, 13:7, 66:17, 66:18, 75:8, 75:14, 257:14, 258:20, 295:11, 299:19, 299:24, 313:6
**young** [1] - 149:4
**your** [222] - 6:13, 6:16, 7:5, 8:2, 8:10, 9:3, 9:20, 10:15, 10:20, 10:23, 11:3, 11:5, 11:7, 11:12, 11:14, 11:25, 18:5, 18:6, 19:20, 19:22, 20:13, 21:20, 21:24, 22:7, 22:12, 22:25, 23:23, 24:3, 24:4, 24:11, 24:21, 25:11, 26:11, 27:6, 27:12, 28:5, 30:20, 31:10, 31:22, 31:25, 32:12, 34:10, 34:18, 35:3, 36:8, 37:18, 38:12, 38:13, 38:22, 40:10, 41:13, 41:19, 41:22, 42:4, 43:6, 43:11, 44:13, 45:5, 50:3, 56:12, 58:6, 61:3, 63:3, 70:17, 73:14, 77:10, 77:13, 79:11, 79:13, 79:17, 80:15, 81:6, 82:6, 86:12, 88:6, 89:18, 89:19, 90:8, 92:24, 93:4, 94:4, 95:7, 95:18, 95:20, 97:14, 98:17, 98:24, 99:22,

100:14, 102:10, 102:13, 106:18, 109:3, 112:15, 114:16, 120:8, 121:9, 121:25, 122:12, 129:9, 130:16, 133:4, 138:10, 139:17, 140:11, 140:16, 142:12, 142:19, 146:3, 148:2, 149:24, 150:8, 151:6, 151:21, 152:20, 153:4, 153:21, 154:7, 154:9, 154:23, 155:17, 155:21, 156:16, 157:2, 157:7, 157:14, 157:18, 157:22, 158:3, 158:7, 158:19, 158:23, 160:4, 160:19, 161:15, 161:18, 161:22, 162:5, 168:6, 172:6, 186:12, 189:8, 189:17, 189:21, 199:22, 201:10, 201:25, 204:7, 205:2, 207:19, 209:16, 209:21, 210:3, 210:5, 210:6, 210:19, 211:19, 211:21, 214:2, 214:3, 218:14, 219:13, 222:16, 223:8, 223:14, 223:23, 223:25, 224:13, 224:14, 225:11, 225:19, 225:22, 232:4, 233:20, 234:7, 242:2, 243:17, 244:23, 247:21, 249:10, 249:20, 253:10, 255:18, 258:19, 258:22, 264:20, 267:7, 270:7, 270:18, 271:12, 271:23, 274:5, 277:21, 277:25, 280:22, 287:3, 288:11, 288:14, 289:25, 291:9, 291:25, 293:15, 295:18, 297:21, 297:24, 300:5, 301:9, 301:12, 301:17, 301:18, 303:16, 303:25, 304:11, 305:11, 305:18, 306:21, 308:3, 308:15, 317:12, 317:13
**Your** [1] - 10:25
**yours** [1] - 243:21
**yourself** [1] - 313:21

## Z

**z** [1] - 6:7
**Z** [2] - 6:7, 10:17
**Z-H-E-N-G** [1] - 10:17
**Zach** [3] - 22:13, 22:15, 23:14
  **ZACHARY** [2] - 3:8, 3:15
  **Zachary** [1] - 5:23
**zero** [1] - 82:5
**Zheng** [11] - 5:8, 6:15, 6:19, 10:21, 68:4, 147:18, 204:18, 223:15, 237:21, 297:18,

318:22
  **ZHENG** [6] - 1:8, 1:19, 2:6, 3:10, 320:15
  **Zheng's** [1] - 204:12
  **zip** [7] - 184:19, 184:25, 187:20, 206:6, 226:22, 238:13, 238:24
  **zone** [1] - 102:20
  **ZUOPENG** [7] - 1:9, 1:19, 2:6, 2:7, 3:11, 10:16, 320:15
  **Zuopeng** [3] - 5:8, 6:15, 318:22

°

° [4] - 319:6