# ORIGINAL

1

2　　UNITED STATES DISTRICT COURT
　　　EASTERN DISTRICT OF NEW YORK

3　　-------------------------------------------X
　　　HEINS RODRIGUEZ,

4
　　　　　　　　　　　　　　　　　PLAINTIFF,

5

6　　　　　　　　-against-　　　　　Case No:
　　　　　　　　　　　　　　　　　16-CV-5861

7

8　　CITY OF NEW YORK; POLICE OFFICER ZHENG
　　　ZUOPENG, SHIELD NO. 25461; POLICE OFFICER

9　　ALEN CHEN, SHIELD NO. 28461; SERGEANT
　　　MATTHEW S. STARRANTINO, AND JOHN AND JANE

10　 DOE 1 THROUGH 10, INDIVIDUALLY AND IN THEIR
　　　OFFICIAL CAPACITIES(THE NAMES JOHN AND JANE

11　 DOE) BEING FICTITIOUS, AS THE TRUE NAMES
　　　ARE PRESENTLY UNKNOWN,

12
　　　　　　　　　　　　　　　　　DEFENDANTS.

13　 -------------------------------------------X

14　　　　　　　　　　　　DATE:　July 27, 2018

15　　　　　　　　　　　　TIME:　10:15 A.M.

16

17　　　　　　　　VIDEOTAPED DEPOSITION of the

18　 Defendant, POLICE OFFICER ALEN CHEN, taken

19　 by the Plaintiff, pursuant to a Notice and

20　 to the Federal Rules of Civil Procedure,

21　 held at the offices of Elefterakis,

22　 Elefterakis & Panek, 80 Pine Street, New

23　 York, New York 10005, before Mila Gutman

24　 Azimov, a Notary Public of the State of New

25　 York.

1

2    A P P E A R A N C E S:

3

4    ELEFTERAKIS, ELEFTERAKIS & PANEK
       Attorneys for the Plaintiff
5      HEINS RODRIGUEZ
       80 Pine Street
6      New York, New York 10005
       BY:   BAREE N. FETT, ESQ.
7

8

9    ZACHARY W. CARTER
     CORPORATION COUNSEL
10   NEW YORK CITY LAW DEPARTMENT
       Attorneys for the Defendants
11     CITY OF NEW YORK; POLICE OFFICER ZHENG
       ZUOPENG, SHIELD NO. 25461; POLICE OFFICER
12     ALEN CHEN, SHIELD NO. 28461; SERGEANT
       MATTHEW S. STARRANTINO, AND JOHN AND JANE
13     DOE 1 THROUGH 10
       100 Church Street
14     New York, New York 10007
       BY:   KEVIN KELLY, ESQ.
15

16

     ALSO PRESENT:
17     ROBERT HORGAN
       Videographer
18     DIAMOND REPORTING & LEGAL VIDEO

19
                 *           *           *
20

21

22

23

24

25

1
2     F E D E R A L   S T I P U L A T I O N S
3
4
5     IT IS HEREBY STIPULATED AND AGREED by and
6     between the counsel for the respective
7     parties herein that the sealing, filing and
8     certification of the within deposition be
9     waived; that the original of the deposition
10    may be signed and sworn to by the witness
11    before anyone authorized to administer an
12    oath, with the same effect as if signed
13    before a Judge of the Court; that an
14    unsigned copy of the deposition may be used
15    with the same force and effect as if signed
16    by the witness, 30 days after service of
17    the original & 1 copy of same upon counsel
18    for the witness.
19
20    IT IS FURTHER STIPULATED AND AGREED that
21    all objections except as to form, are
22    reserved to the time of trial.
23
24              *     *     *     *
25

1

2          THE VIDEOGRAPHER:  We are now

3     on the record.  The time is 10:16

4     a.m. on July 27, 2018.  My name is

5     Robert Horgan, legal videographer

6     with Diamond Reporting and Legal

7     Video based in Brooklyn, New York.

8          This is the deposition of Alen

9     Chen taken on behalf of Plaintiff.

10     This deposition is being held at the

11     offices of left Elefterakis,

12     Elefterakis and Panek, 80 Pine

13     Street, New York, New York.  In the

14     United States District Court, Eastern

15     District of New York, the caption of

16     the case is Heins Rodriguez,

17     Plaintiff against City of New York et

18     al, defendants.  Docket number 16 CV

19     5861.  Will Counsel now please

20     identify themselves, their firms and

21     the parties they represent.

22          MS. FETT:  Baree Fett for the

23     plaintiff, Heins Rodriguez from the

24     firm Elefterakis, Elefterakis and

25     Panek.

1              A. CHEN
2              MR. KELLY:  Kevin Kelly, New
3         York City law department for the
4         defendants.
5              THE VIDEOGRAPHER:  The Court
6         Reporter is Mila Azimov with Diamond
7         Reporting.  Ms. Azimov, please are
8         swear in the witness.
9    A L E N    C H E N, called as a witness,
10   having been first duly sworn by a Notary
11   Public of the State of New York, was
12   examined and testified as follows:
13   EXAMINATION BY
14   MS. FETT:
15        Q.    Good morning Officer Chen, my
16   name is Baree Fett and I represent the
17   plaintiff Heins Rodriguez in this case.
18        A.    Good morning.
19        Q.    I'm going to ask you a series
20   of questions today.  Before we get started,
21   I'm going to go over some of the ground
22   rules for the deposition.  First, because
23   there's a court reporter taking down
24   everything that we are saying, I would ask
25   that you first let me finish my question

                    A. CHEN

1

2    before you answer it even if you already

3    know the answer.  Okay?

4         A.    Okay.

5         Q.    I also ask that you give all of

6    your responses verbally instead of a nod of

7    the head so that the Court Reporter can

8    take it down.  Okay?

9         A.    Okay.

10        Q.    If, at any time, you don't

11   understand one of my questions, will you

12   let me know?

13        A.    Yes.

14        Q.    If you don't hear my question,

15   will you let me know?

16        A.    Yes.

17        Q.    If you don't tell me that you

18   don't understand or you don't hear my

19   question, I'll assume that you understand

20   it; is that fair?

21        A.    Yes.

22        Q.    You're able to take a break at

23   any time that you want.  Just let me know.

24   Okay?

25        A.    Okay.

1                    A. CHEN

2          Q.    If a question is pending,

3    however, I would just ask that you first

4    answer the question before you take a

5    break.  Okay?

6          A.    Okay.

7          Q.    You are here to answer

8    questions to the best of your ability or

9    recollection so I don't want you to guess

10   or speculate.  Okay?

11         A.    Okay.

12         Q.    At any time, if you want to

13   change an answer that you previously gave,

14   just let me know and I'll give you the

15   opportunity.  Okay?

16         A.    Okay.

17         Q.    Once this deposition is over, a

18   transcript will be generated and you will

19   have the opportunity to review the

20   transcript and make any corrections.  Okay?

21         A.    Okay.

22         Q.    Understand that when we go to

23   trial in this case, I will be able to

24   comment on any changes or corrections that

25   you made.  Okay?

```
1                    A. CHEN
2          A.    Okay.
3          Q.    Are you on any medication that
4    may affect your memory?
5          A.    No.
6          Q.    Have you had any alcohol in the
7    last 24 hours?
8          A.    No.
9          Q.    Have you used any marijuana in
10   the last 24 hours?
11         A.    No.
12         Q.    Have you taken any illegal
13   drugs in the last 24 hours?
14         A.    No.
15         Q.    How much sleep did you get last
16   night?
17         A.    Four, five hours.
18         Q.    When did you last finish your
19   tour of duty?
20         A.    1805 yesterday.
21         Q.    What is 1805 in nonmilitary
22   time?
23         A.    6:05 p.m.
24         Q.    What did you do after work?
25         A.    I went home.
```

1                    A. CHEN

2          Q.    Are you aware that you've taken

3     an oath to tell the truth today?

4          A.    Yes.

5          Q.    Is there any reason that you

6     won't be able to tell the truth today?

7          A.    No.

8          Q.    What is your full name?

9          A.    Alen C. Chen.

10         Q.    What does the C stand for?

11         A.    It's an initial.

12         Q.    It's not a name?

13         A.    No.

14         Q.    What's your shield number?

15         A.    28461.

16         Q.    And your tax ID?

17         A.    941997.

18         Q.    What is your current command?

19         A.    110th Precinct.

20         Q.    And your current assignment?

21         A.    Summons, summons officer.

22         Q.    Is that the same assignment

23    that you had on August 14, 2015?

24         A.    Yes.

25         Q.    Do you wear glasses or contact

```
 1                    A. CHEN
 2   lenses?
 3        A.    Glasses.
 4        Q.    For what condition do you wear
 5   glasses?
 6        A.    Only at night for driving.
 7        Q.    Were you prescribed glasses in
 8   August of 2015?
 9        A.    Yes.
10        Q.    What did you do to prepare for
11   the deposition today?
12              MR. KELLY:  Objection.  You can
13        answer.
14        Q.    Aside from any conversations
15   with your attorneys, what did you do to
16   prepare for the deposition today?
17        A.    Nothing.
18        Q.    Did you meet with your
19   attorneys?
20        A.    Yes.
21        Q.    On how many occasions?
22        A.    Two, three times.
23        Q.    Do you remember when was the
24   first time that you met with them?
25        A.    No, I don't recall.
```

```
 1                    A. CHEN
 2      Q.    Who did you meet with?
 3      A.    Zach Berkman and Kevin Kelly.
 4      Q.    Was there anyone else in the
 5 room?
 6      A.    No.
 7      Q.    Did you review any documents?
 8      A.    I don't recall.
 9      Q.    Did you review any video?
10      A.    You mean the first meeting?
11      Q.    Yes.
12      A.    I don't recall.  I'm sorry.
13      Q.    That's okay.  Do you remember
14 how long the meeting was for, the first
15 one?
16      A.    Maybe an hour, two hours.
17      Q.    When was the second meeting?
18      A.    A few days later.
19      Q.    Was that in the month of July?
20      A.    I don't recall the date.
21      Q.    How long was that meeting?
22      A.    Two hours possibly.
23      Q.    Who did you meet with?
24      A.    Both attorneys.
25      Q.    The same two attorneys?
```

1                    A. CHEN

2          A.    Yes.

3          Q.    Did you review any documents?

4          A.    Yes.

5          Q.    Which documents did you review?

6          A.    The text messages.

7          Q.    Anything else?

8          A.    The video.

9          Q.    Which video did you review?

10         A.    The video of the incident and

11    the second video afterwards.

12         Q.    How about the third time that

13    you met with your attorneys, when was that?

14         A.    Today.

15         Q.    How long did you meet with

16    them?

17         A.    About 20 minutes.

18         Q.    Was anyone else in the room?

19         A.    No.

20         Q.    Did you review any documents?

21         A.    Yes, my memo book.

22         Q.    Anything else?

23         A.    No.

24         Q.    Did you review either of the

25    two videos this morning?

1                    A. CHEN

2         A.    No.

3         Q.    Before meeting with your

4    attorneys the first time, had you ever seen

5    either video before?

6         A.    Yes.

7         Q.    Which video?

8         A.    The video of the incident.

9         Q.    Approximately when had you seen

10   that?

11        A.    To the best of my recollection,

12   probably two, three months after the actual

13   incident.

14        Q.    That was the only time that you

15   had seen it?

16        A.    Yes.

17        Q.    How about the other video that

18   shows officers in the scene, had you seen

19   that one before meeting with your attorney?

20        A.    No.

21        Q.    Had you ever given testimony

22   under oath before?

23        A.    Yes.

24        Q.    When I say under oath, that

25   could be in a deposition like this, civil

1                     A. CHEN

2    court, criminal court?

3         A.    Yes.

4         Q.    On how many occasions?

5         A.    Many.

6         Q.    More than 20?

7         A.    Yes.

8         Q.    More than 30?

9         A.    Yes.

10        Q.    What's your date of

11   appointment?

12        A.    June of 2006.

13        Q.    How many arrests have you made?

14        A.    I can't tell you off the top of

15   my head, maybe roughly 100.

16        Q.    Back to the testimony, giving

17   testimony under oath, would you say that

18   you've given testimony more than 50 times?

19        A.    Yes.

20        Q.    More than 100?

21        A.    Yes.

22        Q.    Have you ever given testimony

23   at a trial in a civil lawsuit?

24        A.    No.

25        Q.    Have you ever given deposition

```
 1                    A. CHEN
 2    testimony like we are today doing?
 3         A.    No.
 4         Q.    Is it fair to say that all of
 5    your testimony have been in criminal
 6    proceedings?
 7         A.    Traffic court.
 8         Q.    Do you know whether or not a
 9    judge has ever ruled your testimony or any
10    portion of your testimony to be incredible,
11    meaning not believable?
12         A.    No.
13         Q.    You don't know or you're not
14    aware?
15         A.    I'm not aware.
16         Q.    Have you ever been sued as a
17    police officer?
18         A.    No.
19         Q.    This is the first time that
20    you've been sued as a police officer?
21         A.    Yes.
22         Q.    Have you ever been sued
23    personally whether it's a car accident,
24    divorce or something like that?
25         A.    No.
```

```
 1                    A. CHEN
 2       Q.     Have you ever sued anyone?
 3       A.     No.
 4       Q.     What's your highest level of
 5  education?
 6       A.     Associates.
 7       Q.     You earned an associates
 8  degree?
 9       A.     Yes.
10       Q.     From where?
11       A.     BMCC.
12       Q.     What does that stand for?
13       A.     Borough of Manhattan Community
14  College.
15       Q.     What did you earn your degree
16  in?
17       A.     Liberal arts.
18       Q.     Do you have any other degrees
19  or certificates?
20       A.     No.
21       Q.     Were you accepted to NYPD the
22  first time that you applied?
23       A.     Yes.
24       Q.     Did you apply to any other law
25  enforcement units?
```

1                          A. CHEN

2          A.     No.

3          Q.     Since you joined in 2006, have

4     you applied to any other law enforcement

5     units?

6          A.     No.

7          Q.     What was your first assignment

8     after graduating from the police academy?

9          A.     115th Precinct.

10         Q.     What was your assignment at the

11    115?

12         A.     Impact.

13         Q.     How long were you at the 115?

14         A.     Six to seven months.

15         Q.     Where were you assigned after

16    that?

17         A.     110th Precinct.

18         Q.     Approximately what year was

19    that?

20         A.     2007.

21         Q.     Have you been at the 110

22    without transfer since approximately 2007?

23         A.     Yes.

24         Q.     What was your first assignment

25    at the 110?

```
 1                    A. CHEN
 2        A.    Kind of like impact too.
 3        Q.    How long were you an impact
 4   officer?
 5        A.    I don't recall, possibly -- to
 6   the best of my recollection, four to five
 7   months.
 8        Q.    What was your next assignment?
 9        A.    Patrol.
10        Q.    Were you assigned another
11   position after patrol at the 110?
12        A.    Yes.
13        Q.    What was that?
14        A.    Business conditions.
15        Q.    What is business conditions?
16        A.    Enforce peddlers.
17        Q.    Enforce what?
18        A.    Peddlers.
19        Q.    How long were you in that
20   assignment?
21        A.    Possibly a year.
22        Q.    What was your next assignment?
23        A.    Summons.
24        Q.    Is that your current
25   assignment?
```

1                          A. CHEN

2          A.    Yes.

3          Q.    Was that your assignment in

4    August of 2015?

5          A.    Yes.

6          Q.    I apologize, when were you

7    first assigned into the summons position?

8          A.    I don't recall the actual year

9    or date.

10         Q.    Have you ever been arrested?

11         A.    No.

12         Q.    Have you ever been placed on

13   suspension?

14         A.    No.

15         Q.    Have you ever lost any vacation

16   days or hours?

17         A.    No.

18         Q.    Have you ever been disciplined

19   for any reason?

20         A.    No.

21         Q.    Have you ever been GO15?

22         A.    No.

23         Q.    Aside from this case, have you

24   ever been interviewed by CCRB?

25         A.    Yes.

1          A. CHEN

2          Q.    On how many occasions?

3          A.    Two.

4          Q.    Approximately what year was the

5    first time that you were interviewed?

6          A.    I don't recall.

7          Q.    Was it before 2010?

8          A.    I don't recall.  I'm sorry.

9          Q.    Do you know whether you were

10   being interviewed as a witness or a

11   subject?

12         A.    The first time was a subject.

13         Q.    What was the civilian alleging

14   had happened?

15         A.    Something about the garbage.

16   That's all I remember.

17         Q.    When you say something about

18   the garbage, can you clarify that a little

19   bit?

20         A.    I believe it was a job that he

21   called 911 and wanted us to take care of

22   the garbage, but when we went to the scene,

23   it wasn't taken care of so he made a CCRB

24   against me.

25         Q.    About not taking care of the

```
 1                    A. CHEN
 2    garbage?
 3         A.    Yes.
 4         Q.    Did he make any allegation in
 5    connection with a disputed arrest or a
 6    disputed ticket or force?
 7         A.    No.
 8         Q.    Do you know the outcome of that
 9    CCRB investigation?
10         A.    Unsubstantiated.
11         Q.    How about the second complaint,
12    do you remember approximately what year
13    that was?
14         A.    No, I don't.
15         Q.    It was after the first one?
16         A.    Yes.
17         Q.    Was it before 2015?
18         A.    Possibly.  I don't recall the
19    actual date.
20         Q.    Could it have been after the
21    incident that we are talking about today?
22         A.    Possibly.
23         Q.    Were you called down as a
24    subject or a witness?
25         A.    Witness.
```

1          A. CHEN

2          Q.     What was that complaint about,

3     do you know?

4          A.     It was a video showing the use

5     of force on a female so I was in the video

6     holding people back.

7          Q.     Do you know the outcome of that

8     investigation?

9          A.     No, I don't.

10         Q.     Have you ever been accused by

11    IUB of making false statements?

12         A.     No.

13         Q.     Do you know what this lawsuit

14    is about?

15         A.     Yes.

16         Q.     What do you think it's about?

17         A.     Your Plaintiff is pretty much

18    saying that we hit him with the car.

19         Q.     Do you remember when you first

20    received, it would be like a complaint or

21    initiating paper, in this lawsuit?

22         A.     No, I don't.

23         Q.     Do you remember ever receiving

24    it?

25         A.     No, I don't.

1                    A. CHEN

2         Q.     When was the last time that you

3    spoke with Officer Zheng?

4         A.     Today.

5         Q.     What was the conversation?

6         A.     He wanted me to get him tea.

7         Q.     He wanted you to get him tea?

8         A.     Yes.

9         Q.     Did you talk about anything

10   else?

11        A.     No.

12        Q.     Did he know that you were

13   having your deposition today in this case?

14        A.     I believe so.

15        Q.     Did you talk about that?

16        A.     No.

17        Q.     Do you know that Officer Zheng

18   was deposed in this case on Wednesday?

19        A.     Yes.

20        Q.     How did you know that?  I don't

21   want to hear about any conversations with

22   your attorney, but outside of your

23   attorneys, did you learn about his

24   deposition in any other way?

25        A.     No.

1                    A. CHEN

2         Q.    So Officer Zheng didn't tell

3    you about it?

4         A.    No.

5         Q.    Have you ever spoken with

6    Officer Zheng about what happened on August

7    13, 2015?

8         A.    Yes.

9         Q.    Aside from the day of the

10   actual incident, tell me about the

11   conversations that you had.

12        A.    The first time was the text

13   message where the ADA called me and I

14   wasn't able to hear the phone call because

15   I was in the basement so then I texted

16   Officer Zheng to let him know that the bag

17   was searched by him at the precinct.

18        Q.    How did you know that the ADA

19   called you?

20        A.    I heard him say that I'm the

21   ADA for the Heins Rodriguez case and it was

22   breaking up.  He said you said something at

23   CCRB, did you search the bag and it was

24   breaking up.  I said no, I didn't search it

25   at the scene.  I guess he didn't hear it so

1                    A. CHEN

2    I texted Officer Zheng because I know that

3    he was at criminal court with the ADA.

4         Q.    When you say that you were in

5    the basement, where in the basement were

6    you?

7         A.    The precinct basement.

8         Q.    Between August 13, 2015 and the

9    day that you sent the text message, you had

10   never spoken to Officer Zheng about what

11   happened?

12        A.    No.

13        Q.    What was your purpose in

14   texting Officer Zheng?

15        A.    To clear up for the ADA to let

16   him know that the bag was searched at the

17   precinct.

18        Q.    I think you said that the bag

19   was searched at the precinct by Officer

20   Zheng?

21        A.    Yes.

22        Q.    Why did you think that you had

23   to tell Officer Zheng that he had searched

24   the bag?

25        A.    Because at CCRB when they

1       A. CHEN

2 interviewed me, I gave a summarization of

3 what had happened that day and it wasn't in

4 chronological order so I gave a brief

5 summary of what happened so at criminal

6 court, maybe they used that tape and

7 misunderstood what I said so that's why I

8 wanted to clarify to let Officer Zheng tell

9 the ADA to let him know that I didn't

10 search the bag.

11   Q.  I want to make sure I'm

12 understanding you.  At criminal court, did

13 you say that they used a tape of your

14 interview with CCRB?

15   A.  Yes.

16   Q.  They misunderstood what you

17 said and thought that you said that the bag

18 was searched at the scene?

19   A.  Yes.

20   Q.  Who did they think had searched

21 the bag at the scene?

22   A.  They thought I did.

23   Q.  You were trying to clarify that

24 it was Officer Zheng that searched it at

25 the precinct?

1               A. CHEN

2       A.    Yes.

3       Q.    Do you know why they -- is this

4    the ADA that's confused?

5       A.    Yes.

6       Q.    Do you know why he or she was

7    confused?

8       A.    Because I'm assuming from the

9    tape that he heard at CCRB when I said the

10   reason why the defendant rode away.

11      Q.    Why did you say was the reason

12   the defendant rode away?

13      A.    Because he had marijuana.

14      Q.    So it was your position that he

15   was fleeing from you and Officer Zheng

16   because he had marijuana in his backpack?

17           MR. KELLY:  Objection to form.

18       You can answer.

19      A.    Rephrase.

20      Q.    Did you think that

21   Mr. Rodriguez was running away from you and

22   your partner because he had weed in his

23   backpack?

24      A.    I don't know why he was

25   running.  I gave the summarization at CCRB.

1                      A. CHEN

2          Q.     You gave the summarization as

3     what?

4          A.     Possibly the reason why he

5     left.

6          Q.     Did you search the backpack at

7     the scene?

8          A.     No.

9          Q.     Did you search the backpack at

10    the precinct?

11         A.     No.

12         Q.     So it's your position that the

13    only place the backpack was ever searched

14    was at the precinct by Officer Zheng?

15              MR. KELLY:   Objection.   You can

16         answer.

17         A.     I believe so, but I'm not

18    100 percent sure because I wasn't at the

19    precinct.

20         Q.     Did you ever observe Officer

21    Zheng search the backpack at the precinct?

22         A.     No, I didn't.

23         Q.     When you texted Officer Zheng,

24    you understood that he was appearing in

25    criminal court on Mr. Rodriguez's charges;

```
 1                    A. CHEN
 2    is that correct?
 3          A.    Yes.
 4          Q.    What was your understanding of
 5    why Officer Zheng was at the criminal court
 6    house that day?
 7          A.    Honestly I don't know.
 8          Q.    Did you think that he was
 9    testifying as a witness in the case?
10          A.    I wouldn't know because we
11    don't talk about the arrests.
12          Q.    What do you mean that you don't
13    talk about arrests?
14          A.    Meaning if he was going to
15    court that day, I wouldn't know which case
16    he was going to court for.
17          Q.    At some point, you found out?
18          A.    Yes, because the ADA called me.
19          Q.    You knew he was in court?
20          A.    Yes.
21          Q.    Did you think it was
22    appropriate for you to text Officer Zheng
23    about his testimony?
24          A.    I wanted to make it clear for
25    the ADA because like I said, the phone was
```

1                    A. CHEN

2    breaking up and I didn't have the ADA's

3    number and when I tried calling the ADA

4    back, he didn't pick up.  That's why I made

5    sure that the ADA understood what I was

6    saying.

7         Q.    Did you think that it was

8    appropriate that you were texting Officer

9    Zheng about his testimony when he was in

10   criminal court?

11        A.    What do you mean by

12   appropriate?

13        Q.    Do you think it's appropriate

14   for you to be texting someone about their

15   testimony when they are under oath in the

16   middle of a criminal proceeding?

17             MR. KELLY:  Objection.

18        A.    I'm not trying to tell him what

19   to say.  I just wanted him to be clear.

20        Q.    Do you know what Officer Zheng

21   did with your text?

22        A.    No.

23        Q.    Do you know that he showed it

24   to the ADA?

25        A.    I don't know.

1                    A. CHEN

2         Q.     Do you know what happened to

3    the criminal prosecution as a result of

4    your text?

5         A.     I don't know.

6         Q.     Did you ever testify in

7    Mr. Rodriguez's criminal prosecution?

8         A.     No, I didn't.

9         Q.     Do you know why you didn't?

10        A.     No idea.

11        Q.     Did you ever ask?

12        A.     No.

13        Q.     Aside from the texting

14   incident, have you ever spoken with Officer

15   Zheng at any time about what happened on

16   August 13, 2015?

17        A.     Yes.

18        Q.     What were those conversations?

19             MR. KELLY:  Let's go off the

20        record.

21             THE VIDEOGRAPHER:  10:40 a.m.,

22        going off the record.

23             (Whereupon, an off-the-record

24        discussion was held.)

25             THE VIDEOGRAPHER:  Back on the

```
1                    A. CHEN
2          record, 10:41 a.m.
3                MS. FETT:  Read back my
4          question, please.
5                (Whereupon, the referred-to
6          question was read back by the
7          Reporter.)
8          Q.    I'll clarify the question.
9                What I want to know is, any
10   conversations that you might have had with
11   Officer Zheng about what happened on
12   August 13, 2015 or the criminal prosecution
13   of Mr. Rodriguez?
14         A.    No.
15         Q.    How about this litigation, have
16   you had any conversations with Officer
17   Zheng at any time about this lawsuit?
18         A.    Yes.
19         Q.    Aside from any conversations
20   that you've talked to with your attorney,
21   what conversations have you had with
22   Officer Zheng?
23         A.    I asked him how long was the
24   deposition.
25         Q.    What did he say?
```

1                          A. CHEN

2          A.     He said very long.

3          Q.     Did you ask him anything else

4    about the deposition?

5          A.     No.

6          Q.     Did you ask him what kinds of

7    questions he was asked?

8          A.     No.

9          Q.     Did he tell you what it was

10   like?

11         A.     He said it was long.

12         Q.     That was it?

13         A.     Yes.

14         Q.     How about Sergeant Starrantino,

15   did you ever talk with Sergeant Starrantino

16   about his deposition?

17         A.     No.

18         Q.     Or about what happened on

19   August 13, 015?

20         A.     No.

21         Q.     Have you ever talked to

22   Sergeant Starrantino about this lawsuit?

23         A.     No.

24         Q.     Going back to Officer Zheng,

25   have you ever communicated with Officer

```
 1                    A. CHEN
 2   Zheng in any way, e-mail, text, Facebook
 3   messaging about this litigation?
 4        A.   No.
 5        Q.   Or about what happened on
 6   August 13, 2015?
 7        A.   No.
 8        Q.   What do you think of Officer
 9   Zheng as a police officer?
10        A.   He's good.
11        Q.   He's a good officer?
12        A.   Yes.
13        Q.   He was your partner on
14   August 13, 2015?
15        A.   Yes.
16        Q.   Tell me a little bit about the
17   summons assignment; are you assigned to a
18   regular partner or is it rotated?
19        A.   Rotated.
20        Q.   Has Officer Zheng been your
21   partner on other occasions aside from
22   August 13, 2015?
23        A.   Yes.
24        Q.   Describe for me what you do in
25   a summons assignment.
```

1                     A. CHEN

2          A.     Usually any type of traffic

3    infraction, we would write summonses for

4    them.

5          Q.     What is a bike initiative?

6          A.     Pretty much bike enforcement

7    for the day, whether they take the red

8    light going down a one-way-street, going

9    through a stop sign, we stop them and write

10   a summons.

11         Q.     Have you ever socialized with

12   Officer Zheng outside of work?

13         A.     Yes.

14         Q.     Would you consider him a friend

15   outside of work?

16         A.     Yes.

17         Q.     How about Sergeant Starrantino?

18         A.     No.

19         Q.     Have you ever been to Officer

20   Zheng's home?

21         A.     Yes.

22         Q.     Has he been to your home?

23         A.     Yes.

24         Q.     Are you familiar with the NYPD

25   policy on vehicle pursuits?

1                          A. CHEN

2          A.     Yes.

3          Q.     What is your understanding of

4     it?

5          A.     If the sergeant calls off the

6     pursuit, then we have to terminate the

7     pursuit.

8          Q.     Have you ever, aside from when

9     you were pursuing Mr. Rodriguez, have you

10    ever been involved in a pursuit?

11         A.     Not that I recall.

12         Q.     Let me be more specific; have

13    you ever been involved in a vehicle pursuit

14    aside from your pursuit of Mr. Rodriguez?

15         A.     Not that I recall.

16         Q.     When you are partners with

17    Officer Zheng, is he typically the driver

18    or you're the driver or something else?

19         A.     It rotates.

20         Q.     Do you think that Officer Zheng

21    is a good driver?

22         A.     Yes.

23         Q.     You're aware that he struck a

24    pedestrian before aside from our client --

25    strike that.

1                    A. CHEN

2           I'm not talking about this

3    incident, but are you aware that he struck

4    a pedestrian before while on duty?

5           A.    Yes.

6           Q.    Aside from the sergeant or the

7    supervisor calling off a pursuit, is there

8    anything else that you know or understand

9    about a vehicle pursuit?

10          A.    No.

11                MS. FETT:  Let's mark these,

12          please.

13                (Whereupon, the aforementioned

14          patrol guides were marked as

15          Plaintiff's Exhibit 1 for

16          identification, as of this date, by

17          the Reporter.)

18                MS. FETT:  These are section

19          212-39 of the patrol guide and

20          section 221-15 of the patrol guide.

21          They both are related to vehicle

22          pursuits.

23          Q.    If you will take a look at both

24    of these patrol guide sections, I will tell

25    you that they are largely the same thing.

1                    A. CHEN

2    The patrol guide section that is marked

3    221-15 is currently in effect and the other

4    one that's marked 212-39 was in effect

5    during our incident in August of 2015 so I

6    wanted you to have the benefit of both.

7    Feel free to look at both of them and let

8    me know when you are ready.

9         A.    Okay.

10        Q.    You're ready?

11        A.    Yes.

12        Q.    Take a look at the patrol guide

13   that's marked 212-39.  I'm going to ask you

14   questions from that one.  If you look at

15   number one next to uniform members of

16   service.

17        A.    Okay.

18        Q.    Can you read what number one

19   says.

20        A.    "Initiate vehicle stop."

21        Q.    What does that mean to you?

22        A.    Stop the car when possible.

23        Q.    I'm going to be asking you

24   these questions whether or not it relates

25   to a car, a motor vehicle, a truck, a

                         A. CHEN

bicycle.  Okay?

        A.      Okay.

        Q.      What's your understanding of
that; can you pursue another vehicle or
bicycle at all costs, only when it's
feasible; what's your understanding of
what's that saying?

        A.      Based on my experience, just as
long as you don't hurt anybody or property,
if you can stop the vehicle, stop them and
write them the summons.

        Q.      If you can go on to number two,
read what that says, please.

        A.      "Determine the necessity for
commencing and continuing a vehicle pursuit
by concerning the following; nature of
offense --

        Q.      I'm going to stop you there.
It's saying the first thing that you want
to think about before initiating a pursuit
is the nature of the offense; would you
agree with that?

        A.      Yes.

        Q.      Let me ask you, what's the most

1                     A. CHEN
2    serious type of offense?
3                     MR. KELLY:   Objection.   You can
4         answer.
5         Q.    I mean like -- I'm not trying
6    to quiz you, I mean like violation,
7    misdemeanor, felony?
8         A.    Based on what I do?
9         Q.    No, generally.
10        A.    In general, the seven majors
11   which is homicide, rape, burglary, robbery.
12        Q.    What would you consider the
13   least serious type of offense?
14        A.    A violation.
15        Q.    In your opinion, would you
16   pursue a murderer the same way you would
17   pursue a bicyclist who had driven the wrong
18   way down the street?
19        A.    No.
20        Q.    Why not?
21        A.    The nature of the offense.
22        Q.    How does the nature of the
23   offense come into play in terms of your
24   consideration of you pursuing them?
25        A.    Depending on what the person

1                    A. CHEN
2    did, whether it's serious or not.
3        Q.    Do you think that a bicyclist
4    that you believe has travelled the wrong
5    way down a street and then you believe is
6    riding away from you, do you believe that's
7    a serious crime?
8        A.    No.
9        Q.    If you look -- I'm going to
10   skip through B through F on section two
11   unless you want to talk about it because I
12   don't think they are necessarily important
13   for our consideration; is that okay?
14       A.    Which one?
15       Q.    2B through F.
16       A.    Okay.
17       Q.    If you look at the note right
18   under that, can you read the first sentence
19   of that note.
20       A.    "Department policy requires
21   that a vehicle pursuit be terminated
22   whenever the risk to uniformed members of
23   the service and the public outweigh the
24   danger to the community if suspect is not
25   immediately apprehended."

1                            A. CHEN

2          Q.      What's your understanding of

3    that?

4          A.      Don't pursue if there's danger

5    involving the cops or the public.

6          Q.      Just turn to the second page

7    and go down to number 15.  Can you read 15A

8    for me.

9          A.      "Allow at least five-car

10   lengths distance from primary pursuit

11   vehicle."

12         Q.      Can you read section 15B.

13         A.      "Do not pass primary vehicle

14   unless requested by that unit or if other

15   circumstances exist such as a collision,

16   mechanical function -- malfunction,

17   etcetera."

18         Q.      Why do you think those

19   provisions are included in number 15?

20         A.      I'm not NYPD.  I don't make the

21   policy, but from what I read, just to make

22   sure that you don't hurt anybody or damage

23   any property.

24         Q.      What was your tour on

25   August 13, 2015?

1              A. CHEN

2        A.    I don't recall, but I can look

3    at my memo book, I can tell you.

4        Q.    I will definitely show you your

5    memo book shortly.  I'm going to ask you

6    questions and if you remember, tell me.

7    What was your assignment that day?

8        A.    Summons.

9        Q.    Were you assigned a partner?

10        A.    Yes.

11        Q.    Who was that?

12        A.    Officer Zheng.

13        Q.    Were you in uniform or

14    plainclothes?

15        A.    Uniform.

16        Q.    Were you in a marked vehicle or

17    unmarked?

18        A.    Unmarked.

19        Q.    When you say summons, what

20    specifically were you doing that day; what

21    was your assignment?

22        A.    Bicycle summonses.

23        Q.    When you are assigned bicycle

24    summonses, describe for me what are you

25    doing.

A. CHEN

    A.    Any bicycle infraction, I'll stop the bicyclist and write them a summons.

    Q.    You were at the 110 at this time?

    A.    Yes.

    Q.    Was anyone else in your vehicle that day?

    A.    No.

    Q.    Do you have any recollection of what happened or what occurred involving Mr. Rodriguez that day?

    A.    I saw him coming down the one-way-street.  I stepped out of the vehicle to try to stop him and then he turned -- he did a U-turn and when --

    Q.    I'm going to stop you and I apologize.  I want to go one step at a time to make it easier.  You said that you saw him going down a one-way-street?

    A.    Yes.

    Q.    What street was that?

    A.    104th Street I believe.

    Q.    He's on a bicycle; is that

1                    A. CHEN

2    right?

3         A.    Yes.

4         Q.    Were you the driver or the

5    recorder that day?

6         A.    I was sitting in the passenger

7    seat.

8         Q.    Was your vehicle moving or

9    stopped?

10        A.    Stopped.

11        Q.    Where was Officer Zheng at the

12   time?

13        A.    He was writing the summons.

14        Q.    Was Officer Zheng inside or

15   outside of the vehicle when you first saw

16   Mr. Rodriguez?

17        A.    I don't recall.

18        Q.    The person that Officer Zheng

19   was issuing a summons to, where was that

20   person when you first saw Mr. Rodriguez?

21        A.    I don't recall.

22        Q.    Do you remember whether that

23   person was inside your vehicle, outside

24   your vehicle or something else?

25        A.    Outside of the vehicle.

1                    A. CHEN

2          Q.      What direction was

3    Mr. Rodriguez travelling in on 104th when

4    you first saw him?

5          A.      He was heading northbound on

6    104th Street.

7          Q.      When you say a one-way-street,

8    do you mean that he's going against

9    traffic?

10         A.      Yes.

11         Q.      Just describe for me the

12   roadway; it's how many lanes?

13         A.      One lane.

14         Q.      One lane going in which

15   direction?

16         A.      Southbound.

17         Q.      One lane going south and I

18   believe you said that Mr. Rodriguez is

19   going north?

20         A.      Yes.

21         Q.      He's going against traffic?

22         A.      Yes.

23         Q.      It's one lane of traffic; are

24   there bike lanes on this road?

25         A.      No.

1                      A. CHEN

2          Q.    Are there lanes for vehicles to

3     park?

4          A.    Yes.

5          Q.    On each side of the street?

6          A.    Both sides.

7          Q.    Is it one lane of parking on

8     each side?

9          A.    Yes.

10         Q.    Where -- strike that.

11               What direction was your car

12    facing?

13         A.    Southbound.

14         Q.    So you're going with traffic?

15         A.    Yes.

16         Q.    Are you near an intersection?

17         A.    Yes.

18         Q.    What intersection?

19         A.    43rd Avenue.

20         Q.    How far from the intersection

21    of 43rd and 104th would you say that your

22    vehicle was?

23         A.    I don't recall, but to the best

24    of my recollection, possibly two-car

25    lengths.

1                          A. CHEN

2          Q.     Are you on the east side of the

3     road or the west side of 104th?

4          A.     I don't recall.

5          Q.     Do you recall whether the

6     individual that Officer Zheng was issuing a

7     summons to was standing on the driver's

8     side, the passenger's side or something

9     else?

10         A.     I don't recall.

11         Q.     When you first saw

12    Mr. Rodriguez, describe for me where he

13    was; was he coming through the

14    intersection, was he already passed the

15    intersection or something else?

16         A.     When I first saw him, he was

17    coming through the intersection.

18         Q.     So he's headed north?

19         A.     Yes.

20         Q.     On 104th and he's coming

21    through the intersection of 43rd?

22         A.     Yes.

23         Q.     Is he coming directly towards

24    your vehicle, is he to the left of your

25    car, to the right of your car or something

```
  1                    A. CHEN
  2    else?
  3         A.    He's to the -- to my right.
  4         Q.    To your right?
  5         A.    Yes.
  6         Q.    If you're on the passenger's
  7    side, he's to the right of you?
  8         A.    Yes.
  9         Q.    Is your vehicle double parked?
 10         A.    I don't recall.
 11         Q.    So you don't know if there was
 12    another vehicle to the left of your
 13    vehicle; is that right?
 14         A.    Yeah, I don't recall.
 15         Q.    Was your vehicle obstructing
 16    traffic?
 17         A.    I don't recall.
 18         Q.    Do you remember whether or not
 19    you saw vehicles having to pass your car to
 20    continue driving?
 21         A.    I don't recall.
 22         Q.    Do you remember the weather
 23    conditions that day?
 24         A.    Sunny.
 25         Q.    So this was during the day?
```

1                    A. CHEN

2          A.    Yes.

3          Q.    How about the condition of the

4    roadway, what was that like?

5          A.    Clear.

6                MR. KELLY:  Objection.  You can

7          answer.

8          A.    Clear.

9          Q.    Was there any construction

10   going on?

11         A.    I don't recall.

12         Q.    I think you said that your

13   vehicle was about two, two-car lengths from

14   the intersection; is that right?

15         A.    Possibly, to the best of my

16   recollection.

17         Q.    You first observed

18   Mr. Rodriguez coming through the

19   intersection; is that right?

20         A.    Yes.

21         Q.    When you saw him, what did you

22   do next?

23         A.    I stepped out of my vehicle and

24   tried to stop him with my hand signal.

25         Q.    Just describe for me exactly

1          A. CHEN
2    what you did.
3          A.    I stepped out of the vehicle
4    and put my right hand you up to stop him.
5          Q.    When you stepped out of the
6    vehicle, did you step out and close your
7    door, was your door open or something else?
8          A.    I don't recall.
9          Q.    When you put your hand up --
10   strike that.
11             Had you walked a few steps in
12   front of the vehicle, were you standing
13   next to your vehicle, where were you when
14   you first put your hand out?
15         A.    When I stepped out of the
16   vehicle, I put my hand up.
17         Q.    You don't know whether or not
18   you were standing kind of behind your door
19   or in front of your door?
20         A.    I don't recall.
21         Q.    Describe for me how you put
22   your hand up.
23         A.    I raised my right hand to stop
24   him.
25         Q.    Is it fair so say that your

```
 1                    A. CHEN
 2    right hand is kind of directly in front of
 3    you?
 4          A.     Yes (indicating).
 5          Q.     Was your arm straight or was it
 6    bent?
 7          A.     I don't recall.
 8          Q.     Did you say anything at the
 9    time?
10          A.     I don't recall.
11          Q.     Did you say anything to Officer
12    Zheng at the time?
13          A.     I don't recall.
14          Q.     Why did you step out of the
15    vehicle and put your hand out?
16          A.     To stop Mr. Rodriguez.
17          Q.     Why did you want to stop him?
18          A.     To issue him a summons.
19          Q.     What did you want to issue him
20    a summons for?
21          A.     Going down a one-way-street.
22          Q.     At the time you were attempting
23    to stop Mr. Rodriguez, did you see any
24    other bicyclists in the area?
25          A.     I don't recall.
```

1                    A. CHEN

2         Q.    What happened next after you

3    raised your hand?

4         A.    Mr. Rodriguez did a U-turn and

5    went down 43rd Avenue going westbound.

6         Q.    How far was Mr. Rodriguez from

7    you when you first put your hand up to stop

8    him?

9         A.    To the best of my recollection,

10   possibly one car length.

11        Q.    One car length?

12        A.    Yes.

13        Q.    How far was Mr. Rodriguez from

14   you when you observed him making a U-turn?

15        A.    About one car length possibly.

16        Q.    Did you make any eye contact

17   with Mr. Rodriguez or did he make eye

18   contact with you when you raised your hand?

19        A.    Yes.

20        Q.    Were any words spoken between

21   the two of you?

22        A.    No.

23        Q.    How about when he was making a

24   U-turn, was he looking at you, was he

25   looking away or something else?

1                          A. CHEN

2          A.    I don't recall.

3          Q.    Where was Officer Zheng when

4    you raised your hand?

5          A.    I don't recall.

6          Q.    I think you already said that

7    you don't know where the individual was

8    that he was giving the summons to; is that

9    correct?

10         A.    Yes.

11         Q.    Do you recall what

12   Mr. Rodriguez looked like?

13         A.    I don't recall.

14         Q.    Was he wearing headphones?

15         A.    I don't recall.

16         Q.    Was he wearing a helmet?

17         A.    I don't recall.

18         Q.    What color was his bike?

19         A.    I don't recall.

20         Q.    So when you observed

21   Mr. Rodriguez make a U-turn, what happened

22   next?

23         A.    We both got into the car and

24   then we followed him to try to stop him.

25         Q.    Let me stop you.  When you say

1                          A. CHEN

2     that you both got in the car, who got in

3     the car?

4          A.     Officer Zheng and I.

5          Q.     Describe that for me; you put

6     your hand up and did you say anything to

7     Officer Zheng?

8          A.     I didn't say anything.

9          Q.     Did he say something to you?

10         A.     I don't recall, but we both got

11    into the car.  I can't speak for Officer

12    Zheng, but possibly he saw too so that's

13    why he got into the car.  I'm not

14    100 percent sure, but we both got into the

15    car and we followed Mr. Rodriguez.

16         Q.     I know that you are not inside

17    Officer Zheng's head, but I guess what I

18    want to know is do you know whether one of

19    you said let's get him, he's trying to run;

20    how did you both get in the car and decide

21    to go?

22         A.     I don't remember.

23         Q.     Do you know whether or not

24    Officer Zheng had finished issuing the

25    summons to the other individual?

1                          A. CHEN

2          A.      I don't know.

3          Q.      When you first got in the car

4     -- strike that.

5                  I guess if Officer Zheng also

6     got in the car, it sounds like he was

7     outside the car when he was issuing the

8     summons; does that sound right?

9          A.      Yes.

10         Q.      When you both get in the car,

11    is Mr. Rodriguez still in your view?

12         A.      I don't recall.

13         Q.      When he made the U-turn, were

14    there any cars travelling toward him at

15    that time heading south on 104th?

16         A.      No.

17         Q.      Describe for me how he headed

18    west on 43rd Avenue; did he cut across a

19    whole intersection, was he already on that

20    side of 104th Street, how did he make the

21    U-turn and turn onto 43rd?

22         A.      I don't recall.

23         Q.      He would have been making a

24    right on 43rd; is that right?

25         A.      Yes.

1                    A. CHEN

2          Q.     When he is coming through the

3     intersection of 104th towards you going

4     northbound, is there a traffic light that

5     he's -- that's directing him?

6          A.     No.   From his perspective?

7          Q.     Exactly.

8          A.     I don't think so.

9          Q.     There wouldn't be right?

10         A.     That wouldn't be because

11    traffic is going southbound.

12                MR. KELLY:   Just let her finish

13            the question.

14         Q.     When he made the U-turn, there

15    could have been a traffic light at that

16    point, right?

17         A.     Yes.

18         Q.     Do you remember if you saw --

19    was he stopped at the light, did he go

20    straight through, what happened?

21         A.     He just continued going

22    westbound.

23         Q.     When your car pursued him, did

24    you -- I think I already asked this, what

25    side of 104th; were you on the east side or

1                    A. CHEN

2    the west side?

3                    MR. KELLY:  Objection.  You can

4        answer.

5            A.    If I stepped out from the right

6    then I should be on the east side.

7            Q.    Are you cutting across a lane

8    of traffic to follow him or something else?

9            A.    No, it's one lane traffic.

10           Q.    So did you -- did Officer Zheng

11   turn on any lights or sirens?

12           A.    I don't recall.

13           Q.    Do you recall if you had to

14   stop traffic or in any way impede traffic

15   when you had to make a right on 43rd?

16           A.    I don't recall.

17           Q.    What happened next?

18           A.    We got -- we passed

19   Mr. Rodriguez.

20           Q.    Okay.

21           A.    And then we stopped the car and

22   when we were about to get out of the car,

23   he hit a parked car.

24           Q.    Let me stop you.  When you're

25   pursuing Mr. Rodriguez, approximately how

1                    A. CHEN

2    fast was Officer Zheng travelling?

3         A.    I'm not 100 percent sure.

4         Q.    Would you say it was more than

5    ten miles an hour?

6         A.    Yes.

7         Q.    More than 15?

8         A.    Yes.

9         Q.    More than 20?

10        A.    Yes.

11        Q.    More than 25?

12        A.    Possibly.

13        Q.    More than 30?

14        A.    Possibly.  I wouldn't know.  I

15   wasn't driving.

16        Q.    When you first turn onto 43rd,

17   is Mr. Rodriguez in front of you?

18        A.    Yes.

19        Q.    Could you see him?

20        A.    Yes.

21        Q.    Did you ever lose sight of

22   Mr. Rodriguez when you were pursuing him on

23   43rd Avenue?

24        A.    No.

25        Q.    As you're pursuing

1                           A. CHEN

2    Mr. Rodriguez, but before you pull up next

3    to him, do you have any conversation with

4    Officer Zheng?

5           A.    I don't recall.

6           Q.    Do you know whether or not

7    Officer Zheng went over the radio to

8    transmit that he was in pursuit?

9           A.    I don't recall.

10          Q.    Did you go over the radio to

11   transmit that you were in pursuit?

12          A.    I don't recall.

13          Q.    When you first turned onto

14   43rd, approximately how far was

15   Mr. Rodriguez from your vehicle?

16          A.    I don't recall.

17          Q.    Was Mr. Rodriguez travelling on

18   the side of the road, in the middle of the

19   road or something else?

20          A.    On my right hand side.

21          Q.    So your right hand side would

22   be on the south side of 43rd?

23          A.    It would be the north side.

24          Q.    I apologize.  The north side of

25   43rd?

```
 1                    A. CHEN
 2        A.    Yes.
 3        Q.    He's on the north side going
 4   down 43rd?
 5        A.    Yes.
 6        Q.    Is he driving straight ahead,
 7   is he weaving or something else?
 8        A.    I don't recall.
 9        Q.    Describe for me that roadway.
10   Is it --
11        A.    It's a two lane roadway.
12        Q.    Two lanes --
13        A.    Going east and west.
14        Q.    Are there bike lanes on that
15   road?
16        A.    No.
17        Q.    Are there parking lanes on that
18   road?
19        A.    Yes.
20        Q.    Does each side have parking
21   lanes?
22        A.    Yes.
23        Q.    Is it one row of parking lanes
24   or something else?
25        A.    Yes, one row.
```

                              A. CHEN

          Q.    Just describe for me the block;
     is it a commercial block, are there stores,
     apartment buildings or something else?

          A.    There are both.

          Q.    Do you recall during the
     pursuit, were there other cars on the
     roadway on 43rd?

          A.    I don't recall.

          Q.    It was still light outside?

          A.    Yes.

          Q.    I think I stopped you where you
     were pursuing him and at what point was it
     decided that you would pull up alongside
     Mr. Rodriguez?

          A.    What do you mean pull up
     alongside him?

          Q.    I apologize.  I thought you
     said that.  Did you say that?

          A.    No, I said we passed him.

          Q.    I guess the question is, at
     what point did you -- at what point was if
     decided that instead of being behind him,
     we are now going to pass him?

                    MR. KELLY:  Objection.  You can

1                          A. CHEN
2          answer.
3          A.    I wasn't driving so I can't
4    answer for Officer Zheng, but based on my
5    experience, I would want to make sure that
6    we pass him, but I wasn't driving.
7          Q.    So any questions that I ask are
8    just going to be about what you know.   I
9    don't want you to try to figure out what
10   Officer Zheng was thinking.
11               Was there any conversation
12   between you and Officer Zheng as he begins
13   -- as he drives the vehicle to pass
14   Mr. Rodriguez?
15         A.    I don't recall.
16         Q.    Do you -- how far down 43rd
17   Avenue had you travelled before you started
18   to pass Mr. Rodriguez's bike?  It could be
19   halfway down the block, a quarter of the
20   way or something else?
21         A.    To the best of my recollection,
22   halfway.
23         Q.    At the time that your vehicle
24   started to pass him, approximately how
25   close were you to Mr. Rodriguez's bicycle

1              A. CHEN

2   when your vehicle began to pass him?

3        A.    I don't recall.

4        Q.    Did you ever see Mr. Rodriguez

5   turn to look at you as you were pursuing

6   him?

7        A.    I don't recall.

8        Q.    Do you believe that

9   Mr. Rodriguez knew that you were pursuing

10  him?

11             MR. KELLY:  Objection.  You can

12        answer.

13       A.    I wouldn't know.

14       Q.    When your vehicle began to pass

15  Mr. Rodriguez's bicycle, was your vehicle

16  across the middle lane of traffic?

17       A.    What do you mean across the

18  middle lane of traffic?

19       Q.    Had your vehicle passed the

20  dividing line of the road?

21       A.    Possibly, but I really don't

22  recall that either.

23       Q.    Do you recall ever seeing

24  oncoming traffic coming towards you as you

25  were passing officer -- I apologize,

A. CHEN

1
2    Mr. Rodriguez's bicycle?

3        A.    Traffic going eastbound or

4    traffic going westbound?

5        Q.    Either one.

6        A.    I don't recall.

7        Q.    As your vehicle began to pass

8    Mr. Rodriguez's bicycle, how close was your

9    vehicle to Mr. Rodriguez?

10       A.    Possibly three feet.

11       Q.    So if you're in the passenger's

12   seat, was Mr. Rodriguez directly next to

13   you at some point?

14       A.    Yes.

15       Q.    When Mr. Rodriguez was next to

16   you, how far would you say you were from

17   him or your vehicle was from him at that

18   moment?

19       A.    To the best of my recollection,

20   possibly three feet as well.

21       Q.    What was on the other side of

22   Mr. Rodriguez; was it the curb, was it

23   empty road, other vehicles?

24       A.    Other vehicles that were

25   parked.

                          A. CHEN

1

2        Q.      So fair to say that it's your

3    vehicle, Mr. Rodriguez's bicycle and then a

4    parked vehicle?

5        A.      Yes.

6        Q.      What was your plan at this

7    point?

8            MR. KELLY:  Objection.  You can

9        answer.

10       A.      I didn't have a plan.

11       Q.      Why was your vehicle coming up

12   alongside Mr. Rodriguez's bicycle?

13       A.      We wanted to follow him and

14   once we stopped, come out of the car and

15   signal him to stop again.

16       Q.      Why did you -- why was the

17   vehicle pulled up alongside Mr. Rodriguez's

18   bicycle?

19           MR. KELLY:  Objection.  You can

20       answer.

21       A.      We were trying to pass him.

22       Q.      Why did you want to pass him?

23       A.      So we could stop the car and

24   come out of the car to signal him to stop.

25       Q.      If you were going to pass him,

```
 1                    A. CHEN
 2    let's say he never fell off his bike, what
 3    would you have done with your car after you
 4    passed him?
 5         A.    To stop the car and get out of
 6    the car.
 7         Q.    Was there any conversation
 8    between you and Officer Zheng about that?
 9         A.    I don't recall.
10         Q.    Did you ever say to Officer
11    Zheng at any point you're getting too close
12    or anything like this is dangerous,
13    anything like that?
14         A.    I don't recall.
15         Q.    You said that you were going to
16    pass Mr. Rodriguez, but I guess the
17    question is, if you just passed him and
18    stopped your car, he would keep going so
19    were you planning to turn your wheel so you
20    kind of block him or something else?
21              MR. KELLY:  Objection.  You can
22         answer.
23         A.    I wasn't driving so I wouldn't
24    know.
25         Q.    As a police officer who has
```

1                          A. CHEN

2     been doing summonses for a long time, the

3     question is in your experience, if you're

4     pulling up alongside of him and you're

5     attempting to stop him, what do you think

6     was going to be the next course of action

7     if you are attempting to stop and give a

8     summons?

9          A.     To pull up in front and then

10    get out of the car and stop him.

11         Q.     Pull up in front of him and get

12    out of the car and stop him?

13         A.     Yes.

14         Q.     How would you do that?

15         A.     Once we stop the vehicle, we

16    would get out of the car and stop.

17         Q.     Would you position the vehicle

18    in front of him to stop him from going

19    forward?

20         A.     Every situation is different.

21         Q.     Do you have any idea what the

22    plan was in this situation?

23         A.     No.

24         Q.     Did it ever cross your mind

25    that the pursuit was getting too dangerous?

1                    A. CHEN

2        A.    No.

3        Q.    Why not?

4        A.    Because it was a bicycle

5   infraction so I didn't think it was any

6   danger for that matter.

7        Q.    Why not?

8        A.    Usually bicyclists, they'll

9   stop if you tell them to stop the bicycle.

10        Q.    Did it ever cross your mind

11   that Mr. Rodriguez was not aware that you

12   were pursuing him?

13        A.    No.

14        Q.    Regardless of what other

15   pedestrians have done in the past, would it

16   ever cross your mind if in this situation

17   this pursuit is getting too dangerous with

18   this bicyclist, would it ever cross your

19   mind to stop the pursuit?

20        A.    Yes.

21        Q.    Did that ever cross your mind

22   in this situation?

23        A.    No, because it happened so

24   fast.

25        Q.    From when you turned onto 43rd

1                    A. CHEN

2    to the point where Mr. Rodriguez falls off

3    his bike, about how much time passes?

4         A.    I wouldn't be able to tell you.

5         Q.    Would you say less than two

6    minutes, more than two minutes?

7         A.    Possibly less than two minutes.

8         Q.    Describe for me what you see

9    when you see Mr. Rodriguez fall off his

10   bike.

11        A.    I didn't see how he fell off

12   the bike, but as we stopped the vehicle, he

13   was on the floor.

14        Q.    Describe that for me; describe

15   how you stop and what you see, what

16   happens?

17        A.    Once we stopped, I heard a thud

18   noise and I'm assuming that he hit the

19   parked car and then once we stopped the

20   car, we got out of the car and he was on

21   the floor.

22        Q.    When you hear that noise, do

23   you know -- what did you think the noise

24   was?

25        A.    A parked car, that he hit a

                          A. CHEN

2   parked car.

3        Q.    Did it ever cross your mind

4   that he could have hit your car?

5        A.    If he hit my car, I was on the

6   passenger's side, I would have felt the

7   vibration.

8        Q.    And you didn't feel anything?

9        A.    No.

10        Q.    Was your window up or down?

11        A.    I don't recall.

12        Q.    When you realized that

13   Mr. Rodriguez has fallen, is your car

14   already stopped or is it still moving?

15        A.    I don't recall that.

16        Q.    I think you said that you did

17   see Mr. Rodriguez strike the car and fall

18   or you didn't?

19        A.    I didn't.  I heard the noise.

20        Q.    So at some point as you're

21   travelling, you had said that Mr. Rodriguez

22   is next to you, he's on the passenger's

23   side; is that right?

24        A.    Yes.

25        Q.    Is your head actually turned to

```
1                    A. CHEN
2   the right and you're looking at him?
3        A.    Yes.
4        Q.    Is he looking straight ahead,
5   is he looking at you or something else?
6        A.    I don't recall.
7        Q.    At the point when he is next to
8   you, does your vehicle speed up and
9   continue on or do you stay next to him for
10  a period of time?
11       A.    We passed him.
12       Q.    When you passed him, is that
13  when you had heard -- at some point when
14  you passed him, is that when you heard the
15  noise that let you know that he had fallen?
16       A.    Yes.
17       Q.    When you stopped the vehicle,
18  was Mr. Rodriguez still somewhere along
19  side of you on the passenger side or was he
20  now behind the vehicle or something else?
21       A.    I don't recall.
22       Q.    Was there any conversation
23  between you and Officer Zheng when you
24  heard the noise?
25       A.    I don't recall.
```

1               A. CHEN

2        Q.    How -- strike that.

3              How about when Officer Zheng

4    stopped the vehicle, was there any

5    conversation?

6        A.    I don't recall.

7        Q.    Do you know why he stopped the

8    vehicle?

9        A.    Why did Officer Zheng?

10       Q.    Yes.

11       A.    I don't know.

12       Q.    Describe for me what happened

13   once your vehicle was stopped.

14       A.    We got out of the car and

15   Mr. Rodriguez was in a way resisting and we

16   arrested him.

17       Q.    When you first got out of your

18   vehicle, where is your vehicle; are you

19   parked along the parking lane or something

20   else?

21       A.    Parked along the parking lane.

22       Q.    About how far are you from

23   where Mr. Rodriguez had fallen?

24       A.    I don't recall.

25       Q.    Was there any conversation

1                           A. CHEN

2      between you and Officer Zheng about what

3      you would do next?

4           A.     I don't recall that either.

5           Q.     When you got out of the

6      vehicle, did you have to walk to

7      Mr. Rodriguez, was he right there at the

8      door or something else?

9           A.     Probably walked a few steps.

10          Q.     Was Mr. Rodriguez on the road,

11     on the sidewalk or something else?

12          A.     I don't recall.

13          Q.     Where was his bike?

14          A.     I don't recall either.

15          Q.     Were you the first to approach

16     Mr. Rodriguez or Officer Zheng?

17          A.     I guess we both did.

18          Q.     Was there any conversation

19     between any of you when you first

20     approached Mr. Rodriguez?

21          A.     I don't recall.

22          Q.     What's the next thing that you

23     recall?

24          A.     We arrested him.

25          Q.     How did you arrest him?

1

2    A.    I don't recall whether I put

3    the handcuffs or Officer Zheng put the

4    handcuffs on him.

5    Q.    Was Mr. Rodriguez standing,

6    sitting, laying down; what was his position

7    when you first saw him?

8    A.    Once we stopped the car?

9    Q.    Once you stopped the car and

10    once you got out of the vehicle, describe

11    Mr. Rodriguez's position.

12    A.    On the floor.

13    Q.    Laying, sitting, something

14    else?

15    A.    He got up.

16    Q.    How was he laying on the floor?

17    A.    I don't recall.

18    Q.    Was he on his back, his side,

19    his stomach?

20    A.    I don't recall.

21    Q.    Do you remember if he was

22    sitting up?

23    A.    I don't recall.

24    Q.    Where was his backpack?

25    A.    I don't recall.

1                    A. CHEN

2          Q.     Did you see Mr. Rodriguez

3     bleeding in any way when you first observed

4     him?

5          A.     No.

6          Q.     Once you walked over to him,

7     did he get up or did you pull him up or

8     something else?

9          A.     He was up.

10          Q.     He was already standing up?

11          A.     Yes.

12          Q.     At that time, did you observe

13     any injuries, any marks, anything on him?

14          A.     No.

15          Q.     What happened next?

16          A.     Handcuffs was put on him [sic].

17          Q.     I think you said you don't know

18     whether it was you or Officer Zheng?

19          A.     Based on my recollection, it

20     would probably be Officer Zheng.

21          Q.     Tell me what you remember

22     happening next.

23          A.     Then we called the patrol

24     supervisor over and then they took him back

25     to the precinct and then I went back out to

1                    A. CHEN
2    do something different which is to continue
3    writing summonses.
4        Q.    Once you handcuff
5    Mr. Rodriguez, is he on the sidewalk or on
6    the road or something else?
7        A.    On the sidewalk.
8        Q.    Is he sitting or standing?
9        A.    He was standing and then we sat
10   him down.
11       Q.    Why did you sit him down?
12       A.    So he doesn't run.
13       Q.    So he doesn't?
14       A.    Run.
15       Q.    Do you know where his bike was
16   at this time?
17       A.    No, I don't.
18       Q.    How about his backpack?
19       A.    I don't recall.
20       Q.    Was your car at this point --
21   was it across traffic, was it parked or
22   something else?
23       A.    I don't recall.
24       Q.    How about civilians, were there
25   civilians in the area watching what was

1                    A. CHEN

2    going on?

3         A.    Yes.

4         Q.    Did you talk to any of them?

5         A.    I don't recall.

6         Q.    Would you say that there were a

7    lot of civilians, a few or something else?

8         A.    I don't recall.

9         Q.    How about the vehicle that you

10   -- I think you said that Mr. Rodriguez's

11   bike struck another vehicle; is that right?

12        A.    Yes.

13        Q.    Did you observe it?

14        A.    No.

15        Q.    But you heard it?

16        A.    Yes.

17        Q.    So did you ever look at that

18   vehicle?

19        A.    No.

20        Q.    Did you ever see if there was

21   any damage to that vehicle?

22        A.    I didn't look at it so I

23   wouldn't know.

24        Q.    Did you ever talk to the owner

25   of that vehicle?

1                        A. CHEN

2          A.    No.

3          Q.    Who went over the radio to call

4    for a supervisor?

5          A.    I don't recall.

6          Q.    Do you know what was said?

7          A.    No.

8          Q.    Was that the first time that

9    either of you had gone over the radio about

10   this incident?

11         A.    Possibly, but I don't recall.

12         Q.    How soon after one of you went

13   over the radio did a supervisor arrive at

14   the scene?

15         A.    I don't recall.

16         Q.    Would you say it was more than

17   five minutes?

18         A.    Possibly less.

19         Q.    While you were waiting for a

20   supervisor to arrive, what were you doing?

21         A.    Just standing there waiting.

22         Q.    Were you standing with Officer

23   Zheng?

24         A.    I mean he was there, but I

25   don't recall whether he was next to me or a

1              A. CHEN

2      few feet away from me.

3              Q.      During this time when you are

4      waiting for the supervisor, do you remember

5      any conversation that you had with anyone?

6              A.      No.

7              Q.      Where was -- in relation to

8      you, where was Mr. Rodriguez?  I know that

9      he was sitting, but was he in front of you,

10     behind you; where was he in relation to

11     you?

12             A.      Possibly next to me.

13             Q.      What was he doing at this time?

14             A.      He was cursing.

15             Q.      What exactly -- it's okay to

16     curse, what exactly was he saying?

17             A.      I mean he just said fuck this,

18     fuck that, but I don't recall exactly what

19     he said because this happened three years

20     ago.

21             Q.      Do you know why he was cursing?

22             A.      I don't know.

23             Q.      Did he appear to be in pain?

24             A.      No.

25             Q.      Why not?

```
1                    A. CHEN
2        A.    More angry I guess.
3        Q.    Did you have any idea why he
4   might be angry?
5        A.    No.
6        Q.    Did you ever ask Mr. Rodriguez
7   if he needed medical treatment?
8        A.    I didn't talk to him about
9   that.
10       Q.    Why not?
11       A.    Because he wasn't hurt.
12       Q.    How do you know that?
13       A.    He wasn't the bleeding.  He
14  didn't have cuts on him.  I didn't see any
15  injuries.
16       Q.    Are you aware that someone can
17  be injured without bleeding?
18       A.    Yes.
19       Q.    Did you ever ask Mr. Rodriguez
20  if he was injured or wanted medical
21  treatment?
22       A.    No, I didn't.
23       Q.    Did he ever ask you for medical
24  treatment?
25       A.    I don't recall.
```

1                    A. CHEN

2         Q.    Before your supervisor arrived

3    on scene, did any other officers arrive on

4    scene?

5         A.    I don't recall.

6         Q.    Tell me what happened once your

7    supervisor arrived on scene?

8         A.    Once he arrived, I left to go

9    to my other summonses.

10        Q.    How was that decided; did he

11   tell you that you could go, did you decide

12   on your own or something else?

13        A.    I decided on my own.  I'm the

14   summons guy.  They don't need to tell me.

15   I can leave and go do my summonses duty.

16        Q.    The supervisor is Sergeant

17   Starrantino; is that right?

18        A.    Yes.

19        Q.    Did you tell Sergeant

20   Starrantino what happened?

21        A.    No, I didn't talk to him.

22        Q.    He didn't ask you any

23   questions?

24        A.    I don't recall.

25        Q.    Why didn't you talk to him?

1                      A. CHEN

2          A.      Because I have other duties

3     that I had to take care of.

4          Q.      Do you know whether or not

5     Officer Zheng told Sergeant Starrantino

6     what had happened?

7          A.      Possibly, yes.

8          Q.      Were you there at any point

9     when Officer Zheng was telling Sergeant

10    Starrantino what had happened?

11         A.      I don't recall.

12         Q.      When you left the scene, was

13    Mr. Rodriguez still handcuffed on the

14    ground?

15         A.      I don't recall.

16         Q.      When you left the scene, were

17    the officers still in the area?

18         A.      I don't recall.

19         Q.      Did you see Mr. Rodriguez taken

20    away and put in a patrol car?

21         A.      I didn't see.

22         Q.      Did you at any time search the

23    backpack whether it's at the scene or at

24    the precinct or any other time?

25         A.      No.

1                    A. CHEN

2          Q.      Did you observe any officers

3     search the backpack at the scene?

4          A.      No.

5          Q.      Did you ever see an ambulance

6     arrive to the scene?

7          A.      I don't recall.

8          Q.      When, if ever, did you see

9     Mr. Rodriguez that day?

10         A.      I didn't.

11         Q.      At some point, did you return

12    back to the 110?

13         A.      Yes.

14         Q.      Approximately what time was

15    that?

16         A.      I don't recall.

17         Q.      Was it nighttime?

18         A.      I don't recall.

19         Q.      Had you issued summonses

20    between the time that you left

21    Mr. Rodriguez to the time you returned to

22    the 110?

23         A.      Yes.

24         Q.      Approximately how many?

25         A.      I don't recall.

1                    A. CHEN

2        Q.      Did you see Officer Zheng when

3    you returned to the 110?

4        A.      Yes.

5        Q.      Did you speak with him?

6        A.      Yes.

7        Q.      What was your conversation with

8    Officer Zheng?

9        A.      I don't recall, but I remember

10   that he was doing the vouchers and then he

11   said, oh this is the reason why he probably

12   ran, because of the marijuana.

13       Q.      He said that to you?

14       A.      Whether I said it or he said

15   it, I don't recall who said it, but I know

16   that conversation was said.

17       Q.      What other conversations did

18   you have with Officer Zheng that night in

19   the precinct?

20       A.      That was it.

21       Q.      Why was Mr. Rodriguez under

22   arrest once you had stopped him?

23       A.      For discon.

24       Q.      What's your understanding of

25   what discon is?

1                    A. CHEN

2          A.    Disorderly conduct when we try

3    to stop you for issuing a summons then

4    leaving the scene.

5          Q.    Did you issue Mr. Rodriguez any

6    summonses or was it Officer Zheng?

7          A.    I didn't issue any summonses.

8          Q.    You did not?

9          A.    No.

10         Q.    How was it decided that

11   Mr. Rodriguez was going to be charged with

12   disorderly conduct; did you discuss it with

13   Officer Zheng?

14         A.    No, I didn't.

15         Q.    How did you convey to Officer

16   Zheng that he should be charged with

17   disorderly conduct?

18               MR. KELLY:  Objection.  You can

19           answer.

20         A.    I didn't.

21         Q.    Do you know whether or not he

22   was charged with disorderly conduct?

23         A.    I don't know.

24         Q.    What subsection of the penal

25   code of disorderly conduct should he have

1                    A. CHEN
2    been charged with?
3         A.    I wouldn't know.
4         Q.    You think he should have been
5    charged with that because he was fleeing
6    the scene?
7         A.    Based on my experience, yes.
8         Q.    Any other charges that you
9    think he should have been charged with?
10        A.    Probably the traffic infraction
11   as well.
12        Q.    What was that?
13        A.    Going down the wrong way of a
14   one-way-street.
15        Q.    Anything else?
16        A.    I wouldn't know right now.
17        Q.    Any other conversations with
18   Officer Zheng back at the precinct aside
19   from something to the effect of oh this is
20   why he fled?
21        A.    No.
22        Q.    Were you ever interviewed about
23   this incident aside from speaking with your
24   attorneys or speaking with CCRB?
25        A.    No.

A. CHEN

2      Q.    Were you ever interviewed with

3  anyone by IUB?

4      A.    No.

5      Q.    How about in Queens north, were

6  you interviewed?

7      A.    No.

8      Q.    Do you know whether or not an

9  investigation was conducted at the 110 on

10  the evening of August 13, 2015?

11      A.    I don't know.

12      Q.    Did you see officers coming in

13  and interviewinq people that night at the

14  precinct?

15      A.    I didn't see.

16      Q.    Did you ever see Sergeant

17  Starrantino being interviewed?

18      A.    No.

19      Q.    Do you know now as you sit here

20  today that he was interviewed about the

21  incident?

22      A.    I still don't know.  I'm

23  assuming he did.

24      Q.    If I told you that he was

25  interviewed, but neither you nor

1                           A. CHEN
2     Officer Zheng were interviewed aside from
3     CCRB, what do you think about that?
4           A.    What do you mean what do I
5     think about it?
6           Q.    You're the two officers
7     involved and no one from NYPD ever talked
8     to you about it; do you find that odd?
9           A.    No.
10          Q.    What ever happened to the
11    individual that Officer Zheng was
12    summonsing when you both got in the car to
13    pursue Mr. Rodriguez?
14          A.    I don't know.
15          Q.    What ever happened to his
16    summons, do you know?
17          A.    I don't know.
18          Q.    Did you ever see that
19    individual back at the precinct that night
20    at the 110?
21          A.    Which individual?
22          Q.    The individual that Officer
23    Zheng had been summonsing when you left to
24    pursue Mr. Rodriguez?
25          A.    No.

1                    A. CHEN

2          Q.    If I told you that he came to

3     the 110 that night and he too was

4     interviewed by IUB, what would you think

5     about that?

6          A.    I wouldn't think anything.

7          Q.    He's interviewed and Sergeant

8     Starrantino is interviewed, but neither you

9     or Officer Zheng are ever interviewed; do

10    you find that odd?

11         A.    I don't know because I'm not

12    IUB so I wouldn't know why they would

13    interview certain people and not others.

14         Q.    Did you ever want to tell IUB

15    what you saw and what happened?

16         A.    If they asked me, yes, I would

17    tell them.

18         Q.    Do you know what happened to

19    the individual -- strike that.

20              I'm going to represent to you

21    that the individual who's getting a summons

22    by Officer Zheng at the time that you left

23    to pursue Mr. Rodriguez, his name was

24    Mr. Flores.  Mr. Flores came to the

25    precinct that night and he was interviewed

1                    A. CHEN

2    by IUB, do you know what happened to his

3    summons?

4         A.    I don't know.

5         Q.    It was voided; do you know why

6    his summons was voided?

7         A.    Mistakes on his summons.

8         Q.    Do you know what he was

9    summoned for?

10         A.    I don't recall.

11         Q.    Did you observe the alleged

12    infraction that he was being summoned for;

13    was he going the wrong way?

14         A.    I don't recall.

15         Q.    Had you heard that his summons

16    was voided at any time?

17         A.    Just by you telling me right

18    now.

19         Q.    I think you said that your

20    vehicle was an unmarked vehicle; is that

21    right?

22         A.    Yes.

23         Q.    Would you have pursued

24    Mr. Rodriguez any differently if you had

25    been in a marked vehicle?

1                    A. CHEN

2        A.    I don't know because it wasn't

3    that given situation.

4        Q.    How about day or night, does

5    that affect how you would have pursued him,

6    if it was nighttime?

7        A.    Possibly, but once again, it

8    wasn't during that situation.

9        Q.    Do you think it's possible that

10   your vehicle could have come into contact

11   with Mr. Rodriguez's bike?

12       A.    No.

13       Q.    Why not?

14       A.    Because we were pretty far.

15       Q.    When you say pretty far, tell

16   me again how far you think you were.

17       A.    About three feet.

18       Q.    That's the closest you ever

19   think you got to him?

20       A.    Yes.

21       Q.    When you were behind

22   Mr. Rodriguez and you were just beginning

23   to pass him, what was the distance that

24   your vehicle was from his bicycle?

25       A.    Three feet.

1                    A. CHEN

2        Q.    As you're pulling up alongside

3    him, what's the distance at that point?

4        A.    To the best of my recollection,

5    possibly two-car lengths.

6        Q.    Two-car lengths?

7        A.    Yes.

8        Q.    Do you ever think that your car

9    then turned its wheel towards the curb to

10   cut off Mr. Rodriguez?

11       A.    I don't recall.

12       Q.    Do you think that that's what

13   Officer Zheng was trying to do, he was

14   trying to cut off Mr. Rodriguez with the

15   car?

16       A.    I'm not Officer Zheng.  I'm not

17   sure what he was trying to do.

18       Q.    But you were in the car?

19       A.    Yes.

20       Q.    If you look at the physics of

21   the car, does it look like your vehicle is

22   trying to cut off Mr. Rodriguez?

23       A.    We passed Mr. Rodriguez, wanted

24   to stop our car so I can get out to signal

25   him to stop.

1                         A. CHEN

2          Q.     Do you think that at any point

3     your vehicle was cutting off Mr. Rodriguez?

4          A.     We passed him.  Unless you want

5     to say that's cutting him.

6          Q.     Passing would be parallel to

7     him, but what I'm saying is, at some point

8     do you think you turned somewhat in front

9     of his vehicle in a way to cut him off?

10         A.     Possibly.

11         Q.     Do you think that's an

12    appropriate tactic when you are pursuing

13    someone on a bicycle?

14         A.     Based on my experience or are

15    you basing it on NYPD policy?

16         Q.     On your general experience as a

17    police officer.

18         A.     Yes.

19         Q.     Why?

20         A.     Because normally if you see a

21    car in front of you, you'll stop.

22         Q.     Do you think you ever got too

23    close to Mr. Rodriguez's bicycle?

24         A.     No.

25         Q.     What's that?

1                          A. CHEN

2          A.      No.

3          Q.      When you got out of your

4    vehicle, did you at any time ever look on

5    the passenger's side of your car to see if

6    there were any marks from his bicycle?

7          A.      No.

8          Q.      Was the passenger's side of

9    your vehicle or the passenger's side

10   damaged in any way that day?

11         A.      It was damaged that day.

12         Q.      Where was the damage?

13         A.      The passenger's side view

14   mirror.

15         Q.      The passenger's side mirror?

16         A.      I believe so, yes.

17         Q.      Do you know how that damage was

18   -- how the car was damaged on the

19   passenger's side mirror?

20         A.      No.

21         Q.      Do you know whether or not it

22   was damaged by Mr. Rodriguez's bicycle?

23         A.      It was before we got into the

24   car.

25         Q.      Before you got into the car

A. CHEN

1
2      when?

3          A.      Of the tour, when the tour

4      started.

5          Q.      When you first started your

6      tour that day, you already saw the damage

7      on the mirror?

8          A.      Yes.

9          Q.      How do you know that?

10         A.      We did an inspection.

11         Q.      When you do an inspection like

12     that, do you note it anywhere?

13         A.      In our memo book.

14         Q.      Did you do that that day?

15         A.      Yes.

16         Q.      How long had that mirror been

17     damaged?

18         A.      I wouldn't know.

19         Q.      When a police car is damaged in

20     some way, how is that first memorialized

21     somewhere?

22             MR. KELLY:  Objection.  You can

23         answer.

24         A.      Can you rephrase the question.

25         Q.      Let's say for example your --

1                      A. CHEN

2      it was when you were driving the car

3      somehow that mirror was damaged, maybe some

4      kid threw a ball at the mirror and broke

5      it, how would you first note somewhere on

6      paperwork what had happened so that

7      everybody knows this is how it happened,

8      this is when it happened?

9           A.    Once you see it when you do the

10     inspection, you put it in your memo book

11     and then sometime at one point at the end

12     of tour, you go back and let the desk

13     officer that the RMP which is the police

14     vehicle was damaged.

15          Q.    Let's say someone throws a ball

16     in the mirror, you would write it in your

17     memo book?

18          A.    Yes.

19          Q.    Then you tell the desk

20     sergeant?

21          A.    Yes.

22          Q.    What does the desk sergeant do

23     at that point?

24          A.    I don't know.

25          Q.    Do you know if there's any

1                    A. CHEN

2    piece of paper, anything written somewhere

3    so there's a paper trail about what's going

4    on with this damage?

5         A.    I don't know.

6         Q.    Why was the -- why was

7    Mr. Rodriguez's backpack searched?

8              MR. KELLY:  Objection.  You can

9         answer.

10        A.    Can you rephrase that question.

11   At the precinct?

12        Q.    Wherever it was searched.  I

13   think you said it was searched at the

14   precinct?

15        A.    Yes.

16        Q.    Do you know why it was

17   searched?

18        A.    To make sure there's no weapons

19   for -- you know.

20        Q.    You never searched it?

21        A.    No.

22        Q.    You don't know whether or not

23   anyone searched it on the scene?

24        A.    No.

25        Q.    Did you see anyone search it on

1          A. CHEN

2     the scene?

3               MR. KELLY:  Objection.  You can

4          answer.

5          A.     I didn't see anybody.

6          Q.     Did you search it on the scene?

7          A.     No.

8          Q.     Did you ever have to speak with

9     the ADA in connection with this incident

10    with Mr. Rodriguez?

11         A.     Yes.

12         Q.     Aside from what you told me

13    earlier about the text message, did you

14    speak with the ADA at any other time?

15         A.     Yes, I was supposed to testify.

16         Q.     So before you were supposed to

17    testify, I assume you were communicating

18    with the ADA about that?

19         A.     Yes.

20         Q.     On the night of the accident or

21    the next day, were you ever communicating

22    with the ADA about what happened?

23         A.     No.

24         Q.     Were you ever involved in

25    deciding what to charge Mr. Rodriguez with?

1                    A. CHEN

2        A.    No.

3        Q.    How soon after Mr. Rodriguez's

4   arrest did you first speak with the ADA?

5        A.    I don't recall, possibly two,

6   three months later.

7        Q.    In that time, had you ever

8   spoken with Officer Zheng about what

9   happened?

10       A.    No.

11       Q.    So tell me the conversation you

12  had with the ADA?

13       A.    Pretty much the same thing,

14  about the text message, to let him

15  understand that I wasn't the one that did

16  the search.  What I told CCRB was a

17  summarization of what happened that day and

18  I believe CCRB got confused thinking that I

19  did the search.

20       Q.    Aside from talking to the ADA

21  about that, did you talk with the ADA about

22  your appearance, that you were going to

23  testify?

24       A.    It never went on.

25       Q.    Did you tell the ADA what you

1                           A. CHEN

2     saw that day?

3          A.     I believe so.

4          Q.     What did you tell the ADA?

5          A.     The same thing that I'm telling

6     you today, possibly.

7          Q.     Anything different?

8          A.     Because that happened earlier

9     so my memory was probably clearer, but I

10    don't -- nothing much different.

11         Q.     How soon after the incident

12    were you interviewed by CCRB?

13         A.     I don't recall, possibly -- I

14    don't want you give you the wrong dates,

15    maybe six months, seven months later,

16    possibly, I don't know.

17         Q.     Were you represented by an

18    attorney in that interview?

19         A.     Yes.

20         Q.     Was that a union attorney or

21    someone else?

22         A.     I believe so.

23         Q.     How long was that interview?

24         A.     Possibly 15, 20 minutes.

25         Q.     Was there ever a follow up

                        A. CHEN

interview?

    A.    No.

    Q.    Did you speak with CCRB at any other time about the incident aside from the interview?

    A.    No.

    Q.    Were you a subject in the CCRB investigation?

    A.    For that matter?

    Q.    Right.

    A.    I don't recall.

    MS. FETT:  Let's go off the record.

    THE VIDEOGRAPHER:  The time is 11:47 a.m., going off the record.

    (Whereupon, an off-the-record discussion was held.)

    THE VIDEOGRAPHER:  Back on record, 12:03 p.m.

    MS. FETT:  Let's mark this, please.

    (Whereupon, the aforementioned memo book entry was marked as Plaintiff's Exhibit 2 for

1          A. CHEN

2          identification, as of this date, by

3          the Reporter.)

4          Q.    Officer Chen, can you take a

5     look at what's been marked as Plaintiff's

6     Exhibit 2.  Look through that and let me

7     know when you are ready.

8          A.    Yes.

9          Q.    Have you seen this before, this

10    memo book entry?

11         A.    Yes.

12         Q.    Is this one of the documents

13    that you reviewed when you were meeting

14    with your attorneys?

15         A.    Yes.

16         Q.    That's your handwriting on the

17    pages?

18         A.    Yes.

19         Q.    I'm just going to have you turn

20    to the second page.  It's marked DEF 77 on

21    the bottom right hand corner.  Can you read

22    to me what you wrote on that page.

23         A.    "Thursday, 8/13/15 tour is 1100

24    by 0435.  1100 present for duty at the

25    110th Precinct.  1300 RMP number 447,

1          A. CHEN

2    mileage is 3,619, gas is three quarter, no

3    contraband, life hammer, EZ pass,

4    passenger, PO Zheng, side view mirror

5    damaged."

6          Q.     If we're looking at this

7    entry -- at what time are you writing this

8    entry?

9          A.     1300 when I got into the car.

10         Q.     What did you do between

11   1100 hours and 1300 hours?

12         A.     Possibly I was getting changed,

13   possibly doing something on the computer.

14         Q.     So you're in the precinct at

15   the 110 for approximately two hours before

16   you go out?

17         A.     Yes.

18         Q.     The rest of that page is

19   redacted and the following page is redacted

20   and if you'll go to the next page where you

21   see your handwriting, can you read that

22   entry for me.

23         A.     "1645 delay entry, bicycle stop

24   at 104th and 43rd.  Bicyclist fled scene

25   heading westbound on 43rd Avenue.  Caught

1            A. CHEN
2    up to the bicyclist on 102nd and 43rd where
3    bicyclist did strike park car and fell to
4    the ground.  Parked the car and went under
5    at 1647."
6         Q.    What does delay entry means?
7         A.    Delay entry means that I wasn't
8    able to put in chronological order the time
9    because like I said, when we stopped
10   Mr. Rodriguez, afterwards I went back out
11   to write summonses.
12        Q.    Does the 1645 represent when
13   you actually wrote this entry or when this
14   incident happened?
15        A.    1645 is the incident.
16        Q.    If your memo book were
17   un-redacted and I could see the rest of it,
18   would you have the bicycle summonses that
19   you issued after Mr. Rodriguez fell off the
20   bike in your memo book and at the end you
21   put this entry in afterward?
22        A.    Yes.
23        Q.    Did you ever discuss with
24   Officer Zheng what you were going to put in
25   your memo book about this?

1                    A. CHEN

2          A.    No.

3          Q.    Did he ever discuss it with

4    you?

5          A.    No.

6          Q.    Did either of you discuss it

7    with each other how you were going to

8    describe it with this incident?

9          A.    I believe it's in our own

10   words.

11         Q.    The question is, did you ever

12   discuss it with each other?

13         A.    No, because he took the arrest

14   so I don't know what happened afterwards.

15              MS. FETT:  Let's mark this,

16         please.

17              (Whereupon, the aforementioned

18         marijuana supporting deposition was

19         marked as Plaintiff's Exhibit 3 for

20         identification, as of this date, by

21         the Reporter.)

22              MS. FETT:  This is the

23         marijuana supporting deposition.

24         Q.    Take a look at that and let me

25   know when you are ready.

1                    A. CHEN

2          A.    Yes.

3          Q.    Have you seen this report

4    before?

5          A.    Have I seen the report itself

6    or this specific one?

7          Q.    This specific report for

8    Mr. Rodriguez.

9          A.    No.

10         Q.    Have you ever completed one of

11   these before?

12         A.    Yes.

13         Q.    Do you see your handwriting?

14         A.    No.

15         Q.    This was prepared by Officer

16   Zheng; is that right?

17              MR. KELLY:  Objection.  You can

18           answer.

19         A.    I believe so because it's his

20   name on it.

21         Q.    I'm going to ask you to take a

22   look at the first page and on the left side

23   where it is -- I guess it's called the

24   field test report; do you see that?

25         A.    On the right side?

1                          A. CHEN
2          Q.     On the left hand side, it says
3    field test report (indicating).
4          A.     Okay, yes.
5          Q.     Read down from there it says
6    the date 8/13/15.
7          A.     "At 1647."
8          Q.     The address, what does that
9    say?
10         A.     Is that front of 102-10 43rd
11   Avenue?
12         Q.     What is that address?
13         A.     What do you mean by that?
14         Q.     Is that the address where
15   Mr. Rodriguez was stopped as far as you
16   know?
17         A.     Yes.
18         Q.     What is this telling us; is
19   this telling us that this is when the field
20   test report was done at 1647?
21         A.     I don't know because I didn't
22   prepare this.
23         Q.     When you prepared these in the
24   past, when you are filling that portion
25   out, are you describing where you did the

1                    A. CHEN
2    field test in that section?
3         A.    I don't believe so.  It's where
4    we stop the person.
5         Q.    But not where you would have
6    done the field test?
7         A.    No.
8         Q.    Do you know why there would be
9    a line there to put the location, but that
10   wouldn't have to do with the field test?
11        A.    I don't know.
12        Q.    Turning to the next page, below
13   the caption where it says "I" and it has
14   Officer Zheng's name handwritten there; do
15   you see that?
16        A.    Yes.
17        Q.    Just read along, it says -- you
18   see where it says "I state that on 8/13/15
19   at 1647"?
20        A.    Yes.
21        Q.    Read the next line.
22        A.    Front of 102-10 43rd Avenue,
23   location County of Queens, State of New
24   York.
25        Q.    What does the number one under

1                        A. CHEN

2   that say?

3          A.      "I recover 12 fill-in quantity

4   of applicable check one only --

5          Q.      You don't have to read all of

6   that.  Is it fair to say basically what he

7   recovered, that he recovered 12 zips of

8   marijuana?

9          A.      He recovered 12 zips.

10         Q.      Would you agree with that?

11         A.      Yes.

12         Q.      Isn't this document -- isn't

13  Officer Zheng saying that he recovered it

14  at the scene?

15         A.      Well I'm not Officer Zheng so I

16  can't tell you why he put that.  Usually

17  the location is where we stop the

18  individual, but then we searched the

19  backpack at the precinct.

20         Q.      Why would you search the

21  backpack at the precinct?

22         A.      To make sure there's no

23  weapons.

24         Q.      Why wouldn't you search it at

25  the scene?

1                    A. CHEN

2          A.    Why?  Unless -- depending on

3    the situation of whatever crime it is.

4    Like I said, it was a traffic infraction so

5    there was no need to search the backpack at

6    the scene.

7          Q.    Would you have been allowed to

8    search the backpack at the scene?

9          A.    I wouldn't know because I'm not

10   -- I don't make the policies for NYPD.

11         Q.    But you are a police officer?

12         A.    Yes.

13         Q.    You're supposed to follow NYPD

14   policy?

15         A.    Yes.

16         Q.    As a police officer, would you

17   have been allowed to search Mr. Rodriguez's

18   bag at the scene?

19         A.    No.

20         Q.    Why not?

21         A.    Because you're not allowed to

22   unless -- depending on the crime itself.

23         Q.    What about for what

24   Mr. Rodriguez was under arrest for, would

25   you have been allowed to search his bag?

1                    A. CHEN

2        A.    No.

3        Q.    Why not?

4        A.    Because it's not a serious

5    matter.

6        Q.    Wouldn't you agree that when

7    you are looking at this supporting

8    deposition, it looks as if Officer Zheng

9    searched the bag or at least that's what

10   he's writing, that he searched the bag at

11   the scene; would you agree are that?

12       A.    No, the ADA -- they figured

13   that out.  The location, we always put the

14   location where the arrest was made.

15       Q.    How do the ADA's figure that

16   out; what does that mean?

17       A.    We put down the location of

18   where the person was stopped.

19       Q.    How does it not get complicated

20   if you always put down in a marijuana

21   supporting deposition that you recovered it

22   at the scene because that's what you always

23   put, you always put the address; how does

24   the issue of where the search took place

25   not get complicated by doing that?

1              A. CHEN

2       A.    What do you mean?

3       Q.    Exactly why you were texting

4  Officer Zheng, it looks as if he's done the

5  search at the scene; isn't that right if

6  you look at this paper?

7            MR. KELLY:  Objection.  You can

8       answer.

9       A.    Like I said, the location, we

10  have to put down where the person was

11  stopped and the search was done back at the

12  precinct.

13      Q.    But if I read from this

14  document, it says "I state that on 8/13/15

15  at 1647 in front of 102 -- 10 43rd Avenue,

16  in Queens, I recovered 12 zips."

17      A.    Like I said, I'm not Officer

18  Zheng, so I can't speak for him.

19      Q.    I understand that, but do you

20  think he filled this out correctly if he

21  searched the bag at the precinct?

22      A.    Yes, we always put down the

23  location where the person is stopped.

24      Q.    Do you think it's possible that

25  he searched the bag at the scene?

```
1                    A. CHEN
2        A.    That I?
3        Q.    That he.
4        A.    I wouldn't know.
5        Q.    Is it possible?
6        A.    I wouldn't know.
7        Q.    Is it possible that you
8   searched the bag at the scene?
9        A.    No.
10       Q.    Why not?
11       A.    I did not look at the bag at
12   all.
13             MS. FETT:  Let's mark this,
14        please.
15             (Whereupon, the aforementioned
16        text messages were marked as
17        Plaintiff's Exhibit 4 for
18        identification, as of this date, by
19        the Reporter.)
20       Q.    Take a look at that exhibit and
21   let me know when you are ready.
22       A.    Yes.
23       Q.    I'm going to skip to the second
24   page that's marked DEF 489.  Is this
25   exhibit, is this a copy of your text
```

1                    A. CHEN

2    messages?

3         A.    Yes.

4         Q.    Are these text messages to

5    Officer Zheng?

6         A.    Yes.

7         Q.    Are these the messages that you

8    were referring to earlier in the

9    deposition?

10        A.    Yes.

11        Q.    I'm sorry I told you to go to

12   the second page, but go back to the first

13   page, they are dated March 22nd, does that

14   in any way -- does that sound like when you

15   would have sent these text messages?

16        A.    I wouldn't recall.

17        Q.    Going back to the second page,

18   can you read for me the first text on that

19   page.

20        A.    "Run this GXU 1697 New York

21   plate, the year and registration."

22        Q.    Is that you texting to Officer

23   Zheng?

24        A.    Yes.

25        Q.    Can you read what he writes

1               A. CHEN
2   back to you?
3       A.   "I'm at criminal court about to
4   go on the stand."
5       Q.   What do you write?
6       A.   "Nice, when you are coming
7   back?"
8       Q.   What did he write?
9       A.   "Still waiting, coming back
10  now, chang to my own clothes then come back
11  later.  They are about to go on lunch
12  break.  I'm not going to make bait to
13  testify before that for sure."
14      Q.   What do you write?
15      A.   "Okay."
16      Q.   I think it's repeating, but can
17  you go to the top of 490; what does your
18  text say?
19      A.   "You said that the bag was
20  searched at the precinct."
21      Q.   So what do you mean by that?
22      A.   That was more like a statement
23  instead of a question because I said you
24  said that the bag was searched at the
25  precinct.  When the ADA called me, he

1          A. CHEN

2    thought that I did the search at the scene

3    because of the CCRB tape.  I said you said

4    the bag was searched at the precinct.

5          Q.    It looks like you knew that

6    Officer Zheng was in criminal court

7    testifying about this case that day; is

8    that fair to say?

9          A.    Yes.

10         Q.    So you're texting him about his

11   testimony?

12         A.    No, I was texting him about the

13   misunderstanding that the ADA had with me

14   because I wanted to clear -- I wanted to

15   make clear what the ADA said to me so

16   that's why I said did you say that the bag

17   was searched at the precinct.

18         Q.    You've testified in court a

19   lot, right?

20         A.    Just traffic court.

21         Q.    You never testified in criminal

22   court?

23         A.    No.

24         Q.    No?

25         A.    No.

1                    A. CHEN

2          Q.    Do you understand that when you

3     are testifying or you're on the stand, you

4     are not supposed to be communicating with

5     anybody while you are testifying?

6          A.    He wasn't testifying because he

7     was waiting.

8          Q.    I can represent to you that he

9     was in the middle of testifying and had

10    gotten a specific direction from the judge

11    not to communicate with anyone about the

12    incident.

13         A.    Okay.

14         Q.    And the reason why a judge

15    would have done that, and this is my

16    opinion is because of the obvious, it looks

17    like you are trying to coordinate the

18    testimony with the texts?

19              MR. KELLY:  Note my objection.

20         Q.    Is that what you were doing?

21         A.    I was trying to clear up what

22    the ADA was trying to say to me and I was

23    trying to tell him that the bag was not

24    searched at the scene by me.

25         Q.    Before he texted you anything

1                    A. CHEN

2      about the bag or the search or why he's

3      there, the first thing you say is out of

4      nowhere, you said that the bag was searched

5      at the precinct; why did you say that all

6      of a sudden?

7                    MR. KELLY:  Objection.  You can

8           answer.

9           A.    It could have been you or I.

10          Q.    Why did you even bring that up

11     at that point?

12          A.    To make it clear for the ADA to

13     understand that I didn't do any of the

14     search at the precinct because the ADA

15     said, did I do the search at the scene and

16     I guess the phone -- he couldn't hear me.

17          Q.    Were you worried about it?

18          A.    Was I worried about it?

19          Q.    Yes.

20          A.    What do you mean?

21          Q.    Were you worried about the

22     testimony?

23          A.    To make sure the ADA did not

24     get confused.

25          Q.    Was that worrying you?

A. CHEN

1

2      A.    Yes.

3      Q.    Why?

4      A.    Because I don't want the ADA to

5   get confused by what really happened and

6   what didn't happen or did happen.

7      Q.    If the ADA or CCRB, if

8   everybody was confused about what you had

9   said and it was believed that you had

10  searched the bag at the scene, why would

11  that concern you?

12     A.    Because I wanted to make it

13  clear that I didn't do the search at the

14  scene.

15     Q.    What does he respond; what does

16  Officer Zheng respond when you say that?

17     A.    He said yes.  I said "you're

18  with the ADA?"  He said "I was."

19     Q.    And what did you write after

20  that?

21     A.    He picking up.

22     Q.    What does that mean?

23     A.    I tried to call him back.  I

24  stepped out of the basement to call the ADA

25  and she didn't pick up so I texted tell the

1                    A. CHEN

2    ADA --

3        Q.    I'm sorry, I don't want to miss

4    what he wrote in response; Officer Zheng

5    wrote?

6        A.    "He just went in."

7        Q.    And you wrote?

8        A.    I said "tell the ADA that I

9    said you looked at the bag, not me at the

10   precinct.  He's saying that I said at CCRB

11   that I searched the bag.  I didn't and I

12   don't recall I said anything like that at

13   CCRB.  You took him in with the bag.  I

14   didn't get to search anything."

15       Q.    Describe what you are doing

16   right there; you are telling or asking

17   Officer Zheng to do what?

18       A.    To make it clear that I didn't

19   look or search the bag at the scene because

20   the ADA was confused.  He thought I

21   searched because I gave a summarization at

22   CCRB of what happened.

23       Q.    There are a lot of details

24   about the pursuit and the stop that you

25   don't remember; is it possible that you did

1              A. CHEN
2     search the bag at the scene and you don't
3     remember?
4          A.    No, I didn't touch the bag.
5          Q.    How do you know that for sure?
6          A.    I might have touched the bag,
7     but I didn't look inside of the bag.
8          Q.    How do you know that for sure?
9          A.    How do I know that for sure?
10         Q.    Yes.
11         A.    Because he took the arrest.
12         Q.    What does that mean?
13         A.    Meaning that it's not my
14    business anymore.
15         Q.    So you would have never done
16    that under those circumstances?
17         A.    No.
18         Q.    Have you ever been involved in
19    an arrest where your partner or another
20    officer takes the collar and you do a
21    search?
22         A.    Yes.
23         Q.    Why would it be so unheard of
24    if you had possibly searched the backpack
25    at the scene?

1                    A. CHEN

2          A.     Because -- usually when we do

3     the search, it would be back at the

4     precinct, but we wouldn't do the search at

5     the scene.

6          Q.     It's just not possible to have

7     done it at the scene?

8          A.     No.

9          Q.     Going back -- what page are you

10    on right now Officer Chen?

11         A.     490.

12         Q.     Let's skip -- can you turn to

13    page 491 and this is repeating.  You see in

14    the middle of 491 "tell the ADA"?

15         A.     Yes.

16         Q.     That's what you already read?

17         A.     Yes.

18         Q.     Read where it says, "sorry, I

19    was in the bathroom."

20         A.     "Sorry I was in the bathroom

21    before, the reception was bad."

22         Q.     What are you saying there?

23         A.     When I was -- when the ADA

24    called me, he couldn't hear.  So I said

25    "sorry I was in the bathroom before, the

1                    A. CHEN

2    reception is bad."

3         Q.    I'm confused because it looks

4    like you were just speaking to Officer

5    Zheng, but you were in the bathroom and you

6    couldn't hear him; is that what you are

7    saying?

8         A.    Repeat that question.

9         Q.    When you say "sorry, I was in

10   the bathroom, the reception is bad", what

11   are you referring to there?

12        A.    I was in the bathroom when the

13   ADA called me.

14        Q.    So you're saying sorry to the

15   ADA in that text?

16        A.    Yes.

17        Q.    Why are you saying sorry to the

18   ADA in a text to Officer Zheng?

19        A.    Because I don't know whether he

20   was with the ADA at the time so that's why

21   I said sorry, I was in the bathroom.

22        Q.    Earlier you had said that you

23   were in the basement when the ADA called

24   you?

25        A.    The basement bathroom.   The

1                          A. CHEN
2      basement is in the bathroom.
3          Q.      The bathroom is in the
4      basement?
5          A.      Yes.
6          Q.      Did you at any time after you
7      -- after or during this texting
8      conversation with Officer Zheng, did you or
9      Officer Zheng ever call each other on your
10     phones?
11         A.      No.
12         Q.      If I was to get your phone
13     records, I wouldn't see a phone call
14     between you and Officer Zheng?
15         A.      Yes.
16         Q.      I would not or I would?
17         A.      I don't recall, but I doubt it.
18         Q.      When you're saying sorry I was
19     in the bathroom, you're not saying that to
20     Officer Zheng?
21         A.      I said it as in sorry to both
22     of them.  They were trying to get my
23     information about what happened so I wanted
24     to make it clear to the ADA so I wasn't
25     sure if he was with the ADA or not at the

1                    A. CHEN

2      time.

3           Q.    If you look at the next thing

4      you text, what are you saying there?

5           A.    "You have the stop sign

6      testimony for stop sign for 104th and

7      42nd."

8           Q.    What are you saying there;

9      what's that about?

10          A.    That's traffic court testimony

11     that usually we write a certain location, I

12     asked if he has that testimony.

13          Q.    Is this for the Rodriguez --

14          A.    No, this is for -- this is just

15     for 104th Street and 42nd Avenue testimony

16     in general.

17          Q.    So you're saying this doesn't

18     have anything to do with the criminal court

19     proceeding that was going on in connection

20     with Mr. Rodriguez that day?

21          A.    No.

22          Q.    But you were texting it to

23     Officer Zheng?

24          A.    Yes.

25          Q.    It looks like -- what are you

1                    A. CHEN

2    saying next after that?

3        A.    "Hello, are you there."

4        Q.    It looks like you initially

5    sent the text about the ADA and the bag

6    search around 2:37 or sometime after that;

7    do you see that?

8        A.    Yes.

9        Q.    At 4:16, you're talking about

10   the traffic court testimony, I guess?

11       A.    Yes.

12       Q.    At 5:23, you're -- what are you

13   saying?

14       A.    "Hello, are you there."

15       Q.    Did you ever speak to Officer

16   Zheng that day about what you had texted?

17       A.    I don't recall.  You mean about

18   the testimony or about the text message?

19       Q.    About either one.

20       A.    Possibly.

21       Q.    Did you find out why Officer

22   Zheng wasn't responding to your texts?

23       A.    I would assume that he was in

24   court.

25       Q.    Once you saw Officer Zheng

1                    A. CHEN
2     again, did you ever talk about why he
3     didn't respond to your text?
4          A.    I don't recall.
5          Q.    Did you ever talk with each
6     other about what you had texted that day?
7          A.    I don't recall.
8          Q.    Did you ever figure out with
9     Officer Zheng how or where the bag was
10    searched?
11         A.    What do you mean?
12         Q.    There's confusion.  It seems
13    like there's confusion,  I know you think
14    it's the CCRB --
15         A.    After I spoke to the ADA, the
16    ADA spoke to Officer Zheng.
17         Q.    When did you finally speak to
18    the ADA that day; was it that day?
19         A.    Maybe a week later, possibly.
20    I don't recall the actual date itself.
21         Q.    Did you ever speak with the ADA
22    that day after they tried to get a hold of
23    you and it was breaking up?
24         A.    I don't recall.
25         Q.    You didn't speak with the ADA

1          A. CHEN

2    again until about a week later?

3          A.    Possibly.  I don't recall.

4          Q.    What was the conversation?

5          A.    The same thing, about the bag

6    being searched, whether it was on the scene

7    or back at the precinct.  Did I do any of

8    it and I said no, I didn't.

9          Q.    Did the ADA say anything to you

10   about the text you had sent to Officer

11   Zheng on March 22nd?

12         A.    Yes, I recall that he did show

13   me this text.

14         Q.    What did he say when he showed

15   it to you?

16         A.    He asked me to explain to him

17   the same reason why I sent this.

18         Q.    What were the exact words that

19   the ADA said to you?

20         A.    I don't recall.

21         Q.    But something like why did you

22   send this?

23         A.    Yes.

24         Q.    Was anyone else in the room

25   with you?

1                           A. CHEN

2        A.    No.

3        Q.    What was your response?

4        A.    I explained to him that I

5  wanted to make it clear that I didn't do

6  the search.

7        Q.    What did he say in response?

8        A.    I don't recall.

9        Q.    What was the sum and substance

10 of the conversation?

11       A.    Pretty much to clarify the

12 reason why at CCRB what I said.  I said at

13 CCRB, it was an entire summarization of

14 what happened that day.

15       Q.    What was the sum and substance

16 of the ADA's response?

17       A.    He said okay.

18       Q.    Did he in any way say hey, you

19 shouldn't have sent this text or anything

20 like that?

21       A.    I don't recall, but when I

22 explained to him, he understood what I

23 meant.

24       Q.    Did you find it odd that he had

25 a copy of your text messages with Officer

1                     A. CHEN
2     Zheng?
3          A.     No.
4          Q.     It didn't seem strange to you?
5          A.     Odd as in?  What do you mean by
6     odd.
7          Q.     If someone all of a sudden had
8     a xerox copy of the text messages that I
9     sent, I would find it to be odd so I just
10    want to know if you think that that's
11    strange?
12         A.     I mean it is.
13         Q.     Did you ask Officer Zheng how
14    the ADA got the texts?
15         A.     I asked the ADA.
16         Q.     What did the ADA say?
17         A.     He said the judge wanted copies
18    of it.
19         Q.     Did he tell you why?
20         A.     I don't recall.
21         Q.     Did you ever meet with the
22    judge about the text?
23         A.     No.
24         Q.     So the ADA never told you why
25    the judge wanted copies of the texts?

1          A. CHEN

2          MR. KELLY: Objection. You can

3     answer.

4          A.    I don't recall exactly what he

5     said to me, but from based on my

6     recollection, he was trying to tell me that

7     because of whatever I said at CCRB was

8     misunderstood so therefore, they wanted to

9     see the text messages between me and

10    Officer Zheng so that's why they have a

11    copy of it. When I explained to him what

12    happened, he said okay, he understood.

13         Q.    Did you ever speak with the ADA

14    again about this prosecution after that

15    day?

16         A.    No.

17         Q.    Were you ever involved in any

18    way with the prosecution after speaking

19    with the ADA that day?

20         A.    No.

21         Q.    Turn to DEF 495; is that your

22    handwriting?

23         A.    No.

24         Q.    Do you know whose handwriting

25    that is?

                        A. CHEN

1

2       A.      No.

3       Q.      Do you know if it's Officer

4  Zheng's handwriting?

5       A.      I don't know.

6       Q.      You see at the top, I think it

7  says blacked out and then I can't read the

8  next line and I think it says "got

9  handcuffed on the floor" and then "struck

10  his bike on the floor." Do you know

11  whether or not this note is about what

12  happened to Mr. Rodriguez?

13      A.      I don't know.

14      Q.      Did you ever see Mr. Rodriguez

15  lose consciousness at the scene?

16      A.      No.

17      Q.      Did he ever appear dizzy?

18      A.      Did he appear dizzy or did I

19  ask him if he was dizzy?

20      Q.      Either one. Did he appear

21  dizzy?

22      A.      Not that I recall.

23      Q.      Did you ask him if he was

24  dizzy?

25      A.      I don't recall about asking

1                          A. CHEN
2   him.
3        Q.    Did he seem completely lucid,
4   coherent?
5        A.    Yes.
6        Q.    Was he mumbling at all in his
7   speech?
8        A.    No.
9              MS. FETT:  I'm going to have
10             this marked as Plaintiff's Exhibit 5.
11             This is the resisting arrest and
12             disorderly conduct deposition.
13             (Whereupon, the aforementioned
14             resisting arrest and disorderly
15             conduct deposition was marked as
16             Plaintiff's Exhibit 5 for
17             identification, as of this date, by
18             the Reporter.)
19        Q.    Officer, take a look at
20   Plaintiff's Exhibit 5 and let me know when
21   you are ready.
22        A.    Yes.
23        Q.    When you were preparing for
24   this deposition, did you look at these two
25   pages?

1                    A. CHEN

2       A.    No.

3       Q.    Have you ever seen these two

4  specific pages before in connection with

5  Heins Rodriguez?

6       A.    No.

7       Q.    Does your handwriting appear

8  anywhere on those pages?

9       A.    No.

10      Q.    Have you ever filled out a

11 resisting arrest deposition before?

12      A.    Yes.

13      Q.    Looking at DEF 66, from your

14 experience, does it say that Officer Zheng

15 is the officer that completed this

16 paperwork?

17      A.    Yes.

18      Q.    Can you read for me, similar to

19 the marijuana deposition, just that middle

20 paragraph where it says "I, Officer Zheng,

21 shield number" such and such and read the

22 rest?

23      A.    "New York City Police Officer

24 Detective and I state that on 8/13/15 at

25 1645 at front of 102-10 43rd Avenue,

1                    A. CHEN

2      location County of Queens, State of New

3      York."

4          Q.      Read the next line.

5          A.      "Resisting arrest, defendant

6      intentionally prevented or attempted to

7      prevent me from affecting an authorized

8      arrest of the defendant."

9          Q.      What was checked off?

10         A.      "Flailing defendants's arms,

11     holding defendants's arms against

12     defendant's body, struggling with me and

13     refusing to be handcuffed."

14         Q.      When you are looking at this

15     document, where is Officer Zheng saying

16     that this resisting arrest took place?

17         A.      At 102-10 43rd Avenue.

18         Q.      Why in this document is it

19     saying that that happened at 102-10 43rd

20     Avenue, but in the marijuana supporting

21     deposition which is written the same way,

22     it doesn't mean that, it means that it took

23     place back at the precinct?

24             MR. KELLY:  Objection.  You can

25         answer.

1                    A. CHEN

2        A.    Like I said, we always put the

3   location where the defendant was arrested

4   so on the marijuana paperwork is the same

5   thing of the location where the person was

6   arrested.

7        Q.    We're not saying here in the

8   resisting arrest deposition that this is

9   where the actual flailing of the arms and

10  holding the body, this is where it occurred

11  102-10 43rd Avenue?

12       A.    Yes.

13       Q.    That's where it occurred?

14       A.    This is the location where the

15  defendant was arrested.

16       Q.    Would this be the location

17  where the defendant allegedly resisted

18  arrest?

19       A.    Yes.

20       Q.    Did you ever see Mr. Rodriguez

21  flail his arms?

22       A.    Yes.

23       Q.    Did you ever see him holding

24  his arms against his body?

25       A.    I don't recall.

1          A. CHEN

2          Q.    Did you see him struggling with

3    Officer Zheng?

4          A.    Yes.

5          Q.    Did he refuse to be handcuffed?

6          A.    Yes.

7          Q.    How did he refuse?

8          A.    He said why am I getting

9    handcuffed I believe, based on my

10   recollection.  Why am I getting arrested.

11         Q.    When someone asks why they are

12   being arrested, does that constitute

13   resisting arrest?

14         A.    No.

15         Q.    Did you or Officer Zheng answer

16   him when he asked why am I being arrested?

17         A.    I don't recall, but I believe

18   Officer Zheng did say something.  I don't

19   recall exactly what he said.

20         Q.    If you turn to the next page,

21   it's marked DEF 67.  This is for disorderly

22   conduct.  Can you again -- it's the same

23   paragraph that has been on these

24   depositions, "I Officer Zheng", his shield

25   number, his precinct and can you read where

1          A. CHEN
2    it says "I state that on."
3          A.    "8/13/15 at 1645 at corner of
4    104th or 114th Street and 43rd Avenue,
5    location County of Queens, State of New
6    York."
7          Q.    Under it, what does it say?
8          A.    "Disorderly conduct."
9          Q.    Can you read just the parts
10   where Officer Zheng checked off the box.
11         A.    "Obstruct vehicle or pedestrian
12   traffic, going wrong way in one-way-street
13   in middle lane and passed steady red light
14   and fleeing from officer on bike in a
15   reckless manner."
16         Q.    And the next line?
17         A.    "How did the defendant cause
18   public inconvenience?  A crowd gathered in
19   response to the defendant's actions and
20   blocked traffic, caused traffic jam."
21         Q.    When Mr. Rodriguez was going in
22   the wrong direction down 104th Street, was
23   he obstructing traffic?
24         A.    This is based on my experience.
25         Q.    Okay.

A. CHEN

1

2      A.      If traffic is going one-way and
3  if a bicyclist comes down the opposite
4  direction, to me you're causing like a
5  disturbance because what if he would have
6  somehow moved to the side and it would have
7  hit the car or the car would have hit the
8  bicyclist so to me that is obstructing
9  traffic.

10      Q.      So what if a bicyclist is
11  travelling the wrong way down the street,
12  but there's no cars around, could he be
13  arrested for disorderly conduct?

14      A.      You mean based on me or based
15  on?

16      Q.      Based on what you just said.

17      A.      Yes.

18      Q.      The next thing that's marked
19  off, it says "fleeing from officer on a
20  bike in a reckless manner"; what is your
21  opinion on what Officer Zheng is referring
22  to there?

23      A.      He was pretty much leaving the
24  scene from when we tried to stop him.

25      Q.      That's when he made the U-turn

1                    A. CHEN

2    and gone up 43rd Avenue; is that right?

3        A.    Yes.

4        Q.    When it says a crowd gathered

5    in response to his actions, did you ever

6    see a crowd gathering?

7        A.    There were people at the scene.

8        Q.    Which scene?

9        A.    By where the arrest took place.

10       Q.    Was there a crowd gathering

11   when Mr. Rodriguez made the U-turn?

12       A.    I don't recall.

13       Q.    Was there a crowd gathering

14   when you were pursuing Mr. Rodriguez on

15   43rd Avenue?

16       A.    I don't recall.

17       Q.    Was the first time that you saw

18   people standing around looking, was that

19   after Mr. Rodriguez had fallen off his

20   bike?

21       A.    Yes.

22       Q.    Did Mr. Rodriguez, at any

23   point, ever block traffic?

24       A.    I don't recall whether he

25   blocked traffic.

1                    A. CHEN

2          Q.    Did you ever see him cause a

3    traffic jam?

4          A.    I don't recall.

5          Q.    Did your vehicle ever block

6    traffic during this incident?

7          A.    I don't recall.

8          Q.    Did you ever see Mr. Rodriguez

9    ride his bicycle on a sidewalk that day?

10         A.    No.

11              MS. FETT:  Can I have these

12              marked as Plaintiff's Exhibit 6 and

13              this is DEF 988 through DEF 991.

14              These are photographs of a blue

15              vehicle.

16              (Whereupon, the aforementioned

17              photographs was marked as Plaintiff's

18              Exhibit 6 for identification, as of

19              this date, by the Reporter.)

20         Q.    Officer, just take a look at

21    that and let me know when you are ready.

22         A.    I'm ready.

23         Q.    Have you seen these pictures

24    before?

25         A.    No.

1                    A. CHEN

2         Q.    I'm going to represent to you

3   that these are pictures of the vehicle that

4   Mr. Rodriguez struck with his bicycle on

5   August 13, 2015.

6         A.    Okay.

7         Q.    Knowing that, does the car look

8   familiar?

9         A.    I don't recall, but this is

10  possibly the car that he struck.

11        Q.    I just looked at page 991.  Can

12  you tell me -- that's a mistake, that's not

13  a photograph.  I'm going to ask you about

14  the first two pages.

15        A.    Okay.

16        Q.    When you got out of the vehicle

17  that day after Mr. Rodriguez had fallen,

18  did you ever take a look at the car that he

19  had struck?

20        A.    No.

21        Q.    So you didn't take a look at it

22  to see if there was any damage?

23        A.    No.

24        Q.    Do you know whether it was

25  damaged?

```
 1                    A. CHEN

 2         A.    I don't know.

 3         Q.    If this is where

 4  Mr. Rodriguez's bicycle struck the other

 5  vehicle at DEF 988 that we are looking at

 6  -- strike that.

 7              MS. FETT:  Can I have this

 8         marked as Plaintiff's Exhibit 7.

 9         This is photographs marked DEF 1167

10         through 1173.

11              (Whereupon, the aforementioned

12         photographs was marked as Plaintiff's

13         Exhibit 7 for identification, as of

14         this date, by the Reporter.)

15         Q.    Just let me know when you are

16  ready.

17         A.    Yes.

18         Q.    If you can just turn to the

19  page marked DEF 1170, is that

20  Mr. Rodriguez?

21         A.    Honestly I wouldn't know.

22         Q.    So you don't remember what he

23  looked like?

24         A.    No.

25         Q.    I can represent to you that
```

1               A. CHEN

2      these are photographs taken by IAB at the

3      hospital of Mr. Rodriguez that night?

4          A.    Okay.

5          Q.    Looking at DEF 1170, you see

6      the injuries on Mr. Rodriguez's right arm,

7      elbow area?

8          A.    Yes.

9          Q.    Did you ever see that on the

10     scene?

11         A.    No.

12         Q.    Did you see any injuries on

13     Mr. Rodriguez at the scene?

14         A.    Not that I saw.

15         Q.    If you had seen that injury,

16     would you have called an ambulance at the

17     scene?

18         A.    Yes.

19         Q.    Why?

20         A.    Because he was injured.

21         Q.    Do you know whether or not

22     Mr. Rodriguez was wearing a jacket when he

23     had the collision or if some way it was

24     covered and you couldn't see his arm?

25         A.    I don't recall.

A. CHEN

1

2      Q.      Just looking at all of the

3      pictures and the various injuries, if you

4      had seen any of those at the scene, would

5      you have called an ambulance?

6      A.      Any of these injuries?

7      Q.      Yes.

8      A.      Usually I would ask if they

9      need an ambulance, but if not, when they go

10     back to the precinct, I'll ask once again,

11     do you need an ambulance.

12     Q.      What if you asked someone

13     whether or not they need an ambulance and

14     you saw that kind of injury that you see on

15     DEF 1170 and the person said no, I don't

16     need an ambulance, would you still call an

17     ambulance?

18     A.      I would still call an ambulance

19     to have them checked out.

20     Q.      Why?

21     A.      Just to make sure they are

22     okay.

23     Q.      Do you think it was a mistake

24     not to call an ambulance for Mr. Rodriguez

25     at the scene that day?

                              A. CHEN

    A.    Like I said, I didn't see
injuries so I didn't even think about
calling an ambulance.

    Q.    Why didn't you see the
injuries?

    A.    Why?

    Q.    Yes.

    A.    I didn't see them.

    Q.    This individual had just struck
a vehicle and fallen to the ground, do you
think it would be incumbent upon you as a
police officer to check him out and see if
he needed medical treatment?

    A.    Yes.

    Q.    It doesn't sound like you did
that though, right?

    A.    Because I didn't see the
injuries at the scene.

    Q.    Did you speak with him and ask
him how he was feeling, is he hurt, does he
need treatment?

    A.    I don't recall.

    Q.    Did you ever hear Sergeant
Starrantino talk to him about that?

1                    A. CHEN

2        A.    I don't recall that.

3        Q.    Did you ever hear Sergeant

4    Starrantino say he looks fine, take him

5    back to the precinct?

6        A.    I didn't hear anything.

7             MS. FETT:  Can I have this

8        marked as Plaintiff's Exhibit 8.

9        This is DEF 1174 through 1191.  These

10       are photographs.

11            (Whereupon, the aforementioned

12       photographs was marked as Plaintiff's

13       Exhibit 8 for identification, as of

14       this date, by the Reporter.)

15       Q.    Take a look through those

16   photographs and let me know when you are

17   ready.

18       A.    Yes.

19       Q.    Have you seen any of these

20   photographs before?

21       A.    No.

22       Q.    Does that look like the bicycle

23   that you saw Mr. Rodriguez on on August 13,

24   2015 on the first page?

25       A.    Honestly I don't recall the

1                    A. CHEN

2    color or the [sic].

3          Q.    Do you remember if you

4    Mr. Rodriguez's bike appeared to be damaged

5    at all when you got out of your car that

6    day?

7          A.    I don't recall.

8          Q.    Moving to DEF 1178, is that a

9    picture or a partial picture of the vehicle

10   that you were in that day?

11         A.    Yes.

12         Q.    Do you know who the individual

13   is in that picture?

14         A.    He looks like the ICO.

15         Q.    What's his name?

16         A.    Lieutenant Danes.

17         Q.    Do you know what he was doing

18   in that picture?

19         A.    I don't know because this is

20   the first time that I saw this picture.

21         Q.    Did you ever hear about any

22   type of examination of your vehicle being

23   conducted in connection with what happened

24   on August 13, 2015?

25         A.    No.

1                          A. CHEN

2          Q.      See that rear view mirror on

3     the passenger's side, is that what you were

4     talking about earlier in terms of the

5     damage?

6          A.      Yes.

7          Q.      Was that there -- when did you

8     first notice that damage?

9          A.      When -- if you look in my memo

10    book, I believe I said -- that's when I put

11    down 1300.

12         Q.      It was when you first started

13    your tour that day?

14         A.      No, I think I started my tour

15    at 1100.

16         Q.      So it was a few hours after?

17         A.      Two hours, right?

18         Q.      Yes.  Is that exactly what it

19    looked like?

20         A.      Yes.

21         Q.      Going on to page DEF 1180, is

22    that what the side of your -- strike that.

23              Is that what your door looked

24    like on August 13, 2015 at 1300 hours?

25         A.      I don't know.  I mean, that

A. CHEN

looks like the flash from the flashlight,
right, because if you look in the mirror,
you see the flashlight is shining on the
car so that could be the reflection.

Q.    What I'm referring to actually
is the -- do you see the door handle?

A.    Yes.

Q.    A little bit below the door
handle toward the right, it looks like
there's some kind of mark or smudge or
something; do you see that?

A.    I mean it could be a smudge,
but it could also be a reflection, right?
I don't know.

Q.    Do you remember seeing anything
like that on the door at 1300 hours on
August 13, 2015?

A.    Not that I recall.

Q.    If you had seen that on the
door, would you have noted it in your memo
book?

A.    Yes, possibly, but that doesn't
look like -- I mean to me it looks like --
I don't know, a smudge or maybe dents or

                           A. CHEN

1    from like debris.

2         Q.    On DEF 1181, the next page, I

3    think it's a picture of the same mark, but

4    from a different angle; do you see it

5    toward the top corner of the picture?

6         A.    Yes.

7         Q.    What does that look like to

8    you?

9         A.    Maybe dirt.

10        Q.    Any chance that could be a mark

11   or a dent?

12        A.    I wouldn't know.

13        Q.    Going to DEF 1182, again

14   another angle of the passenger's side door;

15   do you have any understanding of why all of

16   these pictures would be taken of the

17   passenger side door of your vehicle if you

18   never struck Mr. Rodriguez's bicycle?

19             MR. KELLY:   Objection.   You can

20        answer.

21        A.    Can you rephrase that question.

22        Q.    Do you know why investigators

23   would be taking pictures of this side of

24   the car if you had not struck

1                    A. CHEN
2    Mr. Rodriguez's bicycle?
3          A.    They are investigating, right,
4    so that's why they took the pictures, to
5    see if it was struck.
6          Q.    Do you think it's possible?
7          A.    What's possible?
8          Q.    That you struck Mr. Rodriguez's
9    bicycle?
10               MR. KELLY:  Objection.  You can
11          answer.
12         A.    Like I said earlier, I was
13   sitting on the passenger's side.  If we
14   would have hit him from where I was
15   sitting, I would feel the impact, but I
16   didn't feel nothing.
17         Q.    Because you felt nothing, it's
18   not possible that you ever struck him?
19         A.    Yes.
20         Q.    You never got to speak to
21   investigators about it; is that right?
22         A.    No.
23         Q.    Skip ahead to page DEF 1188,
24   looking at the back of the rear view
25   mirror, are those scratches or marks; what

A. CHEN

1
2 is that, do you know?

3     A.    I don't know, dirt maybe.

4     Q.    Does it look like what your

5 rear view mirror looked like when you first

6 got in the vehicle that day?

7     A.    Yes, possibly.

8     Q.    How about the section in front

9 of the mirror; it looks like it's partly a

10 flash, but I can't tell if there are marks

11 there.  What does that look like to you?

12     A.    I don't know.  It could be dirt

13 or scratches.  I can't tell.

14     Q.    Does that look like what it

15 looked like when you got in the car that

16 day?

17     A.    Yes, possibly.

18     Q.    I'm going to skip ahead --

19 going to DEF 1197 and I know that you

20 haven't seen this picture before, but what

21 does this look like to you?

22     A.    I don't know.

23     Q.    Assuming that's Mr. Rodriguez's

24 bike, it looks like it's being positioned

25 offly close to the passenger's side of your

1                    A. CHEN

2    vehicle; is that fair to say?

3         A.    Okay.

4         Q.    You see the handle bar and then

5    if you look directly over to the passenger

6    door, it looks like there's a scratch or a

7    scrape there; do you see that?

8         A.    Okay.

9         Q.    Did you see that when you first

10   got into the car that morning?

11        A.    There were dirt on the car so I

12   mean -- honestly if there's dirt or

13   whatever it is, I don't really pay

14   attention to it.

15        Q.    What about if it's a scratch or

16   a dent?

17        A.    I mean I didn't see the

18   scratch.

19        Q.    Going to the next page, it

20   looks like the bike at that point is just a

21   few inches from your vehicle at that point.

22   When you are sitting in the passenger's

23   side on August 13th as you are coming up

24   alongside Mr. Rodriguez, about -- was there

25   ever a time when, I'm not talking about the

1                        A. CHEN
2    distance, but I'm talking about the
3    positioning, was there ever a time that
4    Mr. Rodriguez was basically -- you can turn
5    your head and he was right next to you?
6         A.    Yes.
7         Q.    Was he looking at you at any
8    point when he was right next to you?
9         A.    I don't recall.
10        Q.    Were you turned and looking at
11   him?
12        A.    Yes.
13        Q.    Were you in any way trying to
14   communicate with him to tell him to stop?
15        A.    I don't recall.
16        Q.    Were you saying anything to him
17   when you were positioned right next to him?
18        A.    I don't recall.
19        Q.    Were you waiving your arm at
20   all trying to get him to stop?
21        A.    I don't recall.
22        Q.    Do you know if Officer Zheng
23   was honking his horn when you were
24   positioned right next to him?
25        A.    Based on my recollection, he

1                    A. CHEN

2    was hitting the horn.

3        Q.    When you were positioned right

4    next to him, approximately how far were you

5    from his bicycle?

6        A.    I'd say possibly three feet or

7    more.

8        Q.    Looking at the last picture --

9    I have no further questions on this

10   exhibit.

11            When you were pursuing

12   Mr. Rodriguez, was there at least five-car

13   lengths distance between you and the

14   bicycle when you were pursuing him?

15       A.    Possibly, but I can't give you

16   like a definite answer to that because I

17   don't recall.

18       Q.    When you pulled up alongside of

19   Mr. Rodriguez's bicycle, was there ever

20   five-car lengths distance between you and

21   his bicycle?

22       A.    Five-car lengths?

23       Q.    Yes.

24       A.    I mean possibly, but I don't

25   recall the actual distance.

1                    A. CHEN

2       Q.    But it's possible?

3       A.    Possible, yes.

4       Q.    If you look at the -- I think

5    it's Exhibit 1, the policy.  I can show it

6    to you again.  If you look at section 15B

7    from Plaintiff's Exhibit 1 where it says do

8    not pass the vehicle that you are pursuing.

9    You and/or Officer Zheng, you didn't comply

10   with the policy when you passed

11   Mr. Rodriguez; is that right?

12            MR. KELLY:  Objection.  You can

13       answer.

14       A.    Do not pass primary vehicle,

15   that's referring to the first vehicle

16   that's in pursuit so it's not -- it doesn't

17   mean the vehicle that you are pursuing.

18   It's the first unit that's actually --

19   yeah.

20       Q.    Then it's okay, you can pass a

21   bicycle?

22       A.    Based on my experience, yes.

23       Q.    When you first got out of your

24   car after Mr. Rodriguez had fallen, I

25   apologize if you already testified about

1                 A. CHEN

2   this, when you approached Mr. Rodriguez,

3   was he on the ground or was he standing?

4          MR. KELLY: Objection. You can

5    answer.

6       A.    I don't recall exactly whether

7   he was on the ground, but by the time I got

8   up, he got up as well so that's when we

9   made the arrest.

10      Q.    Did Mr. Rodriguez ever say to

11   you at the scene that you hit me, you hit

12   me with your car, something to that effect?

13      A.    I don't recall.

14      Q.    Did he ever say anything like

15   you were trying to hit me, anything like

16   that?

17      A.    I don't recall.

18      Q.    You said that you never saw him

19   back at the precinct, right?

20      A.    No.

21      Q.    Did you ever hear on that day

22   that Mr. Rodriguez had said that you tried

23   to hit him with your car?

24      A.    No.

25      Q.    Did you see Sergeant Cancelino

1                    A. CHEN

2    in the 110 that night when you got back to

3    the precinct?

4         A.    No.

5         Q.    Did you ever talk to Sergeant

6    Cancelino after the arrest of Mr. Rodriguez

7    on August 13, 2015?

8         A.    No.

9              MS. FETT:  Let's go off the

10             record.

11             THE VIDEOGRAPHER:  1:08 p.m.,

12             going off the record.

13             (Whereupon, an off-the-record

14             discussion was held.)

15             THE VIDEOGRAPHER:  Back on the

16             record, 1:26 p.m.

17             MS. FETT:  Can we go off the

18             record for a minute.

19             THE VIDEOGRAPHER:  1:27 p.m.,

20             going off the record.

21             (Whereupon, an off-the-record

22             discussion was held.)

23             THE VIDEOGRAPHER:  Back on

24             record, 1:28 p.m.

25        Q.    Officer Chen, I'm going to show

1              A. CHEN

2    you two videos.  First I'm going to play

3    the first one for you and we'll talk about

4    it afterward.  Get a little closer to your

5    attorney.  Can you see this okay?

6         A.    Yes.

7         Q.    I'm going to let it play

8    through.  It's three minutes and

9    16 seconds.

10              (Whereupon, video was shown to

11         Defendant).

12         Q.    Does that look like the video

13   that you've seen before when you were

14   preparing for the deposition?

15        A.    Yes.

16        Q.    I'm going to play it again and

17   just stop it and ask you some questions.

18   Can you still see it okay?

19        A.    Yes.

20              (Whereupon, video was shown to

21         Defendant).

22        Q.    At around one minute and

23   2 seconds, you can see the blue vehicle

24   that was pictured in some of the

25   photographs that we looked at being parked.

1                        A. CHEN

2    So when I stop it at one minute and

3    17 seconds, do you see your vehicle in the

4    image, in the picture?

5           A.    Yes.

6           Q.    Do you see Mr. Rodriguez?

7           A.    Yes.

8           Q.    Do you see the blue vehicle

9    that was parked alongside of the road?

10          A.    Yes.

11          Q.    Looking at the still image, how

12   far would you say that your vehicle is from

13   Mr. Rodriguez's bicycle?

14          A.    Probably two feet, three feet.

15          Q.    Would you say that it's less

16   than two feet?

17                MR. KELLY:  Objection.  You can

18          answer.

19          A.    I mean at that angle, I can't

20   tell.

21          Q.    How far do you think

22   Mr. Rodriguez is at that point from the

23   blue vehicle?

24          A.    Honestly I can't tell from the

25   image.

1                    A. CHEN

2          Q.     Would you say they are pretty

3    close together?

4          A.     Yes.

5          Q.     Would you describe this as a

6    safe way to pursue Mr. Rodriguez?

7          A.     What do you mean by safe way?

8          Q.     Does it look to you like

9    Mr. Rodriguez is being pinned in between

10   your car and the blue car that's parked on

11   the road?

12         A.     From the angle, I can't tell.

13         Q.     In this still at one minute and

14   17 seconds, it looks like Mr. Rodriguez's

15   bicycle is in the area, in the same area of

16   your vehicle where the investigators were

17   looking at the side of your car, at your

18   door, at your mirror and even placing

19   Mr. Rodriguez's bike exactly in that

20   position; would you agree with that?

21         A.     Yes.

22         Q.     You don't know why they were

23   doing that?

24         A.     I didn't know why they did the

25   investigation.  I told you that I didn't

1                          A. CHEN
2     see the pictures until today.
3            Q.     When you were pursuing
4     Mr. Rodriguez, was he acting in any way
5     threatening at all?
6            A.     While he was riding?
7            Q.     Yes.
8            A.     I didn't see.
9            Q.     You didn't what?
10           A.     I didn't see meaning like I
11    couldn't tell from the angle when we were
12    following him.
13           Q.     Did he appear to be posing any
14    type of a threat while he was riding his
15    bike down 43rd Avenue?
16           A.     No.
17           Q.     If you're trying to stop a
18    bicyclist that you believe is fleeing from
19    you and he's bicycling in a nonthreatening
20    manner, are you allowed to make contact
21    with the bicyclist with your vehicle to
22    stop him?
23           A.     No.
24           Q.     Why not?
25           A.     Because you would injure the

1                    A. CHEN
2    person, something like that.
3         Q.    Are you allowed to box them in?
4         A.    No.
5         Q.    Why not?
6         A.    He might get injured like that
7    too as well.
8         Q.    How close do you think you can
9    get to a bicyclist in this situation?
10        A.    How close?
11        Q.    Yes.
12        A.    I can't tell you because I
13   wasn't driving.
14        Q.    Just generally, if you are
15   pursuing a bicyclist --
16        A.    I would go in front of him and
17   get out of my car and stop him.
18        Q.    To go in front of him, you
19   would agree that you would have to pass
20   him; is that right?
21        A.    Yes.
22        Q.    When you are passing the
23   bicyclist, how close can you get to the
24   bicyclist to stop him; what do you think is
25   appropriate?

```
 1                    A. CHEN

 2        A.    What do I think is appropriate?

 3        Q.    Yes.

 4        A.    I don't know, one car length,

 5   two-car lengths.

 6        Q.    Looking at this video where I

 7   had stopped it before -- stopping it at one

 8   minute and 17 seconds, does that look like

 9   an appropriate distance from

10   Mr. Rodriguez's bicycle?

11        A.    Like I said from that angle, I

12   can't tell how far my car was to him.

13        Q.    As you look at this image at

14   one minute and 17 seconds, you can't tell

15   whether or not you're too close to

16   Mr. Rodriguez?

17        A.    No.

18        Q.    You may be at a safe distance

19   away?

20        A.    Yes.

21        Q.    Stopping it at one minute and

22   18 seconds as Mr. Rodriguez is -- is it

23   fair to say that it looks like he's falling

24   down to the ground?

25        A.    Yes.
```

                          A. CHEN

 1

 2         Q.      Can you see where you would

 3    have been in the vehicle at that time,

 4    right here on the passenger's side?

 5         A.      I'm on the passenger's side.

 6         Q.      I believe you testified earlier

 7    that you -- when he was alongside of you,

 8    you actually saw him; is that right?

 9         A.      Yes.

10         Q.      Is it fair to say that you saw

11    him fall?

12         A.      That I didn't see.

13         Q.      Why didn't you see that?

14         A.      Because it happened so fast.

15         Q.      So you never saw him fall?

16         A.      No.

17         Q.      Were you looking straight ahead

18    at this time?

19         A.      Yes.

20         Q.      So you stopped looking next to

21    you?

22         A.      Yes.

23         Q.      If you had seen him fall like

24    this, would you have called an ambulance?

25         A.      Only if he wanted an ambulance.

A. CHEN

Q. If you had seen him fall like that, but he didn't say anything, you wouldn't call an ambulance?

A. No, because I didn't see any injuries.

Q. What about internal injuries, might you call an ambulance in case there are internal injuries?

A. I'm not a doctor. I wouldn't know.

Q. I know that you are not a doctor, but if you see someone take a serious fall, but you don't see any bleeding, do you think it might be appropriate to call an ambulance?

A. Possibly, yes.

Q. When I stopped it again at one minute and 18 seconds, what direction does your car appear to be travelling in?

A. Westbound.

Q. Does it look like your car is turning in at all towards the curb or just going straight or you can't tell?

A. I can't tell.

A. CHEN

Q.   Is that you getting out of the
passenger's side?

A.   Yes.

Q.   So you go right to cuff him,
right?

A.   That's the thing, I don't
recall whether I cuffed him or Officer
Zheng cuffed him.

Q.   I just meant you go directly
behind his back; is that right?

A.   Yes.

Q.   Do you know if at that point
you asked him anything like are you okay?

A.   I don't recall.

Q.   Is it fair to say that in the
forefront is you and we can barely see
Officer Zheng behind you?

A.   Yes.

Q.   Is it during that time when you
say at some point Mr. Rodriguez is
resisting arrest?

A.   Yes.

Q.   Did you see him resisting
arrest in that clip?

A. CHEN

1

2      A.      Yes, he flailed his arms.

3      Q.      I want to take you back a

4  little bit and I want you to point out to

5  me when Mr. Rodriguez is flailing his arms.

6      A.      Right there.

7      Q.      So at one minute and 29 seconds

8  flailing his arms?

9      A.      Yes.

10     Q.      How is he doing that?

11     A.      He was pretty much -- he won't

12  let us grab his arms.  He's moving it

13  forward and backwards I guess from the

14  video.

15     Q.      Is he ever losing consciousness

16  or getting dizzy as you're trying to cuff

17  him?

18     A.      No.

19     Q.      How do you know that?

20     A.      This is -- you're asking me

21  based on the video?

22     Q.      No, if it jogs your memory of

23  him losing consciousness or getting dizzy?

24     A.      Oh, no.

25     Q.      From what you've seen so far in

```
 1                    A. CHEN
 2    the video, is Mr. Rodriguez obstructing
 3    traffic?
 4         A.    No.
 5         Q.    Is your vehicle obstructing
 6    traffic?
 7         A.    No, because we were at an
 8    angle.
 9         Q.    Do you know that Mr. Rodriguez
10    was interviewed when he was taken back to
11    the 110th Precinct that afternoon?
12         A.    I don't know.
13         Q.    Do you know that he was
14    interviewed before he was ever taken for
15    medical treatment?
16         A.    I don't know.
17         Q.    If I were to tell you that's
18    what happened, does that sound appropriate?
19              MR. KELLY:  Objection.  You can
20         answer.
21         A.    Interviewed by who?
22         Q.    Investigators about what
23    happened.
24         A.    I mean possibly, yes.
25         Q.    Before taking him for medical
```

1                          A. CHEN

2    treatment?

3          A.    Well I don't know because like

4    I said, I wasn't at the precinct.

5          Q.    At this part, we're at two

6    minutes, is this you standing right by

7    Mr. Rodriguez?

8          A.    Yes.

9          Q.    What are you doing at this

10   point?

11         A.    Maybe I was asking him stuff.

12         Q.    But you don't have a specific

13   recollection?

14         A.    No.

15         Q.    You see at around two minutes

16   and 44 seconds, cars are starting to get a

17   little congested here and people are

18   starting to gather; do you see that?

19         A.    Yes.

20         Q.    Is that Mr. Rodriguez causing

21   that?

22              MR. KELLY:   Objection.   You can

23        answer.

24         A.    Can you rephrase that question.

25         Q.    Is Mr. Rodriguez causing this

1                    A. CHEN
2   crowd to gather?
3              MR. KELLY:  Objection.  You can
4        answer.
5        A.    He was under arrest at this
6   time so I guess people started to see
7   what's going on.
8        Q.    I'm trying to find out where he
9   had committed disorderly conduct as we are
10  watching this video.  It looks like your
11  vehicle is causing the traffic and he's
12  sitting there handcuffed so just tell me if
13  there's anywhere as you're watching you see
14  him engaging in disorderly conduct?
15       A.    At this point, no.
16       Q.    Do you see how he's kind of
17  laying back and moving around; does that
18  refresh your recollection as to why he was
19  doing that?
20       A.    No.
21       Q.    Now I'm going to show you a
22  second video.  It's very brief.  I'll play
23  it for you first.  Unfortunately the only
24  way I have this video is with a page, a
25  page right next to it so you're welcome to

1           A. CHEN

2     look at that, but you don't have to.

3     Really what I want you to focus on is the

4     video and it's not the clearest video, but

5     just take a look at it.

6               (Whereupon, video was shown to

7          Defendant).

8          Q.    Have you seen that video

9     before?

10         A.    Yes.

11         Q.    I'm going to go through it

12    again and ask you a couple of questions.

13    Can you still see it okay?

14         A.    Yes.

15         Q.    Can you tell who this officer

16    is right here?

17         A.    I can't tell.

18         Q.    If I were to say that Sergeant

19    Starrantino thought that that might be him,

20    does that help you to possibly identify

21    him?

22         A.    No.

23         Q.    Let's say this is Sergeant

24    Starrantino, do you know if this is you and

25    Officer Zheng right here?

1                    A. CHEN

2         A.    I can't tell.

3         Q.    I'm at about 15 seconds on this

4    video, you see right here, what does that

5    look like to you; what is that officer

6    holding?

7         A.    A bag.

8         Q.    Does it look like

9    Mr. Rodriguez's backpack?

10        A.    I don't know.

11        Q.    Can you tell if that's you or

12   Officer Zheng or another officer?

13        A.    I can't tell.

14        Q.    At this point, at 21 seconds,

15   what does it look like the officer is doing

16   with the bag?

17        A.    They were holding the bag.

18        Q.    Does it look like there is a

19   search being conducted?

20        A.    No.

21        Q.    Definitely not?

22        A.    No.

23        Q.    The officer that's with him,

24   with the officer holding the bag, is that

25   you; do you recognize that to be you or you

1          A. CHEN

2    can't tell?

3          A.    I can't tell.

4          Q.    How about this officer in the

5    forefront, can you tell who that is?

6          A.    No.

7          Q.    The officer that's holding the

8    bag and the other officer next to him, is

9    that your vehicle in the center of the

10   picture?

11         A.    I believe so, but I'm not

12   100 percent sure.

13         Q.    What did it look like the

14   officer was just doing with the bag at that

15   point at 24 seconds?

16         A.    I really can't tell.

17         Q.    Does it look like the bag is

18   being placed on top of the hood of the car?

19         A.    Possibly, but I still can't

20   tell from the video.

21         Q.    Do you see anything that looks

22   like a search to you -- I'm going to go

23   back -- do you see anything that looks like

24   a possible search?

25         A.    No.

1                    A. CHEN
2          Q.    As this person is walking with
3    the bag, can you tell if that's you or
4    Officer Zheng or someone else?
5          A.    I can't tell.
6          Q.    That's at 28 seconds.  As they
7    are walking away, the one on the left has
8    the bag and the one on the right doesn't.
9    Do you know whether or not that's either
10   you or Officer Zheng on the left or the
11   right?
12         A.    I can't tell.
13         Q.    That's at 30 seconds.  How is
14   it decided that you would go back out on
15   your summons patrol after that?  I think I
16   asked you that, do you decide that or
17   Sergeant Starrantino tells you or something
18   else?
19         A.    No, I went out because that was
20   my duty to write the summonses.
21         Q.    When you went back out, did you
22   take the same vehicle that you were in with
23   Officer Zheng that day or a different
24   vehicle?
25         A.    Yes, the same vehicle.

1              A. CHEN

2         Q.    What's the number of that

3    vehicle?

4         A.    447.

5         Q.    You continued driving 447 for

6    the rest of the day?

7         A.    Yes.

8         Q.    No one ever asked you, no

9    investigators or anyone else asked you to

10   take a look at the vehicle while you had

11   it; is that right?

12        A.    Yes, nobody.

13        Q.    Just going back briefly to the

14   CCRB interview that you mentioned, I'm

15   going to read to you just a portion of your

16   interview and then I'm going to ask you a

17   question.

18             So your interview at CCRB was

19   conducted on September 23, 2015, and -- so

20   at page six of the transcript, you're

21   basically talking about what happened and

22   then you say at page seven line three, you

23   say "so finally we cuffed him and you know,

24   we asked him why did you run, I mean, you

25   know, why did you run away so I'm checking

1                    A. CHEN

2    his bags and I found over a possible

3    marijuana so now I realized why he, you

4    know, fled" so I guess I'm wondering why

5    there's any confusion by your testimony by

6    the ADA or anyone else?

7         A.    What do you mean by confusion?

8         Q.    It sounds to me that you are

9    checking the bag at the scene?

10        A.    Like I said, I gave a brief

11   summary of what happened and it wasn't in

12   chronical -- chronological order, but I

13   never actually checked the bag.  It was a

14   summary of what had happened.

15        Q.    So you say "we finally cuff

16   him" which we saw in the video and "we

17   asked him why did you run and so I'm

18   checking his bags and I find marijuana" so

19   first of all, it sounds very clear, you're

20   the one checking his bags; do you agree

21   with that?

22        A.    Yes, it sounds like it, but

23   like I told you, it was a summary.  It was

24   a complete summary.

25        Q.    When I read it, it sounds like

1                    A. CHEN

2    you're the one checking it when he is

3    handcuffed?

4        A.    I didn't check it.  I didn't

5    touch -- I possibly might have touched the

6    bag, but I didn't look inside.

7        Q.    Do you think this is a mistake,

8    your testimony?

9        A.    It's a mistake because I wasn't

10   precise with the CCRB when I explained to

11   them.

12       Q.    Did you ever contact the

13   investigator at CCRB and say hey, I made a

14   mistake in my testimony and I need to fix

15   this?

16       A.    No.

17       Q.    Looking back on everything that

18   happened on August 13, 2015, is there

19   anything that you would have done

20   differently?

21       A.    What do you mean?

22       Q.    In terms of pursuing

23   Mr. Rodriguez, would you have done it any

24   differently?

25       A.    No, we would have followed him

A. CHEN

anyway, we would have stopped the car, came
out of the car to signal him to stop and
issued a summons.

Q.     Would you have followed him
exactly the same way you did on August 13,
2015?

A.     I wasn't driving so I can't
tell you.

Q.     Let's say you were the driver
that day, would you have driven the car the
same way we saw it driven by Officer Zheng
on August 1, 2015?

A.     Honestly I wouldn't know
because the situation might have been
different so I can't.

Q.     I'm saying it's going to be the
exact same situation.  I'm saying let's
look at the exact same circumstances, would
you have done the pursuit the same way?

A.     I mean there's no other way to
really do it because we were just following
him to try to have him stop.

Q.     How about keeping a safer
distance?

1              A. CHEN

2        A.    We were at a safe distance.

3        Q.    So that to you was proper

4  police procedure?

5        A.    Like I said, from the angle, I

6  can't really describe to you how close we

7  were.  We did pass him at one point so

8  therefor, by the time we passed him, we

9  wanted to stop to make sure we can get out

10  of the car and have him stop as well.

11        Q.    When you look at that video,

12  does that look like proper police procedure

13  to you?

14        A.    I don't make the rules for the

15  NYPD so I can't tell you.

16        Q.    When you look at that video,

17  does it look like proper police procedure,

18  I'm not asking about making policy, I'm

19  asking as a police officer, does it look

20  like an appropriate pursuit?

21        A.    Yes.

22        Q.    Would you have changed anything

23  that you had done that day; aside from the

24  pursuit, how about after the fact in terms

25  of failing to ever get Mr. Rodriguez

1                    A. CHEN

2    medical treatment at the scene, would you

3    have done something different?

4         A.    If I saw the injuries, yes, I

5    would have called the ambulance right away.

6         Q.    What do you think of Officer

7    Zheng; do you have an opinion of him as a

8    driver, do you think he's a good driver, a

9    bad driver or something else?

10        A.    He's a good driver.

11              MS. FETT:  Nothing further.

12              THE VIDEOGRAPHER:  1:58 p.m.

13        This concludes today's deposition of

14        Alen Chen and we are now off the

15        record.

16              (Whereupon, at 2:00 P.M., the

17        Examination of this witness was

18        concluded.)

19

20              o        o        o        o

21

22

23

24

25

```
1                    A. CHEN
2              D E C L A R A T I O N
3
4         I hereby certify that having been
5    first duly sworn to testify to the truth, I
6    gave the above testimony.
7
8         I FURTHER CERTIFY that the foregoing
9    transcript is a true and correct transcript
10   of the testimony given by me at the time
11   and place specified hereinbefore.
12
13
14
15              _____
                       ALEN CHEN
16
17
18   Subscribed and sworn to before me
19   this _____ day of _____ 20___.
20
21
22   _____
              NOTARY PUBLIC
23
24
25
```

1                          A. CHEN
2                      E X H I B I T S
3
4    PLAINTIFF'S EXHIBITS:
5

6    EXHIBIT      EXHIBIT                    PAGE
7    NUMBER       DESCRIPTION
8    1            Patrol guides             37
9    2            Memo book entries         102
10   3            Marijuana supporting      106
11                Deposition
12   4            Text messages             114
13   5            Resisting arrest and      134
14                Disorderly conduct deposition
15   6            Photographs               142
16   7            Photographs               144
17   8            Photographs               148
18
19           (Exhibits retained by Counsel.)
20
21                      I N D E X
22

23   EXAMINATION BY                         PAGE
24   MS. FETT                               5
25

```
 1                    A. CHEN
 2              C E R T I F I C A T E
 3
 4    STATE OF NEW YORK  )
                         :  SS.:
 5    COUNTY OF KINGS    )
 6
 7       I, MILA GUTMAN AZIMOV, a Notary Public
 8    for and within the State of New York, do
 9    hereby certify:
10       That the witness whose examination is
11    hereinbefore set forth was duly sworn and
12    that such examination is a true record of
13    the testimony given by that witness.
14       I further certify that I am not related
15    to any of the parties to this action by
16    blood or by marriage and that I am in no
17    way interested in the outcome of this
18    matter.
19       IN WITNESS WHEREOF, I have hereunto set
20    my hand this 11th day of August 2018.
21
22
23       _____
24              MILA GUTMAN AZIMOV
25
```

## 0

**015** [1] - 33:19
**0435** [1] - 103:24

## 1

**1** [5] - 1:10, 2:13, 3:17, 181:13, 185:8
**10** [3] - 1:10, 2:13, 113:15
**100** [7] - 2:13, 14:15, 14:20, 28:18, 55:14, 59:3, 176:12
**10005** [2] - 1:23, 2:6
**10007** [1] - 2:14
**102** [2] - 113:15, 185:9
**102-10** [6] - 108:10, 109:22, 135:25, 136:17, 136:19, 137:11
**102nd** [1] - 105:2
**104th** [15] - 44:24, 46:3, 46:6, 47:21, 48:3, 48:20, 56:15, 56:20, 57:3, 57:25, 104:24, 126:6, 126:15, 139:4, 139:22
**106** [1] - 185:10
**10:15** [1] - 1:15
**10:16** [1] - 4:3
**10:40** [1] - 31:21
**10:41** [1] - 32:2
**110** [12] - 17:21, 17:25, 18:11, 44:5, 84:12, 84:22, 85:3, 88:9, 89:20, 90:3, 104:15, 160:2
**1100** [4] - 103:23, 103:24, 104:11, 150:15
**110th** [4] - 9:19, 17:17, 103:25, 171:11
**114** [1] - 185:12
**114th** [1] - 139:4
**115** [2] - 17:11, 17:13
**115th** [1] - 17:9
**1167** [1] - 144:9
**1170** [3] - 144:19, 145:5, 146:15
**1173** [1] - 144:10
**1174** [1] - 148:9
**1178** [1] - 149:8
**1180** [1] - 150:21
**1181** [1] - 152:3
**1182** [1] - 152:14
**1188** [1] - 153:23
**1191** [1] - 148:9
**1197** [1] - 154:19
**11:47** [1] - 102:16
**11th** [1] - 186:20
**12** [4] - 110:3, 110:7, 110:9, 113:16

**12:03** [1] - 102:20
**13** [18] - 24:7, 25:8, 31:16, 32:12, 33:19, 34:6, 34:14, 34:22, 42:25, 88:10, 143:5, 148:23, 149:24, 150:24, 151:18, 160:7, 180:18, 181:6
**1300** [6] - 103:25, 104:9, 104:11, 150:11, 150:24, 151:17
**134** [1] - 185:13
**13th** [1] - 155:23
**14** [1] - 9:23
**142** [1] - 185:15
**144** [1] - 185:16
**148** [1] - 185:17
**15** [5] - 42:7, 42:19, 59:7, 101:24, 175:3
**15A** [1] - 42:7
**15B** [2] - 42:12, 158:6
**16** [2] - 4:18, 161:9
**16-CV-5861** [1] - 1:6
**1645** [5] - 104:23, 105:12, 105:15, 135:25, 139:3
**1647** [5] - 105:5, 108:7, 108:20, 109:19, 113:15
**1697** [1] - 115:20
**17** [4] - 162:3, 163:14, 166:8, 166:14
**18** [2] - 166:22, 168:19
**1805** [2] - 8:20, 8:21
**1:08** [1] - 160:11
**1:26** [1] - 160:16
**1:27** [1] - 160:19
**1:28** [1] - 160:24
**1:58** [1] - 183:12

## 2

**2** [2] - 161:23, 185:9
**20** [4] - 12:17, 14:6, 59:9, 101:24
**2006** [2] - 14:12, 17:3
**2007** [2] - 17:20, 17:22
**2010** [1] - 20:7
**2015** [24] - 9:23, 10:8, 19:4, 21:17, 24:7, 25:8, 31:16, 32:12, 34:6, 34:14, 34:22, 38:5, 42:25, 88:10, 143:5, 148:24, 149:24, 150:24, 151:18, 160:7, 178:19, 180:18, 181:7, 181:13
**2018** [3] - 1:14, 4:4, 186:20
**20___** [1] - 184:19
**21** [1] - 175:14
**212-39** [3] - 37:19, 38:4, 38:13

**221-15** [2] - 37:20, 38:3
**22nd** [2] - 115:13, 129:11
**23** [1] - 178:19
**24** [4] - 8:7, 8:10, 8:13, 176:15
**25** [1] - 59:11
**25461** [2] - 1:8, 2:11
**27** [2] - 1:14, 4:4
**28** [1] - 177:6
**28461** [3] - 1:9, 2:12, 9:15
**29** [1] - 170:7
**2:00** [1] - 183:16
**2:37** [1] - 127:6
**2B** [1] - 41:15

## 3

**3** [1] - 185:10
**3,619** [1] - 104:2
**30** [4] - 3:16, 14:8, 59:13, 177:13
**37** [1] - 185:8

## 4

**4** [1] - 185:12
**42nd** [2] - 126:7, 126:15
**43rd** [31] - 47:19, 47:21, 48:21, 53:5, 56:18, 56:21, 56:24, 58:15, 59:16, 59:23, 60:14, 60:22, 60:25, 61:4, 62:8, 63:16, 69:25, 104:24, 104:25, 105:2, 108:10, 109:22, 113:15, 135:25, 136:17, 136:19, 137:11, 139:4, 141:2, 141:15, 164:15
**44** [1] - 172:16
**447** [3] - 103:25, 178:4, 178:5
**489** [1] - 114:24
**490** [2] - 116:17, 123:11
**491** [2] - 123:13, 123:14
**495** [1] - 132:21
**4:16** [1] - 127:9

## 5

**5** [2] - 185:13, 185:24
**50** [1] - 14:18
**5861** [1] - 4:19
**5:23** [1] - 127:12

## 6

**6** [1] - 185:15
**66** [1] - 135:13
**67** [1] - 138:21
**6:05** [1] - 8:23

## 7

**7** [1] - 185:16
**77** [1] - 103:20

## 8

**8** [1] - 185:17
**8/13/15** [6] - 103:23, 108:6, 109:18, 113:14, 135:24, 139:3
**80** [3] - 1:22, 2:5, 4:12

## 9

**911** [1] - 20:21
**941997** [1] - 9:17
**988** [2] - 142:13, 144:5
**991** [2] - 142:13, 143:11

## A

**A.M** [1] - 1:15
**a.m** [4] - 4:4, 31:21, 32:2, 102:16
**ability** [1] - 7:8
**able** [6] - 6:22, 7:23, 9:6, 24:14, 70:4, 105:8
**about** [127] - 12:12, 12:17, 13:17, 20:15, 20:17, 20:25, 21:11, 21:21, 22:2, 22:14, 22:16, 23:9, 23:15, 23:21, 23:23, 24:3, 24:6, 24:10, 25:10, 29:11, 29:13, 29:23, 30:9, 30:14, 31:15, 32:11, 32:15, 32:17, 33:4, 33:14, 33:16, 33:18, 33:22, 34:3, 34:5, 34:16, 35:17, 37:2, 37:9, 39:21, 41:11, 50:3, 50:13, 53:15, 53:23, 58:22, 63:8, 67:8, 70:3, 73:3, 73:22, 74:2, 77:18, 77:24, 78:9, 79:9, 81:8, 87:22, 88:5, 88:20, 89:3, 89:5, 89:8, 90:5, 92:4, 92:17, 98:3, 99:13, 99:18, 99:22, 100:8, 100:14, 100:21, 102:5, 105:25, 111:23, 116:3, 116:11, 117:7, 117:10, 117:12, 118:11, 119:2, 119:17, 119:18, 119:21, 120:8, 121:24, 125:23, 126:9, 127:5, 127:9, 127:16, 127:17, 127:18, 127:19, 128:2, 128:6, 129:2, 129:5,

129:10, 131:22, 132:14, 133:11, 133:25, 143:13, 147:3, 147:25, 149:21, 150:4, 153:21, 154:8, 155:15, 155:24, 155:25, 156:2, 158:25, 161:3, 168:7, 171:22, 175:3, 176:4, 178:21, 181:24, 182:18, 182:24
**above** [1] - 184:6
**academy** [1] - 17:8
**accepted** [1] - 16:21
**accident** [2] - 15:23, 99:20
**accused** [1] - 22:10
**across** [5] - 56:18, 58:7, 64:16, 64:17, 77:21
**acting** [1] - 164:4
**action** [2] - 68:6, 186:15
**actions** [2] - 139:19, 141:5
**actual** [7] - 13:12, 19:8, 21:19, 24:10, 128:20, 137:9, 157:25
**actually** [6] - 71:25, 105:13, 151:6, 158:18, 167:8, 179:13
**ADA** [61] - 24:13, 24:18, 24:21, 25:3, 25:15, 26:9, 27:4, 29:18, 29:25, 30:3, 30:5, 30:24, 99:9, 99:14, 99:18, 99:22, 100:4, 100:12, 100:20, 100:21, 100:25, 101:4, 112:12, 116:25, 117:13, 117:15, 118:22, 119:12, 119:14, 119:23, 120:4, 120:7, 120:18, 120:24, 121:2, 121:8, 121:20, 123:14, 123:23, 124:13, 124:15, 124:18, 124:20, 124:23, 125:24, 125:25, 127:5, 128:15, 128:16, 128:18, 128:21, 128:25, 129:9, 129:19, 131:14, 131:15, 131:16, 131:24, 132:13, 132:19, 179:6
**ADA's** [3] - 30:2, 112:15, 130:16
**address** [4] - 108:8, 108:12, 108:14, 112:23
**administer** [1] - 3:11
**affect** [2] - 8:4, 92:5
**affecting** [1] - 136:7
**aforementioned** [8] - 37:13, 102:23, 106:17, 114:15, 134:13, 142:16, 144:11, 148:11
**after** [30] - 3:16, 8:24,

13:12, 17:8, 17:15, 18:11, 21:15, 21:20, 53:2, 67:3, 79:12, 100:3, 101:11, 105:19, 120:19, 125:6, 125:7, 127:2, 127:6, 128:15, 128:22, 132:14, 132:18, 141:19, 143:17, 150:16, 158:24, 160:6, 177:15, 182:24
**afternoon** [1] - 171:11
**afterward** [2] - 105:21, 161:4
**afterwards** [3] - 12:11, 105:10, 106:14
**again** [13] - 66:15, 92:7, 92:16, 128:2, 129:2, 132:14, 138:22, 146:10, 152:14, 158:6, 161:16, 168:18, 174:12
**against** [7] - 1:6, 4:17, 20:24, 46:8, 46:21, 136:11, 137:24
**ago** [1] - 80:20
**agree** [7] - 39:23, 110:10, 112:6, 112:11, 163:20, 165:19, 179:20
**AGREED** [2] - 3:5, 3:20
**ahead** [5] - 61:6, 72:4, 153:23, 154:18, 167:17
**al** [1] - 4:18
**alcohol** [1] - 8:6
**ALEN** [4] - 1:9, 1:18, 2:12, 184:15
**Alen** [3] - 4:8, 9:9, 183:14
**all** [17] - 3:21, 6:5, 15:4, 20:16, 39:6, 110:5, 114:12, 119:5, 131:7, 134:6, 146:2, 149:5, 152:16, 156:20, 164:5, 168:23, 179:19
**allegation** [1] - 21:4
**alleged** [1] - 91:11
**allegedly** [1] - 137:17
**alleging** [1] - 20:13
**allow** [1] - 42:9
**allowed** [6] - 111:7, 111:17, 111:21, 111:25, 164:20, 165:3
**along** [4] - 72:18, 73:19, 73:21, 109:17
**alongside** [10] - 62:14, 62:17, 66:12, 66:17, 68:4, 93:2, 155:24, 157:18, 162:9, 167:7
**already** [10] - 6:2, 48:14, 54:6, 56:19, 57:24, 71:14, 76:10, 96:6, 123:16, 158:25
**ALSO** [1] - 2:16

**also** [3] - 6:5, 56:5, 151:14
**always** [6] - 112:13, 112:20, 112:22, 112:23, 113:22, 137:2
**am** [5] - 138:8, 138:10, 138:16, 186:14, 186:16
**ambulance** [17] - 84:5, 145:16, 146:5, 146:9, 146:11, 146:13, 146:16, 146:17, 146:18, 146:24, 147:4, 167:24, 167:25, 168:4, 168:8, 168:16, 183:5
**AND** [8] - 1:9, 1:10, 1:10, 2:12, 3:5, 3:20
**and/or** [1] - 158:9
**angle** [8] - 152:5, 152:15, 162:19, 163:12, 164:11, 166:11, 171:8, 182:5
**angry** [2] - 81:2, 81:4
**another** [7] - 18:10, 39:5, 49:12, 78:11, 122:19, 152:15, 175:12
**answer** [36] - 6:2, 6:3, 7:4, 7:7, 7:13, 10:13, 27:18, 28:16, 40:4, 50:7, 58:4, 63:2, 63:4, 64:12, 66:9, 66:20, 67:22, 86:19, 96:23, 98:9, 99:4, 107:18, 113:8, 119:8, 132:3, 136:25, 138:15, 152:21, 153:11, 157:16, 158:13, 159:5, 162:18, 171:20, 172:23, 173:4
**anyway** [1] - 181:2
**anywhere** [3] - 96:12, 135:8, 173:13
**apartment** [1] - 62:4
**apologize** [6] - 19:6, 44:19, 60:24, 62:18, 64:25, 158:25
**appear** [7] - 80:23, 133:17, 133:18, 133:20, 135:7, 164:13, 168:20
**appearance** [1] - 100:22
**appeared** [1] - 149:4
**appearing** [1] - 28:24
**applicable** [1] - 110:4
**applied** [2] - 16:22, 17:4
**apply** [1] - 16:24
**appointment** [1] - 14:11
**apprehended** [1] - 41:25
**approach** [1] - 74:15
**approached** [2] - 74:20, 159:2
**appropriate** [11] - 29:22, 30:8, 30:12, 30:13, 94:12, 165:25, 166:2, 166:9, 168:16, 171:18, 182:20
**approximately** [12] - 13:9, 17:18, 17:22, 20:4, 21:12, 58:25, 60:14, 63:24, 84:14, 84:24, 104:15, 157:4

102:4, 115:14, 119:13, 125:6, 129:7, 130:18, 132:17, 141:22, 143:22, 145:12, 146:4, 146:6, 148:19, 149:21, 152:11, 152:16, 156:7, 156:13, 164:4, 164:13, 168:5, 168:14, 179:5, 180:23, 186:15
**anybody** [4] - 39:10, 42:22, 99:5, 118:5
**anymore** [1] - 122:14
**anyone** [13] - 3:11, 11:4, 12:18, 16:2, 44:8, 80:5, 88:3, 98:23, 98:25, 118:11, 129:24, 178:9, 179:6
**anything** [34] - 12:7, 12:22, 23:9, 33:3, 37:8, 52:8, 52:11, 55:6, 55:8, 67:12, 67:13, 71:8, 76:13, 87:15, 90:6, 98:2, 101:7, 118:25, 121:12, 121:14, 126:18, 129:9, 130:19, 148:6, 151:16, 156:16, 159:14, 159:15, 168:3, 169:14, 176:21, 176:23, 180:19, 182:22

**ARE** [1] - 1:11
**are** [95] - 3:21, 4:2, 5:7, 5:24, 7:7, 8:3, 9:2, 15:2, 21:21, 30:15, 34:17, 35:24, 36:16, 37:3, 37:18, 37:21, 37:25, 38:8, 41:12, 42:19, 43:23, 47:16, 48:2, 55:16, 58:7, 62:5, 62:24, 63:7, 68:7, 73:18, 73:22, 80:3, 81:16, 90:9, 94:12, 94:14, 103:7, 104:7, 106:25, 108:24, 108:25, 111:11, 112:7, 112:11, 114:21, 115:4, 115:7, 115:13, 116:6, 116:11, 118:3, 118:4, 118:5, 118:17, 121:15, 121:16, 121:23, 123:9, 124:6, 124:17, 127:3, 127:14, 134:21, 136:14, 138:11, 142:14, 142:21, 143:3, 144:5, 144:15, 145:2, 146:21, 148:10, 148:16, 153:3, 153:25, 154:10, 155:22, 155:23, 158:8, 158:17, 163:2, 164:20, 165:3, 165:14, 165:22, 168:9, 168:12, 169:14, 172:16, 172:17, 173:9, 177:7, 179:8, 183:14
**are there** [5] - 46:23, 47:2, 61:14, 61:17, 62:3
**area** [6] - 52:24, 77:25, 83:17, 145:7, 163:15
**arm** [4] - 52:5, 145:6, 145:24, 156:19
**arms** [9] - 136:10, 136:11, 137:9, 137:21, 137:24, 170:2, 170:5, 170:8, 170:12
**around** [6] - 127:6, 140:12, 141:18, 161:22, 172:15, 173:17
**arrest** [25] - 21:5, 74:25, 85:22, 100:4, 106:13, 111:24, 112:14, 122:11, 122:19, 134:11, 134:14, 135:11, 136:5, 136:8, 136:16, 137:8, 137:18, 138:13, 141:9, 159:9, 160:6, 169:22, 169:25, 173:5, 185:13
**arrested** [10] - 19:10, 73:16, 74:24, 137:3, 137:6, 137:15, 138:10, 138:12, 138:16, 140:13
**arrests** [3] - 14:13, 29:11, 29:13

**arrive** [4] - 79:13, 79:20, 82:3, 84:6
**arrived** [3] - 82:2, 82:7, 82:8
**arts** [1] - 16:17
**AS** [1] - 1:11
**as** [74] - 3:12, 3:15, 3:21, 5:9, 5:12, 15:16, 15:20, 20:10, 21:23, 28:2, 29:9, 31:3, 34:9, 37:14, 37:16, 39:9, 39:10, 42:15, 59:25, 63:12, 63:13, 64:5, 64:24, 65:7, 65:20, 67:25, 70:12, 71:20, 87:11, 88:19, 93:2, 94:16, 102:24, 103:2, 103:5, 106:19, 106:20, 108:15, 111:16, 112:8, 113:4, 114:16, 114:18, 125:21, 131:5, 134:10, 134:15, 134:17, 142:12, 142:17, 142:18, 144:8, 144:12, 144:13, 147:12, 148:8, 148:12, 148:13, 155:23, 159:8, 163:5, 165:7, 166:13, 166:22, 170:16, 173:9, 173:13, 173:18, 177:2, 177:6, 182:10, 182:19, 183:7
**aside** [17] - 10:14, 19:23, 24:9, 31:13, 32:19, 34:21, 36:8, 36:14, 36:24, 37:6, 87:18, 87:23, 89:2, 99:12, 100:20, 102:5, 182:23
**ask** [26] - 5:19, 5:24, 6:5, 7:3, 31:11, 33:3, 33:6, 38:13, 39:25, 43:5, 63:7, 81:6, 81:19, 81:23, 82:22, 107:21, 131:13, 133:19, 133:23, 143:13, 146:8, 146:10, 147:20, 161:17, 174:12, 178:16
**asked** [15] - 32:23, 33:7, 57:24, 90:16, 126:12, 129:16, 131:15, 138:16, 146:12, 169:14, 177:16, 178:8, 178:9, 178:24, 179:17
**asking** [7] - 38:23, 121:16, 133:25, 170:20, 172:11, 182:18, 182:19
**asks** [1] - 138:11
**assigned** [6] - 17:15, 18:10, 19:7, 34:17, 43:9, 43:23
**assignment** [14] - 9:20, 9:22, 17:7, 17:10,

17:24, 18:8, 18:20, 18:22, 18:25, 19:3, 34:17, 34:25, 43:7, 43:21
**associates** [2] - 16:6, 16:7
**assume** [3] - 6:19, 99:17, 127:23
**assuming** [4] - 27:8, 70:18, 88:23, 154:23
**At** [2] - 7:12, 76:12
**at** [270] - 1:21, 4:10, 6:10, 6:22, 10:6, 14:23, 17:10, 17:13, 17:21, 17:25, 18:11, 24:17, 24:22, 24:25, 25:3, 25:16, 25:19, 25:25, 26:5, 26:12, 26:18, 26:21, 26:24, 27:9, 27:25, 28:6, 28:9, 28:14, 28:18, 28:21, 29:5, 29:17, 31:15, 32:17, 37:23, 38:7, 38:12, 38:14, 39:6, 41:17, 42:9, 43:3, 44:5, 44:19, 45:11, 52:8, 52:12, 52:22, 53:24, 56:14, 57:15, 57:19, 62:13, 62:21, 62:22, 63:23, 64:5, 65:13, 65:17, 66:6, 67:11, 71:20, 72:2, 72:5, 72:7, 72:13, 74:7, 77:16, 77:20, 78:17, 78:22, 79:13, 80:13, 83:8, 83:22, 83:23, 84:3, 84:11, 87:18, 88:9, 88:13, 89:19, 89:20, 90:22, 91:16, 93:3, 93:20, 94:2, 94:7, 95:4, 97:4, 97:11, 97:23, 98:11, 98:13, 99:14, 102:4, 103:5, 103:24, 104:6, 104:7, 104:14, 104:24, 105:5, 105:20, 106:24, 107:22, 108:7, 108:20, 109:19, 110:14, 110:19, 110:21, 110:24, 111:5, 111:8, 111:18, 112:7, 112:9, 112:10, 112:22, 113:5, 113:6, 113:11, 113:15, 113:21, 113:25, 114:8, 114:11, 114:20, 116:3, 116:20, 116:24, 117:2, 117:4, 117:17, 118:24, 119:5, 119:11, 119:14, 119:15, 120:10, 120:13, 121:9, 121:10, 121:12, 121:19, 121:21, 122:2, 122:25,

123:3, 123:4, 123:7, 124:20, 125:6, 125:25, 126:3, 127:9, 127:12, 129:7, 130:12, 132:7, 133:6, 133:15, 134:6, 134:19, 134:24, 135:13, 135:24, 135:25, 136:14, 136:17, 136:19, 136:23, 139:3, 141:7, 141:22, 142:20, 143:11, 143:18, 143:21, 144:5, 145:2, 145:5, 145:13, 145:16, 146:2, 146:4, 146:25, 147:19, 149:5, 150:15, 150:24, 151:17, 153:24, 155:20, 155:21, 156:7, 156:10, 156:19, 157:8, 157:12, 158:4, 158:6, 159:11, 159:19, 161:22, 161:25, 162:2, 162:11, 162:19, 162:22, 163:13, 163:17, 163:18, 164:5, 166:6, 166:7, 166:13, 166:18, 166:21, 167:3, 167:18, 168:18, 168:23, 169:13, 169:21, 170:7, 171:7, 172:4, 172:5, 172:9, 172:15, 173:5, 173:15, 174:2, 174:5, 175:3, 175:14, 176:14, 176:15, 177:6, 177:13, 178:10, 178:18, 178:20, 178:22, 179:9, 180:13, 181:19, 182:2, 182:7, 182:11, 182:16, 183:2, 183:16, 184:10
**attempted** [1] - 136:6
**attempting** [3] - 52:22, 68:5, 68:7
**attention** [1] - 155:14
**attorney** [6] - 13:19, 23:22, 32:20, 101:18, 101:20, 161:5
**Attorneys** [2] - 2:4, 2:10
**attorneys** [9] - 10:15, 10:19, 11:24, 11:25, 12:13, 13:4, 23:23, 87:24, 103:14
**August** [25] - 9:23, 10:8, 19:4, 24:6, 25:8, 31:16, 32:12, 33:19, 34:6, 34:14, 34:22, 38:5, 42:25, 88:10, 143:5, 148:23, 149:24, 150:24, 151:18, 155:23, 160:7, 180:18, 181:6, 181:13, 186:20
**authorized** [2] - 3:11, 136:7
**Avenue** [18] - 47:19, 53:5,

56:18, 59:23, 63:17, 104:25, 108:11, 109:22, 113:15, 126:15, 135:25, 136:17, 136:20, 137:11, 139:4, 141:2, 141:15, 164:15
**aware** [7] - 9:2, 15:14, 15:15, 36:23, 37:3, 69:11, 81:16
**away** [11] - 27:10, 27:12, 27:21, 41:6, 53:25, 80:2, 83:20, 166:19, 177:7, 178:25, 183:5
**AZIMOV** [2] - 186:7, 186:23
**Azimov** [3] - 1:24, 5:6, 5:7

# B

**B** [2] - 41:10, 185:2
**back** [43] - 14:16, 22:6, 30:4, 32:3, 32:6, 33:24, 75:18, 76:24, 76:25, 84:12, 87:18, 89:19, 97:12, 102:19, 105:10, 113:11, 115:12, 115:17, 116:2, 116:7, 116:9, 116:10, 120:23, 123:3, 123:9, 129:7, 136:23, 146:10, 148:5, 153:24, 159:19, 160:2, 160:15, 160:23, 169:11, 170:3, 171:10, 173:17, 176:23, 177:14, 177:21, 178:13, 180:17
**Back** [1] - 31:25
**backpack** [17] - 27:16, 27:23, 28:6, 28:9, 28:13, 28:21, 75:24, 77:18, 83:23, 84:3, 98:7, 110:19, 110:21, 111:5, 111:8, 122:24, 175:9
**backwards** [1] - 170:13
**bad** [4] - 123:21, 124:2, 124:10, 183:9
**bag** [47] - 24:16, 24:23, 25:16, 25:18, 25:24, 26:10, 26:17, 26:21, 111:18, 111:25, 112:9, 112:10, 113:21, 113:25, 114:8, 114:11, 116:19, 116:24, 117:4, 117:16, 118:23, 119:2, 119:4, 120:10, 121:9, 121:11, 121:13, 121:19, 122:2, 122:4, 122:6, 122:7, 127:5, 128:9, 129:5, 175:7, 175:16, 175:17, 175:24, 176:8, 176:14,

176:17, 177:3, 177:8, 179:9, 179:13, 180:6
**bags** [3] - 179:2, 179:18, 179:20
**bait** [1] - 116:12
**ball** [2] - 97:4, 97:15
**bar** [1] - 155:4
**BAREE** [1] - 2:6
**Baree** [2] - 4:22, 5:16
**barely** [1] - 169:17
**based** [16] - 4:7, 39:9, 40:8, 63:4, 76:19, 87:7, 94:14, 132:5, 138:9, 139:24, 140:14, 140:16, 156:25, 158:22, 170:21
**basement** [9] - 24:15, 25:5, 25:7, 120:24, 124:23, 124:25, 125:2, 125:4
**basically** [3] - 110:6, 156:4, 178:21
**basing** [1] - 94:15
**bathroom** [11] - 123:19, 123:20, 123:25, 124:5, 124:10, 124:12, 124:21, 124:25, 125:2, 125:3, 125:19
**be** [55] - 3:8, 3:10, 3:14, 7:18, 7:23, 9:6, 13:25, 15:10, 22:20, 30:14, 30:19, 36:12, 38:23, 41:21, 57:9, 57:10, 58:6, 60:22, 60:23, 63:8, 63:18, 68:6, 70:4, 76:20, 80:23, 81:4, 81:17, 86:11, 86:16, 94:6, 109:8, 118:4, 122:23, 123:3, 131:9, 136:13, 137:16, 138:5, 140:12, 147:12, 149:4, 151:5, 151:13, 151:14, 152:11, 152:17, 152:24, 154:12, 164:13, 166:18, 168:15, 168:20, 174:19, 175:25, 181:17
**because** [66] - 5:22, 24:14, 25:2, 25:25, 27:8, 27:13, 27:16, 27:22, 28:18, 29:10, 29:18, 29:25, 41:11, 57:10, 69:4, 69:23, 80:19, 81:11, 83:2, 85:12, 87:5, 90:11, 92:2, 92:14, 94:20, 101:8, 105:9, 106:13, 107:19, 108:21, 111:9, 111:21, 112:4, 112:22, 116:23, 117:3, 117:14, 118:6, 118:16, 119:14, 120:4, 120:12, 121:19,

121:21, 122:11, 123:2, 124:3, 124:19, 132:7, 140:5, 145:20, 147:18, 149:19, 151:3, 153:17, 157:16, 164:25, 165:12, 167:14, 168:5, 171:7, 172:3, 177:19, 180:9, 181:15, 181:22
**been** [37] - 5:10, 15:5, 15:16, 15:20, 15:22, 17:21, 19:10, 19:12, 19:18, 19:21, 19:24, 21:20, 22:10, 34:20, 35:19, 35:22, 36:10, 36:13, 56:23, 57:15, 68:2, 87:2, 87:4, 87:9, 89:23, 91:25, 96:16, 103:5, 111:7, 111:17, 111:25, 119:9, 122:18, 138:23, 167:3, 181:15, 184:4
**before** [40] - 1:23, 3:11, 3:13, 5:20, 6:2, 7:4, 13:3, 13:5, 13:19, 13:22, 20:7, 21:17, 36:24, 37:4, 39:21, 60:2, 63:17, 82:2, 95:23, 95:25, 99:16, 103:9, 104:15, 107:4, 107:11, 116:13, 118:25, 123:21, 123:25, 135:4, 135:11, 142:24, 148:20, 154:20, 161:13, 166:7, 171:14, 171:25, 174:9, 184:18
**began** [3] - 64:2, 64:14, 65:7
**beginning** [1] - 92:22
**begins** [1] - 63:12
**behalf** [1] - 4:9
**behind** [7] - 51:18, 62:23, 72:20, 80:10, 92:21, 169:11, 169:18
**BEING** [1] - 1:11
**being** [14] - 4:10, 20:10, 62:23, 88:17, 91:12, 129:6, 138:12, 138:16, 149:22, 154:24, 161:25, 163:9, 175:19, 176:18
**believable** [1] - 15:11
**believe** [22] - 20:20, 23:14, 28:17, 41:4, 41:5, 41:6, 44:24, 46:18, 64:8, 95:16, 100:18, 101:3, 101:22, 106:9, 107:19, 109:3, 138:9, 138:17, 150:10, 164:18, 167:6, 176:11
**believed** [1] - 120:9
**below** [2] - 109:12, 151:9

**benefit** [1] - 38:6
**bent** [1] - 52:6
**Berkman** [1] - 11:3
**best** [9] - 7:8, 13:11, 18:6, 47:23, 50:15, 53:9, 63:21, 65:19, 93:4
**between** [15] - 3:6, 25:8, 53:20, 63:12, 67:8, 72:23, 74:2, 74:19, 84:20, 104:10, 125:14, 132:9, 157:13, 157:20, 163:9
**bicycle** [37] - 39:2, 39:6, 43:22, 43:23, 44:2, 44:25, 63:25, 64:15, 65:2, 65:8, 66:3, 66:12, 66:18, 69:4, 69:9, 92:24, 94:13, 94:23, 95:6, 95:22, 104:23, 105:18, 142:9, 143:4, 144:4, 148:22, 152:19, 153:2, 153:9, 157:5, 157:14, 157:19, 157:21, 158:21, 162:13, 163:15, 166:10
**bicycling** [1] - 164:19
**bicyclist** [16] - 40:17, 41:3, 44:3, 69:18, 104:24, 105:2, 105:3, 140:3, 140:8, 140:10, 164:18, 164:21, 165:9, 165:15, 165:23, 165:24
**bicyclists** [2] - 52:24, 69:8
**bike** [24] - 35:5, 35:6, 46:24, 54:18, 61:14, 63:18, 67:2, 70:3, 70:10, 70:12, 74:13, 77:15, 78:11, 92:11, 105:20, 133:10, 139:14, 140:20, 141:20, 149:4, 154:24, 155:20, 163:19, 164:15
**bit** [4] - 20:19, 34:16, 151:9, 170:4
**blacked** [1] - 133:7
**bleeding** [4] - 76:3, 81:13, 81:17, 168:15
**block** [6] - 62:2, 62:3, 63:19, 67:20, 141:23, 142:5
**blocked** [2] - 139:20, 141:25
**blood** [1] - 186:16
**blue** [5] - 142:14, 161:23, 162:8, 162:23, 163:10
**BMCC** [1] - 16:11
**body** [3] - 136:12, 137:10, 137:24
**book** [14] - 12:21, 43:3,

43:5, 96:13, 97:10, 97:17, 102:24, 103:10, 105:16, 105:20, 105:25, 150:10, 151:22, 185:9
**Borough** [1] - 16:13
**both** [16] - 11:24, 37:21, 37:23, 38:6, 38:7, 47:6, 54:23, 55:2, 55:10, 55:14, 55:20, 56:10, 62:5, 74:17, 89:12, 125:21
**bottom** [1] - 103:21
**box** [2] - 139:10, 165:3
**break** [3] - 6:22, 7:5, 116:12
**breaking** [4] - 24:22, 24:24, 30:2, 128:23
**brief** [3] - 26:4, 173:22, 179:10
**briefly** [1] - 178:13
**bring** [1] - 119:10
**broke** [1] - 97:4
**Brooklyn** [1] - 4:7
**buildings** [1] - 62:4
**burglary** [1] - 40:11
**business** [3] - 18:14, 18:15, 122:14
**but** [73] - 20:22, 23:22, 28:17, 37:3, 42:21, 43:2, 47:23, 55:10, 55:12, 55:14, 55:17, 60:2, 63:4, 63:6, 64:21, 67:16, 70:12, 78:15, 79:11, 79:24, 80:9, 80:18, 85:9, 85:15, 88:25, 90:8, 92:7, 93:18, 94:7, 101:9, 109:5, 109:9, 110:18, 111:11, 113:13, 113:19, 115:12, 116:16, 122:7, 123:4, 124:5, 125:17, 126:22, 129:21, 130:21, 132:5, 136:20, 138:17, 140:12, 143:9, 146:9, 151:14, 151:23, 152:4, 153:15, 154:10, 154:20, 156:2, 157:15, 157:24, 158:2, 159:7, 168:3, 168:13, 168:14, 172:12, 174:2, 174:4, 176:11, 176:19, 179:12, 179:22, 180:6
**by** [54] - 1:19, 3:5, 3:10, 3:16, 5:10, 19:24, 22:10, 24:17, 25:19, 28:14, 30:11, 32:6, 37:16, 39:17, 42:14, 88:3, 90:4, 90:22, 91:2, 91:17, 95:22, 101:12, 101:17, 103:2, 103:24,

106:20, 107:15, 108:13, 112:25, 114:18, 116:21, 118:24, 120:5, 131:5, 134:17, 141:9, 142:19, 144:14, 145:2, 148:14, 159:7, 163:7, 171:21, 172:6, 179:5, 179:7, 181:12, 182:8, 184:10, 185:19, 186:13, 186:15, 186:16
**BY** [4] - 2:6, 2:14, 5:13, 185:23

# C

**C** [7] - 2:2, 5:9, 9:9, 9:10, 184:2, 186:2
**call** [12] - 24:14, 79:3, 120:23, 120:24, 125:9, 125:13, 146:16, 146:18, 146:24, 168:4, 168:8, 168:16
**called** [16] - 5:9, 20:21, 21:23, 24:13, 24:19, 29:18, 76:23, 107:23, 116:25, 123:24, 124:13, 124:23, 145:16, 146:5, 167:24, 183:5
**calling** [3] - 30:3, 37:7, 147:4
**calls** [1] - 36:5
**came** [3] - 90:2, 90:24, 181:2
**can** [50] - 6:7, 10:12, 27:18, 28:15, 39:11, 39:13, 40:3, 43:2, 43:3, 50:6, 58:3, 62:25, 64:11, 66:8, 66:19, 67:21, 81:16, 82:15, 86:18, 93:24, 96:22, 98:8, 99:3, 107:17, 113:7, 118:8, 119:7, 132:2, 136:24, 142:11, 144:7, 144:18, 144:25, 148:7, 152:20, 153:10, 156:4, 158:5, 158:12, 158:20, 159:4, 160:17, 161:23, 162:17, 165:8, 169:17, 171:19, 172:22, 173:3, 182:9
**can you** [31] - 20:18, 38:18, 39:5, 41:18, 42:7, 42:12, 96:24, 98:10, 103:4, 103:21, 104:21, 115:18, 115:25, 116:16, 123:12, 135:18, 138:22, 138:25, 139:9, 143:11, 152:22, 161:5, 161:18, 165:23, 167:2, 172:24, 174:13, 174:15, 175:11, 176:5, 177:3

**can't** [30] - 14:14, 55:11, 63:3, 110:16, 113:18, 133:7, 154:10, 154:13, 157:15, 162:19, 162:24, 163:12, 165:12, 166:12, 166:14, 168:24, 168:25, 174:17, 175:2, 175:13, 176:2, 176:3, 176:16, 176:19, 177:5, 177:12, 181:8, 181:16, 182:6, 182:15
**Cancelino** [2] - 159:25, 160:6
**CAPACITIES(THE** [1] - 1:10
**caption** [2] - 4:15, 109:13
**car** [102] - 15:23, 22:18, 38:22, 38:25, 42:9, 47:11, 47:24, 48:25, 49:19, 50:13, 53:10, 53:11, 53:15, 54:23, 55:2, 55:3, 55:11, 55:13, 55:15, 55:20, 56:3, 56:6, 56:7, 56:10, 57:23, 58:21, 58:22, 58:23, 66:14, 66:23, 66:24, 67:3, 67:5, 67:6, 67:18, 68:10, 68:12, 68:16, 70:19, 70:20, 70:25, 71:2, 71:4, 71:5, 71:13, 71:17, 73:14, 75:8, 75:9, 77:20, 83:20, 89:12, 93:5, 93:6, 93:8, 93:15, 93:18, 93:21, 93:24, 94:21, 95:5, 95:18, 95:24, 95:25, 96:19, 97:2, 104:9, 105:3, 105:4, 140:7, 143:7, 143:10, 143:18, 149:5, 151:5, 152:25, 154:15, 155:10, 155:11, 157:12, 157:20, 157:22, 158:24, 159:12, 159:23, 163:10, 163:17, 165:17, 166:4, 166:5, 166:12, 168:20, 168:22, 176:18, 181:2, 181:3, 181:11, 182:10
**care** [4] - 20:21, 20:23, 20:25, 83:3
**cars** [4] - 56:14, 62:7, 140:12, 172:16
**CARTER** [1] - 2:9
**Case** [1] - 1:6
**case** [11] - 4:16, 5:17, 7:23, 19:23, 23:13, 23:18, 24:21, 29:9, 29:15, 117:7, 168:8
**caught** [1] - 104:25
**cause** [2] - 139:17, 142:2

**caused** [1] - 139:20
**causing** [4] - 140:4, 172:20, 172:25, 173:11
**CCRB** [28] - 19:24, 20:23, 21:9, 24:23, 25:25, 26:14, 27:9, 27:25, 87:24, 89:3, 100:16, 100:18, 101:12, 102:4, 102:8, 117:3, 120:7, 121:10, 121:13, 121:22, 128:14, 130:12, 130:13, 132:7, 178:14, 178:18, 180:10, 180:13
**center** [1] - 176:9
**certain** [2] - 90:13, 126:11
**certificates** [1] - 16:19
**certification** [1] - 3:8
**certify** [3] - 184:4, 186:9, 186:14
**CERTIFY** [1] - 184:8
**chance** [1] - 152:11
**chang** [1] - 116:10
**change** [1] - 7:13
**changed** [2] - 104:12, 182:22
**changes** [1] - 7:24
**charge** [1] - 99:25
**charged** [6] - 86:11, 86:16, 86:22, 87:2, 87:5, 87:9
**charges** [2] - 28:25, 87:8
**check** [3] - 110:4, 147:13, 180:4
**checked** [4] - 136:9, 139:10, 146:19, 179:13
**checking** [5] - 178:25, 179:9, 179:18, 179:20, 180:2
**Chen** [7] - 4:9, 5:15, 9:9, 103:4, 123:10, 160:25, 183:14
**CHEN** [4] - 1:9, 1:18, 2:12, 184:15
**chronical** [1] - 179:12
**chronological** [3] - 26:4, 105:8, 179:12
**Church** [1] - 2:13
**circumstances** [3] - 42:15, 122:16, 181:19
**City** [3] - 4:17, 5:3, 135:23
**CITY** [3] - 1:8, 2:10, 2:11
**Civil** [1] - 1:20
**civil** [2] - 13:25, 14:23
**civilian** [1] - 20:13
**civilians** [3] - 77:24, 77:25, 78:7
**clarify** [5] - 20:18, 26:8, 26:23, 32:8, 130:11

clear [14] - 25:15, 29:24, 30:19, 50:5, 50:8, 117:14, 117:15, 118:21, 119:12, 120:13, 121:18, 125:24, 130:5, 179:19
clearer [1] - 101:9
clearest [1] - 174:4
client [1] - 36:24
clip [1] - 169:25
close [12] - 51:6, 63:25, 65:8, 67:11, 94:23, 154:25, 163:3, 165:8, 165:10, 165:23, 166:15, 182:6
closer [1] - 161:4
closest [1] - 92:18
clothes [1] - 116:10
code [1] - 86:25
coherent [1] - 134:4
collar [1] - 122:20
College [1] - 16:14
collision [2] - 42:15, 145:23
color [2] - 54:18, 149:2
come [5] - 40:23, 66:14, 66:24, 92:10, 116:10
comes [1] - 140:3
coming [13] - 44:14, 48:13, 48:17, 48:20, 48:23, 50:18, 57:2, 64:24, 66:11, 88:12, 116:6, 116:9, 155:23
command [1] - 9:18
commencing [1] - 39:16
comment [1] - 7:24
commercial [1] - 62:3
committed [1] - 173:9
communicate [2] - 118:11, 156:14
communicated [1] - 33:25
communicating [3] - 99:17, 99:21, 118:4
Community [1] - 16:13
community [1] - 41:24
complaint [3] - 21:11, 22:2, 22:20
complete [1] - 179:24
completed [2] - 107:10, 135:15
completely [1] - 134:3
complicated [2] - 112:19, 112:25
comply [1] - 158:9
computer [1] - 104:13
concern [1] - 120:11
concerning [1] - 39:17
concluded [1] - 183:18
concludes [1] - 183:13
condition [1] - 10:4, 50:3

conditions [3] - 18:14, 18:15, 49:23
conduct [13] - 86:2, 86:12, 86:17, 86:22, 86:25, 134:12, 134:15, 138:22, 139:8, 140:13, 173:9, 173:14, 185:14
conducted [4] - 88:9, 149:23, 175:19, 178:19
confused [8] - 27:4, 27:7, 100:18, 119:24, 120:5, 120:8, 121:20, 124:3
confusion [4] - 128:12, 128:13, 179:5, 179:7
congested [1] - 172:17
connection [2] - 21:5, 99:9, 126:19, 135:4, 149:23
consciousness [3] - 133:15, 170:15, 170:23
consider [2] - 35:14, 40:12
consideration [2] - 40:24, 41:13
constitute [1] - 138:12
construction [1] - 50:9
contact [6] - 9:25, 53:16, 53:18, 92:10, 164:20, 180:12
continue [3] - 49:20, 72:9, 77:2
continued [1] - 57:21, 178:5
continuing [1] - 39:16
contraband [1] - 104:3
conversation [15] - 23:5, 60:3, 63:11, 67:7, 72:22, 73:5, 73:25, 74:18, 80:5, 85:7, 85:16, 100:11, 125:8, 129:4, 130:10
conversations [10] - 10:14, 23:21, 24:11, 31:18, 32:10, 32:16, 32:19, 32:21, 85:17, 87:17
convey [1] - 86:15
coordinate [1] - 118:17
copies [2] - 131:17, 131:25
cops [1] - 42:5
copy [6] - 3:14, 3:17, 114:25, 130:25, 131:8, 132:11
corner [3] - 103:21, 139:3, 152:6
CORPORATION [1] - 2:9
correct [3] - 29:2, 54:9, 184:9
corrections [2] - 7:20,

7:24
correctly [1] - 113:20
costs [1] - 39:6
could [17] - 13:25, 21:20, 57:15, 59:19, 63:18, 66:23, 71:4, 82:11, 92:10, 105:17, 119:9, 140:12, 151:5, 151:13, 151:14, 152:11, 154:12
couldn't [5] - 119:16, 123:24, 124:6, 145:24, 164:11
COUNSEL [1] - 2:9
Counsel [2] - 4:19, 185:19
counsel [2] - 3:6, 3:17
COUNTY [1] - 186:5
County [3] - 109:23, 136:2, 139:5
couple [1] - 174:12
course [1] - 68:6
COURT [1] - 1:2
Court [4] - 3:13, 4:14, 5:5, 6:7
court [22] - 5:23, 14:2, 15:7, 25:3, 26:6, 26:12, 28:25, 29:5, 29:15, 29:16, 29:19, 30:10, 116:3, 117:6, 117:18, 117:20, 117:22, 126:10, 126:18, 127:10, 127:24
covered [1] - 145:24
crime [3] - 41:7, 111:3, 111:22
criminal [16] - 14:2, 15:5, 25:3, 26:5, 26:12, 28:25, 29:5, 30:10, 30:16, 31:3, 31:7, 32:12, 116:3, 117:6, 117:21, 126:18
cross [6] - 68:24, 69:10, 69:16, 69:18, 69:21, 71:3
crowd [6] - 139:18, 141:4, 141:6, 141:10, 141:13, 173:2
cuff [3] - 169:5, 170:16, 179:15
cuffed [3] - 169:8, 169:9, 178:23
curb [3] - 65:22, 93:9, 168:23
current [3] - 9:18, 9:20, 18:24
currently [1] - 38:3
curse [1] - 80:16
cursing [2] - 80:14, 80:21
cut [5] - 56:18, 93:10, 93:14, 93:22, 94:9
cuts [1] - 81:14

cutting [3] - 58:7, 94:3, 94:5
CV [1] - 4:18

D

D [3] - 3:2, 184:2, 185:21
damage [9] - 42:22, 78:21, 95:12, 95:17, 96:6, 98:4, 143:22, 150:5, 150:8
damaged [11] - 95:10, 95:11, 95:18, 95:22, 96:17, 96:19, 97:3, 97:14, 104:5, 143:25, 149:4
Danes [1] - 149:16
danger [3] - 41:24, 42:4, 69:6
dangerous [3] - 67:12, 68:25, 69:17
DATE [1] - 1:14
date [14] - 11:20, 14:10, 19:9, 21:19, 37:16, 103:2, 106:20, 108:6, 114:18, 128:20, 134:17, 142:19, 144:14, 148:14
dated [1] - 115:13
dates [1] - 101:14
day [47] - 24:9, 25:9, 26:3, 29:6, 29:15, 35:7, 43:7, 43:20, 44:9, 44:13, 45:5, 49:23, 49:25, 84:9, 92:4, 95:10, 95:11, 96:6, 96:14, 99:21, 100:17, 101:2, 117:7, 126:20, 127:16, 128:6, 128:18, 128:22, 130:14, 132:15, 132:19, 142:9, 143:17, 146:25, 149:6, 149:10, 150:13, 154:6, 154:16, 159:21, 177:23, 178:6, 181:11, 182:23, 184:19, 186:20
days [3] - 3:16, 11:18, 19:16
debris [1] - 152:2
decide [3] - 55:20, 82:11, 177:16
decided [6] - 62:14, 62:23, 82:10, 82:13, 86:10, 177:14
deciding [1] - 99:25
DEF [19] - 103:20, 114:24, 132:21, 135:13, 138:21, 142:13, 144:5, 144:9, 144:19, 145:5, 146:15, 148:9, 149:8, 150:21, 152:3, 152:14,

153:23, 154:19
defendant [8] - 27:10, 27:12, 136:5, 136:8, 137:3, 137:15, 137:17, 139:17
Defendant [1] - 1:18
defendant's [2] - 136:12, 139:19
Defendant) [3] - 161:11, 161:21, 174:7
DEFENDANTS [1] - 1:12
Defendants [1] - 2:10
defendants [2] - 4:18, 5:4
defendants's [2] - 136:10, 136:11
definite [1] - 157:16
definitely [2] - 43:4, 175:21
degree [2] - 16:8, 16:15
degrees [1] - 16:18
delay [3] - 104:23, 105:6, 105:7
dent [2] - 152:12, 155:16
dents [1] - 151:25
department [2] - 5:3, 41:20
DEPARTMENT [1] - 2:10
depending [3] - 40:25, 111:2, 111:22
deposed [1] - 23:18
DEPOSITION [1] - 1:17
deposition [32] - 3:8, 3:9, 3:14, 4:8, 4:10, 5:22, 7:17, 10:11, 10:16, 13:25, 14:25, 23:13, 23:24, 32:24, 33:4, 33:16, 106:18, 106:23, 112:8, 112:21, 115:9, 134:12, 134:15, 134:24, 135:11, 135:19, 136:21, 137:8, 161:14, 183:13, 185:11, 185:14
depositions [1] - 138:24
Describe [1] - 70:14
describe [18] - 34:24, 43:24, 46:11, 48:12, 50:25, 51:21, 55:5, 56:17, 61:9, 62:2, 70:8, 70:14, 73:12, 75:10, 106:8, 121:15, 163:5, 182:6
describing [1] - 108:25
DESCRIPTION [1] - 185:7
desk [3] - 97:12, 97:19, 97:22
details [1] - 121:23
Detective [1] - 135:24
determine [1] - 39:15
DIAMOND [1] - 2:18

Diamond [2] - 4:6, 5:6
did [39] - 26:22, 30:21, 41:2, 44:17, 51:2, 53:4, 58:10, 69:21, 71:16, 73:9, 74:17, 79:13, 82:3, 86:8, 88:23, 96:10, 100:15, 100:19, 105:3, 106:6, 108:25, 114:11, 117:2, 119:15, 119:23, 120:6, 121:25, 129:7, 129:9, 129:12, 133:18, 138:18, 141:22, 142:5, 147:16, 159:10, 163:24, 181:6, 182:7
did he [21] - 21:4, 23:12, 33:9, 53:17, 55:9, 56:18, 57:19, 76:7, 80:23, 81:23, 82:10, 106:3, 130:18, 131:19, 133:17, 133:18, 133:20, 134:3, 138:5, 159:14, 164:13
did it [3] - 68:24, 69:10, 71:3
did they [1] - 26:20
did you [136] - 8:15, 10:18, 11:2, 11:7, 11:9, 11:23, 12:3, 12:5, 12:9, 12:15, 12:20, 12:24, 16:24, 23:9, 23:15, 23:23, 24:23, 25:22, 26:12, 27:11, 27:20, 28:6, 28:9, 28:20, 29:8, 29:21, 30:7, 31:6, 31:11, 33:3, 33:6, 33:15, 51:6, 52:8, 52:11, 52:14, 52:17, 52:23, 53:16, 55:6, 57:23, 58:10, 59:21, 60:10, 62:19, 62:22, 64:4, 66:16, 66:22, 67:10, 74:6, 76:2, 76:7, 76:12, 77:11, 78:4, 78:13, 78:17, 78:20, 78:24, 81:3, 81:6, 81:19, 82:11, 82:19, 83:19, 83:22, 84:2, 84:5, 84:8, 84:11, 85:2, 85:5, 85:17, 86:5, 86:12, 88:12, 88:16, 89:18, 90:14, 91:11, 95:4, 96:14, 98:25, 99:6, 99:8, 99:13, 100:4, 100:21, 100:25, 102:4, 105:23, 106:11, 117:16, 119:5, 119:10, 125:6, 125:8, 127:15, 127:21, 128:2, 128:5, 128:8, 128:21, 129:21, 130:24, 131:13, 131:21,

132:13, 133:14, 133:23, 134:24, 137:20, 137:23, 138:2, 138:15, 141:5, 142:2, 142:8, 143:18, 145:9, 145:12, 147:20, 147:24, 148:3, 149:21, 155:9, 159:21, 159:25, 160:5, 169:24, 177:21, 178:24, 178:25, 179:17, 180:12
didn't [68] - 24:2, 24:24, 24:25, 26:9, 28:22, 30:2, 30:4, 31:8, 31:9, 55:8, 66:10, 69:5, 70:11, 71:8, 71:18, 71:19, 78:22, 81:8, 81:14, 81:22, 82:21, 82:22, 82:25, 83:21, 84:10, 86:7, 86:14, 86:20, 88:15, 99:5, 108:21, 119:13, 120:6, 120:13, 120:25, 121:11, 121:14, 121:18, 122:4, 122:7, 128:3, 128:25, 129:8, 130:5, 131:4, 143:21, 147:2, 147:3, 147:5, 147:9, 147:18, 148:6, 153:16, 155:17, 158:9, 163:24, 163:25, 164:8, 164:9, 164:10, 167:12, 167:13, 168:3, 168:5, 180:4, 180:6
different [8] - 68:20, 77:2, 101:7, 101:10, 152:5, 177:23, 181:16, 183:3
differently [3] - 91:24, 180:20, 180:24
directing [1] - 57:5
direction [7] - 46:2, 46:15, 47:11, 118:10, 139:22, 140:4, 168:19
directly [5] - 48:23, 52:2, 65:12, 155:5, 168:6
dirt [5] - 152:10, 154:3, 154:12, 155:11, 155:12
disciplined [1] - 19:18
discon [2] - 85:23, 85:25
discuss [5] - 86:12, 105:23, 106:3, 106:6, 106:12
discussion [4] - 31:24, 102:18, 160:14, 160:22
disorderly [13] - 86:2, 86:12, 86:17, 86:22, 86:25, 134:12, 134:14, 138:21, 139:8, 140:13, 173:9, 173:14, 185:14
disputed [2] - 21:5, 21:6
distance [11] - 42:10, 92:23, 93:3, 156:2,

157:13, 157:20, 157:25, 166:9, 166:18, 181:25, 182:2
District [2] - 4:14, 4:15
DISTRICT [2] - 1:2, 1:2
disturbance [1] - 140:5
dividing [1] - 64:20
divorce [1] - 15:24
dizzy [7] - 133:17, 133:18, 133:19, 133:21, 133:24, 170:16, 170:23
do [35] - 8:24, 10:10, 10:15, 34:24, 40:8, 42:13, 50:22, 68:14, 74:3, 77:2, 82:15, 89:4, 93:13, 93:17, 96:11, 96:14, 97:9, 97:22, 104:10, 109:10, 119:13, 119:15, 120:13, 121:17, 122:20, 123:2, 123:4, 126:18, 129:7, 130:5, 158:7, 158:14, 166:2, 181:22, 186:8
do you [147] - 9:25, 10:4, 10:23, 11:13, 15:8, 16:18, 20:9, 21:8, 21:12, 22:3, 22:7, 22:13, 22:16, 22:19, 22:23, 23:17, 27:3, 27:6, 29:12, 30:11, 30:13, 30:20, 30:23, 31:2, 31:9, 34:8, 36:20, 41:3, 41:6, 42:18, 44:11, 45:22, 46:8, 48:5, 49:18, 49:22, 54:11, 55:18, 55:23, 57:18, 58:13, 60:3, 60:6, 62:6, 62:16, 63:16, 64:8, 64:17, 64:23, 68:5, 68:21, 70:22, 72:9, 73:7, 75:21, 77:15, 79:6, 80:4, 80:21, 83:4, 86:21, 88:8, 88:19, 89:3, 89:4, 89:8, 89:16, 90:9, 90:18, 91:2, 91:5, 91:8, 92:9, 93:8, 93:12, 94:2, 94:8, 94:11, 94:22, 95:17, 95:21, 96:12, 97:25, 98:16, 107:13, 107:24, 108:13, 109:8, 109:14, 113:2, 113:19, 113:24, 116:5, 116:14, 116:21, 118:2, 119:20, 127:7, 128:11, 131:5, 132:24, 133:3, 133:10, 143:24, 145:21, 146:11, 146:23, 147:11, 149:3, 149:12, 149:17, 151:7, 151:12, 151:16,

152:5, 152:16, 152:23, 153:6, 154:2, 155:7, 156:22, 162:3, 162:6, 162:8, 162:21, 163:7, 165:8, 165:24, 168:15, 169:13, 171:9, 171:13, 172:18, 173:16, 174:24, 175:25, 176:21, 176:23, 177:9, 177:16, 179:7, 179:20, 180:7, 180:21, 183:6, 183:7, 183:8

**Docket** [1] - 4:18

**doctor** [2] - 168:10, 168:13

**document** [4] - 110:12, 113:14, 136:15, 136:18

**documents** [5] - 11:7, 12:3, 12:5, 12:20, 103:12

**DOE** [3] - 1:10, 1:11, 2:13

**does** [14] - 9:10, 40:22, 61:20, 72:8, 97:22, 105:6, 105:12, 109:25, 112:23, 116:17, 120:15, 135:7, 143:7, 168:19

**does he** [2] - 120:15, 147:21

**does it** [13] - 93:21, 112:19, 135:14, 139:7, 154:4, 163:8, 168:22, 175:8, 175:15, 175:18, 176:17, 182:17, 182:19

**does that** [22] - 16:12, 38:21, 56:8, 92:4, 108:8, 112:16, 115:13, 115:14, 120:22, 122:12, 138:12, 148:22, 152:8, 154:11, 154:14, 161:12, 166:8, 171:18, 173:17, 174:20, 175:4, 182:12

**does this** [1] - 154:21

**doesn't** [8] - 77:12, 77:13, 126:17, 136:22, 147:16, 151:23, 158:16, 177:8

**doing** [18] - 15:2, 43:20, 43:25, 68:2, 79:20, 80:13, 85:10, 104:13, 112:25, 118:20, 121:15, 149:17, 163:23, 170:10, 172:9, 173:19, 175:15, 176:14

**don't** [215] - 6:10, 6:14, 6:17, 6:18, 7:9, 10:25, 11:8, 11:12, 11:20, 15:13, 18:5, 19:8, 20:6, 20:8, 21:14, 21:18, 22:9, 22:22, 22:25, 23:20, 27:24, 29:7, 29:11, 29:12, 30:25,

31:5, 39:10, 41:12, 42:4, 42:20, 42:22, 43:2, 45:17, 45:21, 47:23, 48:4, 48:10, 49:10, 49:11, 49:14, 49:17, 49:21, 50:11, 51:8, 51:17, 51:20, 52:7, 52:10, 52:13, 52:25, 54:2, 54:5, 54:7, 54:13, 54:15, 54:17, 54:19, 55:10, 55:22, 56:2, 56:12, 56:22, 57:8, 58:12, 58:16, 60:5, 60:9, 60:12, 60:16, 61:8, 62:9, 63:9, 63:15, 64:3, 64:7, 64:21, 65:6, 67:9, 67:14, 71:11, 71:15, 72:6, 72:21, 72:25, 73:6, 73:11, 73:24, 74:4, 74:12, 74:14, 74:21, 75:2, 75:17, 75:20, 75:23, 75:25, 76:17, 77:17, 77:19, 77:23, 78:5, 78:8, 79:5, 79:11, 79:15, 79:25, 80:18, 80:22, 81:25, 82:5, 82:14, 82:24, 83:11, 83:15, 83:18, 84:7, 84:16, 84:18, 84:25, 85:9, 85:15, 86:23, 88:11, 88:22, 89:14, 89:17, 90:11, 91:4, 91:10, 91:14, 92:2, 93:11, 97:24, 98:5, 98:22, 100:5, 101:10, 101:13, 101:14, 101:16, 102:12, 106:14, 108:21, 109:3, 109:11, 110:5, 111:10, 120:4, 121:3, 121:12, 121:25, 122:2, 124:19, 125:17, 127:17, 128:4, 128:7, 128:20, 128:24, 129:3, 129:20, 130:8, 130:21, 131:20, 132:4, 133:5, 133:13, 133:25, 137:25, 138:17, 138:18, 141:12, 141:16, 141:24, 142:4, 142:7, 143:9, 144:2, 144:22, 145:25, 146:15, 147:23, 148:2, 148:25, 149:7, 149:19, 150:25, 151:15, 151:25, 154:3, 154:12, 154:22, 155:13, 156:9, 156:15, 156:18, 156:21, 157:17, 157:24, 159:6, 159:13, 159:17, 163:22, 166:4, 168:14, 169:7, 169:15, 171:12, 171:16, 172:3, 172:12,

174:2, 175:10, 182:14

**done** [14] - 67:3, 69:15, 108:20, 109:6, 113:4, 113:11, 118:15, 122:15, 123:7, 180:19, 180:23, 181:20, 182:23, 183:3

**door** [14] - 51:7, 51:18, 51:19, 74:8, 150:23, 151:7, 151:9, 151:17, 151:21, 152:15, 152:18, 155:6, 163:18

**double** [1] - 49:9

**doubt** [1] - 125:17

**down** [30] - 5:23, 6:8, 21:23, 35:8, 40:18, 41:5, 42:7, 44:14, 44:21, 52:21, 53:5, 61:4, 63:16, 63:19, 71:10, 75:6, 77:10, 77:11, 87:13, 108:5, 112:17, 112:20, 113:10, 113:22, 139:22, 140:3, 140:11, 150:11, 164:15, 166:24

**driven** [3] - 40:17, 181:11, 181:12

**driver** [9] - 36:17, 36:18, 36:21, 45:4, 181:10, 183:8, 183:9, 183:10

**driver's** [1] - 48:7

**drives** [1] - 63:13

**driving** [11] - 10:6, 49:20, 59:15, 61:6, 63:3, 63:6, 67:23, 97:2, 165:13, 178:5, 181:8

**drugs** [1] - 8:13

**duly** [3] - 5:10, 184:5, 186:11

**during** [8] - 38:5, 49:25, 62:6, 80:3, 92:8, 125:7, 142:6, 169:20

**duties** [1] - 83:2

**duty** [5] - 8:19, 37:4, 82:15, 103:24, 177:20

**E**

**e** [1] - 34:2

**E** [11] - 2:2, 3:2, 5:9, 184:2, 185:2, 185:21, 186:2

**e-mail** [1] - 34:2

**each** [7] - 47:5, 47:8, 61:20, 106:7, 106:12, 125:9, 128:5

**earlier** [7] - 99:13, 101:8, 115:8, 124:22, 150:4, 153:12, 167:6

**earn** [1] - 16:15

**earned** [1] - 16:7

**easier** [1] - 44:20

**east** [4] - 48:2, 57:25, 58:6, 61:13

**eastbound** [1] - 65:3

**EASTERN** [1] - 1:2

**Eastern** [1] - 4:14

**education** [1] - 16:5

**effect** [6] - 3:12, 3:15, 38:3, 38:4, 87:19, 159:12

**either** [11] - 12:24, 13:5, 64:22, 65:5, 74:4, 74:14, 79:9, 106:6, 127:19, 133:20, 177:9

**elbow** [1] - 145:7

**Elefterakis** [6] - 1:21, 1:22, 4:11, 4:12, 4:24

**ELEFTERAKIS** [2] - 2:4

**else** [41] - 11:4, 12:7, 12:18, 12:22, 23:10, 33:3, 36:18, 37:8, 44:8, 45:24, 48:9, 48:15, 49:2, 51:7, 53:25, 58:8, 60:19, 61:7, 61:24, 62:4, 63:20, 67:20, 72:5, 72:20, 73:20, 74:8, 74:11, 75:14, 76:8, 77:6, 77:22, 78:7, 82:12, 87:15, 101:21, 129:24, 177:4, 177:18, 178:9, 179:6, 183:9

**empty** [1] - 65:23

**end** [2] - 97:11, 105:20

**enforce** [2] - 18:16, 18:17

**enforcement** [3] - 16:25, 17:4, 35:6

**engaging** [1] - 173:14

**entire** [1] - 130:13

**entries** [1] - 185:9

**entry** [10] - 102:24, 103:10, 104:7, 104:8, 104:22, 104:23, 105:6, 105:7, 105:13, 105:21

**ESQ** [2] - 2:6, 2:14

**et** [1] - 4:17

**etcetera** [1] - 42:17

**even** [4] - 6:2, 119:10, 147:3, 163:18

**evening** [1] - 88:10

**ever** [109] - 13:4, 13:21, 14:22, 14:25, 15:9, 15:16, 15:22, 16:2, 19:10, 19:12, 19:15, 19:18, 19:21, 19:24, 22:10, 22:23, 24:5, 28:13, 28:20, 31:6, 31:11, 31:14, 33:15, 33:21, 33:25, 35:11, 35:19, 36:8, 36:10, 36:13, 59:21, 64:4,

64:23, 67:10, 68:24, 69:10, 69:16, 69:18, 69:21, 71:3, 78:17, 78:20, 78:24, 81:6, 81:19, 81:23, 84:5, 84:8, 87:22, 88:2, 88:16, 89:7, 89:10, 89:15, 89:18, 90:9, 90:14, 92:18, 93:8, 94:22, 95:4, 99:8, 99:21, 99:24, 100:7, 101:25, 105:23, 106:3, 106:11, 107:10, 122:18, 125:9, 127:15, 128:2, 128:5, 128:8, 128:21, 131:21, 132:13, 132:17, 133:14, 133:17, 135:3, 135:10, 137:20, 137:23, 141:5, 141:23, 142:2, 142:5, 142:8, 143:18, 145:9, 147:24, 148:3, 149:21, 153:18, 155:25, 156:3, 157:19, 159:10, 159:14, 159:21, 160:5, 170:15, 171:14, 178:8, 180:12, 182:25
**every** [1] - 68:20
**everybody** [2] - 97:7, 120:8
**everything** [2] - 5:24, 180:17
**exact** [3] - 129:18, 181:18, 181:19
**exactly** [12] - 50:25, 57:7, 80:15, 80:16, 80:18, 113:3, 132:4, 138:19, 150:18, 159:6, 163:19, 181:6
**Examination** [1] - 183:17
**examination** [3] - 149:22, 186:10, 186:12
**EXAMINATION** [2] - 5:13, 185:23
**examined** [1] - 5:12
**example** [1] - 96:25
**except** [1] - 3:21
**exhibit** [3] - 114:20, 114:25, 157:10
**EXHIBIT** [2] - 185:6
**Exhibit 1** [3] - 37:15, 158:5, 158:7
**Exhibit 2** [2] - 102:25, 103:6
**Exhibit 3** [1] - 106:19
**Exhibit 4** [1] - 114:17
**Exhibit 5** [3] - 134:10, 134:16, 134:20
**Exhibit 6** [2] - 142:12, 142:18
**Exhibit 7** [2] - 144:8,

144:13
**Exhibit 8** [2] - 148:8, 148:13
**EXHIBITS** [1] - 185:4
**Exhibits** [1] - 185:19
**exist** [1] - 42:15
**experience** [9] - 39:9, 63:5, 68:3, 87:7, 94:14, 94:16, 135:14, 139:24, 158:22
**explain** [1] - 129:16
**explained** [4] - 130:4, 130:22, 132:11, 180:10
**eye** [2] - 53:16, 53:17
**EZ** [1] - 104:3

# F

**F** [4] - 3:2, 41:10, 41:15, 186:2
**Facebook** [1] - 34:2
**facing** [1] - 47:12
**fact** [1] - 182:24
**failing** [1] - 182:25
**fair** [10] - 6:20, 15:4, 51:25, 66:2, 110:6, 117:8, 155:2, 166:23, 167:10, 169:16
**fall** [7] - 70:9, 71:17, 167:11, 167:15, 167:23, 168:2, 168:14
**fallen** [7] - 71:13, 72:15, 73:23, 141:19, 143:17, 147:11, 158:24
**falling** [1] - 166:23
**falls** [1] - 70:2
**false** [1] - 22:11
**familiar** [2] - 35:24, 143:8
**far** [16] - 47:20, 53:6, 53:13, 60:14, 63:16, 65:16, 73:22, 92:14, 92:15, 92:16, 108:15, 157:4, 162:12, 162:21, 166:12, 170:25
**fast** [3] - 59:2, 69:24, 167:14
**feasible** [1] - 39:7
**Federal** [1] - 1:20
**feel** [4] - 38:7, 71:8, 153:15, 153:16
**feeling** [1] - 147:21
**feet** [9] - 65:10, 65:20, 80:2, 92:17, 92:25, 157:6, 162:14, 162:16
**fell** [4] - 67:2, 70:11, 105:3, 105:19
**felony** [1] - 40:7
**felt** [2] - 71:6, 153:17
**female** [1] - 22:5
**Fett** [2] - 4:22, 5:16

**FETT** [19] - 2:6, 4:22, 5:14, 32:3, 37:11, 37:18, 102:13, 102:21, 106:15, 106:22, 114:13, 134:9, 142:11, 144:7, 148:7, 160:9, 160:17, 183:11, 185:24
**few** [7] - 11:18, 51:11, 74:9, 78:7, 80:2, 150:16, 155:21
**FICTITIOUS** [1] - 1:11
**field** [6] - 107:24, 108:3, 108:19, 109:2, 109:6, 109:10
**figure** [3] - 63:9, 112:15, 128:8
**figured** [1] - 112:12
**filing** [1] - 3:7
**fill** [1] - 110:3
**fill-in** [1] - 110:3
**filled** [2] - 113:20, 135:10
**filling** [1] - 108:24
**finally** [3] - 128:17, 178:23, 179:15
**find** [7] - 89:8, 90:10, 127:21, 130:24, 131:9, 173:8, 179:18
**fine** [1] - 148:4
**finish** [3] - 5:25, 8:18, 57:12
**finished** [1] - 55:24
**firm** [1] - 4:24
**firms** [1] - 4:20
**first** [61] - 5:10, 5:22, 5:25, 7:3, 10:24, 11:10, 11:14, 13:4, 15:19, 16:22, 17:7, 17:24, 19:7, 20:5, 20:12, 21:15, 22:19, 24:12, 39:20, 41:18, 45:15, 45:20, 46:4, 48:11, 48:16, 50:17, 51:14, 53:7, 56:3, 59:16, 60:13, 73:17, 74:15, 74:19, 75:7, 76:3, 79:8, 96:5, 96:20, 97:5, 100:4, 107:22, 115:12, 115:18, 119:3, 141:17, 143:14, 148:24, 149:20, 150:8, 150:12, 154:5, 155:9, 158:15, 158:18, 158:23, 161:2, 161:3, 173:23, 179:19, 184:5
**five** [7] - 8:17, 18:6, 42:9, 79:17, 157:12, 157:20, 157:22
**five-car** [4] - 42:9, 157:12, 157:20, 157:22
**fix** [1] - 180:14
**flail** [1] - 137:21

**flailed** [1] - 170:2
**flailing** [4] - 136:10, 137:9, 170:5, 170:8
**flash** [2] - 151:2, 154:10
**flashlight** [2] - 151:2, 151:4
**fled** [3] - 87:20, 104:24, 179:4
**fleeing** [5] - 27:15, 87:5, 139:14, 140:19, 164:18
**floor** [6] - 70:13, 70:21, 75:12, 75:16, 133:9, 133:10
**Flores** [2] - 90:24
**focus** [1] - 174:3
**follow** [4] - 58:8, 66:13, 101:25, 111:13
**followed** [4] - 54:24, 55:15, 180:25, 181:5
**following** [4] - 39:17, 104:19, 164:12, 181:22
**follows** [1] - 5:12
**for** [98] - 2:4, 2:10, 3:6, 3:18, 4:22, 5:3, 5:22, 9:10, 10:4, 10:6, 10:10, 10:16, 11:14, 16:12, 19:19, 24:21, 25:15, 29:16, 29:22, 29:24, 30:14, 34:24, 35:3, 35:7, 37:15, 39:15, 41:13, 42:8, 43:24, 46:11, 47:2, 48:12, 50:25, 51:21, 52:20, 55:5, 55:11, 56:17, 61:9, 62:2, 63:4, 68:2, 69:6, 70:8, 70:14, 72:9, 73:12, 79:4, 79:19, 80:4, 81:23, 85:23, 86:3, 91:9, 91:12, 96:25, 98:19, 102:10, 102:25, 103:24, 104:15, 104:22, 106:19, 107:7, 111:10, 111:23, 111:24, 113:18, 114:17, 115:18, 116:13, 119:12, 122:5, 122:8, 122:9, 126:6, 126:13, 126:14, 126:15, 134:16, 134:23, 135:18, 138:21, 140:13, 142:18, 144:13, 146:24, 148:13, 160:18, 161:3, 161:14, 171:14, 171:25, 173:23, 178:5, 182:14, 186:8
**force** [3] - 3:15, 21:6, 22:5
**forefront** [2] - 169:17, 176:5
**foregoing** [1] - 184:8
**form** [2] - 3:21, 27:17
**forth** [1] - 186:11

**forward** [2] - 68:19, 170:13
**found** [2] - 29:17, 179:2
**four** [2] - 8:17, 18:6
**free** [1] - 38:7
**friend** [1] - 35:14
**from** [71] - 4:23, 10:14, 16:10, 17:8, 19:23, 24:9, 27:8, 27:15, 27:21, 31:13, 32:19, 34:21, 36:8, 36:14, 36:24, 37:6, 38:14, 41:6, 42:10, 42:21, 47:20, 50:13, 53:6, 53:13, 57:6, 58:5, 60:15, 65:16, 65:17, 68:18, 69:25, 73:22, 80:2, 87:19, 87:23, 89:2, 89:7, 92:24, 95:6, 99:12, 100:20, 102:5, 108:5, 113:13, 118:10, 132:5, 135:13, 136:7, 139:14, 140:19, 140:24, 151:2, 152:2, 152:5, 153:14, 155:21, 157:5, 158:7, 162:12, 162:22, 162:24, 163:12, 164:11, 164:18, 166:9, 166:11, 170:13, 170:25, 176:20, 182:5, 182:23
**front** [17] - 51:12, 51:19, 52:2, 59:17, 68:9, 68:11, 68:18, 80:9, 94:8, 94:21, 108:10, 109:22, 113:15, 135:25, 154:8, 165:16, 165:18
**fuck** [2] - 80:17, 80:18
**full** [1] - 9:8
**function** [1] - 42:16
**further** [3] - 157:9, 183:11, 186:14
**FURTHER** [2] - 3:20, 184:8

**G**

**garbage** [4] - 20:15, 20:18, 20:22, 21:2
**gas** [1] - 104:2
**gather** [2] - 172:18, 173:2
**gathered** [2] - 139:18, 141:4
**gathering** [3] - 141:6, 141:10, 141:13
**gave** [8] - 7:13, 26:2, 26:4, 27:25, 28:2, 121:21, 179:10, 184:6
**general** [3] - 40:10, 94:16, 126:16
**generally** [2] - 40:9,

165:14
**generated** [1] - 7:18
**get** [31] - 5:20, 8:15, 23:6, 23:7, 55:19, 55:20, 56:10, 58:22, 67:5, 68:10, 68:11, 68:16, 76:7, 93:24, 112:19, 112:25, 119:24, 120:5, 121:14, 125:12, 125:22, 128:22, 156:20, 161:4, 165:6, 165:9, 165:17, 165:23, 172:16, 182:9, 182:25
**getting** [10] - 67:11, 68:25, 69:17, 90:21, 104:12, 138:8, 138:10, 169:2, 170:16, 170:23
**give** [5] - 6:5, 7:14, 68:7, 101:14, 157:15
**given** [7] - 13:21, 14:18, 14:22, 14:25, 92:3, 184:10, 186:13
**giving** [2] - 14:16, 54:8
**glasses** [4] - 9:25, 10:3, 10:5, 10:7
**go** [31] - 5:21, 7:22, 31:19, 39:13, 42:7, 44:19, 55:21, 57:19, 60:10, 82:8, 82:11, 82:15, 97:12, 102:13, 104:16, 104:20, 115:11, 115:12, 116:4, 116:11, 116:17, 146:9, 160:9, 160:17, 165:16, 165:18, 169:5, 169:10, 174:11, 176:22, 177:14
**GO15** [1] - 19:21
**going** [81] - 5:19, 5:21, 29:14, 29:16, 31:22, 33:24, 35:8, 38:13, 38:23, 39:19, 41:9, 43:5, 44:18, 44:21, 46:8, 46:14, 46:17, 46:19, 46:21, 47:14, 50:10, 52:21, 53:5, 57:3, 57:11, 57:21, 61:3, 61:13, 62:24, 63:8, 65:3, 65:4, 66:25, 67:15, 67:18, 68:6, 68:18, 78:2, 86:11, 87:13, 90:20, 91:13, 98:3, 100:22, 102:16, 103:19, 105:24, 106:7, 107:21, 114:23, 115:17, 116:12, 123:9, 126:19, 134:9, 139:12, 139:21, 140:2, 143:2, 143:13, 150:21, 152:14, 154:18, 154:19, 155:19, 160:12, 160:20, 160:25, 161:2,

161:7, 161:16, 168:24, 173:7, 173:21, 174:11, 176:22, 178:13, 178:15, 178:16, 181:17
**gone** [2] - 79:9, 141:2
**good** [5] - 34:10, 34:11, 36:21, 183:8, 183:10
**Good** [2] - 5:15, 5:18
**got** [35] - 54:23, 55:2, 55:10, 55:13, 55:14, 56:3, 56:6, 58:18, 70:20, 73:14, 73:17, 74:5, 75:10, 75:15, 89:12, 92:19, 94:22, 95:3, 95:23, 95:25, 100:18, 104:9, 131:14, 133:8, 143:16, 149:5, 153:20, 154:6, 154:15, 155:10, 158:23, 159:7, 159:8, 160:2
**gotten** [1] - 118:10
**grab** [1] - 170:12
**graduating** [1] - 17:8
**ground** [7] - 5:21, 83:14, 105:4, 147:11, 159:3, 159:7, 166:24
**guess** [14] - 7:9, 24:25, 55:17, 56:5, 62:21, 67:16, 74:17, 81:2, 107:23, 119:16, 127:10, 170:13, 173:6, 179:4
**guide** [5] - 37:19, 37:20, 37:24, 38:2, 38:12
**guides** [2] - 37:14, 185:8
**GUTMAN** [2] - 186:7, 186:23
**Gutman** [1] - 1:23
**guy** [1] - 82:14
**GXU** [1] - 115:20

**H**

**H** [2] - 5:9, 185:2
**had** [74] - 8:6, 9:23, 13:4, 13:9, 13:15, 13:18, 13:21, 20:14, 24:11, 25:9, 25:22, 25:23, 26:3, 26:20, 27:13, 27:16, 27:22, 32:10, 32:16, 32:21, 40:17, 51:11, 55:24, 58:13, 58:15, 63:17, 64:19, 71:21, 72:13, 72:15, 73:23, 79:9, 80:5, 83:3, 83:6, 83:10, 84:19, 85:22, 89:23, 91:15, 91:24, 96:16, 97:6, 100:7, 100:12, 117:13, 118:9, 120:8, 120:9, 122:24, 124:22, 127:16,

128:6, 129:10, 130:24, 131:7, 141:19, 143:17, 143:19, 145:15, 145:23, 146:4, 147:10, 151:20, 152:25, 158:24, 159:22, 166:7, 167:23, 168:2, 173:9, 178:10, 179:14, 182:23
**halfway** [2] - 63:19, 63:22
**hammer** [1] - 104:3
**hand** [19] - 50:24, 51:4, 51:9, 51:14, 51:16, 51:22, 51:23, 52:2, 52:15, 53:3, 53:7, 53:18, 54:4, 55:6, 60:20, 60:21, 103:21, 108:2, 186:20
**handcuff** [1] - 77:4
**handcuffed** [7] - 83:13, 133:9, 136:13, 138:5, 138:9, 173:12, 180:3
**handcuffs** [3] - 75:3, 75:4, 76:16
**handle** [3] - 151:7, 151:10, 155:4
**handwriting** [7] - 103:16, 104:21, 107:13, 132:22, 132:24, 133:4, 135:7
**handwritten** [1] - 109:14
**happen** [2] - 120:6
**happened** [52] - 20:14, 24:6, 25:11, 26:3, 26:5, 31:2, 31:15, 32:11, 33:18, 34:5, 44:12, 53:2, 54:21, 57:20, 58:17, 69:23, 73:12, 76:15, 80:19, 82:6, 82:20, 83:6, 83:10, 89:10, 89:15, 90:15, 90:18, 91:2, 97:6, 97:7, 97:8, 99:22, 100:9, 100:17, 101:8, 105:14, 106:14, 120:5, 121:22, 125:23, 130:14, 132:12, 133:12, 136:19, 149:23, 167:14, 171:18, 171:23, 178:21, 179:11, 179:14, 180:18
**happening** [1] - 76:22
**happens** [1] - 70:16
**has** [16] - 15:9, 34:20, 35:22, 41:4, 67:25, 71:13, 109:13, 126:12, 138:23, 177:7
**have** [86] - 7:19, 15:5, 16:18, 21:20, 30:2, 32:10, 36:6, 38:6, 44:11, 56:23, 57:15, 60:3, 61:20, 66:10, 67:3, 68:21, 69:15,

71:4, 71:6, 74:6, 81:3, 81:14, 83:2, 85:18, 86:25, 87:4, 87:9, 91:23, 92:5, 92:10, 99:8, 105:18, 107:5, 109:5, 109:10, 110:5, 111:7, 111:17, 111:25, 113:10, 115:15, 118:15, 119:9, 122:6, 122:15, 123:6, 126:5, 126:18, 130:19, 132:10, 134:9, 140:5, 140:6, 140:7, 142:11, 144:7, 145:16, 146:5, 146:19, 148:7, 151:21, 152:16, 153:14, 157:9, 165:19, 167:3, 167:24, 172:12, 173:24, 174:2, 180:5, 180:19, 180:23, 180:25, 181:2, 181:5, 181:11, 181:15, 181:20, 181:23, 182:10, 182:22, 183:3, 183:5, 183:7, 186:19

**have you** [39] - 8:6, 8:9, 8:12, 14:13, 14:22, 14:25, 15:16, 15:22, 16:2, 17:3, 17:21, 19:10, 19:12, 19:15, 19:18, 19:21, 19:23, 22:10, 24:5, 31:14, 32:15, 32:21, 33:21, 33:25, 35:11, 35:19, 36:8, 36:9, 36:12, 103:9, 103:19, 107:3, 107:10, 122:18, 135:3, 135:10, 142:23, 148:19, 174:8

**haven't** [1] - 154:20

**having** [4] - 5:10, 23:13, 49:19, 184:4

**he** [212] - 20:20, 20:23, 23:6, 23:7, 24:25, 25:3, 25:23, 27:6, 27:9, 27:13, 27:14, 27:16, 27:22, 27:24, 28:4, 28:24, 29:8, 29:14, 29:16, 29:19, 30:4, 30:9, 30:23, 32:25, 33:2, 33:7, 33:11, 34:13, 35:22, 36:17, 36:23, 37:3, 44:16, 44:17, 45:13, 46:5, 48:12, 48:16, 48:23, 48:24, 53:23, 54:8, 55:12, 55:13, 56:6, 56:7, 56:13, 56:17, 56:20, 56:23, 57:2, 57:14, 57:21, 58:23, 60:8, 61:6, 61:7, 63:12, 63:13, 67:2, 67:18, 70:11, 70:12, 70:18,

70:20, 70:25, 71:4, 71:5, 72:4, 72:5, 72:7, 72:15, 73:7, 75:15, 75:21, 76:9, 76:10, 77:5, 77:8, 77:9, 77:12, 77:13, 79:24, 79:25, 80:9, 80:10, 80:13, 80:14, 80:17, 80:19, 80:21, 81:3, 81:7, 81:11, 81:13, 81:20, 82:8, 82:22, 85:10, 85:11, 85:13, 85:14, 86:16, 86:21, 86:25, 87:4, 87:5, 87:9, 87:20, 88:20, 88:23, 88:24, 90:2, 90:3, 90:25, 91:8, 91:12, 93:13, 93:17, 106:13, 110:6, 110:7, 110:9, 110:13, 110:16, 112:10, 113:20, 113:25, 114:3, 115:25, 116:8, 116:25, 118:6, 118:8, 118:25, 119:16, 120:17, 120:18, 120:21, 121:4, 121:6, 121:20, 122:11, 123:24, 124:19, 125:25, 126:12, 127:23, 128:2, 129:12, 129:14, 129:16, 130:7, 130:17, 130:22, 130:24, 131:17, 132:4, 132:6, 132:12, 133:19, 133:23, 138:7, 138:8, 138:16, 138:19, 140:5, 140:12, 140:23, 140:25, 141:24, 143:10, 143:18, 144:22, 145:20, 145:22, 147:14, 147:21, 148:4, 149:14, 149:17, 156:5, 156:8, 156:25, 159:7, 159:8, 164:6, 164:14, 165:6, 167:7, 167:25, 168:3, 170:2, 170:10, 170:11, 170:15, 171:10, 171:13, 171:14, 173:5, 173:8, 173:18, 179:3, 180:2

**He** [1] - 24:22

**he's** [16] - 46:8, 48:18, 48:20, 49:7, 55:19, 57:5, 71:22, 112:10, 113:4, 119:2, 121:10, 164:19, 166:23, 173:11, 173:16, 183:8

**He's** [9] - 34:10, 34:11, 44:25, 46:21, 49:3, 61:3, 90:7, 170:12, 183:10

**head** [5] - 6:7, 14:15, 55:17, 71:25, 156:5

**headed** [2] - 48:18, 56:17

**heading** [3] - 46:5, 56:15, 104:25

**headphones** [1] - 54:14

**hear** [14] - 6:14, 6:18, 23:21, 24:14, 24:25, 70:22, 119:16, 123:24, 124:6, 147:24, 148:3, 148:6, 149:21, 159:21

**heard** [9] - 24:20, 27:9, 70:17, 71:19, 72:13, 72:14, 72:24, 78:15, 91:15

**Heins** [5] - 4:16, 4:23, 5:17, 24:21, 135:5

**HEINS** [2] - 1:3, 2:5

**held** [6] - 1:21, 4:10, 31:24, 102:18, 160:14, 160:22

**hello** [2] - 127:3, 127:14

**helmet** [1] - 54:16

**help** [1] - 174:20

**her** [1] - 57:12

**here** [8] - 7:7, 88:19, 137:7, 167:4, 172:17, 174:16, 174:25, 175:4

**HEREBY** [1] - 3:5

**hereby** [2] - 184:4, 186:9

**herein** [1] - 3:7

**hereinbefore** [2] - 184:11, 186:11

**hereunto** [1] - 186:19

**hey** [2] - 130:18, 180:13

**highest** [1] - 16:4

**him** [178] - 22:18, 23:6, 23:7, 24:16, 24:17, 24:20, 25:16, 26:9, 30:18, 30:19, 32:23, 33:3, 33:6, 35:14, 44:14, 44:16, 44:21, 46:4, 48:16, 50:21, 50:24, 51:4, 51:24, 52:17, 52:18, 52:19, 53:8, 53:14, 54:24, 55:19, 56:14, 57:5, 57:23, 58:8, 59:19, 59:22, 60:3, 62:13, 62:17, 62:20, 62:23, 62:24, 63:6, 63:24, 64:2, 64:6, 64:10, 65:17, 66:13, 66:15, 66:21, 66:22, 66:24, 66:25, 67:4, 67:17, 67:20, 68:4, 68:5, 68:10, 68:11, 68:12, 68:18, 69:12, 72:2, 72:9, 72:11, 72:12, 72:14, 73:16, 74:24, 74:25, 75:4, 75:7, 76:4, 76:6, 76:7, 76:13, 76:16, 76:24, 77:10,

77:11, 81:8, 81:14, 82:21, 82:25, 85:5, 85:22, 92:5, 92:19, 92:23, 93:3, 93:25, 94:4, 94:5, 94:7, 94:9, 100:14, 113:18, 117:10, 117:12, 118:23, 120:23, 121:13, 124:6, 129:16, 130:4, 130:22, 132:11, 133:19, 133:23, 134:2, 137:23, 138:2, 138:16, 140:24, 142:2, 147:13, 147:20, 147:21, 147:25, 148:4, 153:14, 153:18, 156:11, 156:14, 156:16, 156:17, 156:20, 156:24, 157:4, 157:14, 159:18, 159:23, 164:12, 164:22, 165:16, 165:17, 165:18, 165:20, 165:24, 166:12, 167:8, 167:11, 167:15, 167:23, 168:2, 169:5, 169:8, 169:9, 169:14, 169:24, 170:17, 170:23, 171:25, 172:11, 173:14, 174:19, 174:21, 175:23, 176:8, 178:23, 178:24, 179:16, 179:17, 180:25, 181:3, 181:5, 181:23, 182:7, 182:8, 182:10, 183:7

**his** [56] - 23:23, 27:16, 27:22, 29:23, 30:9, 33:16, 54:18, 57:6, 67:2, 70:3, 70:9, 74:13, 75:6, 75:18, 75:19, 75:24, 77:15, 77:18, 89:15, 90:23, 91:2, 91:6, 91:7, 91:15, 92:24, 94:9, 95:6, 107:19, 111:25, 117:10, 133:10, 134:6, 137:21, 137:24, 138:24, 138:25, 141:5, 141:19, 142:9, 143:4, 145:24, 149:15, 156:23, 157:5, 157:21, 164:14, 169:11, 170:2, 170:5, 170:8, 170:12, 179:2, 179:18, 179:20

**hit** [13] - 22:18, 58:23, 70:18, 70:25, 71:4, 71:5, 140:7, 153:14, 159:11, 159:15, 159:23

**hitting** [1] - 157:2

**hold** [1] - 128:22

**holding** [8] - 22:6, 136:11, 137:10, 137:23, 175:6, 175:17, 175:24, 176:7

**home** [3] - 8:25, 35:20,

35:22

homicide [1] - 40:11

honestly [6] - 29:7, 144:21, 148:25, 155:12, 162:24, 181:14

honking [1] - 156:23

hood [1] - 176:18

HORGAN [1] - 2:17

Horgan [1] - 4:5

horn [2] - 156:23, 157:2

hospital [1] - 145:3

hour [2] - 11:16, 59:5

hours [14] - 8:7, 8:10, 8:13, 8:17, 11:16, 11:22, 19:16, 104:11, 104:15, 150:16, 150:17, 150:24, 151:17

house [1] - 29:6

how [72] - 8:15, 11:14, 11:21, 12:12, 12:15, 13:17, 17:13, 18:3, 18:19, 21:11, 32:15, 32:23, 33:14, 35:17, 40:22, 47:20, 50:3, 51:21, 53:6, 53:13, 53:23, 56:17, 58:25, 60:14, 63:16, 63:24, 65:8, 65:16, 68:14, 70:3, 70:11, 70:15, 73:2, 73:3, 73:22, 75:16, 77:18, 77:24, 78:9, 79:12, 82:10, 86:10, 92:4, 92:5, 92:16, 95:17, 95:18, 96:16, 97:5, 97:7, 100:3, 101:11, 101:23, 106:7, 112:19, 112:23, 128:9, 131:13, 147:21, 154:8, 157:4, 162:11, 162:21, 165:8, 165:10, 165:23, 166:12, 173:16, 176:4, 181:24, 182:6, 182:24

How [1] - 88:5

how did [8] - 23:20, 24:18, 55:20, 56:20, 74:25, 86:15, 138:7, 139:17

how do [7] - 81:12, 96:9, 112:15, 122:5, 122:8, 122:9, 170:19

how is [3] - 96:20, 170:10, 177:13

how many [6] - 10:21, 14:4, 14:13, 20:2, 46:12, 84:24

however [1] - 7:3

hurt [4] - 39:10, 42:22, 81:11, 147:21

I

I [618] - 3:2, 5:16, 5:24, 6:5, 7:3, 7:9, 7:23, 8:25, 10:25, 11:8, 11:12, 11:20, 13:24, 14:14, 18:5, 19:6, 19:8, 20:6, 20:8, 20:16, 20:20, 21:14, 21:18, 22:5, 22:9, 22:22, 22:25, 23:14, 23:20, 24:13, 24:15, 24:20, 24:24, 24:25, 25:2, 25:18, 26:2, 26:4, 26:7, 26:9, 26:11, 26:22, 27:9, 27:24, 27:25, 28:17, 28:18, 28:22, 29:7, 29:10, 29:15, 29:24, 29:25, 30:2, 30:3, 30:4, 30:5, 30:19, 30:25, 31:5, 31:8, 32:9, 32:23, 36:11, 36:15, 37:24, 38:5, 40:5, 40:6, 40:8, 41:11, 42:20, 42:21, 43:2, 43:3, 43:4, 44:14, 44:15, 44:18, 44:19, 44:24, 45:6, 45:17, 45:21, 46:17, 47:23, 48:4, 48:10, 48:16, 49:10, 49:14, 49:17, 49:21, 50:11, 50:12, 50:23, 51:3, 51:8, 51:15, 51:16, 51:20, 51:23, 52:7, 52:10, 52:13, 52:25, 54:2, 54:5, 54:6, 54:13, 54:15, 54:17, 54:19, 55:4, 55:8, 55:10, 55:11, 55:16, 55:17, 55:22, 56:2, 56:5, 56:12, 56:22, 57:8, 57:24, 58:5, 58:6, 58:12, 58:16, 59:14, 60:5, 60:9, 60:12, 60:16, 60:24, 61:8, 62:9, 62:12, 62:18, 62:20, 62:21, 63:3, 63:5, 63:6, 63:7, 63:8, 63:15, 64:3, 64:7, 64:13, 64:21, 64:25, 65:6, 66:10, 67:9, 67:14, 67:16, 67:23, 69:5, 70:4, 70:11, 70:17, 71:5, 71:6, 71:11, 71:15, 71:16, 71:19, 72:6, 72:21, 72:25, 73:6, 73:11, 73:24, 74:4, 74:12, 74:14, 74:17, 74:21, 75:2, 75:17, 75:20, 75:23, 75:25, 76:17,

76:25, 77:17, 77:19, 77:23, 78:5, 78:8, 78:10, 78:22, 79:5, 79:11, 79:15, 79:24, 80:8, 80:17, 80:18, 80:22, 81:2, 81:8, 81:14, 81:22, 81:25, 82:5, 82:8, 82:13, 82:15, 82:21, 82:24, 83:2, 83:3, 83:11, 83:15, 83:18, 83:21, 84:7, 84:10, 84:16, 84:18, 84:25, 85:9, 85:14, 85:15, 86:7, 86:14, 86:20, 86:23, 87:3, 87:16, 88:11, 88:15, 88:22, 88:24, 89:4, 89:14, 89:17, 90:2, 90:6, 90:11, 90:12, 90:16, 91:4, 91:10, 91:14, 91:19, 92:2, 93:11, 93:24, 95:16, 96:18, 97:24, 98:5, 98:12, 99:5, 99:15, 99:17, 100:5, 100:15, 100:16, 100:18, 101:3, 101:9, 101:13, 101:16, 101:22, 102:12, 104:9, 104:12, 105:7, 105:9, 105:10, 105:17, 106:9, 106:14, 107:5, 107:19, 107:23, 108:21, 109:3, 109:11, 109:13, 109:18, 110:3, 110:15, 111:4, 111:9, 111:10, 113:9, 113:13, 113:14, 113:16, 113:17, 113:18, 113:19, 114:2, 114:4, 114:6, 114:11, 115:11, 115:16, 116:16, 116:23, 117:2, 117:3, 117:12, 117:14, 117:16, 118:8, 118:21, 118:22, 119:9, 119:13, 119:15, 119:16, 119:18, 120:4, 120:12, 120:13, 120:17, 120:18, 120:23, 120:25, 121:3, 121:8, 121:10, 121:11, 121:12, 121:13, 121:18, 121:20, 121:21, 122:4, 122:6, 122:7, 122:9, 123:18, 123:20, 123:23, 123:24, 123:25, 124:9, 124:12, 124:19, 124:21, 125:12, 125:13, 125:16, 125:17, 125:18, 125:21, 125:23, 125:24, 126:11, 127:10, 127:17, 127:23, 128:4, 128:7, 128:13, 128:15, 128:20, 128:24, 129:3, 129:7, 129:8,

129:12, 129:17, 129:20, 130:4, 130:5, 130:8, 130:12, 130:21, 130:22, 131:8, 131:9, 131:12, 131:15, 131:20, 132:4, 132:7, 132:11, 133:5, 133:6, 133:7, 133:8, 133:13, 133:18, 133:22, 133:25, 135:20, 135:24, 137:2, 137:25, 138:8, 138:9, 138:10, 138:16, 138:17, 138:18, 138:24, 139:2, 141:12, 141:16, 141:24, 142:4, 142:7, 142:11, 143:9, 143:11, 144:2, 144:7, 144:21, 144:25, 145:14, 145:25, 146:8, 146:15, 146:18, 147:2, 147:3, 147:9, 147:18, 147:23, 148:2, 148:6, 148:7, 148:25, 149:7, 149:19, 149:20, 150:10, 150:14, 150:25, 151:13, 151:15, 151:19, 151:24, 151:25, 152:3, 152:13, 153:12, 153:14, 153:15, 154:3, 154:10, 154:12, 154:13, 154:19, 154:22, 155:11, 155:13, 155:17, 156:9, 156:15, 156:18, 156:21, 157:9, 157:15, 157:16, 157:24, 158:4, 158:5, 158:24, 159:6, 159:7, 159:13, 159:17, 162:2, 162:19, 162:24, 163:12, 163:24, 163:25, 164:8, 164:10, 165:12, 165:16, 166:2, 166:4, 166:6, 166:11, 167:6, 167:12, 168:5, 168:10, 168:12, 168:18, 168:25, 169:7, 169:8, 169:10, 169:15, 170:3, 170:4, 170:13, 171:12, 171:16, 171:17, 171:24, 172:3, 172:4, 172:11, 173:6, 173:24, 174:3, 174:17, 174:18, 175:2, 175:10, 175:13, 176:3, 176:11, 176:16, 176:19, 177:5, 177:12, 177:15, 177:19, 178:24, 179:2, 179:3, 179:4, 179:10, 179:12, 179:18, 179:23, 179:25, 180:4, 180:5, 180:6, 180:9, 180:10, 180:13, 180:14, 181:8, 181:14, 181:16, 181:21, 182:5, 182:14, 182:15, 183:4, 184:2, 184:4, 184:5, 184:8, 185:2,

185:21, 186:2, 186:7, 186:14, 186:16, 186:19
I'd [1] - 157:6
I'll [6] - 6:19, 7:14, 32:8, 44:2, 146:10, 173:22
I'm [70] - 5:19, 5:21, 11:12, 15:15, 20:8, 24:20, 26:11, 27:8, 28:17, 30:18, 37:2, 38:13, 38:23, 39:19, 40:5, 41:9, 42:20, 43:5, 44:18, 55:13, 59:3, 70:18, 82:13, 88:22, 90:11, 90:20, 93:16, 94:7, 101:5, 103:19, 107:21, 110:15, 111:9, 113:17, 114:23, 115:11, 116:3, 116:12, 121:3, 124:3, 134:9, 142:22, 143:2, 143:13, 151:6, 154:18, 155:25, 156:2, 160:25, 161:2, 161:7, 161:16, 167:5, 168:10, 173:8, 173:21, 174:11, 175:3, 176:11, 176:22, 178:14, 178:16, 178:25, 179:4, 179:17, 181:17, 181:18, 182:18
IAB [1] - 145:2
ICO [1] - 149:14
ID [1] - 9:16
idea [3] - 31:10, 68:21, 81:3
identification [8] - 37:16, 103:2, 106:20, 114:18, 134:17, 142:18, 144:13, 148:13
identify [4] - 4:20, 174:20
if [116] - 3:12, 3:15, 6:2, 6:10, 6:14, 6:17, 7:2, 7:12, 29:14, 36:5, 37:23, 38:14, 39:11, 39:13, 41:9, 41:17, 41:24, 42:4, 42:14, 43:6, 49:6, 49:11, 56:5, 57:18, 58:5, 58:13, 62:22, 65:11, 66:25, 67:17, 68:3, 68:7, 69:9, 69:16, 71:5, 75:21, 78:20, 81:7, 81:20, 84:8, 88:24, 90:2, 90:16, 91:24, 92:6, 93:20, 94:20, 95:5, 97:25, 104:6, 104:20, 105:16, 112:8, 112:20, 113:4, 113:5, 113:13, 113:20, 120:7, 122:24, 125:12, 125:25, 126:3, 126:12, 131:7, 131:10, 133:3, 133:19, 133:23,

138:20, 140:2, 140:3, 140:5, 140:10, 143:22, 144:3, 144:18, 145:15, 145:23, 146:3, 146:8, 146:9, 146:12, 147:13, 149:3, 150:9, 151:3, 151:20, 152:18, 152:25, 153:5, 153:13, 154:10, 155:5, 155:12, 155:15, 156:22, 158:4, 158:6, 158:25, 164:17, 165:14, 167:23, 167:25, 168:2, 168:13, 169:13, 170:22, 171:17, 173:12, 174:18, 174:24, 175:11, 177:3, 183:4
illegal [1] - 8:12
image [4] - 162:4, 162:11, 162:25, 166:13
immediately [1] - 41:25
impact [4] - 17:12, 18:2, 18:3, 153:15
impede [1] - 58:14
important [1] - 41:12
IN [2] - 1:10, 186:19
in [214] - 4:7, 5:8, 5:17, 7:23, 8:6, 8:9, 8:13, 8:21, 10:7, 11:4, 11:19, 12:18, 13:18, 13:25, 14:23, 15:5, 16:16, 17:3, 18:19, 19:3, 21:4, 22:5, 22:21, 23:13, 23:18, 23:24, 24:15, 25:4, 25:5, 25:13, 26:3, 27:16, 27:22, 28:24, 29:9, 29:19, 30:9, 30:15, 31:6, 34:2, 34:24, 36:10, 36:13, 38:3, 38:4, 38:5, 40:10, 40:15, 40:23, 42:19, 43:13, 43:16, 44:8, 45:6, 46:3, 46:14, 51:11, 51:19, 52:2, 52:24, 55:2, 55:20, 56:3, 56:6, 56:10, 56:11, 58:14, 59:17, 60:8, 60:11, 60:18, 65:11, 68:3, 68:9, 68:11, 68:18, 68:22, 69:15, 69:16, 69:22, 73:15, 76:3, 77:25, 80:7, 80:9, 80:10, 80:23, 83:17, 83:20, 85:18, 88:5, 88:12, 89:12, 91:25, 93:18, 94:8, 94:9, 94:21, 95:10, 96:13, 96:19, 97:10, 97:16, 99:9, 99:24, 100:7, 101:18, 102:8, 104:14, 105:8,

105:20, 105:21, 105:24, 106:9, 108:23, 109:2, 110:3, 112:20, 113:15, 113:16, 115:8, 115:14, 117:6, 117:18, 117:21, 118:9, 121:4, 121:6, 121:13, 122:18, 123:13, 123:19, 123:20, 123:25, 124:5, 124:9, 124:12, 124:15, 124:18, 124:21, 124:23, 125:2, 125:3, 125:19, 125:21, 126:16, 126:19, 127:23, 129:24, 130:7, 130:18, 131:5, 132:17, 134:6, 135:4, 136:18, 136:20, 137:7, 139:12, 139:13, 139:14, 139:18, 139:21, 140:20, 141:5, 149:10, 149:13, 149:18, 149:23, 150:4, 150:9, 151:3, 151:21, 154:6, 154:8, 154:15, 155:22, 156:13, 158:16, 160:2, 161:24, 162:3, 162:4, 163:9, 163:13, 163:15, 163:19, 164:4, 164:19, 165:3, 165:9, 165:16, 165:18, 167:3, 168:8, 168:20, 168:23, 169:16, 169:25, 170:25, 173:14, 176:4, 176:9, 177:22, 179:11, 179:16, 180:14, 180:22, 182:24, 186:16, 186:17
In [1] - 4:13
inches [1] - 155:21
incident [19] - 12:10, 13:8, 13:13, 21:21, 24:10, 31:14, 37:3, 38:5, 79:10, 87:23, 88:21, 99:9, 101:11, 102:5, 105:14, 105:15, 106:8, 118:12, 142:6
included [1] - 42:19
inconvenience [1] - 139:18
incredible [1] - 15:10
incumbent [1] - 147:12
indicating [2] - 52:4, 108:3
individual [12] - 48:6, 54:7, 55:25, 89:11, 89:19, 89:21, 89:22, 90:19, 90:21, 110:18, 147:10, 149:12
INDIVIDUALLY [1] - 1:10
information [1] - 125:23
infraction [6] - 35:3, 44:2, 69:5, 87:10, 91:12, 111:4

initial [1] - 9:11
initially [1] - 127:4
initiate [1] - 38:20
initiating [2] - 22:21, 39:21
initiative [1] - 35:5
injure [1] - 164:25
injured [4] - 81:17, 81:20, 145:20, 165:6
injuries [13] - 76:13, 81:15, 145:6, 145:12, 146:3, 146:6, 147:3, 147:6, 147:19, 168:6, 168:7, 168:9, 183:4
injury [2] - 145:15, 146:14
inside [5] - 45:14, 45:23, 55:16, 122:7, 180:6
inspection [3] - 96:10, 96:11, 97:10
instead [3] - 6:6, 62:23, 116:23
intentionally [1] - 136:6
interested [1] - 186:17
internal [2] - 168:7, 168:9
intersection [11] - 47:16, 47:18, 47:20, 48:14, 48:15, 48:17, 48:21, 50:14, 50:19, 56:19, 57:3
interview [9] - 26:14, 90:13, 101:18, 101:23, 102:2, 102:6, 178:14, 178:16, 178:18
interviewed [20] - 19:24, 20:5, 20:10, 26:2, 87:22, 88:2, 88:6, 88:17, 88:20, 88:25, 89:2, 90:4, 90:7, 90:8, 90:9, 90:25, 101:12, 171:10, 171:14, 171:21
interviewing [1] - 88:13
into [11] - 19:7, 40:23, 54:23, 55:11, 55:13, 55:14, 92:10, 95:23, 95:25, 104:9, 155:10
investigating [1] - 153:3
investigation [5] - 21:9, 22:8, 88:9, 102:9, 163:25
investigator [1] - 180:13
investigators [5] - 152:23, 153:21, 163:16, 171:22, 178:9
involved [6] - 36:10, 36:13, 89:7, 99:24, 122:18, 132:17
involving [2] - 42:5, 44:12
is [160] - 4:3, 4:4, 4:8,

4:10, 4:16, 5:6, 5:16, 7:2, 7:17, 15:4, 15:19, 22:14, 22:17, 32:9, 34:18, 36:17, 36:21, 38:2, 38:3, 39:22, 40:11, 41:5, 41:24, 46:18, 47:7, 48:23, 48:24, 49:9, 51:25, 52:2, 55:18, 56:11, 57:2, 57:11, 59:17, 61:6, 61:7, 61:23, 62:3, 62:21, 67:12, 67:17, 68:3, 68:20, 69:17, 71:13, 71:14, 71:22, 71:25, 72:4, 72:5, 72:7, 77:2, 77:5, 77:8, 82:16, 85:11, 85:25, 87:19, 90:8, 93:21, 94:7, 96:19, 97:7, 97:8, 97:13, 102:15, 103:23, 104:2, 104:18, 104:19, 105:15, 106:11, 106:22, 107:23, 108:19, 110:6, 110:17, 111:3, 113:23, 114:5, 114:7, 118:15, 118:16, 119:3, 121:25, 123:13, 124:2, 124:10, 125:2, 125:3, 126:14, 131:12, 132:25, 133:11, 134:11, 135:15, 136:18, 136:21, 137:4, 137:8, 137:10, 137:14, 138:21, 139:24, 140:2, 140:8, 140:10, 140:21, 142:13, 143:9, 144:3, 144:9, 147:21, 148:9, 149:13, 149:19, 151:4, 151:7, 155:13, 155:20, 162:12, 162:22, 163:9, 163:15, 164:18, 165:24, 166:2, 166:22, 167:10, 168:22, 169:16, 169:17, 169:20, 169:21, 170:5, 170:15, 170:20, 171:2, 171:5, 172:25, 173:11, 173:24, 174:3, 174:16, 174:23, 174:24, 175:15, 175:18, 176:5, 176:17, 177:2, 180:2, 180:7, 184:9, 186:10, 186:12
**IS** [2] - 3:5, 3:20
**Is** [1] - 61:10
**is that** [43] - 6:20, 9:22, 18:24, 29:2, 41:13, 44:25, 49:13, 50:14, 50:19, 54:8, 56:24, 71:23, 72:12, 72:14, 78:11, 82:17, 91:20, 107:16, 108:10, 108:14, 115:22, 117:7, 118:20, 124:6, 132:21, 141:2,

144:19, 149:8, 150:3, 150:18, 150:21, 150:23, 153:21, 155:2, 158:11, 165:20, 167:8, 169:2, 169:11, 172:20, 175:24, 176:8, 178:11
**is there** [4] - 9:5, 37:7, 57:4, 180:18
**is this** [7] - 27:3, 103:12, 108:18, 114:24, 114:25, 126:13, 172:6
**isn't** [3] - 110:12, 113:5
**issue** [5] - 52:18, 52:19, 86:5, 86:7, 112:24
**issued** [3] - 84:19, 105:19, 181:4
**issuing** [5] - 45:19, 48:6, 55:24, 56:7, 86:3
**IT** [2] - 3:5, 3:20
**it** [229] - 6:2, 6:8, 6:20, 13:15, 15:4, 20:20, 20:23, 21:15, 21:20, 22:4, 22:20, 22:24, 24:3, 24:21, 24:23, 24:24, 24:25, 26:3, 26:24, 27:14, 29:21, 29:24, 30:7, 30:23, 33:9, 33:11, 34:18, 36:4, 36:19, 38:24, 41:11, 44:20, 47:7, 51:25, 56:6, 59:4, 60:23, 61:10, 61:23, 62:3, 62:10, 63:18, 69:4, 69:5, 69:15, 69:18, 69:23, 71:14, 76:18, 76:19, 78:13, 78:15, 78:22, 79:16, 85:14, 85:15, 86:12, 89:5, 89:8, 91:5, 92:2, 92:6, 92:7, 94:15, 95:11, 95:21, 95:23, 96:12, 97:2, 97:5, 97:7, 97:8, 97:9, 97:10, 97:16, 98:12, 98:13, 98:16, 98:20, 98:23, 98:25, 99:6, 100:24, 105:17, 106:3, 106:6, 106:8, 106:12, 107:20, 107:23, 108:2, 108:5, 109:13, 109:17, 109:18, 110:6, 110:13, 110:24, 111:3, 111:4, 112:8, 112:21, 113:4, 113:14, 114:5, 114:7, 117:5, 118:16, 119:9, 119:12, 119:17, 119:18, 120:9, 120:12, 121:18, 121:25, 122:23, 123:3, 123:7, 123:18, 124:3, 125:17, 125:21, 125:24, 126:22,

126:25, 127:4, 128:12, 128:23, 129:6, 129:8, 129:15, 130:5, 130:13, 130:24, 131:4, 131:9, 131:12, 131:18, 132:11, 133:6, 133:8, 135:20, 136:18, 136:22, 137:10, 137:13, 139:2, 139:7, 140:6, 140:19, 141:4, 143:21, 143:24, 145:23, 146:23, 147:12, 147:16, 150:12, 150:16, 150:18, 151:10, 151:13, 151:14, 151:21, 151:24, 152:5, 153:5, 153:21, 154:9, 154:12, 154:14, 154:24, 155:6, 155:13, 155:14, 155:19, 158:5, 158:7, 158:16, 161:4, 161:7, 161:16, 161:17, 161:18, 162:2, 163:14, 166:7, 166:21, 166:22, 166:23, 167:10, 167:14, 168:15, 168:18, 169:16, 169:20, 170:12, 170:22, 173:10, 173:23, 173:25, 174:5, 174:11, 174:13, 176:13, 177:14, 178:11, 179:8, 179:11, 179:13, 179:19, 179:22, 179:23, 179:25, 180:2, 180:4, 180:23, 181:12, 181:22
**it's** [45] - 15:23, 22:16, 28:12, 30:13, 39:6, 39:20, 41:2, 46:12, 46:23, 58:9, 61:11, 66:2, 80:15, 83:23, 92:9, 103:20, 106:9, 107:19, 107:23, 109:3, 112:4, 113:24, 116:16, 122:13, 128:14, 133:3, 138:21, 138:22, 152:4, 153:6, 153:17, 154:9, 154:24, 155:15, 158:2, 158:5, 158:16, 158:18, 158:20, 161:8, 162:15, 173:22, 174:4, 180:9, 181:17
**It's** [3] - 9:11, 9:12, 123:6
**its** [1] - 93:9
**itself** [3] - 107:5, 111:22, 128:20
**IUB** [6] - 22:11, 88:3, 90:4, 90:12, 90:14, 91:2

## J

**jacket** [1] - 145:22
**jam** [2] - 139:20, 142:3
**JANE** [3] - 1:9, 1:10, 2:12
**job** [1] - 20:20

**jogs** [1] - 170:22
**JOHN** [3] - 1:9, 1:10, 2:12
**joined** [1] - 17:3
**Judge** [1] - 3:13
**judge** [6] - 15:9, 118:10, 118:14, 131:17, 131:22, 131:25
**July** [3] - 1:14, 4:4, 11:19
**June** [1] - 14:12
**just** [45] - 6:23, 7:3, 7:14, 30:19, 39:9, 42:6, 42:21, 46:11, 50:25, 57:12, 57:21, 62:2, 63:8, 67:17, 79:21, 80:17, 92:22, 103:19, 117:20, 121:6, 123:6, 124:4, 126:14, 131:9, 135:19, 139:9, 140:16, 142:20, 143:11, 144:15, 144:18, 146:2, 146:21, 147:10, 155:20, 161:17, 165:14, 168:23, 169:10, 173:12, 174:5, 176:14, 178:3, 178:15, 181:22
**Just** [2] - 91:17, 109:17

## K

**keep** [1] - 67:18
**keeping** [1] - 181:24
**Kelly** [2] - 5:2, 11:3
**KELLY** [34] - 2:14, 5:2, 10:12, 27:17, 28:15, 30:17, 31:19, 40:3, 50:6, 57:12, 58:3, 62:25, 64:11, 66:8, 66:19, 67:21, 86:18, 96:22, 98:8, 99:3, 107:17, 113:7, 118:19, 119:7, 132:2, 136:24, 152:20, 153:10, 158:12, 159:4, 162:17, 171:19, 172:22, 173:3
**Kevin** [2] - 5:2, 11:3
**KEVIN** [1] - 2:14
**kid** [1] - 97:4
**kind** [8] - 18:2, 51:18, 52:2, 67:20, 146:14, 151:11, 173:16
**kinds** [1] - 33:6
**KINGS** [1] - 186:5
**knew** [3] - 29:19, 64:9, 117:5
**know** [155] - 6:3, 6:12, 6:15, 6:23, 7:14, 15:8, 15:13, 20:9, 21:8, 22:3, 22:7, 22:13, 23:12, 23:17, 23:20, 24:16, 24:18, 25:2, 25:16, 26:9, 27:3, 27:6, 27:24,

29:7, 29:10, 29:15, 30:20, 30:23, 30:25, 31:2, 31:5, 31:9, 32:9, 37:8, 38:8, 49:11, 51:17, 54:7, 55:16, 55:18, 55:23, 56:2, 59:14, 60:6, 63:8, 64:13, 67:24, 70:23, 72:15, 73:7, 73:11, 76:17, 77:15, 78:23, 79:6, 80:8, 80:21, 80:22, 81:12, 83:4, 85:15, 86:21, 86:23, 87:3, 87:16, 88:8, 88:11, 88:19, 88:22, 89:14, 89:16, 89:17, 90:11, 90:12, 90:18, 91:2, 91:4, 91:5, 91:8, 92:2, 95:17, 95:21, 96:9, 96:18, 97:24, 97:25, 98:5, 98:16, 98:19, 98:22, 101:16, 103:7, 106:14, 106:25, 108:16, 108:21, 109:8, 109:11, 111:9, 114:4, 114:6, 114:21, 122:5, 122:8, 122:9, 124:19, 128:13, 131:10, 132:24, 133:3, 133:5, 133:10, 133:13, 134:20, 142:21, 143:24, 144:2, 144:15, 144:21, 145:21, 148:16, 149:12, 149:17, 149:19, 150:25, 151:15, 151:25, 152:13, 152:23, 154:2, 154:3, 154:12, 154:19, 154:22, 156:22, 163:22, 163:24, 166:4, 168:11, 168:12, 169:13, 170:19, 171:9, 171:12, 171:13, 171:16, 172:3, 174:24, 175:10, 177:9, 178:23, 178:25, 179:4, 181:14
**knowing** [1] - 143:7
**knows** [1] - 97:7

## L

**L** [4] - 3:2, 5:9, 184:2
**lane** [13] - 46:13, 46:14, 46:17, 46:23, 47:7, 58:7, 58:9, 61:11, 64:16, 64:18, 73:19, 73:21, 139:13
**lanes** [8] - 46:12, 46:24, 47:2, 61:12, 61:14, 61:17, 61:21, 61:23
**largely** [1] - 37:25
**last** [7] - 8:7, 8:10, 8:13, 8:15, 8:18, 23:2, 157:8
**later** [6] - 11:18, 100:6,

101:15, 116:11, 128:19, 129:2
**LAW** [1] - 2:10
**law** [3] - 5:3, 16:24, 17:4
**lawsuit** [5] - 14:23, 22:13, 22:21, 32:17, 33:22
**laying** [4] - 75:6, 75:13, 75:16, 173:17
**learn** [1] - 23:23
**least** [4] - 40:13, 42:9, 112:9, 157:12
**leave** [1] - 82:15
**leaving** [2] - 86:4, 140:23
**left** [14] - 4:11, 28:5, 48:24, 49:12, 82:8, 83:12, 83:16, 84:20, 89:23, 90:22, 107:22, 108:2, 177:7, 177:10
**LEGAL** [1] - 2:18
**legal** [1] - 4:5
**Legal** [1] - 4:6
**length** [4] - 53:10, 53:11, 53:15, 166:4
**lengths** [9] - 42:10, 47:25, 50:13, 93:5, 93:6, 157:13, 157:20, 157:22, 166:5
**lenses** [1] - 10:2
**less** [4] - 70:5, 70:7, 79:18, 162:15
**let** [27] - 5:25, 6:12, 6:15, 6:23, 7:14, 24:16, 25:15, 26:8, 26:9, 36:12, 38:7, 39:25, 54:25, 57:12, 58:24, 72:15, 97:12, 100:14, 103:6, 106:24, 114:21, 134:20, 142:21, 144:15, 148:16, 161:7, 170:12
**let's** [8] - 55:19, 67:2, 96:25, 97:15, 123:12, 174:23, 181:10, 181:18
**Let's** [7] - 31:19, 37:11, 102:13, 102:21, 106:15, 114:13, 160:9
**level** [1] - 16:4
**Liberal** [1] - 16:17
**lieutenant** [1] - 149:16
**life** [1] - 104:3
**light** [6] - 35:8, 57:4, 57:15, 57:19, 62:10, 139:13
**lights** [1] - 58:11
**like** [92] - 13:25, 15:2, 15:24, 18:2, 22:20, 29:25, 33:10, 40:5, 40:6, 50:4, 54:12, 56:6, 67:12, 67:13, 93:21, 96:11, 105:9, 111:4, 113:9, 113:17, 115:14,

116:22, 117:5, 118:17, 121:12, 124:4, 126:25, 127:4, 128:13, 129:21, 130:20, 137:2, 140:4, 144:23, 147:2, 147:16, 148:22, 149:14, 150:19, 150:24, 151:2, 151:10, 151:17, 151:24, 152:2, 152:8, 153:12, 154:4, 154:5, 154:9, 154:11, 154:14, 154:15, 154:21, 154:24, 155:6, 155:20, 157:16, 159:14, 159:15, 161:12, 163:8, 163:14, 164:10, 165:2, 165:6, 166:8, 166:11, 166:23, 167:23, 168:2, 168:22, 169:14, 172:3, 173:10, 175:5, 175:8, 175:15, 175:18, 176:13, 176:23, 179:10, 179:22, 179:23, 179:25, 182:5, 182:12, 182:17, 182:20
**line** [7] - 64:20, 109:9, 109:21, 133:8, 136:4, 139:16, 178:22
**litigation** [2] - 32:15, 34:3
**little** [6] - 20:18, 34:16, 151:9, 161:4, 170:4, 172:17
**location** [15] - 109:9, 109:23, 110:17, 112:13, 112:14, 112:17, 113:9, 113:23, 126:11, 136:2, 137:3, 137:5, 137:14, 137:16, 139:5
**long** [13] - 11:14, 11:21, 12:15, 17:13, 18:3, 18:19, 32:23, 33:2, 33:11, 39:10, 68:2, 96:16, 101:23
**look** [63] - 37:23, 38:7, 38:12, 38:14, 41:9, 41:17, 43:2, 64:5, 78:17, 78:22, 93:20, 93:21, 95:4, 103:5, 103:6, 106:24, 107:22, 113:6, 114:11, 114:20, 121:19, 122:7, 126:3, 134:19, 134:24, 142:20, 143:7, 143:18, 143:21, 148:15, 148:22, 150:9, 151:3, 151:24, 152:8, 154:4, 154:11, 154:14, 154:21, 155:5, 158:4, 158:6, 161:12, 163:8, 166:8, 166:13, 168:22, 174:2, 174:5, 175:5, 175:8, 175:15, 175:18,

176:13, 176:17, 178:10, 180:6, 181:19, 182:11, 182:12, 182:16, 182:17, 182:19
**looked** [9] - 54:12, 121:9, 143:11, 144:23, 150:19, 150:23, 154:5, 154:15, 161:25
**looking** [23] - 53:24, 53:25, 72:2, 72:4, 72:5, 104:6, 112:7, 135:13, 136:14, 141:18, 144:5, 145:5, 146:2, 153:24, 156:7, 156:10, 157:8, 162:11, 163:17, 166:6, 167:17, 167:20, 180:17
**looks** [21] - 112:8, 113:4, 117:5, 118:16, 124:3, 126:25, 127:4, 148:4, 149:14, 151:2, 151:10, 151:24, 154:9, 154:24, 155:6, 155:20, 163:14, 166:23, 173:10, 176:21, 176:23
**lose** [2] - 59:21, 133:15
**losing** [2] - 170:15, 170:23
**lost** [1] - 19:15
**lot** [3] - 78:7, 117:19, 121:23
**lucid** [1] - 134:3
**lunch** [1] - 116:11

## M

**made** [11] - 7:25, 14:13, 20:23, 30:4, 56:13, 57:14, 112:14, 140:25, 141:11, 159:9, 180:13
**mail** [1] - 34:2
**majors** [1] - 40:10
**make** [28] - 7:20, 21:4, 26:11, 29:24, 42:20, 42:21, 44:20, 53:16, 53:17, 54:21, 56:20, 58:15, 63:5, 98:18, 110:22, 111:10, 116:12, 117:15, 119:12, 119:23, 120:12, 121:18, 125:24, 130:5, 146:21, 164:20, 182:9, 182:14
**making** [5] - 22:11, 53:14, 53:23, 56:23, 182:18
**malfunction** [1] - 42:16
**Manhattan** [1] - 16:13
**manner** [3] - 139:15, 140:20, 164:20
**many** [1] - 14:5
**March** [2] - 115:13,

129:11
Marijuana [1] - 185:10
marijuana [13] - 8:9,
27:13, 27:16, 85:12,
106:18, 106:23, 110:8,
112:20, 135:19, 136:20,
137:4, 179:3, 179:18
mark [7] - 37:11, 102:21,
106:15, 114:13, 151:11,
152:4, 152:11
marked [24] - 37:14, 38:2,
38:4, 38:13, 43:16,
91:25, 102:24, 103:5,
103:20, 106:19, 114:16,
114:24, 134:10, 134:15,
138:21, 140:18, 142:12,
142:17, 144:8, 144:9,
144:12, 144:19, 148:8,
148:12
marks [4] - 76:13, 95:6,
153:25, 154:10
marriage [1] - 186:16
matter [4] - 69:6, 102:10,
112:5, 186:18
MATTHEW [2] - 1:9, 2:12
may [4] - 3:10, 3:14, 8:4,
166:18
maybe [10] - 11:16,
14:15, 26:6, 97:3,
101:15, 128:19, 151:25,
152:10, 154:3, 172:11
me [85] - 5:25, 6:12, 6:15,
6:17, 6:23, 7:14, 20:24,
23:6, 24:10, 24:13,
26:2, 29:18, 34:16,
34:24, 36:12, 38:8,
39:25, 42:8, 43:6,
43:24, 46:11, 48:12,
50:25, 51:21, 54:25,
55:5, 56:17, 58:24,
61:9, 62:2, 70:8, 70:14,
73:12, 76:21, 79:25,
80:2, 80:12, 82:6,
82:14, 90:16, 91:17,
92:16, 99:12, 100:11,
103:6, 103:22, 104:22,
106:24, 114:21, 115:18,
116:25, 117:13, 117:15,
118:22, 118:24, 119:16,
121:9, 123:24, 124:13,
129:13, 129:16, 132:5,
132:6, 132:9, 134:20,
135:18, 136:7, 136:12,
140:4, 140:8, 140:14,
142:21, 143:12, 144:15,
148:16, 151:24, 159:11,
159:12, 159:15, 170:5,
170:20, 173:12, 179:8,
184:10, 184:18
mean [39] - 11:10, 29:12,

30:11, 38:21, 40:5,
40:6, 46:8, 62:16,
64:17, 79:24, 80:17,
89:4, 108:13, 112:16,
113:2, 116:21, 119:20,
120:22, 122:12, 127:17,
128:11, 131:5, 131:12,
136:22, 140:14, 150:25,
151:13, 151:24, 155:12,
155:17, 157:24, 158:17,
162:19, 163:7, 171:24,
178:24, 179:7, 180:21,
181:21
meaning [4] - 15:11,
29:14, 122:13, 164:10
means [3] - 105:6, 105:7,
136:22
meant [2] - 130:23,
169:10
mechanical [1] - 42:16
medical [7] - 81:7, 81:20,
81:23, 147:14, 171:15,
171:25, 183:2
medication [1] - 8:3
meet [5] - 10:18, 11:2,
11:23, 12:15, 131:21
meeting [7] - 11:10,
11:14, 11:17, 11:21,
13:3, 13:19, 103:13
members [2] - 38:15,
41:22
Memo [1] - 185:9
memo [13] - 12:21, 43:3,
43:5, 96:13, 97:10,
97:17, 102:24, 103:10,
105:16, 105:20, 105:25,
150:9, 151:21
memorialized [1] - 96:20
memory [3] - 8:4, 101:9,
170:22
mentioned [1] - 178:14
message [5] - 24:13,
25:9, 99:13, 100:14,
127:18
messages [10] - 12:6,
114:16, 115:2, 115:4,
115:7, 115:15, 130:25,
131:8, 132:9, 185:12
messaging [1] - 34:3
met [2] - 10:24, 12:13
middle [8] - 30:16, 60:18,
64:16, 64:18, 118:9,
123:14, 135:19, 139:13
might [9] - 32:10, 81:4,
122:6, 165:6, 168:8,
168:15, 174:19, 180:5,
181:15
MILA [2] - 186:7, 186:23
Mila [2] - 1:23, 5:6
mileage [1] - 104:2

miles [1] - 59:5
mind [6] - 68:24, 69:10,
69:16, 69:19, 69:21,
71:3
minute [9] - 160:18,
161:22, 162:2, 163:13,
166:8, 166:14, 166:21,
168:19, 170:7
minutes [9] - 12:17, 70:6,
70:7, 79:17, 101:24,
161:8, 172:6, 172:15
mirror [15] - 95:14, 95:15,
95:19, 96:7, 96:16,
97:3, 97:4, 97:16,
104:4, 150:2, 151:3,
153:25, 154:5, 154:9,
163:18
misdemeanor [1] - 40:7
miss [1] - 121:3
mistake [5] - 143:12,
146:23, 180:7, 180:9,
180:14
mistakes [1] - 91:7
misunderstanding [1] -
117:13
misunderstood [3] -
26:7, 26:16, 132:8
moment [1] - 65:18
month [1] - 11:19
months [6] - 13:12,
17:14, 18:7, 100:6,
101:15
more [15] - 14:6, 14:8,
14:18, 14:20, 36:12,
59:4, 59:7, 59:9, 59:11,
59:13, 70:6, 79:16,
81:2, 116:22, 157:7
morning [4] - 5:15, 5:18,
12:25, 155:10
most [1] - 39:25
motor [1] - 38:25
moved [1] - 140:6
moving [5] - 45:8, 71:14,
149:8, 170:12, 173:17
MR [33] - 5:2, 10:12,
27:17, 28:15, 30:17,
31:19, 40:3, 50:6,
57:12, 58:3, 62:25,
64:11, 66:8, 66:19,
67:21, 86:18, 96:22,
98:8, 99:3, 107:17,
113:7, 118:19, 119:7,
132:2, 136:24, 152:20,
153:10, 158:12, 159:4,
162:17, 171:19, 172:22,
173:3
Mr [156] - 27:21, 28:25,
31:7, 32:13, 36:9,
36:14, 44:13, 45:16,
45:20, 46:3, 46:18,

48:12, 50:18, 52:16,
52:23, 53:4, 53:6,
53:13, 53:17, 54:12,
54:21, 55:15, 56:11,
58:19, 58:25, 59:17,
59:22, 60:2, 60:15,
60:17, 62:15, 63:14,
63:18, 63:25, 64:4,
64:9, 64:15, 65:2, 65:8,
65:9, 65:12, 65:15,
65:22, 66:3, 66:12,
66:17, 67:16, 69:11,
70:2, 70:9, 71:13,
71:17, 71:21, 72:18,
73:15, 73:23, 74:7,
74:10, 74:16, 74:20,
75:5, 75:11, 76:2, 77:5,
78:10, 80:8, 81:6,
81:19, 83:13, 83:19,
84:9, 84:21, 85:21,
86:5, 86:11, 89:13,
89:24, 90:23, 90:24,
91:24, 92:11, 92:22,
93:10, 93:14, 93:22,
93:23, 94:3, 94:23,
95:22, 98:7, 99:10,
99:25, 100:3, 105:10,
105:19, 107:8, 108:15,
111:17, 111:24, 126:20,
133:12, 133:14, 137:20,
139:21, 141:11, 141:14,
141:19, 141:22, 142:8,
143:4, 143:17, 144:4,
144:20, 145:3, 145:6,
145:13, 145:22, 146:24,
148:23, 149:4, 152:19,
153:2, 153:8, 154:23,
155:24, 156:4, 157:12,
157:19, 158:11, 158:24,
159:2, 159:10, 159:22,
160:6, 162:6, 162:13,
162:22, 163:6, 163:9,
163:14, 163:19, 164:4,
166:10, 166:16, 166:22,
169:21, 170:5, 171:2,
171:9, 172:7, 172:20,
172:25, 175:9, 180:23,
182:25
MS [18] - 4:22, 5:14, 32:3,
37:11, 37:18, 102:13,
102:21, 106:15, 106:22,
114:13, 134:9, 142:11,
144:7, 148:7, 160:9,
160:17, 183:11, 185:24
Ms [1] - 5:7
much [9] - 8:15, 22:17,
35:6, 70:3, 100:13,
101:10, 130:11, 140:23,
170:11
mumbling [1] - 134:6

**murderer** [1] - 40:16
**my** [52] - 4:4, 5:15, 5:25,
6:11, 6:14, 6:18, 12:21,
13:11, 14:15, 18:6,
32:3, 39:9, 43:3, 47:24,
49:3, 50:15, 50:23,
50:24, 51:4, 51:16,
51:23, 53:9, 60:20,
63:4, 63:21, 65:19,
71:5, 76:19, 82:9,
82:13, 82:15, 87:7,
93:4, 94:14, 101:9,
116:10, 118:15, 118:19,
122:13, 125:22, 132:5,
138:9, 139:24, 150:9,
150:14, 156:25, 158:22,
165:17, 166:12, 177:20,
180:14, 186:20

## N

**N** [7] - 2:2, 2:6, 3:2, 5:9,
184:2, 185:21
**name** [8] - 4:4, 5:16, 9:8,
9:12, 90:23, 107:20,
109:14, 149:15
**NAMES** [2] - 1:10, 1:11
**nature** [4] - 39:17, 39:22,
40:21, 40:22
**near** [1] - 47:16
**necessarily** [1] - 41:12
**necessity** [1] - 39:15
**need** [8] - 82:14, 111:5,
146:9, 146:11, 146:13,
146:16, 147:22, 180:14
**needed** [2] - 81:7, 147:14
**neither** [2] - 88:25, 90:8
**never** [12] - 25:10, 67:2,
98:20, 100:24, 117:21,
122:15, 131:24, 152:19,
153:20, 159:18, 167:15,
179:13
**New** [20] - 1:22, 1:23,
1:24, 2:6, 2:14, 4:7,
4:13, 4:15, 4:17, 5:2,
5:11, 109:23, 115:20,
135:23, 136:2, 139:5,
186:8
**NEW** [5] - 1:2, 1:8, 2:10,
2:11, 186:4
**next** [42] - 18:8, 18:22,
38:15, 50:22, 51:13,
53:2, 54:22, 58:17,
60:2, 65:12, 65:15,
68:6, 71:22, 72:7, 72:9,
74:3, 74:22, 76:15,
76:22, 79:25, 80:12,
99:21, 100:20, 109:12,
109:21, 126:3, 127:2,
133:8, 136:4, 138:20,
139:16, 140:18, 152:3,

155:19, 156:5, 156:8,
156:17, 156:24, 157:4,
167:20, 173:25, 176:8
**nice** [1] - 116:6
**night** [11] - 8:16, 10:6,
85:18, 88:13, 89:19,
90:3, 90:25, 92:4,
99:20, 145:3, 160:2
**nighttime** [2] - 84:17,
92:6
**No** [1] - 1:6
**no** [190] - 8:5, 8:8, 8:11,
8:14, 9:7, 9:13, 10:25,
11:6, 12:19, 12:23,
13:2, 13:20, 14:24,
15:3, 15:12, 15:18,
15:25, 16:3, 16:20,
17:2, 17:6, 19:11,
19:14, 19:17, 19:20,
19:22, 21:7, 21:14,
22:9, 22:12, 22:22,
22:25, 23:11, 23:16,
23:25, 24:4, 24:24,
25:12, 28:8, 28:11,
28:22, 30:22, 31:8,
31:10, 31:12, 32:14,
33:5, 33:8, 33:17,
33:20, 33:23, 34:4,
34:7, 35:18, 37:10,
40:9, 40:19, 41:8,
44:10, 46:25, 53:22,
56:16, 57:6, 58:9,
59:24, 61:16, 62:20,
68:23, 69:2, 69:13,
69:23, 71:9, 76:5,
76:14, 77:17, 78:14,
78:19, 79:2, 79:7, 80:6,
80:24, 81:5, 81:22,
82:21, 83:25, 84:4,
86:9, 86:14, 87:21,
87:25, 88:4, 88:7,
88:18, 89:7, 89:9,
89:25, 92:12, 94:24,
95:2, 95:7, 95:20,
98:18, 98:21, 98:24,
99:7, 99:23, 100:2,
100:10, 102:3, 102:7,
104:2, 106:2, 106:5,
106:13, 107:9, 107:14,
109:7, 110:22, 111:5,
111:19, 112:2, 112:12,
114:9, 117:12, 117:23,
117:24, 117:25, 122:4,
122:17, 123:8, 125:11,
126:14, 126:21, 129:8,
130:2, 131:3, 131:23,
132:16, 132:20, 132:23,
133:2, 133:16, 134:8,
135:2, 135:6, 135:9,
138:14, 140:12, 142:10,

142:25, 143:20, 143:23,
144:24, 145:11, 146:15,
148:21, 149:25, 150:14,
153:22, 157:9, 159:20,
159:24, 160:4, 160:8,
164:16, 164:23, 165:4,
166:17, 167:16, 168:5,
170:18, 170:22, 170:24,
171:4, 171:7, 172:14,
173:15, 173:20, 174:22,
175:20, 175:22, 176:6,
176:25, 177:19, 178:8,
180:16, 180:25, 181:21,
186:16
**NO** [4] - 1:8, 1:9, 2:11,
2:12
**nobody** [1] - 178:12
**nod** [1] - 6:6
**noise** [6] - 70:18, 70:22,
70:23, 71:19, 72:15,
72:24
**nonmilitary** [1] - 8:21
**nonthreatening** [1] -
164:19
**nor** [1] - 88:25
**normally** [1] - 94:20
**north** [6] - 46:19, 48:18,
60:23, 60:24, 61:3, 88:5
**northbound** [2] - 46:5,
57:4
**not** [91] - 9:12, 15:8,
15:11, 15:13, 15:15,
20:25, 28:17, 30:18,
36:11, 36:15, 37:2,
38:24, 40:5, 40:20,
41:2, 41:24, 42:13,
42:20, 49:18, 51:17,
55:13, 55:16, 55:23,
59:3, 60:6, 69:3, 69:7,
69:11, 80:25, 81:10,
83:4, 86:8, 86:21, 88:8,
90:11, 90:13, 92:13,
93:16, 95:21, 98:22,
109:5, 110:15, 111:9,
111:20, 111:21, 112:3,
112:4, 112:19, 112:25,
113:17, 114:10, 114:11,
116:12, 118:4, 118:11,
118:23, 119:23, 121:9,
122:13, 123:6, 125:16,
125:19, 125:25, 133:11,
133:22, 137:7, 143:12,
145:14, 145:21, 146:9,
146:13, 146:24, 151:19,
152:25, 153:18, 155:25,
158:8, 158:14, 158:16,
164:24, 165:5, 166:15,
168:10, 168:12, 174:4,
175:21, 176:11, 177:9,
182:18, 186:14

**NOTARY** [1] - 184:22
**Notary** [3] - 1:24, 5:10,
186:7
**note** [6] - 41:17, 41:19,
96:12, 97:5, 118:19,
133:11
**noted** [1] - 151:21
**nothing** [5] - 10:17,
101:10, 153:16, 153:17,
183:11
**notice** [1] - 150:8
**Notice** [1] - 1:19
**now** [12] - 4:2, 4:19,
62:24, 72:20, 87:16,
88:19, 91:18, 116:10,
123:10, 173:21, 179:3,
183:14
**nowhere** [1] - 119:4
**number** [13] - 4:18, 9:14,
30:3, 38:15, 38:18,
39:13, 42:7, 42:19,
103:25, 109:25, 135:21,
138:25, 178:2
**NUMBER** [1] - 185:7
**NYPD** [8] - 16:21, 35:24,
42:20, 89:7, 94:15,
111:10, 111:13, 182:15

## O

**O** [2] - 3:2, 184:2
**oath** [6] - 3:12, 9:3,
13:22, 13:24, 14:17,
30:15
**objection** [29] - 10:12,
28:15, 30:17, 40:3,
50:6, 58:3, 62:25,
64:11, 66:8, 66:19,
67:21, 86:18, 96:22,
98:8, 99:3, 107:17,
113:7, 118:19, 119:7,
132:2, 136:24, 152:20,
153:10, 158:12, 159:4,
162:17, 171:19, 172:22,
173:3
**Objection** [1] - 27:17
**objections** [1] - 3:21
**observe** [5] - 28:20,
76:12, 78:13, 84:2,
91:11
**observed** [4] - 50:17,
53:14, 54:20, 76:3
**obstruct** [1] - 139:11
**obstructing** [5] - 49:15,
139:23, 140:8, 171:2,
171:5
**obvious** [1] - 118:16
**occasions** [4] - 10:21,
14:4, 20:2, 34:21
**occurred** [3] - 44:12,

137:10, 137:13
**odd** [6] - 89:8, 90:10,
130:24, 131:5, 131:6,
131:9
**OF** [5] - 1:2, 1:8, 2:11,
186:4, 186:5
**of** [314] - 1:17, 1:20, 1:21,
1:24, 3:8, 3:9, 3:13,
3:14, 3:16, 3:17, 3:22,
4:8, 4:9, 4:11, 4:15,
4:17, 5:11, 5:20, 5:21,
6:5, 6:6, 6:11, 7:8,
8:19, 10:8, 11:19,
12:10, 12:24, 13:8,
13:11, 14:10, 14:12,
14:14, 15:4, 15:10,
16:4, 16:13, 18:2, 18:6,
19:4, 20:21, 20:23,
20:25, 21:8, 22:5, 22:7,
22:11, 23:22, 24:9,
26:2, 26:5, 26:13, 29:4,
30:16, 31:3, 32:13,
33:6, 34:8, 35:2, 35:12,
35:15, 36:3, 36:14,
37:16, 37:19, 37:20,
37:24, 38:5, 38:6, 38:7,
38:15, 39:4, 39:7,
39:17, 39:22, 40:2,
40:13, 40:21, 40:22,
40:23, 40:24, 41:19,
41:22, 42:2, 44:11,
44:15, 45:15, 45:25,
46:23, 47:5, 47:7,
47:21, 47:24, 48:2,
48:3, 48:21, 48:24,
48:25, 49:7, 49:12,
50:3, 50:15, 50:23,
51:3, 51:5, 51:12,
51:15, 51:18, 51:19,
52:2, 52:14, 53:9,
53:21, 55:18, 56:20,
57:3, 57:25, 58:8,
58:22, 59:17, 59:21,
60:18, 60:22, 60:24,
61:23, 62:23, 63:19,
63:21, 64:16, 64:18,
64:20, 65:19, 65:21,
66:14, 66:24, 67:5,
67:20, 68:4, 68:6,
68:10, 68:11, 68:12,
68:16, 68:18, 69:14,
70:20, 72:10, 72:19,
73:14, 73:17, 74:5,
74:19, 75:10, 78:4,
78:7, 78:25, 79:9,
79:12, 80:9, 83:3,
85:12, 85:24, 86:24,
86:25, 87:13, 87:19,
88:10, 93:4, 93:20,
94:9, 94:21, 95:3, 95:5,
95:8, 96:3, 97:12, 98:2,

99:20, 100:17, 103:2,
103:12, 104:18, 105:17,
106:6, 106:20, 107:10,
108:10, 109:22, 109:23,
110:4, 110:5, 110:7,
111:3, 112:17, 112:24,
113:15, 114:18, 114:25,
116:17, 116:23, 117:3,
118:9, 118:16, 119:3,
119:6, 119:13, 120:24,
121:22, 121:23, 122:7,
122:23, 123:14, 125:22,
128:22, 129:7, 130:10,
130:13, 130:16, 130:25,
131:7, 131:8, 131:18,
131:25, 132:7, 132:11,
134:17, 135:25, 136:2,
136:8, 137:5, 137:9,
139:3, 139:5, 142:14,
142:18, 143:3, 143:16,
144:13, 145:3, 146:2,
146:4, 146:6, 146:14,
148:13, 148:19, 149:5,
149:9, 149:22, 150:4,
150:22, 151:11, 152:4,
152:6, 152:15, 152:16,
152:17, 152:18, 152:24,
153:24, 154:9, 154:25,
157:18, 158:23, 160:6,
161:24, 162:9, 163:15,
163:17, 164:14, 165:16,
165:17, 165:18, 167:7,
169:2, 170:22, 173:16,
174:12, 176:9, 176:18,
178:2, 178:6, 178:15,
178:20, 179:11, 179:14,
179:19, 180:22, 181:3,
182:10, 182:25, 183:6,
183:7, 183:13, 183:17,
184:10, 184:19, 186:8,
186:12, 186:15, 186:17,
186:20
**off** [30] - 14:14, 31:19,
31:22, 31:23, 36:5,
37:7, 67:2, 70:2, 70:9,
70:11, 93:10, 93:14,
93:22, 94:3, 94:9,
102:13, 102:16, 102:17,
105:19, 136:9, 139:10,
140:19, 141:19, 160:9,
160:12, 160:13, 160:17,
160:20, 160:21, 183:14
**off-the-record** [4] -
31:23, 102:17, 160:13,
160:21
**offense** [6] - 39:18,
39:22, 40:2, 40:13,
40:21, 40:23
**officer** [30] - 9:21, 15:17,
15:20, 18:4, 34:9,
34:11, 64:25, 67:25,

94:17, 97:13, 111:11,
111:16, 122:20, 134:19,
135:15, 139:14, 140:19,
142:20, 147:13, 174:15,
175:5, 175:12, 175:15,
175:23, 175:24, 176:4,
176:7, 176:8, 176:14,
182:19
**OFFICER** [5] - 1:8, 1:8,
1:18, 2:11, 2:11
**Officer** [136] - 5:15, 23:3,
23:17, 24:2, 24:6,
24:16, 25:2, 25:10,
25:14, 25:19, 25:23,
26:8, 26:24, 27:15,
28:14, 28:20, 28:23,
29:5, 29:22, 30:8,
30:20, 31:14, 32:11,
32:16, 32:22, 33:24,
33:25, 34:8, 34:20,
35:12, 35:19, 36:17,
36:20, 43:12, 45:11,
45:14, 45:18, 48:6,
52:11, 54:3, 55:4, 55:7,
55:11, 55:17, 55:24,
56:5, 58:10, 59:2, 60:4,
60:7, 63:4, 63:10,
63:12, 67:8, 67:10,
72:23, 73:3, 73:9, 74:2,
74:16, 75:3, 76:18,
76:20, 79:22, 83:5,
83:9, 85:2, 85:8, 85:18,
86:6, 86:13, 86:15,
87:18, 89:2, 89:11,
89:22, 90:9, 90:22,
93:13, 93:16, 100:8,
103:4, 105:24, 107:15,
109:14, 110:13, 110:15,
112:8, 113:4, 113:17,
115:5, 115:22, 117:6,
120:16, 121:4, 121:17,
123:10, 124:4, 124:18,
125:8, 125:9, 125:14,
125:20, 126:23, 127:15,
127:21, 127:25, 128:9,
128:16, 129:10, 130:25,
131:13, 132:10, 133:3,
135:14, 135:20, 135:23,
136:15, 138:3, 138:15,
138:18, 138:24, 139:10,
140:21, 156:22, 158:9,
160:25, 169:8, 169:18,
174:25, 175:12, 177:4,
177:10, 177:23, 181:12,
183:6
**officers** [6] - 13:18, 82:3,
83:17, 84:2, 88:12, 89:6
**offices** [2] - 1:21, 4:11
**OFFICIAL** [1] - 1:10
**offly** [1] - 154:25

**oh** [3] - 85:11, 87:19,
170:24
**Okay** [6] - 6:3, 6:8, 6:24,
7:5, 7:15, 7:20
**okay** [36] - 6:4, 6:9, 6:25,
7:6, 7:10, 7:11, 7:16,
7:21, 7:25, 8:2, 11:13,
38:9, 38:17, 39:2, 39:3,
41:13, 41:16, 58:20,
80:15, 108:4, 116:15,
118:13, 130:17, 132:12,
139:25, 143:6, 143:15,
145:4, 146:22, 155:3,
155:8, 158:20, 161:5,
161:18, 169:14, 174:13
**on** [190] - 4:3, 4:4, 4:9,
7:24, 8:3, 9:23, 10:21,
14:4, 19:12, 20:2, 22:5,
23:18, 24:6, 28:25,
31:15, 31:25, 32:11,
33:18, 34:5, 34:13,
34:21, 35:25, 37:4,
39:9, 39:13, 40:8,
40:25, 41:10, 42:24,
44:25, 46:3, 46:5,
46:24, 47:5, 47:7, 48:2,
48:7, 48:20, 49:6,
50:10, 56:15, 56:18,
56:19, 56:24, 57:25,
58:6, 58:11, 58:15,
59:22, 60:17, 60:20,
60:22, 61:3, 61:14,
61:17, 62:7, 62:8, 63:4,
65:21, 70:13, 70:20,
71:5, 71:22, 72:9,
72:19, 74:10, 74:11,
75:4, 75:12, 75:16,
75:18, 76:13, 76:16,
76:19, 77:5, 77:7, 78:2,
81:14, 82:3, 82:7,
82:12, 82:13, 83:13,
87:7, 88:9, 91:7, 94:13,
94:14, 94:15, 94:16,
95:4, 95:18, 96:7, 97:5,
98:4, 98:23, 98:25,
99:6, 99:20, 100:24,
102:19, 103:16, 103:20,
103:22, 104:13, 104:25,
105:2, 107:20, 107:22,
107:25, 108:2, 109:18,
111:2, 111:22, 113:14,
115:18, 116:4, 116:11,
118:3, 123:10, 125:9,
126:19, 129:6, 129:11,
132:5, 133:9, 133:10,
135:8, 135:24, 137:4,
138:9, 138:23, 139:2,
139:14, 139:24, 140:14,
140:15, 140:16, 140:19,
140:21, 141:14, 142:9,
143:4, 145:6, 145:9,

145:12, 146:14, 148:23, 148:24, 149:24, 150:2, 150:21, 150:24, 151:4, 151:17, 151:20, 152:3, 153:13, 155:11, 155:23, 156:25, 157:9, 158:22, 159:3, 159:7, 159:21, 160:7, 160:15, 160:23, 163:10, 167:4, 167:5, 170:21, 173:7, 174:3, 175:3, 176:18, 177:7, 177:8, 177:10, 177:14, 178:19, 180:17, 180:18, 181:6, 181:13

**once** [18] - 7:17, 66:14, 68:15, 70:17, 70:19, 73:13, 75:8, 75:9, 75:10, 76:6, 77:4, 82:6, 82:8, 85:22, 92:7, 97:9, 127:25, 146:10

**oncoming** [1] - 64:24

**one** [58] - 6:11, 11:15, 13:19, 21:15, 35:8, 38:4, 38:14, 38:15, 38:18, 41:14, 44:15, 44:19, 44:21, 46:7, 46:13, 46:14, 46:17, 46:23, 47:7, 52:21, 53:10, 53:11, 53:15, 55:18, 58:9, 61:23, 61:25, 65:5, 79:12, 87:14, 89:7, 97:11, 100:15, 103:12, 107:6, 107:10, 109:25, 110:4, 127:19, 133:20, 139:12, 140:2, 161:3, 161:22, 162:2, 163:13, 166:4, 166:7, 166:14, 166:21, 168:18, 170:7, 177:7, 177:8, 178:8, 179:20, 180:2, 182:7

**one-way** [1] - 140:2

**one-way-street** [7] - 35:8, 44:15, 44:21, 46:7, 52:21, 87:14, 139:12

**only** [7] - 10:6, 13:14, 28:13, 39:6, 110:4, 167:25, 173:23

**onto** [4] - 56:21, 59:16, 60:13, 69:25

**open** [1] - 51:7

**opinion** [4] - 40:15, 118:16, 140:21, 183:7

**opportunity** [2] - 7:15, 7:19

**opposite** [1] - 140:3

**or** [172] - 6:18, 7:8, 7:10, 7:24, 9:25, 15:8, 15:9, 15:13, 15:24, 16:19, 19:9, 19:16, 20:10,

21:5, 21:6, 21:24, 22:20, 27:6, 32:12, 33:18, 34:5, 34:18, 36:18, 37:6, 37:8, 38:24, 39:5, 39:10, 41:2, 42:5, 42:14, 42:22, 43:13, 43:16, 44:12, 45:4, 45:8, 45:14, 45:24, 48:3, 48:8, 48:15, 48:25, 49:18, 51:7, 51:17, 51:19, 52:5, 53:17, 53:25, 55:23, 57:25, 58:8, 58:11, 58:14, 60:6, 60:19, 61:7, 61:24, 62:4, 63:20, 65:3, 65:17, 67:12, 67:20, 71:10, 71:14, 71:18, 72:5, 72:9, 72:19, 72:20, 73:19, 74:8, 74:11, 74:16, 75:3, 76:7, 76:18, 77:5, 77:6, 77:8, 77:21, 78:7, 79:25, 81:20, 82:12, 83:4, 83:23, 83:24, 85:14, 86:6, 86:21, 87:24, 88:8, 90:9, 92:4, 94:14, 95:9, 95:21, 98:22, 99:20, 101:20, 105:13, 107:6, 112:9, 118:3, 119:2, 119:9, 120:6, 120:7, 121:16, 121:19, 122:19, 125:7, 125:8, 125:16, 125:25, 127:6, 127:18, 128:9, 129:7, 130:19, 133:11, 133:18, 136:6, 138:15, 139:4, 139:11, 140:7, 140:14, 145:21, 145:23, 146:13, 149:2, 149:9, 151:11, 151:25, 152:12, 153:25, 154:13, 155:6, 155:12, 155:15, 157:6, 159:3, 166:15, 168:23, 168:24, 169:8, 170:16, 170:23, 175:11, 175:12, 175:25, 177:3, 177:4, 177:9, 177:10, 177:16, 177:17, 177:23, 178:9, 179:6, 183:9, 186:16

**order** [3] - 26:4, 105:8, 179:12

**original** [2] - 3:9, 3:17

**other** [31] - 13:17, 16:18, 16:24, 17:4, 23:24, 34:21, 38:3, 42:14, 52:24, 55:25, 62:7, 65:21, 65:23, 65:24, 69:14, 82:3, 82:9, 83:2, 83:24, 85:17, 87:8, 87:17, 99:14, 102:5,

106:7, 106:12, 125:9, 128:6, 144:4, 176:8, 181:21

**others** [1] - 90:13

**our** [6] - 36:24, 38:5, 41:13, 93:24, 96:13, 106:9

**out** [53] - 29:17, 44:15, 50:23, 51:3, 51:5, 51:6, 51:14, 51:15, 52:14, 52:15, 58:5, 58:22, 63:9, 66:14, 66:24, 67:5, 68:10, 68:12, 68:16, 70:20, 73:14, 73:17, 74:5, 75:10, 76:25, 93:24, 95:3, 104:16, 105:10, 108:25, 112:13, 112:16, 113:20, 119:3, 120:24, 127:21, 128:8, 133:7, 135:10, 143:16, 146:19, 147:13, 149:5, 158:23, 165:17, 169:2, 170:4, 173:8, 177:14, 177:19, 177:21, 181:3, 182:9

**outcome** [3] - 21:8, 22:7, 186:17

**outside** [8] - 23:22, 35:12, 35:15, 45:15, 45:23, 45:25, 56:7, 62:10

**outweigh** [1] - 41:23

**over** [11] - 5:21, 7:17, 60:7, 60:10, 76:6, 76:24, 79:3, 79:9, 79:13, 155:5, 179:2

**own** [4] - 82:12, 82:13, 106:9, 116:10

**owner** [1] - 78:24

## P

**P** [3] - 2:2, 3:2

**p.m** [7] - 8:23, 102:20, 160:11, 160:16, 160:19, 160:24, 183:12

**P.M** [1] - 183:16

**page** [27] - 42:6, 103:20, 103:22, 104:18, 104:19, 104:20, 107:22, 109:12, 114:24, 115:12, 115:13, 115:17, 115:19, 123:9, 123:13, 138:20, 143:11, 144:19, 148:24, 150:21, 152:3, 153:23, 155:19, 173:24, 173:25, 178:20, 178:22

**PAGE** [2] - 185:6, 185:23

**pages** [5] - 103:17, 134:25, 135:4, 135:8, 143:14

**pain** [1] - 80:23

**Panek** [3] - 1:22, 4:12, 4:25

**PANEK** [1] - 2:4

**paper** [4] - 22:21, 98:2, 98:3, 113:6

**paperwork** [3] - 97:6, 135:16, 137:4

**paragraph** [2] - 135:20, 138:23

**parallel** [1] - 94:6

**park** [2] - 47:3, 105:3

**Parked** [1] - 105:4

**parked** [13] - 49:9, 58:23, 65:25, 66:4, 70:19, 70:25, 71:2, 73:19, 73:21, 77:21, 161:25, 162:9, 163:10

**parking** [6] - 47:7, 61:17, 61:20, 61:23, 73:19, 73:21

**part** [1] - 172:5

**partial** [1] - 149:9

**parties** [3] - 3:7, 4:21, 186:15

**partly** [1] - 154:9

**partner** [6] - 27:22, 34:13, 34:18, 34:21, 43:9, 122:19

**partners** [1] - 36:16

**parts** [1] - 139:9

**pass** [21] - 42:13, 49:19, 62:24, 63:6, 63:13, 63:18, 63:24, 64:2, 64:14, 65:7, 66:21, 66:22, 66:25, 67:16, 92:23, 104:3, 158:8, 158:14, 158:20, 165:19, 182:7

**passed** [14] - 48:14, 58:18, 62:20, 64:19, 67:4, 67:17, 72:11, 72:12, 72:14, 93:23, 94:4, 139:13, 158:10, 182:8

**passenger** [5] - 45:6, 72:19, 104:4, 152:18, 155:5

**passenger's** [19] - 48:8, 49:6, 65:11, 71:6, 71:22, 95:5, 95:8, 95:9, 95:13, 95:15, 95:19, 150:3, 152:15, 153:13, 154:25, 155:22, 167:4, 167:5, 169:3

**passes** [1] - 70:3

**passing** [3] - 64:25, 94:6, 165:22

**past** [2] - 69:15, 108:24

**Patrol** [1] - 185:8

**patrol** [1] - 18:9, 18:11, 37:14, 37:19, 37:20, 37:24, 38:2, 38:12, 76:23, 83:20, 177:15
**pay** [1] - 155:13
**peddlers** [2] - 18:16, 18:18
**pedestrian** [3] - 36:24, 37:4, 139:11
**pedestrians** [1] - 69:15
**penal** [1] - 86:24
**pending** [1] - 7:2
**people** [7] - 22:6, 88:13, 90:13, 141:7, 141:18, 172:17, 173:6
**percent** [4] - 28:18, 55:14, 59:3, 176:12
**period** [1] - 72:10
**person** [12] - 40:25, 45:18, 45:20, 45:23, 109:4, 112:18, 113:10, 113:23, 137:5, 146:15, 165:2, 177:2
**personally** [1] - 15:23
**perspective** [1] - 57:6
**phone** [5] - 24:14, 29:25, 119:16, 125:12, 125:13
**phones** [1] - 125:10
**photograph** [1] - 143:13
**Photographs** [3] - 185:15, 185:16, 185:17
**photographs** [10] - 142:14, 142:17, 144:9, 144:12, 145:2, 148:10, 148:12, 148:16, 148:20, 161:25
**physics** [1] - 93:20
**pick** [2] - 30:4, 120:25
**picking** [1] - 120:21
**picture** [11] - 149:9, 149:13, 149:18, 149:20, 152:4, 152:6, 154:20, 157:8, 162:4, 176:10
**pictured** [1] - 161:24
**pictures** [7] - 142:23, 143:3, 146:3, 152:17, 152:24, 153:4, 164:2
**piece** [1] - 98:2
**Pine** [3] - 1:22, 2:5, 4:12
**pinned** [1] - 163:9
**place** [6] - 28:13, 112:24, 136:16, 136:23, 141:9, 184:11
**placed** [2] - 19:12, 176:18
**placing** [1] - 163:18
**plainclothes** [1] - 43:14
**Plaintiff** [5] - 1:19, 2:4, 4:9, 4:17, 22:17
**PLAINTIFF** [1] - 1:4
**plaintiff** [2] - 4:23, 5:17

**Plaintiff's** [15] - 37:15, 102:25, 103:5, 106:19, 114:17, 134:10, 134:16, 134:20, 142:12, 142:17, 144:8, 144:12, 148:8, 148:12, 158:7
**PLAINTIFF'S** [1] - 185:4
**plan** [3] - 66:6, 66:10, 68:22
**planning** [1] - 67:19
**plate** [1] - 115:21
**play** [5] - 40:23, 161:2, 161:7, 161:16, 173:22
**please** [8] - 4:19, 5:7, 32:4, 37:12, 39:14, 102:22, 106:16, 114:14
**PO** [1] - 104:4
**point** [34] - 29:17, 57:16, 62:13, 62:22, 65:13, 66:7, 67:11, 70:2, 71:20, 72:7, 72:13, 77:20, 83:8, 84:11, 93:3, 94:2, 94:7, 97:11, 97:23, 119:11, 141:23, 155:20, 155:21, 156:8, 162:22, 169:13, 169:21, 170:4, 172:10, 173:15, 175:14, 176:15, 182:7
**Police** [1] - 135:23
**police** [15] - 15:17, 15:20, 17:8, 34:9, 67:25, 94:17, 96:19, 97:13, 111:11, 111:16, 147:13, 182:4, 182:12, 182:17, 182:19
**POLICE** [5] - 1:8, 1:8, 1:18, 2:11, 2:11
**policies** [1] - 111:10
**policy** [8] - 35:25, 41:20, 42:21, 94:15, 111:14, 158:5, 158:10, 182:18
**portion** [3] - 15:10, 108:24, 178:15
**posing** [1] - 164:13
**position** [8] - 18:11, 19:7, 27:14, 28:12, 68:17, 75:6, 75:11, 163:20
**positioned** [4] - 154:24, 156:17, 156:24, 157:3
**positioning** [1] - 156:3
**possible** [4] - 38:22, 92:9, 113:24, 114:5, 114:7, 121:25, 123:6, 153:6, 153:7, 153:18, 158:2, 158:3, 176:24, 179:2
**possibly** [47] - 11:22, 18:5, 18:21, 21:18, 21:22, 28:4, 47:24, 50:15, 53:10, 53:15,

55:12, 59:12, 59:14, 64:21, 65:10, 65:20, 70:7, 79:11, 79:18, 80:12, 83:7, 92:7, 93:5, 94:10, 100:5, 101:6, 101:13, 101:16, 101:24, 104:12, 104:13, 122:24, 127:20, 128:19, 129:3, 143:10, 151:23, 154:7, 154:17, 157:6, 157:15, 157:24, 168:17, 171:24, 174:20, 176:19, 180:5
**Precinct** [5] - 9:19, 17:9, 17:17, 103:25, 171:11
**precinct** [39] - 24:17, 25:7, 25:17, 25:19, 26:25, 28:10, 28:14, 28:19, 28:21, 76:25, 83:24, 85:19, 87:18, 88:14, 89:19, 90:25, 98:11, 98:14, 104:14, 110:19, 110:21, 113:12, 113:21, 116:20, 116:25, 117:4, 117:17, 119:5, 119:14, 121:10, 123:4, 129:7, 136:23, 138:25, 146:10, 148:5, 159:19, 160:3, 172:4
**precise** [1] - 180:10
**prepare** [3] - 10:10, 10:16, 108:22
**prepared** [2] - 107:15, 108:23
**preparing** [2] - 134:23, 161:14
**prescribed** [1] - 10:7
**present** [1] - 103:24
**PRESENT** [1] - 2:16
**PRESENTLY** [1] - 1:11
**pretty** [9] - 22:17, 35:6, 92:14, 92:15, 100:13, 130:11, 140:23, 163:2, 170:11
**prevent** [1] - 136:7
**prevented** [1] - 136:6
**previously** [1] - 7:13
**primary** [3] - 42:10, 42:13, 158:14
**probably** [7] - 13:12, 74:9, 76:20, 85:11, 87:10, 101:9, 162:14
**Procedure** [1] - 1:20
**procedure** [3] - 182:4, 182:12, 182:17
**proceeding** [2] - 30:16, 126:19
**proceedings** [1] - 15:6
**proper** [3] - 182:3, 182:12, 182:17
**property** [2] - 39:10,

42:23
**prosecution** [5] - 31:3, 31:7, 32:12, 132:14, 132:18
**provisions** [1] - 42:19
**PUBLIC** [1] - 184:22
**public** [3] - 41:23, 42:5, 139:18
**Public** [3] - 1:24, 5:11, 186:7
**pull** [6] - 60:2, 62:14, 62:16, 68:9, 68:11, 76:7
**pulled** [2] - 66:17, 157:18
**pulling** [2] - 68:4, 93:2
**purpose** [1] - 25:13
**pursuant** [1] - 1:19
**pursue** [8] - 39:5, 40:16, 40:17, 42:4, 89:13, 89:24, 90:23, 163:6
**pursued** [3] - 57:23, 91:23, 92:5
**pursuing** [18] - 36:9, 40:24, 58:25, 59:22, 59:25, 62:13, 64:5, 64:9, 69:12, 94:12, 141:14, 157:11, 157:14, 158:8, 158:17, 164:3, 165:15, 180:22
**pursuit** [2] - 36:6, 36:7, 36:10, 36:13, 36:14, 37:7, 37:9, 39:16, 39:21, 41:21, 42:10, 60:8, 60:11, 62:7, 68:25, 69:17, 69:19, 121:24, 158:16, 181:20, 182:20, 182:24
**pursuits** [2] - 35:25, 37:22
**put** [27] - 51:4, 51:9, 51:14, 51:16, 51:21, 52:15, 53:7, 55:5, 75:2, 75:3, 76:16, 83:20, 97:10, 105:8, 105:21, 105:24, 109:9, 110:16, 112:13, 112:17, 112:20, 112:23, 113:10, 113:22, 137:2, 150:10

### Q

**quantity** [1] - 110:3
**quarter** [2] - 63:19, 104:2
**Queens** [5] - 88:5, 109:23, 113:16, 136:2, 139:5
**question** [20] - 5:25, 6:14, 6:19, 7:2, 7:4, 32:4, 32:6, 32:8, 57:13, 62:21, 67:17, 68:3, 96:24, 98:10, 106:11,

116:23, 124:8, 152:22, 172:24, 178:17
**questions** [1] - 5:20, 6:11, 7:8, 33:7, 38:14, 38:24, 43:6, 63:7, 82:23, 157:9, 161:17, 174:12
**quiz** [1] - 40:6

## R

**R** [4] - 2:2, 3:2, 184:2, 186:2
**radio** [5] - 60:7, 60:10, 79:3, 79:9, 79:13
**raised** [4] - 51:23, 53:3, 53:18, 54:4
**ran** [1] - 85:12
**rape** [1] - 40:11
**Read** [1] - 32:3
**read** [26] - 32:6, 38:18, 39:14, 41:18, 42:7, 42:12, 42:21, 103:21, 104:21, 108:5, 109:17, 109:21, 110:5, 113:13, 115:18, 115:25, 123:16, 123:18, 133:7, 135:18, 135:21, 136:4, 138:25, 139:9, 178:15, 179:25
**ready** [10] - 38:8, 38:10, 103:7, 106:25, 114:21, 134:21, 142:21, 142:22, 144:16, 148:17
**realized** [2] - 71:12, 179:3
**really** [7] - 64:21, 120:5, 155:13, 174:3, 176:16, 181:22, 182:6
**rear** [3] - 150:2, 153:24, 154:5
**reason** [9] - 9:5, 19:19, 27:10, 27:11, 28:4, 85:11, 118:14, 129:17, 130:12
**recall** [144] - 10:25, 11:8, 11:12, 11:20, 18:5, 19:8, 20:6, 20:8, 21:18, 36:11, 36:15, 43:2, 45:17, 45:21, 47:23, 48:4, 48:5, 48:10, 49:10, 49:14, 49:17, 49:21, 50:11, 51:8, 51:20, 52:7, 52:10, 52:13, 52:25, 54:2, 54:5, 54:11, 54:13, 54:15, 54:17, 54:19, 55:10, 56:12, 56:22, 58:12, 58:13, 58:16, 60:5, 60:9, 60:12, 60:16, 61:8, 62:6, 62:9, 63:15, 64:3, 64:7, 64:22, 64:23, 65:6,

67:9, 67:14, 71:11, 71:15, 72:6, 72:21, 72:25, 73:6, 73:24, 74:4, 74:12, 74:14, 74:21, 74:23, 75:2, 75:17, 75:20, 75:23, 75:25, 77:19, 77:23, 78:5, 78:8, 79:5, 79:11, 79:15, 79:25, 80:18, 81:25, 82:5, 82:24, 83:11, 83:15, 83:18, 84:7, 84:16, 84:18, 84:25, 85:9, 85:15, 91:10, 91:14, 93:11, 100:5, 101:13, 102:12, 115:16, 121:12, 125:17, 127:17, 128:4, 128:7, 128:20, 128:24, 129:3, 129:12, 129:20, 130:8, 130:21, 131:20, 132:4, 133:22, 133:25, 137:25, 138:17, 138:19, 141:12, 141:16, 141:24, 142:4, 142:7, 143:9, 145:25, 147:23, 148:2, 148:25, 149:7, 151:19, 156:9, 156:15, 156:18, 156:21, 157:17, 157:25, 159:6, 159:13, 159:17, 169:8, 169:15
**received** [1] - 22:20
**receiving** [1] - 22:23
**reception** [3] - 123:21, 124:2, 124:10
**reckless** [2] - 139:15, 140:20
**recognize** [1] - 175:25
**recollection** [16] - 7:9, 13:11, 18:6, 44:11, 47:24, 50:16, 53:9, 63:21, 65:19, 76:19, 93:4, 132:6, 138:10, 156:25, 172:13, 173:18
**record** [19] - 4:3, 31:20, 31:22, 31:23, 32:2, 102:14, 102:16, 102:17, 102:20, 160:10, 160:12, 160:13, 160:16, 160:18, 160:20, 160:21, 160:24, 183:15, 186:12
**recorder** [1] - 45:5
**records** [1] - 125:13
**recover** [1] - 110:3
**recovered** [6] - 110:7, 110:9, 110:13, 112:21, 113:16
**red** [2] - 35:7, 139:13
**redacted** [3] - 104:19, 105:17
**referred** [1] - 32:5

**referred-to** [1] - 32:5
**referring** [5] - 115:8, 124:11, 140:21, 151:6, 158:15
**reflection** [2] - 151:5, 151:14
**refresh** [1] - 173:18
**refuse** [2] - 138:5, 138:7
**refusing** [1] - 136:13
**regardless** [1] - 69:14
**registration** [1] - 115:21
**regular** [1] - 34:18
**related** [2] - 37:21, 186:14
**relates** [1] - 38:24
**relation** [2] - 80:7, 80:10
**remember** [21] - 10:23, 11:13, 20:16, 21:12, 22:19, 22:23, 43:6, 45:22, 49:18, 49:22, 55:22, 57:18, 75:21, 76:21, 80:4, 85:9, 121:25, 122:3, 144:22, 149:3, 151:16
**repeat** [1] - 124:8
**repeating** [2] - 116:16, 123:13
**rephrase** [5] - 27:19, 96:24, 98:10, 152:22, 172:24
**report** [6] - 107:3, 107:5, 107:7, 107:24, 108:3, 108:20
**reporter** [1] - 5:23
**Reporter** [11] - 5:6, 6:7, 32:7, 37:17, 103:3, 106:21, 114:19, 134:18, 142:19, 144:14, 148:14
**REPORTING** [1] - 2:18
**Reporting** [2] - 4:6, 5:7
**represent** [7] - 4:21, 5:16, 90:20, 105:12, 118:8, 143:2, 144:25
**represented** [1] - 101:17
**requested** [1] - 42:14
**requires** [1] - 41:20
**reserved** [1] - 3:22
**resisted** [1] - 137:17
**resisting** [10] - 73:15, 134:11, 134:14, 135:11, 136:5, 136:16, 137:8, 138:13, 169:22, 169:24
**Resisting** [1] - 185:13
**respective** [1] - 3:6
**respond** [3] - 120:15, 120:16, 128:3
**responding** [1] - 127:22
**response** [6] - 121:4, 130:3, 130:7, 130:16, 139:19, 141:5

**responses** [1] - 6:6
**rest** [4] - 104:18, 105:17, 135:22, 178:6
**result** [1] - 31:3
**retained** [1] - 185:19
**return** [1] - 84:11
**returned** [2] - 84:21, 85:3
**review** [8] - 7:19, 11:7, 11:9, 12:3, 12:5, 12:9, 12:20, 12:24
**reviewed** [1] - 103:13
**ride** [1] - 142:9
**riding** [3] - 41:6, 164:6, 164:14
**right** [69] - 41:17, 45:2, 48:25, 49:3, 49:4, 49:7, 49:13, 50:14, 50:19, 51:4, 51:23, 52:2, 56:8, 56:24, 57:9, 57:16, 58:5, 58:15, 60:20, 60:21, 71:23, 72:2, 74:7, 78:11, 82:17, 87:16, 91:17, 91:21, 102:11, 103:21, 107:16, 107:25, 113:5, 117:19, 121:16, 123:10, 141:2, 145:6, 147:17, 150:17, 151:3, 151:10, 151:14, 153:3, 153:21, 156:5, 156:8, 156:17, 156:24, 157:3, 158:11, 159:19, 165:20, 167:4, 167:8, 169:5, 169:6, 169:11, 170:6, 172:6, 173:25, 174:16, 174:25, 175:4, 177:8, 177:11, 178:11, 183:5
**risk** [1] - 41:22
**RMP** [2] - 97:13, 103:25
**road** [12] - 46:24, 48:3, 60:18, 60:19, 61:15, 61:18, 64:20, 65:23, 74:10, 77:6, 162:9, 163:11
**roadway** [5] - 46:12, 50:4, 61:9, 61:11, 62:8
**robbery** [1] - 40:11
**ROBERT** [1] - 2:17
**Robert** [1] - 4:5
**rode** [2] - 27:10, 27:12
**RODRIGUEZ** [2] - 1:3, 2:5
**Rodriguez** [129] - 4:16, 4:23, 5:17, 24:21, 27:21, 32:13, 36:9, 36:14, 44:13, 45:16, 45:20, 46:3, 46:18, 48:12, 50:18, 52:16, 52:23, 53:4, 53:6, 53:13, 53:17, 54:12,

# S

54:21, 55:15, 56:11, 58:19, 58:25, 59:17, 59:22, 60:2, 60:15, 60:17, 62:15, 63:14, 64:4, 64:9, 65:9, 65:12, 65:15, 65:22, 67:16, 69:11, 70:2, 70:9, 71:13, 71:17, 71:21, 72:18, 73:15, 73:23, 74:7, 74:10, 74:16, 74:20, 75:5, 76:2, 77:5, 80:8, 81:6, 81:19, 83:13, 83:19, 84:9, 84:21, 85:21, 86:5, 86:11, 89:13, 89:24, 90:23, 91:24, 92:22, 93:10, 93:14, 93:22, 93:23, 94:3, 99:10, 99:25, 105:10, 105:19, 107:8, 108:15, 111:24, 126:13, 126:20, 133:12, 133:14, 135:5, 137:20, 139:21, 141:11, 141:14, 141:19, 141:22, 142:8, 143:4, 143:17, 144:20, 145:3, 145:13, 145:22, 146:24, 148:23, 155:24, 156:4, 157:12, 158:11, 158:24, 159:2, 159:10, 159:22, 160:6, 162:6, 162:22, 163:6, 163:9, 164:4, 166:16, 166:22, 169:21, 170:5, 171:2, 171:9, 172:7, 172:20, 172:25, 180:23, 182:25

**Rodriguez's** [31] - 28:25, 31:7, 63:18, 63:25, 64:15, 65:2, 65:8, 66:3, 66:12, 66:17, 75:11, 78:10, 92:11, 94:23, 95:22, 98:7, 100:3, 111:17, 144:4, 145:6, 149:4, 152:19, 153:2, 153:8, 154:23, 157:19, 162:13, 163:14, 163:19, 166:10, 175:9

**room** [3] - 11:5, 12:18, 129:24

**rotated** [2] - 34:18, 34:19

**rotates** [1] - 36:19

**roughly** [1] - 14:15

**row** [2] - 61:23, 61:25

**ruled** [1] - 15:9

**rules** [2] - 5:22, 182:14

**Rules** [1] - 1:20

**run** [7] - 55:19, 77:12, 77:14, 115:20, 178:24, 178:25, 179:17

**running** [2] - 27:21, 27:25

# S

**S** [6] - 1:9, 2:2, 2:12, 3:2, 185:2

**safe** [4] - 163:6, 163:7, 166:18, 182:2

**safer** [1] - 181:24

**said** [82] - 24:22, 24:24, 25:18, 26:7, 26:17, 27:9, 29:25, 33:2, 33:11, 44:20, 46:18, 50:12, 54:6, 55:19, 62:19, 62:20, 67:15, 71:16, 71:21, 76:17, 78:10, 79:6, 80:17, 80:19, 85:11, 85:13, 85:14, 85:15, 85:16, 91:19, 98:13, 105:9, 111:4, 113:9, 113:17, 116:19, 116:23, 116:24, 117:3, 117:15, 117:16, 119:4, 119:15, 120:9, 120:17, 120:18, 121:8, 121:9, 121:10, 121:12, 123:24, 124:21, 124:22, 125:21, 129:8, 129:19, 130:12, 130:17, 131:17, 132:5, 132:7, 132:12, 137:2, 138:8, 138:19, 140:16, 146:15, 147:2, 150:10, 153:12, 159:18, 159:22, 166:11, 172:4, 179:10, 182:5

**same** [23] - 3:12, 3:15, 3:17, 9:22, 11:25, 37:25, 40:16, 100:13, 101:5, 129:5, 129:17, 136:21, 137:4, 138:22, 152:4, 163:15, 177:22, 177:25, 181:6, 181:12, 181:18, 181:19, 181:20

**sat** [1] - 77:9

**saw** [28] - 44:14, 44:20, 45:15, 45:20, 46:4, 48:11, 48:16, 49:19, 50:21, 55:12, 57:18, 75:7, 90:15, 96:6, 101:2, 127:25, 141:17, 145:14, 146:14, 148:23, 149:20, 159:18, 167:8, 167:10, 167:15, 179:16, 181:12, 183:4

**say** [72] - 13:24, 14:17, 15:4, 20:17, 24:20, 25:4, 26:13, 27:11, 30:19, 32:25, 43:19, 46:7, 47:21, 51:25, 52:8, 52:11, 54:25, 55:6, 55:8, 55:9, 59:4, 62:19, 65:16, 66:2, 67:2, 67:10, 70:5, 78:6,

79:16, 92:15, 94:5, 96:25, 97:15, 108:9, 110:2, 110:6, 116:18, 117:8, 117:16, 118:22, 119:3, 119:5, 120:16, 124:9, 129:9, 129:14, 130:7, 130:18, 131:16, 135:14, 138:18, 139:7, 148:4, 155:2, 157:6, 159:10, 159:14, 162:12, 162:15, 163:2, 166:23, 167:10, 168:3, 169:16, 169:21, 174:18, 174:23, 178:22, 178:23, 179:15, 180:13, 181:10

**saying** [26] - 5:24, 22:18, 30:6, 39:8, 39:20, 80:16, 94:7, 110:13, 121:10, 123:22, 124:7, 124:14, 124:17, 125:18, 125:19, 126:4, 126:8, 126:17, 127:2, 127:13, 136:15, 136:19, 137:7, 156:16, 181:17, 181:18

**says** [16] - 38:19, 39:14, 108:2, 108:5, 109:13, 109:17, 109:18, 113:14, 123:18, 133:7, 133:8, 135:20, 139:2, 140:19, 141:4, 158:7

**scene** [55] - 13:18, 20:22, 24:25, 26:18, 26:21, 28:7, 79:14, 82:3, 82:4, 82:7, 83:12, 83:16, 83:23, 84:3, 84:6, 86:4, 87:6, 98:23, 99:2, 99:6, 104:24, 110:14, 110:25, 111:6, 111:8, 111:18, 112:11, 112:22, 113:5, 113:25, 114:8, 117:2, 118:24, 119:15, 120:10, 120:14, 121:19, 122:2, 122:25, 123:5, 123:7, 129:6, 133:15, 140:24, 141:7, 141:8, 145:10, 145:13, 145:17, 146:4, 146:25, 147:19, 159:11, 179:9, 183:2

**scrape** [1] - 155:7

**scratch** [3] - 155:6, 155:15, 155:18

**scratches** [2] - 153:25, 154:13

**sealing** [1] - 3:7

**search** [37] - 24:23, 24:24, 26:10, 28:6, 28:9, 28:21, 83:22, 84:3, 98:25, 99:6, 100:16, 100:19, 110:20, 110:24, 111:5, 111:8,

111:17, 111:25, 112:24, 113:5, 113:11, 117:2, 119:2, 119:14, 119:15, 120:13, 121:14, 121:19, 122:2, 122:21, 123:3, 123:4, 127:6, 130:6, 175:19, 176:22, 176:24

**searched** [32] - 24:17, 25:16, 25:19, 25:23, 26:18, 26:20, 26:24, 28:13, 98:7, 98:12, 98:13, 98:17, 98:20, 98:23, 110:18, 112:9, 112:10, 113:21, 113:25, 114:8, 116:20, 116:24, 117:4, 117:17, 118:24, 119:4, 120:10, 121:11, 121:21, 122:24, 128:10, 129:6

**seat** [2] - 45:7, 65:12

**second** [9] - 11:17, 12:11, 21:11, 42:6, 103:20, 114:23, 115:12, 115:17, 173:22

**seconds** [15] - 161:9, 161:23, 162:3, 163:14, 166:8, 166:14, 166:22, 168:19, 170:7, 172:16, 175:3, 175:14, 176:15, 177:6, 177:13

**section** [8] - 37:18, 37:20, 38:2, 41:10, 42:12, 109:2, 154:8, 158:6

**sections** [1] - 37:24

**see** [91] - 52:23, 59:19, 64:4, 70:8, 70:9, 70:11, 70:15, 71:17, 76:2, 78:20, 81:14, 83:19, 83:21, 84:5, 84:8, 85:2, 88:12, 88:15, 88:16, 89:18, 94:20, 95:5, 97:9, 98:25, 99:5, 104:21, 105:17, 107:13, 107:24, 109:15, 109:18, 123:13, 125:13, 127:7, 132:9, 133:6, 133:14, 137:20, 137:23, 138:2, 141:6, 142:2, 142:8, 143:22, 145:5, 145:9, 145:12, 145:24, 146:14, 147:2, 147:5, 147:9, 147:13, 147:18, 150:2, 151:4, 151:7, 151:12, 152:5, 153:5, 155:4, 155:7, 155:9, 155:17, 159:25, 161:5, 161:18, 161:23, 162:3, 162:6, 162:8, 164:2, 164:8, 164:10, 167:2, 167:12,

167:13, 168:5, 168:13, 168:14, 169:17, 169:24, 172:15, 172:18, 173:6, 173:13, 173:16, 174:13, 175:4, 176:21, 176:23
**seeing** [2] - 64:23, 151:16
**seem** [2] - 131:4, 134:3
**seems** [1] - 128:12
**seen** [19] - 13:4, 13:9, 13:15, 13:18, 103:9, 107:3, 107:5, 135:3, 142:23, 145:15, 146:4, 148:19, 151:20, 154:20, 161:13, 167:23, 168:2, 170:25, 174:8
**send** [1] - 129:22
**sent** [7] - 25:9, 115:15, 127:5, 129:10, 129:17, 130:19, 131:9
**sentence** [1] - 41:18
**September** [1] - 178:19
**SERGEANT** [2] - 1:9, 2:12
**Sergeant** [17] - 33:14, 33:15, 33:22, 35:17, 82:16, 82:19, 83:5, 83:9, 88:16, 90:7, 147:24, 148:3, 159:25, 160:5, 174:18, 174:23, 177:17
**sergeant** [4] - 36:5, 37:6, 97:20, 97:22
**series** [1] - 5:19
**serious** [6] - 40:2, 40:13, 41:2, 41:7, 112:4, 168:14
**service** [3] - 3:16, 38:16, 41:23
**set** [2] - 186:11, 186:19
**seven** [4] - 17:14, 40:10, 101:15, 178:22
**she** [2] - 27:6, 120:25
**shield** [3] - 9:14, 135:21, 138:24
**SHIELD** [4] - 1:8, 1:9, 2:11, 2:12
**shining** [1] - 151:4
**shortly** [1] - 43:5
**should** [5] - 58:6, 86:16, 86:25, 87:4, 87:9
**shouldn't** [1] - 130:19
**show** [5] - 43:4, 129:12, 158:5, 160:25, 173:21
**showed** [2] - 30:23, 129:14
**showing** [1] - 22:4
**shown** [3] - 161:10, 161:20, 174:6
**shows** [1] - 13:18
**sic]** [2] - 76:16, 149:2

**side** [49] - 47:5, 47:8, 48:2, 48:3, 48:8, 49:7, 56:20, 57:25, 58:2, 58:6, 60:18, 60:20, 60:21, 60:22, 60:23, 60:24, 61:3, 61:20, 65:21, 71:6, 71:23, 72:19, 75:18, 95:5, 95:8, 95:9, 95:13, 95:15, 95:19, 104:4, 107:22, 107:25, 108:2, 140:6, 150:3, 150:22, 152:15, 152:18, 152:24, 153:13, 154:25, 155:23, 163:17, 167:4, 167:5, 169:3
**sides** [1] - 47:6
**sidewalk** [4] - 74:11, 77:5, 77:7, 142:9
**sight** [1] - 59:21
**sign** [3] - 35:9, 126:5, 126:6
**signal** [5] - 50:24, 66:15, 66:24, 93:24, 181:3
**signed** [3] - 3:10, 3:12, 3:15
**similar** [1] - 135:18
**since** [2] - 17:3, 17:22
**sirens** [1] - 58:11
**sit** [2] - 77:11, 88:19
**sitting** [10] - 45:6, 75:6, 75:13, 75:22, 77:8, 80:9, 153:13, 153:15, 155:22, 173:12
**situation** [10] - 68:20, 68:22, 69:16, 69:22, 92:3, 92:8, 111:3, 165:9, 181:15, 181:18
**six** [3] - 17:14, 101:15, 178:20
**skip** [5] - 41:10, 114:23, 123:12, 153:23, 154:18
**sleep** [1] - 8:15
**smudge** [3] - 151:11, 151:13, 151:25
**so** [109] - 6:7, 7:9, 20:23, 22:5, 23:14, 24:2, 24:15, 24:25, 26:4, 26:5, 26:7, 27:14, 28:12, 28:17, 38:5, 47:14, 48:18, 49:11, 49:25, 51:25, 54:20, 55:12, 57:8, 58:10, 60:21, 63:3, 63:7, 65:11, 66:2, 66:23, 67:18, 67:19, 67:23, 69:5, 69:23, 71:20, 77:12, 77:13, 78:17, 78:22, 90:12, 93:24, 95:16, 97:6, 98:3,

99:16, 100:11, 101:3, 101:9, 101:22, 104:14, 106:14, 107:19, 109:3, 110:15, 111:4, 113:18, 117:10, 117:15, 120:25, 122:15, 122:23, 123:24, 124:14, 124:20, 125:23, 126:17, 131:9, 131:24, 132:8, 132:10, 137:4, 140:8, 140:10, 143:21, 144:22, 147:3, 150:16, 151:5, 153:4, 155:11, 158:16, 159:8, 162:2, 167:14, 167:15, 167:20, 169:5, 170:7, 170:25, 173:6, 173:12, 173:25, 176:11, 178:18, 178:19, 178:23, 178:25, 179:3, 179:4, 179:15, 179:17, 179:18, 181:8, 181:16, 182:3, 182:7, 182:15
**So** [1] - 116:21
**socialized** [1] - 35:11
**some** [14] - 5:21, 29:17, 65:13, 71:20, 72:13, 84:11, 94:7, 96:20, 97:3, 145:23, 151:11, 161:17, 161:24, 169:21
**somehow** [2] - 97:3, 140:6
**someone** [10] - 30:14, 81:16, 94:13, 97:15, 101:21, 131:7, 138:11, 146:12, 168:13, 177:4
**something** [41] - 15:24, 20:15, 20:17, 24:22, 36:18, 45:24, 48:8, 48:15, 48:25, 51:7, 53:25, 55:9, 58:8, 60:19, 61:7, 61:24, 62:4, 63:20, 67:20, 72:5, 72:20, 73:19, 74:8, 74:11, 75:13, 76:8, 77:2, 77:6, 77:22, 78:7, 82:12, 87:19, 104:13, 129:21, 138:18, 151:12, 159:12, 165:2, 177:17, 183:3, 183:9
**sometime** [2] - 97:11, 127:6
**somewhat** [1] - 94:8
**somewhere** [4] - 72:18, 96:21, 97:5, 98:2
**soon** [3] - 79:12, 100:3, 101:11
**sorry** [13] - 11:12, 20:8, 115:11, 121:3, 123:18, 123:20, 123:25, 124:9, 124:14, 124:17, 124:21,

125:18, 125:21
**sound** [4] - 56:8, 115:14, 147:16, 171:18
**sounds** [5] - 56:6, 179:8, 179:19, 179:22, 179:25
**south** [3] - 46:17, 56:15, 60:22
**southbound** [3] - 46:16, 47:13, 57:11
**speak** [14] - 55:11, 85:5, 99:8, 99:14, 100:4, 102:4, 113:18, 127:15, 128:17, 128:21, 128:25, 132:13, 147:20, 153:20
**speaking** [4] - 87:23, 87:24, 124:4, 132:18
**specific** [6] - 36:12, 107:6, 107:7, 118:10, 135:4, 172:12
**specifically** [1] - 43:20
**specified** [1] - 184:11
**speculate** [1] - 7:10
**speech** [1] - 134:7
**speed** [1] - 72:8
**spoke** [3] - 23:3, 128:15, 128:16
**spoken** [5] - 24:5, 25:10, 31:14, 53:20, 100:8
**SS** [1] - 186:4
**stand** [4] - 9:10, 16:12, 116:4, 118:3
**standing** [12] - 48:7, 51:12, 51:18, 75:5, 76:10, 77:8, 77:9, 79:21, 79:22, 141:18, 159:3, 172:6
**STARRANTINO** [2] - 1:9, 2:12
**Starrantino** [15] - 33:14, 33:15, 33:22, 35:17, 82:17, 82:20, 83:5, 83:10, 88:17, 90:8, 147:25, 148:4, 174:19, 174:24, 177:17
**started** [8] - 5:20, 63:17, 63:24, 96:4, 96:5, 150:12, 150:14, 173:6
**starting** [2] - 172:16, 172:18
**State** [6] - 1:24, 5:11, 109:23, 136:2, 139:5, 186:8
**state** [4] - 109:18, 113:14, 135:24, 139:2
**STATE** [1] - 186:4
**statement** [1] - 116:22
**statements** [1] - 22:11
**States** [1] - 4:14
**STATES** [1] - 1:2
**stay** [1] - 72:9

steady [1] - 139:13
step [3] - 44:19, 51:6, 52:14
stepped [7] - 44:15, 50:23, 51:3, 51:5, 51:15, 58:5, 120:24
steps [2] - 51:11, 74:9
still [15] - 56:11, 62:10, 71:14, 72:18, 83:13, 83:17, 88:22, 116:9, 146:16, 146:18, 161:18, 162:11, 163:13, 174:13, 176:19
STIPULATED [2] - 3:5, 3:20
stomach [1] - 75:19
stop [59] - 35:9, 38:20, 38:22, 39:11, 39:19, 44:3, 44:16, 44:18, 50:24, 51:4, 51:23, 52:16, 52:17, 52:23, 53:7, 54:24, 54:25, 58:14, 58:24, 66:15, 66:23, 66:24, 67:5, 68:5, 68:7, 68:10, 68:12, 68:15, 68:16, 68:18, 69:9, 69:19, 70:15, 86:3, 93:24, 93:25, 94:21, 104:23, 109:4, 110:17, 121:24, 126:5, 126:6, 140:24, 156:14, 156:20, 161:17, 162:2, 164:17, 164:22, 165:17, 165:24, 181:3, 181:23, 182:9, 182:10
stopped [27] - 45:9, 45:10, 57:19, 58:21, 62:12, 66:14, 67:18, 70:12, 70:17, 70:19, 71:14, 72:17, 73:4, 73:7, 73:13, 75:8, 75:9, 85:22, 105:9, 108:15, 112:18, 113:11, 113:23, 166:7, 167:20, 168:18, 181:2
stopping [2] - 166:7, 166:21
stores [1] - 62:3
straight [6] - 52:5, 57:20, 61:6, 72:4, 167:17, 168:24
strange [2] - 131:4, 131:11
street [12] - 35:8, 40:18, 41:5, 44:15, 44:21, 44:23, 46:7, 47:5, 52:21, 87:14, 139:12, 140:11
Street [10] - 1:22, 2:5, 2:13, 4:13, 44:24, 46:6,

56:20, 126:15, 139:4, 139:22
strike [10] - 36:25, 47:10, 51:10, 56:4, 71:17, 73:2, 90:19, 105:3, 144:6, 150:22
struck [14] - 36:23, 37:3, 78:11, 133:9, 143:4, 143:10, 143:19, 144:4, 147:10, 152:19, 152:25, 153:5, 153:8, 153:18
struggling [2] - 136:12, 138:2
stuff [1] - 172:11
subject [4] - 20:11, 20:12, 21:24, 102:8
Subscribed [1] - 184:18
subsection [1] - 86:24
substance [2] - 130:9, 130:15
such [4] - 42:15, 135:21, 186:12
sudden [2] - 119:6, 131:7
sued [4] - 15:16, 15:20, 15:22, 16:2
sum [2] - 130:9, 130:15
summarization [6] - 26:2, 27:25, 28:2, 100:17, 121:21, 130:13
summary [5] - 26:5, 179:11, 179:14, 179:23, 179:24
summoned [2] - 91:9, 91:12
summons [30] - 9:21, 18:23, 19:7, 34:17, 34:25, 35:10, 39:12, 43:8, 43:19, 44:4, 45:13, 45:19, 48:7, 52:18, 52:20, 54:8, 55:25, 56:8, 68:8, 82:14, 86:3, 89:16, 90:21, 91:3, 91:6, 91:7, 91:15, 177:15, 181:4
summonses [13] - 35:3, 43:22, 43:24, 68:2, 77:3, 82:9, 82:15, 84:19, 86:6, 86:7, 105:11, 105:18, 177:20
summonsing [2] - 89:12, 89:23
sunny [1] - 49:24
supervisor [9] - 37:7, 76:24, 79:4, 79:13, 79:20, 80:4, 82:2, 82:7, 82:16
supporting [6] - 106:18, 106:23, 112:7, 112:21, 136:20, 185:10
supposed [4] - 99:15,

99:16, 111:13, 118:4
sure [19] - 26:11, 28:18, 30:5, 42:22, 55:14, 59:3, 63:5, 93:17, 98:18, 110:22, 116:13, 119:23, 122:5, 122:8, 122:9, 125:25, 146:21, 176:12, 182:9
suspect [1] - 41:24
suspension [1] - 19:13
swear [1] - 5:8
sworn [5] - 3:10, 5:10, 184:5, 184:18, 186:11

# T

T [6] - 3:2, 184:2, 185:2, 186:2
tactic [1] - 94:12
take [23] - 6:8, 6:22, 7:4, 20:21, 35:7, 37:23, 38:12, 83:3, 103:4, 106:24, 107:21, 114:20, 134:19, 142:20, 143:18, 143:21, 148:4, 148:15, 168:13, 170:3, 174:5, 177:22, 178:10
taken [10] - 1:18, 4:9, 8:12, 9:2, 20:23, 83:19, 145:2, 152:17, 171:10, 171:14
takes [1] - 122:20
taking [4] - 5:23, 20:25, 152:24, 171:25
talk [17] - 23:9, 23:15, 29:11, 29:13, 33:15, 41:11, 78:4, 78:24, 81:8, 82:21, 82:25, 100:21, 128:2, 128:5, 147:25, 160:5, 161:3
talked [3] - 32:20, 33:21, 89:7
talking [8] - 21:21, 37:2, 100:20, 127:9, 150:4, 155:25, 156:2, 178:21
tape [4] - 26:6, 26:13, 27:9, 117:3
tax [1] - 9:16
tea [2] - 23:6, 23:7
tell [65] - 6:17, 9:3, 9:6, 14:14, 24:2, 24:10, 25:23, 26:8, 30:18, 33:9, 34:16, 37:24, 43:3, 43:6, 69:9, 70:4, 76:21, 82:6, 82:11, 82:14, 82:19, 90:14, 90:17, 92:15, 97:19, 100:11, 100:25, 101:4, 110:16, 118:23, 120:25, 121:8, 123:14, 131:19,

132:6, 143:12, 154:10, 154:13, 156:14, 162:20, 162:24, 163:12, 164:11, 165:12, 166:12, 166:14, 168:24, 168:25, 171:17, 173:12, 174:15, 174:17, 175:2, 175:11, 175:13, 176:2, 176:3, 176:5, 176:16, 176:20, 177:3, 177:5, 177:12, 181:9, 182:15
telling [6] - 83:9, 91:17, 101:5, 108:18, 108:19, 121:16
tells [1] - 177:17
ten [1] - 59:5
terminate [1] - 36:6
terminated [1] - 41:21
terms [4] - 40:23, 150:4, 180:22, 182:24
test [6] - 107:24, 108:3, 108:20, 109:2, 109:6, 109:10
testified [5] - 5:12, 117:18, 117:21, 158:25, 167:6
testify [1] - 31:6, 99:15, 99:17, 100:23, 116:13, 184:5
testifying [6] - 29:9, 117:7, 118:3, 118:5, 118:6, 118:9
testimony [27] - 13:21, 14:16, 14:17, 14:18, 14:22, 15:2, 15:5, 15:9, 15:10, 29:23, 30:9, 30:15, 117:11, 118:18, 119:22, 126:6, 126:10, 126:12, 126:15, 127:10, 127:18, 179:5, 180:8, 180:14, 184:6, 184:10, 186:13
Text [1] - 185:12
text [28] - 12:6, 24:12, 25:9, 29:22, 30:21, 31:4, 34:2, 99:13, 100:14, 114:16, 114:25, 115:4, 115:15, 115:18, 116:18, 124:15, 124:18, 126:4, 127:5, 127:18, 128:3, 129:10, 129:13, 130:19, 130:25, 131:8, 132:12, 132:9
texted [7] - 24:15, 25:2, 28:23, 118:25, 120:25, 127:16, 128:6
texting [10] - 25:14, 30:8, 30:14, 31:13, 113:3, 115:22, 117:10, 117:12, 125:7, 126:22

**texts** [4] - 118:18, 127:22, 131:14, 131:25

**than** [14] - 14:6, 14:8, 14:18, 14:20, 59:4, 59:7, 59:9, 59:11, 59:13, 70:5, 70:6, 70:7, 79:16, 162:16

**that** [522] - 3:7, 3:9, 3:13, 3:20, 5:24, 5:25, 6:5, 6:7, 6:17, 6:19, 6:23, 7:3, 7:13, 7:22, 7:24, 8:3, 9:2, 9:5, 9:23, 10:24, 12:12, 13:10, 13:14, 13:17, 13:19, 13:24, 14:17, 15:4, 15:19, 15:24, 16:22, 17:16, 18:13, 18:19, 20:5, 20:18, 20:20, 21:8, 21:13, 21:21, 22:2, 22:7, 22:18, 23:2, 23:12, 23:15, 23:17, 23:20, 24:11, 24:16, 24:18, 24:20, 25:2, 25:4, 25:9, 25:16, 25:18, 25:22, 25:23, 26:3, 26:6, 26:9, 26:13, 26:17, 26:23, 26:24, 27:9, 27:14, 27:20, 28:12, 28:24, 29:6, 29:8, 29:12, 29:15, 30:5, 30:7, 30:8, 30:23, 32:10, 32:20, 33:12, 36:11, 36:15, 36:20, 36:23, 36:25, 37:3, 37:8, 37:25, 38:2, 38:14, 39:5, 39:8, 39:14, 39:20, 39:23, 41:3, 41:4, 41:18, 41:19, 41:21, 42:3, 42:14, 42:22, 43:7, 43:11, 43:20, 44:9, 44:13, 44:20, 45:5, 45:18, 45:19, 45:22, 46:8, 46:18, 47:10, 47:21, 48:6, 49:23, 50:4, 50:12, 51:10, 51:25, 54:6, 55:2, 55:5, 55:16, 56:4, 56:15, 56:19, 57:4, 57:15, 60:8, 60:11, 61:9, 61:14, 61:17, 62:14, 62:19, 62:23, 63:5, 63:7, 63:23, 64:8, 64:9, 64:22, 65:17, 65:24, 66:2, 67:8, 67:13, 67:15, 68:14, 68:25, 69:6, 69:11, 69:21, 70:14, 70:18, 70:22, 70:25, 71:4, 71:12, 71:15, 71:16, 71:21, 72:15, 73:2, 74:4,

74:22, 76:12, 78:6, 78:9, 78:10, 78:17, 78:21, 78:25, 79:8, 80:5, 80:8, 80:18, 81:9, 81:12, 81:16, 82:11, 83:3, 84:9, 84:20, 85:10, 85:13, 85:16, 85:18, 85:20, 86:10, 86:16, 87:5, 87:8, 87:12, 88:13, 88:20, 88:24, 89:3, 89:8, 89:11, 89:18, 89:19, 89:22, 90:2, 90:3, 90:5, 90:10, 90:19, 90:21, 90:22, 90:25, 91:12, 91:15, 91:19, 92:3, 92:8, 92:9, 92:23, 93:3, 93:8, 93:12, 94:2, 94:25, 95:10, 95:11, 95:17, 96:6, 96:9, 96:12, 96:14, 96:16, 96:20, 97:3, 97:6, 97:13, 97:23, 98:10, 99:18, 100:7, 100:15, 100:17, 100:18, 100:21, 100:22, 101:2, 101:5, 101:8, 101:18, 102:10, 103:6, 103:13, 103:22, 104:18, 104:21, 105:7, 105:18, 106:24, 107:24, 108:12, 108:13, 108:19, 108:24, 109:2, 109:9, 109:15, 109:18, 110:2, 110:6, 110:7, 110:10, 110:13, 110:16, 112:6, 112:10, 112:11, 112:13, 112:15, 112:21, 112:25, 113:5, 113:14, 113:19, 113:24, 114:2, 114:3, 114:7, 114:20, 115:7, 115:18, 116:13, 116:19, 116:21, 116:22, 116:24, 117:2, 117:5, 117:7, 117:13, 117:16, 118:2, 118:8, 118:15, 118:23, 119:4, 119:5, 119:10, 119:11, 119:13, 120:9, 120:11, 120:13, 120:16, 120:20, 121:8, 121:10, 121:11, 121:12, 121:18, 121:24, 121:25, 122:5, 122:8, 122:9, 122:13, 122:16, 124:8, 124:15, 124:22, 125:19, 126:9, 126:11, 126:12, 126:19, 126:20, 127:2, 127:6, 127:7, 127:16, 127:23, 128:6, 128:18, 128:22, 129:12, 129:18, 130:4, 130:5, 130:14, 130:20, 130:24, 131:8, 131:10,

132:6, 132:14, 132:19, 132:25, 133:22, 135:14, 135:15, 135:19, 135:24, 136:16, 136:19, 136:22, 137:8, 138:23, 139:2, 140:8, 141:17, 142:9, 142:21, 143:3, 143:7, 143:10, 143:17, 143:18, 144:5, 144:6, 144:25, 145:3, 145:9, 145:14, 145:15, 146:14, 146:25, 147:17, 147:25, 148:2, 148:23, 149:5, 149:10, 149:13, 149:18, 149:20, 150:2, 150:8, 150:13, 150:22, 150:25, 151:5, 151:12, 151:17, 151:19, 151:20, 151:23, 152:11, 152:22, 153:8, 153:18, 154:2, 154:6, 154:15, 154:19, 155:7, 155:9, 155:10, 155:20, 155:21, 156:3, 157:16, 158:8, 158:17, 159:11, 159:12, 159:16, 159:18, 159:21, 159:22, 160:2, 161:13, 161:24, 161:25, 162:9, 162:12, 162:15, 162:19, 162:22, 163:19, 163:20, 163:23, 163:25, 164:18, 165:2, 165:6, 165:19, 166:11, 166:23, 167:3, 167:7, 167:10, 167:12, 167:13, 168:3, 168:12, 169:13, 169:16, 169:20, 169:25, 170:10, 170:19, 171:9, 171:11, 171:13, 172:18, 172:21, 172:24, 173:19, 174:2, 174:8, 174:18, 174:19, 175:5, 175:25, 176:5, 176:14, 176:21, 176:23, 177:14, 177:15, 177:16, 177:19, 177:22, 177:23, 178:2, 178:14, 179:8, 179:21, 180:17, 180:19, 181:11, 182:3, 182:11, 182:16, 182:23, 184:4, 184:8, 186:12, 186:13, 186:14, 186:16

**That** [2] - 57:10, 186:10

**That's** [1] - 30:4

**that's** [45] - 11:13, 20:16, 26:7, 27:4, 38:4, 38:13, 41:6, 55:12, 57:5, 92:18, 93:12, 94:5, 94:11, 103:16, 112:9, 112:22, 114:24, 117:16, 123:16, 124:20, 126:10, 131:10, 132:10, 137:13, 140:18, 140:25, 143:12,

150:10, 153:4, 154:23, 158:15, 158:16, 158:18, 159:8, 163:10, 169:7, 171:17, 175:11, 175:23, 176:7, 177:3, 177:6, 177:9, 177:13

**The** [1] - 102:15

**THE** [12] - 1:11, 4:2, 5:5, 31:21, 31:25, 102:15, 102:19, 160:11, 160:15, 160:19, 160:23, 183:12

**the** [1073] - 1:17, 1:19, 1:20, 1:21, 1:24, 2:4, 2:10, 3:6, 3:7, 3:8, 3:9, 3:10, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:22, 4:3, 4:8, 4:10, 4:13, 4:15, 4:16, 4:21, 4:22, 4:23, 5:3, 5:5, 5:8, 5:11, 5:16, 5:21, 5:22, 6:3, 6:7, 7:4, 7:8, 7:14, 7:19, 8:6, 8:10, 8:13, 9:3, 9:6, 9:10, 9:22, 10:11, 10:16, 10:23, 11:4, 11:10, 11:14, 11:17, 11:19, 11:20, 11:25, 12:6, 12:8, 12:10, 12:11, 12:12, 12:18, 12:24, 13:4, 13:8, 13:11, 13:12, 13:14, 13:17, 13:18, 14:14, 14:16, 15:19, 16:21, 17:8, 17:10, 17:13, 17:21, 17:25, 18:6, 18:11, 19:7, 19:8, 20:4, 20:12, 20:13, 20:15, 20:18, 20:22, 20:25, 21:8, 21:11, 21:15, 21:18, 21:20, 22:4, 22:5, 22:7, 22:18, 23:2, 23:5, 24:9, 24:10, 24:12, 24:13, 24:14, 24:15, 24:16, 24:17, 24:18, 24:20, 24:21, 24:23, 24:25, 25:3, 25:5, 25:7, 25:8, 25:9, 25:15, 25:16, 25:18, 25:19, 25:24, 26:9, 26:10, 26:17, 26:18, 26:21, 26:25, 27:4, 27:8, 27:9, 27:10, 27:11, 27:12, 27:25, 28:2, 28:4, 28:6, 28:7, 28:9, 28:10, 28:12, 28:13, 28:14, 28:18, 28:21, 29:5, 29:9, 29:11, 29:18, 29:25, 30:2, 30:3, 30:5, 30:15, 30:24, 31:3, 31:13, 31:19, 31:22, 31:23, 31:25, 32:5, 32:6, 32:8,

| | | | |
|---|---|---|---|
| 32:12, 32:23, 33:4, | 74:15, 74:22, 75:3, | 111:10, 111:18, 111:22, | 137:14, 137:16, 137:17, |
| 34:16, 35:7, 35:24, | 75:8, 75:9, 75:10, | 112:9, 112:10, 112:11, | 138:20, 138:22, 139:9, |
| 36:5, 36:6, 36:17, | 75:12, 75:16, 76:23, | 112:12, 112:13, 112:14, | 139:10, 139:16, 139:17, |
| 36:18, 37:6, 37:13, | 76:25, 77:5, 77:6, 77:7, | 112:15, 112:17, 112:18, | 139:19, 139:22, 140:3, |
| 37:17, 37:19, 37:20, | 77:25, 78:9, 78:24, | 112:22, 112:23, 112:24, | 140:6, 140:7, 140:11, |
| 37:25, 38:2, 38:3, 38:6, | 79:3, 79:8, 79:9, 79:13, | 113:4, 113:5, 113:9, | 140:18, 140:23, 140:25, |
| 38:12, 38:22, 39:11, | 79:14, 80:4, 81:13, | 113:10, 113:11, 113:21, | 141:7, 141:9, 141:11, |
| 39:12, 39:15, 39:17, | 82:13, 82:16, 83:12, | 113:22, 113:23, 113:25, | 141:17, 142:16, 142:19, |
| 39:20, 39:22, 39:25, | 83:13, 83:16, 83:17, | 114:8, 114:11, 114:15, | 143:3, 143:7, 143:10, |
| 40:10, 40:12, 40:16, | 83:22, 83:23, 83:24, | 114:19, 114:23, 115:7, | 143:14, 143:16, 143:18, |
| 40:17, 40:18, 40:21, | 84:3, 84:6, 84:12, | 115:8, 115:12, 115:17, | 144:4, 144:11, 144:14, |
| 40:22, 40:25, 41:4, | 84:20, 84:21, 84:22, | 115:18, 115:21, 116:4, | 144:18, 145:2, 145:6, |
| 41:17, 41:18, 41:22, | 85:3, 85:10, 85:11, | 116:17, 116:19, 116:20, | 145:9, 145:13, 145:16, |
| 41:23, 41:24, 42:5, | 85:12, 85:19, 86:4, | 116:24, 116:25, 117:2, | 145:23, 146:2, 146:3, |
| 42:6, 42:20, 44:3, 44:5, | 86:24, 87:6, 87:10, | 117:3, 117:4, 117:12, | 146:4, 146:10, 146:15, |
| 44:14, 44:15, 45:4, | 87:13, 87:18, 87:19, | 117:13, 117:15, 117:16, | 146:25, 147:5, 147:11, |
| 45:6, 45:11, 45:13, | 88:9, 88:10, 88:13, | 117:17, 118:3, 118:9, | 147:18, 147:19, 148:5, |
| 45:15, 45:18, 45:25, | 88:20, 89:6, 89:10, | 118:10, 118:11, 118:14, | 148:11, 148:14, 148:22, |
| 46:11, 47:5, 47:20, | 89:12, 89:19, 89:20, | 118:16, 118:17, 118:18, | 148:24, 148:25, 149:2, |
| 47:23, 48:2, 48:3, 48:5, | 89:22, 90:3, 90:19, | 118:22, 118:23, 118:24, | 149:9, 149:12, 149:14, |
| 48:7, 48:8, 48:13, | 90:21, 90:22, 90:24, | 119:2, 119:3, 119:4, | 149:20, 150:3, 150:4, |
| 48:14, 48:17, 48:21, | 91:11, 91:13, 92:18, | 119:5, 119:12, 119:13, | 150:22, 151:2, 151:3, |
| 48:24, 48:25, 49:3, | 92:23, 93:3, 93:4, 93:9, | 119:14, 119:15, 119:16, | 151:4, 151:5, 151:7, |
| 49:6, 49:7, 49:12, | 93:14, 93:18, 93:20, | 119:21, 119:23, 120:4, | 151:9, 151:10, 151:17, |
| 49:22, 49:25, 50:3, | 93:21, 95:5, 95:8, 95:9, | 120:7, 120:10, 120:13, | 151:20, 152:3, 152:4, |
| 50:14, 50:15, 50:18, | 95:12, 95:13, 95:15, | 120:18, 120:24, 120:25, | 152:6, 152:15, 152:17, |
| 51:3, 51:5, 51:12, | 95:18, 95:23, 95:25, | 121:8, 121:9, 121:11, | 152:25, 153:4, 153:13, |
| 51:15, 52:8, 52:12, | 96:3, 96:6, 96:7, 96:24, | 121:13, 121:19, 121:20, | 153:15, 153:24, 154:6, |
| 52:14, 52:22, 52:24, | 97:2, 97:4, 97:9, 97:11, | 121:24, 122:2, 122:4, | 154:8, 154:9, 154:15, |
| 53:9, 53:21, 54:7, 54:8, | 97:12, 97:13, 97:16, | 122:6, 122:7, 122:11, | 154:25, 155:4, 155:5, |
| 54:23, 55:2, 55:3, | 97:19, 97:22, 98:6, | 122:20, 122:24, 122:25, | 155:10, 155:11, 155:17, |
| 55:11, 55:13, 55:14, | 98:11, 98:13, 98:23, | 123:3, 123:4, 123:5, | 155:19, 155:20, 155:22, |
| 55:20, 55:24, 55:25, | 99:2, 99:6, 99:9, 99:13, | 123:7, 123:14, 123:19, | 155:25, 156:2, 157:2, |
| 56:3, 56:6, 56:7, 56:10, | 99:14, 99:18, 99:20, | 123:20, 123:21, 123:23, | 157:8, 157:13, 157:25, |
| 56:13, 56:20, 57:2, | 99:21, 99:22, 100:4, | 123:25, 124:5, 124:10, | 158:4, 158:5, 158:8, |
| 57:13, 57:14, 57:19, | 100:11, 100:12, 100:13, | 124:12, 124:14, 124:17, | 158:10, 158:15, 158:17, |
| 57:25, 58:2, 58:5, 58:6, | 100:14, 100:15, 100:16, | 124:20, 124:21, 124:23, | 158:18, 159:3, 159:7, |
| 58:21, 58:22, 60:7, | 100:19, 100:20, 100:21, | 124:25, 125:2, 125:3, | 159:9, 159:11, 159:19, |
| 60:10, 60:18, 60:22, | 100:25, 101:4, 101:5, | 125:19, 125:24, 125:25, | 160:2, 160:3, 160:6, |
| 60:23, 60:24, 61:3, | 101:11, 101:14, 102:5, | 126:3, 126:5, 126:13, | 160:9, 160:12, 160:13, |
| 62:2, 62:6, 62:7, 62:21, | 102:6, 102:8, 102:13, | 126:18, 127:5, 127:10, | 160:15, 160:17, 160:20, |
| 63:13, 63:19, 63:21, | 102:16, 102:17, 102:23, | 127:18, 128:9, 128:14, | 160:21, 161:3, 161:12, |
| 63:23, 64:16, 64:17, | 103:3, 103:12, 103:16, | 128:15, 128:18, 128:20, | 161:14, 161:23, 161:24, |
| 64:19, 64:20, 65:11, | 103:20, 103:21, 103:24, | 128:21, 128:25, 129:4, | 162:3, 162:4, 162:8, |
| 65:19, 65:21, 65:22, | 104:9, 104:13, 104:14, | 129:5, 129:6, 129:7, | 162:9, 162:11, 162:22, |
| 66:14, 66:16, 66:23, | 104:15, 104:18, 104:19, | 129:9, 129:10, 129:17, | 162:24, 163:10, 163:11, |
| 66:24, 67:5, 67:6, | 104:20, 105:2, 105:4, | 129:18, 129:19, 129:24, | 163:12, 163:15, 163:16, |
| 67:16, 68:2, 68:6, | 105:8, 105:12, 105:15, | 130:6, 130:9, 130:10, | 163:17, 163:24, 164:2, |
| 68:10, 68:12, 68:15, | 105:17, 105:18, 105:19, | 130:11, 130:15, 130:16, | 164:11, 164:21, 164:25, |
| 68:16, 68:17, 68:21, | 105:20, 106:11, 106:13, | 131:8, 131:14, 131:15, | 165:22, 165:23, 166:24, |
| 68:25, 69:9, 69:15, | 106:17, 106:21, 106:22, | 131:16, 131:17, 131:21, | 167:3, 167:4, 167:5, |
| 69:19, 70:2, 70:12, | 107:5, 107:22, 107:23, | 131:22, 131:24, 131:25, | 168:23, 169:2, 169:7, |
| 70:13, 70:18, 70:19, | 107:25, 108:2, 108:6, | 132:9, 132:13, 132:18, | 169:16, 170:13, 170:21, |
| 70:20, 70:21, 70:23, | 108:8, 108:14, 108:19, | 132:19, 133:6, 133:7, | 171:2, 171:11, 172:4, |
| 71:5, 71:6, 71:17, | 108:23, 108:25, 109:4, | 133:9, 133:10, 133:15, | 173:11, 173:23, 174:3, |
| 71:19, 71:22, 72:2, | 109:6, 109:9, 109:10, | 134:11, 134:13, 134:18, | 174:4, 175:15, 175:16, |
| 72:7, 72:14, 72:17, | 109:12, 109:13, 109:21, | 135:15, 135:19, 135:21, | 175:17, 175:23, 175:24, |
| 72:19, 72:20, 72:24, | 109:25, 110:14, 110:17, | 136:4, 136:8, 136:20, | 176:4, 176:7, 176:8, |
| 73:4, 73:7, 73:14, | 110:18, 110:19, 110:20, | 136:21, 136:23, 137:2, | 176:9, 176:13, 176:14, |
| 73:19, 73:21, 74:5, | 110:21, 110:25, 111:3, | 137:3, 137:4, 137:5, | 176:17, 176:18, 176:20, |
| 74:7, 74:10, 74:11, | 111:5, 111:6, 111:8, | 137:7, 137:9, 137:10, | 177:3, 177:7, 177:8, |

177:10, 177:20, 177:22, 177:25, 178:2, 178:6, 178:10, 178:13, 178:20, 179:6, 179:9, 179:13, 179:16, 179:20, 180:2, 180:5, 180:10, 180:12, 181:2, 181:3, 181:6, 181:10, 181:11, 181:15, 181:17, 181:19, 181:20, 182:5, 182:8, 182:10, 182:14, 182:23, 182:24, 183:2, 183:4, 183:5, 183:14, 183:16, 184:5, 184:6, 184:8, 184:10, 186:8, 186:10, 186:13, 186:15, 186:17

**their** [2] - 4:20, 30:14

**THEIR** [1] - 1:10

**them** [17] - 10:24, 12:16, 35:4, 35:9, 38:7, 39:11, 39:12, 40:24, 44:3, 69:9, 78:4, 90:17, 125:22, 146:19, 147:9, 165:3, 180:11

**themselves** [1] - 4:20

**then** [27] - 24:15, 36:6, 41:5, 44:16, 54:24, 58:6, 58:21, 66:3, 68:9, 70:19, 76:23, 76:24, 76:25, 77:9, 85:10, 86:3, 93:9, 97:11, 97:19, 110:18, 116:10, 133:7, 133:9, 155:4, 158:20, 178:16, 178:22

**there** [40] - 39:19, 49:11, 56:14, 57:9, 57:14, 62:5, 62:7, 74:7, 77:24, 78:6, 78:20, 79:21, 83:8, 95:6, 108:5, 109:8, 109:9, 109:14, 111:5, 119:3, 121:16, 121:23, 123:22, 124:11, 126:4, 126:8, 127:3, 127:14, 140:22, 141:7, 143:22, 150:7, 154:10, 154:11, 155:7, 155:11, 168:8, 170:6, 173:12, 175:18

**there's** [15] - 5:23, 42:4, 97:25, 98:3, 98:18, 110:22, 128:12, 128:13, 140:12, 151:11, 155:6, 155:12, 173:13, 179:5, 181:21

**therefor** [1] - 182:8

**therefore** [1] - 132:8

**these** [21] - 37:11, 37:18, 37:24, 38:24, 107:11, 108:23, 115:4, 115:7, 115:15, 134:24, 135:3,

138:23, 142:11, 142:14, 142:23, 143:3, 145:2, 146:6, 148:9, 148:19, 152:17

**they** [35] - 4:21, 25:25, 26:6, 26:13, 26:16, 26:22, 27:3, 30:15, 35:7, 37:21, 37:25, 41:12, 76:24, 82:14, 90:12, 90:16, 112:12, 115:13, 116:11, 125:22, 128:22, 132:8, 132:10, 138:11, 146:8, 146:9, 146:13, 146:21, 153:3, 153:4, 163:2, 163:22, 163:24, 175:17, 177:6

**they'll** [1] - 69:8

**thing** [11] - 37:25, 39:20, 74:22, 100:13, 101:5, 119:3, 126:3, 129:5, 137:5, 140:18, 169:7

**think** [66] - 22:16, 25:18, 25:22, 26:20, 27:20, 29:8, 29:21, 30:7, 30:13, 34:8, 36:20, 39:21, 41:3, 41:12, 42:18, 50:12, 54:6, 57:8, 57:24, 62:12, 68:5, 69:5, 70:23, 71:16, 76:17, 78:10, 87:4, 87:9, 89:3, 89:5, 90:4, 90:6, 91:19, 92:9, 92:16, 92:19, 93:8, 93:12, 94:2, 94:8, 94:11, 94:22, 98:13, 113:20, 113:24, 116:16, 128:13, 131:10, 133:6, 133:8, 146:23, 147:3, 147:12, 150:14, 152:4, 153:6, 158:4, 162:21, 165:8, 165:24, 166:2, 168:15, 177:15, 180:7, 183:6, 183:8

**thinking** [2] - 63:10, 100:18

**third** [1] - 12:12

**this** [149] - 4:8, 4:10, 5:17, 7:17, 7:23, 12:25, 13:25, 15:19, 19:23, 22:13, 22:21, 23:13, 23:18, 32:15, 32:17, 33:22, 34:3, 37:2, 37:16, 44:5, 46:24, 49:25, 57:24, 66:6, 67:12, 68:22, 69:16, 69:17, 69:18, 69:22, 77:16, 77:20, 79:10, 80:3, 80:13, 80:17, 80:19, 85:11, 87:19, 87:23, 97:7, 97:8, 98:4,

99:9, 102:21, 103:2, 103:9, 104:6, 104:7, 105:13, 105:21, 105:25, 106:8, 106:15, 106:20, 106:22, 107:3, 107:6, 107:7, 107:15, 108:18, 108:19, 108:22, 110:12, 112:7, 113:6, 113:13, 113:20, 114:13, 114:18, 115:20, 117:7, 118:15, 123:13, 125:7, 126:14, 126:17, 129:13, 129:17, 129:22, 130:19, 132:14, 133:11, 134:10, 134:11, 134:17, 134:24, 135:15, 136:14, 136:16, 136:18, 137:8, 137:10, 137:14, 137:16, 138:21, 139:24, 142:6, 142:13, 142:19, 143:9, 144:3, 144:7, 144:9, 144:14, 147:10, 148:7, 148:9, 148:14, 149:19, 149:20, 152:24, 154:20, 157:9, 159:2, 161:5, 163:5, 163:13, 165:9, 166:6, 166:13, 167:18, 167:24, 170:20, 172:5, 172:9, 172:25, 173:5, 173:10, 173:15, 173:24, 174:15, 174:23, 174:24, 175:3, 175:14, 176:4, 177:2, 180:7, 180:15, 183:13, 183:17, 184:19, 186:15, 186:17, 186:20

**those** [7] - 31:18, 42:18, 122:16, 135:8, 146:4, 148:15, 153:25

**though** [1] - 147:17

**thought** [6] - 26:17, 26:22, 62:18, 117:2, 121:20, 174:19

**threat** [1] - 164:14

**threatening** [1] - 164:5

**three** [13] - 10:22, 13:12, 65:10, 65:20, 80:19, 92:17, 92:25, 100:6, 104:2, 157:6, 161:8, 162:14, 178:22

**threw** [1] - 97:4

**through** [17] - 35:9, 41:10, 41:15, 48:13, 48:17, 48:21, 50:18, 57:2, 57:20, 103:6, 142:13, 144:10, 148:9, 148:15, 161:8, 174:11

**THROUGH** [2] - 1:10, 2:13

**throws** [1] - 97:15

**thud** [1] - 70:17

**Thursday** [1] - 103:23

**ticket** [1] - 21:6

**time** [62] - 3:22, 4:3, 6:10, 6:23, 7:12, 8:22, 10:24, 12:12, 13:4, 13:14, 15:19, 16:22, 20:5, 20:12, 23:2, 24:12, 31:15, 32:17, 44:6, 44:19, 45:12, 52:9, 52:12, 52:22, 56:15, 63:23, 68:2, 70:3, 72:10, 76:12, 77:16, 79:8, 80:3, 80:13, 83:22, 83:24, 84:14, 84:20, 84:21, 90:22, 91:16, 95:4, 99:14, 100:7, 102:5, 102:15, 104:7, 105:8, 124:20, 125:6, 126:2, 141:17, 149:20, 155:25, 156:3, 159:7, 167:3, 167:18, 169:20, 173:6, 182:8, 184:10

**TIME** [1] - 1:15

**times** [2] - 10:22, 14:18

**to** [501] - 1:19, 1:20, 3:10, 3:11, 3:21, 3:22, 5:19, 5:21, 6:22, 7:7, 7:8, 7:9, 7:12, 7:19, 7:22, 7:23, 9:3, 9:6, 10:10, 10:15, 13:11, 14:16, 15:4, 15:10, 16:21, 16:24, 17:4, 17:14, 18:5, 18:6, 20:21, 20:22, 23:6, 23:7, 23:21, 24:14, 24:16, 25:10, 25:15, 25:23, 26:8, 26:9, 26:11, 26:23, 27:17, 29:14, 29:16, 29:22, 29:24, 30:14, 30:18, 30:19, 30:24, 31:2, 32:5, 32:9, 32:20, 33:21, 33:24, 34:17, 35:19, 35:22, 36:6, 37:21, 38:6, 38:7, 38:13, 38:15, 38:21, 38:23, 38:25, 39:13, 39:19, 39:21, 40:6, 41:9, 41:11, 41:22, 41:24, 42:6, 42:7, 42:21, 43:5, 44:16, 44:18, 44:19, 44:20, 45:19, 47:2, 47:23, 48:7, 48:24, 48:25, 49:3, 49:4, 49:7, 49:12, 49:19, 50:15, 50:24, 51:4, 51:13, 51:23, 52:11, 52:16, 52:17, 52:18, 52:19, 52:23, 53:7, 53:9, 54:8, 54:24,

55:6, 55:9, 55:18, 55:19, 55:21, 55:25, 58:8, 58:13, 58:15, 58:22, 60:3, 60:7, 60:10, 62:24, 63:5, 63:8, 63:9, 63:13, 63:18, 63:21, 63:24, 63:25, 64:2, 64:5, 64:14, 65:7, 65:9, 65:12, 65:15, 65:19, 66:2, 66:13, 66:15, 66:21, 66:22, 66:24, 66:25, 67:5, 67:10, 67:15, 67:19, 68:5, 68:6, 68:7, 68:9, 68:18, 69:9, 69:19, 70:2, 70:4, 71:22, 71:25, 72:7, 72:9, 74:6, 74:15, 76:6, 76:25, 77:2, 78:4, 78:21, 78:24, 79:3, 79:20, 79:25, 80:7, 80:10, 80:12, 80:15, 80:23, 81:8, 82:8, 82:9, 82:14, 82:21, 82:25, 83:3, 84:6, 84:12, 84:21, 85:3, 85:13, 86:3, 86:11, 86:15, 87:19, 89:8, 89:10, 89:12, 89:15, 89:23, 90:2, 90:14, 90:18, 90:20, 90:23, 90:24, 91:2, 92:19, 92:23, 93:4, 93:9, 93:13, 93:14, 93:17, 93:22, 93:24, 93:25, 94:5, 94:6, 94:9, 94:23, 95:5, 98:18, 99:8, 99:15, 99:16, 99:25, 100:14, 100:20, 100:22, 103:19, 103:20, 103:22, 104:20, 105:2, 105:3, 105:8, 105:11, 105:24, 106:7, 107:21, 109:9, 109:10, 109:12, 110:5, 110:6, 110:22, 111:5, 111:7, 111:13, 111:17, 111:21, 111:25, 113:10, 114:23, 115:4, 115:8, 115:11, 115:12, 115:17, 115:22, 116:2, 116:3, 116:10, 116:11, 116:12, 116:17, 117:8, 117:14, 117:15, 118:4, 118:8, 118:11, 118:17, 118:21, 118:22, 118:23, 119:12, 119:23, 120:4, 120:12, 120:23, 120:24, 121:3, 121:14, 121:17, 121:18, 123:6, 123:12, 124:4, 124:11, 124:14, 124:17, 124:18, 125:12, 125:19, 125:21,

125:22, 125:24, 126:18, 126:22, 127:15, 127:22, 128:3, 128:15, 128:16, 128:17, 128:22, 129:9, 129:10, 129:15, 129:16, 129:19, 130:4, 130:5, 130:11, 130:22, 131:4, 131:9, 131:10, 132:5, 132:6, 132:8, 132:11, 132:21, 133:12, 134:9, 135:18, 136:6, 136:13, 138:5, 138:20, 139:19, 140:4, 140:6, 140:8, 140:22, 140:24, 141:5, 143:2, 143:13, 143:22, 144:18, 144:25, 146:10, 146:19, 146:21, 146:24, 147:11, 147:13, 147:25, 148:5, 149:4, 149:8, 150:21, 151:6, 151:24, 152:8, 152:14, 153:4, 153:20, 153:23, 154:11, 154:18, 154:19, 154:21, 154:25, 155:2, 155:5, 155:14, 155:19, 156:5, 156:8, 156:13, 156:14, 156:16, 156:17, 156:20, 156:24, 157:4, 157:16, 158:6, 158:15, 159:10, 159:12, 159:15, 159:23, 160:2, 160:5, 160:25, 161:2, 161:4, 161:7, 161:10, 161:16, 161:20, 163:6, 163:8, 164:13, 164:17, 164:20, 164:21, 165:3, 165:9, 165:18, 165:19, 165:23, 165:24, 166:12, 166:15, 166:23, 166:24, 167:10, 167:20, 168:16, 168:20, 169:5, 169:16, 170:3, 170:4, 170:16, 171:10, 171:17, 172:16, 172:18, 173:2, 173:6, 173:8, 173:18, 173:21, 173:25, 174:2, 174:3, 174:6, 174:11, 174:18, 174:20, 175:5, 175:25, 176:8, 176:22, 177:20, 178:9, 178:13, 178:15, 178:16, 179:8, 180:10, 180:14, 181:3, 181:17, 181:21, 181:23, 182:3, 182:6, 182:9, 182:13, 182:25, 184:5, 184:18, 186:15

**today** [13] - 5:20, 9:3, 9:6, 10:11, 10:16, 12:14, 15:2, 21:21, 23:4, 23:13, 88:20, 101:6, 164:2
**today's** [1] - 183:13

**together** [1] - 163:3
**told** [9] - 83:5, 88:24, 90:2, 99:12, 100:16, 115:11, 131:24, 163:25, 179:23
**too** [9] - 18:2, 55:12, 67:11, 68:25, 69:17, 90:3, 94:22, 165:7, 166:15
**took** [9] - 76:24, 106:13, 112:24, 121:13, 122:11, 136:16, 136:22, 141:9, 153:4
**top** [5] - 14:14, 116:17, 133:6, 152:6, 176:18
**touch** [2] - 122:4, 180:5
**touched** [2] - 122:6, 180:5
**tour** [9] - 8:19, 42:24, 96:3, 96:6, 97:12, 103:23, 150:13, 150:14
**toward** [3] - 56:14, 151:10, 152:6
**towards** [5] - 48:23, 57:3, 64:24, 93:9, 168:23
**traffic** [38] - 15:7, 35:2, 46:9, 46:21, 46:23, 47:14, 49:16, 57:4, 57:11, 57:15, 58:8, 58:9, 58:14, 64:16, 64:18, 64:24, 65:3, 65:4, 77:21, 87:10, 111:4, 117:20, 126:10, 127:10, 139:12, 139:20, 139:23, 140:2, 140:9, 141:23, 141:25, 142:3, 142:6, 171:3, 171:6, 173:11
**trail** [1] - 98:3
**transcript** [5] - 7:18, 7:20, 178:20, 184:9
**transfer** [1] - 17:22
**transmit** [2] - 60:8, 60:11
**travelled** [2] - 41:4, 63:17
**travelling** [7] - 46:3, 56:14, 59:2, 60:17, 71:21, 140:11, 168:20
**treatment** [8] - 81:7, 81:21, 81:24, 147:14, 147:22, 171:15, 172:2, 183:2
**trial** [3] - 3:22, 7:23, 14:23
**tried** [6] - 30:3, 50:24, 120:23, 128:22, 140:24, 159:22
**truck** [1] - 38:25
**true** [2] - 184:9, 186:12
**TRUE** [1] - 1:11
**truth** [3] - 9:3, 9:6, 184:5

**try** [5] - 44:16, 54:24, 63:9, 86:2, 181:23
**trying** [21] - 26:23, 30:18, 40:5, 55:19, 66:21, 93:13, 93:14, 93:17, 93:22, 118:17, 118:21, 118:22, 118:23, 125:22, 132:6, 156:13, 156:20, 159:15, 164:17, 170:16, 173:8
**turn** [22] - 42:6, 44:17, 53:4, 53:14, 53:24, 54:21, 56:13, 56:21, 57:14, 58:11, 59:16, 64:5, 67:19, 103:19, 123:12, 132:21, 138:20, 140:25, 141:11, 144:18, 156:4
**turned** [7] - 44:17, 60:13, 69:25, 71:25, 93:9, 94:8, 156:10
**turning** [1] - 109:12, 168:23
**two** [33] - 10:22, 11:16, 11:22, 11:25, 12:25, 13:12, 20:3, 39:13, 41:10, 47:24, 50:13, 53:21, 61:11, 61:12, 70:5, 70:6, 70:7, 89:6, 93:5, 93:6, 100:5, 104:15, 134:24, 135:3, 143:14, 150:17, 161:2, 162:14, 162:16, 166:5, 172:5, 172:15
**two-car** [5] - 47:24, 50:13, 93:5, 93:6, 166:5
**type** [5] - 35:2, 40:2, 40:13, 149:22, 164:14
**typically** [1] - 36:17

## U

**U** [11] - 3:2, 44:17, 53:4, 53:14, 53:24, 54:21, 56:13, 56:21, 57:14, 140:25, 141:11
**U-turn** [10] - 44:17, 53:4, 53:14, 53:24, 54:21, 56:13, 56:21, 57:14, 140:25, 141:11
**un** [1] - 105:17
**un-redacted** [1] - 105:17
**under** [12] - 13:22, 13:24, 14:17, 30:15, 41:18, 85:21, 105:4, 109:25, 111:24, 122:16, 139:7, 173:5
**understand** [9] - 6:11, 6:18, 6:19, 7:22, 37:8, 100:15, 113:19, 118:2, 119:13

understanding [8] - 26:12, 29:4, 36:3, 39:4, 39:7, 42:2, 85:24, 152:16
understood [4] - 28:24, 30:5, 130:22, 132:12
unfortunately [1] - 173:23
unheard [1] - 122:23
uniform [3] - 38:15, 43:13, 43:15
uniformed [1] - 41:22
union [1] - 101:20
unit [2] - 42:14, 158:18
UNITED [1] - 1:2
United [1] - 4:14
units [2] - 16:25, 17:5
UNKNOWN [1] - 1:11
unless [5] - 41:11, 42:14, 94:4, 111:2, 111:22
unmarked [3] - 43:17, 43:18, 91:20
unsigned [1] - 3:14
unsubstantiated [1] - 21:10
until [2] - 129:2, 164:2
up [40] - 24:22, 24:24, 25:15, 30:2, 30:4, 51:4, 51:9, 51:16, 51:22, 53:7, 55:6, 60:2, 62:14, 62:16, 66:11, 66:17, 68:4, 68:9, 68:11, 71:10, 72:8, 75:15, 75:22, 76:7, 76:9, 76:10, 93:2, 101:25, 105:2, 118:21, 119:10, 120:21, 120:25, 128:23, 141:2, 155:23, 157:18, 159:8
upon [2] - 3:17, 147:12
us [4] - 20:21, 108:18, 108:19, 170:12
use [1] - 22:4
used [4] - 3:14, 8:9, 26:6, 26:13
usually [6] - 35:2, 69:8, 110:16, 123:2, 126:11, 146:8

V

vacation [1] - 19:15
various [1] - 146:3
vehicle [110] - 35:25, 36:13, 37:9, 37:21, 38:20, 38:25, 39:5, 39:11, 39:16, 41:21, 42:11, 42:13, 43:16, 44:8, 44:16, 45:8, 45:15, 45:23, 45:24,
45:25, 47:22, 48:24, 49:9, 49:12, 49:13, 49:15, 50:13, 50:23, 51:3, 51:6, 51:12, 51:13, 51:16, 52:15, 60:15, 63:13, 63:23, 64:2, 64:14, 64:15, 64:19, 65:7, 65:9, 65:17, 66:3, 66:4, 66:11, 66:17, 68:15, 68:17, 70:12, 72:8, 72:17, 72:20, 73:4, 73:8, 73:13, 73:18, 74:6, 75:10, 78:9, 78:11, 78:18, 78:21, 78:25, 91:20, 91:25, 92:10, 92:24, 93:21, 94:3, 94:9, 95:4, 95:9, 97:14, 139:11, 142:5, 142:15, 143:3, 143:16, 144:5, 147:11, 149:9, 149:22, 152:18, 154:6, 155:2, 155:21, 158:8, 158:14, 158:15, 158:17, 161:23, 162:3, 162:8, 162:12, 162:23, 163:16, 164:21, 167:3, 171:5, 173:11, 176:9, 177:22, 177:24, 177:25, 178:3, 178:10
vehicles [4] - 47:2, 49:19, 65:23, 65:24
verbally [1] - 6:6
very [3] - 33:2, 173:22, 179:19
vibration [1] - 71:7
VIDEO [1] - 2:18
video [30] - 11:9, 12:8, 12:9, 12:10, 12:11, 13:5, 13:7, 13:8, 13:17, 22:4, 22:5, 161:10, 161:12, 161:20, 166:6, 170:14, 170:21, 171:2, 173:10, 173:22, 173:24, 174:4, 174:6, 174:8, 175:4, 176:20, 179:16, 182:11, 182:16
Video [1] - 4:7
VIDEOGRAPHER [11] - 4:2, 5:5, 31:21, 31:25, 102:15, 102:19, 160:11, 160:15, 160:19, 160:23, 183:12
videographer [1] - 4:5
Videographer [1] - 2:17
videos [2] - 12:25, 161:2
VIDEOTAPED [1] - 1:17
view [6] - 56:11, 95:13, 104:4, 150:2, 153:24, 154:5

violation [2] - 40:6, 40:14
voided [3] - 91:5, 91:6, 91:16
vouchers [1] - 85:10

W

W [1] - 2:9
waiting [5] - 79:19, 79:21, 80:4, 118:9, 118:7
waived [1] - 3:9
waiving [1] - 156:19
walk [1] - 74:6
walked [3] - 51:11, 74:9, 76:6
walking [4] - 177:2, 177:7
want [24] - 6:23, 7:9, 7:12, 23:21, 26:11, 32:9, 39:20, 41:11, 44:19, 52:17, 52:19, 55:18, 63:5, 63:9, 66:22, 90:14, 94:4, 101:14, 120:4, 121:3, 131:10, 170:3, 170:4, 174:3
wanted [20] - 20:21, 23:6, 23:7, 26:8, 29:24, 30:19, 38:6, 66:13, 81:20, 93:23, 117:14, 120:12, 125:23, 130:5, 131:17, 131:25, 132:8, 167:25, 182:9
was [283] - 5:11, 10:23, 11:14, 11:17, 12:18, 13:14, 20:4, 20:12, 20:20, 21:13, 21:15, 22:4, 22:5, 23:2, 23:18, 24:12, 24:15, 24:17, 24:21, 24:23, 25:3, 25:16, 25:19, 26:18, 26:24, 27:6, 27:11, 27:14, 27:15, 27:21, 27:24, 28:13, 28:14, 28:24, 29:5, 29:8, 29:14, 29:16, 29:19, 29:21, 29:25, 30:5, 30:7, 30:9, 31:24, 32:6, 32:23, 33:7, 33:9, 33:11, 34:13, 38:4, 44:8, 45:6, 45:8, 45:13, 45:14, 45:19, 45:23, 46:2, 46:5, 47:11, 47:22, 48:6, 48:7, 48:13, 48:16, 49:11, 49:15, 49:25, 50:13, 51:7, 52:5, 53:6, 53:13, 53:23, 54:8, 54:18, 56:6, 56:7, 59:2, 59:4, 60:8, 60:14, 60:17, 62:10, 62:22, 63:10,
64:15, 65:8, 65:12, 65:15, 65:17, 66:11, 66:16, 68:6, 68:22, 68:25, 69:4, 69:5, 69:11, 70:13, 70:20, 70:24, 71:5, 71:10, 72:18, 73:13, 73:15, 74:10, 75:5, 75:21, 76:9, 76:10, 76:16, 76:18, 77:9, 77:15, 77:20, 78:20, 79:16, 79:25, 80:9, 80:14, 80:21, 81:20, 83:9, 83:12, 85:10, 85:16, 85:21, 86:11, 86:22, 87:5, 88:9, 88:20, 88:24, 89:11, 90:3, 90:23, 90:25, 91:5, 91:6, 91:8, 91:12, 91:16, 91:20, 92:6, 92:24, 93:13, 93:17, 94:3, 95:8, 95:11, 95:17, 95:18, 95:22, 95:23, 97:2, 97:3, 97:14, 98:6, 98:12, 98:13, 98:16, 99:15, 100:16, 101:9, 102:18, 102:24, 104:12, 106:18, 107:15, 108:15, 108:20, 111:4, 111:5, 111:24, 112:14, 112:18, 113:10, 113:11, 116:19, 116:22, 116:24, 117:4, 117:6, 117:12, 117:17, 118:7, 118:9, 118:21, 118:22, 118:23, 119:4, 119:18, 120:8, 120:9, 120:18, 121:20, 123:19, 123:20, 123:21, 123:23, 123:25, 124:9, 124:12, 124:20, 124:21, 125:12, 125:18, 125:25, 126:19, 127:23, 128:9, 128:23, 129:6, 129:24, 130:13, 132:6, 132:7, 133:19, 133:23, 134:15, 137:3, 137:5, 137:15, 139:21, 140:23, 141:17, 142:17, 143:22, 143:24, 144:12, 145:20, 145:22, 145:23, 146:23, 147:21, 148:12, 149:17, 150:12, 150:16, 153:5, 153:12, 153:14, 156:4, 156:5, 156:8, 156:23, 157:2, 159:7, 160:14, 160:22, 161:10, 161:20, 161:24, 162:9, 164:6, 164:14, 166:12, 167:7, 170:11, 171:10, 171:13, 171:14, 172:11, 173:5, 173:18, 174:6, 176:14,

177:19, 178:18, 179:13, 179:23, 182:3, 183:17, 186:11

was he [21] - 48:13, 48:14, 53:24, 54:14, 54:16, 56:19, 57:19, 72:19, 74:7, 75:16, 75:18, 80:9, 80:16, 91:13, 134:6, 139:22, 156:7, 159:3, 164:4

was it [14] - 20:7, 21:17, 33:12, 52:5, 62:13, 65:22, 77:21, 84:17, 85:20, 86:6, 86:10, 128:18

was that [15] - 11:19, 11:21, 12:13, 17:18, 19:3, 44:23, 54:7, 79:8, 82:10, 84:14, 101:20, 101:23, 119:25, 141:18, 150:7

was there [16] - 11:4, 50:9, 63:11, 67:7, 72:22, 73:4, 73:25, 74:18, 79:24, 101:25, 141:10, 141:13, 155:24, 156:3, 157:12, 157:19

wasn't [22] - 20:23, 24:14, 26:3, 28:18, 59:15, 63:3, 63:6, 67:23, 81:11, 81:13, 92:2, 92:8, 100:15, 105:7, 118:6, 125:24, 127:22, 165:13, 172:4, 179:11, 180:9, 181:8

watching [3] - 77:25, 173:10, 173:13

way [39] - 23:24, 34:2, 35:8, 40:16, 40:18, 41:5, 44:15, 44:21, 46:7, 52:21, 58:14, 63:20, 73:15, 76:3, 87:13, 87:14, 91:13, 94:9, 95:10, 96:20, 115:14, 130:18, 132:18, 136:21, 139:12, 140:2, 140:11, 145:23, 156:13, 163:6, 163:7, 164:4, 173:24, 181:6, 181:12, 181:20, 181:21, 186:17

we [86] - 4:2, 5:20, 5:24, 7:22, 15:2, 20:22, 21:21, 22:18, 29:10, 35:3, 35:9, 36:6, 54:23, 54:24, 55:10, 55:14, 55:15, 58:18, 58:21, 58:22, 62:20, 62:24, 63:6, 66:13, 66:14, 66:21, 66:23, 68:15, 70:12, 70:17, 70:19,

70:20, 72:11, 73:14, 73:15, 74:17, 74:24, 75:8, 76:23, 77:9, 86:2, 92:14, 93:23, 94:4, 95:23, 96:10, 105:9, 109:4, 110:17, 110:18, 112:13, 112:17, 113:9, 113:22, 123:2, 123:4, 126:11, 137:2, 140:24, 144:5, 153:13, 159:8, 160:17, 161:25, 164:11, 169:17, 171:7, 173:9, 178:23, 178:24, 179:15, 179:16, 180:25, 181:2, 181:12, 181:22, 182:2, 182:6, 182:7, 182:8, 182:9, 183:14

we'll [1] - 161:3

we're [3] - 104:6, 137:7, 172:5

weapons [2] - 98:18, 110:23

wear [2] - 9:25, 10:4

wearing [3] - 54:14, 54:16, 145:22

weather [1] - 49:22

weaving [1] - 61:7

Wednesday [1] - 23:18

weed [1] - 27:22

week [2] - 128:19, 129:2

welcome [1] - 173:25

well [7] - 65:20, 87:11, 110:15, 159:8, 165:7, 172:3, 182:10

went [13] - 8:25, 20:22, 53:5, 60:7, 76:25, 79:3, 79:12, 100:24, 105:4, 105:10, 121:6, 177:19, 177:21

were [81] - 20:5, 20:9, 23:12, 25:4, 26:23, 30:8, 36:9, 37:14, 44:5, 51:18, 52:22, 53:20, 56:13, 58:22, 59:22, 60:11, 62:7, 62:13, 64:5, 64:9, 64:25, 65:16, 65:24, 66:21, 66:25, 67:15, 69:12, 77:24, 78:6, 79:19, 83:16, 89:2, 92:14, 92:16, 92:21, 92:22, 93:18, 95:6, 97:2, 99:16, 99:17, 100:22, 103:13, 105:16, 105:24, 106:7, 113:3, 114:16, 115:8, 118:20, 124:4, 124:5, 124:23, 125:22, 126:22, 134:23, 141:7, 141:14, 149:10, 150:3, 155:11, 156:17, 156:23,

157:3, 157:11, 157:14, 159:15, 161:13, 163:16, 163:22, 164:3, 164:11, 171:7, 171:17, 174:18, 175:17, 177:22, 181:10, 181:22, 182:2, 182:7

were you [37] - 10:7, 16:21, 17:13, 18:3, 18:10, 18:19, 21:23, 25:5, 43:9, 43:13, 43:16, 43:20, 45:4, 51:12, 57:25, 63:25, 67:19, 74:15, 79:22, 83:8, 87:22, 88:2, 88:5, 99:21, 99:24, 101:12, 101:17, 102:8, 119:17, 119:21, 132:17, 156:10, 156:13, 156:16, 156:19, 157:4, 167:17

west [4] - 48:3, 56:18, 58:2, 61:13

westbound [5] - 53:5, 57:22, 65:4, 104:25, 168:21

What [1] - 30:11

what [194] - 9:10, 10:4, 16:12, 17:18, 18:17, 20:4, 21:12, 22:13, 22:16, 24:6, 25:10, 26:3, 26:5, 26:7, 26:16, 28:3, 29:12, 30:5, 30:18, 30:20, 31:2, 31:15, 32:9, 32:11, 32:21, 33:6, 33:9, 33:18, 34:5, 34:8, 34:24, 38:18, 38:21, 39:14, 40:8, 40:12, 40:25, 42:21, 43:19, 44:12, 44:23, 46:2, 47:11, 47:18, 51:2, 53:2, 54:11, 54:18, 54:21, 55:17, 57:20, 57:24, 58:17, 62:13, 62:16, 62:22, 63:8, 63:9, 64:17, 67:2, 68:5, 68:21, 69:14, 70:8, 70:15, 73:12, 74:2, 76:15, 76:21, 80:15, 80:16, 80:18, 82:6, 82:20, 83:6, 83:10, 84:14, 85:17, 85:25, 86:24, 89:3, 89:4, 89:10, 89:15, 90:4, 90:15, 90:18, 91:2, 91:8, 93:12, 93:17, 94:7, 97:6, 97:22, 99:12, 99:22, 99:25, 100:8, 100:16, 100:17, 100:25, 103:22, 104:7, 105:6, 105:24, 106:14,

108:8, 108:13, 109:25, 110:6, 111:23, 112:9, 112:16, 112:22, 113:2, 115:25, 116:5, 116:14, 116:17, 116:21, 117:15, 118:20, 118:21, 119:20, 120:5, 120:6, 120:8, 120:15, 120:22, 121:4, 121:15, 121:17, 121:22, 122:12, 123:9, 123:16, 124:6, 125:23, 127:16, 128:6, 128:11, 130:12, 130:14, 130:22, 131:5, 132:4, 132:11, 133:11, 138:19, 139:7, 140:5, 140:10, 140:16, 140:21, 144:22, 146:12, 149:17, 149:23, 150:3, 150:18, 150:22, 150:23, 151:6, 152:8, 154:4, 154:11, 154:14, 154:20, 155:15, 163:7, 164:9, 165:24, 166:2, 168:7, 168:19, 170:25, 171:18, 171:22, 174:3, 175:4, 175:15, 178:21, 179:7, 179:11, 179:14, 180:21, 183:6

what are [8] - 43:24, 123:22, 124:10, 126:4, 126:8, 126:25, 127:12, 172:9

what did [16] - 8:24, 10:10, 10:15, 16:15, 32:25, 50:21, 52:19, 70:23, 101:4, 104:10, 116:8, 120:19, 129:14, 130:7, 131:16, 176:13

what is [11] - 8:21, 9:8, 9:18, 18:15, 35:5, 36:3, 108:12, 108:18, 140:20, 153:25, 175:5

what was [29] - 17:7, 17:10, 17:24, 18:8, 18:13, 18:22, 20:13, 22:2, 23:5, 25:13, 29:4, 42:24, 43:7, 43:20, 50:4, 65:21, 66:6, 75:6, 77:25, 79:6, 80:13, 85:7, 87:12, 92:23, 129:4, 130:3, 130:9, 130:15, 136:9

what were [3] - 31:18, 79:20, 129:18

what's [18] - 14:10, 16:4, 39:4, 39:7, 39:8, 39:25, 42:2, 74:22, 85:24, 93:3, 94:25, 98:3, 103:5, 126:9, 149:15, 153:7, 173:7, 178:2

What's [1] - 9:14

whatever [3] - 111:3, 132:7, 155:13
wheel [2] - 67:19, 93:9
when [75] - 7:22, 10:23, 11:17, 12:13, 13:9, 13:24, 20:22, 23:2, 25:25, 27:9, 30:3, 30:9, 30:15, 38:22, 39:6, 44:17, 48:16, 51:15, 53:23, 56:7, 56:13, 57:2, 57:14, 57:23, 58:22, 58:24, 64:2, 64:14, 65:15, 72:7, 73:3, 83:9, 84:8, 86:2, 96:2, 96:3, 96:19, 97:8, 104:9, 105:9, 105:13, 108:19, 116:25, 123:2, 123:23, 124:12, 124:23, 125:18, 129:14, 130:21, 132:11, 138:11, 138:16, 139:21, 140:24, 140:25, 141:4, 141:11, 145:22, 146:9, 150:9, 150:10, 155:25, 156:8, 159:8, 162:2, 164:11, 167:7, 168:18, 170:5, 171:10, 179:25, 180:2, 180:10
when did [3] - 8:18, 128:17, 150:7
when were [1] - 19:6
when you [103] - 20:17, 22:19, 25:4, 28:23, 36:8, 36:16, 38:8, 43:19, 43:23, 45:15, 45:20, 46:3, 46:7, 48:11, 50:21, 51:5, 51:9, 51:13, 53:7, 53:14, 53:18, 54:3, 54:20, 54:25, 56:3, 56:10, 58:15, 59:16, 59:22, 60:13, 69:25, 70:9, 70:22, 71:12, 72:12, 72:13, 72:14, 72:17, 72:23, 73:17, 74:5, 74:19, 75:7, 76:3, 80:3, 83:12, 83:16, 85:2, 89:12, 89:23, 92:15, 92:21, 94:12, 95:3, 96:5, 96:11, 97:2, 97:9, 103:7, 103:13, 105:12, 106:25, 108:23, 108:24, 112:6, 114:21, 115:14, 116:6, 118:2, 120:16, 124:9, 134:20, 134:23, 136:14, 141:14, 142:21, 143:16, 144:15, 148:16, 149:5, 150:12, 154:5, 154:15, 155:9, 155:22, 156:17, 156:23, 157:3, 157:11, 157:14,

157:18, 158:10, 158:23, 159:2, 160:2, 161:13, 164:3, 165:22, 169:20, 177:21, 182:11, 182:16
whenever [1] - 41:22
where [46] - 16:10, 24:13, 25:5, 47:10, 48:12, 54:7, 62:12, 70:2, 73:23, 77:15, 104:20, 105:2, 107:23, 108:14, 108:25, 109:3, 109:5, 109:13, 109:18, 110:17, 112:14, 112:18, 112:24, 113:10, 113:23, 122:19, 123:18, 128:9, 135:20, 137:3, 137:5, 137:9, 137:10, 137:13, 137:14, 137:17, 138:25, 139:10, 141:9, 144:3, 153:14, 158:7, 163:16, 166:6, 167:2, 173:8
where is [2] - 73:18, 136:15
where was [9] - 45:11, 45:19, 54:3, 74:13, 75:24, 80:7, 80:8, 80:10, 95:12
where were [2] - 17:15, 51:13
WHEREOF [1] - 186:19
Whereupon [17] - 31:23, 32:5, 37:13, 102:17, 102:23, 106:17, 114:15, 134:13, 142:16, 144:11, 148:11, 160:13, 160:21, 161:10, 161:20, 174:6, 183:16
wherever [1] - 98:12
whether [34] - 15:8, 15:23, 20:9, 35:7, 38:24, 41:2, 45:22, 48:5, 49:18, 51:17, 55:18, 55:23, 60:6, 75:2, 76:18, 79:25, 83:4, 83:23, 85:14, 86:21, 88:8, 95:21, 98:22, 124:19, 129:6, 133:11, 141:24, 143:24, 145:21, 146:13, 159:6, 166:15, 169:8, 177:9
which [13] - 12:5, 12:9, 13:7, 29:15, 40:11, 41:14, 46:14, 77:2, 89:21, 97:13, 136:21, 141:8, 179:16
while [6] - 37:4, 79:19, 118:5, 164:6, 164:14, 178:10
who [12] - 11:2, 11:23, 26:20, 40:17, 55:2,

67:25, 79:3, 85:15, 149:12, 171:21, 174:15, 176:5
who was [1] - 43:11
who's [1] - 90:21
whole [1] - 56:19
whose [2] - 132:24, 186:10
why [90] - 25:22, 26:7, 27:3, 27:6, 27:10, 27:11, 27:24, 28:4, 29:5, 30:4, 31:9, 40:20, 42:18, 52:14, 52:17, 55:13, 66:11, 66:16, 66:22, 69:3, 69:7, 73:7, 73:9, 77:11, 80:21, 80:25, 81:3, 81:10, 82:25, 85:11, 85:21, 87:20, 90:12, 91:5, 92:13, 94:19, 98:6, 98:16, 109:8, 110:16, 110:20, 110:24, 111:2, 111:20, 112:3, 113:3, 114:10, 117:16, 118:14, 119:2, 119:5, 119:10, 120:3, 120:10, 122:23, 124:17, 124:20, 127:21, 128:2, 129:17, 129:21, 130:12, 131:19, 131:24, 132:10, 136:18, 138:8, 138:10, 138:11, 138:16, 145:19, 146:20, 147:5, 147:7, 152:16, 152:23, 153:4, 163:22, 163:24, 164:24, 165:5, 167:13, 173:18, 178:24, 178:25, 179:3, 179:4, 179:17
will [8] - 6:11, 6:15, 7:18, 7:23, 37:23, 37:24, 43:4
Will [1] - 4:19
window [1] - 71:10
with [121] - 3:12, 3:15, 4:6, 5:6, 10:15, 10:18, 10:24, 11:2, 11:23, 12:13, 12:15, 13:3, 13:19, 21:5, 22:18, 23:3, 23:21, 24:5, 25:3, 26:14, 30:21, 31:14, 32:10, 32:16, 32:20, 32:21, 33:15, 33:25, 35:11, 35:24, 36:16, 39:23, 47:14, 50:24, 53:17, 53:18, 60:3, 67:3, 69:17, 79:22, 80:5, 85:5, 85:7, 85:18, 86:11, 86:12, 86:16, 86:22, 87:2, 87:5, 87:9, 87:17, 87:23, 87:24, 88:2, 92:11, 93:14, 98:4, 99:8, 99:9, 99:10,

99:14, 99:18, 99:22, 99:25, 100:4, 100:8, 100:12, 100:21, 102:4, 103:14, 105:23, 106:3, 106:7, 106:8, 106:12, 109:10, 110:10, 117:13, 118:4, 118:11, 118:18, 120:18, 121:13, 124:20, 125:8, 125:25, 126:18, 126:20, 128:5, 128:8, 128:21, 128:25, 129:25, 130:25, 131:21, 132:13, 132:18, 132:19, 135:4, 136:12, 138:2, 143:4, 147:20, 149:23, 156:14, 158:10, 159:12, 159:23, 163:20, 164:21, 173:24, 175:16, 175:23, 175:24, 176:14, 177:2, 177:22, 179:21, 180:10
within [2] - 3:8, 186:8
without [2] - 17:22, 81:17
WITNESS [1] - 186:19
witness [12] - 3:10, 3:16, 3:18, 5:8, 5:9, 20:10, 21:24, 21:25, 29:9, 183:17, 186:10, 186:13
won't [2] - 9:6, 170:11
wondering [1] - 179:4
words [3] - 53:20, 106:10, 129:18
work [3] - 8:24, 35:12, 35:15
worried [3] - 119:17, 119:18, 119:21
worrying [1] - 119:25
would [95] - 5:24, 7:3, 14:17, 22:20, 35:3, 35:14, 39:22, 40:12, 40:15, 40:16, 47:21, 56:23, 59:4, 60:21, 60:23, 62:14, 63:5, 65:16, 67:3, 67:18, 68:14, 68:16, 68:17, 69:15, 69:18, 70:5, 71:6, 74:3, 76:20, 78:6, 79:16, 90:4, 90:12, 90:16, 91:23, 92:5, 94:6, 97:5, 97:16, 105:18, 109:5, 109:8, 110:10, 110:20, 111:7, 111:16, 111:24, 112:11, 115:15, 118:15, 120:10, 122:15, 122:23, 123:3, 125:16, 127:23, 131:9, 137:16, 140:5, 140:6, 140:7, 145:16, 146:4, 146:8, 146:16, 146:18, 147:12, 151:21, 152:17, 152:24, 153:14, 153:15,

162:12, 162:15, 163:2, 163:5, 163:20, 164:25, 165:16, 165:19, 167:2, 167:24, 177:14, 180:19, 180:23, 180:25, 181:2, 181:5, 181:11, 181:19, 182:22, 183:2, 183:5
**wouldn't** [28] - 29:10, 29:15, 57:9, 57:10, 59:14, 64:13, 67:23, 70:4, 78:23, 87:3, 87:16, 90:6, 90:12, 96:18, 109:10, 110:24, 111:9, 112:6, 114:4, 114:6, 115:16, 123:4, 125:13, 144:21, 152:13, 168:4, 168:10, 181:14
**write** [12] - 35:3, 35:9, 39:12, 44:3, 97:16, 105:11, 116:5, 116:8, 116:14, 120:19, 126:11, 177:20
**writes** [1] - 115:25
**writing** [4] - 45:13, 77:3, 104:7, 112:10
**written** [2] - 98:2, 136:21
**wrong** [8] - 40:17, 41:4, 87:13, 91:13, 101:14, 139:12, 139:22, 140:11
**wrote** [5] - 103:22, 105:13, 121:4, 121:5, 121:7

## X

**X** [4] - 1:3, 1:13, 185:2, 185:21
**xerox** [1] - 131:8

## Y

**yeah** [2] - 49:14, 158:19
**year** [6] - 17:18, 18:21, 19:8, 20:4, 21:12, 115:21
**years** [1] - 80:19
**yes** [233] - 6:13, 6:16, 6:21, 9:4, 9:24, 10:9, 10:20, 11:11, 12:2, 12:4, 12:21, 13:6, 13:16, 13:23, 14:3, 14:7, 14:9, 14:19, 14:21, 15:21, 16:9, 16:23, 17:23, 18:12, 19:2, 19:5, 19:25, 21:3, 21:16, 22:15, 23:8, 23:19, 24:8, 25:21, 26:15, 26:19, 27:2, 27:5, 29:3, 29:18, 29:20, 31:17, 32:18, 33:13, 34:12, 34:15,

34:23, 35:13, 35:16, 35:21, 35:23, 36:2, 36:22, 37:5, 38:11, 39:24, 43:10, 44:7, 44:22, 45:3, 46:10, 46:20, 46:22, 47:4, 47:9, 47:15, 47:17, 48:19, 48:22, 49:5, 49:8, 50:2, 50:20, 52:4, 53:12, 53:19, 54:10, 56:9, 56:25, 57:17, 59:6, 59:8, 59:10, 59:18, 59:20, 61:2, 61:5, 61:19, 61:22, 61:25, 62:11, 65:14, 66:5, 68:13, 69:20, 71:24, 72:3, 72:16, 73:10, 76:11, 78:3, 78:12, 78:16, 81:18, 82:18, 83:7, 84:13, 84:23, 85:4, 85:6, 87:7, 90:16, 91:22, 92:20, 93:7, 93:19, 94:18, 95:16, 96:8, 96:15, 97:18, 97:21, 98:15, 99:11, 99:15, 99:19, 101:19, 103:8, 103:11, 103:15, 103:18, 104:17, 105:22, 107:2, 107:12, 108:4, 108:17, 109:16, 109:20, 110:11, 111:12, 111:15, 113:22, 114:22, 115:3, 115:6, 115:10, 115:24, 117:9, 119:19, 120:2, 120:17, 122:10, 122:22, 123:15, 123:17, 124:16, 125:5, 125:15, 126:24, 127:8, 127:11, 129:12, 129:23, 134:5, 134:22, 135:12, 135:17, 137:12, 137:19, 137:22, 138:4, 138:6, 140:17, 141:3, 141:21, 144:17, 145:8, 145:18, 146:7, 147:8, 147:15, 148:18, 149:11, 150:6, 150:18, 150:20, 151:8, 151:23, 152:7, 153:19, 154:7, 154:17, 156:6, 156:12, 157:23, 158:3, 158:22, 161:6, 161:15, 161:19, 162:5, 162:7, 162:10, 163:4, 163:21, 164:7, 165:11, 165:21, 166:3, 166:20, 166:25, 167:9, 167:19, 167:22, 168:17, 169:4, 169:12, 169:19, 169:23, 170:2, 170:9, 171:24, 172:8, 172:19, 174:10, 174:14, 177:25, 178:7, 178:12, 179:22,

182:21, 183:4
**yesterday** [1] - 8:20
**YORK** [5] - 1:2, 1:8, 2:10, 2:11, 186:4
**York** [20] - 1:23, 1:25, 2:6, 2:14, 4:7, 4:13, 4:15, 4:17, 5:3, 5:11, 109:24, 115:20, 135:23, 136:3, 139:6, 186:8
**You** [1] - 86:18
**you** [639] - 5:19, 5:25, 6:2, 6:5, 6:10, 6:11, 6:14, 6:15, 6:17, 6:18, 6:19, 6:23, 7:3, 7:4, 7:7, 7:9, 7:12, 7:13, 7:14, 7:18, 7:25, 8:3, 8:18, 8:24, 9:2, 9:5, 9:23, 10:10, 10:12, 10:15, 10:24, 11:10, 12:13, 13:4, 13:9, 13:14, 13:18, 13:21, 14:14, 14:17, 15:13, 16:7, 16:15, 16:22, 17:3, 17:15, 19:6, 20:5, 20:9, 23:2, 23:7, 23:12, 23:20, 24:3, 24:11, 24:18, 24:19, 24:22, 25:4, 25:9, 25:18, 25:22, 26:12, 26:16, 26:17, 26:23, 27:15, 27:18, 27:21, 28:2, 28:15, 28:24, 29:12, 29:17, 29:19, 29:22, 30:8, 30:14, 31:9, 32:10, 33:9, 34:17, 34:24, 35:14, 35:24, 37:3, 37:8, 37:23, 37:25, 38:6, 38:13, 38:14, 38:21, 38:23, 39:10, 39:11, 39:13, 39:19, 39:20, 39:22, 39:25, 40:3, 40:6, 40:12, 40:15, 40:16, 40:24, 41:4, 41:5, 41:6, 41:9, 41:11, 41:17, 42:22, 43:3, 43:4, 43:5, 43:6, 43:24, 44:5, 44:18, 44:20, 46:18, 47:16, 47:21, 48:2, 49:7, 49:11, 49:19, 50:6, 50:12, 50:17, 50:21, 51:2, 51:4, 51:11, 51:13, 51:17, 51:18, 51:21, 52:3, 52:19, 52:22, 53:2, 53:7, 53:14, 53:18, 53:21, 53:24, 54:6, 54:7, 54:25, 55:2, 55:5, 55:9, 55:16, 55:19, 55:20, 57:3, 57:18, 58:3, 58:7,

58:13, 58:24, 59:4, 59:17, 59:19, 60:2, 60:11, 62:12, 62:14, 62:18, 62:25, 63:8, 63:9, 63:12, 63:17, 64:5, 64:9, 64:11, 64:24, 65:13, 65:16, 66:8, 66:19, 66:25, 67:3, 67:8, 67:15, 67:17, 67:19, 67:21, 68:7, 68:14, 68:17, 69:9, 69:11, 70:4, 70:5, 70:8, 70:15, 70:23, 71:8, 71:16, 71:18, 71:21, 71:22, 72:5, 72:8, 72:15, 72:19, 72:23, 73:18, 73:22, 74:2, 74:3, 74:19, 74:22, 74:25, 75:9, 75:10, 76:6, 76:17, 76:18, 76:21, 77:4, 78:6, 78:9, 78:10, 78:15, 79:9, 79:12, 79:16, 79:19, 79:20, 80:5, 80:8, 80:9, 80:10, 80:11, 81:12, 81:16, 81:23, 82:11, 82:22, 82:25, 84:19, 84:20, 84:21, 85:13, 85:22, 86:3, 86:8, 86:15, 87:4, 87:8, 88:19, 88:24, 88:25, 89:8, 90:2, 90:4, 90:8, 90:15, 90:20, 90:22, 91:15, 91:17, 91:19, 91:23, 91:24, 92:5, 92:16, 92:18, 92:19, 92:22, 93:18, 93:20, 94:4, 94:8, 94:15, 94:20, 94:21, 94:22, 95:25, 96:6, 96:9, 96:22, 97:5, 97:9, 97:10, 97:12, 97:16, 97:19, 98:8, 98:13, 98:19, 98:20, 98:22, 99:3, 99:12, 99:16, 99:17, 100:7, 100:11, 100:22, 100:25, 101:4, 101:6, 101:14, 103:13, 103:22, 104:7, 104:10, 104:16, 104:20, 105:18, 105:19, 105:20, 105:24, 106:4, 106:6, 106:7, 107:17, 107:21, 108:15, 108:25, 109:5, 109:17, 110:5, 110:10, 110:16, 110:20, 110:24, 111:7, 111:11, 111:16, 111:25, 112:6, 112:11, 112:20, 112:21, 112:22, 112:23, 113:3, 113:6, 113:7, 114:7, 115:7, 115:11,

115:22, 116:2, 116:19, 116:23, 117:3, 117:5, 117:21, 118:3, 118:5, 118:8, 118:17, 118:20, 118:25, 119:3, 119:4, 119:7, 119:9, 119:25, 120:8, 120:9, 120:11, 120:19, 121:7, 121:9, 121:13, 121:15, 121:16, 121:24, 121:25, 122:2, 122:5, 122:8, 122:15, 122:20, 122:24, 123:9, 123:13, 123:16, 123:22, 124:4, 124:5, 124:6, 124:11, 124:17, 124:22, 124:24, 125:6, 125:14, 126:3, 126:4, 126:5, 126:8, 126:22, 126:25, 127:3, 127:4, 127:12, 127:14, 127:16, 127:17, 127:25, 128:6, 128:13, 128:17, 128:23, 128:25, 129:9, 129:10, 129:15, 129:19, 129:25, 130:18, 131:4, 131:10, 131:19, 131:24, 132:2, 133:6, 136:24, 138:20, 140:14, 140:16, 141:17, 143:2, 143:13, 143:21, 144:18, 144:22, 144:25, 145:5, 145:15, 145:16, 145:24, 146:3, 146:5, 146:12, 146:14, 146:16, 147:5, 147:12, 147:16, 148:23, 149:3, 149:10, 150:3, 150:7, 150:9, 151:3, 151:4, 151:20, 151:21, 152:9, 152:18, 152:20, 152:25, 153:8, 153:10, 153:17, 153:18, 153:20, 154:11, 154:19, 154:21, 155:4, 155:5, 155:23, 156:4, 156:5, 156:7, 156:8, 157:13, 157:15, 157:20, 158:4, 158:6, 158:8, 158:9, 158:12, 158:17, 158:20, 158:25, 159:4, 159:11, 159:15, 159:18, 159:22, 161:2, 161:3, 161:17, 161:23, 162:12, 162:15, 162:17, 163:2, 163:5, 163:8, 163:20, 163:22, 163:25, 164:9, 164:18, 164:19, 164:20, 164:25, 165:3, 165:8, 165:12, 165:14, 165:18, 165:19, 166:13, 166:14, 166:18, 167:2, 167:6, 167:7, 167:8, 167:10, 167:13, 167:15, 167:20, 167:21, 167:23,

167:24, 168:2, 168:3, 168:8, 168:12, 168:13, 168:14, 168:24, 169:2, 169:5, 169:10, 169:14, 169:17, 169:18, 170:3, 170:4, 170:19, 171:17, 171:19, 172:6, 172:9, 172:12, 172:15, 172:22, 173:3, 173:13, 173:21, 173:23, 174:2, 174:3, 174:12, 174:20, 174:24, 175:4, 175:5, 175:11, 175:25, 176:22, 177:3, 177:10, 177:14, 177:16, 177:17, 177:22, 178:5, 178:8, 178:9, 178:10, 178:14, 178:15, 178:16, 178:22, 178:23, 178:24, 179:3, 179:8, 179:15, 179:23, 180:19, 180:23, 181:5, 181:6, 181:9, 181:10, 181:11, 181:20, 182:3, 182:6, 182:13, 182:15, 182:22, 182:23, 183:2
you'll [2] - 94:21, 104:20
you're [39] - 6:22, 15:13, 36:18, 36:23, 38:10, 47:14, 49:6, 58:24, 59:25, 65:11, 67:11, 68:3, 68:4, 71:20, 72:2, 89:6, 93:2, 104:14, 111:13, 111:21, 117:10, 118:3, 120:17, 124:14, 125:18, 125:19, 126:17, 127:9, 127:12, 140:4, 164:17, 166:15, 170:16, 170:20, 173:13, 173:25, 178:20, 179:19, 180:2
you've [7] - 9:2, 14:18, 15:20, 32:20, 117:18, 161:13, 170:25
your [197] - 6:6, 7:8, 8:4, 8:18, 9:8, 9:14, 9:16, 9:18, 9:20, 10:15, 10:18, 12:13, 13:3, 13:19, 14:10, 15:5, 15:9, 15:10, 16:4, 16:15, 17:7, 17:10, 17:24, 18:8, 18:22, 18:24, 19:3, 22:17, 23:13, 23:22, 25:13, 25:13, 27:14, 27:22, 28:12, 29:4, 30:21, 31:4, 32:20, 34:13, 34:20, 35:22, 36:3, 36:14, 39:4, 39:7, 40:15, 40:23, 42:2, 42:24, 43:4, 43:7, 43:21, 44:8, 45:8, 45:23, 45:24, 47:11,

47:21, 48:24, 48:25, 49:4, 49:9, 49:12, 49:15, 49:19, 50:12, 51:6, 51:7, 51:9, 51:13, 51:14, 51:18, 51:19, 51:22, 51:25, 52:5, 52:15, 53:3, 53:7, 53:18, 54:4, 55:6, 56:11, 57:23, 60:15, 60:21, 63:23, 64:2, 64:14, 64:15, 64:19, 65:7, 65:8, 65:17, 66:2, 66:6, 66:11, 67:3, 67:18, 67:19, 68:3, 68:24, 69:10, 69:16, 69:18, 69:21, 71:3, 71:4, 71:10, 71:13, 71:25, 72:8, 73:13, 73:17, 73:18, 77:20, 82:2, 82:6, 82:12, 85:7, 85:24, 87:23, 91:19, 92:10, 92:24, 93:8, 93:21, 94:3, 94:16, 95:3, 95:5, 95:9, 96:5, 96:25, 97:10, 97:16, 100:22, 103:14, 103:16, 104:21, 105:16, 105:20, 105:25, 107:13, 114:25, 116:17, 122:19, 125:9, 125:12, 127:22, 128:3, 130:3, 130:25, 132:21, 135:7, 135:13, 140:20, 142:5, 149:5, 149:22, 150:13, 150:22, 150:23, 151:21, 152:18, 154:4, 154:25, 155:21, 156:5, 156:19, 158:23, 159:12, 159:23, 161:4, 162:3, 162:12, 163:10, 163:16, 163:17, 163:18, 164:21, 168:20, 168:22, 170:22, 171:5, 173:10, 173:18, 176:9, 177:15, 178:15, 178:18, 179:5, 180:8

## Z

Zach [1] - 11:3
ZACHARY [1] - 2:9
ZHENG [2] - 1:8, 2:11
Zheng [128] - 23:3, 23:17, 24:2, 24:6, 24:16, 25:2, 25:10, 25:14, 25:20, 25:23, 26:8, 26:24, 27:15, 28:14, 28:21, 28:23, 29:5, 29:22, 30:9, 30:20, 31:15, 32:11, 32:17, 32:22, 33:24, 34:2, 34:9, 34:20, 35:12, 36:17, 36:20, 43:12, 45:11,

45:14, 45:18, 48:6, 52:12, 54:3, 55:4, 55:7, 55:12, 55:24, 56:5, 58:10, 59:2, 60:4, 60:7, 63:4, 63:10, 63:12, 67:8, 67:11, 72:23, 73:3, 73:9, 74:2, 74:16, 75:3, 76:18, 76:20, 79:23, 83:5, 83:9, 85:2, 85:8, 85:18, 86:6, 86:13, 86:16, 87:18, 89:2, 89:11, 89:23, 90:9, 90:22, 93:13, 93:16, 100:8, 104:4, 105:24, 107:16, 110:13, 110:15, 112:8, 113:4, 113:18, 115:5, 115:23, 117:6, 120:16, 121:4, 121:17, 124:5, 124:18, 125:8, 125:9, 125:14, 125:20, 126:23, 127:16, 127:22, 127:25, 128:9, 128:16, 129:11, 131:2, 131:13, 132:10, 135:14, 135:20, 136:15, 138:3, 138:15, 138:18, 138:24, 139:10, 140:21, 156:22, 158:9, 169:9, 169:18, 174:25, 175:12, 177:4, 177:10, 177:23, 181:12, 183:7
Zheng's [4] - 35:20, 55:17, 109:14, 133:4
zips [3] - 110:7, 110:9, 113:16
ZUOPENG [2] - 1:8, 2:11

°

° [4] - 183:20

# Diamond Errata Sheet

**Plaintiff(s):** _____

_____

_____

**Defendant(s):** _____

_____

_____

| Page | Line | Correction | Reason for Correction |
|------|------|------------|----------------------|
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |
|      |      |            |                      |

| | |
|---|---|
| **Date:** _____ | Subscribed and sworn to before me |
| **Name of Witness:** | This _____ of _____ 20____. |
| _____ | |
| **Signature:** | |
| _____ | Notary Public |