

AFT15785045692470

Q15642441

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK COUNTY OF QUEENS |
|---|---|
| V. | |
| HEINS W RODRIGUEZ (23Y)  DEFENDANT | |

POLICE OFFICER ZUOPENG ZHENG OF 110TH PRECINCT, TAX REG#: 943985, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT AUGUST 13 2015 BETWEEN 4:45PM AND 4:47PM, IN FRONT OF 102-10 43 AVENUE, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSES OF:

PL 195.05 [AM] OBSTRUCTING GOVERMENTAL ADMINISTRATION IN THE SECOND
    DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 205.30 [AM] RESISTING ARREST - (DNA SAMPLE REQUIRED UPON
    CONVICTION)
PL 221.05 [V] UNLAWFUL POSSESSION OF MARIHUANA
PL 240.20-5 [V] DISORDERLY CONDUCT
VTL 1127-A [I] ONE-WAY ROADWAYS AND ROTARY TRAFFIC ISLANDS
VTL 1231 (BICYCLES ETC ON ROADWAYS) [I] TRAFFIC LAWS APPLY/ PERSONS
    RIDING BICYCLES/SKATING/GLIDING ON SKATES

PL 195.05 [AM] OBSTRUCTING GOVERMENTAL ADMINISTRATION IN THE SECOND
DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)
    --- A PERSON IS GUILTY OF OBSTRUCTING GOVERMENTAL ADMINISTRATION
    WHEN HE INTENTIONALLY OBSTRUCTS, IMPAIRS, OR PERVERTS THE
    ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS
    OR ATTEMPTS TO PREVENT A PUBLIC SERVENT FROM PERFORMING AN
    OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR
    INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR
    BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS
    INVOLVED, WITH RADIO, TELEPHONE, TELEVISION OR OTHER
    TELECOMMUNICATIONS SYSTEMS OWNED OR OPERATED BY THE STATE, OR A
    COUNTY, CITY, TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL
    SERVICE OR BY MEANS OF RELEASING A DANGEROUS ANIMAL UNDER
    CIRCUMSTANCES EVINCING THE ACTOR'S INTENT THAT THE ANIMAL
    OBSTRUCT GOVERMENTAL ADMINISTRATION.;

PL 205.30 [AM] RESISTING ARREST - (DNA SAMPLE REQUIRED UPON CONVICTION)
    --- INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER
    OR A PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF
    OR ANOTHER PERSON;

DEF 000009


APFJ676304}671135

RODRIGUEZ,HEINS W  Q15642441

REMAIN STANDING UNTIL A SIGN TO PROCEED WAS SHOWN EXCEPT AS PROVIDED IN PARAGRAPH TWO OF SUBDIVISION D OF SECTION ELEVEN HUNDRED ELEVEN OF THE VEHICLE AND TRAFFIC LAW;

VTL 1127-A [I] ONE-WAY ROADWAYS AND ROTARY TRAFFIC ISLANDS
--- KNOWINGLY AND UNLAWFULLY DRIVE A VEHICLE IN A DIRECTION OTHER THAN THE ONE DESIGNATED ON THE ROADWAY DESIGNATED AND SIGNPOSTED FOR ONE-WAY TRAFFIC;

VTL 1231 (BICYCLES ETC ON ROADWAYS) [I] TRAFFIC LAWS APPLY/ PERSONS RIDING BICYCLES/SKATING/GLIDING ON SKATES
--- EVERY PERSON RIDING A BICYCLE OR SKATING OR GLIDING ON IN-LINE SKATES UPON A ROADWAY SHALL BE GRANTED ALL OF THE RIGHTS AND SHALL BE SUBJECT TO ALL OF THE DUTIES APPLICABLE TO THE DRIVER OF A VEHICLE BY THIS TITLE, EXCEPT AS TO SPECIAL REGULATIONS IN THIS ARTICLE AND EXCEPT AS TO THOSE PROVISIONS OF THIS TITLE WHICH BY THEIR NATURE CAN HAVE NO APPLICATION.

THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

DEPONENT STATES THAT AT THE ABOVE MENTIONED DATE, TIME AND PLACE OF OCCURENCE HE OBSERVED THE DEFENDANT, HEINS RODRIGUEZ, OPERATING A WHITE BICYCLE NORTHBOUND AND AGAINST TRAFFIC ON 104 STREET, WHICH IS A ONE-WAY SOUTHBOUND ROAD, AND FAIL TO STOP AT A STEADY READ LIGHT.

DEPONENT FURTHER STATES THAT HE OBSERVED POLICE OFFICER ALEN CHEN TELL THE DEFENDANT TO STOP.

DEPONENT FURTHER STATES THAT HE OBSERVED THE DEFENDANT LOOK IN OFFICER CHEN'S DIRECTION, TURN SAID BICYCLE AROUND AND FLEE THE LOCATION.

DEPONENT FURTHER STATES THAT WHEN HE WAS PLACING HANDCUFFS ON THE DEFENDANT, THE DEFENDANT FLAILED HIS ARMS AND TWISTED HIS BODY IN AN ATTEMPT TO AVOID BEING HANDCUFFED AND PLACED UNDER ARREST.

DEPONENT STATES THAT HE RECOVERED TWELVE (12) CLEAR ZIPLOCK BAGS OF MARIJUANA FROM THE DEFENDANT'S BACKPACK.

DEPONENT FURTHER STATES THAT HIS CONCLUSION THAT THE SUBSTANCE RECOVERED IS MARIJUANA IS BASED UPON HIS EXPERIENCE AS A POLICE OFFICER AND HIS TRAINING IN THE IDENTIFICATION AND PACKAGING OF CONTROLLED SUBSTANCES AND MARIJUANA.

DEF 0000010



AFFIJ678804671135

RODRIGUEZ, HEINS W  Q15642441

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

8/13/15  [signature]
DATE     SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

_____
DATE     SIGNATURE
DEF 0000011