AFFT678804671135

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

Q15642441

THE PEOPLE OF THE STATE OF NEW YORK

v.

HEINS W RODRIGUEZ (23Y)

DEFENDANT

STATE OF NEW YORK
COUNTY OF QUEENS



2015QN040424

POLICE OFFICER ZUOPENG ZHENG OF 110TH PRECINCT, TAX REG#: 943985, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT AUGUST 13 2015 BETWEEN 4:45PM AND 4:47PM, IN FRONT OF 102-10 43 AVENUE, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSES OF:

PL 205.30 [AM] RESISTING ARREST - (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 221.05 [V] UNLAWFUL POSSESSION OF MARIHUANA
PL 240.20-5 [V] DISORDERLY CONDUCT
VTL 1111-D1 [I] RED TRAFFIC SIGNAL LIGHT
VTL 1127-A [I] ONE-WAY ROADWAYS AND ROTARY TRAFFIC ISLANDS
VTL 1231 (BICYCLES ETC ON ROADWAYS) [I] TRAFFIC LAWS APPLY/ PERSONS RIDING BICYCLES/SKATING/GLIDING ON SKATES

---

PL 205.30 [AM] RESISTING ARREST - (DNA SAMPLE REQUIRED UPON CONVICTION)
--- INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR A PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON;

PL 221.05 [V] UNLAWFUL POSSESSION OF MARIHUANA
--- KNOWINGLY AND UNLAWFULLY POSSESS MARIHUANA;

PL 240.20-5 [V] DISORDERLY CONDUCT
--- WITH INTENT TO CAUSE PUBLIC INCONVENIENCE, ANNOYANCE OR ALARM, OR RECKLESSLY CREATING A RISK THEREOF, OBSTRUCT VEHICULAR OR PEDESTRIAN TRAFFIC;

VTL 1111-D1 [I] RED TRAFFIC SIGNAL LIGHT
--- FACING A STEADY CIRCULAR RED SIGNAL AND NOT BEING A PEDESTRIAN, KNOWINGLY AND UNLAWFULLY FAIL TO STOP AT A CLEARLY MARKED STOP LINE WHEN SUCH WAS NOT PERMITTED BY OTHER INDICATIONS SHOWN AT THE SAME TIME, AND WITH NO SUCH LINE, DID NOT STOP BEFORE ENTERING THE CROSSWALK ON THE NEAR SIDE OF THE INTERSECTION, OR IF NONE, AT THE POINT NEAREST THE INTERSECTING ROADWAY WHERE HE HAD A VIEW OF APPROACHING TRAFFIC ON THE INTERSECTING ROADWAY BEFORE ENTERING THE INTERSECTION AND SHOULD

DEF 0000013


AFFI6788041692470

RODRIGUEZ,HEINS W  015642441
PL 221.05 [V] UNLAWFUL POSSESSION OF MARIHUANA
    --- KNOWINGLY AND UNLAWFULLY POSSESS MARIHUANA;

PL 240.20-5 [V] DISORDERLY CONDUCT
    --- WITH INTENT TO CAUSE PUBLIC INCONVENIENCE, ANNOYANCE OR
    ALARM, OR RECKLESSLY CREATING A RISK THEREOF, OBSTRUCT VEHICULAR
    OR PEDESTRIAN TRAFFIC;

VTL 1127-A [I] ONE-WAY ROADWAYS AND ROTARY TRAFFIC ISLANDS
    --- KNOWINGLY AND UNLAWFULLY DRIVE A VEHICLE IN A DIRECTION OTHER
    THAN THE ONE DESIGNATED ON THE ROADWAY DESIGNATED AND SIGNPOSTED
    FOR ONE-WAY TRAFFIC;

VTL 1231 (BICYCLES ETC ON ROADWAYS) [I] TRAFFIC LAWS APPLY/ PERSONS
RIDING BICYCLES/SKATING/GLIDING ON SKATES
    --- EVERY PERSON RIDING A BICYCLE OR SKATING OR GLIDING ON
    IN-LINE SKATES UPON A ROADWAY SHALL BE GRANTED ALL OF THE RIGHTS
    AND SHALL BE SUBJECT TO ALL OF THE DUTIES APPLICABLE TO THE
    DRIVER OF A VEHICLE BY THIS TITLE, EXCEPT AS TO SPECIAL
    REGULATIONS IN THIS ARTICLE AND EXCEPT AS TO THOSE PROVISIONS OF
    THIS TITLE WHICH BY THEIR NATURE CAN HAVE NO APPLICATION.

THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

DEPONENT STATES THAT AT THE ABOVE MENTIONED DATE, TIME AND PLACE OF
OCCURENCE HE OBSERVED THE DEFENDANT, HEINS RODRIGUEZ, OPERATING A
WHITE BICYCLE NORTHBOUND AND AGAINST TRAFFIC ON 104 STREET, WHICH IS A
ONE-WAY SOUTHBOUND ROAD.

DEPONENT FURTHER STATES THAT HE OBSERVED POLICE OFFICER ALEN CHEN TELL
THE DEFENDANT TO STOP.

DEPONENT FURTHER STATES THAT HE OBSERVED THE DEFENDANT LOOK IN OFFICER
CHEN'S DIRECTION, TURN SAID BICYCLE AROUND AND FLEE THE LOCATION.

DEPONENT FURTHER STATES THAT WHEN HE WAS PLACING HANDCUFFS ON THE
DEFENDANT, THE DEFENDANT FLAILED HIS ARMS AND TWISTED HIS BODY IN AN
ATTEMPT TO AVOID BEING HANDCUFFED AND PLACED UNDER ARREST.

DEPONENT STATES THAT HE RECOVERED TWELVE (12) CLEAR ZIPLOCK BAGS OF
MARIJUANA FROM THE DEFENDANT'S BACKPACK.

DEPONENT FURTHER STATES THAT HIS CONCLUSION THAT THE SUBSTANCE RECOVERED
IS MARIJUANA IS BASED UPON HIS EXPERIENCE AS A POLICE OFFICER AND HIS
TRAINING IN THE IDENTIFICATION AND PACKAGING OF CONTROLLED SUBSTANCES
AND MARIJUANA.



AFF11678804692470

RODRIGUEZ, HEINS W  Q15642441

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW

12/7/15
DATE        SIGNATURE

SWORN TO BEFORE ME ON THE
         DAY OF

_____
DATE        SIGNATURE

**DEF 0000015**