CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

CERTIFICATE OF DISPOSITION
NUMBER: 342528

THE PEOPLE OF THE STATE OF NEW YORK
VS

RODRIGUEZ,HEINS W
Defendant

0███████
Date of Birth

████████████
Address

NYSID Number

QUEENS               NY
City          State  Zip

08/13/2015
Date of Arrest/Issue

Docket Number: 2015QN040424

Summons No:

205.30 221.05 VTL 1127.A VTL 1111.D1 240.20
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 05/03/2016 | ADJOURNED - CPL SECTION 170.55 | ZARO,S | JP1 |
| 08/02/2016 | DISMISSED - CPL SECTION 170.55 | ZARO,S | JP1 |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

SOLTAN,D
COURT OFFICIAL SIGNATURE AND SEAL

11/21/2016
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
        SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

SEALED

Pursuant to Section 160.50 of the CPL

**DEF 000008**