

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Joshua A. Weiner<br>*Senior Counsel*<br>Phone: (212) 356-2249<br>Fax: (212) 356-3509<br>jweiner@law.nyc.gov |
|---|---|---|

February 26, 2021

**BY ECF**
Honorable Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Heins Rodriguez v. City of New York, et al.
      16-CV-5861 (NG) (RER)

Your Honor:

  I am Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to respectfully request that the Court issue an Order terminating me as counsel of record for The City of New York by the close of business on March 3, 2021.

  The undersigned is leaving the New York City Law Department as of March 4, 2021, and, and as such, will no longer have any involvement in this action. I thank the Court for its consideration of the request herein.

                Respectfully submitted,

                /s/ *Joshua A. Weiner*

                Joshua A. Weiner
                Senior Counsel

cc: *all counsel* (via ECF)