THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**JOSEPH ZANGRILLI**
*Senior Counsel*
*Phone: (212) 356-2657*
*Fax: (212) 356-3509*
*jzangril@law.nyc.gov*

October 28, 2022

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Rodriguez v. City of New York, et al., 16 CV 5861 (BMC)

Your Honor:

I am Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write on behalf of all parties to inform the Court that the parties have reached a settlement in principle, and to respectfully request that the Court adjourn *sine die* all currently scheduled dates and deadlines, including the deadline for the parties to file their motions *in limine* that is currently scheduled for October 31, 2022 and the pre-trial conference scheduled for November 7, 2022. The parties will submit a stipulation of discontinuance as soon as practicable.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Joseph Zangrilli
*Senior Counsel*

cc All counsel (via ECF)