UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x

HEINS RODRIGUEZ,

Plaintiff,

-against-

CITY OF NEW YORK; Police Officer ZHENG ZUOPENG, Shield No. 25461 and Police Officer ALEN CHEN, Shield No. 28461,

Defendants.

---------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-5861 (BMC)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
11/7, 2022

ELEFTERAKIS ELEFTERAKIS & PANEK
*Attorneys for Plaintiff*
80 Pine Street, 38th Floor
New York, NY 10005
(212) 532-1176

By: Gabriel P. Harvis
Gabriel Harvis
*Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Zuopeng and Chen*
100 Church Street, 3rd Floor
New York, New York 10007

By: Joseph Zangrilli
Joseph Zangrilli
*Senior Counsel*

SO ORDERED:

______________________________
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

Dated: ______________, 2022